GIRARDI | KEESE
Thomas V. Girardi (36603)
tgirardi@girardikeese.com
Stephen G. Larson (145225)
slarson@girardikeese.com
Shahram A. Shayesteh (209775)
sshayesteh@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile (213) 481-1554

Attorneys for Indirect Purchaser Plaintiffs Christopher
Johnson, Dennis McDavid, Sally O'Donaghue, Murray
Miller and Andrew Crosby, on behalf of themselves and
others similarly situated

[Additional Attorneys Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | **Case No. M:10-cv-02143 VRW MDL No. 2143** |
| | **CLASS ACTION** |
| **This Relates To:** **ALL INDIRECT PURCHASER ACTIONS** | **CLARIFICATION AND RETRACTION OF STATEMENT MADE IN MAJORITY INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ZELLE HOFMAN'S STATEMENT OF CERTAIN INDIRECT PURCHASER PLAINTIFFS' COUNSEL RE: APPOINTMENT OF INTERIM CLASS COUNSEL** |

CLARIFICATION AND RETRACTION OF STATEMENT MADE IN MAJORITY INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ZELLE HOFMAN'S STATEMENT OF CERTAIN INDIRECT PURCHASER PLAINTIFFS' COUNSEL RE: APPOINTMENT OF INTERIM CLASS COUNSEL

The undersigned has received and reviewed the reply of Zelle Hofman to the Majority Indirect Purchaser Plaintiffs' Response to Zelle Hofman's Statement of Certain Indirect Purchaser Plaintiffs' Counsel Re: Appointment of Interim Class Counsel.

The Reply correctly identifies that the paragraph beginning on page 15, line 22, of the Response was submitted in error and is inaccurate. In attempting to synthesize the three declarations proffered by Minami Timaki and set forth in Exhibit F to the Response, the undersigned stated mistakenly that Minami Timaki had served or is currently serving as lead or co-lead counsel in five anti-trust cases. Although Mr. Derek Howard, who just this past week associated with the firm of Minami Timaki, LLP, confirmed that he is a counsel of record in each of the five identified antitrust cases (and Mr. Jack Lee confirmed that Minami Timaki was counsel of record in three of the five antitrust cases prior to Mr. Howard joining the firm), neither they nor anyone at Minami Timaki is lead or co-lead counsel in those cases. Mr. Howard also confirmed that Minami Timaki LLP was appointed by the Court as liaison counsel in the Flat Panel Antitrust Litigation and Mr. Howard was appointed by the Court as liaison counsel in the Flash Memory Antitrust Litigation.

The undersigned deeply regrets this error.

DATED: May 6, 2010                    GIRARDI | KEESE


                                      BY: /s/ Stephen G. Larson

                                      GIRARDI | KEESE
                                      Thomas V. Girardi (36603)
                                      Stephen G. Larson (145225)
                                      Shahram A. Shayesteh (209775)
                                      1126 Wilshire Boulevard
                                      Los Angeles, CA  90017
                                      Attorneys for Indirect Purchaser Plaintiffs:  Christopher
                                      Johnson, Dennis McDavid, Sally O'Donaghue, Murray
                                      Miller and Andrew Crosby, on behalf of themselves and
                                      others similarly situated

CLARIFICATION AND RETRACTION OF STATEMENT MADE IN MAJORITY INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO ZELLE HOFMAN'S STATEMENT OF CERTAIN INDIRECT PURCHASER PLAINTIFFS' COUNSEL RE: APPOINTMENT OF INTERIM CLASS COUNSEL

BROWNE WOODS GEORGE, LLP
Michael A. Bowse  (189659)
Eric Marc George  (166403)
Lee Weiss  (Pro Hac Vice Motion Pending)
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA  90067
Attorneys for Indirect Purchaser Plaintiff:  Michael's
Company

GIRARD GIBBS, LLP
Daniel C. Girard (114826)
Elizabeth C. Pritzker (146267)
601 California Street, Suite 1400
San Francisco, CA  94104
Attorneys for Indirect Purchaser Plaintiff:  David Carney,
Jr., on behalf of himself and all others similarly situated

GOLDMAN SCARLATO & KARON, PC
Daniel R. Karon (Pro Hac Vice Motion Pending)
700 W. St. Clair Avenue, Suite 204
Cleveland, OH  44113-1998
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson,
Guy Snowdy, and Sharon Defren, on behalf of themselves
and all others similarly situated in their respective classes

HAGENS BERMAN SOBOL SHAPIRO, LLP
Steve W. Berman (Admitted pro hac vice)
Jeffrey D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Attorneys for Indirect Purchaser Plaintiff:  Aaron Wagner,
on behalf of himself and others similarly situated

MASON LLP
Donna F. Solen  (Pro Hac Vice Motion Pending)
1625 Massachusetts Avenue N.W., Suite 605
Washington, DC  20036
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson,
Guy Snowdy, and Sharon Defren, on behalf of themselves
and all others similarly situated in their respective classes

CLARIFICATION AND RETRACTION OF STATEMENT MADE IN MAJORITY INDIRECT PURCHASER PLAINTIFFS'
RESPONSE TO ZELLE HOFMAN'S STATEMENT OF CERTAIN INDIRECT PURCHASER PLAINTIFFS' COUNSEL RE:
APPOINTMENT OF INTERIM CLASS COUNSEL

1   MINAMI TAMAKI, LLP
2   Brad Yamauchi  (73245)
    Jack W. Lee  (71626)
3   360 Post Street, 8th Floor
    San Francisco, CA  94108
4   Attorneys for Indirect Purchaser Plaintiff:  Bay Area
5   Systems, LLC, on behalf of itself and all others similarly
    situated
6
7   MURRAY & HOWARD, LLP
    Gilmur Roderick Murray  (111856)
8   Derek G. Howard  (118082)
    900 Larkspur Landing Circle, Suite 103
9   Oakland, CA  94939
10  Attorneys for Indirect Purchaser Plaintiff:  Bay Area
    Systems, LLC, on behalf of itself and all others similarly
11  situated
12
    LAW OFFICE OF KRISHNA B. NARINE
13  Krishna B. Narine  (Pro Hac Vice Motion Pending)
14  2600 Philmont Avenue, Suite 324
    Huntington Valley, PA  19006
15  Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson,
    Guy Snowdy, and Sharon Defren, on behalf of themselves
16  and all others similarly situated in their respective classes
17
    O'DONNELL & ASSOCIATES
18  Pierce Henry O'Donnell  (081298)
19  Robert M. Partain  (221477)
    800 Wilshire Boulevard, Suite 500
20  Los Angeles, CA  90017
21  Attorneys for Indirect Purchaser Plaintiff:  Alireza
    Tabatabai, on behalf of himself and all others similarly
22  situated
23
    PRATA & DALEY, LLP
24  Robert J. Prata (162600)
    Todd A. Daley (168742)
25  Cassandra J. Zappaterreno (208798)
    515 South Figueroa Street, Suite 1515
26  Los Angeles, CA  90071
27  Attorneys for Indirect Purchaser Plaintiff:  Tom Daley,
28  individually and on behalf of others similarly situated

3

RAM & OLSON, LLP
Michael F. Ram  (104805)
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson,
Guy Snowdy, and Sharon Defren, on behalf of themselves
and all others similarly situated,

LAW OFFICES OF JULIO J. RAMOS
Julio J. Ramos (189944)
35 Grove Street, Suite 107
San Francisco, CA  94102
Attorneys for Indirect Purchaser Plaintiff:  Don Cheung
dba Computer 5000, on behalf of himself and all others
similarly situated

RUKIN HYLAND DORIA & TINDALL, LLP
Peter Rukin  (178336)
100 Pine Street, Suite 725
San Francisco, CA 94111
Attorneys for Indirect Purchaser Plaintiff:  James P. Ito-
Adler, on behalf of himself and all others similarly situated

SHAPIRO HABER & UMY, LLP
Thomas G. Shapiro  (Pro Hac Vice Motion Pending)
Charles T. Tompkins  (Pro Hac Vice Motion Pending)
Robert E. Ditzion  (Pro Hac Vice Motion Pending)
53 State Street
Boston, MA  02109
Attorneys for Indirect Purchaser Plaintiff:  James P. Ito-
Adler, on behalf of himself and all others similarly situated

SHARP McQUEEN PA
Isaac L. Diel  (Pro Hac Vice Motion Pending)
6900 College Blvd., Suite 285
Overland Park, KS  66223
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson,
Guy Snowdy, and Sharon Defren, on behalf of themselves
and all others similarly situated

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILKES & McHUGH
Casey A. Hatton  (246081)
3780 Kilroy Airport Way, Suite 220
Long Beach, CA  90806
Attorneys for Indirect Purchaser Plaintiffs:  Mary Jane
Garland, Laura Allen, V. Carlos Palmeri, M.D., and
Thomas Lewis, on behalf of themselves and others
similarly situated

CLARIFICATION AND RETRACTION OF STATEMENT MADE IN MAJORITY INDIRECT PURCHASER PLAINTIFFS'
RESPONSE TO ZELLE HOFMAN'S STATEMENT OF CERTAIN INDIRECT PURCHASER PLAINTIFFS' COUNSEL RE:
APPOINTMENT OF INTERIM CLASS COUNSEL