1  Christopher B. Hockett (Bar No. 121539)
   Neal A. Potischman (Bar No. 254862)
2  Sandra D. West (Bar No. 250389)
   Jeremy M. Brodsky (Bar No. 257674)
3  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
4  Menlo Park, California 94025
   Telephone: (650) 752-2000
5  Facsimile: (650) 752-2111

6  Attorneys for Defendant LG Electronics, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | IN RE: OPTICAL DISK DRIVE PRODUCTS ) | Case No. M:10-cv-02143 VRW
   | ANTITRUST LITIGATION )
12 | ) | MDL No. 2143
   | )
13 | ) | **RULE 7.1 DISCLOSURE STATEMENT**
   | ) | **AND CIVIL LOCAL RULE 3-16**
14 | This Document Relates To: ) | **CERTIFICATION OF INTERESTED**
   | ALL ACTIONS ) | **ENTITIES OR PERSONS FOR**
15 | ) | **DEFENDANT LG ELECTRONICS, INC.**
   | )
16 |_____)

17

18

19

20

21

22

23

24

25

26

27

28
   RULE 7.1 DISCLOSURE STATEMENT AND
   CIVIL LOCAL RULE 3-16 CERTIFICATION OF
   INTERESTED ENTITIES OR PERSONS
   MDL NO. 10-2143-VRW

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant LG Electronics, Inc. discloses as follows:

LG Electronics, Inc. is a Korean corporation with its principal offices in Seoul, South Korea. LG Corporation, Inc. is a 34.8% shareholder of LG Electronics, Inc.'s stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2010

Respectfully Submitted,

ATTORNEYS FOR DEFENDANT LG ELECTRONICS, INC.

By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra D. West (Bar No. 250389)
Jeremy M. Brodsky (Bar No. 257674)

DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
christopher.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
jeremy.brodsky@davispolk.com

2

RULE 7.1 DISCLOSURE STATEMENT AND
CIVIL LOCAL RULE 3-16 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
MDL NO. 10-2143-VRW