AMY HARRINGTON SBN 237980
LAW OFFICE OF AMY HARRINGTON
35 GROVE STREET, SUITE 117
SAN FRANCISCO, CALIFORNIA 94102

TEL: 415-558-7700
FAX: 415-558-7701
E-MAIL: amy@amyharringtonlaw.com

ATTORNEY FOR PLAINTIFF DON CHEUNG
DBA COMPUTER 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE: C 10-02143 VRW<br>MDL NO: 2143 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF APPEARANCE<br>AMY HARRINGTON |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF'RECORD:

PLEASE TAKE NOTICE THAT AMY HARRINGTON hereby enters her

appearance as counsel of record on behalf of class members and

Plaintiff DON CHEUNG DBA COMPUTER 5000. Please direct copies of

all pleadings and notices to counsel at the following address:

       Amy Harrington
       Law Office Amy Harrington
       35 Grove Street, suite 117
       San Francisco, California 94102

       Telephone: 415-558 -7700
       Facsimile: 415-558-7701
       E-mail:    amy@amyharringtonlaw.com

       DATED: May 7, 2010

                        By: /S/AMY HARRINGTON

                               AMY HARRINGTON SBN 237980
                               LAW OFFICE OF AMY HARRINGTON
                               35 GROVE STREET, SUITE 117
                               SAN FRANCISCO, CALIFORNIA 94102
                               TEL: 415-558-7700

NOTICE OF APPEARANCE                1

1    FAX: 415-558-7701
     E-MAIL: amy@amyharringtonlaw.com
2
     ATTORNEY FOR PLAINTIFF DON CHEUNG
3    DBA COMPUTER 5000

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   NOTICE OF APPEARANCE                    2