UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**VAUGHN R. WALKER**
United States District Chief Judge

Date :   May 6,  2010

**M:10-2143 VRW**

**MDL No. 2143 :**
**IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION  -  ALL CASES**

**The Direct Purchaser:**
Attorneys : For Plaintiffs:   Appearances on the record

**Indirect Purchaser**:
Attorneys:    Casey A. Hatton, Stephen G Larson, Jack W Lee

For **Defendants:**    Appearances on the record

For the United States as Party Intervenor:   Sidney A Majalya

Deputy Clerk: Cora Klein                                             Reporter:   Margo Gurule

PROCEEDINGS:
Initial Case Management Conference - Held

Supplemental briefing regarding attorneys' fees proposals from indirect plaintiffs' counsel are due by 5/13/2010.

The hearing on the intervenor govt''s anticipated motion to stay these proceedings is set for 6/24/2010 at 10:00 AM.

Direct purchaser plaintiffs shall file a consolidated Complaint on or before 8/5/2010.

A FRCP 26(f) conference is scheduled to take place on or before 8/19/2010 at 3:30 PM.

Initial disclosures pursuant to FRCP 26(f) shall be made on or before 9/2/2010.

Further case management conference: 9/16/2010 at 3:30 PM. Counsel shall furnish suggestions for items to be included on the agenda for this conference on or before 9/10.