MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Hitachi-LG Data Storage, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. M:10-02143 VRW<br><br>ALL CASES<br><br>**HITACHI-LG DATA STORAGE INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Hitachi LG Data Storage, Inc., discloses as follows:

Hitachi-LG Data Storage, Inc. is a joint venture company incorporated in Japan by LG Electronics Inc. ("LGE") and Hitachi, Ltd. ("Hitachi"). The company is a limited liability company and its principal office is located in Tokyo, Japan. LGE is a 49% shareholder in Hitachi-LG Data Storage, Inc., and Hitachi is a 51% shareholder therein.

HITACHI-LG DATA STORAGE INC.'S RULE 7.1
DISCLOSURE STATEMENT AND CIVIL LOCAL
RULE 3-16 CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
MDL NO. 10-2143-VRW

- 1 –

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies on behalf of Hitachi-LG Data Storage, Inc. ("HLDS"), that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties: (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| LG Electronics, Inc. | Owns 49% of HLDS |
| Hitachi, Ltd. | Owns 51% of HLDS |
| Hitachi-LG Data Storage, Korea, Inc. | Wholly owned subsidiary of HLDS |

DATED:  May 11, 2010                    Respectfully Submitted,


/s/  Katharine Kates

Miles Ehrlich (Bar No. 237954)
Ismail Ramsey (Bar No. 189820)
Katharine Kates (Bar No. 155534)

RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Hitachi-LG Data Storage, Inc.*

HITACHI-LG DATA STORAGE INC.'S RULE 7.1
DISCLOSURE STATEMENT AND CIVIL LOCAL
RULE 3-16 CERTIFICATION OF INTERESTED         - 2 –
ENTITIES OR PERSONS
MDL NO. 10-2143-VRW