1  SIDNEY A. MAJALYA (CSBN 205047)
   LARA M. KROOP (CSBN 239512)
2  Antitrust Division
   U.S. Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA  94102
   Telephone: (415) 436-6660
5  Email: Sidney.Majalya@usdoj.gov

6  Attorneys for the United States

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. M:10-2143 VRW |
| 13 | Date: June 24, 2010 |
| 14 | Time: 10:00 a.m. |
| | Court: Hon. Vaughn R. Walker |
| 15 | |
| 16  This Document Relates to All Cases. | |
| 17 | |

18           NOTICE OF MOTION AND MOTION BY THE UNITED STATES
               TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)
19

20

21

22

23

24

25

26

27

28  NOTICE OF MOTION AND MOTION TO INTERVENE
    M:10-2143 VRW
    Page 1

<u>UNITED STATES' NOTICE OF MOTION AND MOTION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the United States Department of Justice files this motion, to be heard June 24, 2010 at 10:00 a.m., before the Court of the Honorable Judge Vaughn R. Walker, United States District Court Judge in the Northern District of California. The government moves under Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure for an order to intervene in this civil action for the purpose of limiting certain discovery during an ongoing criminal grand jury investigation. The government will meet and confer with the parties to attempt to reach a stipulation limiting discovery.

    The basis for this Motion to Intervene is that a grand jury has been empaneled in this judicial district investigating criminal violations that include common questions of fact with the facts alleged in this civil case. There is an independent ground for jurisdiction, and this motion is timely.

    This motion is based on the attached Memorandum of Points and Authorities and Declaration of Attorney Sidney A. Majalya. The government is also filing a proposed order.

Dated: May 12, 2010

Respectfully submitted,

/s/ Sidney A. Majalya
Sidney A. Majalya
Lara M. Kroop
Trial Attorneys, Antitrust Division
U.S. Department of Justice

NOTICE OF MOTION AND MOTION TO INTERVENE
M:10-2143 VRW
Page 2