1   Linda M. Fong (SBN 124232)
    **KAPLAN FOX & KILSHEIMER LLP**
2   350 Sansome Street, Suite 400
    San Francisco, CA 94104
3   Telephone:  415-772-4700
    Facsimile:  415-772-4707
4   Email:  lfong@kaplanfox.com

5   Robert N. Kaplan (Admitted *Pro Hac Vice*)
    Linda P. Nussbaum (Admitted *Pro Hac Vice*)
6   Jason A. Zweig (Admitted *Pro Hac Vice*)
    Susan R. Schwaiger (Admitted *Pro Hac Vice*)
7   **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue, 14th Floor
8   New York, NY 10022
    Telephone:  212-687-1980
9   Facsimile:  212-687-7714
    Email:  rkaplan@kaplanfox.com
10          lnussbaum@kaplanfox.com
            jzweig@kaplanfox.com
11          sschwaiger@kaplanfox.com

12  *Attorneys for Plaintiffs*
     *CMP Consulting Services, Inc. and KI, Inc.*
13
    [Additional counsel listed on signature block]
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18  _____
                                              )  Case No.: M:10-CV-02143-VRW
19  IN RE: OPTICAL DISK DRIVE PRODUCTS        )
    ANTITRUST LITIGATION                      )
20                                            )  **NOTICE OF SUSPENSION OF**
                                              )  **APPEARANCE**
21                                            )
                                              )
22  _____)

23

24

25

26

27

28

Pending further notice, attorney Laurence D. King hereby suspends his appearance as counsel of record in the above-captioned matter.

Kaplan Fox & Kilsheimer LLP and Linda M. Fong will remain counsel of record for plaintiffs herein; Robert N. Kaplan, Linda P. Nussbaum, Jason A. Zweig and Susan R. Schwaiger will remain counsel of record *Pro Hac Vice*.

DATED:  May 12, 2010                                        Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:   (415) 772-4700
Facsimile:    (415) 772-4707


By:   /s/ Linda M. Fong                              
        Linda M. Fong


By:   /s/ Laurence D. King                          
        Laurence D. King


Robert N. Kaplan (Admitted *Pro Hac Vice*)
Linda P. Nussbaum (Admitted *Pro Hac Vice*)
Jason A. Zweig (Admitted *Pro Hac Vice*)
Susan R. Schwaiger (Admitted *Pro Hac Vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  rkaplan@kaplanfox.com
            lnussbaum@kaplanfox.com
            jzweig@kaplanfox.com
            sschwaiger@kaplanfox.com

NOTICE OF SUSPENSION OF APPEARANCE
M:10-CV-02143-VRW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael E. Criden
Kevin B. Love
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050
Email:  mcriden@cridenlove.com
          klove@cridenlove.com

*Attorneys for Plaintiff CMP Consulting Services,
Inc. and KI, Inc.*

NOTICE OF SUSPENSION OF APPEARANCE
M:10-CV-02143-VRW

**PROOF OF SERVICE**

I, Linda Johnston Barry, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On May 11, 2010, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file following document(s):

**NOTICE OF SUSPENSION OF APPEARANCE**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph M. Alioto**
  jmalioto@aliotolaw.com
- **David H. Bamberger**
  david.bamberger@dlapiper.com,jessica.green-johnson@dlapiper.com
- **John Dmitry Bogdanov**
  jdb@coopkirk.com
- **Deana Louise Cairo**
  deana.cairo@dlapiper.com
- **Henry A. Cirillo**
  hcirillo@steyerlaw.com,lrorem@steyerlaw.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com
- **John F. Cove , Jr**
  jcove@bsfllp.com,brichardson@bsfllp.com,vpooni@bsfllp.com,cduong@bsfllp.com,jlipton@bsfllp.com,sphan@bsfllp.com,aloeb@bsfllp.com
- **Michael E. Criden**
  meriden@cridenlove.com
- **Manuel Juan Dominguez**
  mdominguez@bermandevalerio.com,ecf@bermandevalerio.com,eavila@bermandevalerio.com
- **Mary Jane Edelstein Fait**
  fait@whafh.com,curro@whafh.com
- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com
- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com
- **Erin Gail Frazor**
  erin.frazor@dlapiper.com
- **Qianwei Fu**
  qfu@zelle.com

NOTICE OF SUSPENSION OF APPEARANCE
M:10-CV-02143-VRW

- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com
- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com
- **Francis M. Gregorek**
  gregorek@whafh.com
- **Amy Harrington**
  amy@amyharringtonlaw.com
- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Christopher B. Hockett**
  chris.hockett@dpw.com,ecf.ct.papers@dpw.com,felicia.yu@dpw.com
- **Steven Christopher Holtzman**
  sholtzman@bsfllp.com,jchavez@bsfllp.com,sphan@bsfllp.com
- **Matthew J. Jacobs**
  mjacobs@mwe.com,aleonetti@mwe.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com,istanescu@kaplanfox.com
- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com
- **Kimberly Ann Kralowec**
  kkralowec@kraloweclaw.com,ggray@kraloweclaw.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,jbarton@glancylaw.com,sfreception@glancylaw.com
- **Stephen Gerard Larson**
  slarson@girardikeese.com,sshayesteh@girardikeese.com,tfaust@girardikeese.com
- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com
- **Jack Wing Lee**
  jlee@MinamiTamaki.com,bcaracuzzo@MinamiTamaki.com,pdomin@MinamiTamaki.com, egoldwasser@MinamiTamaki.com,cparker@MinamiTamaki.com,seant@MinamiTamaki.com,bmunoz@MinamiTamaki.com
- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com
- **David Michael Lisi**
  dlisi@reedsmith.com,mdubuque@reedsmith.com
- **Sarah Robin London**
  slondon@lchb.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Pamela J. Marple**
  pmarple@mwe.com

NOTICE OF SUSPENSION OF APPEARANCE
M:10-CV-02143-VRW

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com
- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com
- **Paolo Morante**
  paolo.morante@dlapiper.com,grissell.kessler@dlapiper.com
- **Linda Phyllis Nussbaum**
  lnussbaum@kaplanfox.com
- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com,tie@girardgibbs.com,act@girardgibbs.com,smq@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com,cme@girardgibbs.com
- **Julio J Ramos**
  ramosfortrustee@yahoo.com
- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,miles@ramsey-ehrlich.com,anjali@ramsey-ehrlich.com
- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,ttien@finkelsteinthompson.com,jdito@finkelsteinthompson.com
- **Matthew W Ruan**
  mruan@bermandevalerio.com
- **Guido Saveri**
  guido@saveri.com
- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com
- **Richard Alexander Saveri**
  rick@saveri.com
- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mdavis@zelle.com
- **Susan R. Schwaiger**
  sschwaiger@kaplanfox.com
- **Todd A. Seaver**
  tseaver@bermanesq.com
- **Craig P. Seebald**
  cseebald@mwe.com
- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com
- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,avargas@pswplaw.com,yberry@pswplaw.com,dwarshaw@pswplaw.com,jwatkins@pswplaw.com,cpearson@pswplaw.com,jgrant@pswplaw.com,eklisura@pswplaw.com
- **Sylvia M. Sokol**
  sokol@mesllp.com,omar@mesllp.com
- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,behrhart@steyerlaw.com
- **Neil Swartzberg**
  nswartzberg@cpmlegal.com

5

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,lcuesta@bermandevalerio.com,kumpierre@bermandevalerio.com,ysoboleva@bermandevalerio.com
- **Clinton Paul Walker**
  cwalker@damrell.com,nweston-dawkes@damrell.com,ewelsch@damrell.com
- **Jonathan Whitcomb**
  JWhitcomb@dmoc.com
- **Jason Allen Zweig**
  jzweig@kaplanfox.com,rkilsheimer@kaplanfox.com

The following is the list of attorneys who are not on the list to receive e-mail notices for this case.  On this date, I served the below parties:

**Daniel Bushell**
Berman DeValerio
4280 Professional Center Drive, Ste 350
Palm Beach Gardens, FL 33410

**Adam J. Levitt**
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60661

**Michael D Yanovsky**
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60603

☒     (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed May 12, 2010 at San Francisco, California.

_____
/s/ Linda Johnston Barry
Linda Johnston Barry

NOTICE OF SUSPENSION OF APPEARANCE
M:10-CV-02143-VRW