GIRARDI | KEESE
Thomas V. Girardi (36603)
tgirardi@girardikeese.com
Stephen G. Larson (145225)
slarson@girardikeese.com
Shahram A. Shayesteh (209775)
sshayesteh@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone (213) 977-0211
Facsimile (213) 481-1554

Attorneys for Indirect Purchaser Plaintiffs Christopher
Johnson, Dennis McDavid, Sally O'Donaghue, Murray
Miller and Andrew Crosby, on behalf of themselves and
others similarly situated

[Additional Attorneys Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | **Case No. M:10-cv-02143 VRW** <br> **MDL No. 2143** |
| **This Relates To:** <br><br> **ALL INDIRECT PURCHASER CASES** | **CLASS ACTION** <br><br> **DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d): THE LARSON GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND ATTORNEYS' FEES FOR THE INDIRECT PURCHASER CASES** |

1    I, Stephen G. Larson, hereby declare:

2    1.    I am an attorney at law duly authorized to practice before all the courts of this

3  state and am a member of the law firm of Girardi & Keese.  I represent the Plaintiffs in this

4  matter, and I have personal knowledge of the facts as set forth herein.

5    2.    The Larson Group's Proposal for Appointment of Interim Class Counsel and

6  Attorneys' Fees for the Indirect Purchaser Cases contains information that is designated as

7  confidential.

8    3.    Pursuant to Civil Local Rule 79-5, Plaintiffs hereby request that the Court file the

9  following document under seal; The Larson Group's Proposal for Appointment of Interim

10  Class Counsel and Attorneys' Fees for the Indirect Purchaser Cases.

11    I declare under the penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13    Executed on May 13, 2010, at Los Angeles, California.

14

15

16    /s/ *Stephen G. Larson*
      STEPHEN G. LARSON

17

18

19

20

21

22

23

24

25

26

27

28

1