GIRARDI | KEESE
Thomas V. Girardi (36603)
tgirardi@girardikeese.com
Stephen G. Larson (145225)
slarson@girardikeese.com
Shahram A. Shayesteh (209775)
sshayesteh@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile (213) 481-1554

Attorneys for Indirect Purchaser Plaintiffs Christopher Johnson, Dennis McDavid, Sally O'Donaghue, Murray Miller and Andrew Crosby, on behalf of themselves and others similarly situated

[Additional Attorneys Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | Case No. M:10-cv-02143 VRW<br>MDL No. 2143 |
| **This Relates To:**<br>**ALL INDIRECT PURCHASER CASES** | **CLASS ACTION**<br><br>**[PROPOSED ORDER] RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(d): THE LARSON GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND ATTORNEYS' FEES FOR THE INDIRECT PURCHASER CASES** |

1  Having considered the application submitted regarding whether certain documents
2  lodged with the Court should be filed under seal, and good cause appearing, the application is
3  hereby GRANTED.
4  The following document is filed under seal:
5  1. The Larson Group's Proposal for Appointment of Interim Class Counsel and
6  Attorneys' Fees for the Indirect Purchaser Cases.

9  Dated: _____

The Honorable Vaughn R. Walker
United States District Judge