GIRARDI | KEESE
Thomas V. Girardi (36603)
tgirardi@girardikeese.com
Stephen G. Larson (145225)
slarson@girardikeese.com
Shahram A. Shayesteh (209775)
sshayesteh@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone (213) 977-0211
Facsimile (213) 481-1554

Attorneys for Indirect Purchaser Plaintiffs Christopher Johnson, Dennis McDavid, Sally O'Donaghue, Murray Miller and Andrew Crosby, on behalf of themselves and others similarly situated

[Additional Attorneys Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | Case No. M:10-cv-02143 VRW<br>MDL No. 2143 |
| **This Relates To:**<br><br>**ALL INDIRECT PURCHASER CASES** | <u>**CLASS ACTION**</u><br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF THE LARSON GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND ATTORNEYS' FEES FOR THE INDIRECT PURCHASER CASES** |

I, Stephen G. Larson, hereby declare:

1. I am an attorney at law duly authorized to practice before all the courts of this state and am a member of the law firm of Girardi & Keese. I represent the Plaintiffs in this matter, and I have personal knowledge of the facts as set forth herein.

2. Following the Case Management Conference on May 6, 2010, I was told by Jeff Friedman of Hagens Berman Sobel Shapiro LLP that it intends to submit its own Rule 23(g) motion and attorneys' fee proposal.

3. In preparing the proposed fee structure, I have not communicated with any other counsel for plaintiffs or defendants in these cases outside of our group as to the substance or form of the proposal, and I have not had any discussions with other counsel for plaintiffs with respect to potential future work on the Indirect Purchaser Cases. Counsel assisting in the preparation of this submission were advised to maintain its confidentiality and to not communicate with any other counsel for plaintiffs or defendants outside of our group as to the substance or form of the proposal. To the best of my knowledge, no one from our group has discussed or shared the substance or form of the proposal with parties or counsel outside of our group.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2010, at Los Angeles, California.


/s/ *Stephen G. Larson*
STEPHEN G. LARSON