1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL DOCKET No. M:10-cv-2143 VRW<br><br>[PROPOSED] ORDER GRANTING HAGENS BERMAN'S APPOINTMENT AS INTERIM LEAD COUNSEL FOR INDIRECT PURCHASER CLASS |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | | |

010177-11  370310 V1

1      On May 13, 2010, pursuant to this Court's order on May 7, 2010 (Doc. # 33 at 7),
2  plaintiffs' counsel for the indirect purchaser class filed various submissions in support of
3  appointment as interim lead counsel for the indirect purchaser class.  Having reviewed the
4  submissions, and good cause showing, the Court hereby appoints Hagens Berman Sobol Shapiro
5  LLP ("Hagens Berman") as interim lead counsel and finds pursuant to Fed. R. Civ. P. 23(g):
6      1.   Hagens Berman has undertaken significant work in identifying or investigating
7  potential claims in the action.
8      2.   Hagens Berman has extensive experience in handling class actions, other complex
9  litigation, and claims of the type asserted in the action.
10     3.   Hagens Berman has demonstrated a sufficient knowledge of the applicable law.
11     4.   Hagens Berman has sufficient resources to commit to representing the class.
12     5.   The Court has not relied on any single factor in making the appointment of Hagens
13 Berman has but has considered all of the enumerated factors.
14     The Court hereby ORDERS as follows:
15     1.   Hagens Berman is appointed as interim lead counsel for the indirect purchaser class.
16 Attorneys' fees and expenses to Hagens Berman will be awarded consistent with the terms set out
17 in the firm's proposal dated May 13, 2010.
18     2.   Hagens Berman shall have the responsibility to oversee the litigation, including any
19 subsequent related or tag-along cases, on behalf of the indirect purchaser class.  Any agreements
20 entered into by Hagens Berman with defendants or their counsel shall be binding on the indirect
21 purchaser class.  Hagens Berman shall have the following responsibilities:
22         (a)   To determine and present (in briefs, oral argument, or such other fashion as
23 may be appropriate, personally or by a designee) to the court and opposing parties the position of
24 the indirect purchaser class on all matters arising during pretrial proceedings;
25         (b)   To initiate and conduct of discovery on behalf of the indirect purchaser class
26 consistent with the requirements of Federal Rule of Civil Procedure 26, including the preparation
27 of joint interrogatories and requests for production of documents and the examination of witnesses
28 in depositions;

1          (c)        To conduct settlement negotiations on behalf of the indirect purchaser class;

2          (d)        To delegate specific tasks to other counsel or committees of counsel, in a manner to ensure that pretrial preparation for the indirect purchaser class is conducted efficiently and effectively;

5          (e)        To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

7          (f)        To prepare and distribute periodic status reports to the parties;

8          (g)        To monitor the activities of indirect purchaser class counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

10          (h)        To receive orders, notices, correspondence, and telephone calls from the court on behalf of the indirect purchaser class, and shall be responsible for preparing and distributing the same to all indirect purchasers' counsel upon direction from the court;

13          (i)        To collect funds from the indirect purchaser class's counsel as needed to defray the common costs incurred in the prosecution of this litigation;

15          (j)        To require and collect from the indirect purchaser class's counsel periodic reporting of their time and expenses incurred in the litigation;

17          (k)        To consult with and employ experts and consultants; and

18          (l)        To perform such other duties and undertake such other responsibilities as deemed necessary or desirable in connection with the prosecution of the litigation.

3. All counsel for indirect purchasers shall keep a daily record of their time spent and expenses incurred in connection with this litigation. The failure to maintain such records will be grounds for denying court-awarded attorney fees, as will an insufficient description of the activity.

IT IS SO ORDERED.

DATED: _____

_____
CHIEF JUDGE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated: May 13, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP


By  /s/ Steve W. Berman
         STEVE W. BERMAN

1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Attorneys for Plaintiff Aaron Wagner

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                              /s/ Steve W. Berman
                                              STEVE W. BERMAN

**Mailing Information for a Case M:10-cv-02143-VRW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph M. Alioto**
  jmalioto@aliotolaw.com

- **U.S. Department of J Antitrust Division**
  sidney.majalya@usdoj.gov

- **David H. Bamberger**
  david.bamberger@dlapiper.com,jessica.green-johnson@dlapiper.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **Deana Louise Cairo**
  deana.cairo@dlapiper.com

- **Henry A. Cirillo**
  hcirillo@steyerlaw.com,lrorem@steyerlaw.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,brichardson@bsfllp.com,vpooni@bsfllp.com,cduong@bsfllp.com,jlipton@bsfllp.com,sphan@bsfllp.com,aloeb@bsfllp.com

- **Michael E. Criden**
  meriden@cridenlove.com

- **Manuel Juan Dominguez**
  mdominguez@bermandevalerio.com,ecf@bermandevalerio.com,eavila@bermandevalerio.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com,curro@whafh.com

- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com

- **Erin Gail Frazor**
  erin.frazor@dlapiper.com

- **Qianwei Fu**
  qfu@zelle.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Amy Harrington**
  amy@amyharringtonlaw.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Christopher B. Hockett**
  chris.hockett@dpw.com,ecf.ct.papers@dpw.com,felicia.yu@dpw.com

- **Steven Christopher Holtzman**
  sholtzman@bsfllp.com,jchavez@bsfllp.com,sphan@bsfllp.com

- **Matthew J. Jacobs**
  mjacobs@mwe.com,aleonetti@mwe.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com,istanescu@kaplanfox.com

- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com

- **Kimberly Ann Kralowec**
  kkralowec@kraloweclaw.com,ggray@kraloweclaw.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,jbarton@glancylaw.com,sfreception@glancylaw.com

- **Stephen Gerard Larson**
  slarson@girardikeese.com,sshayesteh@girardikeese.com,tfaust@girardikeese.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Jack Wing Lee**
  jlee@MinamiTamaki.com,bcaracuzzo@MinamiTamaki.com,pdomin@MinamiTamaki.com,egoldwasser@MinamiTamaki.com,cparker@MinamiTamaki.com,seant@M

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **David Michael Lisi**
  dlisi@reedsmith.com,mdubuque@reedsmith.com

- **Sarah Robin London**
  slondon@lchb.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Sidney A. Majalya**
  sidney.majalya@usdoj.gov,liliana.vallejo@usdoj.gov

- **Pamela J. Marple**
  pmarple@mwe.com

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Paolo Morante**
  paolo.morante@dlapiper.com,grissell.kessler@dlapiper.com

- **Linda Phyllis Nussbaum**
  lnussbaum@kaplanfox.com

- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com,tie@girardgibbs.com,act@girardgibbs.com,smq@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com,cme@girardgibbs.com

- **Julio J Ramos**
  ramosfortrustee@yahoo.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,miles@ramsey-ehrlich.com,anjali@ramsey-ehrlich.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,ttien@finkelsteinthompson.com,jdito@finkelsteinthomps

- **Matthew W Ruan**
  mruan@bermandevalerio.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mdavis@zelle.com

- **Susan R. Schwaiger**
  sschwaiger@kaplanfox.com

- **Todd A. Seaver**
  tseaver@bermanesq.com

- **Craig P. Seebald**
  cseebald@mwe.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,avargas@pswplaw.com,yberry@pswplaw.com,dwarshaw@pswplaw.com,jwatkins@pswplaw.

- **Sylvia M. Sokol**
  sokol@mesllp.com,omar@mesllp.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,behrhart@steyerlaw.com

- **Neil Swartzberg**
  nswartzberg@cpmlegal.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,lcuesta@bermandevalerio.com,kumpierre@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Clinton Paul Walker**
  cwalker@damrell.com,nweston-dawkes@damrell.com,ewelsch@damrell.com

- **Jonathan Whitcomb**
  JWhitcomb@dmoc.com

- **Jason Allen Zweig**
  jzweig@kaplanfox.com,rkilsheimer@kaplanfox.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel Bushell
Berman DeValerio
4280 Professional Center Drive, Ste 350
Palm Beach Gardens, FL 33410

Adam J. Levitt
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60661

Michael D Yanovsky
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60603
```