Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
*fscarpulla@zelle.com*

*Attorneys for Plaintiffs Ann Carney, Craig P. Kelly, Bonnie Lockwood, Thomas Fennesy, and Justus Austin, III*

[Additional Attorneys on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143 VRW |
| _____ | MDL No. 2143 |
| **This Document Relates to:** | **SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE ZELLE GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
| **ALL ACTIONS** | [SUBMITTED *IN CAMERA* ONLY] |

**REDACTED PUBLIC VERSION**

| | |
|---|---|
| 1 | Francis O. Scarpulla (41059) |
| 2 | Craig C. Corbitt (83251) |
|   | Christopher T. Micheletti (136446) |
| 3 | Judith A. Zahid (215418) |
|   | Patrick B. Clayton (240191) |
| 4 | Qianwei Fu (242669) |
|   | ZELLE HOFMANN VOELBEL & MASON LLP |
| 5 | 44 Montgomery Street, Suite 3400 |
|   | San Francisco, CA 94104 |
| 6 | Telephone:    (415) 693-0700 |
|   | Facsimile:    (415) 693-0770 |
| 7 | *fscarpulla@zelle.com* |

*Attorneys for Plaintiffs Ann Carney, Craig P. Kelly, Bonnie Lockwood, Thomas Fennesy, and Justus Austin, III*

[Additional Attorneys on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143 VRW |
| _____ | MDL No. 2143 |
| **This Document Relates to:** | **MANUAL FILING NOTIFICATION** |
| **ALL ACTIONS** | |

**MANUAL FILING NOTIFICATION**

**RE:    Supplemental Submission In Support Of The Zelle Group's Proposal For Appointment Of Interim Class Counsel [Submitted *In Camera* Only]**

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.  If you are a participant in this case, this filing has been served electronically.  For
3  information on retrieving this filing directly from the court, please see the court's main web site at
4  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5  This filing was not e-filed for the following reason(s):

6  ☐ Voluminous Document (PDF file size larger than the e-filing system allows)
7  ☐ Unable to Scan Documents
8  ☐ Physical Object (description): _____
9  ☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
10 ☒ Item Under Seal
11 ☐ Conformance with the Judicial Conference Policy (General Order 53)
12 ☐ Other (description): _____

Dated:  May 13, 2010               Respectfully submitted,

                                   By:     /s/ Francis O. Scarpulla

                                           Francis O. Scarpulla
                                           Craig C. Corbitt
                                           Christopher T. Micheletti
                                           Judith A. Zahid
                                           Patrick B. Clayton
                                           Qianwei Fu
                                           ZELLE HOFMANN VOELBEL & MASON LLP
                                           44 Montgomery Street, Suite 3400
                                           San Francisco, CA 94104
                                           Telephone:    (415) 693-0700
                                           Facsimile:    (415) 693-0770
                                           *fscarpulla@zelle.com*

                                           *Attorneys  for Ann Carney, Craig P. Kelly,*
                                           *Bonnie Lockwood, Thomas Fennesy, and*
                                           *Justus Austin, III*

                                   By:     /s/ Josef D. Cooper

                                           Josef D. Cooper

2
MANUAL FILING NOTIFICATION

|    |    |
|---|---|
| 1  | Tracy R. Kirkham |
| 2  | John D. Bogdanov |
|    | COOPER & KIRKHAM, P.C. |
| 3  | 357 Tehama St., Second Floor |
|    | San Francisco, CA 94103 |
| 4  | Telephone:    (415) 788-3030 |
|    | Facsimile:    (415) 882-7040 |
| 5  | *jdc@coopkirk.com* |
| 6  | *Attorneys for Tina Corse* |
| 7  |  |
| 8  | By:    */s/ Christopher Lovell* |
| 9  | Christopher Lovell |
|    | Craig M. Essenmacher |
| 10 | Keith Essenmacher |
| 11 | LOVELL STEWART HALEBIAN JACOBSON LLP |
|    | 61 Broadway, Suite 501 |
| 12 | New York, NY 10006 |
|    | Telephone:    (212) 608-1900 |
| 13 | Facsimile:    (212) 719-4775 |
|    | *clovell@lshllp.com* |
| 14 |  |
| 15 | *Attorneys for Plaintiffs Ann Carney, Craig P. Kelly,* |
|    | *Bonnie Lockwood, Thomas Fennesy and* |
| 16 | *Justin Austin, III* |
| 17 |  |
| 18 | By:    */s/ William H. Parish* |
| 19 | William H. Parish |
|    | PARISH & SMALL, PLC |
| 20 | 1919 Grand Canal Blvd., Suite A-5 |
|    | Stockton, CA 95207 |
| 21 | Telephone:    (209) 952-1992 |
|    | Facsimile:    (209) 952-0250 |
| 22 | *whparish@parishsmall.com* |
| 23 |  |
|    | *Attorneys for Cullen Byrne* |
| 24 |  |
| 25 | By:    */s/ Mario N. Alioto* |
| 26 | Mario N. Alioto |
|    | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 27 | 2280 Union Street |
|    | San Francisco, CA 94123 |
| 28 | Telephone:    (415) 563-7200 |
|    | Facsimile:    (415) 346-0679 |

1         *malioto@tatp.com*

2         *Attorneys for Gregory Sinigiani, Aimee Brock, Williams Craig Stephenson, Raymond F. Barbush, Sidney Plitnik, Cynthia Saia, Geoffrey Korwan, Patrick Piper, Daniel Riebow, Frank Warner and Christopher Smith*

7 3221219.V1