Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
*fscarpulla@zelle.com*

*Attorneys for Plaintiffs Ann Carney, Craig P. Kelly,
Bonnie Lockwood, Thomas Fennesy, and
Justus Austin, III*

[Additional Attorneys on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | **Case No. M:10-cv-02143 VRW** <br><br> **MDL No. 2143** |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | **SUPPLEMENTAL DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF THE ZELLE GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

I, Francis O. Scarpulla, declare:

1. I am an attorney licensed to practice before the courts of the State of California and the Northern District, and a partner of the law firm Zelle Hofmann Voelbel & Mason LLP, attorneys for the Indirect-Purchaser Plaintiffs Ann Carney, Craig P. Kelly, Bonnie Lockwood, Thomas Fennesy, and Justus Austin, III.  I make this Declaration in Support of The Zelle Group's Proposal For Appointment Of Interim Class Counsel.  I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. In preparing the proposed fee structure, I have not communicated with any other counsel for plaintiffs or defendants in these cases outside of our group as to the substance or form of the proposal, and I have not had any discussions with other counsel for plaintiffs with respect to potential future work on the Indirect Purchaser Cases.  Counsel assisting in the preparing of this submission were advised to maintain its confidentiality and to not communicate with any other counsel for plaintiffs or defendants outside of our group as to the substance or form of the proposal.  To the best of my knowledge, no one from our group has discussed or shared the substance or form of the proposal with parties or counsel outside of our group.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing statements of fact are true and correct.

Executed this 13th day of May, 2010 in San Francisco, California.

*/s/ Francis O. Scarpulla*
Francis O. Scarpulla

SUPPLEMENTAL DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF THE ZELLE GROUP'S PROPOSAL FOR APPOINTMENT OF INTERIM CLASS COUNSEL