```
1  SIDNEY A. MAJALYA (CSBN 205047)
   LARA M. KROOP (CSBN 239512)
2  Antitrust Division
   U.S. Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA 94102
   Telephone: (415) 436-6660
5  Email: Sidney.Majalya@usdoj.gov

6  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. M:10-2143 VRW |
| | Date: June 24, 2010 |
| | Time: 10:00 a.m. |
| | Court: Hon. Vaughn R. Walker |
| This Document Relates to All Cases. | |

### [~~PROPOSED~~] ORDER TO INTERVENE

On this date, the Court considered the MOTION BY THE UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B). The Court finds that there is a "question of law or fact in common" between this civil action and a criminal grand jury investigation. The Court further finds that the government has jurisdictional grounds to intervene, and that its motion is timely.

It is therefore Ordered that the Motion be GRANTED. The United States of America, through the Antitrust Division of the U.S. Department of Justice, is permitted to intervene in this action for the purpose of seeking to limit discovery in this civil action. The parties and the Clerk

PROPOSED ORDER RE: MOTION TO INTERVENE
M:10-2143 VRW
Page 1

1  of the Court are instructed to add the Antitrust Division of the U.S. Department of Justice to the
2  service list in these cases.
3
4  Date: May 18, 2010
5
   IT IS SO ORDERED
   Judge Vaughn R Walker

   United States District Judge

28 PROPOSED ORDER RE: MOTION TO INTERVENE
   M:10-2143 VRW
   Page 2