SIDNEY A. MAJALYA (CSBN 205047)
LARA M. KROOP (CSBN 239512)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Sidney.Majalya@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases. | MDL Docket No. M:10-2143 VRW<br><br>Date: June 24, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Vaughn R. Walker |

**NOTICE OF MOTION AND MOTION BY THE UNITED STATES
FOR A LIMITED STAY OF DISCOVERY**

NOTICE OF MOT. AND MOT. TO STAY DISCOVERY
M:10-2143 VRW

<u>UNITED STATES' NOTICE OF MOTION AND MOTION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the United States Department of Justice, Antitrust Division ("DOJ") files this Motion for a Limited Stay of Discovery before the Court of the Honorable Judge Vaughn R. Walker, United States District Court Judge in the Northern District of California. The DOJ hereby moves this Court for a limited stay of discovery to begin on the date of the filing of the consolidated complaint in this civil action. The DOJ moves this Court for a twelve month stay on certain discovery and a stay on discovery relating to any communications between any party or witness and the DOJ for the pendency of the grand jury proceedings and any resulting criminal trials. The DOJ will provide a status report on the progress of the grand jury investigation on any date as it pleases the Court but no later than twelve months after Plaintiffs file a consolidated complaint. Upon lifting of the limited stay, the DOJ will provide a progress report to the Court and propose a schedule for staged discovery thereafter.

Permitting full discovery in this civil matter to go forward at this time could lead to the disclosure of secret grand jury material, allow potential defendants in the criminal case to use the civil discovery process to subvert the more limited discovery rules of the Federal Rules of Criminal Procedure, dissuade and penalize any cooperators, and otherwise undermine the government's criminal investigation.

This motion is based on a Memorandum of Points and Authorities and the Declaration of Sidney A. Majalya (Filed Under Seal). The DOJ is also filing a proposed order.

Dated: May 20, 2010                    Respectfully submitted,


/s/ Sidney A. Majalya
Sidney A. Majalya
Attorney, San Francisco Office
Antitrust Division
U.S. Department of Justice

NOTICE OF MOT. AND MOT. TO STAY DISCOVERY
M:10-2143 VRW

2