1 | Guido Saveri (22349)
R. Alexander Saveri (173102)
2 | Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
3 | 706 Sansome Street,
San Francisco, CA 94111
4 | Telephone: (415) 217-6810
Facsimile: (415) 217-6813
5 | guido@saveri.com
rick@saveri.com
6 | cadio@saveri.com

7 | Chairman Direct Purchaser Plaintiffs'

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | Case No. C 10-02143 VRW |
| | MDL No. 2143 |
| This document relates to: **DIRECT PURCHASER ACTIONS** | **APPOINTMENT OF BRUCE L. SIMON AS PLAINTIFFS' DISCOVERY COORDINATOR ON BEHALF OF DIRECT PURCHASER PLAINTIFFS'** |

APPOINTMENT OF BRUCE L. SIMON AS PLAINTIFFS' DISCOVERY COORDINATOR ON BEHALF OF DIRECT PURCHASER PLAINTIFFS'; Case No. C 10-2143 VRW; MDL No. 2143

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Case Management Order No.1, the Committee of Direct Purchaser Plaintiffs' Counsel has appointed Bruce L. Simon as Plaintiffs' Discovery Coordinator. Bruce L. Simon's contact information is as follows:

> Bruce L. Simon
> Pearson, Simon, Warshaw & Penny, LLP
> 44 Montgomery Street, Suite 2450
> San Francisco, CA 94104
> Telephone: 415-433-9000
> Facsimile: 415-433-9008
> E-mail: bsimon@pswplaw.com

Dated: May 21, 2010.

SAVERI & SAVERI, INC.

*/s/ Guido Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA   94111
Telephone: (415) 217-6810

Chairman Direct Purchaser Plaintiffs'

ODD.019

---

APPOINTMENT OF BRUCE L. SIMON AS PLAINTIFFS' DISCOVERY COORDINATOR ON BEHALF OF DIRECT PURCHASER PLAINTIFFS'; Case No. C 10-2143 VRW; MDL No. 2143