LATHAM & WATKINS LLP
   Daniel M. Wall (CA Bar No. 102580)
   Belinda S Lee (CA Bar No. 199635)
505 Montgomery St., Suite 2000
San Francisco, CA. 94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095

LATHAM & WATKINS LLP
   Casandra L. Thomson (CA Bar No. 235778)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants
Toshiba Corporation and
Toshiba Samsung Storage Technology Corporation

[Additional Parties and Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | Case No. M:10-cv-02143-VRW<br><br>MDL No. 2143<br><br>**DEFENDANTS' NOTICE OF JOINDER REGARDING MOTION BY THE UNITED STATES FOR A LIMITED STAY OF DISCOVERY**<br><br>Hearing:<br>Date: June 24, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor<br><br>**The Honorable Vaughn R. Walker** |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2101461.5

DEFENDANTS' NOTICE OF JOINDER
REGARDING MOTION TO STAY
Case No. M:10-cv-02143-VRW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Hitachi LG Data Storage, Inc., Koninklijke Philips Electronics N.V., Philips Lite-On Digital Systems, U.S.A., LG Electronics, Inc., Samsung Electronics Co., Ltd., Sony Corporation, Sony Optiarc, Inc., Sony Optiarc America, Inc., TEAC America, Inc., Toshiba Corporation, and Toshiba Samsung Storage Technology Corporation (collectively, "Defendants") support the Motion By The United States For A Limited Stay Of Discovery filed on May 20, 2010 (the "Motion") to the extent it calls for a stay.[1] However, the scope of discovery that the Government offers as potentially subject to "immediate production" is quite broad. Thus, the Defendants believe that any issues regarding discovery not encompassed in the Government's stay proposal should be addressed in the first instance by the parties under the Federal Rules of Civil Procedure, including in the Rule 26 process that the Court has already scheduled, with the opportunity for appropriate objections and further requests for relief from any discovery sought.

Additionally, Defendants expect that the direct and indirect plaintiffs ("Plaintiffs") will file Oppositions to the Motion. It is possible that Plaintiffs will advance arguments in their Oppositions that have a direct impact on the Defendants, and although the Defendants cannot anticipate at this time whether they will want to address any such arguments, Defendants reserve the right to present their position to the Court should the need arise.

Finally, Defendants reserve the right to object or otherwise oppose the Motion should the Government modify the nature or scope of the relief it seeks: (1) as a result of negotiations with counsel for the Plaintiffs; (2) in its Reply Memorandum; or (3) during oral argument at the hearing on the Motion.

---

[1] Although Defendants agree with the nature and scope of relief presently sought by the Government in its Motion, Defendants do not adopt the arguments made therein. For example, Defendants do not agree with the Government's statement that a guilty plea or conviction in a related criminal proceeding "would eliminate the need for Plaintiffs to prove civil liability and would allow them to focus solely on proving damages." Irrespective of any guilty plea, among other things, Plaintiffs would be required to prove impact and causation in order to establish civil liability for a violation of the antitrust laws, as well as liability for all Defendants who have not pleaded guilty.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2101461.5

1

DEFENDANTS' NOTICE OF JOINDER
REGARDING MOTION TO STAY
Case No. M:10-cv-02143-VRW

DATED:  June 3, 2010

LATHAM & WATKINS LLP
    Daniel M. Wall
    Belinda S Lee
    Casandra L. Thomson

By  */s/ Belinda S Lee*
    Belinda S Lee
Attorneys for Defendants Toshiba Corporation and Toshiba Samsung Storage Technology Corporation

RAMSEY & EHRLICH LLP

By  */s/ Ismail Jomo Ramsey*
    Ismail Jomo Ramsey
Attorneys for Defendant Hitachi LG Data Storage, Inc.

HOWREY LLP

By  */s/ James G. Kress*
    James G. Kress
Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Lite-On Digital Systems, U.S.A.

DAVIS POLK & WARDWELL LLP

By  */s/ Christopher B. Hockett*
    Christopher B. Hockett
Attorneys for Defendants LG Electronics, Inc.

DLA PIPER LLP (US)

By  */s/ David H. Bamberger*
    David H. Bamberger (*pro hac vice*)
Attorneys for Defendant TEAC America, Inc.

O'MELVENY & MYERS LLP

By  */s/ Ian Simmons*
    Ian Simmons (*pro hac vice*)
Attorneys for Defendant Samsung Electronics Co., Ltd.

BOIES SCHILLER & FLEXNER LLP

By  */s/ John F. Cove, Jr.*
    John F. Cove, Jr.
Attorneys for Defendant Sony Corporation, Sony Optiarc, Inc. and Sony Optiarc America, Inc.

## **ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Belinda S Lee, hereby attest that concurrence in the filing of this Reply has been obtained from Defendants Hitachi LG Data Storage, Inc., Koninklijke Philips Electronics N.V., Philips Lite-On Digital Systems, U.S.A., LG Electronics, Inc., Samsung Electronics Co., Ltd., Sony Corporation, Sony Optiarc, Inc., Sony Optiarc America, Inc., and TEAC America, Inc. that have provided conformed signatures above.

By  */s/ Belinda S Lee*
    Belinda S Lee
Attorneys for Defendants Toshiba Corporation and Toshiba Samsung Storage Technology Corporation

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2101461.5

2

DEFENDANTS' NOTICE OF JOINDER REGARDING MOTION TO STAY
Case No. M:10-cv-02143-VRW