GIRARDI | KEESE
Thomas V. Girardi (36603)
tgirardi@girardikeese.com
Stephen G. Larson (145225)
slarson@girardikeese.com
Shahram A. Shayesteh (209775)
sshayesteh@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone (213) 977-0211
Facsimile (213) 481-1554

Attorneys for Indirect Purchaser Plaintiffs Christopher Johnson, Dennis McDavid, Sally O'Donaghue, Murray Miller and Andrew Crosby, on behalf of themselves and others similarly situated

[Additional Attorneys Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION**<br><br>**This Relates To:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | **Case No. M:10-cv-02143 VRW**<br>**MDL No. 2143**<br><br>**<u>CLASS ACTION</u>**<br><br>**THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY**<br><br>Date:    June 24, 2010<br>Time:    10:00 a.m.<br>Court:    Hon. Vaughn R. Walker |

THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY

The Larson Group, which is composed of the majority of law firms representing Indirect Purchaser Plaintiffs, has been working closely and cooperatively with counsel for the Direct Purchaser Plaintiffs and their court-appointed leadership in addressing the government's Motion for a Stay.  The Larson Group hereby joins in and fully endorses the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to the United States' Motion for a Stay, filed on June 3, 2010.

The Larson Group continue to be willing to work cooperatively with counsel for the Direct Purchaser Plaintiffs, counsel for Defendants, and counsel for the government, subject to any direction by the Court, in resolving this issue.

DATED: June 3, 2010                    GIRARDI | KEESE

BY:  /s/ *Stephen G. Larson*

Thomas V. Girardi (36603)
Stephen G. Larson (145225)
Shahram A. Shayesteh (209775)
1126 Wilshire Boulevard
Los Angeles, CA  90017
Attorneys for Indirect Purchaser Plaintiffs:  Christopher Johnson, Dennis McDavid, Sally O'Donaghue, Murray Miller and Andrew Crosby, on behalf of themselves and others similarly situated

BROWNE WOODS GEORGE, LLP
Michael A. Bowse  (189659)
Eric Marc George  (166403)
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA  90067
Lee Weiss  (Pro Hac Vice Motion Pending)
49 West 37th Street, 15th Floor
New York, NY 10018
Attorneys for Indirect Purchaser Plaintiff:  Michael's Company

THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY

GIRARD GIBBS, LLP
Daniel C. Girard (114826)
Elizabeth C. Pritzker (146267)
601 California Street, Suite 1400
San Francisco, CA  94104
Attorneys for Indirect Purchaser Plaintiff:  David Carney, Jr., on behalf of himself and all others similarly situated

GOLDMAN SCARLATO & KARON, PC
Daniel R. Karon (Pro Hac Vice Motion Pending)
700 W. St. Clair Avenue, Suite 204
Cleveland, OH  44113-1998
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson, Guy Snowdy, and Sharon Defren, on behalf of themselves and all others similarly situated in their respective classes

MASON LLP
Donna F. Solen  (Pro Hac Vice Motion Pending)
1625 Massachusetts Avenue N.W., Suite 605
Washington, DC  20036
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson, Guy Snowdy, and Sharon Defren, on behalf of themselves and all others similarly situated in their respective classes

MINAMI TAMAKI, LLP
Brad Yamauchi  (73245)
Jack W. Lee  (71626)
Derek G. Howard  (118082)
360 Post Street, 8th Floor
San Francisco, CA  94108
Attorneys for Indirect Purchaser Plaintiff:  Bay Area Systems, LLC, on behalf of itself and all others similarly situated

LAW OFFICE OF KRISHNA B. NARINE
Krishna B. Narine  (Pro Hac Vice Motion Pending)
2600 Philmont Avenue, Suite 324
Huntington Valley, PA  19006
Attorneys for Indirect Purchaser Plaintiffs:  Scott Friedson, Guy Snowdy, and Sharon Defren, on behalf of themselves and all others similarly situated in their respective classes

THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY

PRATA & DALEY, LLP
Robert J. Prata (162600)
Todd A. Daley (168742)
Cassandra J. Zappaterreno (208798)
515 South Figueroa Street, Suite 1515
Los Angeles, CA 90071
Attorneys for Indirect Purchaser Plaintiff: Tom Daley, individually and on behalf of others similarly situated

RAM & OLSON, LLP
Michael F. Ram (104805)
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Attorneys for Indirect Purchaser Plaintiffs: Scott Friedson, Guy Snowdy, and Sharon Defren, on behalf of themselves and all others similarly situated,

LAW OFFICES OF JULIO J. RAMOS
Julio J. Ramos (189944)
35 Grove Street, Suite 107
San Francisco, CA 94102
Attorneys for Indirect Purchaser Plaintiff: Don Cheung dba Computer 5000, on behalf of himself and all others similarly situated

RUKIN HYLAND DORIA & TINDALL, LLP
Peter Rukin (178336)
100 Pine Street, Suite 725
San Francisco, CA 94111
Attorneys for Indirect Purchaser Plaintiff: James P. Ito-Adler, on behalf of himself and all others similarly situated

SHAPIRO HABER & UMY, LLP
Thomas G. Shapiro (Pro Hac Vice Motion Pending)
Charles T. Tompkins (Pro Hac Vice Motion Pending)
Robert E. Ditzion (Pro Hac Vice Motion Pending)
53 State Street
Boston, MA 02109
Attorneys for Indirect Purchaser Plaintiff: James P. Ito-Adler, on behalf of himself and all others similarly situated

THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY

SHARP McQUEEN PA
Isaac L. Diel (Pro Hac Vice Motion Pending)
6900 College Blvd., Suite 285
Overland Park, KS 66223
Attorneys for Indirect Purchaser Plaintiffs: Scott Friedson, Guy Snowdy, and Sharon Defren, on behalf of themselves and all others similarly situated

WILKES & McHUGH
Casey A. Hatton (246081)
3780 Kilroy Airport Way, Suite 220
Long Beach, CA 90806
Attorneys for Indirect Purchaser Plaintiffs: Mary Jane Garland, Laura Allen, V. Carlos Palmeri, M.D., and Thomas Lewis, on behalf of themselves and others similarly situated

THE LARSON GROUP OF INDIRECT PURCHASER PLAINTIFFS' JOINDER TO DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE UNITED STATES' MOTION FOR A STAY