**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, CA  94102**
**www.cand.uscourts.gov**

Richard W. Wieking                                      General Court Number
Clerk                                                            415.522.2000

Re:  MDL 10-cv-02143-VRW In Re: Optical Disk Drive Products Antitrust Litigation

Dear Sir/Madam:

        Please be advised that for administrative purposes, the above entitled MDL action
case number shall be changed from its current format in CM/ECF from M:10-cv-2143 VRW
to **3:10-md-2143 VRW**.  The case title shall remain as presently captioned.  Nothing in this
notice is intended to supplement or supersede any information outlined in the court's
Pretrial Order No. 1 (Practice and Procedure Order) or subsequent pretrial orders.

                                                Sincerely yours,

                                                Rufino C. Santos
                                                Deputy Clerk

cc: Counsel
       MDL