

SEATTLE   SAN FRANCISCO   BOSTON   CHICAGO   LOS ANGELES   PHOENIX

Jeff D. Friedman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKLEY, CA 94710
www.hbsslaw.com
**Direct (510) 725-3031**
**jefff@hbsslaw.com**

T 510.725.3000   F 510.725.3001

June 18, 2010

*Via Electronic Filing*

Honorable Chief Judge Vaughn R. Walker
United States District Court
Courtroom 6, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    *In re Optical Disc Drive Antitrust Litigation*, USDC ND Cal. Case No. 3:10-md-2143 VRW

Dear Chief Judge Walker:

    Pursuant to this Court's direction at the Case Management Conference held on May 6, 2010, and June 4, 2010, Order appointing Hagens Berman interim class counsel for indirect purchaser plaintiffs, Jeff D. Friedman of Hagens Berman will act as the discovery coordinator on behalf of indirect purchaser plaintiffs.

                      Respectfully,

                      HAGENS BERMAN SOBOL SHAPIRO LLP

                      Jeff D. Friedman
                      Attorney

JFF:MP

cc: All Counsel

010177-12  376815 V1

## Mailing Information for a Case 3:10-md-02143-VRW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph M. Alioto**
  jmalioto@aliotolaw.com

- **U.S. Department of J Antitrust Division**
  sidney.majalya@usdoj.gov

- **David H. Bamberger**
  david.bamberger@dlapiper.com,jessica.green-johnson@dlapiper.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **Cullen Byrne**
  whparish@parishsmall.com

- **Deana Louise Cairo**
  deana.cairo@dlapiper.com

- **William G. Caldes**
  bcaldes@srkw-law.com

- **Henry A. Cirillo**
  hcirillo@steyerlaw.com,lrorem@steyerlaw.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,brichardson@bsfllp.com,vpooni@bsfllp.com,cduong@bsfllp.com,jlipton@bsfllp.com,sphan@bsfllp.com,aloeb@bsfllp.com

- **Michael E. Criden**
  meriden@cridenlove.com

- **Manuel Juan Dominguez**
  mdominguez@bermandevalerio.com,ecf@bermandevalerio.com,eavila@bermandevalerio.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com,curro@whafh.com

- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com

- **Erin Gail Frazor**
  erin.frazor@dlapiper.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Qianwei Fu**
  qfu@zelle.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,rbranch@barrack.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Terry Gross**
  terry@gba-law.com,monique@gba-law.com,joann@grossbelsky.com,adam@gba-law.com

- **Amy Harrington**
  amy@amyharringtonlaw.com

- **Casey Ann Hatton**
  chatton@wilkesmchugh.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com,firmfilings@hausfeldllp.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Christopher B. Hockett**
  chris.hockett@dpw.com,ecf.ct.papers@dpw.com,felicia.yu@dpw.com

- **Steven Christopher Holtzman**
  sholtzman@bsfllp.com,jchavez@bsfllp.com,cduong@bsfllp.com,sphan@bsfllp.com

- **Derek G. Howard**
  dhoward@minamitamaki.com,jlee@minamitamaki.com,byamauchi@minamitamaki.com,bmunoz@minamitamaki.com,cparker@minamitamaki.com,egoldwasser@min

- **Matthew J. Jacobs**
  mjacobs@mwe.com,aleonetti@mwe.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com

- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com

- **Kimberly Ann Kralowec**
  kkralowec@kraloweclaw.com,ggray@kraloweclaw.com

- **Lara Meredith Kroop**
  Lara.Kroop@usdoj.gov

- **Manish Kumar**
  manish.kumar@usdoj.gov

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,jbarton@glancylaw.com,sfreception@glancylaw.com

- **Stephen Gerard Larson**
  slarson@girardikeese.com,sshayesteh@girardikeese.com,tfaust@girardikeese.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Belinda S. Lee**
  Belinda.Lee@lw.com,#SFDocket@LW.com

- **Jack Wing Lee**
  jlee@MinamiTamaki.com,bcaracuzzo@MinamiTamaki.com,pdomin@MinamiTamaki.com,egoldwasser@MinamiTamaki.com,cparker@MinamiTamaki.com,seant@M

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **David Michael Lisi**
  dlisi@reedsmith.com,mdubuque@reedsmith.com

- **Sarah Robin London**
  slondon@lchb.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Sidney A. Majalya**
  sidney.majalya@usdoj.gov,liliana.vallejo@usdoj.gov

- **Pamela J. Marple**
  pmarple@mwe.com

- **Timothy Charles McHugh**
  timmchugh@wilkesmchugh.com

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Paolo Morante**
  paolo.morante@dlapiper.com,grissell.kessler@dlapiper.com

- **Linda Phyllis Nussbaum**
  lnussbaum@nussbaumllp.com

- **Steig David Olson**
  solson@hausfeldllp.com

- **William Henry Parish**
  whparish@parishsmall.com,toup@parishsmall.com

- **Robert M. Partain**
  rpartain@oslaw.com,aowen@oslaw.com

- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com,tie@girardgibbs.com,act@girardgibbs.com,smq@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com,cme@girardgibbs.com

- **Julio J Ramos**
  ramosfortrustee@yahoo.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,miles@ramsey-ehrlich.com,anjali@ramsey-ehrlich.com

- **Beko Osiris Ra Reblitz-Richardson**
  brichardson@bsfllp.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,ttien@finkelsteinthompson.com,jdito@finkelsteinthompso

- **Matthew W Ruan**
  mruan@bermandevalerio.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mdavis@zelle.com

- **Susan R. Schwaiger**
  sschwaiger@kaplanfox.com

- **Todd A. Seaver**
  tseaver@bermanesq.com

- **Craig P. Seebald**
  cseebald@mwe.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Ian T Simmons**
  isimmons@omm.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,avargas@pswplaw.com,yberry@pswplaw.com,dwarshaw@pswplaw.com,jwatkins@pswplaw.c

- **Joshua D. Snyder**
  jsnyder@bonizack.com

- **Sylvia M. Sokol**
  sokol@mesllp.com,omar@mesllp.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Jeffrey Lawrence Spector**
  jspector@srkw-law.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,behrhart@steyerlaw.com

- **Neil Swartzberg**
  nswartzberg@cpmlegal.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,lcuesta@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Casandra Leann Thomson**
  casandra.thomson@lw.com

- **Clinton Paul Walker**
  cwalker@damrell.com,nweston-dawkes@damrell.com,ewelsch@damrell.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

- **Jonathan Whitcomb**
  JWhitcomb@dmoc.com

- **James Lewis Wilkes**
  jwilkes@wilkesmchugh.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,medling@cpmlegal.com,pmenzel@cpmlegal.co

- **Brad Yamauchi**
  byamauchi@MinamiTamaki.com,dhoward@minamitamaki.com,pdomin@MinamiTamaki.com,egoldwasser@MinamiTamaki.com,lcharbonneau@MinamiTamaki.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

- **Jason Allen Zweig**
  jzweig@kaplanfox.com,rkilsheimer@kaplanfox.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel Bushell
Berman DeValerio
4280 Professional Center Drive, Ste 350
Palm Beach Gardens, FL 33410

Adam J. Levitt
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60661

Michael D Yanovsky
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60603
```