UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

Date: June 24, 2010
Courtroom Deputy: Cora Klein          Court Reporter:   Connie Kuhl

Case No. MDL Docket No. 3:10-md-2143 VRW

Title: In re OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION
        ALL CASES

| DIRECT PURCHASER PLAINTIFFS: | INDIRECT PURCHASER PLAINTIFFS: |
|---|---|
| Guido Saveri, Joseph M Alioto | Jeff Friedman, Stephen Larson |
| Gary L Specks, Bruce L Simon | Derek Howard, Jack Lee |
| Joseph Tabacco, Gadio Zirpoli | |
| Michael Lechman, Theresa Moore | |

DEFENDANTS:
Daniel Wall, John Cove, Ian Simmons, Patrick Hein, Ismail Ramsey, Katharine Kates, Matt Jacobs, Chris Hockett, Aaron Myers

UNITED STATES:
Sidney Majalya

**PROCEEDINGS:**
Government's motion to stay discovery, Doc #67.
Direct purchaser plaintiffs' motions to shorten time and to strike defendants' response to plaintiffs' opposition, Doc ##109, 110.

**RESULTS:**
The court heard argument from counsel. Direct purchaser plaintiffs' motion to shorten time, Doc #110, is GRANTED. Direct purchaser plaintiffs' motion to strike, Doc #109, is DENIED. Government's motion to stay discovery, Doc #67 is DENIED.

The court set the following case management schedule:
Indirect and direct purchaser plaintiffs' consolidated complaints shall be filed on or before August 26, 2010.
A FRCP 26(f) conference shall be held between the parties on or before September 9, 2010.
Initial disclosures shall be made on or before September 23, 2010.
A further case management conference shall be held at 10:00 AM on Wednesday, September 29, 2010.