1   Jeff D. Friedman (173886)
    Shana E. Scarlett (217895)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, CA 94710
    Telephone: (510) 725-3000
4   Facsimile: (510) 725-3001
    jefff@hbsslaw.com
5   shanas@hbsslaw.com

6   Steve W. Berman (*Pro Hac Vice*)
    George W. Sampson (*Pro Hac Vice pending*)
7   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
8   Seattle, Washington 98101
    Telephone: (206) 623-7292
9   Facsimile: (206) 623-0594
    steve@hbsslaw.com
10
    Interim Lead Counsel for Indirect
11  Purchaser Plaintiffs

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15  IN RE OPTICAL DISK DRIVE PRODUCTS  )  MDL DOCKET No. 3:10-md-2143 VRW
16  ANTITRUST LITIGATION               )
                                       )
17                                     )  APPLICATION AND [PROPOSED]
                                       )  ORDER FOR ADMISSION *PRO HAC*
18                                     )  *VICE* OF GEORGE W. SAMPSON
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
    This Document Relates to:          )
23                                     )
    ALL INDIRECT PURCHASER ACTIONS     )
24                                     )
                                       )
25  _____   )

26

27

28

**ORIGINAL**

610177-12 376361 V1

1    Pursuant to Civil Local Rule 11-3 ("Civil L.R."), George W. Sampson, an active member in

2    good standing of the bar of the state of Washington, hereby applies for admission to practice in the

3    Northern District of California on a *pro hac vice* basis representing Indirect Purchaser Plaintiffs in

4    the above-entitled action.  In support of this application, I certify on oath that:

5    1.    I am an active member in good standing of a United States Court or of the highest

6    court of another state or the District of Columbia, as indicated above;

7    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-

8    4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

9    Local Rules and the Alternative Dispute Resolution programs of this Court; and

10   3.    An attorney who is a member of the bar of this Court in good standing and who

11   maintains an office within the state of California has been designated as Interim Lead Counsel in

12   the above-entitled action.  The name, address and telephone number of that attorney is:

13                          JEFF D. FRIEDMAN (173886)
                            HAGENS BERMAN SOBOL SHAPIRO LLP
14                          715 Hearst Avenue, Suite 202
                            Berkeley, CA 94710
15                          Telephone: (510) 725-3000
                            Facsimile: (510) 725-3001
16                          jefff@hbsslaw.com

17           I declare under penalty of perjury of the United States of America that the foregoing is true

18   and correct.  Executed this 16th day of June, 2010, at Seattle, Washington.

19

20                                          _____
                                            GEORGE W. SAMPSON
21

                                   ~~[PROPOSED]~~ ORDER
22
             The Court, having reviewed the foregoing application, hereby GRANTS the Application for
23
     Admission *Pro Hac Vice* of George W. Sampson in this action.
24
             IT IS SO ORDERED.
25
     DATED: 6/28/2010
26
                                            _____
27                                          HONORABLE CHIEF JUDGE VAUGHN R. WALKER
                                            UNITED STATES DISTRICT COURT JUDGE
28

1

## DECLARATION OF SERVICE

2 I, the undersigned, declare:

3 That declarant is and was, at all times herein mentioned, a resident of the

4 United States and is employed in the city of Berkeley, California, over the age of 18

5 years, and not a party to or interested in the within action; that declarant's business

6 address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

7 On June 18, 2010, declarant served the APPLICATION AND [PROPOSED]

8 ORDER FOR ADMISSION *PRO HAC VICE* OF GEORGE W. SAMPSON on all

9 interested parties in this action.

10 [X]   **BY U.S. MAIL**

11 By placing a true copy thereof enclosed in sealed envelopes address as

12 follows: **See Attached Service List**. That there is a regular communication by mail

13 between the place of mailing and the places so addressed. I am readily familiar with

14 the firm's practice for collection and processing correspondence for mailing.  Under

15 that practice, this document will be deposited with the U.S. Postal Service on this

16 date with postage thereon fully prepaid at Berkeley, California in the ordinary course

17 of business.

18 [ ]   **BY E-MAIL**

19 I caused the above listed documents to be served by E-MAIL to the e-mail

20 addresses set forth on the attached service list.

21 I declare under penalty of perjury under the laws of the United States of

22 America that the foregoing is true and correct.

23 Executed this 18th day of June, 2010, at Berkeley, California.

24

25

26 Marzena Poniatowska

27

28