A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jul 08, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

nd-02143-RS   Document 125   Filed 07/20/10   Page

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 23, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OPTICAL DISK DRIVE PRODUCTS
ANTITRUST LITIGATION                                                    MDL No. 2143
    David Knight, et al. v. Sony Corp., et al.,   )
    D. Oregon, C.A. No. 6:10-495                     )

## CONDITIONAL TRANSFER ORDER (CTO-1)

On April 2, 2010, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp.2d___ (J.P.M.L. 2010).  With the consent of that court, all such actions have been assigned to the Honorable Vaughn R. Walker.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Walker.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 2, 2010, and, with the consent of that court, assigned to the Honorable Vaughn R. Walker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 08, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION