LINGEL H. WINTERS (STATE BAR NO. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:  (415) 398-2941

Attorneys for Plaintiff
EMW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. MDL DOCKET NO. M:10-2143 VRW |
| | Case No:  CV 10-3100  JI |
| EMW, INC., on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY OPTIARC, INC.; SONY OPTIARC AMERICA INC.; SONY NEC OPTIARC INC.; SONY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA CORP.; SAMSUNG ELECTRONICS CO.; HITACHI-LG DATA STORAGE INC.; HITACH LTD.; and LG ELECTRONICS INC.,<br><br>Defendants. | **RELATED CASE ORDER** |

A motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case below that I have initialed below is related to the case assigned to me, and such cases are related and shall be coordinated. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next earliest filed case for a related case determination.

CASE NO. MDL DOCKET NO. M:10-2143 VRW, IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION  _____

**Case No: CV 10-3100, EMW, INC.v. SONY OPTIARC, INC, et al.**
**I find that the above case is related to the case assigned to me.**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing notice motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect ; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

DATED: 7/27___, 2010



_____
Judge Vaughn R. Walker