IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 10-MD-02143-VRW<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT HITACHI-LG DATA STORAGE, INC.** |

IT IS HEREBY ORDERED THAT Defendant Hitachi-LG Data Storage, Inc. hereby substitutes Ropes & Gray LLP as its attorney of record in this action in place of Ramsey & Ehrlich LLP, 803 Hearst Avenue, Berkeley, California 94710, telephone number 510-548-3600.

All pleadings, orders and notices should henceforth be served upon Thad A. Davis at Ropes & Gray LLP, Three Embarcadero Center, San Francisco, California 94111-4006, telephone number 415-315-6300.

Dated: 8/13/2010

By: _____
Hon.
United
UNITED STATES DISTRICT COURT

*[Seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*