IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 10-MD-02143-VRW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF MARK S. POPOFSKY |

Mark S. Popofsky, an active member in good standing of the bar of California and the United States District Court for the District of Columbia, whose business address and telephone number is ROPES & GRAY LLP, One Metro Center, 700 12th Street NW, Suite 900, Washington, DC 20005-3948, (202) 508-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Hitachi-LG Data Storage, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/13/2010

By: /s/ *signature*

Hon. Vaughn R. Walker
United States District Judge
UNITED STATES DISTRICT COURT