1

2                                    UNITED STATES DISTRICT COURT

3                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                        SAN FRANCISCO DIVISION

5

6    IN RE: OPTICAL DISK DRIVE PRODUCTS )   CASE NO. 10-MD-02143-VRW
     ANTITRUST LITIGATION               )
7                                        )
                                         )   ~~[PROPOSED]~~ ORDER GRANTING
8    _____ )   APPLICATION FOR *PRO HAC VICE*
                                         )   ADMISSION OF JANE E. WILLIS
9    This Document Relates to:           )
                                         )
10   ALL ACTIONS                         )
                                         )
11   _____ )

12

13       Jane E. Willis, an active member in good standing of the bars of Massachusetts and New

14   York and the United States District Courts of Massachusetts and the Eastern and Southern

15   Districts of New York, whose business address and telephone number is ROPES & GRAY LLP,

16   One International Place, Boston, Massachusetts 02110, (617) 951-7000, having applied in the

17   above-entitled action for admission to practice in the Northern District of California on a *pro*

18   *hac vice* basis, representing Defendant Hitachi-LG Data Storage, Inc.

19       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

20   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

21   *vice*. Service of papers upon and communication with co-counsel designated in the application

22   will constitute notice to the party. All future filings in this action are subject to the requirements

23   contained in General Order No. 45, *Electronic Case Filing*.

24   Dated: 8/13/2010                    By _____

25                                       Hon. Vaughn R. Walker
26                                       United States District Judge
                                         UNITED STATES DISTRICT COURT
27

28