MATTHEW WALSH (Bar No. 175004)
Dewey & LeBoeuf LLP
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Telephone:  (650) 845-7000
Facsimile:   (650) 845-7333
Email:  mwalsh@dl.com

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION ) ) ) This document relates to: ) ) DIRECT PURCHASER CASES ) ) ) ) ) ) ) ) ) ) | No. 3:10 MD-02143 VRW **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16** |

CERTIFICATION OF INTERESTED ENTITIES                Case No. 10-02143 VRW

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Panasonic Corporation of North America states that: (i) Panasonic Corporation is the parent company of Panasonic Corporation of North America; and (ii) Panasonic Corporation is a publicly-held company that owns more than 10% of Panasonic Corporation of North America's stock. Panasonic Corporation does not have a parent corporation and no publicly-held company owns 10% or more of the company's stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  September 21, 2010

Respectfully submitted,

DEWEY & LEBOEUF LLP

By:  /s/ Matthew Walsh
Matthew Walsh (Bar No. 175004)
Dewey & LeBoeuf LLP
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333
Email: mwalsh@dl.com

Attorneys for Defendant Panasonic Corporation of North America