1  LISA M. KAAS (*Pro Hac Vice Application Pending*)
   DICKSTEIN SHAPIRO LLP
2  1825 Eye Street NW
3  Washington, DC 20006-5403
   Telephone: (202) 420-2200
4  Facsimile: (202) 420-2201

5  JAMES TURKEN (Bar No. 89618)
   DICKSTEIN SHAPIRO LLP
6  2049 Century Park East, Suite 700
7  Los Angeles, CA 90067-3109
   Telephone: (310) 772-8300
8  Facsimile: (310) 772-8301

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION**<br><br>[DIRECT PURCHASER CASES] | Case No. M:10-cv-02143 VRW<br><br>MDL No. 2143<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>[Proposed] Order Granting Motion for Leave to Appear Telephonically at Case Management Conference |

Counsel for Defendants BenQ America Corporation and BenQ Corporation (Taiwan), newly named defendants in the Direct Purchaser action, respectfully move for leave to appear at the September 29, 2010 case management conference by telephone. BenQ America Corporation was served on September 3, 2010 and counsel was not retained until the week of September 13, 2010. Lead counsel is located on the East Coast and has a prior conflict precluding travel to San Francisco which cannot be changed.

Counsel understands from Ms. Klein that the Court will connect the call prior to the hearing, and counsel will be available at (202) 420-2221.

1 | Dated: September 22, 2010       Respectfully submitted,

2 |                          By:   */s/ Lisa M. Kaas*

3 |                                LISA M. KAAS (*Pro Hac Vice Application Pending*)
4 |                                DICKSTEIN SHAPIRO LLP
5 |                                1825 Eye Street NW
                                   Washington, DC 20006-5403
6 |                                Telephone: (202) 420-2200
                                   Facsimile: (202) 420-2201
7 |                                E-mail:    KaasL@dicksteinshapiro.com
8 |
                                   JAMES TURKEN (Bar No. 89618)
9 |                                DICKSTEIN SHAPIRO LLP
                                   2049 Century Park East, Suite 700
10 |                               Los Angeles, CA 90067-3109
                                   Telephone: (310) 772-8300
11 |                               Facsimile: (310) 772-8301
                                   E-mail:    TurkenJ@dicksteinshapiro.com
12 |
13 |                               *Attorneys for Defendants BenQ America Corporation and BenQ Corporation*
14 |