IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL DOCKET NO M:10-2143 VRW |
| _____/ | ALL CASES |

    Pursuant to section E4 of the Assignment Plan, General Order 44, the clerk is DIRECTED to reassign the above-captioned multidistrict litigation to Judge Richard Seeborg.

    IT IS SO ORDERED

VAUGHN R WALKER
United States District Chief Judge

RICHARD SEEBORG
United States District Judge