JEFFREY L. KESSLER (admitted *Pro Hac Vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (admitted *Pro Hac Vice*)
Email: pvictor@dl.com
DAVID L. GREENSPAN (admitted *Pro Hac Vice*)
Email: dgreenspan@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA
and PANASONIC CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10 MD-02143 RS |
| This document relates to: | |
| DIRECT PURCHASER CASES | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 AND LOCAL RULE 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Panasonic Corporation states that it does not have a parent corporation and no publicly-held company owns 10% or more of the company's stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 11, 2010

Respectfully submitted,

DEWEY & LEBOEUF LLP

By:  /s/ Jeffrey L. Kessler

JEFFREY L. KESSLER (admitted *pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (admitted *pro hac vice*)
Email: pvictor@dl.com
DAVID L. GREENSPAN (admitted *pro hac vice*)
Email: dgreenspan@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
***Attorneys for Defendants Panasonic Corporation of North America and Panasonic Corporation***