*E-Filed 10/12/10*

Aaron Myers (S.B. #200145)
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
Evan J. Werbel
James G. Kress
Andrew D. Lazerow
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips
Electronics N.V., Lite-On IT Corporation, Philips &
Lite-On Digital Solutions Corporation, and Philips &
Lite-On Digital Solutions U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS |
| | MDL No. 2143 |
| This Document Relates to: | |
| ALL ACTIONS | |

### JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-2(a), the direct and indirect purchaser plaintiffs (collectively,

"Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT

Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and

Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"),

hereby stipulate and agree, subject to the approval of the Court, to extend the time within which

1  Defendants must move, answer, or otherwise respond to the Amended Complaint to November

2  24, 2010.  This extension is necessary to allow Defendants time to gather further information in

3  relation to the Consolidated Amended Complaints of the DPPs and the IPPs.  There have been no

4  previous time modifications in this case, whether by stipulation or Court order, and this

5  extension does not alter or extend any other date of any event or deadline already fixed by Court

6  order.  This stipulation also does not apply to any other defendant in this matter.

7          It is further stipulated that Defendants will not join in any motions to dismiss filed by

8  other defendants in this matter, currently due on October 12, 2010.  Should Defendants move to

9  dismiss, consistent with the September 29, 2010 case management hearing and Order,

10  Defendants will not reassert arguments addressed by the joint briefs filed on October 12, 2010,

11  and may only introduce arguments that specifically relate to individualized issues in Defendants'

12  case.  The page limitations applicable to individualized corporate "family" issues will apply to

13  any potential motions.

14  By:____*/s/ Guido Saveri*_____                    By:____*/s/ Jeff D. Friedman*_____
        Guido Saveri                                        Jeff D. Friedman
15      Saveri & Saveri, Inc.                               Hagens Berman Sobol Shapiro LLP
        706 Sansome Street                                  715 Hearst Avenue, Suite 202
16      San Francisco, CA  94111                            Berkeley, CA 94710
        Tel:  415-217-6810                                  Tel:  510-725-3000
17      Fax:  415-217-6813                                  Fax: 510-725-3001

18  *Counsel for Direct Purchaser Plaintiffs*              *Counsel for Indirect Purchaser Plaintiffs*

19                                                          By:  __*/s/ Aaron Myers*_____
                                                            Aaron Myers (S.B.N. 200145)
20                                                          HOWREY LLP
                                                            525 Market Street
21                                                          San Francisco, CA 94105
                                                            Tel: (415) 848-4900
22                                                          Fax: (415) 848-4999

23                                                          John M. Taladay
                                                            Evan J. Werbel
24                                                          James G. Kress
                                                            Andrew D. Lazerow
25                                                          HOWREY LLP
                                                            1299 Pennsylvania Avenue N.W.
26                                                          Washington, D.C. 20004
                                                            Tel: (202) 783-0800
27                                                          Fax: (202) 383-6610

28

*Counsel for Defendants Koninklijke Philips
Electronics N.V., Lite-On IT Corporation,
Philips & Lite-On Digital Solutions
Corporation and Philips & Lite-On Digital
Solutions U.S.A., Inc.*

IT IS SO ORDERED this __12th__ day of October, 2010.

By: _____

The Honorable Richard Seeborg

1

2

## **CERTIFICATE OF SERVICE**

3       I hereby certify that I am a resident of the State of California and over the age of 18

4   years, and not a party to the within action.  My business address is HOWREY LLP, 525 Market
Street, Suite 3600, San Francisco, California 94105.

5   On October 12, 2010, the following document was electronically filed with the Clerk of the

6   Court using CM/ECF.  I further certify that I served the following document upon the below
named counsel of record by electronic mail.

7       **JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO**

8                                       **COMPLAINT**

9   on the parties in this action addressed as follows:

10                            SEE ATTACHED SERVICE LIST

11       ☒ (BY ELECTRONIC MAIL) The above-described document was transmitted via
electronic mail to the email addresses indicated above.

12       I declare under penalty of perjury under the laws of United States of America that the

13   above is true and correct.

14       Executed on October 12, 2010 at San Francisco, California.

15

16                                      /s/ *Aaron Myers*
                                        Aaron Myers

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansorne Street
San Francisco, CA  94111
Tel:  415-217-6810
Fax:  415-217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Joseph W. Cotchett
Steven N. Williams
Neil Swartzberg
Aron K. Liang
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:  650-697-6000
Fax:  650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com
aliang@cpmlegal.com

Bruce L. Simon
PEARSON SIMON WARSHAW & PENNY LLP
44 Montgomery Street
Suite 2450
San Francisco, CA  94104
Tel:  415-433-9000
Fax:  415-433-9008
bsimon@pswplaw.com

Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
jefff@hbsslaw.com
shahas@hbsslaw.com

Thomas Brown
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Tel:  (415) 984-8700
Fax:  (415) 984-8701
tbrown@omm.com

5

1  Ian Simmons
   OMELVENY & MYERS LLP
2  1625 Eye St. NW
   Washington, D.C.  20006
3  Tel:  (202) 383-5300
   Fax:  (202) 383-5414
4  isimmons@omm.com

5  Daniel M. Wall
   Belinda S. Lee
6  LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
7  San Francisco, CA  94111-6538
   Tel:  415.391.0600
8  Fax:  415.395.8095
   dan.wall@lw.com
9  belinda.lee@lw.com

10 John F. Cove, Jr.
   Steven C. Holtzman
11 BOIES, SCHILLER & FLEMER LLP
   1999 Harrison Street, Suite 900
12 Oakland, California  94612
   Tel:  (510) 874-1000
13 Fax:  (510) 874-1460
   jcove@bsfllp.com
14 sholtzman@bsfllp.com

15 Jeffrey L. Kessler
   David L. Greenspan
16 DEWEY & LEBOFUF LLP
   1301 Avenue of the Americas
17 New York, NY  10019-6092
   Tel:  (212) 259-8000
18 Fax:  (212) 259-6333
   jkessler@dl.com
19 dgreenspan@dl.com

20 Joel B. Kleinman
   Lisa M. Kaas
21 DICKSTEIN SHAPIRO LLP
   1825 Eye Street NW
22 Washington, DC  20006-5403
   Tel:  (202) 420-2200
23 Fax:  (202) 420-2201
   kleinmanj@dicksteinshapiro.com
24 kaasl@dicksteinshapiro.com

25

26

27

28

Robert Pringle
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Tel:  (415) 591-1000
Fax:  (415) 591-1400
rpringle@winston.com

Paolo Morante
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Tel:  (212) 335-4500
Fax:  (212) 335-4501
paolo.morante@dlapiper.com