Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Christopher T. Micheletti (136446)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
*fscarpulla@zelle.com*

*Attorneys for Plaintiffs Craig P. Kelly
and Thomas Fennesy*

[Additional Attorneys on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | No. 3:10-MD-02143 RS<br><br>MDL No. 2143 |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS CRAIG P. KELLY AND THOMAS FENNESY** |

1 NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2 Civil Procedure, Plaintiffs Craig P. Kelly and Thomas Fennesy voluntarily dismiss their claims
3 without prejudice against all Defendants.

Dated: October 12, 2010           Respectfully submitted,

By:     */s/ Francis O. Scarpulla*

            Francis O. Scarpulla
            Craig C. Corbitt
            Christopher T. Micheletti
            Judith A. Zahid
            Patrick B. Clayton
            Qianwei Fu
            ZELLE HOFMANN VOELBEL & MASON LLP
            44 Montgomery Street, Suite 3400
            San Francisco, CA 94104
            Telephone:    (415) 693-0700
            Facsimile:     (415) 693-0770
            *fscarpulla@zelle.com*

            Michael L. Belancio (KS Bar No. 19395)
            Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
            911 Main Street, 30th Floor
            Kansas City, Missouri 64105
            Telephone:    (816) 472-7474
            Facsimile:     (816) 472-6262
            *mbelancio@fwpclaw.com*

            *Attorneys for Craig P. Kelly and Thomas Fennesy*