Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
Interim Lead Counsel for Indirect
Purchaser Plaintiffs

*[Additional Indirect Purchaser Plaintiffs
Counsel Listed in Consolidated Complaint]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 3:10-md-2143 VRW

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS; WAIVER OF THE SERVICE OF SUMMONS**

This Document Relates to:

ALL INDIRECT PURCHASER ACTIONS

1

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS**

**To:** ___Samsung Electronics Co., Ltd.___

**Why are you getting this?**
     A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.  A copy of the complaint is attached.

     This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent.  Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means of returning one copy.  You may keep the other copy.

**What happens next?**
     If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you.  **Pursuant an agreement between the parties, you will have forty-five (45) days from the date the consolidated complaint was filed, August 26, 2010, to answer said complaint.**

     If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

     Please read the enclosed statement about the duty to avoid unnecessary expenses.

     I certify that this request is being sent to you on the date below.

Date: _9/23/10_____

_____
Signature of Attorney
STEPHEN  G.  LARSON
Printed Name
1126  WILSHIRE BLVD.
LOS ANGELES, CA 90017
Address
Slarson@girardikeese.com
E-mail Address
(213) 977-0211
Telephone Number

## WAIVER OF THE SERVICE OF SUMMONS

**To:**    Stephen G. Larson, Esq.

    I have received your request to waive service of summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I will waive any objections to the absence of a summons or of service.

    **I also understand that, pursuant to an agreement between the parties, I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within forty-five (45) days from the date the consolidated complaint was filed, August 26, 2010.** If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _10/8/10_

_Ian Simmons_

Printed name of party waiving service of summons

_(Signature)_

_Signature of Attorney_

_Ian Simmons_

_Printed Name_

_1625 Eye St. NW_

_Address_

_Isimmons@omm.com_

_E-mail Address_

_202 383 5106_

_Telephone Number_

---

### DUTY TO AVOID UNNECESSARY EXENSES OF SERVING A SUMMONS

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of the summons or of service.

    If you waive service, then you must, within the time period specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

-3-

NOTICE AND WAIVER OF THE SERVICE OF SUMMONS