Aaron Myers (S.B. #200145)
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
Evan J. Werbel
James G. Kress
Andrew D. Lazerow
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | |

**JOINT STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

(1) HOWREY LLP will accept service of process from Direct and Indirect Plaintiffs on behalf of Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants") in *In Re Optical Disk Drive Products Antitrust Litigation*;

(2) this Stipulation does not effect the dates to respond or answer to the pleadings which the Court previously set, or waive any defenses Defendants may have to this action, including but not limited to objections to personal jurisdiction; and

(3) this Stipulation applies to this action only.

By:     */s/ Aaron Myers*
Aaron Myers (S.B. #200145)
HOWREY LLP
525 Market Street
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
Evan J. Werbel
James G. Kress
Andrew D. Lazerow
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

By:     */s/ Guido Saveri*
Guido Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Tel:  415-217-6810
Fax:  415-217-6813

*Counsel for Direct Purchaser Plaintiffs*

By:     */s/ Jeff D. Friedman*
Jeff D. Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am a resident of the State of California and over the age of 18 years, and not a party to the within action. My business address is HOWREY LLP, 525 Market Street, Suite 3600, San Francisco, California 94105.

On October 20, 2010, the following document was electronically filed with the Clerk of the Court using CM/ECF. I further certify that I served the following document upon the below named counsel of record by electronic mail.

**JOINT STIPULATION**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY ELECTRONIC MAIL) The above-described document was transmitted via electronic mail to the email addresses indicated above.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on October 20, 2010 at San Francisco, California.

By: _____*/s/ Aaron Myers*_____
**Aaron Myers**

| | |
|---|---|
| 1 | **SERVICE LIST** |

2  Guido Saveri
   R. Alexander Saveri
3  Cadio Zirpoli
   SAVERI & SAVERI, INC.
4  706 Sansorne Street
   San Francisco, CA  94111
5  Tel:  415-217-6810
   Fax:  415-217-6813
6  guido@saveri.com
   rick@saveri.com
7  cadio@saveri.com

8  Joseph W. Cotchett
   Steven N. Williams
9  Neil Swartzberg
   Aron K. Liang
10 COTCHETT, PITRE & MCCARTHY
   840 Malcolm Road, Suite 200
11 Burlingame, CA  94010
   Tel:  650-697-6000
12 Fax:  650-697-0577
   jcotchett@cpmlegal.com
13 swilliams@cpmlegal.com
   nswartzberg@cpmlegal.com
14 aliang@cpmlegal.com

15 Bruce L. Simon
   PEARSON SIMON WARSHAW & PENNY LLP
16 44 Montgomery Street
   Suite 2450
17 San Francisco, CA  94104
   Tel:  415-433-9000
18 Fax:  415-433-9008
   bsimon@pswplaw.com
19
   Jeff D. Friedman
20 Shana E. Scarlett
   HAGENS BERMAN SOBOL SHAPIRO LLP
21 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
22 Tel: 510-725-3000
   Fax: 510-725-3001
23 jefff@hbsslaw.com
   shahas@hbsslaw.com
24
   Thomas Brown
25 O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
26 San Francisco, CA  94111-3823
   Tel:  (415) 984-8700
27 Fax:  (415) 984-8701
   tbrown@omm.com
28

Joint Stipulation                                    4
Case No. M:10-cv-02143-RS

| | |
|---|---|
| 1 | Ian Simmons |
|   | OMELVENY & MYERS LLP |
| 2 | 1625 Eye St. NW |
|   | Washington, D.C.  20006 |
| 3 | Tel:  (202) 383-5300 |
|   | Fax:  (202) 383-5414 |
| 4 | isimmons@omm.com |
| 5 | Daniel M. Wall |
|   | Belinda S. Lee |
| 6 | LATHAM & WATKINS LLP |
|   | 505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA  94111-6538 |
|   | Tel:  415.391.0600 |
| 8 | Fax:  415.395.8095 |
|   | dan.wall@lw.com |
| 9 | belinda.lee@lw.com |
| 10 | John F. Cove, Jr. |
|    | Steven C. Holtzman |
| 11 | BOIES, SCHILLER & FLEMER LLP |
|    | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, California  94612 |
|    | Tel:  (510) 874-1000 |
| 13 | Fax:  (510) 874-1460 |
|    | jcove@bsfllp.com |
| 14 | sholtzman@bsfIlp.com |
| 15 | Jeffrey L. Kessler |
|    | David L. Greenspan |
| 16 | DEWEY & LEBOFUF LLP |
|    | 1301 Avenue of the Americas |
| 17 | New York, NY  10019-6092 |
|    | Tel:  (212) 259-8000 |
| 18 | Fax:  (212) 259-6333 |
|    | jkessler@dl.com |
| 19 | dgreenspan@dl.com |
| 20 | Joel B. Kleinman |
|    | Lisa M. Kaas |
| 21 | DICKSTEIN SHAPIRO LLP |
|    | 1825 Eye Street NW |
| 22 | Washington, DC  20006-5403 |
|    | Tel:  (202) 420-2200 |
| 23 | Fax:  (202) 420-2201 |
|    | kleinmanj@dicksteinshapiro.com |
| 24 | kaasl@dicksteinshapiro.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Joint Stipulation                                5
Case No. M:10-cv-02143-RS

1  Robert Pringle
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA  94111-5894
3  Tel:  (415) 591-1000
   Fax:  (415) 591-1400
4  rpringle@winston.com

5  Paolo Morante
   DLA PIPER LLP (US)
6  1251 Avenue of the Americas
   New York, NY  10020
7  Tel:  (212) 335-4500
   Fax:  (212) 335-4501
8  paolo.morante@dlapiper.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28