Counsel Listed On Signature Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 (RS) |
| | **STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO DISMISS** |
| This Document Relates to: ALL ACTIONS | |

WHEREAS, on September 29, 2010, the Court issued a Minute Order establishing a briefing schedule for motions to dismiss;

WHEREAS, on October 12, 2010, certain defendants filed joint and individual motions to dismiss the direct and indirect purchaser plaintiffs' consolidated complaints (Docket Nos. 251, 256, 257, 258, 262, 263, and 264);

WHEREAS, Plaintiffs have requested a one-week extension of the current schedule to respond to the different arguments raised in the motions to dismiss and Defendants do not oppose this request; and

WHEREAS, these motions were noticed for December 16, 2010 but the parties await the Court's setting of a hearing date on these motions that will be convenient for the Court's schedule;

ACCORDINGLY, the undersigned plaintiffs and moving defendants, through their

respective attorneys of record, stipulate and agree as follows:

1. The deadline for the direct purchaser plaintiffs and indirect purchaser plaintiffs to oppose the motions to dismiss shall be extended one week to November 19, 2010; and

2. The deadline for defendants to file motion to dismiss replies shall be extended one week to December 10, 2010.

SO STIPULATED.

DATED: November 1, 2010  SAVERI & SAVERI, INC.

By: */s/ Guido Saveri*
Guido Saveri
R. Alexander Saveri
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Chairman of the Committee of Direct Purchaser Plaintiffs' Counsel*

DATED: November 1, 2010  HAGENS BERMAN SOBOL SHAPIRO

By: */s/ Jeff D. Freedman*
Jeff D. Friedman
Shana E. Scarlett
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Interim Lead Counsel for the Indirect Purchaser Class*

DATED: November 1, 2010  LATHAM & WATKINS LLP

By: */s/ Belinda Lee*
Belinda S Lee
Brendan A. McShane
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Liaison Counsel for Moving Defendants*

Pursuant to General Order 45, § X.B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[PROPOSED] ORDER**

Good cause appearing, the above stipulation is approved.

SO ORDERED.

Date: 11/1/10

*/s/ Richard Seeborg*
Honorable Richard Seeborg
United States District Court