Aaron Myers (S.B. #200145)
MyersA@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
TaladayJ@howrey.com
Evan J. Werbel
WerbelE@howrey.com
James G. Kress
KressJ@howrey.com
Andrew D. Lazerow
LazerowA@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Counsel for Defendants Koninklijke Philips
Electronics N.V., Lite-On IT Corporation, Philips &
Lite-On Digital Solutions Corporation, and Philips &
Lite-On Digital Solutions U.S.A., Inc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | |

## RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Federal Rule of Civil Procedure 7.1, Koninklijke Philips Electronics N.V. ("Philips") states that it is a nongovernmental corporate entity located in the Netherlands. Philips does not have a parent corporation, and there is no publicly held corporation owning 10% or more of Philips' stock.

Lite-On IT Corporation ("Lite-On") is subsidiary of Lite-On Technology Corporation ("Lite-On Tech"), which owns 42.77% of Lite-On.  The only other entity owning more than 10% of Lite-On is Qisida Corporation, which owns 12.57% of Lite-On.

Philips & Lite-On Digital Solutions Corporation ("PLDS") is a joint venture between Philips and Lite-On, with Philips owning 51% and Lite-On owning 49%.  Philips & Lite-On Digital Solutions USA ("PLDS USA") is a wholly owned subsidiary of PLDS.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.[1]

Dated: November 12, 2010

Respectfully Submitted,

/s/ Aaron Myers
Aaron Myers (S.B. #200145)
HOWREY LLP
525 Market Street
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
Evan J. Werbel
James G. Kress
Andrew D. Lazerow
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

---

[1] Defendants do not waive, and explicitly reserve the right to assert, all defenses, including, but not limited to, jurisdictional defenses.