*E-Filed 11/16/10*

Counsel Listed On Signature Block

**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**

## UNITED STATES DISTRICT COURT

**9** ## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

**10**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 (RS) |
| | **STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS** |
| This Document Relates to: | |
| ALL ACTIONS | |

**11**
**12**
**13**
**14**
**15**
**16**

**17**      WHEREAS, on October 8, 2010, defense counsel contacted the Court's clerk to ask for

**18** guidance on selecting a hearing date for purposes of noticing the motions to dismiss that were

**19** soon to be filed by various defendants and were advised to select a placeholder date for the

**20** hearing;

**21**      WHEREAS, on October 12, 2010, certain defendants filed joint and individual motions to

**22** dismiss the direct and indirect purchaser plaintiffs' consolidated complaints, noticing such

**23** motions for hearing on December 16, 2010 as a placeholder date (Docket Nos. 251, 256, 257, 258,

**24** 262, 263, and 264);

**25**      WHEREAS, on November 1, 2010, the Court entered the parties' stipulation extending the

**26** deadline for the direct and indirect purchaser plaintiffs to oppose the motions to dismiss by one

**27** week to November 19, 2010 and extending the deadline for defendants to file replies by one week

**28**

1  to December 10, 2010.

2       WHEREAS, the parties have met and conferred regarding a proposed hearing date for the

3  motions to dismiss;

4        ACCORDINGLY, the undersigned plaintiffs and moving defendants, through their

5  respective attorneys of record, stipulate and agree that the motions to dismiss be heard on

6  January 20, 2011 at 1:30 pm, or at such other date and time as the Court determines.

7       SO STIPULATED.

8
9  DATED: November 15, 2010                          SAVERI & SAVERI, INC.

10                                          By:             /s/
                                                    Guido Saveri
11                                                  R. Alexander Saveri
                                                    Cadio Zirpoli
12                                                  706 Sansome Street
                                                    San Francisco, CA 94111
13                                                  Telephone: (415) 217-6810
                                                    Facsimile: (415) 217-6813
14
                                                    *Chairman of the Committee of Direct*
15                                                  *Purchaser Plaintiffs' Counsel*

16
17 DATED:  November 15, 2010                         HAGENS BERMAN SOBOL SHAPIRO

18                                          By:             /s/
                                                    Jeff D. Friedman
19                                                  Shana E. Scarlett
                                                    715 Hearst Avenue, Suite 202
20                                                  Berkeley, CA 94710
                                                    Telephone: (510) 725-3000
21                                                  Facsimile: (510) 725-3001

22                                                  *Interim Lead Counsel for the Indirect*
                                                    *Purchaser Class*
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS

1

DATED:  November 15, 2010                    LATHAM & WATKINS LLP

2

By:            /s/
Belinda S Lee

3

Brendan A. McShane
505 Montgomery Street, Suite 2000

4

San Francisco, CA 94111-6538
Telephone: (415) 391-0600

5

Facsimile: (415) 395-8095

6

*Liaison Counsel for Moving Defendants*

7

[PROPOSED] ORDER

8

Good cause appearing, the above stipulation is approved.

9

SO ORDERED.

10

11

Date:  11/16/10

Honorable Richard Seeborg

12

United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

819985.1                                          3                              3:10-md-2143 (RS)
STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS