1  Aaron Myers (S.B. #200145)
   HOWREY LLP
2  525 Market Street
   Suite 3600
3  San Francisco, CA 94105
   Tel: (415) 848-4900
4  Fax: (415) 848-4999

5  John M. Taladay
   Evan J. Werbel
6  James G. Kress
   Andrew D. Lazerow
7  HOWREY LLP
   1299 Pennsylvania Avenue N.W.
8  Washington, D.C. 20004
   Tel: (202) 783-0800
9  Fax: (202) 383-6610

10 *Counsel for Defendants Koninklijke Philips
   Electronics N.V., Lite-On IT Corporation, Philips &*
11 *Lite-On Digital Solutions Corporation, and Philips &
   Lite-On Digital Solutions U.S.A., Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | |

### JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-2(a), the direct and indirect purchaser plaintiffs (collectively, "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"), hereby stipulate and agree, subject to the approval of the Court, to extend the time within which

Defendants must move, answer, or otherwise respond to the Amended Complaint to January 24, 2011. This extension is necessary to allow Defendants time to gather further information in relation to the Consolidated Amended Complaints of the DPPs and the IPPs. This extension does not alter or extend any other date of any event or deadline already fixed by Court order. This stipulation also does not apply to any other defendant in this matter.

By: /s/ Guido Saveri
    Guido Saveri
    Saveri & Saveri, Inc.
    706 Sansome Street
    San Francisco, CA 94111
    Tel: 415-217-6810
    Fax: 415-217-6813

*Counsel for Direct Purchaser Plaintiffs*

By: /s/ Jeff D. Friedman
    Jeff D. Friedman
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Tel: 510-725-3000
    Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

By: /s/ Aaron Myers
    Aaron Myers (S.B. #200145)
    HOWREY LLP
    525 Market Street
    San Francisco, CA 94105
    Tel: (415) 848-4900
    Fax: (415) 848-4999

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

IT IS SO ORDERED this _____ day of November, 2010

By: _____
    The Honorable Richard Seeborg

Joint Stipulation and [Proposed] Order to Extend Time
Case No. M:10-cv-02143-RS, MDL No. 2143

2

# CERTIFICATE OF SERVICE

I hereby certify that I am a resident of the State of California and over the age of 18 years, and not a party to the within action. My business address is HOWREY LLP, 525 Market Street, Suite 3600, San Francisco, California 94105.

On November 18, 2010, the following document was electronically filed with the Clerk of the Court using CM/ECF. I further certify that I served the following document upon the below named counsel of record by electronic mail.

**JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY ELECTRONIC MAIL) The above-described document was transmitted via electronic mail to the email addresses indicated above.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on November 18, 2010 at San Francisco, California.

    /s/ Aaron Myers
Aaron Myers

**SERVICE LIST**

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansorne Street
San Francisco, CA 94111
Tel: 415-217-6810
Fax: 415-217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Joseph W. Cotchett
Steven N. Williams
Neil Swartzberg
Aron K. Liang
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com
aliang@cpmlegal.com

Bruce L. Simon
PEARSON SIMON WARSHAW & PENNY LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
Tel: 415-433-9000
Fax: 415-433-9008
bsimon@pswplaw.com

Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
jefff@hbsslaw.com
shahas@hbsslaw.com

Thomas Brown
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
tbrown@omm.com

| | |
|---|---|
| 1 | Ian Simmons |
| | OMELVENY & MYERS LLP |
| 2 | 1625 Eye St. NW |
| | Washington, D.C. 20006 |
| 3 | Tel: (202) 383-5300 |
| | Fax: (202) 383-5414 |
| 4 | isimmons@omm.com |
| 5 | Daniel M. Wall |
| | Belinda S. Lee |
| 6 | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA 94111-6538 |
| | Tel: 415.391.0600 |
| 8 | Fax: 415.395.8095 |
| | dan.wall@lw.com |
| 9 | belinda.lee@lw.com |
| 10 | John F. Cove, Jr. |
| | Steven C. Holtzman |
| 11 | BOIES, SCHILLER & FLEMER LLP |
| | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, California 94612 |
| | Tel: (510) 874-1000 |
| 13 | Fax: (510) 874-1460 |
| | jcove@bsfllp.com |
| 14 | sholtzman@bsfIlp.com |
| 15 | Jeffrey L. Kessler |
| | David L. Greenspan |
| 16 | DEWEY & LEBOFUF LLP |
| | 1301 Avenue of the Americas |
| 17 | New York, NY 10019-6092 |
| | Tel: (212) 259-8000 |
| 18 | Fax: (212) 259-6333 |
| | jkessler@dl.com |
| 19 | dgreenspan@dl.com |
| 20 | Joel B. Kleinman |
| | Lisa M. Kaas |
| 21 | DICKSTEIN SHAPIRO LLP |
| | 1825 Eye Street NW |
| 22 | Washington, DC 20006-5403 |
| | Tel: (202) 420-2200 |
| 23 | Fax: (202) 420-2201 |
| | kleinmanj@dicksteinshapiro.com |
| 24 | kaasl@dicksteinshapiro.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Robert Pringle
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA  94111-5894
3  Tel:  (415) 591-1000
   Fax:  (415) 591-1400
4  rpringle@winston.com

5  Paolo Morante
   DLA PIPER LLP (US)
6  1251 Avenue of the Americas
   New York, NY  10020
7  Tel:  (212) 335-4500
   Fax:  (212) 335-4501
8  paolo.morante@dlapiper.com