Aaron Myers (S.B. #200145)
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay
Evan J. Werbel
James G. Kress
Andrew D. Lazerow
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

**JOINT STIPULATION [~~AND PROPOSED~~ ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-2(a), the direct and indirect purchaser plaintiffs (collectively, "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"), hereby stipulate and agree, subject to the approval of the Court, to extend the time within which

1  Defendants must move, answer, or otherwise respond to the Amended Complaint to January 24,
2  2011.  This extension is necessary to allow Defendants time to gather further information in
3  relation to the Consolidated Amended Complaints of the DPPs and the IPPs.  This extension
4  does not alter or extend any other date of any event or deadline already fixed by Court order.
5  This stipulation also does not apply to any other defendant in this matter.

By:   /s/ Guido Saveri
    Guido Saveri
    Saveri & Saveri, Inc.
    706 Sansome Street
    San Francisco, CA  94111
    Tel:  415-217-6810
    Fax:  415-217-6813

*Counsel for Direct Purchaser Plaintiffs*

By:   /s/ Jeff D. Friedman
    Jeff D. Friedman
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Tel: 510-725-3000
    Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

By:   /s/ Aaron Myers
    Aaron Myers (S.B. #200145)
    HOWREY LLP
    525 Market Street
    San Francisco, CA 94105
    Tel: (415) 848-4900
    Fax: (415) 848-4999

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

    IT IS SO ORDERED this  18th  day of November, 2010

By:  _____
    The Honorable Richard Seeborg