UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVES ANTITRUST LITIGATION | Case No. 3:10-MD-02143 RS<br>MDL No. 2143<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT QUANTA STORAGE AMERICA, INC. |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTION | |

IT IS HEREBY ORDERED THAT Defendant Quanta Storage America, Inc. hereby substitutes Connolly Bove Lodge & Hutz LLP as its attorney of record in this action in place of Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105; telephone number (415) 856-7064.

All pleadings, orders and notices should henceforth be served upon Bruce Chapman at Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, CA 90071; telephone number (213) 787-2502.

Dated: 12/22/10            By: _____
                               Hon. Richard Seeborg
                               United States District Judge
                               UNITED STATES DISTRICT COURT