*E-Filed 1/4/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:10-md-2143 RS<br><br>**ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS** |

The hearing on the motions presently set for January 20, 2011 (Docket Nos. 251, 256, 257, 258, 262, 263, 264, 313, 314, and 315), and the hearing on the motion presently set for February 3, 2011 (Docket No. 325), are hereby continued to **Wednesday, February 9, 2011 at 1:30 p.m.** This order does not alter the due date for any briefing that may remain outstanding.

IT IS SO ORDERED.

Dated: 1/3/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE