Joseph Song (S.B. # 239494)
songj@howrey.com
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900
Fax: (415) 848-4999

John M. Taladay (*Pro hac vice*)
James G. Kress (*Pro hac vice*)
Andrew D. Lazerow (*Pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | |

**JOINT STIPULATION [ADD PROPOSED ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-2(a), the direct and indirect purchaser plaintiffs (collectively, "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"), hereby stipulate and agree, subject to the approval of the Court, to extend the time within which Defendants must move, answer, or otherwise respond to the Amended Complaints to no later

than 30 days after an order of the Court that resolves the pending motions to dismiss ("MTDs Order"). In the event that the Court dismisses in its entirety the direct plaintiffs' or the indirect plaintiffs' Amended Complaint, Defendants need not respond to the operative complaint(s) that the Court dismissed.

The parties have agreed to this stipulation with the Court's January 13, 2011 Order (Dkt No. 347) in mind. Defendants herein are the only defendants that have not responded to the Amended Complaints. Plaintiffs believe that it is preferable for the currently scheduled February 16, 2011, hearing to go forward and to delay the briefing and hearing of Defendants' motion(s), if any, until after a ruling has issued on the initial group of motions. This is because, while the ruling on the initial motions may not be strictly binding on the Defendants, it likely would serve to narrow and focus any disputes that might remain. Defendants do not oppose the February 16, 2011 hearing going forward and represent that any motions to dismiss that they may file after the MTD Order will not reassert arguments the Court addressed in such Order, and will only introduce arguments that specifically relate to individualized issues.

This extension does not alter or extend any other date of any event or deadline already fixed by Court order. The date for Defendants to respond to the Amended Complaints has been twice extended by this Court on October 12, 2010 and November 18, 2010. This stipulation also does not apply to any other defendant in this matter.

By:   /s/ Guido Saveri
    Guido Saveri
    Saveri & Saveri, Inc.
    706 Sansome Street
    San Francisco, CA 94111
    Tel: 415-217-6810
    Fax: 415-217-6813

*Counsel for Direct Purchaser Plaintiffs*

By:   /s/ Jeff D. Friedman
    Jeff D. Friedman
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Tel: 510-725-3000
    Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

By:   /s/ Joseph Song
    Joseph Song (S.B. # 239494)
    HOWREY LLP
    525 Market Street
    San Francisco, CA 94105
    Tel: (415) 848-4900
    Fax: (415) 848-4999

*Counsel for Defendants Koninklijke Philips*

JOINT STIPULATION TO EXTEND TIME

| | |
|---|---|
| 1 | *Electronics N.V., Lite-On IT Corporation,* |
| 2 | *Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION TO EXTEND TIME

1  IT IS SO ORDERED this _ 24th _ day of January, 2011.

2  By: _____

3  The Honorable Richard Seeborg

JOINT STIPULATION TO EXTEND TIME

4