*E-Filed 8/26/11*

Counsel Listed On Signature Block

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:10-md-02143-RS<br><br>MDL No. 2143 |
|---|---|
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINTS AND BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS** |

---

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINTS AND BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS;**
**Case No. 3:10-md-02143-RS**

1    WHEREAS, on August 3, 2011, this Court entered an Order Granting Motions to
2    Dismiss, With Leave to Amend ("Order") (Dkt. No. 393);
3    WHEREAS, the Order stated that any amended complaints were to be filed within 30
4    days of the date of the Order;
5    WHEREAS, pursuant to the Court's direction, the parties have met and conferred
6    regarding a mutually agreeable time to file the amended complaints and a briefing schedule
7    for any motions to dismiss;
8    IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties
9    identified below, that the schedule to file amended complaints and the briefing schedule for
10   any motions to dismiss shall be as follows:
11   (1) The deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file
12   any amended complaints is September 23, 2011;
13   (2) The deadline for Defendants to file their responses to any amended complaints,
14   including any motions to dismiss, is October 20, 2011;
15   (3) The deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file
16   any oppositions to any motion to dismiss an amended complaint is November 10, 2011; and
17   (4) The deadline for Defendants to file any replies in support of any motion to dismiss
18   an amended complaint is November 23, 2011.
19   **IT SO STIPULATED.**

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

1

| | | |
|---|---|---|
| Dated: August 26, 2011 | | Respectfully submitted, |
| | | **DIRECT PURCHASER PLAINTIFFS** |
| | By: | */s/ Guido Saveri* |
| | | Guido Saveri |
| | | R. Alexander Saveri |
| | | Cadio Zirpoli |
| | | **Saveri & Saveri, Inc.** |
| | | 706 Sansome Street |
| | | San Francisco, CA 94111 |
| | | Tel: 415-217-6810 |
| | | Fax: 415-217-6813 |
| | | guido@saveri.com |
| | | rick@saveri.com |
| | | cadio@saveri.com |
| | | |
| | | *Chairman of the Committee of Direct Purchaser Plaintiffs' Counsel Acting On Behalf Of All Direct Purchasers And Their Counsel In These Consolidated Actions* |

| | |
|---|---|
| Dated: August 26, 2011 | **INDIRECT PURCHASER PLAINTIFFS** |
| | */s/ Jeff D. Friedman* |
| | Jeff D. Friedman |
| | Shana E. Scarlett |
| | **Hagens Berman Sobol & Shapiro, LLP** |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA  94710 |
| | Telephone:  510-725-3000 |
| | Facsimile:   510-725-3001 |
| | jeff@hbsslaw.com |
| | shanas@hbsslaw.com |
| | |
| | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

2

Dated: August 26, 2011  Respectfully submitted,

**DEFENDANTS**

By: */s/ Belinda S. Lee*
Daniel M. Wall
Belinda S. Lee
Brendan A. McShane
Nicole C. Valco
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 1-415-395-8095
Dan.Wall@lw.com
Belinda.Lee@lw.com
Brendan.McShane@lw.com
Nicole.Valco@lw.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Samsung Storage Technology Korea Corporation, and Toshiba America Information Systems, Inc.*

By: */s/ Thomas Brown*
Thomas Brown (182916)
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
tbrown@omm.com

Ian Simmons (Admitted *Pro Hac Vice*)
**O'Melveny & Myers LLP**
1625 Eye St. NW
Washington, D.C. 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd.*

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

3

By: */s/ Christopher B. Hockett*
Christopher B. Hockett (121539)
Neal A. Potischman (254862)
Sandra D. West (250389)
Jeremy M. Brodsky (257674)
**Davis Polk & Wardwell LLP**
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
christopher.hockett@davispolk.com
neal.potischman@davispolk.com
sandra.west@davispolk.com
jeremy.brodsky@davispolk.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc*

By: */s/ John F. Cove*
John F. Cove, Jr. (212213)
Steven C. Holtzman (144177)
Beko O. Reblitz-Richardson (238027)
Alexis J. Loeb (269895)
**Boies, Schiller & Flexner LLP**
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone:   510-874-1000
Facsimile:   510-874-1460
jcove@bsfllp.com
sholtzman@bsfllp.com
brichardson@bsfllp.com
aloeb@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Optiarc, Inc. and Sony Optiarc America, Inc.*

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

4

|   |   |
|---|---|
| By: | */s/ David H. Bamberger* |
|   | David H. Bamberger (*pro hac vice*) |
|   | Deana L. Cairo (*pro hac vice*) |
|   | **DLA Piper LLP** |
|   | 500 8th Street, N.W. |
|   | Washington, D.C.  20004 |
|   | Phone:  202-799-4000 |
|   | Fax:     202-7995000 |
|   | david.bamberger@dlapiper.com |
|   | deana.cairo@dlapiper.com |
|   |   |
|   | Paolo Morante (*pro hac vice*) |
|   | **DLA Piper LLP** |
|   | 1251 Avenue of the Americas |
|   | New York, NY  10020 |
|   | Phone:  212-335-4500 |
|   | Fax:     212-335-4501 |
|   | paolo.morante@dlapiper.com |
|   |   |
|   | Erin Frazor (251324) |
|   | **DLA Piper LLP** |
|   | 555 Mission Street, Suite 2400 |
|   | San Francisco, CA  94105 |
|   | Phone:  415-836-2500 |
|   | Fax:  415-836-2501 |
|   | erin.frazor@dlapiper.com |
|   |   |
|   | *Attorneys for Defendants TEAC Corporation and TEAC America, Inc.* |
| By: | /s/ Jeffrey L. Kessler |
|   | Jeffrey L. Kessler (*pro hac vice*) |
|   | A. Paul Victor (*pro hac vice*) |
|   | David L. Greenspan (*pro hac vice*) |
|   | **Dewey & LeBoeuf LLP** |
|   | 1301 Avenue of the Americas |
|   | New York, NY 10019-6092 |
|   | Phone:  212-259-8000 |
|   | Fax:     212-259-6333 |
|   | jkessler@dl.com |
|   | pvictor@dl.com |
|   | dgreenspan@dl.com |
|   |   |
|   | *Attorneys for Defendant Panasonic Corp. of North America* |

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

5

By:  /s/ Mark S. Popofsky
Mark S. Popofsky (*pro hac vice*)
**Ropes & Gray LLP**
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: 202-508-4600
Facsimile: 202-508-4650
Mark.Popofsky@ropesgray.com

Jane E. Willis (*pro hac vice*)
**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02119
Telephone: 617-951-7000
Facsimile: 617-951-7050
Jane.Willis@ropesgray.com

Thad A. Davis (220503)
**Ropes & Gray LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: 415-315-6300
Facsimile: 415-315-6350
Thad.Davis@ropesgray.com

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. & Hitachi-LG Data Storage Korea, Inc.*

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

6

| | |
|---|---|
| By: | /s/ Joel B. Kleinman |
| | Joel B. Kleinman (*pro hac vice*) |
| | Lisa M. Kaas (*pro hac vice*) |
| | **Dickstein Shapiro LLP** |
| | 1825 Eye Street NW |
| | Washington, DC 20006-5403 |
| | Telephone: 202-420-2200 |
| | Facsimile: 202-420-2201 |
| | KleinmanJ@dicksteinshapiro.com |
| | KaasL@dicksteinshapiro.com |
| | |
| | James Turken (89618) |
| | **Dickstein Shapiro LLP** |
| | 2049 Century Park East, Suite 700 |
| | Los Angeles, CA 90067-3109 |
| | Telephone: 310-772-8300 |
| | Facsimile: 310-772-8301 |
| | |
| | *Attorneys for Defendants BenQ America Corporation and BenQ Corporation* |
| By: | /s/ Craig P. Seebald |
| | Craig P. Seebald (*Pro Hac Vice*) |
| | **Vinson & Elkins LLP** |
| | 600 13th Street, NW |
| | 2200 Pennsylvania Ave, NW |
| | Washington, DC 20037 |
| | Telephone: 202-639-6585 |
| | Facsimile: 202-879-8995 |
| | cseebald@velaw.com |
| | |
| | Matthew J. Jacobs (171149) |
| | **Vinson & Elkins LLP** |
| | 525 University Avenue, Suite 410 |
| | Palo Alto, CA 94301-1918 |
| | Telephone: 650-687-8214 |
| | Facsimile: 650-618-2666 |
| | mjacobs@velaw.com |
| | |
| | *Attorneys for Defendant Hitachi, Ltd.* |

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

7

| | | |
|---|---|---|
| | By: | */s/ Robert B. Pringle* |
| | | Robert B. Pringle (051365) |
| | | Paul R. Griffin (083541) |
| | | Jonathan E. Schwartz (203624) |
| | | **Winston & Strawn LLP** |
| | | 101 California Street, Suite 3900 |
| | | San Francisco, CA 94111 |
| | | Telephone: 415-591-1000 |
| | | Facsimile: 415-591-1400 |
| | | rpringle@winston.com |
| | | pgriffin@winston.com |
| | | jswartz@winston.com |

*Attorneys for Defendant NEC Corporation*

*/s/ Minda R. Schechter*
By:   Minda R. Schechter (65889)
      Bruce G. Chapman (164258)
      Keith D. Fraser (216279)
      Connolly Bove Lodge & Hutz LLP
      333 S. Grand Ave., Suite 2300
      Los Angeles, CA 90071
      Telephone: 213-787-2500
      Facsimile: 213-687-0498
      mschechter@cblh.com
      bchapman@cblh.com
      kfraser@cblh.com

Zhun Lu (*pro hac vice*)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: 302-658-9141
Facsimile: 302-658-5614
zlu@cblh.com

*Attorneys for Quanta Storage, Inc. and Quanta Storage America, Inc.*

**STIPULATION AND [PROPOSED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**

8

# ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I hereby attest that concurrence in the filing of this document has been properly obtained.

/s/ Steven N. Williams

STEVEN N. WILLIAMS

**IT IS SO ORDERED.**

Dated: _August 26__, 2011

The Honorable Richard Seeborg
United States District Judge
Northern District of California

**STIPULATION AND [~~PROPOS~~ED] ORDER RE TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE; Case No. 3:10-md-02143-RS**