1  [Counsel Listed On Signature Block]

2

3

4

5

6

7

8

9                               UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11

12                                                          CASE NO. 3:10-MD-02143 RS

13  IN RE OPTICAL DISK DRIVE                                MDL NO. 2143
    ANTITRUST LITIGATION
14                                                          **STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING FOR ANY MOTIONS TO DISMISS**

15

16  This document relates to:

17  ALL ACTIONS

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

WHEREAS, on August 3, 2011, this Court entered an Order Granting Motions to Dismiss, With Leave to Amend (Dkt. No. 393);

WHEREAS, on August 26, 2011, this Court entered a Stipulation and Order Re Time to File Consolidated Amended Complaints and Briefing Schedule for Any Motions to Dismiss (Dkt. No. 401), which set the deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file any amended complaints and also set the briefing schedule for any motions to dismiss the amended complaints;

WHEREAS, on September 23, 2011, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs each filed separate second amended consolidated complaints (Dkt. Nos. 403 & 407);

WHEREAS, certain Defendants intend to file motions to dismiss the second amended consolidated complaints;

WHEREAS, Defendants have requested, and both the Direct and Indirect Purchaser Plaintiffs are agreeable to, a briefing arrangement which permits consolidated briefing to address common issues, while still allowing each Defendant the opportunity to address the allegations and issues specific to it in additional individualized briefs;

WHEREAS, the parties' agreed upon briefing arrangement and page limits, as set forth below, is the same as that previously ordered by Judge Walker in this action (Dkt. No. 237) in connection with the prior motions to dismiss the first amended consolidated complaints;

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below, that the briefing for any motions to dismiss filed by Defendants shall remain subject to the schedule set in the Court's August 26, 2011 Order and shall also be subject to the following page limits:

- Defendants' joint motion to dismiss the Second Consolidated Direct Purchaser Class Action Complaint shall be not more than 40 pages; any Opposition Memorandum shall be not more than 40 pages; and any Reply Memorandum shall be not more than 15 pages.

- Defendants' joint motion to dismiss the Indirect Purchaser Plaintiffs' Second

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

| | |
|---|---|
| 1 | Amended Class Action Complaint shall be not more than 40 pages; any |
| 2 | Opposition Memorandum shall be not more than 40 pages; and any Reply |
| 3 | Memorandum shall be not more than 15 pages. |
| 4 | • Additional memoranda may be filed by individual defendants.  Opening |
| 5 | memoranda shall be not more than 6 pages, oppositions not more than 6 pages |
| 6 | and replies not more than 4 pages.  The parties, however, will consolidate |
| 7 | argument where appropriate. |

**IT IS SO STIPULATED.**

Dated:  October 4, 2011              Respectfully submitted,

By:  */s/ Guido Saveri*_____
Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel: +1.415.217-6810
Fax: +1.415.217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Chairman of the Committee of Direct Purchaser Plaintiffs' Counsel Acting on Behalf of All Direct Purchasers and Their Counsel In These Consolidated Actions*


By:  */s/ Jeff D. Friedman*_____
Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL & SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: +1.510.725.3000
Fax: +1.510.725.3001
jeff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
George W. Sampson

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

|    |     |                                                                                           |
|----|-----|-------------------------------------------------------------------------------------------|
| 1  |     | HAGENS BERMAN SOBOL SHAPIRO LLP                                                           |
| 2  |     | 1918 Eighth Avenue, Suite 3300                                                            |
|    |     | Seattle, WA 98101                                                                         |
| 3  |     | Tel: + 1.206.623.7292                                                                     |
|    |     | Fax: +1.206.623.0594                                                                      |
| 4  |     | steve@hbsslaw.com                                                                         |
| 5  |     | george@hbsslaw.com                                                                        |
| 6  |     | *Interim Lead Counsel for Indirect Purchaser Plaintiffs*                                  |
| 7  |     |                                                                                           |
| 8  | By: | */s/ Belinda S Lee*_____                                              |
|    |     | Daniel M. Wall                                                                            |
| 9  |     | Belinda S Lee                                                                             |
| 10 |     | Brendan A. McShane                                                                        |
|    |     | Nicole C. Valco                                                                           |
| 11 |     | LATHAM & WATKINS LLP                                                                      |
|    |     | 505 Montgomery Street, Suite 2000                                                         |
| 12 |     | San Francisco, CA 94111-6538                                                              |
| 13 |     | Tel: +1.415.391.0600                                                                      |
|    |     | Fax: +1.415.395.8095                                                                      |
| 14 |     | Dan.Wall@lw.com                                                                           |
|    |     | Belinda.Lee@lw.com                                                                        |
| 15 |     | Brendan.McShane@lw.com                                                                    |
|    |     | Nicole.Valco@lw.com                                                                       |
| 16 |     |                                                                                           |
| 17 |     | *Attorneys for Defendants Toshiba Corp., Toshiba Samsung Storage Technology Corp., Toshiba|
| 18 |     | Samsung Storage Technology Korea Corp.*                                                   |
| 19 |     |                                                                                           |
|    | By: | */s/ Christopher B. Hockett*_____                                           |
| 20 |     | Christopher B. Hockett (Bar No. 121539)                                                   |
| 21 |     | Neal A. Potischman (Bar No. 254862)                                                       |
|    |     | Sandra D. West (Bar No. 250389)                                                           |
| 22 |     | DAVIS POLK & WARDWELL LLP                                                                 |
|    |     | 1600 El Camino Real                                                                       |
| 23 |     | Menlo Park, California 94025                                                              |
| 24 |     | Telephone: (650) 752-2000                                                                 |
|    |     | Facsimile: (650) 752-2111                                                                 |
| 25 |     | christopher.hockett@davispolk.com                                                         |
|    |     | neal.potischman@davispolk.com                                                             |
| 26 |     | sandra.west@davispolk.com                                                                 |
| 27 |     | *Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.*               |
| 28 |     |                                                                                           |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

By: /s/ Craig P. Seebald
Matthew Jacobs (Bar No. 171149)
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301-1918
Telephone:  (650) 687-8214
Facsimile:   (650) 618-2666

Craig P. Seebald (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Washington, DC  20037
Telephone: (202) 639-6585
Facsimile:  (202) 879-8995

*Attorneys for Defendant Hitachi, Ltd.*


By: /s/ John F. Cove
John F. Cove, Jr. (Bar No. 212213)
Steven C. Holtzman (Bar No. 144177)
Beko O. Reblitz-Richardson (Bar No. 238027)
Alexis J. Loeb (Bar No. 269895)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone:   (510) 874-1000
Facsimile:   (510) 874-1460
E-mail:       jcove@bsfllp.com
              sholtzman@bsfllp.com
              brichardson@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Optiarc Inc., and Sony Optiarc America Inc.*


By: /s/ Thomas Brown
Thomas Brown (Bar No. 182916)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: tbrown@omm.com

Ian Simmons (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye St. NW

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

|   |   |   |
|---|---|---|
| 1 | | Washington, D.C. 20006 |
| 2 | | Telephone: (202) 383-5300 |
|   | | Facsimile: (202) 383-5414 |
| 3 | | Email: isimmons@omm.com |
| 4 | | *Attorneys for Defendants Samsung Electronics Co., Ltd.* |
| 5 | | |
| 6 | By: | */s/ David H. Bamberger*_____ |
| 7 | | David H. Bamberger (admitted *pro hac vice*) |
|   | | Deana L. Cairo (admitted *pro hac vice*) |
| 8 | | DLA PIPER LLP (US) |
|   | | 500 8th Street, N.W. |
| 9 | | Washington, D.C.  20004 |
| 10 | | Phone:  (202) 799-4000 |
|    | | Fax:      (202) 799-5000 |
| 11 | | Email:  david.bamberger@dlapiper.com |
|    | |              deana.cairo@dlapiper.com |
| 12 | | |
| 13 | | Paolo Morante (admitted *pro hac vice*) |
|    | | DLA PIPER LLP (US) |
| 14 | | 1251 Avenue of the Americas |
|    | | New York, NY  10020 |
| 15 | | Phone:  (212) 335-4500 |
|    | | Fax:      (212) 335-4501 |
| 16 | | Email:  paolo.morante@dlapiper.com |
| 17 | | Erin Frazor (Bar No. 251324) |
| 18 | | DLA PIPER LLP (US) |
|    | | 555 Mission Street, Suite 2400 |
| 19 | | San Francisco, CA  94105 |
|    | | Phone:  (415) 836-2500 |
| 20 | | Fax: (415) 836-2501 |
|    | | E-mail: erin.frazor@dlapiper.com |
| 21 | | |
| 22 | | *Attorneys for Defendants TEAC Corporation and TEAC America, Inc.* |
| 23 | | |
| 24 | By: | */s/ Jeffrey L. Kessler*_____ |
| 25 | | Jeffrey L. Kessler (admitted *pro hac vice*) |
|    | | A. Paul Victor (admitted *pro hac vice*) |
| 26 | | David L. Greenspan (admitted *pro hac vice*) |
|    | | DEWEY & LEBOEUF LLP |
| 27 | | 1301 Avenue of the Americas |
|    | | New York, NY  10019-6092 |
| 28 | | Phone:  (212) 259-8000 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

```
                            Fax:    (212) 259-6333
                            Email:  jkessler@dl.com
                                    pvictor@dl.com
                                    dgreenspan@dl.com
```

*Attorneys for Defendants Panasonic Corp. of North America and Panasonic Corp.* [stipulating with respect to the Second Consolidated Direct Purchaser Class Action Complaint]

By: */s/ Mark S. Popofsky*_____
    Mark S. Popofsky (admitted *pro hac vice*)
    ROPES & GRAY LLP
    One Metro Center
    700 12th Street NW, Suite 900
    Washington, D.C. 20005-3948
    Phone: (202) 508-4600
    Fax:    (202) 508-4650
    Email: Mark.Popofsky@ropesgray.com

    Jane E. Willis (admitted *pro hac vice*)
    ROPES & GRAY LLP
    Prudential Tower
    Boston, MA 02119
    Phone: (617) 951-7000
    Fax:    (617) 951-7050
    Email: Jane.Willils@ropesgray.com

    Thad A. Davis (Bar No. 220503)
    ROPES & GRAY LLP
    Three Embarcadero Center
    San Francisco, CA 94111-4006
    Phone: (415) 315-6300
    Fax: (415) 315-6350

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. & Hitachi-LG Data Storage Korea, Inc.*

By: */s/ Minda R. Schechter*_____
    Minda R. Schechter (Bar No. 65889)
    mschechter@cblh.com
    Bruce G. Chapman (Bar No. 164258)
    bchapman@cblh.com
    Keith D. Fraser (Bar No. 216279)
    kfraser@cblh.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, California 90071
Phone: (213) 787-2500
Fax: (213) 687-0498

Zhun Lu (admitted *Pro Hac Vice*)
zlu@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendants Quanta Storage, Inc.
and Quanta Storage America, Inc.*

By:  /s/ Joel B. Kleinman_____
Joel B. Kleinman (admitted *pro hac vice*)
Lisa M. Kaas (admitted *pro hac vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: KleinmanJ@dicksteinshapiro.com
Email: KaasL@dicksteinshapiro.com

James Turken (Bar No. 89618)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 722-8300
Facsimile: (310) 772-8301
Email: TurkenJ@dicksteinshapiro.com

*Attorneys for Defendants BenQ Corporation
and BenQ America Corp.*

By:  /s/ Robert B. Pringle_____
Robert B. Pringle (State Bar No. 051365)
Paul R. Griffin (State Bar No. 083541)
Jonathan E. Swartz (State Bar No. 203624)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Telephone: (415) 591-1000

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

Facsimile: (415) 591-1400
E-mail: rpringle@winston.com
pgriffin@winston.com
jswartz@winston.com

*Attorneys for Defendant NEC Corporation*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I hereby attest that concurrence in the filing of this document has been properly obtained.

*/s/ Belinda S Lee*
Belinda S Lee
of LATHAM & WATKINS LLP

**IT IS SO ORDERED.**

Dated: __10/4_____, 2011

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California

SF\876931.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

STIPULATION REGARDING THE BRIEFING
FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS