*E-Filed 10/11/11*

1 | Jon V. Swenson (S.B. #233054)
  | BAKER BOTTS LLP
2 | 620 Hansen Way
  | Palo Alto, CA 94304
3 | Tel: (650) 739-7500
  | Fax: (650) 739-7699
4 | jon.swenson@bakerbotts.com

5 | John M. Taladay
  | Evan J. Werbel
6 | William C. Lavery
  | BAKER BOTTS LLP
7 | 1299 Pennsylvania Avenue N.W.
  | Washington, D.C. 20004
8 | Tel: (202) 639-7700
  | Fax: (202) 639-7890
9 | john.taladay@bakerbotts.com
  | evan.werbel@bakerbotts.com
10 | william.lavery@bakerbotts.com

11 | *Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS <br><br> MDL No. 2143 |
| This Document Relates to: <br><br> ALL ACTIONS | |

**JOINT STIPULATION [AND ~~PROPOSED~~ ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-2(a), the direct and indirect purchaser plaintiffs (collectively, "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), and Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"),

hereby stipulate and agree, subject to the approval of the Court, to extend the time within which Defendants must move, answer, or otherwise respond to the Amended Complaints to no later than 30 days after an order of the Court that resolves any motions to dismiss ("MTDs Order") that other defendants may file.  In the event that the Court dismisses in its entirety the direct plaintiffs' or the indirect plaintiffs' Amended Complaint, Defendants need not respond to the operative complaint(s) that the Court dismissed.

This extension does not alter or extend any other date of any event or deadline already fixed by Court order.  This stipulation also does not apply to any other defendant in this matter.

By:   /s/ Guido Saveri
       Guido Saveri
       Saveri & Saveri, Inc.
       706 Sansome Street
       San Francisco, CA  94111
       Tel: 415-217-6810
       Fax: 415-217-6813

*Counsel for Direct Purchaser Plaintiffs*

By:   /s/ Jeff D. Friedman
       Jeff D. Friedman
       Hagens Berman Sobol Shapiro LLP
       715 Hearst Avenue, Suite 202
       Berkeley, CA 94710
       Tel: 510-725-3000
       Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

By:   /s/ Jon V. Swenson
       Jon V. Swenson (S.B. #233054)
       BAKER BOTTS LLP
       620 Hansen Way
       Palo Alto, CA 94304
       Tel: (650) 739-7500
       Fax: (650) 739-7699
       jon.swenson@bakerbotts.com

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

IT IS SO ORDERED this __11th__ day of October, 2011.

By: _____
       The Honorable Richard Seeborg

## CERTIFICATE OF SERVICE

I hereby certify that I am a resident of the State of California and over the age of 18 years, and not a party to the within action. My business address is BAKER BOTTS LLP, 620 Hansen Way, Palo Alto, CA 94304.

On October 10, 2011, the following document was electronically filed with the Clerk of the Court using CM/ECF. I further certify that I caused the following document to be served upon the below named counsel of record by electronic mail.

**JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY ELECTRONIC MAIL) The above-described document was transmitted via electronic mail to the email addresses indicated above.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on October 10, 2011 at Palo Alto, California.

/s/ Jon V. Swenson
Jon Swenson

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Guido Saveri |
| | R. Alexander Saveri |
| 3 | Cadio Zirpoli |
| | SAVERI & SAVERI, INC. |
| 4 | 706 Sansorne Street |
| | San Francisco, CA  94111 |
| 5 | Tel:  415-217-6810 |
| | Fax:  415-217-6813 |
| 6 | guido@saveri.com |
| | rick@saveri.com |
| 7 | cadio@saveri.com |
| 8 | Joseph W. Cotchett |
| | Steven N. Williams |
| 9 | Neil Swartzberg |
| | Aron K. Liang |
| 10 | COTCHETT, PITRE & MCCARTHY |
| | 840 Malcolm Road, Suite 200 |
| 11 | Burlingame, CA  94010 |
| | Tel:  650-697-6000 |
| 12 | Fax:  650-697-0577 |
| | jcotchett@cpmlegal.com |
| 13 | swilliams@cpmlegal.com |
| | nswartzberg@cpmlegal.com |
| 14 | aliang@cpmlegal.com |
| 15 | Bruce L. Simon |
| | PEARSON SIMON WARSHAW & PENNY LLP |
| 16 | 44 Montgomery Street |
| | Suite 2450 |
| 17 | San Francisco, CA  94104 |
| | Tel:  415-433-9000 |
| 18 | Fax:  415-433-9008 |
| | bsimon@pswplaw.com |
| 19 | |
| | Jeff D. Friedman |
| 20 | Shana E. Scarlett |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 21 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 22 | Tel: 510-725-3000 |
| | Fax: 510-725-3001 |
| 23 | jefff@hbsslaw.com |
| | shahas@hbsslaw.com |
| 24 | |
| | Thomas Brown |
| 25 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 26 | San Francisco, CA  94111-3823 |
| | Tel:  (415) 984-8700 |
| 27 | Fax:  (415) 984-8701 |
| | tbrown@omm.com |
| 28 | |


Ian Simmons
OMELVENY & MYERS LLP
1625 Eye St. NW
Washington, D.C.  20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414
isimmons@omm.com

Daniel M. Wall
Belinda S. Lee
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel:  415.391.0600
Fax:  415.395.8095
dan.wall@lw.com
belinda.lee@lw.com

John F. Cove, Jr.
Steven C. Holtzman
BOIES, SCHILLER & FLEMER LLP
1999 Harrison Street, Suite 900
Oakland, California  94612
Tel:  (510) 874-1000
Fax:  (510) 874-1460
jcove@bsfllp.com
sholtzman@bsfIlp.com

Jeffrey L. Kessler
David L. Greenspan
DEWEY & LEBOFUF LLP
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000
Fax:  (212) 259-6333
jkessler@dl.com
dgreenspan@dl.com

Joel B. Kleinman
Lisa M. Kaas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006-5403
Tel:  (202) 420-2200
Fax:  (202) 420-2201
kleinmanj@dicksteinshapiro.com
kaasl@dicksteinshapiro.com

1  Robert Pringle
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA  94111-5894
3  Tel:  (415) 591-1000
   Fax:  (415) 591-1400
4  rpringle@winston.com

5  Paolo Morante
   DLA PIPER LLP (US)
6  1251 Avenue of the Americas
   New York, NY  10020
7  Tel:  (212) 335-4500
   Fax:  (212) 335-4501
8  paolo.morante@dlapiper.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28