

Haidee L. Schwartz
O'MELVENY & MYERS LLP
1625 I St., N.W.
Washington, D.C. 20006
Telephone: (202) 383-5257

**FILED**
2011 OCT 13 A 11: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION

Plaintiff(s)

v.

[RELATES TO ALL ACTIONS]

Defendant(s)

CASE NO. 3:10-MD-02143-RS

MDL NO. 2143

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Haidee L. Schwartz, an active member in good standing of the bar of Virginia and District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Samsung Electronics Co., LTD, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Thomas Brown, O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, CA 94111-3823

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2011