[Counsel Listed On Signature Block]

*E-Filed 10/20/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:10-MD-02143 RS<br><br>MDL NO. 2143<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE FOR ANY MOTIONS TO DISMISS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

1    WHEREAS, on August 3, 2011, this Court entered an Order Granting Motions to
Dismiss, With Leave to Amend (Dkt. No. 393);

3    WHEREAS, on August 26, 2011, this Court entered a Stipulation and Order Re Time to File Consolidated Amended Complaints and Briefing Schedule for Any Motions to Dismiss (Dkt. No. 401), which set the deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file any amended complaints and also set the briefing schedule for any motions to dismiss the amended complaints as follows:

- The deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file any amended complaints is September 23, 2011;
- The deadline for Defendants to file their responses to any amended complaints, including any motions to dismiss, is October 20, 2011;
- The deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file any oppositions to any motion to dismiss an amended complaint is November 10, 2011; and
- The deadline for Defendants to file any replies in support of any motion to dismiss an amended complaint is November 23, 2011;

WHEREAS, on September 23, 2011, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs each filed separate second amended consolidated complaints (Dkt. Nos. 403 & 407);

WHEREAS, certain Defendants intend to file motions to dismiss the second amended consolidated complaints;

WHEREAS, Defendants have requested, and both the Direct and Indirect Purchaser Plaintiffs are agreeable to, a revised briefing schedule to coordinate all of the briefing and issues in the motions among the various Defendants;

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below, that the briefing for any motions to dismiss filed by Defendants shall have the following revised schedule:

- The deadline for Defendants to file their responses to any amended complaints,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

including any motions to dismiss, is October 24, 2011.

- The deadline for Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to file any oppositions to any motion to dismiss an amended complaint is November 21, 2011.

- The deadline for Defendants to file any replies in support of any motion to dismiss an amended complaint is December 7, 2011.

**IT IS SO STIPULATED.**

Dated: October 19, 2011              Respectfully submitted,

By: */s/ Guido Saveri*_____
Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel: +1.415.217-6810
Fax: +1.415.217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Chairman of the Committee of Direct Purchaser Plaintiffs' Counsel Acting on Behalf of All Direct Purchasers and Their Counsel In These Consolidated Actions*

By: */s/ Jeff D. Friedman*_____
Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL & SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: +1.510.725.3000
Fax: +1.510.725.3001
jeff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

| | | |
|---|---|---|
| 1 | | Seattle, WA 98101 |
| 2 | | Tel: + 1.206.623.7292<br>Fax: +1.206.623.0594 |
| 3 | | steve@hbsslaw.com<br>george@hbsslaw.com |
| 4 | | |
| 5 | | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 6 | | |
| 7 | By: | /s/ Belinda S Lee<br>Daniel M. Wall |
| 8 | | Belinda S Lee |
| 9 | | Brendan A. McShane<br>Nicole C. Valco |
| 10 | | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 11 | | San Francisco, CA 94111-6538<br>Tel: +1.415.391.0600 |
| 12 | | Fax: +1.415.395.8095 |
| 13 | | Dan.Wall@lw.com<br>Belinda.Lee@lw.com |
| 14 | | Brendan.McShane@lw.com<br>Nicole.Valco@lw.com |
| 15 | | |
| 16 | | *Attorneys for Defendants Toshiba Corp., Toshiba Samsung Storage Technology Corp., Toshiba* |
| 17 | | *Samsung Storage Technology Korea Corp.* |
| 18 | | |
| 19 | By: | /s/ Christopher B. Hockett<br>Christopher B. Hockett (Bar No. 121539) |
| 20 | | Neal A. Potischman (Bar No. 254862)<br>Sandra D. West (Bar No. 250389) |
| 21 | | DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real |
| 22 | | Menlo Park, California 94025<br>Telephone: (650) 752-2000 |
| 23 | | Facsimile: (650) 752-2111<br>christopher.hockett@davispolk.com |
| 24 | | neal.potischman@davispolk.com<br>sandra.west@davispolk.com |
| 25 | | |
| 26 | | *Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 27 | | |
| 28 | By: | /s/ Craig P. Seebald |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

Matthew Jacobs (Bar No. 171149)
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA 94301-1918
Telephone: (650) 687-8214
Facsimile: (650) 618-2666

Craig P. Seebald (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995

*Attorneys for Defendant Hitachi, Ltd.*

By:  */s/ John F. Cove*
John F. Cove, Jr. (Bar No. 212213)
Steven C. Holtzman (Bar No. 144177)
Beko O. Reblitz-Richardson (Bar No. 238027)
Alexis J. Loeb (Bar No. 269895)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: jcove@bsfllp.com
sholtzman@bsfllp.com
brichardson@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Optiarc Inc., and Sony Optiarc America Inc.*

By:  */s/ Thomas Brown*
Thomas Brown (Bar No. 182916)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: tbrown@omm.com

Ian Simmons (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, D.C. 20006
Telephone: (202) 383-5300

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

| | | |
|---|---|---|
| 1 | | Facsimile: (202) 383-5414 |
| 2 | | Email: isimmons@omm.com |
| 3 | | *Attorneys for Defendants Samsung Electronics Co., Ltd.* |
| 4 | | |
| 5 | By: | */s/ David H. Bamberger*_____ |
| 6 | | David H. Bamberger (admitted *pro hac vice*) |
| | | Deana L. Cairo (admitted *pro hac vice*) |
| 7 | | DLA PIPER LLP (US) |
| | | 500 8th Street, N.W. |
| 8 | | Washington, D.C.  20004 |
| | | Phone:  (202) 799-4000 |
| 9 | | Fax:     (202) 799-5000 |
| | | Email:  david.bamberger@dlapiper.com |
| 10 | | deana.cairo@dlapiper.com |
| 11 | | |
| | | Paolo Morante (admitted *pro hac vice*) |
| 12 | | DLA PIPER LLP (US) |
| | | 1251 Avenue of the Americas |
| 13 | | New York, NY  10020 |
| | | Phone:  (212) 335-4500 |
| 14 | | Fax:     (212) 335-4501 |
| 15 | | Email:  paolo.morante@dlapiper.com |
| 16 | | Erin Frazor (Bar No. 251324) |
| | | DLA PIPER LLP (US) |
| 17 | | 555 Mission Street, Suite 2400 |
| | | San Francisco, CA  94105 |
| 18 | | Phone:  (415) 836-2500 |
| 19 | | Fax:  (415) 836-2501 |
| | | E-mail: erin.frazor@dlapiper.com |
| 20 | | |
| 21 | | *Attorneys for Defendants TEAC Corporation and TEAC America, Inc.* |
| 22 | | |
| 23 | By: | */s/ Jeffrey L. Kessler*_____ |
| | | Jeffrey L. Kessler (admitted *pro hac vice*) |
| 24 | | A. Paul Victor (admitted *pro hac vice*) |
| | | David L. Greenspan (admitted *pro hac vice*) |
| 25 | | DEWEY & LEBOEUF LLP |
| 26 | | 1301 Avenue of the Americas |
| | | New York, NY  10019-6092 |
| 27 | | Phone:  (212) 259-8000 |
| | | Fax:     (212) 259-6333 |
| 28 | | Email:  jkessler@dl.com |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

|     |     |
| --- | --- |
| 1   | pvictor@dl.com |
| 2   | dgreenspan@dl.com |

3   *Attorneys for Defendants Panasonic Corp. of
4   North America and Panasonic Corp.* [stipulating
    with respect to the Second Consolidated Direct
5   Purchaser Class Action Complaint]

6   By:  */s/ Mark S. Popofsky*_____
7        Mark S. Popofsky (admitted *pro hac vice*)
         ROPES & GRAY LLP
8        One Metro Center
         700 12th Street NW, Suite 900
9        Washington, D.C.  20005-3948
         Phone:  (202) 508-4600
10       Fax:    (202) 508-4650
11       Email: Mark.Popofsky@ropesgray.com

12       Jane E. Willis (admitted *pro hac vice*)
         ROPES & GRAY LLP
13       Prudential Tower
         Boston, MA  02119
14       Phone: (617) 951-7000
         Fax:   (617) 951-7050
15       Email: Jane.Willils@ropesgray.com

16
         Thad A. Davis (Bar No. 220503)
17       ROPES & GRAY LLP
         Three Embarcadero Center
18       San Francisco, CA  94111-4006
         Phone: (415) 315-6300
19       Fax: (415) 315-6350

20
         *Attorneys for Defendants Hitachi-LG Data
21       Storage, Inc. & Hitachi-LG Data Storage Korea,
         Inc.*
22

23
    By:  */s/ Minda R. Schechter*_____
24       Minda R. Schechter (Bar No. 65889)
         mschechter@cblh.com
25       Bruce G. Chapman (Bar No. 164258)
         bchapman@cblh.com
26       Keith D. Fraser (Bar No. 216279)
         kfraser@cblh.com
27       CONNOLLY BOVE LODGE & HUTZ LLP
28       333 S. Grand Ave., Suite 2300

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

|   |   |   |
|---|---|---|
| 1 |  | Los Angeles, California  90071 |
| 2 |  | Phone:  (213) 787-2500 |
|   |  | Fax:    (213) 687-0498 |
| 3 |  |   |
|   |  | Zhun Lu (admitted *Pro Hac Vice*) |
| 4 |  | zlu@cblh.com |
|   |  | CONNOLLY BOVE LODGE & HUTZ LLP |
| 5 |  | 1007 N. Orange Street |
|   |  | Wilmington, DE 19899 |
| 6 |  | Telephone:  (302) 658-9141 |
| 7 |  | Facsimile:   (302) 658-5614 |

*Attorneys for Defendants Quanta Storage, Inc. and Quanta Storage America, Inc.*

By:  /s/ Joel B. Kleinman_____
Joel B. Kleinman (admitted *pro hac vice*)
Lisa M. Kaas (admitted *pro hac vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006-5403
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201
Email:         KleinmanJ@dicksteinshapiro.com
Email:         KaasL@dicksteinshapiro.com

James Turken (Bar No. 89618)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone:  (310) 722-8300
Facsimile:   (310) 772-8301
Email:         TurkenJ@dicksteinshapiro.com

*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

By:  /s/ Robert B. Pringle_____
Robert B. Pringle (State Bar No. 051365)
Paul R. Griffin (State Bar No. 083541)
Jonathan E. Swartz (State Bar No. 203624)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
E-mail:       rpringle@winston.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS

pgriffin@winston.com
jswartz@winston.com

*Attorneys for Defendant NEC Corporation*

## ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I hereby attest that concurrence in the filing of this document has been properly obtained.

*/s/ Belinda S Lee*
Belinda S Lee
of LATHAM & WATKINS LLP

**IT IS SO ORDERED.**

Dated: __10/20_____, 2011

_____
The Honorable Richard Seeborg
United States District Judge
Northern District of California

NY\1875161.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

STIPULATION REGARDING THE BRIEFING
SCHEDULE FOR ANY MOTIONS TO DISMISS
Case Number: 3:10-MD-02143 RS