*E-Filed 10/27/11*

1   Jeff D. Friedman (173886)
    Shana E. Scarlett (217895)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, CA 94710
    Telephone: (510) 725-3000
4   Facsimile:  (510) 725-3001
    jefff@hbsslaw.com
5   shanas@hbsslaw.com

6   Steve W. Berman (*Pro Hac Vice*)
    George W. Sampson (*Pro Hac Vice*)
7   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
8   Seattle, WA 98101
    Telephone: (206) 623-7292
9   Facsimile:  (206) 623-0594
    steve@hbsslaw.com
10  george@hbsslaw.com

11  Interim Lead Counsel for Indirect
    Purchaser Plaintiffs
12
    [*Additional Counsel Listed on
13  Signature Page*]

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17  IN RE OPTICAL DISK DRIVE PRODUCTS      )    MDL No. 3:10-md-2143 RS
    ANTITRUST LITIGATION                   )
18                                         )
                                           )
19                                         )    STIPULATION AND [~~PROPOSED~~]
                                           )    ORDER REGARDING BRIEFING
                                           )    SCHEDULE FOR DEFENDANTS'
20                                         )    PANASONIC CORPORATION AND
                                           )    PANASONIC CORPORATION OF
21                                         )    NORTH AMERICA  MOTION TO
                                           )    DISMISS
22                                         )
                                           )
23  _____    )    DATE ACTION FILED: Oct. 27, 2009
                                           )
24  This Document Relates to:              )
                                           )
25  ALL INDIRECT PURCHASER ACTIONS         )
    _____    )

26

27

28

1    WHEREAS, the Indirect Purchaser Plaintiffs filed a Second Amended Class Action

2    Complaint on September 23, 2011, and a Corrected Second Amended Class Action Complaint on

3    October 18, 2011;

4    WHEREAS, on October 19, 2011, Indirect Purchaser Plaintiffs and Panasonic Corporation

5    and Panasonic Corporation of North America ("Panasonic Defendants") stipulated to a different

6    briefing schedule;

7    WHEREAS, all Defendants, including the Panasonic Defendants filed motions to dismiss

8    on October 24, 2011; and

9    WHEREAS, the Indirect Purchaser Plaintiffs request, and the Panasonic Defendants agree,

10   that the Indirect Purchaser Plaintiffs and Panasonic Defendants will now follow the same briefing

11   schedule as the other parties.

12   IT IS HEREBY STIPULATED AND AGREED by and between the Indirect Purchaser

13   Plaintiffs and the Panasonic Defendants as follows:

14   • The deadline for Indirect Purchaser Plaintiffs to file any opposition to the motion to

15   dismiss filed by the Panasonic Defendants is November 21, 2011; and

16   • The deadline for the Panasonic Defendants to file a reply in support of their motion

17   to dismiss is December 7, 2011.

18   DATED: October 27, 2011            HAGENS BERMAN SOBOL SHAPIRO LLP

19

20   By _____/s/ Jeff D. Friedman_____
                                        JEFF D. FRIEDMAN

21   Shana E. Scarlett (217895)
     715 Hearst Avenue, Suite 202
22   Berkeley, CA 94710
     Telephone: (510) 725-3000
23   Facsimile:  (510) 725-3001
     jefff@hbsslaw.com
24   shanas@hbsslaw.com

25

26

27

28

1               Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)

2               HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300

3               Seattle, WA 98101
Telephone: (206) 623-7292

4               Facsimile:  (206) 623-0594
steve@hbsslaw.com

5               george@hbsslaw.com

6               Interim Lead Counsel for Indirect
Purchaser Plaintiffs

7

8               Thomas V. Girardi (36603)
Robert W. Finnerty (119775)

9               GIRARDI & KEESE
1126 Wilshire Blvd.

10              Los Angeles, CA 90017
Telephone: (213) 977-0211

11              Facsimile:  (213) 481-1554
tgirardi@girardikeese.com

12              rfinnerty@girardikeese.com

13              Charles E. Tompkins
Robert E. Ditzion

14              SHAPIRO HABER & URMY LLP
53 State Street

15              Boston, MA 02109
Telephone: (617) 439-3939

16              Facsimile:  (617) 439-0134
ctompkins@shulaw.com

17              rditzion@shulaw.com

18              Steve D. Larson
Mark A. Friel

19              STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.

20              209 Southwest Oak Street
Portland, OR 97204

21              Telephone: (503) 227-1600
Facsimile:  (503) 227-6840

22              slarson@stollberne.com
mfriel@stollberne.com

23              Additional Counsel for Indirect
Purchaser Plaintiffs

24

25   DATED:  October 27, 2011          DEWEY & LEBOEUF LLP

26

27              By _____/s/ David L. Greenspan_____
                      DAVID L. GREENSPAN

28

1    Jeffrey L. Kessler (admitted *pro hac vice*)
     A. Paul Victor (admitted *pro hac vice*)
2    James F. Lerner (admitted *pro hac vice*)
     DEWEY & LEBOEUF LLP
3    1301 Avenue of the Americas
     New York, New York 10019
4    Telephone: (212) 259-8000
     Facsimile: (212) 259-7013
5    dgreenspan@dl.com
     jkessler@dl.com
6    pvictor@dl.com
     jlerner@dl.com
7

8    Attorneys for Defendants Panasonic Corporation of
     North America and Panasonic Corporation
9

10        I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this
11   STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR
     DEFENDANTS' PANASONIC CORPORATION AND PANASONIC CORPORATION OF
12   NORTH AMERICA MOTION TO DISMISS.  In compliance with General Order 45, X.B., I
     hereby attest that all counsel listed above have concurred in this filing.

13

14                        *              *              *

15                             **ORDER**

16        IT IS SO ORDERED.

17

18   DATED: ___10/27/11_____

19   THE HONORABLE RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIP. AND [PROP.] ORD. RE BRIEFING SCHEDULE ON              - 3 -
MOT. TO DISMISS – No. 3:10-md-2143 RS
010177-12  482884 V1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on October 27, 2011, I electronically filed the foregoing with the Clerk

3    of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5    that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6    CM/ECF participants indicated on the attached Manual Notice List.

7                                                        _____/s/ Jeff D. Friedman_____

8                                                              JEFF D. FRIEDMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:10-md-02143-RS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,esexton@aliotolaw.com,jmiller@aliotolaw.com

- **Mario N. Alioto**
  malioto@tatp.com

- **U.S. Department of J Antitrust Division**
  sidney.majalya@usdoj.gov

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com

- **David H. Bamberger**
  david.bamberger@dlapiper.com,jessica.green-johnson@dlapiper.com

- **Brian Joseph Barry , Esq**
  bribarry1@yahoo.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,pottehn@locklaw.com

- **Cullen Byrne**
  whparish@parishsmall.com

- **Deana Louise Cairo**
  deana.cairo@dlapiper.com

- **William G. Caldes**
  bcaldes@srkw-law.com

- **Bruce G. Chapman**
  bchapman@cblh.com,dkt@cblh.com,ddellisanti@cblh.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **John F. Cove , Jr**
  jcove@bsfllp.com,dscott@bsfllp.com,brichardson@bsfllp.com,sphan@bsfllp.com,aloeb@bsfllp.com,vpooni@bsfllp.com,cduong@bsfllp.com,dnasca@bsfllp.com,jlipton@bsfllp.co

- **Michael E. Criden**
  meriden@cridenlove.com

- **Thad Alan Davis**
  Thad.Davis@ropesgray.com,michelle.visser@ropesgray.com,mark.popofsky@ropesgray.com,jane.willis@ropesgray.com,CourtAlert@RopesGray.com,rachel.rubenson@ropesgray.

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com

- **Robert G. Eisler**
  reisler@gelaw.com,cnevers@gelaw.com,mwinchell@gelaw.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com,battaglini@whafh.com

- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- **Robert William Finnerty**
  rfinnerty@girardikeese.com,tfaust@girardikeese.com

- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com

- **Keith Douglas Fraser**
  kfraser@cblh.com,ddellisanti@cblh.com,aduplessis@cblh.com

- **Erin Gail Frazor**
  erin.frazor@dlapiper.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark A. Friel**
  mfriel@stollberne.com,dhaner@stollberne.com,slarson@stollberne.com

- **Qianwei Fu**
  qfu@zelle.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,cbowers@barrack.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **David L. Greenspan**
  dgreenspan@dl.com,courtalert@dl.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Paul R. Griffin**
  pgriffin@winston.com,DocketSF@winston.com

- **Terry Gross**
  terry@gba-law.com,monique@gba-law.com,joann@grossbelsky.com,sarah@gba-law.com,adam@gba-law.com

- **Laura Ann Guillen**
  lguillen@winston.com,lschuh@winston.com,docketsf@winston.com,ndelich@winston.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com,dnoss@gustafsongluek.com

- **Amy Harrington**
  amy@amyharringtonlaw.com

- **Casey Ann Hatton**
  chatton@wilkesmchugh.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com,firmfilings@hausfeldllp.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Christopher B. Hockett**
  chris.hockett@dpw.com,angela.quach@davispolk.com,ecf.ct.papers@dpw.com,felicia.yu@davispolk.com

- **Steven Christopher Holtzman**
  sholtzman@bsfllp.com,jchavez@bsfllp.com,irivera@bsfllp.com,cseki@bsfllp.com,cduong@bsfllp.com,sphan@bsfllp.com,sjones@bsfllp.com

- **Derek G. Howard**
  dhoward@minamitamaki.com,jlee@minamitamaki.com,byamauchi@minamitamaki.com,grafal@minamitamaki.com,cparker@minamitamaki.com,janderson@minamitamaki.com,s

- **Patrick Howard**
  phoward@smbb.com,cdfonda@smbb.com

- **Matthew J. Jacobs**
  mjacobs@velaw.com,ychen@velaw.com,llee@velaw.com

- **Lisa Marie Kaas**
  KaasL@dicksteinshapiro.com,AndersonP@dicksteinshapiro.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Jeffrey L. Kessler**
  jkessler@dl.com,rskridul@dl.com,kcullen@dl.com,mlo@dewey.ballantine.com,courtalert@dl.com

- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com

- **Joel Barry Kleinman**

kleinmanj@dsmo.com

- **Kimberly Ann Kralowec**
  kkralowec@kraloweclaw.com,ggray@kraloweclaw.com,enewman@kraloweclaw.com

- **James G. Kress**
  james.kress@bakerbotts.com

- **Lara Meredith Kroop**
  Lara.Kroop@usdoj.gov

- **Manish Kumar**
  manish.kumar@usdoj.gov,jennie.ngo-tanaka@usdoj.gov

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,jbarton@glancylaw.com,sfreception@glancylaw.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com

- **Belinda S. Lee**
  Belinda.Lee@lw.com,#SFDocket@LW.com

- **Jack Wing Lee**
  jlee@MinamiTamaki.com,grafal@minamitamaki.com,janderson@minamitamaki.com,pdomin@MinamiTamaki.com,cparker@MinamiTamaki.com,seant@MinamiTamaki.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **James F. Lerner**
  jlerner@dl.com

- **Adam J. Levitt**
  levitt@whafh.com,aronowitz@whafh.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **Alexis Jane Loeb**
  aloeb@bsfllp.com

- **Sarah Robin London**
  slondon@lchb.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Zhun Lu**
  zlu@cblh.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Sidney A. Majalya**
  sidney.majalya@usdoj.gov,jennie.ngo-tanaka@usdoj.gov,liliana.vallejo@usdoj.gov

- **Timothy Charles McHugh**
  timmchugh@wilkesmchugh.com

- **Brendan Andrew McShane**
  brendan.mcshane@lw.com,coleen.byrne@lw.com,#sfdocket@lw.com,gina.tercero@lw.com

- **Sean D. Meenan**
  smeenan@winston.com

- **Douglas A. Millen**
  doug@fklmlaw.com

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Paolo Morante**
  paolo.morante@dlapiper.com,grissell.kessler@dlapiper.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,sjgutknecht@locklaw.com

- **Niki B. Okcu**
  nokcu@cpmlegal.com

- **Matthew C Oxman**
  moxman@dl.com

- **Simon Bahne Paris**
  sparis@smbb.com,cdfonda@smbb.com,alafontaine@smbb.com

- **William Henry Parish**
  whparish@parishsmall.com,jschwab@parishsmall.com,toup@parishsmall.com

- **Robert M. Partain**
  rpartain@oslaw.com,aowen@oslaw.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Mark Samuel Popofsky**
  Mark.Popofsky@ropesgray.com

- **Robert Benard Pringle**
  rpringle@winston.com,jmlopez@winston.com

- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com,tie@girardgibbs.com,smq@girardgibbs.com,amv@girardgibbs.com,ale@girardgibbs.com,cme@girardgibbs.com

- **Julio J Ramos**
  ramosfortrustee@yahoo.com

- **Beko Osiris Ra Reblitz-Richardson**
  brichardson@bsfllp.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,bassad@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,arivas@finkelsteinthompson.com,tt

- **Matthew W Ruan**
  mruan@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Lauren Clare Russell**
  laurenrussell@tatp.com

- **George W. Sampson**
  george@hbsslaw.com

- **Jennifer Sarnelli**
  jsarnelli@gardylaw.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mdavis@zelle.com

- **Minda R. Schechter**
  mschechter@cblh.com,dkt@cblh.com,czukowski@cblh.com,kfraser@cblh.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Todd Anthony Seaver**
  tseaver@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Craig P. Seebald**
  cseebald@velaw.com,jlevnie@velaw.com,kvinson@velaw.com

- **Aaron M. Sheanin**
  asheanin@pswplaw.com

- **Ian T Simmons**
  isimmons@omm.com,phein@omm.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,rretana@pswplaw.com,yberry@pswplaw.com,dwarshaw@pswplaw.com,jwatkins@pswplaw.com,wnewso

- **Joshua D. Snyder**
  jsnyder@bonizack.com

- **Sylvia M. Sokol**
  sokol@mesllp.com,torrise@mesllp.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Jeffrey Lawrence Spector**
  jspector@srkw-law.com

- **Allan Steyer**

asteyer@steyerlaw.com,lrorem@steyerlaw.com

- **Jonathan Edward Swartz**
  jswartz@winston.com,pstruble@winston.com,DocketSF@winston.com,ndelich@winston.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,paras.patel@bakerbotts.com,evan.werbel@bakerbotts.com,donna.loop@bakerbotts.com,william.lavery@bakerbotts.com,cynthia.short@bakerbotts.co

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,lcuesta@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Casandra Leann Thomson**
  casandra.thomson@lw.com

- **Charles E. Tompkins**
  ctompkins@shulaw.com,lwolahan@shulaw.com,dwoulfe@shulaw.com

- **Susannah P. Torpey**
  storpey@dl.com

- **A. Paul Victor**
  pvictor@dl.com,courtalert@dl.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

- **Lawrence Walner**
  walner@walnerlawfirm.com

- **Matthew McDonnell Walsh**
  mwalsh@dl.com,courtalert@dl.com

- **Ernest Warren**
  walwar@qwestoffice.net

- **Sandra D West**
  sandra.west@davispolk.com,micah.block@davispolk.com

- **Jonathan Whitcomb**
  JWhitcomb@dmoc.com

- **James Lewis Wilkes**
  jwilkes@wilkesmchugh.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,aliang@cpmlegal.com,edetert@cpmlegal.com,medling@cpmlegal.com,pmenzel@cpmlegal.com,lclark

- **Jane E. Willis**
  Jane.Willis@ropesgray.com

- **Lingel Hart Winters**
  sawmill2@aol.com

- **Brad Yamauchi**
  byamauchi@MinamiTamaki.com,pdomin@MinamiTamaki.com,cparker@MinamiTamaki.com,grafal@minamitamaki.com,kallen@minamitamaki.com,dhoward@minamitamaki.co

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel Bushell
Berman DeValerio
4280 Professional Center Drive, Ste 350
Palm Beach Gardens, FL 33410

William Lavery
Baker Botts LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004

Michelle L. Visser
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02119

Clinton Paul Walker
Damrell Nelson Schrimp Pallios Pache
1601 I Street, 5th Floor
Modesto, CA 95354

Evan Werbel
Baker Botts LLP
1299 Pensylvania Avenue NW
Washington, DC 20004
```

**Michael D Yanovsky**
Wolf Haldenstein Adler Freeman Herz LLC
55 West Monroe Street, Ste 1111
Chicago, IL 60603