Jason A. Levine
Vinson & Elkins LLP
2200 Pennsylvania Ave., N.W., Suite 500 West
Washington, D.C. 20037
202.639.6755

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re: Optical Disk Drive Products
Antitrust Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NO. 3:10-MD-02143-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Jason A. Levine, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Hitachi, Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Matthew J. Jacobs, Vinson & Elkins LLP, 525 University Avenue, Suite 410, Palo Alto, CA 94301  650.687.8214

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/5/12

Jason A. Levine

*Clerk's Use Only*
*Initial for fee pd.:*

FILED
JAN 09 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA