1  Jon Swenson (S.B. #233054)
   BAKER BOTTS LLP
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304
   Tel: (650) 739-7500
4  Fax: (650) 739-7699
   jon.swenson@bakerbotts.com
5
   John M. Taladay (*pro hac vice*)
6  Evan J. Werbel (*pro hac vice*)
   William C. Lavery (*pro hac vice*)
7  BAKER BOTTS LLP
   1299 Pennsylvania Avenue N.W.
8  Washington, D.C. 20004
   Tel: (202) 639-7700
9  Fax: (202) 639-7890
   john.taladay@bakerbotts.com
10 evan.werbel@bakerbotts.com
   william.lavery@bakerbotts.com
11
   *Counsel for Defendants Koninklijke Philips*
12 *Electronics N.V., Lite-On IT Corporation, Philips &*
   *Lite-On Digital Solutions Corporation, and Philips &*
13 *Lite-On Digital Solutions U.S.A., Inc*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN FRANCISCO DIVISION**

18

19 **IN RE OPTICAL DISK DRIVE**              Case No. 3:10-md-02143-RS
   **PRODUCTS ANTITRUST**
   **LITIGATION**                            MDL No. 2143
20

21 This Document Relates to:

22 ALL ACTIONS

23

24     **JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME WITHIN**
25                 **WHICH TO FILE ANSWERS TO COMPLAINTS**

26        Pursuant to Local Rule 6-2(a), the Direct and Indirect Purchaser Plaintiffs (collectively,

27 "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT

28 Corporation ("Lite-On"), Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips

1  & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"), hereby
2  stipulate and agree, subject to the approval of the Court, to extend the time within which
3  Defendants must answer the Direct and Indirect Purchaser Plaintiffs' Amended Complaints to
4  August 3, 2012.  This extension does not alter or extend any other date of any event or deadline
5  already fixed by Court order.  This stipulation also does not apply to any other defendant in this
6  matter.

7

8  By: /s/ Guido Saveri                    By: /s/ Jeff D. Friedman
       Guido Saveri                              Jeff D. Friedman
9      Saveri & Saveri, Inc.                     Hagens Berman Sobol Shapiro LLP
       706 Sansome Street                        715 Hearst Avenue, Suite 202
10     San Francisco, CA  94111                  Berkeley, CA 94710
       Tel:  415-217-6810                        Tel: 510-725-3000
11     Fax:  415-217-6813                        Fax: 510-725-3001

12  *Counsel for Direct Purchaser Plaintiffs*    *Counsel for Indirect Purchaser Plaintiffs*

13                                           By:  /s/ Jon Swenson
                                                 Jon Swenson (S.B. #233054)
14                                               BAKER BOTTS LLP
                                                 1001 Page Mill Road
15                                               Building One, Suite 200
                                                 Palo Alto, CA 94304
16                                               Tel: (650) 739-7500
                                                 Fax: (650) 739-7699
17                                               jon.swenson@bakerbotts.com

18                                           *Counsel for Defendants Koninklijke Philips
                                             Electronics N.V., Lite-On IT Corporation,*
19                                           *Philips & Lite-On Digital Solutions
                                             Corporation and Philips & Lite-On Digital*
20                                           *Solutions U.S.A., Inc.*

21
22      IT IS SO ORDERED this __14th__ day of May, 2012.
23                                       By: _____
24                                              The Honorable Richard Seeborg
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER                           Case No. 3:10-md-02143-RS
TO EXTEND TIME WITHIN WHICH TO FILE              2
ANSWERS TO COMPLAINTS