Jon Swenson (S.B. #233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Tel: (650) 739-7500
Fax: (650) 739-7699
jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
William C. Lavery (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com
william.lavery@bakerbotts.com

*Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. M:10-cv-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | |

**JOINT STIPULATION [AND ~~PROPOSED~~ ORDER] TO EXTEND TIME WITHIN WHICH TO FILE ANSWERS TO COMPLAINTS**

Pursuant to Local Rule 6-2(a), the Direct and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs"), and Defendants Koninklijke Philips Electronics N.V. ("Philips"), Lite-On IT Corporation ("Lite-On"), Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants"), hereby

1

1  stipulate and agree, subject to the approval of the Court, to extend the time within which
2  Defendants must answer the Direct and Indirect Purchaser Plaintiffs' Amended Complaints to
3  August 17, 2012. This extension does not alter or extend any other date of any event or deadline
4  already fixed by Court order. This stipulation also does not apply to any other defendant in this
5  matter.

7  By: ___/s/ Guido Saveri___
     Guido Saveri
8    Saveri & Saveri, Inc.
     706 Sansome Street
9    San Francisco, CA 94111
     Tel: 415-217-6810
10   Fax: 415-217-6813

11  *Counsel for Direct Purchaser Plaintiffs*

By: ___/s/ Jeff D. Friedman_____
    Jeff D. Friedman
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Tel: 510-725-3000
    Fax: 510-725-3001

*Counsel for Indirect Purchaser Plaintiffs*

12  By: ___/s/ Jon Swenson_____
    Jon Swenson (S.B. #233054)
13  BAKER BOTTS LLP
    1001 Page Mill Road
14  Building One, Suite 200
    Palo Alto, California 94304-1007
15  Tel: (650) 739-7500
    Fax: (650) 739-7699
16  jon.swenson@bakerbotts.com

17  *Counsel for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

20           July
    IT IS SO ORDERED this _31st_ day of ~~August~~, 2012.
21
              By: _____
22
                  The Honorable Richard Seeborg

2