Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Interim Lead Counsel for Indirect
Purchaser Plaintiffs

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-md-2143 RS |
| | STIPULATION AND [~~PROPOSED~~] ORDER SUPPLEMENTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF NON-PARTY DOCUMENTS AND MATERIALS |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL ACTIONS | |

010177-12  542683 V1

1   In order to protect confidential information obtained from certain non parties in connection with the above-captioned action, Plaintiffs and Defendants (collectively with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation supplements the Stipulated Protective Order that was ordered by the Court in the above-captioned action on December 15, 2010 ("Protective Order"). See ECF No. 323. All definitions from Section 2 of the Protective Order shall apply to this Order Supplementing Stipulated Protective Order Regarding Confidentiality of Non Party Documents and Materials.

2. In addition to the provisions and protections contained in the Protective Order, the following shall apply to documents and information produced by Non Parties in connection with this action.

3. Any Party or Non-Party may designate any documents or materials produced by a Non-Party, including interrogatory responses, other discovery responses, or transcripts, as "OUTSIDE COUNSEL ONLY" if it reasonably and in good faith believes that such documents or materials contain confidential information so commercially sensitive that the protections afforded by the "CONFIDENTIAL" designation in the Protective Order are insufficient to adequately protect the Party's or Non-Party's interests.

4. Except as expressly provided below, any documents or materials designated as "OUTSIDE COUNSEL ONLY" may be used only for purposes of this action and shall not be given, shown, made available or communicated in any way to anyone except:

   a. the Court, court personnel and court reporters;

   b. the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

   c. court reporters who record deposition or other testimony in the litigation;

1       d.    Experts and/or Consultants retained by the Parties with repect to each of whom (1) disclosure is reasonably necessary for this litigation, and (2) an "Agreement To Be Bound by Protective Order" (Exhibit A) has been signed;

    e.    any person who is indicated on the face of a document to have been an author, addressee or copy recipient thereof;

    f.    any other person whom the Designating Party agrees to in writing prior to any such disclosure; and

    g.    Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Agreement To Be Bound by Protective Order" (Exhibit A).

6.    In the event that a Party deems it necessary to disclose any document designated as "OUTSIDE COUNSEL ONLY" to any person not specified in Paragraph 5, that Party shall notify the Producing Party in writing of: (i) the document it wishes to disclose; and (ii) the persons to whom such disclosure is to be made. The proposed disclosure shall not be made absent written permission from the designating third party, unless the party wishing to make the disclosure obtains an order from the appropriate United States District Court.

7.    Any document designated as "OUTSIDE COUNSEL ONLY" that is used in connection with any court proceeding shall not lose its outside counsel only status through such use, and the Parties shall take all steps reasonably required to protect its confidentiality during such use, including the notice and filing under seal procedures provided in the operative Protective Order.

IT IS SO STIPULATED.

DATED: August 21, 2012        HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Shana E. Scarlett
SHANA E. SCARLETT

|   |   |
|---|---|
| 1 | Jeff D. Friedman (173886) |
| 2 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Interim Lead Counsel for Indirect Purchaser Plaintiffs

DATED: August 21, 2012

SAVERI & SAVERI, INC.

By      /s/ Guido Saveri
          GUIDO SAVERI (22349)

706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com

Counsel for Proposed Direct Purchaser Class

DATED: August 21, 2012

LATHAM & WATKINS LLP

By      /s/ Belinda S. Lee
          BELINDA S. LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
belinda.lee@lw.com

Counsel for Defendants
*TOSHIBA CORPORATION TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; and TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.*

STIP. AND PROP. ORDER SUPPLEMENTING PROTECTIVE
ORDER RE CONFIDENTIALITY OF NON-PARTY DOCS.
AND MATERIALS – No. 3:10-md-2143 RS
010177-12 542683 V1

- 3 -

| | | |
|---|---|---|
| 1 | DATED: August 21, 2012 | DLA PIPER LLP |
| 2 | | By  /s/ David H. Bamberger |
| 3 | | DAVID H. BAMBERGER |

500 8th Street, N.W.
Washington, DC 20004
Telephone: (202) 799-4500
Facsimile: (202) 799-5000
david.bamberger@dlapiper.com

Counsel for Defendants
*TEAC CORPORATION*
*TEAC AMERICA INC.*

DATED: August 21, 2012            BAKER BOTTS L.L.P.

By  /s/ John Taladay
JOHN TALADAY

1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
john.taladay@bakerbotts.com

Counsel for Defendants
*KONINKLIJKE PHILIPS ELECTRONICS N.V.*
*LITE-ON IT CORPORATION*
*PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.*
*PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

DATED: August 21, 2012            VINSON & ELKINS LLP

By  /s/ Matthew J. Jacobs
MATTHEW J. JACOBS

525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

Counsel for Defendant
*HITACHI, LTD.*

STIP. AND PROP. ORDER SUPPLEMENTING PROTECTIVE
ORDER RE CONFIDENTIALITY OF NON-PARTY DOCS.
AND MATERIALS – No. 3:10-md-2143 RS
010177-12 542683 V1

- 4 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 21, 2012 | ROPES & GRAY LLP |
| 3 | | By _____/s/ Michelle Visser_____ |
| 4 | | MICHELLE VISSER |

DATED: August 21, 2012                ROPES & GRAY LLP

By _____/s/ Michelle Visser_____
      MICHELLE VISSER

Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile:  (415) 315-6350
michelle.visser@ropesgray.com

Counsel s for Defendants
*HITACHI-LG DATA STORAGE, INC.*
*HITACHI-LG DATA STORAGE KOREA, INC.*

DATED: August 21, 2012                Eimer Stahl LLP

By _____/s/ Nathan P. Eimer_____
      NATHAN P. EIMER

224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7601
Facsimile:  (312) 692-1718
neimer@eimerstahl.com

Counsel for Defendant
*LG ELECTRONICS, INC.*
*LG ELECTRONICS USA, INC.*

DATED: August 21, 2012                BOIES SCHILLER & FLEXNER LLP

By _____/s/ John F. Cove_____
      JOHN F. COVE, JR.

1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile:  (510) 874-1460
jcove@bsfllp.com

Counsel for Defendants
*SONY CORPORATION*
*SONY OPTIARC AMERICA, INC.*
*SONY OPTIARC, INC.*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 21, 2012 | O'MELVENY & MYERS LLP |
| 3 | | By   /s/ Ian Simmons |
| 4 | | IAN SIMMONS |

1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106
Facsimile: (202) 383-5414
isimmons@omm.com

Counsel for Defendant
*SAMSUNG ELECTRONICS CO., LTD.*

DATED: August 21, 2012          DICKSTEIN SHAPIRO LLP

By   /s/ Joel B. Kleinman
     JOEL B. KLEINMAN

1825 Eye Street NW
Washington, DC 20006-540
Tel: 202-420-2200
Fax: 202-420-2201
kleinmanj@dicksteinshapiro.com

Counsel for Defendants
*BENQ CORPORATION*
*BENQ AMERICA CORP.*

DATED: August 21, 2012          WINSTON & STRAWN LLP

By   /s/ Robert B. Pringle
     ROBERT B. PRINGLE

Paul R. Griffin
Jonathan E. Swartz
101 California Street, Suite 3900
San Francisco, CA 94111
Tel: 415-591-1000
Fax: 415-591-1400
rpringle@winston.com
pgriffin@winston.com
jswartz@winston.com

Counsel s for Defendant
*NEC CORPORATION*

STIP. AND PROP. ORDER SUPPLEMENTING PROTECTIVE
ORDER RE CONFIDENTIALITY OF NON-PARTY DOCS.
AND MATERIALS – No. 3:10-md-2143 RS
010177-12  542683 V1

- 6 -

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 21, 2012 | WINSTON & STRAWN LLP |
| 3 | | By ____/s/ Jeffrey L. Kessler_____ |
| 4 | | JEFFREY L. KESSLER |
| 5 | | 200 Park Avenue<br>New York, NY 10166 |
| 6 | | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 7 | | jkessler@dl.com |
| 8 | | Counsel for Defendants<br>*PANASONIC CORPORATION* |
| 9 | | *PANASONIC CORPORATION OF NORTH AMERICA* |
| 10 | DATED: August 21, 2012 | CONNOLLY BOVE LODGE & HUTZ LLP |
| 11 | | |
| 12 | | By ____/s/ Minda R. Schechter_____<br>MINDA R. SCHECHTER |
| 13 | | 333 S. Grand Avenue, Suite 2300 |
| 14 | | Los Angeles, CA 90071<br>Telephone: (213) 787-2500 |
| 15 | | Facsimile: (213) 687-0498<br>mschechter@cblh.com |
| 16 | | Counsel for Defendants |
| 17 | | *QUANTA STORAGE INC.*<br>*QUANTA STORAGE AMERICA INC.* |
| 18 | | |
| 19 | | * |
| 20 | IT IS SO ORDERED. | |
| 21 | | |
| 22 | DATED:   8/23/12 | |
| 23 | | HONORABLE ~~RICHARD SEEBORG~~ Joseph C. Spero<br>UNITED STATES ~~DISTRICT~~ COURT JUDGE |
| 24 | | MAGISTRATE |

[Signature seal: Judge Joseph C. Spero, United States District Court, Northern District of California]

STIP. AND PROP. ORDER SUPPLEMENTING PROTECTIVE
ORDER RE CONFIDENTIALITY OF NON-PARTY DOCS.         - 7 -
AND MATERIALS – No. 3:10-md-2143 RS
010177-12  542683 V1

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Shana E. Scarlett
SHANA E. SCARLETT