|   |   |
|---|---|
| 1 | Jon Swenson (S.B. #233054) |
|   | BAKER BOTTS L.L.P. |
| 2 | 1001 Page Mill Road |
|   | Building One, Suite 200 |
| 3 | Palo Alto, California 94304-1007 |
|   | Tel: (650) 739-7500 |
| 4 | Fax: (650) 739-7699 |
|   | Email: jon.swenson@bakerbotts.com |



FILED

AUG 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
William C. Lavery (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: evan.werbel@bakerbotts.com
Email: william.lavery@bakerbotts.com

*Counsel for Defendant*
*Koninklijke Philips Electronics N.V.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | ) ) ) | |
|---|---|---|
| | ) | Case No.: 3:10-MD-02143 RS |
| Plaintiff, | ) ) | |
| vs. | ) ) | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| [RELATES TO ALL ACTIONS] | ) ) ) | |
| Defendant. | ) | |

Pursuant to Civil L.R. 11-3, STACY TURNER, an active member in good standing of the bar of the District of Columbia (Bar No. 476038), hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Koninklijke Philips Electronics N.V. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Jon Swenson (S.B. #233054)
> Baker Botts L.L.P.
> 1001 Page Mill Road
> Building One, Suite 200
> Palo Alto, California 94304-1007
> Tel: (650) 739-7500
> Fax: (650) 739-7699
> Email: jon.swenson@bakerbotts.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/28/12

STACY TURNER