

Clerk's Use Only

Initial for fee pd.:

Catherine E. Palmer
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
212-906-1335, catherine.palmer@lw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION

Plaintiff(s),

CASE NO. 3:10-MD-02143-RS

v.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).          /

Pursuant to Civil L.R. 11-3, Catherine E. Palmer, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology, Toshiba Samsung Storage Technology Korea in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Belinda S. Lee (SBN 199635), Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, 415-395-0600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/5/12



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Catherine Ellen Palmer

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **14th day of April, 1981**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **27th day of August, 2012**.





Clerk