UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  Optical Disk Drive Products Antitrust Litigation<br><br>This Document Relates to All Actions. | Case No.: 3:10-md-02143-RS (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL THE HLDS DEFENDANTS TO SEARCH THE FILES OF ADDITIONAL CUSTODIANS [Docket No. 637]** |

The direct and indirect purchaser plaintiffs (" plaintiffs") and defedants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage, Inc. Korea (collectively "HLDS") filed a joint letter dated September 4, 2012, in which the plaintiffs sought to compel HLDS to search the records of additional custodians.  The Court has carefully reviewed the submission by the parties, including the exhibits, and finds that searches of the following custodians is both (1) reasonably calculated to lead to the discovery of admissible evidence, and (2) reasonable and proportionate discovery given the likelihood of finding new evidence and the amount at issue in this case.  The request by plaintiffs for searches of other additional custodians is **DENIED**.  HLDS is ORDERED to search the records of the following custodians:

1. Ian Choi
2. Harry Seo
3. In Sung Kang
4. Young Do Choi
5. Bobg Choon Kyung
6. Kyung Tae Chang
7. Jay Jeong

8. Seung Ki (Kevin) Jung

9. Jan Won Lee

IT IS SO ORDERED.

Dated:  September 7, 2012

_____
Joseph C. Spero
United States Magistrate Judge