Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Interim Lead Counsel for Indirect
Purchaser Plaintiffs

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-md-2143 RS |
| | STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR MOTIONS TO COMPEL TRANSACTIONAL DATA |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: ALL ACTIONS | |

010177-12  555753 V1

1  WHEREAS on July 17, 2012, this Court entered a Case Management Order, which required the production of all transactional data by October 1, 2012 and all motions to compel related to transactional data to be filed by October 15, 2012;[1]

WHEREAS certain defendants have indicated they will be unable to produce all transactional data by October 1, 2012;

WHEREAS, given the quantity of transactional data to be produced on or after October 1, 2012, plaintiffs believe they need more time to meaningfully complete the necessary discovery conferences and file motions to compel transactional data;

WHEREAS the parties have been and continue to conduct numerous discovery conferences in an effort to resolve disputes regarding the scope of transactional data to be produced, the import of some of the transactional data for class certification and the contents of transactional data;

WHEREAS defendants are agreeable to providing plaintiffs additional time so that the parties may complete discovery conferences prior to any motion practice; and

WHEREAS plaintiffs do not seek a further amendment to the class certification schedule at this time, but reserve the right to do so if it becomes necessary.

IT IS HEREBY STIPULATED AND AGREED THAT:

The parties shall have until November 2, 2012 to file joint letters before the Magistrate Judge regarding disputes on transactional data.

IT IS SO STIPULATED.

DATED: October 1, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By _____/s/ Shana E. Scarlett_____
                                                  SHANA E. SCARLETT

                                          Jeff D. Friedman (173886)
                                          715 Hearst Avenue, Suite 202
                                          Berkeley, CA 94710
                                          Telephone: (510) 725-3000
                                          Facsimile:  (510) 725-3001
                                          jefff@hbsslaw.com
                                          shanas@hbsslaw.com

---

[1] Case Management Order, July 17, 2012, ECF No. 606 at 4-5.

| | |
|---|---|
| 1 | Steve W. Berman (*Pro Hac Vice*) |
| 2 | George W. Sampson (*Pro Hac Vice*) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1918 Eighth Avenue, Suite 3300 |
|   | Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292 |
|   | Facsimile:  (206) 623-0594 |
| 5 | steve@hbsslaw.com |
|   | george@hbsslaw.com |

Lee Gordon
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
lee@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

DATED:  October 1, 2012                SAVERI & SAVERI. INC.

By ___/s/ Guido Saveri___
    GUIDO SAVERI

R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

STIP. AND [PROP.] ORD. RE SCHEDULE FOR MOTS. TO         - 2 -
COMPEL TRANSACTIONAL DATA –No. 3:10-md-2143 RS
010177-12  555753 V1

| | | |
|---|---|---|
| 1 | DATED:  October 1, 2012 | LATHAM & WATKINS LLP |
| 2 | | By      /s/ Belinda S. Lee       |
| 3 | |            BELINDA S. LEE |
| 4 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 5 | | Telephone:  (415) 395-8240 |
| | | Facsimile:   (415) 395-8095 |
| 6 | | belinda.lee@lw.com |
| 7 | | Attorneys for Defendants |
| | | *TOSHIBA CORPORATION TOSHIBA SAMSUNG* |
| 8 | | *STORAGE TECHNOLOGY CORP.; and TOSHIBA* |
| | | *SAMSUNG STORAGE TECHNOLOGY KOREA* |
| 9 | | *CORP.* |
| 10 | DATED:  October 1, 2012 | DLA PIPER LLP |
| 11 | | By      /s/ David H. Bamberger       |
| | |            DAVID H. BAMBERGER |
| 12 | | 500 8th Street, N.W. |
| 13 | | Washington, DC  20004 |
| | | Telephone:  (202) 799-4500 |
| 14 | | Facsimile:   (202) 799-5000 |
| | | david.bamberger@dlapiper.com |
| 15 | | Attorneys for Defendants |
| 16 | | *TEAC CORPORATION* |
| | | *TEAC AMERICA INC.* |
| 17 | DATED:  October 1, 2012 | BAKER BOTTS L.L.P. |
| 18 | | By      /s/ John Taladay       |
| 19 | |            JOHN TALADAY |
| 20 | | 1299 Pennsylvania Ave NW |
| | | Washington, DC 20004 |
| 21 | | Telephone:  (202) 383-7199 |
| | | Facsimile:   (202) 383-6610 |
| 22 | | john.taladay@bakerbotts.com |
| 23 | | Attorneys for Defendants |
| | | *KONINKLIJKE PHILIPS ELECTRONICS N.V.* |
| 24 | | *LITE-ON IT CORPORATION* |
| | | *PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.* |
| 25 | | *PHILIPS & LITE-ON DIGITAL SOLUTIONS USA,* |
| | | *INC.* |
| 26 | DATED:  October 1, 2012 | VINSON & ELKINS LLP |
| 27 | | By      /s/ Matthew J. Jacobs       |
| 28 | |            MATTHEW J. JACOBS |

STIP. AND [PROP.] ORD. RE SCHEDULE FOR MOTS. TO         - 3 -
COMPEL TRANSACTIONAL DATA –No. 3:10-md-2143 RS
010177-12  555753 V1

| | |
|---|---|
| | 525 University Avenue, Suite 410<br>Palo Alto, CA  94025<br>Telephone:  (650) 687-8200<br>Facsimile:   (650) 618-1970<br>mjacobs@velaw.com |
| | Attorneys for Defendant<br>*HITACHI, LTD.* |
| DATED:  October 1, 2012 | ROPES & GRAY LLP |
| | By _____/s/ Michelle Visser_____<br>         MICHELLE VISSER |
| | Three Embarcadero Center<br>San Francisco, CA  94111-4006<br>Telephone:  (415) 315-6300<br>Facsimile:   (415) 315-6350<br>michelle.visser@ropesgray.com |
| | Attorneys for Defendants<br>*HITACHI-LG DATA STORAGE, INC.*<br>*HITACHI-LG DATA STORAGE KOREA, INC.* |
| DATED:  October 1, 2012 | EIMER STAHL LLP |
| | By _____/s/ Ameri R. Klafeta_____<br>         AMERI R. KLAFETA |
| | 224 S. Michigan Ave., Suite 11<br>Chicago, IL 60604<br>Tel: (312) 660-7600<br>Fax: (312) 692-1718<br>aklafeta@eimerstahl.com<br>Attorneys for Defendant<br>*LG ELECTRONICS, INC.*<br>*LG ELECTRONICS USA, INC.* |
| DATED:  October 1, 2012 | BOIES SCHILLER & FLEXNER LLP |
| | By _____/s/ John F. Cove, Jr._____<br>         JOHN F. COVE, JR. |
| | 1999 Harrison Street, Suite 900<br>Oakland, CA  94612<br>Telephone:  (510) 874-1000<br>Facsimile:   (510) 874-1460<br>jcove@bsfllp.com |
| | Attorneys for Defendants<br>*SONY CORPORATION*<br>*SONY OPTIARC AMERICA, INC.*<br>*SONY OPTIARC, INC.* |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATED: October 1, 2012 | O'MELVENY & MYERS LLP |
| 5 | | By   /s/ Ian Simmons<br>         IAN SIMMONS |
| 6 | | |
| 7 | | 1625 Eye Street, NW<br>Washington, DC  20006<br>Telephone:  (202) 383-5106 |
| 8 | | Facsimile:   (202) 383-5414<br>isimmons@omm.com |
| 9 | | |
| 10 | | Attorneys for Defendant<br>*SAMSUNG ELECTRONICS CO., LTD.* |
| 11 | DATED: October 1, 2012 | DICKSTEIN SHAPIRO LLP |
| 12 | | By   /s/ Joel B. Kleinman<br>         JOEL B. KLEINMAN |
| 13 | | |
| 14 | | Lisa M. Kaas<br>1825 Eye Street NW<br>Washington, DC 20006-540 |
| 15 | | Tel:  202-420-2200<br>Fax:  202- 420-2201 |
| 16 | | kleinmanj@dicksteinshapiro.com<br>kaasl@dicksteinshapiro.com |
| 17 | | |
| 18 | | Attorneys for Defendants<br>*BENQ CORPORATION*<br>*BENQ AMERICA CORP.* |
| 19 | | |
| 20 | DATED: October 1, 2012 | WINSTON & STRAWN LLP |
| 21 | | By   /s/ Robert B. Pringle<br>         ROBERT B. PRINGLE |
| 22 | | Paul R. Griffin |
| 23 | | Jonathan E. Swartz<br>101 California Street, Suite 3900<br>San Francisco, CA  94111 |
| 24 | | Tel:  415-591-1000<br>Fax:  415-591-1400 |
| 25 | | rpringle@winston.com<br>pgriffin@winston.com |
| 26 | | jswartz@winston.com |
| 27 | | Attorneys for Defendant<br>*NEC CORPORATION* |
| 28 | | |

STIP. AND [PROP.] ORD. RE SCHEDULE FOR MOTS. TO COMPEL TRANSACTIONAL DATA –No. 3:10-md-2143 RS
010177-12  555753 V1

- 5 -

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATED: October 1, 2012 | DEWEY & LEBOEUF LLP |
| 5 | | |
| 6 | | By    /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER |

David L. Greenspan
James F. Lerner
George Mastoris
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
jkessler@dl.com
dgreenspan@dl.com
jlerner@dl.com
gmastoris@dl.com

Attorneys for Defendants
*PANASONIC CORPORATION*
*PANASONIC CORPORATION OF NORTH AMERICA*

DATED: October 1, 2012          CONNOLLY BOVE LODGE & HUTZ LLP

By    /s/ Minda R. Schechter
MINDA R. SCHECHTER

Bruce G. Chapman
Keith D. Fraser
333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
mschechter@cblh.com
bchapman@cblh.com
kfraser@cblh.com

Attorneys for Defendants
*QUANTA STORAGE INC.*
*QUANTA STORAGE AMERICA INC.*

\* \* \*

IT IS SO ORDERED.

DATED: 10/2/12

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

STIP. AND [PROP.] ORD. RE SCHEDULE FOR MOTS. TO      - 7 -
COMPEL TRANSACTIONAL DATA –No. 3:10-md-2143 RS
010177-12  555753 V1