Belinda S Lee
Direct Dial: 415-395-8851
belinda.lee@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

File No. 030047-0006

October 15, 2012

<u>VIA ECF FILING</u>

Honorable Joseph C. Spero
United States Magistrate Judge
Phillip Burton Federal Building &
United States Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: <u>In re Optical Disk Drive Antitrust Litigation, No. 3:10-md-2143 RS (N.D. Cal)</u>

Dear Judge Spero:

Following the October 9, 2012 Discovery Hearing, the parties have been meeting and conferring regarding a protocol for the location of depositions for witnesses located in foreign countries.  The parties wish to continue the meet and confer process in the hope of reaching agreement on this issue and, therefore, jointly request a brief extension of the deadline to file a letter of final positions set in the Court's Civil Minute Order (Doc. 698) until this Friday, October 19, 2012.

Respectfully submitted,

| /s/ Belinda S Lee | /s/ Cadio Zirpoli | /s/ Shana Scarlett |
|---|---|---|
| Belinda S Lee | Cadio Zirpoli | Shana Scarlett |
| LATHAM & WATKINS LLP | SAVERI & SAVERI, INC. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| *Counsel for Defendants Toshiba America Information Systems, Inc., Toshiba Corp., Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp.* | *Member of the Executive Committee for the Direct Purchaser Plaintiffs* | *Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |

**IT IS SO ORDERED.**
Dated: 10/16/12

_____
**Magistrate Judge Joseph C. Spero**