IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE<br>ANTITRUST LITIGATION | No. C 10-md-02143 RS<br><br>**CASE MANAGEMENT<br>SCHEDULING ORDER** |

_____/

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 8, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. The existing discovery schedule is extended by ninety days. Discovery disputes will continue to be referred to Judge Spero who anticipates setting a regular discovery conference to monitor the parties' progress and to supervise the pace of production.

2. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **Friday, January 25, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

3. FURTHER SCHEDULING:

A. Last day for filing of motion for class certification shall be April 29, 2013.

B. Proposed class representatives and plaintiffs' experts shall be made available for deposition by June 10, 2013.

      C.      Oppositions to class certification shall be filed by July 22, 2013.

      D.      Depositions of defendants' experts or other declarants in opposition to class certification shall be taken by August 5, 2013.

      E.      Replies in support of class certification shall be filed by August 19, 2013.

      F.      Hearing on Motion for class certification is scheduled for **Friday, August 30, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   11/8/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER