**United States District Court**
For the Northern District of California

1

2

3

4

5             UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7    IN RE OPTICAL DISK DRIVE ANTITRUST          Case No.  3:10-MD-2143 RS (JCS)
     LITIGATION
8
     _____/    **ORDER TO MEET AND CONFER**
9

10   THIS DOCUMENT RELATES TO:

11   ALL ACTIONS

12   _____/

13

14

15          Within ten (10) days of the date of this Order, all parties shall meet and confer on the

16   currently outstanding discovery, and file with this Court a Discovery Conference Statement that

17   addresses the following topics:

18          1.      The current status of all outstanding discovery requests, including the anticipated

19   completion date for  production of information pursuant to the requests;

20          2.      The anticipated deposition schedule;

21          3.      Completion of Class and other discovery within the time frames established by the

22   District Judge;

23          4.      Any disputes that are currently ripe for the Court's review (which, if there are any

24   ripe disputes, shall be addressed in a separate Joint Letter under the procedures previously

25   established);

26          5.      Any other discovery management and planning issues that the parties desire to

27   address.

28

**United States District Court**
For the Northern District of California

1      The Court will hold a Discovery Status Conference for all counsel on **November 29, 2012,**

2   **at 9:30 a.m.,** in Courtroom G, 15th Floor, 450 Golden Gate Ave., San Francisco, CA

3

4      IT IS SO ORDERED.

5

6   Dated: November 9, 2012

7                                                        JOSEPH C. SPERO
                                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28