Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-md-2143 RS<br><br>STIPULATION BY INDIRECT PURCHASER PLAINTIFFS AND INTERVENOR UNITED STATES OF AMERICA REGARDING THE DEPOSITION OF WOO JIN ("EUGENE") YANG OF HLDS DEFENDANT FAMILY<br><br>DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010177-12  577952 V1

1   WHEREAS on December 21, 2012, indirect purchaser plaintiffs filed an unopposed motion requesting that this Court grant them leave to depose Woo Jin ("Eugene") Yang while Mr. Yang was located at Lompoc prison in California;

4   WHEREAS the United States Department of Justice, Antitrust Division ("DOJ"), an intervenor in this action, has requested that indirect purchaser plaintiffs postpone their deposition of Mr. Yang for a period of time or DOJ would move the Court for an order delaying Mr. Yang's testimony based on the nature of the DOJ's ongoing criminal antitrust investigation of the ODD market;

9   IT IS HEREBY STIPULATED AND AGREED THAT:

10   1.   Indirect purchaser plaintiffs' Unopposed Motion for Leave to Depose Woo Jin Yang (aka "Eugene Yang") in Lompoc Federal Correctional Institution, ECF No. 732, filed on December 21, 2012, requesting leave of Court to depose Mr. Yang while he is located at Lompoc federal correctional institution is hereby withdrawn and the Court need take no further action;

14   2.   The indirect purchaser plaintiffs will not seek the deposition of Mr. Yang for a period of at least three months from the date of this stipulation, absent agreement with the DOJ; and

17   3.   Should the intervenor United States Department of Justice request the postponement of the deposition of Mr. Yang beyond this three-month period, indirect purchaser plaintiffs will consider this request in good faith.

20   IT IS SO STIPULATED.

DATED: January 7, 2013        HAGENS BERMAN SOBOL SHAPIRO LLP

By _____/s/ Jeff D. Friedman_____
         JEFF D. FRIEDMAN

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

|  |  |
|---|---|
|  | Steve W. Berman (*Pro Hac Vice*) |
|  | George W. Sampson (*Pro Hac Vice*) |
|  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|  | 1918 Eighth Avenue, Suite 3300 |
|  | Seattle, WA 98101 |
|  | Telephone: (206) 623-7292 |
|  | Facsimile:  (206) 623-0594 |
|  | steve@hbsslaw.com |
|  | george@hbsslaw.com |
|  |  |
|  | Lee Gordon SBN (174168) |
|  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|  | 301 North Lake Ave., Suite 203 |
|  | Pasadena, CA 91101 |
|  | Telephone: (213) 330-7150 |
|  | Facsimile:  (213) 330-7152 |
|  | lee@hbsslaw.com |
|  |  |
|  | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |

DATED: January 7, 2013          UNITED STATES DEPARTMENT OF JUSTICE
                                 ANTITRUST DIVISION

                                 By _____/s/ Sidney A. Majalya_____
                                         SIDNEY A. MAJALYA

                                 Manish Kumar
                                 450 Golden Gate Avenue
                                 San Francisco, CA 94102
                                 Telephone: (415) 436-6660
                                 Sidney.Majalya@usdoj.gov
                                 Manish.Kumar@usdoj.gov

                                 *Counsel for Intervenor U.S. Dep't. of Justice*

Dated: Jan. 8, 2013

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

---

IPP AND DOJ STIPULATION RE EUGENE YANG          - 2 -
DEPOSITION – Case No. 3:10-md-2143 RS

010177-12 577952 V1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

IPP AND DOJ STIPULATION RE EUGENE YANG DEPOSITION – Case No. 3:10-md-2143 RS

010177-12  577952 V1