1  Jon Swenson (S.B. #233054)
   BAKER BOTTS LLP
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA  94304-1007
   Tel: (650) 739-7500
4  Fax: (650) 739-7699
   jon.swenson@bakerbotts.com
5
   John M. Taladay (*pro hac vice*)
6  Evan J. Werbel (*pro hac vice*)
   BAKER BOTTS LLP
7  1299 Pennsylvania Avenue N.W.
   Washington, D.C. 20004
8  Tel: (202) 639-7700
   Fax: (202) 639-7890
9  john.taladay@bakerbotts.com
   evan.werbel@bakerbotts.com
10
   *Counsel for Defendants Koninklijke Philips*
11 *Electronics N.V., Lite-On IT Corporation, Philips &*
   *Lite-On Digital Solutions Corporation, and Philips &*
12 *Lite-On Digital Solutions U.S.A., Inc.*

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | **IN RE OPTICAL DISK DRIVE** | Case No. 3:10-md-02143 RS
   | **PRODUCTS ANTITRUST** |
18 | **LITIGATION** |
                                   | **NOTICE OF TELEPHONIC APPEARANCE**
19 |                               | **AT DISCOVERY STATUS CONFERENCE**

20
   | This Document Relates to:     | Date:      January 17, 2013
21 |                               | Time:      9:30 a.m.
   | ALL ACTIONS                   | Courtroom: G, 15th Floor
22 |                               | Judge:     Honorable Joseph C. Spero

23
                                   | DATE ACTION FILED:  Oct. 27, 2009
24

25

26

27

28

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE HONORABLE

COURT:

PLEASE TAKE NOTICE THAT undersigned defense counsel are unable to attend the

January 17, 2013 Discovery Status Conference in person and hereby provide advance notice of

telephonic appearance pursuant to the Court's Order of December 17, 2012 (Dkt. 730).

DATED:  _____January 11, 2013_____  By:  ___/s/ John M. Taladay_____
JOHN M. TALADAY

John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com

*Counsel for Defendants Koninklijke Philips
Electronics N.V., Lite-On IT Corporation,
Philips & Lite-On Digital Solutions
Corporation, and Philips & Lite-On Digital
Solutions U.S.A., Inc.*

Dated: 1/14/13

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA