UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 3:10-md-2143 RS<br><br>[PROPOSED] ORDER RE: AMENDED CLASS CERTIFICATION BRIEFING SCHEDULE AND FURTHER CASE MANAGEMENT CONFERENCE |
|---|---|

The Court held a further case management conference on January 25, 2013. After considering the joint letter submitted by the parties and consulting with the attorneys of record, and good cause appearing, IT IS HEREBY ORDERED THAT:

The briefing schedule for class certification shall be as follows:

| Event | Date |
|---|---|
| Deadline for Plaintiffs to amend their Complaints | March 11, 2013 |
| Further Case Management Conference | March 29, 2013 |
| Deadline for Filing Motions for Class Certification | April 29, 2013 |
| Deadline for Depositions of Proposed Class | June 25, 2013 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    [PROPOSED] ORDER RE: AMENDED CLASS CERTIFICATION BRIEFING SCHEDULE AND FURTHER CASE MANAGEMENT CONFERENCE
Case No. 3:10-md-2143 RS (JCS)

| Event | Date |
|---|---|
| Representatives and Plaintiffs' Experts | |
| Deadline for Filing Oppositions to Class Certification Motions | August 21, 2013 |
| Deadline for Depositions of Defendants' Experts, and any Declarants identified in the Oppositions to Class Certification | September 20, 2013 |
| Deadline for Filing Replies in Support of Motions for Class Certification | October 21, 2013 |
| Hearing on Motions for Class Certification | To be set by the Court |

**IT IS SO ORDERED.**

DATED: February  27 , 2013

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/ Belinda S Lee*
Belinda S Lee

LATHAM & WATKINS LLP
505 Montgomery Street Suite 2000
San Francisco, California  94111
Tel:  (415) 391-0600
Fax:  (415) 395-8095
belinda.lee@lw.com

*Liaison Counsel on behalf of all Defendants*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER RE: AMENDED CLASS CERTIFICATION BRIEFING SCHEDULE AND FURTHER CASE MANAGEMENT CONFERENCE
Case No. 3:10-md-2143 RS (JCS)