# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 10-MD-02143 RS (JCS)**

**CASE NAME:** In Re: Optical Disk Drive Products Antitrust Litigation

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Kristen Melen |
| **DATE**: Feb. 28, 2013     **TIME**: 1 H 2 M | **COURT REPORTER**: <u>Debra Pas</u> <u>(FTR: 11:27- 11:38)</u> |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Michael Lehman- Direct Purchasers | Belinda Lee - Toshiba Dfts |
| Bruce Simon -Direct | Mark Popofsky- HLDS (T)* |
| Cadio Zirpoli - Direct | Michelle Vissser - HLDS |
| Todd Seaver - Direct | Lisa Kaas - BenQ Dfts (T)* |
| Jeff Friedman - Indirect Purchaser | David Bamberger - TEAC Dfts (T)* |
| Shana Scarlett - Indirect | Deana Cairo - TEAC Dfts (T)* |
| Meghan Lang - Indirect | Jason Levine - Hitachi (T)* |
| Guido Saveri- Direct | Evan Werbel - PLDS, Philips, Lite-On (T)* |
| Aaron Sheanin- Direct | Ian Simmons- Samsung (T)* |
| | Haidee Schwartz - Samsung (T)* |
| | John Cove - Sony |
| | Kieran Ringgenberg - Sony |
| | Matthew Dalsanto - NEC |
| | George E. Mastoris - Panasonic |
| | Keith Walter Jr.- Quanta |
| | Sean Meenan- NEC |
| | James Pearl- Samsung |
| | Nate Iemer- LG (T)* |
| | Vanessa Jacobsen- LG (T)* |
| | Jane Willis- HLDS (T)* |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Conference | Held |

**ORDERED AFTER HEARING:**

Court issued rulings on the record and are to be included in a proposed order to the Court which shall be completed by the parties.

**ORDER TO BE PREPARED BY:**     (X) Plaintiff  &  (X) Defendant   () Court

**CASE CONTINUED TO:**   4/4/2013 at 3:30 PM for a discovery conference. Updates are to be provided to the Court by 4/2/2013.

_____

**Number of Depos:**           **Number of Experts:**           **Discovery Cutoff:**

**Expert Disclosure:**           **Expert Rebuttal:**           **Expert Discovery Cutoff:**

**Motions Hearing:**      at 9:30 a.m.                    **Pretrial Conference:**        at 1:30 p.m.

**Trial Date:**                at 8:30 a.m.  ()Jury      ()Court       Set for     days
_____

**cc:      Chambers; Karen**
* (T) = Telephonic Appearance