- 1 -

1
2
3
4
5
6
7
8
9
10
11    UNITED STATES DISTRICT COURT
12    NORTHERN DISTRICT OF CALIFORNIA
13    SAN FRANCISCO DIVISION
14
15  **IN RE OPTICAL DISK DRIVE**         Master File No. 3:10-MD-2143 RS
    **ANTITRUST LITIGATION**
16                                       MDL No. 2143
17                                       **[PROPOSED] ORDER GRANTING**
    This Document Relates to:            **PLAINTIFFS' MOTION FOR LEAVE**
18                                       **TO FILE THIRD CONSOLIDATED**
    **ALL DIRECT PURCHASER ACTIONS**     **DIRECT PURCHASER CLASS**
19                                       **ACTION COMPLAINT**
20                                       Date:  April 18, 2013
                                         Time:  1:30 p.m.
21                                       Judge:  Hon. Richard Seeborg
                                         Courtroom: 3, 17th Floor
22
23
24
25
26

This matter having come before the Court on Plaintiffs' Motion for Leave to File Third Consolidated Direct Purchaser Class Action Complaint in the above-captioned action, the Court having considered all papers filed and proceedings conducted herein and otherwise being fully informed of the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs' motion for leave to file the Third Consolidated Direct Purchaser Class Action Complaint is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's scheduling order of February 27, 2013 (Dkt. No. 772), the Plaintiffs Third Consolidated Direct Purchaser Class Action Complaint is deemed filed as of March 11, 2013.  Plaintiffs Warren Herman, The Stereo Shop, and the related companies Central New York Univision Video Systems, Inc., Crimson Tech, Inc., and Univision Crimson Holding, Inc., named in the Second Consolidated Direct Purchaser Class Action Complaint are dismissed without prejudice and without costs.

DATED: _____, 2013.

_____
HON. RICHARD SEEBORG
United States District Judge