UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-2143 RS (JCS) |
| This document relates to: ALL ACTIONS | [~~PROPOSED~~] ORDER RE: AMENDMENT OF INTERROGATORY RESPONSES, AND PAGE LIMITS FOR THE MOTION TO COMPEL INDIRECT PURCHASER PLAINTIFFS' DISCOVERY RESPONSES |

1    On January 17, 2013, this Court held a discovery conference to address the issues raised in
2 the parties' Joint Discovery Conference Statement filed January 10, 2013 (Dkt. 743). This Order
3 memorializes the rulings on each of the discovery issues raised during the conference.

**A.    Amendment of Certain Interrogatory Responses**

Defendants need only supplement and/or update their responses to Interrogatory Nos. 4, 5, to the extent those responses refer to or rely upon Fed. R. Civ. P. 33(d), twice during this action: (1) on March 15, 2013, and (2) at the close of fact discovery, once that date has been set.

**B.    Page Limit for Panasonic and Toshiba's Motion to Compel Further Discovery Responses from Indirect Purchaser Plaintiffs**

The oral motion of defendant Panasonic Corporation to exceed the page limitation with respect to the joint letter brief in support of defendants Panasonic Corporation and Toshiba Corporation's motion to compel further discovery responses from the Indirect Purchaser Plaintiffs is granted. The page limit for each side shall be five pages, for a total of ten pages.

**C.    Next Scheduled Discovery Status Conference**

This Court will hold the next Discovery Status Conference on February 28, 2013 at 9:00 a.m. The parties shall submit a joint discovery conference statement by February 21, 2013.

**IT IS SO ORDERED.**

DATED: ___March 13___, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Approved as to form:


_____/ s / Belinda S Lee_____
         Belinda S Lee

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
belinda.lee@lw.com

*Liaison Counsel on behalf of all Defendants*


_____/ s / Cadio Zirpoli_____
         Cadio Zirpoli

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Tel: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*


_____/ s / Jeff D. Friedman_____
         Jeff D. Friedman

Shana Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

*/ s / Belinda S Lee*
Belinda S Lee

## CERTIFICATE OF SERVICE

I, Brendan A. McShane, declare that I am over the age of eighteen (18) and not a party to the above-entitled entitled action. I am an associate with the law firm of Latham & Watkins LLP, and my office is located at 505 Montgomery Street, Suite 2000, San Francisco, California 94111. On January 31, 2013, I caused to be filed the following:

**[PROPOSED] ORDER RE: AMENDMENT OF INTERROGATORY RESPONSES, AND PAGE LIMITS FOR THE MOTION TO COMPEL INDIRECT PURCHASER PLAINTIFFS' DISCOVERY RESPONSES**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing. I declare under penalty of perjury that the foregoing is true and correct.

_____/ s / Brendan A. McShane_____
Brendan A. McShane