Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-md-2143 RS |
| | CORRECTED STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN CLASS REPRESENTATIVES |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: | |
| ALL INDIRECT PURCHASER ACTIONS | |

010177-12   593594 V1

1 WHEREAS, the indirect purchaser plaintiffs filed a Corrected Second Amended Class Action Complaint on October 18, 2011;

WHEREAS, the indirect purchaser plaintiffs have indicated that, due to unforeseen personal circumstances, the following class representatives no longer wish to serve as class representations: Laura Allen, Pradeep Arora, Lucas Bina, Cindy Bozan, Robert Cavalear, Andrew Crosby, Casey Hauser, Mary Jane Garland, David Knight, Debra Knight, Thomas Lewis, Bobbi Milam, Linda Moss, Ramona Ravan, Benjamin Roberts, and Anthony Sterling; and

WHEREAS, defendants will not oppose the substitution of the representatives as indicated in the following chart, reserving all of the legal rights and any defenses defendants may have, including but not limited to any objections to the adequacy of the new proposed class representatives:

| Former Class Representative(s) | Involved State | New Class Representative(s) |
|---|---|---|
| Mary Jane Garland | Iowa | Jerome Hilscher |
| Pradeep Arora | Hawaii | Barney Gooman, Jr. |
| Laura Allen | Kansas | Benjamin Murray |
| Linda Moss | Maine | Scot Larrabee |
| Robert Cavalear | Massachusetts | |
| Casey Hauser | Montana | Matthew Hosking |
| Benjamin Roberts | New Hampshire | Evan Ravenelle |
| Thomas Lewis | New York | Susie Lim |
| Lucas Bina | North Dakota | Dion Pacheco |
| David Knight and Debra Knight | Oregon | Mike Bishop |
| Ramona Ravan | South Carolina | Kyle Kovalchek |
| Andrew Crosby | Tennessee | Kim Wood |
| Anthony Sterling | South Dakota | |
| Cindy Bozan | Vermont | Gregory Westerkamp |

| Former Class Representative(s) | Involved State | New Class Representative(s) |
|---|---|---|
| Bobbi Milam | West Virginia | Brian Ice |

WHEREAS, defendants agree to the filing of a third amended complaint by the indirect purchaser plaintiffs, for the purpose of making the above substitutions of proposed class representatives; and

WHEREAS, in exchange for the agreement to the substitution of class representatives, each of the above new class representatives agrees to produce verified interrogatory responses to Defendant Panasonic Corporation's First Set of Interrogatories to Indirect Purchaser Plaintiffs, and to produce all documents in each new class representative's possession responsive to Defendant Toshiba Corporation's First Request for Production of Documents to Indirect Purchaser Plaintiffs within fifteen days of the Court's approval of this stipulation and the filing of an amended complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1. The indirect purchaser plaintiffs will file a third amended complaint, as outlined above;
2. The parties stipulate to the voluntary dismissal without prejudice of the claims of Laura Allen, Pradeep Arora, Lucas Bina, Cindy Bozan, Robert Cavalear, Andrew Crosby, Casey Hauser, Mary Jane Garland, David Knight, Debra Knight, Thomas Lewis, Bobbi Milam, Linda Moss, Ramona Ravan, Benjamin Roberts, and Anthony Sterling; and
3. Each of the new class representatives shall produce verified interrogatory responses to Defendant Panasonic Corporation's First Set of Interrogatories to Indirect Purchaser Plaintiffs, and shall produce all documents in each new class representative's possession which are responsive to Defendant Toshiba Corporation's First Request for Production of Documents to Indirect Purchaser Plaintiffs, within fifteen days of the Court's approval of this stipulation and the filing of the indirect purchaser plaintiffs' third amended complaint.

1   IT IS SO STIPULATED.

2

3   DATED: March 13, 2013            HAGENS BERMAN SOBOL SHAPIRO LLP

4                                    By _____/s/ Shana E. Scarlett_____
                                         SHANA E. SCARLETT
5
                                     Jeff D. Friedman (173886)
6                                    715 Hearst Avenue, Suite 202
                                     Berkeley, CA 94710
7                                    Telephone: (510) 725-3000
                                     Facsimile: (510) 725-3001
8                                    jefff@hbsslaw.com
                                     shanas@hbsslaw.com
9
                                     Steve W. Berman (*Pro Hac Vice*)
10                                   George W. Sampson (*Pro Hac Vice*)
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
11                                   1918 Eighth Avenue, Suite 3300
                                     Seattle, WA 98101
12                                   Telephone: (206) 623-7292
                                     Facsimile: (206) 623-0594
13                                   steve@hbsslaw.com
                                     george@hbsslaw.com
14
                                     Lee Gordon SBN (174168)
15                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                     301 North Lake Ave., Suite 203
16                                   Pasadena, CA 91101
                                     Telephone: (213) 330-7150
17                                   Facsimile: (213) 330-7152
                                     lee@hbsslaw.com
18
                                     *Interim Lead Counsel for Indirect*
19                                   *Purchaser Plaintiffs*

20
    DATED: March 13, 2013            LATHAM & WATKINS LLP
21

22                                   By _____/s/ Belinda Lee_____
                                         BELINDA S LEE
23
                                     505 Montgomery Street, Suite 2000
24                                   San Francisco, CA 94111
                                     Telephone: (415) 395-8240
25                                   Facsimile: (415) 395-8095
                                     belinda.lee@lw.com
26
                                     Counsel for Defendants
27

28  CORRECTED STIP. AND [PROP.] ORDER TO AMEND         - 3 -
    COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN
    CLASS REPS. – Case No. 3:10-md-2143 RS
    010177-12  593594 V1

| | |
|---|---|
| | *TOSHIBA CORPORATION TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; and TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.* |
| DATED:  March 13, 2013 | DLA PIPER LLP |
| | By   /s/ David H. Bamberger<br>       DAVID H. BAMBERGER |
| | 500 8th Street, N.W.<br>Washington, DC  20004<br>Telephone:  (202) 799-4500<br>Facsimile:   (202) 799-5000<br>david.bamberger@dlapiper.com |
| | Counsel for Defendants<br>*TEAC CORPORATION*<br>*TEAC AMERICA INC.* |
| DATED:  March 13, 2013 | BAKER BOTTS L.L.P. |
| | By   /s/ John Taladay<br>       JOHN TALADAY |
| | 1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Telephone:  (202) 383-7199<br>Facsimile:   (202) 383-6610<br>john.taladay@bakerbotts.com |
| | Counsel for Defendants<br>*KONINKLIJKE PHILIPS ELECTRONICS N.V.*<br>*LITE-ON IT CORPORATION*<br>*PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.*<br>*PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.* |
| DATED:  March 13, 2013 | VINSON & ELKINS LLP |
| | By   /s/ Matthew J. Jacobs<br>       MATTHEW J. JACOBS |
| | 525 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone:  (415) 979-6900<br>Facsimile:   (415) 651-8786<br>mjacobs@velaw.com |

CORRECTED STIP. AND [PROP.] ORDER TO AMEND COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN CLASS REPS. – Case No. 3:10-md-2143 RS
010177-12  593594 V1

- 4 -

Counsel for Defendant
*HITACHI, LTD.*

DATED: March 13, 2013                ROPES & GRAY LLP


By _____/s/ Michelle Visser_____
         MICHELLE VISSER

Three Embarcadero Center
San Francisco, CA  94111-4006
Telephone:  (415) 315-6300
Facsimile:   (415) 315-6350
michelle.visser@ropesgray.com

Counsel s for Defendants
*HITACHI-LG DATA STORAGE, INC.*
*HITACHI-LG DATA STORAGE KOREA, INC.*

DATED: March 13, 2013                DAVIS POLK & WARDWELL


By _____/s/ Christopher B. Hockett_____
         CHRISTOPHER B. HOCKETT

1600 El Camino Real
Menlo Park, CA  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
chris.hockett@dpw.com

Counsel for Defendant
*LG ELECTRONICS, INC.*
*LG ELECTRONICS USA, INC.*

DATED: March 13, 2013                BOIES SCHILLER & FLEXNER LLP


By _____/s/ John F. Cover, Jr._____
         JOHN F. COVE, JR.

1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
jcove@bsfllp.com

Counsel for Defendants
*SONY CORPORATION*
*SONY OPTIARC AMERICA, INC.*
*SONY OPTIARC, INC.*

CORRECTED STIP. AND [PROP.] ORDER TO AMEND
COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN     - 5 -
CLASS REPS. – Case No. 3:10-md-2143 RS
010177-12  593594 V1

| | | |
|---|---|---|
| 1 | DATED: March 13, 2013 | O'MELVENY & MYERS LLP |
| 2 | | By  /s/ Ian Simmons |
| 3 | | IAN SIMMONS |

1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106
Facsimile: (202) 383-5414
isimmons@omm.com

Counsel for Defendant
*SAMSUNG ELECTRONICS CO., LTD.*

DATED: March 13, 2013     DICKSTEIN SHAPIRO LLP

By  /s/ Joel B. Kleinman
JOEL B. KLEINMAN

1825 Eye Street NW
Washington, DC 20006-540
Tel: 202-420-2200
Fax: 202- 420-2201
kleinmanj@dicksteinshapiro.com

Counsel for Defendants
*BENQ CORPORATION*
*BENQ AMERICA CORP.*

DATED: March 13, 2013     WINSTON & STRAWN LLP

By  /s/ Robert B. Pringle
ROBERT B. PRINGLE

Paul R. Griffin
Jonathan E. Swartz
101 California Street, Suite 3900
San Francisco, CA 94111
Tel: 415-591-1000
Fax: 415-591-1400
rpringle@winston.com
pgriffin@winston.com
jswartz@winston.com

Counsel s for Defendant
*NEC CORPORATION*

CORRECTED STIP. AND [PROP.] ORDER TO AMEND
COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN
CLASS REPS. – Case No. 3:10-md-2143 RS
010177-12 593594 V1

- 6 -

| | |
|---|---|
| DATED: March 13, 2013 | WINSTON & STRAWN LLP |
| | By ___/s/ Jeffrey L. Kessler___<br>JEFFREY L. KESSLER |
| | 200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@dl.com |
| | Counsel for Defendants<br>*PANASONIC CORPORATION*<br>*PANASONIC CORPORATION OF NORTH AMERICA* |
| DATED: March 13, 2013 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| | By ___/s/ Minda R. Schechter___<br>MINDA R. SCHECHTER |
| | 333 S. Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Telephone: (213) 787-2500<br>Facsimile: (213) 687-0498<br>minda.schechter@novakdruce.com<br>kfraser@cblh.com |
| | Attorneys for Defendants<br>*QUANTA STORAGE INC.*<br>*QUANTA STORAGE AMERICA INC.* |

\*     \*     \*

IT IS SO ORDERED.

DATED: 3/14/13

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

CORRECTED STIP. AND [PROP.] ORDER TO AMEND
COMPLAINT AND VOLUNTARY DISMISSAL OF CERTAIN     - 7 -
CLASS REPS. – Case No. 3:10-md-2143 RS
010177-12 593594 V1