UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
| | **[PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE AND EXTENDING LENGTH OF PLAINTIFFS' OPENING BRIEFS** |
| This document relates to: | |
| ALL ACTIONS | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying Class Cert.
Schedule and Length of Plaintiffs' Opening Briefs
CASE NO. 3:10-md-2143 RS

This matter came before the Court at the March 29, 2013 Case Management Conference. The Court hereby GRANTS the Parties' joint request to (1) modify the class certification schedule, and (2) extend the page lengths for the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' opening briefs in support of their motions for class certification.

(1)     The new class certification schedule is as follows:

| Event | Date |
|---|---|
| Deadline for Filing Motions for Class Certification | May 29, 2013 |
| Deadline for Depositions of Proposed Class Representatives and Plaintiffs' Experts | July 25, 2013 |
| Deadline for Filing Oppositions to Class Certification Motions | September 20, 2013 |
| Deadline for Depositions of Defendants' Experts, and any Declarants identified in the Oppositions to Class Certification | October 21, 2013 |
| Deadline for Filing Replies in Support of Motions for Class Certification | November 20, 2013 |
| Hearing on Motions for Class Certification | To be set by the Court |

(2)     In connection with Plaintiffs' Motions for Class Certification, the page limits set forth in Local Rule 7-2(b) shall be extended as follows:  (a) Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may each file a brief up to 40 pages; and (b) Indirect Purchaser Plaintiffs may also file a separate brief, not to exceed 25 pages, addressing choice of law issues.

IT IS SO ORDERED.

Dated: _____          _____

                                    Hon. Richard Seeborg
                                    United States District Judge
                                    UNITED STATES DISTRICT COURT

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Submitted By:

2  LATHAM & WATKINS LLP

3

4  By  /s/ Belinda S Lee
       Belinda S Lee
5  *Liaison Counsel for Defendants*

6  HAGENS BERMAN SOBOL SHAPIRO LLP

7  By  /s/ Shana E. Scarlett
       Shana E. Scarlett
8

9  *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

10 SAVERI & SAVERI. INC.

11 By  /s/ Cadio Zirpoli
       Cadio Zirpoli
12

13 *Interim Lead Counsel for Direct Purchaser Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying Class Cert.
Schedule and Length of Plaintiffs' Opening Briefs
CASE NO. 3:10-md-2143 RS