1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS (JCS) |
| | **JOINT DISCOVERY CONFERENCE STATEMENT** |
| | Date:        April 4, 2013 |
| This document relates to: | Time:        10:00 a.m. |
| | Courtroom:  G, 15th Floor |
| ALL ACTIONS | Judge:       Honorable Joseph C. Spero |
| | DATE ACTION FILED: Oct. 27, 2009 |

1    Pursuant to the Court's March 1, 2013 Civil Minute Order (Dkt. 775), the parties hereby

2    file the following Discovery Conference Statement:

3    **A.      Status of Defendants' Production of Documents**

4    *Introduction.*  The parties have been working cooperatively towards the production of

5    documents and provide the following update on each Defendant's progress.  There is no dispute

6    in this Section for the Court to address.

7    ▪    **BenQ.**  As of March 29, 2013, defendants BenQ Corporation and BenQ America

8    Corp. (the "BenQ Defendants") have completed their document production from the BenQ

9    Defendants' agreed custodians responsive to the parties' agreed search terms (including Chinese

10    translated terms).  Together with their prior productions, the BenQ Defendants have now

11    produced more than 833,500 pages of discovery in these actions.  They also have responded to all

12    of plaintiffs' correspondence seeking further information about the BenQ Defendants'

13    transactional data and narrative responses to plaintiffs' notice of 30(b)(6) deposition, and they

14    served their second supplemental responses to plaintiffs' Interrogatories 4 and 5 on March 15,

15    2013.

16    ▪    **Hitachi.**  Hitachi, Ltd. ("Hitachi") provided Plaintiffs with verified, supplemental

17    narrative responses to their Rule 30(b)(6) deposition notice on March 29, 2013.  Also on March

18    29, as requested by Plaintiffs, Hitachi produced additional non-custodial documents referenced

19    in its Rule 30(b)(6) narrative responses.  Further, on March 29 Hitachi substantially completed

20    its custodial document production with respect to all search terms in both English and Japanese.

21    Because of an unforeseen technical issue, it is necessary for Hitachi to make one small

22    supplemental custodial document production, on or around April 5, 2013, at which point

23    Hitachi's custodial document production will be complete.  Given that the deadline for Plaintiffs'

24    motions in support of class certification has been extended by one month, to May 29, Hitachi

25    understands that the slight delay in the completion of its custodial document production will not

26    prejudice Plaintiffs.

27    ▪    **HLDS.**  On March 29, 2013, the HLDS Defendants completed their production of

28    documents for the first eleven HLDS Defendant custodians listed on the December 13, 2012

1

1   submission to the Court, based on the parties' agreements regarding search terms and the

2   translations of those terms.  Together with prior productions, the HLDS Defendants have now

3   produced more than 3.5 million pages of discovery in these actions.

4      ▪   **LG.**  The LG defendants completed their production of documents for all twelve

5   prioritized custodians on March 29, 2013.  This production was based on the parties' agreed

6   search terms and agreement on disputed search terms, including their agreed-upon translations of

7   those search terms.

8      ▪   **NEC.**  NEC has produced all known responsive, non-privileged documents for all

9   NEC custodians agreed to with plaintiffs' counsel and listed on Attachment A to the December

10  13, 2012 discovery conference statement submitted to the Court.  Productions were made on

11  February 8, 2013 and February 15, 2013.

12     On March 22, 2013 NEC served its Supplemental Narrative Responses to Plaintiffs' Joint

13  Notice of Deposition of Defendant NEC Corporation.  Further, on March 8, 2013 and March 22,

14  2013 NEC made additional document productions to plaintiffs, which included recently obtained

15  transactional data and documents referenced in NEC's Supplemental Narrative Response.  Lastly,

16  NEC responded to plaintiffs' remaining transactional data questions on April 1, 2013.

17     ▪   **Panasonic.**   The Panasonic Defendants completed production of documents

18  responsive to the agreed-upon search terms for their 12 priority custodians on February 27, 2013.

19  Following the discovery conference on February 28, during which the Court ordered the parties

20  to resolve their dispute regarding the Panasonic Defendants' objections to Plaintiffs' edits to

21  translations of Defendants' search terms, the Panasonic Defendants submitted a revised proposal

22  on translations which was accepted by Plaintiffs.  The parties resolved several additional disputes

23  unrelated to the translation issue the following week, including one that arose the evening of

24  March 7 and was the subject of a March 8 meet and confer.

25     The Panasonic Defendants have made four rolling productions, including on March 6,

26  March 15, March 22, and March 29, producing more than 75,000 documents for the priority

27  custodians.  The Panasonic Defendants substantially completed production of documents for

28  their 12 priority custodians on March 29 and, pursuant to their agreement with Plaintiffs,

2

1   anticipate fully completing production for those custodians no later than the week of April 8,

2   2013.

3           In addition to making multiple productions of custodian data, the Panasonic Defendants

4   provided, on February 22 and March 15, responses to well over a hundred questions from

5   Plaintiffs regarding the Panasonic Defendants' transactional data.  The Panasonic Defendants

6   also responded to Plaintiffs' letters asking for supplemental information regarding their 30(b)(6)

7   narrative responses on March 15, 2013 and offered to meet and confer in the event that Plaintiffs

8   had any additional questions.  Finally, the Panasonic Defendants timely supplemented their

9   responses to interrogatories four and five on March 15, 2013.

10          ▪    **PLDS.**  Regarding custodian files, the PLDS Entities have substantially

11  completed the document review and production of responsive materials for the top ten

12  custodians, as selected by Plaintiffs.   The PLDS Entities have reached consensus with the

13  Plaintiffs regarding search terms, have applied those terms against the documents from the top

14  ten custodians, and have reviewed those documents with search terms hits for documents

15  responsive to Plaintiffs' various document requests.  The PLDS Entities have been providing

16  responsive materials to Plaintiffs on a rolling basis.  With its production of responsive materials

17  on April 1, 2013, the PLDS Entities substantially completed this process.  The PLDS Entities last

18  week learned of one additional set of electronic files from one of the top ten custodians that was

19  inadvertently not processed for review.  During a quality check of all collected and processed

20  documents, the outside vendor working with the PLDS Entities on the gathering, processing and

21  production of electronic records identified this set of electronic files that the vendor had failed to

22  process after the data collection.  The PLDS Entities have discussed this issue with Plaintiffs and

23  hope to have these newly identified documents processed, reviewed and responsive documents

24  produced to Plaintiffs within two weeks.  Since the last report on discovery matters, the PLDS

25  Entities also have completed the review and production of the few remaining prioritized

26  categories of documents from centralized files.

27          ▪    **Quanta.**  Quanta completed its production of documents for the ten agreed-upon

28  custodians based on the search terms that the parties had initially agreed upon, and Quanta's

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   translations of those terms, on or before February 15, 2013.  Quanta and Plaintiffs resolved all

2   outstanding issues regarding the remaining search terms and all translations of all search terms

3   on March 7, 2013.  Based on these remaining search terms and translations, Quanta produced

4   more than 65,000 documents comprising more than 500,000 pages on or before March 29, 2013,

5   thus completing its production of documents for the ten agreed-upon custodians.  To date,

6   Quanta has produced more than 125,000 documents comprising more than 1.1 million pages.

7   ▪   **Samsung.**  Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics

8   America, Inc. ("SEA") completed production for the ten SEC/SEA priority custodians, as

9   identified by Plaintiffs, for all Agreed Upon search terms by February 15, 2013.  This amounted

10  to approximately 800,000 pages of documents and 55,000 native files.  SEC and SEA continued

11  to meet and confer and reached agreement with Plaintiffs on Disputed terms, and subsequently

12  on Translated terms.  SEC and SEA completed production of all Disputed and Translated term

13  documents, per agreement on those terms with Plaintiffs, on March 28, 2013.  In total, SEC and

14  SEA have produced more than 215,000 documents, comprising more than 889,000 pages and

15  including more than 60,000 native files.  SEC and SEA have also responded in full to over forty

16  detailed questions on transactional data produced in this litigation.  At Samsung's request,

17  Plaintiffs have agreed to extend the time for Samsung to supplement its narrative responses to

18  Plaintiffs' Rule 30(b)(6) notice until April 12, 2013.

19  ▪   **Sony.**  The Sony Defendants have now made 27 separate productions in this

20  matter totaling more than 1.3 million pages.   The Sony Defendants have complied with the

21  Court's order regarding deadlines for document production, as modified by agreement with the

22  plaintiffs to address a few minor issues that arose as search terms and translations applied to the

23  priority custodians were finalized.

24  ▪   **TEAC.**  TEAC served its Supplemental Responses to Direct and Indirect

25  Purchaser Plaintiffs' Interrogatories 4 and 5, and Indirect Purchaser Plaintiffs' Interrogatory 15

26  on March 15, 2013.  In regard to TEAC's remaining production of documents for its agreed

27  custodians, the Direct and Indirect Purchaser Plaintiffs have agreed to extend the time for TEAC

28  to complete that production until April 8, 2013.

4

1    ▪   **TSSTK, TSST, Toshiba Corp., and TAIS**:  Defendants TSSTK, TSST, Toshiba

2    Corp., and TAIS served supplemental narrative responses to certain of the Plaintiffs' Rule

3    30(b)(6) topics on March 22, 2013, and have responded by letter to other follow-up questions

4    from Plaintiffs about those responses.  TSSTK, TSST, Toshiba Corp., and TAIS have also

5    responded to Plaintiffs' questions related to the produced transactional data, and have provided

6    Plaintiffs with additional and/or clarifying information as needed.  With respect to custodial

7    productions, neither TSST nor Toshiba Corp. have any "prioritized" custodians subject to the

8    Court's production deadlines.  Defendant TAIS has completed its review and production of

9    documents for its priority custodian.  Defendant TSSTK has completed review of all custodial

10   documents returned by the "agreed upon" and previously "disputed" search terms, including

11   Korean translations of those terms, for the nine prioritized custodians selected by Plaintiffs.   As

12   of March 29, 2013, TSSTK has produced all responsive, non-privileged documents to Plaintiffs

13   except for those documents that are subject to TSSTK's pending motion regarding certain

14   foreign-located documents (Dkt. 809).

15         **B.     Status Update Regarding Deposition Protocol**

16         The parties continue to meet and confer on an additional deposition protocol addressing a

17   deposition protocol for departing employees, in addition to a number of other topics. The parties

18   were ordered to meet and confer regarding this protocol at the November 29, 2012 discovery

19   conference, as reflected in this Court's December 27, 2012 Order re Discovery Matters. The

20   parties are unlikely to reach agreement on this and will submit their positions to the Court

21   through a joint letter.

22         **C.     Status Update Regarding Authenticity of Documents**

23         Plaintiffs have proposed a stipulation regarding the authentication of documents produced

24   in these cases. Defendants are still reviewing Plaintiffs' proposed draft, and the parties will plan

25   to submit any agreed upon stipulation for entry.

26   ///

27   ///

28   ///

5

1     Respectfully submitted,

2     DATED:  April 2, 2013          LATHAM & WATKINS LLP

3
                                    By _____/s/ Belinda S Lee_____
4                                          BELINDA S LEE

5                                   505 Montgomery Street, Suite 2000
                                    San Francisco, CA 94111
6                                   Telephone:  (415) 395-8240
                                    Facsimile:  (415) 395-8095
7                                   belinda.lee@lw.com

8                                   Attorneys for Defendants
                                    *TOSHIBA SAMSUNG STORAGE TECHNOLOGY*
9                                   *KOREA CORPORATION; TOSHIBA SAMSUNG*
                                    *STORAGE TECHNOLOGY CORPORATION;*
10                                  *TOSHIBA CORPORATION;* and *TOSHIBA*
                                    *AMERICA INFORMATION SYSTEMS, INC.*
11
       DATED:  April 2, 2013          DLA PIPER LLP
12

13                                  By _____/s/ David H. Bamberger_____
                                          DAVID H. BAMBERGER
14
                                    500 8th Street, N.W.
15                                  Washington, DC  20004
                                    Telephone:  (202) 799-4500
16                                  Facsimile:  (202) 799-5000
                                    david.bamberger@dlapiper.com
17
                                    Attorneys for Defendants
18                                  *TEAC CORPORATION*
                                    *TEAC AMERICA INC.*
19

20     DATED:  April 2, 2013          BAKER BOTTS L.L.P.

21
                                    By _____/s/ John Taladay_____
22                                        JOHN TALADAY

23                                  1299 Pennsylvania Ave NW
                                    Washington, DC 20004
24                                  Telephone:  (202) 383-7199
                                    Facsimile:  (202) 383-6610
25                                  john.taladay@bakerbotts.com

26                                  Attorneys for Defendants
                                    *KONINKLIJKE PHILIPS ELECTRONICS N.V.*
27                                  *LITE-ON IT CORPORATION*
                                    *PHILIPS & LITE-ON DIGITAL SOLUTIONS*
28                                  *CORP.*

                                         6

1

*PHILIPS & LITE-ON DIGITAL SOLUTIONS USA,*
*INC.*

2

3    DATED:  April 2, 2013          VINSON & ELKINS LLP

4

5                                   By _____/s/ Matthew J. Jacobs_____
                                           MATTHEW J. JACOBS

6                                   525 Market Street, Suite 2750
                                    San Francisco, CA 94105
7                                   Telephone: (415) 979-6990
                                    Facsimile: (415) 651-8786
8                                   mjacobs@velaw.com

9                                   Attorneys for Defendant
                                    *HITACHI, LTD.*

10   DATED:  April 2, 2013          ROPES & GRAY LLP

11

12                                  By _____/s/ Michelle Visser_____
                                           MICHELLE VISSER

13                                  Three Embarcadero Center
                                    San Francisco, CA  94111-4006
14                                  Telephone:  (415) 315-6300
                                    Facsimile:  (415) 315-6350
15                                  michelle.visser@ropesgray.com

16                                  Attorneys for Defendants
                                    *HITACHI-LG DATA STORAGE, INC.*
17                                  *HITACHI-LG DATA STORAGE KOREA, INC.*

18   DATED:  April 2, 2013          EIMER STAHL LLP

19

20                                  By _____/s/ Vanessa G. Jacobsen_____
                                           VANESSA G. JACOBSEN

21                                  224 S. Michigan Ave., Suite 1100
                                    Chicago, IL 60604
22                                  Tel: (312) 660-7600
                                    Fax: (312) 692-1718
23                                  vjacobsen@eimerstahl.com
                                    Attorneys for Defendants
24

25                                  *LG ELECTRONICS, INC.*
                                    *LG ELECTRONICS USA, INC.*

26

27   DATED:  April 2, 2013          BOIES SCHILLER & FLEXNER LLP

28

1                            By _____ /s/ John F. Cove, Jr. _____
                                        JOHN F. COVE, JR.

2

3                            1999 Harrison Street, Suite 900
                           Oakland, CA  94612
                           Telephone:  (510) 874-1000

4                            Facsimile:  (510) 874-1460
                           jcove@bsfllp.com

5

6                            Attorneys for Defendants
                           *SONY CORPORATION*

7                            *SONY OPTIARC AMERICA, INC.*
                           *SONY OPTIARC, INC.*

8 DATED:  April 2, 2013              O'MELVENY & MYERS LLP

9

10                            By _____ /s/ Ian Simmons _____
                                        IAN SIMMONS

11

12                            1625 Eye Street, NW
                           Washington, DC  20006
                           Telephone:  (202) 383-5106

13                            Facsimile:  (202) 383-5414
                           isimmons@omm.com

14

15                            Attorneys for Defendant
                           *SAMSUNG ELECTRONICS CO., LTD.*
                           *SAMSUNG ELECTRONICS OF AMERICA, INC.*

16 DATED:  April 2, 2013              DICKSTEIN SHAPIRO LLP

17

18                            By _____ /s/ Joel B. Kleinman _____
                                    JOEL B. KLEINMAN

19                            Lisa M. Kaas
                           1825 Eye Street NW

20                            Washington, DC 20006-540
                           Tel:  202-420-2200

21                            Fax:  202- 420-2201
                           kleinmanj@dicksteinshapiro.com

22                            kaasl@dicksteinshapiro.com

23                            Attorneys for Defendants
                           *BENQ CORPORATION*

24                            *BENQ AMERICA CORP.*

25 DATED:  April 2, 2013              WINSTON & STRAWN LLP

26

27                            By _____ /s/ Robert B. Pringle _____
                                     ROBERT B. PRINGLE

28                            Paul R. Griffin

8

Sean Meenan
101 California Street, Suite 3900
San Francisco, CA  94111
Tel:  415-591-1000
Fax:  415-591-1400
rpringle@winston.com
pgriffin@winston.com
smeenan@winston.com

Attorneys for Defendant
*NEC CORPORATION*

DATED:  April 2, 2013          WINSTON & STRAWN LLP


By _____ /s/ Jeffrey L. Kessler _____
JEFFREY L. KESSLER (*Pro Hac Vice*)

A. Paul Victor (*Pro Hac Vice*)
David L. Greenspan (*Pro Hac Vice*)
James F. Lerner (*Pro Hac Vice*)
George E. Mastoris (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com
jlerner@winston.com
gmastoris@winston.com

Attorneys for Defendants
*PANASONIC CORPORATION*
*PANASONIC CORPORATION OF NORTH*
*AMERICA*

DATED:  April 2, 2013          NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP


By _____ /s/ Minda R. Schechter _____
MINDA R. SCHECHTER

333 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
mindaschechter@novakdruce.com

Rudolf E. Hutz
Zhun Lu
Keith A. Walter, Jr.
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614

9

Rudolf.Hutz@ novakdruce.com
Zhun.Lu@ novakdruce.com
Keith.Walter@ novakdruce.com

Attorneys for Defendants
*QUANTA STORAGE INC.*
*QUANTA STORAGE AMERICA INC.*

DATED:  April 2, 2013          HAGENS BERMAN SOBOL SHAPIRO LLP

By _____/s/ Shana E. Scarlett_____
SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Lee Gordon
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
lee@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser
Plaintiffs*

DATED:  April 2, 2013          SAVERI & SAVERI. INC.

By ____/s/ Guido Saveri_____
GUIDO SAVERI

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO