1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

IN RE OPTICAL DISK DRIVE PRODUCTS
ANTITRUST LITIGATION

CASE NO. 3:10-md-2143 RS

[PROPOSED] ORDER MODIFYING
CLASS CERTIFICATION SCHEDULE

15

16

This document relates to:

17

ALL ACTIONS

18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

1    This matter came before the Court upon the Parties' joint request for an extension to the

2  class certification schedule.  The Court hereby GRANTS the Parties' request to extend each of

3  the class certification deadlines by thirty days, and the new schedule is as follows:

4

| Event | Date |
|---|---|
| Deadline for Filing Motions for Class Certification | May 29, 2013 |
| Deadline for Depositions of Proposed Class Representatives and Plaintiffs' Experts | July 25, 2013 |
| Deadline for Filing Oppositions to Class Certification Motions | September 20, 2013 |
| Deadline for Depositions of Defendants' Experts, and any Declarants identified in the Oppositions to Class Certification | October 21, 2013 |
| Deadline for Filing Replies in Support of Motions for Class Certification | November 20, 2013 |
| Hearing on Motions for Class Certification | To be set by the Court |

IT IS SO ORDERED.

Dated:   4/15/2013

_____

Hon. Richard Seeborg
United States District Judge
UNITED STATES DISTRICT COURT

Submitted By:

LATHAM & WATKINS LLP

By   /s/ Belinda S Lee
       Belinda S Lee
*Liaison Counsel for Defendants*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS

1  HAGENS BERMAN SOBOL SHAPIRO LLP

2  By ____/s/ Shana E. Scarlett_____
          Shana E. Scarlett
3
   *Interim Lead Counsel for Indirect Purchaser Plaintiffs*
4

5  SAVERI & SAVERI. INC.

6  By ____/s/ Cadio Zirpoli_____
          Cadio Zirpoli
7
   *Interim Lead Counsel for Direct Purchaser Plaintiffs*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

[Proposed] Order Modifying
Class Certification Schedule
CASE NO. 3:10-md-2143 RS