IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A THIRD CONSOLIDATED DIRECT PURCHASER CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 7-1(b), the motion for leave to file a Third Consolidated Direct Purchaser Class Action Complaint is suitable for disposition without oral argument and the hearing set for April 18, 2013 is vacated. There is no opposition to the motion and good cause for the amendment has been shown. Accordingly the motion is granted. The associated sealing motion (Dkt. No. 781) is also granted, for good cause shown.

IT IS SO ORDERED.

Dated: April 15, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE