John F. Cove, Jr. (SBN 212213)
jcove@bsfllp.com
Steven C. Holtzman (SBN 144177)
sholtzman@bsfllp.com
Kieran P. Ringgenberg (SBN 208600)
kringgenberg@bsfllp.com
Beko O. Reblitz-Richardson (SBN 238027)
brichardson@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendants Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp., Sony Electronics Inc., and Sony Computer Entertainment America LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-MD-2143 (RS) MDL No. 2143 |
|---|---|
| This Document Relates to: ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |

1     **WHEREAS,** on March 22, 2013, this Court entered an order directing all defendants to "produce by April 18, 2013 an electronic list of potential settlement class members along with their mail and e-mail addresses, to the extent reasonably feasible and subject to the availability of responsive information." (Dkt. No. 798); and

    **WHEREAS,** Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp., Sony Electronics Inc., and Sony Computer Entertainment America LLC ("Sony Entities") require additional time to gather and produce the information referenced in the Court's order, including because the information sought relates to products that, pursuant to a prior order of the Court (Dkt. No. 731), transactional data was not required to be produced;

    **WHEREAS,** counsel for the Direct Purchaser Plaintiffs and counsel for the Sony Entities have agreed to an extension of time until May 10, 2013 to complete production, so long as the Sony Entities make rolling productions of information as it becomes available;

    **NOW, THEREFORE,** it is hereby stipulated and agreed that the Sony Entities shall making rolling productions of the electronic list of potential settlement class members, with production to be complete no later than May 10, 2013.

Dated: April 18, 2013      By:      /s/ Kieran Ringgenberg
John F. Cove, Jr. (SBN 212213)
Steven C. Holtzman (SBN 144177)
Kieran P. Ringgenberg (SBN 208600)
Beko O. Reblitz-Richardson (SBN 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

*Attorneys for Defendants Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp., Sony Electronics Inc., and Sony Computer Entertainment America LLC*

By:      /s/ Guido Saveri
Guido Saveri

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.

706 Sansome Street
San Francisco, California 94111
Tel: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

By: ⎽⎽⎽⎽⎽⎽/s/ Jeff D. Friedman⎽⎽⎽⎽
      Jeff D. Friedman

Shana Scarlett
HAGENS BERMAN SOBEL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jeff@hbsslaw.com
shanas@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45X(B), I hereby attest that concurrence in the filing of this document has been properly obtained.

                                                       /s/ Kieran Ringgenberg
                                                    Kiernan Ringgenberg

**IT IS SO ORDERED.**

Dated: 4/22/13

_____
Hon. Richard Seeborg
United States District Judge