1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS (JCS) |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINTS** |
| This document relates to: ALL ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

1      WHEREAS, the Direct Purchaser Plaintiffs filed a Second Consolidated Direct Purchaser Class Action Complaint ("DP-SAC") on September 23, 2011;

WHEREAS, the Indirect Purchaser Plaintiffs filed a Corrected Second Amended Class Action Complaint ("IP-SAC") on October 18, 2011;

WHEREAS, following the Court's Order Denying Motions to Dismiss (Apr. 19, 2012, Dkt. 531), Defendants filed their individual Answers to the DP-SAC and IP-SAC between June 4 and August 17, 2012;

WHEREAS, on March 11, 2013, the Direct Purchaser Plaintiffs filed a Motion for Leave to File Third Consolidated Direct Purchaser Class Action Complaint (Dkt. 782), with a copy of their proposed third amended complaint attached;

WHEREAS, on March 25, 2013, certain Defendants filed a Statement of NonOpposition to the Direct Purchaser Plaintiffs' Motion for Leave to File Third Consolidated Direct Purchaser Class Action Complaint (Dkt. 806);

WHEREAS, on April 15, 2013, the Court entered an Order Granting Motion for Leave to File A Third Consolidated Direct Purchaser Class Action Complaint (Dkt. 834);

WHEREAS, on April 17, 2013, the Direct Purchaser Plaintiffs filed their Third Consolidated Direct Purchaser Class Action Complaint ("DP-TAC") (Dkt. 839);

WHEREAS, on March 14, 2013, the Court entered an Order to Amend Complaint and Voluntary Dismissal of Certain Class Representatives, pursuant to which the Indirect Purchaser Plaintiffs were permitted to file a Third Amended Complaint, for the purpose of making substitutions of certain proposed class representatives;

WHEREAS, on March 15, 2013, the Indirect Purchaser Plaintiffs lodged under seal a copy of their [Proposed] Third Amended Complaint, and then filed (i) a redacted version of their Third Amended Class Action Complaint ("IP-TAC") on April 15, 2013 (Dkt. 832) and (ii) an under seal version of the IP-TAC on April 25, 2013 (Dkt. 848);

WHEREAS, the parties have agreed that, given the substantial overlap and nature of the amendments between the (i) DP-SAC and DP-TAC, and (ii) IP-SAC and IP-TAC, Defendants' previously filed Answers to the DP-SAC and IP-SAC shall be deemed sufficient for responding

1

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

1  to the DP-TAC and IP-TAC, respectively;

2  NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned

3  counsel for the parties, that Defendants' previously filed Answers to the DP-SAC and IP-SAC

4  shall be deemed sufficient for purposes of responding to the DP-TAC and IP-TAC, respectively.

5  This means that to the extent a Defendant admitted, denied or objected to, in full or in part, any

6  allegation in the DP-SAC and IP-SAC, that Defendant shall be deemed to have admitted, denied

7  or objected to, in full or in part, the same substantive allegation set forth in the DP-TAC and IP-

8  TAC, respectively.

9  IT IS SO STIPULATED.

10  DATED: April 26, 2013      HAGENS BERMAN SOBOL SHAPIRO LLP

11  By _____/s/ Shana E. Scarlett_____
    SHANA E. SCARLETT

12

13  Jeff D. Friedman (173886)
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
14  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
15  jefff@hbsslaw.com
    shanas@hbsslaw.com
16

17  Steve W. Berman (*Pro Hac Vice*)
    George W. Sampson (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
18  1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
19  Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
20  steve@hbsslaw.com
    george@hbsslaw.com
21

22  Lee Gordon SBN (174168)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    301 North Lake Ave., Suite 203
23  Pasadena, CA 91101
    Telephone: (213) 330-7150
24  Facsimile: (213) 330-7152
    lee@hbsslaw.com
25

26  *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

27

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED: April 26, 2013 | SAVERI & SAVERI. INC. |
| 2 | | By   /s/ Guido Saveri |
| 3 | |      GUIDO SAVERI |

R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

DATED: April 26, 2013           LATHAM & WATKINS LLP

By   */ s / Belinda S Lee*
         BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 395-8240
Facsimile:   (415) 395-8095
belinda.lee@lw.com

Counsel for Defendants
*TOSHIBA CORP; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; and TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.*

DATED: April 26, 2013           DLA PIPER LLP

By   */ s / David H. Bamberger*
         DAVID H. BAMBERGER

500 8th Street, N.W.
Washington, DC  20004
Telephone:  (202) 799-4500
Facsimile:   (202) 799-5000
david.bamberger@dlapiper.com

Counsel for Defendants
*TEAC CORPORATION*
*TEAC AMERICA INC.*

DATED: April 26, 2013           BAKER BOTTS L.L.P.

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

|   |   |   |
|---|---|---|
| | | By  _/ s / John Taladay_ |
| | | JOHN TALADAY |

1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
john.taladay@bakerbotts.com

Counsel for Defendants
*KONINKLIJKE PHILIPS ELECTRONICS N.V.*
*LITE-ON IT CORPORATION*
*PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.*
*PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

DATED: April 26, 2013           VINSON & ELKINS LLP

By  _/ s / Matthew J. Jacobs_
MATTHEW J. JACOBS

525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

Counsel for Defendant
*HITACHI, LTD.*

DATED: April 26, 2013           ROPES & GRAY LLP

By  _/ s / Michelle Visser_
MICHELLE VISSER

Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
michelle.visser@ropesgray.com

Counsel s for Defendants
*HITACHI-LG DATA STORAGE, INC.*
*HITACHI-LG DATA STORAGE KOREA, INC.*

DATED: April 26, 2013           EIMER STAHL LLP

By  _/ s / Vanessa G. Jacobsen_
VANESSA G. JACOBSEN

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

| | |
|---|---|
| 1 | |
| 2 | 224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>Tel: (312) 660-7600 |
| 3 | Fax: (312) 692-1718<br>vjacobsen@eimerstahl.com |
| 4 | |
| 5 | Counsel for Defendant<br>*LG ELECTRONICS, INC.*<br>*LG ELECTRONICS USA, INC.* |
| 6 | |

DATED: April 26, 2013        BOIES SCHILLER & FLEXNER LLP

By _____/ s / John F. Cove_____
        JOHN F. COVE, JR.

1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
jcove@bsfllp.com

Counsel for Defendants
*SONY CORPORATION*
*SONY OPTIARC AMERICA, INC.*
*SONY OPTIARC, INC.*

DATED:  April 26, 2013        O'MELVENY & MYERS LLP

By _____/ s / Ian Simmons_____
        IAN SIMMONS

1625 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 383-5106
Facsimile:   (202) 383-5414
isimmons@omm.com

Counsel for Defendant
*SAMSUNG ELECTRONICS CO., LTD.*
*SAMSUNG ELECTRONICS AMERICA, INC.*

DATED: April 26, 2013        DICKSTEIN SHAPIRO LLP

By _____/ s / Joel B. Kleinman_____
        JOEL B. KLEINMAN

5

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

|  |  |
|---|---|
| 1 | 1825 Eye Street NW |
| 2 | Washington, DC 20006-540<br>Tel: 202-420-2200 |
| 3 | Fax: 202- 420-2201<br>kleinmanj@dicksteinshapiro.com |
| 4 | Counsel for Defendants |
| 5 | *BENQ CORPORATION*<br>*BENQ AMERICA CORP.* |
| 6 | DATED: April 26, 2013   WINSTON & STRAWN LLP |
| 7 |  |
| 8 | By ___/ s / Robert B. Pringle___<br>ROBERT B. PRINGLE |
| 9 | Paul R. Griffin |
| 10 | Jonathan E. Swartz<br>101 California Street, Suite 3900 |
| 11 | San Francisco, CA  94111<br>Tel: 415-591-1000 |
| 12 | Fax: 415-591-1400<br>rpringle@winston.com |
| 13 | pgriffin@winston.com<br>jswartz@winston.com |
| 14 | Counsel s for Defendant |
| 15 | *NEC CORPORATION* |
| 16 | DATED: April 26, 2013   WINSTON & STRAWN LLP |
| 17 |  |
| 18 | By ___/ s / Jeffrey L. Kessler___<br>JEFFREY L. KESSLER |
| 19 | 200 Park Avenue |
| 20 | New York, NY 10166<br>Telephone: (212) 294-6700 |
| 21 | Facsimile: (212) 294-4700<br>jkessler@dl.com |
| 22 | Counsel for Defendants |
| 23 | *PANASONIC CORPORATION*<br>*PANASONIC CORPORATION OF NORTH* |
| 24 | *AMERICA* |
| 25 | DATED: April 26, 2013   NOVAK DRUCE CONNOLLY BOVE & QUIGG LLP |
| 26 |  |
| 27 | By ___/ s / Minda R. Schechter___<br>MINDA R. SCHECHTER |
| 28 |  |

6

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS

1   333 S. Grand Avenue, Suite 2300
    Los Angeles, CA 90071
2   Telephone: (213) 787-2500
    Facsimile: (213) 687-0498
3   mschechter@novakdruce.com

4   Counsel for Defendants
    *QUANTA STORAGE INC.*
5   *QUANTA STORAGE AMERICA INC.*

6

7                           *     *     *

8   **IT IS SO ORDERED**.

9
    DATED:   4/26/13
10                                          _____
                                            HONORABLE RICHARD SEEBORG
11                                          UNITED STATES DISTRICT COURT JUDGE

12
    NY\5751604.5
13

7

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Defendants' Responses
To Plaintiffs' Third Amended Complaints
CASE NO. 3:10-md-2143 RS