1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
| | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL (DOCKET NOS. 877, 880, 881 AND 895)** |
| This document relates to: | DATE ACTION FILED: Oct. 27, 2009 |
| ALL ACTIONS | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Administrative Motions to Seal
(Dkt. Nos. 877, 880, 881 and 895)
CASE NO. 3:10-md-2143 RS

1    WHEREAS, on May 29, 2013, plaintiffs' counsel filed three administrative motions to file

2  materials under seal, as Docket Nos. 877, 880, and 881;

3    WHEREAS, on June 3, 2013, the indirect purchaser plaintiffs filed an additional

4  administrative motion to file materials under seal, as Docket No. 895;

5    WHEREAS, under Civil Local Rule 79-5(d), the deadline for filing declarations and

6  materials in response to these administrative motions to seal is currently June 5, 2013 (as to

7  Docket Nos. 877, 880 and 881) and June 10, 2013 (as to Docket No. 895);

8    WHEREAS, the administrative motion to seal filed by the direct purchaser plaintiffs

9  (Docket No. 877) covers more than 200 exhibits submitted with the class certification motion,

10  plus portions of the other filings made in connection with their motion for class certification;

11    WHEREAS, the administrative motion to seal filed by the indirect purchaser plaintiffs in

12  connection with their motion for class certification (Docket No. 881) covers 87 exhibits, some of

13  which include multiple documents produced by the defendants, plus portions of the other filings

14  made in connection with their motion for class certification;

15    WHEREAS, plaintiffs filed under seal the expert report and expert declaration in support

16  of their respective class certification motions, with accompanying exhibits;

17    WHEREAS, defendants' counsel require additional time to fully evaluate and respond to

18  plaintiffs' administrative motions to seal, and to coordinate among defendants with respect to

19  materials compiling or containing information produced by different defendants; and

20    WHEREAS, plaintiffs' counsel have no objection to providing additional time to respond

21  to those administrative motions;

22    IT IS HEREBY STIPULATED:

23    The deadline for filing declarations and any other materials in response to the

24  administrative motions to seal filed as Docket Nos. 877, 880, 881 and 895 shall be extended to

25  June 19, 2013.

26  ////

27  ////

28  ////

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Administrative Motions to Seal
(Dkt. Nos. 877, 880, 881 and 895)
CASE NO. 3:10-md-2143 RS

1    IT IS SO STIPULATED.

2    DATED:  June 5, 2013          LATHAM & WATKINS LLP

3
                                  By _____/ s / Belinda S Lee_____
4                                        BELINDA S LEE

5                                 505 Montgomery Street, Suite 2000
                                  San Francisco, CA 94111
6                                 Telephone:  (415) 395-8240
                                  Facsimile:   (415) 395-8095
7                                 belinda.lee@lw.com

8                                 *Acting as Liaison Counsel for Defendants*

9

10   DATED:  June 5, 2013          HAGENS BERMAN SOBOL SHAPIRO LLP

11                                By _____/s/ Shana E. Scarlett_____
                                         SHANA E. SCARLETT
12
                                  Jeff D. Friedman (173886)
13                                715 Hearst Avenue, Suite 202
                                  Berkeley, CA 94710
14                                Telephone: (510) 725-3000
                                  Facsimile:  (510) 725-3001
15                                jefff@hbsslaw.com
                                  shanas@hbsslaw.com
16
                                  *Interim Lead Counsel for Indirect Purchaser*
17                                *Plaintiffs*

18
     DATED:  June 5, 2013          SAVERI & SAVERI. INC.
19
                                  By ___/s/ Guido Saveri_____
20                                       GUIDO SAVERI

21                                R. Alexander Saveri (173102
22                                Cadio Zirpoli (179108)
                                  706 Sansome Street
23                                San Francisco, CA 94111
                                  Telephone: (415) 217-6810
24                                Facsimile: (415) 217-6813
                                  guido@saveri.com
25                                rick@saveri.com
26                                cadio@saveri.com

27                                *Interim Lead Counsel for Direct Purchaser Class*

28

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Administrative Motions to Seal
(Dkt. Nos. 877, 880, 881 and 895)
CASE NO. 3:10-md-2143 RS

1

## ATTESTATION OF FILING

2

I hereby attest that concurrence has been obtained from each of the above signatories to

3

file this document with the Court.

4

By: _____ /s/ Belinda S Lee _____

5

\* \* \*

6

**IT IS SO ORDERED**.\*

7

8

DATED: 6/5/13 _____

9

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

10

11

NY\5819762.1

12

13  \* The parties are reminded that sealing orders are to be narrowly tailored and that the only
minimum redactions necessary to protect sealable information are permissible.  See Civil Local
Rule 79-5 and Commentary.  The parties should strive towards providing a single, stipulated,
14  proposed order that disposes of all sealing requests that have been or will be filed in connection
with the class certification motion.  If additional time will be necessary in light of the fact that
15  further sealing requests may be filed, the parties may stipulate to additional extensions without
seeking court approval, provided a global proposed sealing order is submitted at least one week
16  prior to the hearing on the certification motion.

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation Regarding Administrative Motions to Seal
(Dkt. Nos. 877, 880, 881 and 895)
CASE NO. 3:10-md-2143 RS