MATTHEW WALSH (Bar No. 175004)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1865
Facsimile: (213) 615-1750
Email: mwalsh@winston.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DAVID L. GREENSPAN (*Admitted Pro Hac Vice*)
GEORGE E. MASTORIS (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

Attorneys for Defendants
PANASONIC CORPORATION
And PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10 MD-02143-RS<br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to: ALL ACTIONS | |

Pursuant to Civil Local Rule 11-3, Kelli L. Lanski, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Panasonic Corporation of North America and Panasonic Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Matthew Walsh (Bar No. 175004)
> Winston & Strawn LLP
> 333 S. Grand Avenue
> Los Angeles, CA 90071
> Telephone: (213) 615-1865
> Facsimile: (213) 615-1750
> Email: mwalsh@winston.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2013

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____/s/_____
Kelli L. Lanski*
Email: klanski@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4762
Facsimile: (212) 294-4700

*pending pro hac vice application

1
2    Attorney for Defendants Panasonic Corporation
     and Panasonic Corporation of North America
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28