1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
| This document relates to:<br><br>INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINTS**<br><br>Date Action Filed: Oct. 27, 2009 |

LATHAM&WATKINS LLP  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

1       WHEREAS, the Indirect Purchaser Plaintiffs filed a Corrected Second Amended Class Action Complaint ("IP-SAC") on October 18, 2011;

      WHEREAS, following the Court's Order Denying Motions to Dismiss (Apr. 19, 2012, Dkt. 531), Defendants filed their individual Answers to the IP-SAC between June 4 and August 17, 2012;

      WHEREAS, on March 15, 2013, the Indirect Purchaser Plaintiffs lodged under seal a copy of their [Proposed] Third Amended Complaint, and then filed (i) a redacted version of their Third Amended Class Action Complaint ("IP-TAC") on April 15, 2013 (Dkt. 832) and (ii) an under seal version of the IP-TAC on April 25, 2013 (Dkt. 848);

      WHEREAS, on April 26, 2013, the Court entered an Order Regarding Defendants' Responses to Plaintiffs' Third Amended Complaints which provided, among other things, that Defendants' previously filed Answers to the IP-SAC shall be deemed sufficient for purposes of responding to the IP-TAC (Dkt. 851);

      WHEREAS, on May 29, 2013, the Indirect Purchaser Plaintiffs filed a Motion for Leave to Amend, with a copy of their proposed fourth amended complaint attached (Dkt. 879);

      WHEREAS, on June 12, 2013, certain Defendants filed a Statement of Nonopposition to the Indirect Purchaser Plaintiffs' Motion for Leave to Amend (Dkt. 901);

      WHEREAS, on July 3, 2013, the Court entered an Order Re Indirect Purchasers' Motion for Leave to Amend, and Related Matters which granted, in part, the Indirect Purchaser Plaintiffs' motion and ruled that the proposed fourth amended complaint may be filed (Dkt. 929);

      WHEREAS, on July 10, 2013, the Indirect Purchaser Plaintiffs filed under seal their Fourth Amended Class Action Complaint ("IP-FAC") (Dkt. 932); and

      WHEREAS, the Indirect Purchaser Plaintiffs and Defendants have agreed that, given the substantial overlap and nature of the amendments between the IP-SAC and IP-FAC, Defendants' previously filed Answers to the IP-SAC shall be deemed sufficient for responding to the IP-FAC;

      NOW THEREFORE IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that Defendants' previously filed Answers to the IP-SAC shall be deemed sufficient for purposes of responding to the IP-FAC. This means that to the extent a Defendant

1

LATHAM&WATKINS<sup>LLP</sup>  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

1 admitted, denied or objected to, in full or in part, any allegation in the IP-SAC, that Defendant
2 shall be deemed to have admitted, denied or objected to, in full or in part, the same substantive
3 allegation set forth in the IP-FAC.

4       IT IS SO STIPULATED.

5 DATED: July 15, 2013       HAGENS BERMAN SOBOL SHAPIRO LLP

6       By     /s/ Shana E. Scarlett
           SHANA E. SCARLETT

7

8 Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
9 Telephone: (510) 725-3000
Facsimile: (510) 725-3001
10 jefff@hbsslaw.com
shanas@hbsslaw.com

11

12 Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
13 1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
14 Telephone: (206) 623-7292
Facsimile: (206) 623-0594
15 steve@hbsslaw.com
george@hbsslaw.com

16

17 Lee Gordon SBN (174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
18 Pasadena, CA 91101
Telephone: (213) 330-7150
19 Facsimile: (213) 330-7152
lee@hbsslaw.com

20

21 *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

22 Dated: July 15, 2013       LATHAM & WATKINS LLP

23

24       By     /s/ Belinda S Lee
           BELINDA S LEE
25 Counsel for Defendants
26 *TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, TOSHIBA SAMSUNG*
27 *STORAGE TECHNOLOGY CORPORATION, AND TOSHIBA CORPORATION*

28

2

LATHAM&WATKINS LLP NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED:  July 15, 2013 | DLA PIPER LLP |
| 2 | | |
| 3 | | By    /s/ David H. Bamberger    <br> DAVID H. BAMBERGER |
| 4 | | 500 8th Street, N.W. <br> Washington, DC  20004 |
| 5 | | Telephone:  (202) 799-4500 <br> Facsimile:   (202) 799-5000 |
| 6 | | david.bamberger@dlapiper.com |
| 7 | | Counsel for Defendants <br> *TEAC CORPORATION* |
| 8 | | *TEAC AMERICA INC.* |
| 9 | | |
| 10 | DATED:  July 15, 2013 | BAKER BOTTS L.L.P. |
| 11 | | By    /s/ John Taladay    <br> JOHN TALADAY |
| 12 | | |
| 13 | | 1299 Pennsylvania Ave NW <br> Washington, DC 20004 <br> Telephone:  (202) 383-7199 |
| 14 | | Facsimile:   (202) 383-6610 <br> john.taladay@bakerbotts.com |
| 15 | | |
| 16 | | Counsel for Defendants <br> *KONINKLIJKE PHILIPS ELECTRONICS N.V.* <br> *LITE-ON IT CORPORATION* |
| 17 | | *PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.* <br> *PHILIPS & LITE-ON DIGITAL SOLUTIONS USA,* |
| 18 | | *INC.* |
| 19 | DATED:  July 15, 2013 | BOIES SCHILLER & FLEXNER LLP |
| 20 | | |
| 21 | | By    /s/ John F. Cover, Jr.    <br> JOHN F. COVE, JR. |
| 22 | | 1999 Harrison Street, Suite 900 <br> Oakland, CA  94612 |
| 23 | | Telephone:  (510) 874-1000 <br> Facsimile:   (510) 874-1460 |
| 24 | | jcove@bsfllp.com |
| 25 | | Counsel for Defendants <br> *SONY CORPORATION* |
| 26 | | *SONY OPTIARC AMERICA, INC.* <br> *SONY OPTIARC, INC.* |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO

NY\5830107.1

Stipulation Re Defendants' Responses  
To IPPs' Fourth Amended Complaint  
CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED: July 15, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By     /s/ Ian Simmons     <br>         IAN SIMMONS |
| 4 | | 1625 Eye Street, NW |
| 5 | | Washington, DC  20006<br>Telephone:  (202) 383-5106<br>Facsimile:   (202) 383-5414 |
| 6 | | isimmons@omm.com |
| 7 | | Counsel for Defendant<br>*SAMSUNG ELECTRONICS CO., LTD.* |
| 8 | | |
| 9 | DATED: July 15, 2013 | DICKSTEIN SHAPIRO LLP |
| 10 | | By     /s/ Joel B. Kleinman     <br>         JOEL B. KLEINMAN |
| 11 | | |
| 12 | | 1825 Eye Street NW<br>Washington, DC 20006-540 |
| 13 | | Tel: 202-420-2200<br>Fax: 202- 420-2201 |
| 14 | | kleinmanj@dicksteinshapiro.com |
| 15 | | Counsel for Defendants<br>*BENQ CORPORATION*<br>*BENQ AMERICA CORP.* |
| 16 | | |
| 17 | DATED: July 15, 2013 | WINSTON & STRAWN LLP |
| 18 | | By     /s/ Robert B. Pringle     <br>         ROBERT B. PRINGLE |
| 19 | | |
| 20 | | Paul R. Griffin<br>Jonathan E. Swartz |
| 21 | | 101 California Street, Suite 3900<br>San Francisco, CA  94111 |
| 22 | | Tel: 415-591-1000<br>Fax: 415-591-1400 |
| 23 | | rpringle@winston.com |
| 24 | | Counsel for Defendant<br>*NEC CORPORATION* |
| 25 | | |
| 26 | DATED: July 15, 2013 | WINSTON & STRAWN LLP |
| 27 | | By     /s/ Jeffrey L. Kessler     <br>         JEFFREY L. KESSLER |
| 28 | | |

4

|   |   |   |
|---|---|---|
| 1 |   | 200 Park Avenue |
| 2 |   | New York, NY 10166<br>Telephone: (212) 294-6700 |
|   |   | Facsimile: (212) 294-4700 |
| 3 |   | jkessler@dl.com |
| 4 |   | Counsel for Defendants |
|   |   | *PANASONIC CORPORATION* |
| 5 |   | *PANASONIC CORPORATION OF NORTH AMERICA* |
| 6 |   |   |
| 7 | DATED: July 15, 2013 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| 8 |   | By ___/s/ Minda R. Schechter___ |
| 9 |   | MINDA R. SCHECHTER |
| 10 |   | 333 S. Grand Avenue, Suite 2300 |
| 11 |   | Los Angeles, CA 90071<br>Telephone: (213) 787-2500 |
| 12 |   | Facsimile: (213) 687-0498<br>minda.schechter@novakdruce.com |
| 13 |   | Attorneys for Defendants |
|   |   | *QUANTA STORAGE INC.* |
| 14 |   | *QUANTA STORAGE AMERICA INC.* |
| 15 |   |   |
| 16 | DATED: July 15, 2013 | ROPES & GRAY LLP |
| 17 |   | By ___/s/ Michelle Visser___ |
| 18 |   | MICHELLE VISSER |
| 19 |   | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 20 |   | Telephone: (415) 315-6300<br>Facsimile: (415) 315-6350 |
|   |   | michelle.visser@ropesgray.com |
| 21 |   |   |
| 22 |   | Attorneys for Defendants<br>*HITACHI-LG DATA STORAGE, INC.* |
| 23 |   | *HITACHI-LG DATA STORAGE KOREA, INC.* |
| 24 | DATED: July 15, 2013 | VINSON & ELKINS LLP |
| 25 |   |   |
| 26 |   | By ___/s/ Matthew J. Jacobs___<br>MATTHEW J. JACOBS |
| 27 |   | 525 Market Street, Suite 2750 |
| 28 |   | San Francisco, CA 94105<br>Telephone: (415) 979-6900 |

5

LATHAM & WATKINS LLP  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

|  |  |
|---|---|
| | Facsimile: (415) 651-8786 |
| | mjacobs@velaw.com |
| | |
| | Attorneys for Defendant |
| | *HITACHI LTD.* |
| DATED:  July 15, 2013 | EIMER STAHL LLP |
| | |
| | By      /s/ Nathan P. Eimer       |
| | NATHAN P. EIMER |
| | |
| | 224 South Michigan Avenue, Suite 1100 |
| | Chicago, IL 60604 |
| | Telephone: (312) 660-7600 |
| | Facsimile: (312) 692-1718 |
| | neimer@eimerstahl.com |
| | |
| | Attorneys for Defendants |
| | *LG ELECTRONICS, INC.* |

\*   \*   \*

**IT IS SO ORDERED.**

DATED: _____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

6

LATHAM&WATKINS LLP  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS