1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
| This document relates to:<br>INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINTS**<br><br>Date Action Filed:  Oct. 27, 2009 |

LATHAM&WATKINS<sup>LLP</sup> NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

1      WHEREAS, the Indirect Purchaser Plaintiffs filed a Corrected Second Amended Class
2  Action Complaint ("IP-SAC") on October 18, 2011;
3      WHEREAS, following the Court's Order Denying Motions to Dismiss (Apr. 19, 2012,
4  Dkt. 531), Defendants filed their individual Answers to the IP-SAC between June 4 and August
5  17, 2012;
6      WHEREAS, on March 15, 2013, the Indirect Purchaser Plaintiffs lodged under seal a copy
7  of their [Proposed] Third Amended Complaint, and then filed (i) a redacted version of their Third
8  Amended Class Action Complaint ("IP-TAC") on April 15, 2013 (Dkt. 832) and (ii) an under seal
9  version of the IP-TAC on April 25, 2013 (Dkt. 848);
10     WHEREAS, on April 26, 2013, the Court entered an Order Regarding Defendants'
11 Responses to Plaintiffs' Third Amended Complaints which provided, among other things, that
12 Defendants' previously filed Answers to the IP-SAC shall be deemed sufficient for purposes of
13 responding to the IP-TAC (Dkt. 851);
14     WHEREAS, on May 29, 2013, the Indirect Purchaser Plaintiffs filed a Motion for Leave
15 to Amend, with a copy of their proposed fourth amended complaint attached (Dkt. 879);
16     WHEREAS, on June 12, 2013, certain Defendants filed a Statement of Nonopposition to
17 the Indirect Purchaser Plaintiffs' Motion for Leave to Amend (Dkt. 901);
18     WHEREAS, on July 3, 2013, the Court entered an Order Re Indirect Purchasers' Motion
19 for Leave to Amend, and Related Matters which granted, in part, the Indirect Purchaser Plaintiffs'
20 motion and ruled that the proposed fourth amended complaint may be filed (Dkt. 929);
21     WHEREAS, on July 10, 2013, the Indirect Purchaser Plaintiffs filed under seal their
22 Fourth Amended Class Action Complaint ("IP-FAC") (Dkt. 932); and
23     WHEREAS, the Indirect Purchaser Plaintiffs and Defendants have agreed that, given the
24 substantial overlap and nature of the amendments between the IP-SAC and IP-FAC, Defendants'
25 previously filed Answers to the IP-SAC shall be deemed sufficient for responding to the IP-FAC;
26     NOW THEREFORE IT IS HEREBY STIPULATED, by and between the undersigned
27 counsel for the parties, that Defendants' previously filed Answers to the IP-SAC shall be deemed
28 sufficient for purposes of responding to the IP-FAC. This means that to the extent a Defendant

1

LATHAM&WATKINS LLP  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO
Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

1  admitted, denied or objected to, in full or in part, any allegation in the IP-SAC, that Defendant
2  shall be deemed to have admitted, denied or objected to, in full or in part, the same substantive
3  allegation set forth in the IP-FAC.
4        IT IS SO STIPULATED.
5  DATED: July 15, 2013                    HAGENS BERMAN SOBOL SHAPIRO LLP

6                                          By  _____/s/ Shana E. Scarlett_____
7                                                  SHANA E. SCARLETT

8                                          Jeff D. Friedman (173886)
                                            715 Hearst Avenue, Suite 202
9                                           Berkeley, CA 94710
                                            Telephone: (510) 725-3000
10                                          Facsimile:  (510) 725-3001
                                            jefff@hbsslaw.com
11                                          shanas@hbsslaw.com

12                                          Steve W. Berman (*Pro Hac Vice*)
                                            George W. Sampson (*Pro Hac Vice*)
13                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1918 Eighth Avenue, Suite 3300
14                                          Seattle, WA 98101
                                            Telephone: (206) 623-7292
15                                          Facsimile:  (206) 623-0594
                                            steve@hbsslaw.com
16                                          george@hbsslaw.com

17                                          Lee Gordon SBN (174168)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
18                                          301 North Lake Ave., Suite 203
                                            Pasadena, CA 91101
19                                          Telephone: (213) 330-7150
                                            Facsimile:  (213) 330-7152
20                                          lee@hbsslaw.com

21                                          *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

22  Dated: July 15, 2013                    LATHAM & WATKINS LLP
23

24                                          By  _____/s/ Belinda S Lee_____
                                                    BELINDA S LEE
25                                          Counsel for Defendants
26                                          *TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, TOSHIBA SAMSUNG*
27                                          *STORAGE TECHNOLOGY CORPORATION, AND TOSHIBA CORPORATION*
28

2

LATHAM&WATKINS LLP  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO
                                                                Stipulation Re Defendants' Responses
                                                                To IPPs' Fourth Amended Complaint
                                                                CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED:  July 15, 2013 | DLA PIPER LLP |
| 2 | | |
| 3 | | By  /s/ David H. Bamberger<br>DAVID H. BAMBERGER |
| 4 | | 500 8th Street, N.W. |
| 5 | | Washington, DC  20004<br>Telephone:  (202) 799-4500<br>Facsimile:   (202) 799-5000 |
| 6 | | david.bamberger@dlapiper.com |
| 7 | | Counsel for Defendants<br>*TEAC CORPORATION* |
| 8 | | *TEAC AMERICA INC.* |
| 9 | | |
| 10 | DATED:  July 15, 2013 | BAKER BOTTS L.L.P. |
| 11 | | By  /s/ John Taladay<br>JOHN TALADAY |
| 12 | | |
| 13 | | 1299 Pennsylvania Ave NW<br>Washington, DC 20004<br>Telephone:  (202) 383-7199 |
| 14 | | Facsimile:   (202) 383-6610<br>john.taladay@bakerbotts.com |
| 15 | | |
| 16 | | Counsel for Defendants<br>*KONINKLIJKE PHILIPS ELECTRONICS N.V.*<br>*LITE-ON IT CORPORATION* |
| 17 | | *PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.*<br>*PHILIPS & LITE-ON DIGITAL SOLUTIONS USA,* |
| 18 | | *INC.* |
| 19 | DATED:  July 15, 2013 | BOIES SCHILLER & FLEXNER LLP |
| 20 | | |
| 21 | | By  /s/ John F. Cover, Jr.<br>JOHN F. COVE, JR. |
| 22 | | 1999 Harrison Street, Suite 900 |
| 23 | | Oakland, CA  94612<br>Telephone:  (510) 874-1000<br>Facsimile:   (510) 874-1460 |
| 24 | | jcove@bsfllp.com |
| 25 | | Counsel for Defendants<br>*SONY CORPORATION* |
| 26 | | *SONY OPTIARC AMERICA, INC.*<br>*SONY OPTIARC, INC.* |
| 27 | | |
| 28 | | |

3

LATHAM&WATKINS<sup>LLP</sup>  NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

Case3:10-md-02143-RS Document940 Filed07/18/13 Page5 of 7

| | | |
|---|---|---|
| 1 | DATED: July 15, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By    /s/ Ian Simmons<br>IAN SIMMONS |
| 4 | | 1625 Eye Street, NW |
| 5 | | Washington, DC 20006<br>Telephone: (202) 383-5106 |
| 6 | | Facsimile: (202) 383-5414<br>isimmons@omm.com |
| 7 | | Counsel for Defendant |
| 8 | | *SAMSUNG ELECTRONICS CO., LTD.* |
| 9 | DATED: July 15, 2013 | DICKSTEIN SHAPIRO LLP |
| 10 | | By    /s/ Joel B. Kleinman<br>JOEL B. KLEINMAN |
| 11 | | |
| 12 | | 1825 Eye Street NW<br>Washington, DC 20006-540 |
| 13 | | Tel: 202-420-2200<br>Fax: 202- 420-2201 |
| 14 | | kleinmanj@dicksteinshapiro.com |
| 15 | | Counsel for Defendants<br>*BENQ CORPORATION* |
| 16 | | *BENQ AMERICA CORP.* |
| 17 | DATED: July 15, 2013 | WINSTON & STRAWN LLP |
| 18 | | By    /s/ Robert B. Pringle |
| 19 | | ROBERT B. PRINGLE |
| 20 | | Paul R. Griffin<br>Jonathan E. Swartz |
| 21 | | 101 California Street, Suite 3900<br>San Francisco, CA 94111 |
| 22 | | Tel: 415-591-1000<br>Fax: 415-591-1400 |
| 23 | | rpringle@winston.com |
| 24 | | Counsel for Defendant<br>*NEC CORPORATION* |
| 25 | | |
| 26 | DATED: July 15, 2013 | WINSTON & STRAWN LLP |
| 27 | | By    /s/ Jeffrey L. Kessler |
| 28 | | JEFFREY L. KESSLER |

4

LATHAM&WATKINS<sup>LLP</sup> NY\5830107.1
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS

|   |   |
|---|---|
|   | 200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@dl.com |
|   | Counsel for Defendants<br>*PANASONIC CORPORATION*<br>*PANASONIC CORPORATION OF NORTH AMERICA* |
| DATED:  July 15, 2013 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
|   | By     /s/ Minda R. Schechter<br>        MINDA R. SCHECHTER |
|   | 333 S. Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Telephone: (213) 787-2500<br>Facsimile: (213) 687-0498<br>minda.schechter@novakdruce.com |
|   | Attorneys for Defendants<br>*QUANTA STORAGE INC.*<br>*QUANTA STORAGE AMERICA INC.* |
| DATED:  July 15, 2013 | ROPES & GRAY LLP |
|   | By     /s/ Michelle Visser<br>        MICHELLE VISSER |
|   | Three Embarcadero Center<br>San Francisco, CA 94111-4006<br>Telephone: (415) 315-6300<br>Facsimile: (415) 315-6350<br>michelle.visser@ropesgray.com |
|   | Attorneys for Defendants<br>*HITACHI-LG DATA STORAGE, INC.*<br>*HITACHI-LG DATA STORAGE KOREA, INC.* |
| DATED:  July 15, 2013 | VINSON & ELKINS LLP |
|   | By     /s/ Matthew J. Jacobs<br>        MATTHEW J. JACOBS |
|   | 525 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: (415) 979-6900 |

1          Facsimile: (415) 651-8786
         mjacobs@velaw.com

2

         Attorneys for Defendant
3          *HITACHI LTD.*

4

5 DATED: July 15, 2013          EIMER STAHL LLP

6          By _____/s/ Nathan P. Eimer_____
                  NATHAN P. EIMER
7

8          224 South Michigan Avenue, Suite 1100
         Chicago, IL 60604
9          Telephone: (312) 660-7600
         Facsimile: (312) 692-1718
10          neimer@eimerstahl.com

11          Attorneys for Defendants
         *LG ELECTRONICS, INC.*

12

13                 *      *      *

14 **IT IS SO ORDERED.**

15 DATED: __7/18/13_____

16          _____
         HONORABLE RICHARD SEEBORG
         UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NY\5830107.1

6

Stipulation Re Defendants' Responses
To IPPs' Fourth Amended Complaint
CASE NO. 3:10-md-2143 RS