IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No.: C-10-02143 RS (JCS)<br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

The parties filed a joint letter brief in which Direct Purchaser Plaintiffs ("DPPs") moved for a protective order to preclude Sony Defendants from taking the Rule 30(b)(6) deposition of named DPPs Meijer, Inc. and Meijer Distribution, Inc. ("Meijer") on Topic 9 concerning Meijer's downstream sales of ODDs and ODD Products ("Topic 9"). Good cause appearing, the motion is GRANTED.

The information covered by Topic 9 is not relevant to the claims raised by the DPPs. Whatever minimal relevance it may have to claims made by indirect purchasers, these direct purchasers are not a party to those claims. The burden on the DPPs of producing a 30(b)(6) witness on this broad topic substantially outweighs any minimal relevance.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE