1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
|  | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE DEADLINE FOR DEPOSITIONS OF CERTAIN PROPOSED CLASS REPRESENTATIVES AND PLAINTIFFS' EXPERTS** |
| This document relates to: ALL ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

1  WHEREAS, on April 15, 2013, this Court entered an Order Modifying Class Certification Schedule (Dkt. 833), which provided, among other things, that the deadline for the depositions of proposed class representatives and Plaintiffs' experts shall be July 25, 2013;

WHEREAS, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs filed their separate motions for class certification on May 29, 2013, and each set of Plaintiffs served an expert declaration and/or report in connection with those motions;

WHEREAS, on April 17, 2013, the Direct Purchaser Plaintiffs filed a Third Consolidated Direct Purchaser Class Action Complaint, which identified new proposed class representatives;

WHEREAS, on July 10, 2013, the Indirect Purchaser Plaintiffs filed a Fourth Amended Class Action Complaint, which identified new proposed class representatives;

WHEREAS, despite reasonable efforts to schedule the depositions of the over thirty class representatives prior to July 25, 2013, there are three Direct Purchaser class representatives (Paul Nordine, Gregory Starrett, and Ashley Tremblay) and one Indirect Purchaser class representative (Thomas Stenger) who Defendants seek to depose beyond that deadline;

WHEREAS, Defendants' counsel requires additional time to fully evaluate and review the class certification filings, including the expert reports filed in support thereof, and believes that the agreed upon dates for those depositions—August 9, 2013 for Dr. Gary L. French and August 19, 2013 for Dr. Kenneth S. Flamm—will provide them adequate time to prepare;

WHEREAS, the parties have agreed to specific dates during August and September 2013 to complete the depositions for the four class representatives and Plaintiffs' expert witnesses;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that the deadlines for the depositions of (i) Plaintiffs' expert witnesses (Dr. Flamm and Dr. French), and (ii) proposed class representatives Paul Nordine, Ashley Tremblay, Gregory Starrett, and Thomas Stenger, shall be extended beyond July 25, 2013. The deposition of Dr. French will take place on August 9, 2013 and the deposition of Dr. Flamm will begin on August 19, 2013. The depositions for the proposed class representatives shall be permitted to take place on the date and time to which the parties have agreed, or as may be modified by the parties through agreement.

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Modifying the Deadline for
Deposing Certain Class Representatives and Plaintiffs' Experts
CASE NO. 3:10-md-2143 RS

1  IT IS SO STIPULATED.

2  DATED: July 23, 2013                           LATHAM & WATKINS LLP

3
4                                                 By _____/s/ Belinda S Lee_____
                                                        BELINDA S LEE

5                                                 505 Montgomery Street, Suite 2000
                                                  San Francisco, CA 94111
6                                                 Telephone:  (415) 395-8240
                                                  Facsimile:   (415) 395-8095
7                                                 belinda.lee@lw.com

8                                                 *Acting as Liaison Counsel for Defendants*

9  DATED: July 23, 2013                           HAGENS BERMAN SOBOL SHAPIRO LLP

10
11                                                By _____/s/ Shana E. Scarlett_____
                                                        SHANA E. SCARLETT

12                                                Jeff D. Friedman (173886)
                                                  715 Hearst Avenue, Suite 202
13                                                Berkeley, CA 94710
                                                  Telephone: (510) 725-3000
14                                                Facsimile:  (510) 725-3001
                                                  jefff@hbsslaw.com
15                                                shanas@hbsslaw.com

16                                                Steve W. Berman (*Pro Hac Vice*)
                                                  George W. Sampson (*Pro Hac Vice*)
17                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  1918 Eighth Avenue, Suite 3300
18                                                Seattle, WA 98101
                                                  Telephone: (206) 623-7292
19                                                Facsimile:  (206) 623-0594
                                                  steve@hbsslaw.com
20                                                george@hbsslaw.com

21                                                Lee Gordon SBN (174168)
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
22                                                301 North Lake Ave., Suite 203
                                                  Pasadena, CA 91101
23                                                Telephone: (213) 330-7150
                                                  Facsimile:  (213) 330-7152
24                                                lee@hbsslaw.com

25                                                *Interim Lead Counsel for Indirect Purchaser Plaintiffs*

26
27
28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Modifying the Deadline for
Deposing Certain Class Representatives and Plaintiffs' Experts
CASE NO. 3:10-md-2143 RS

DATED:  July 23, 2013

SAVERI & SAVERI. INC.

By   /s/ Cadio Zirpoli
CADIO ZIRPOLI

Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

\*     \*     \*

**IT IS SO ORDERED**.

DATED:

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Modifying the Deadline for
Deposing Certain Class Representatives and Plaintiffs' Experts
CASE NO. 3:10-md-2143 RS