1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
| | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CLASS CERTIFICATION BRIEFING SCHEDULE** |
| This document relates to: ALL ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [~~Proposed~~] Order Modifying Class Cert. Schedule
CASE NO. 3:10-md-2143 RS

WHEREAS, on April 15, 2013, this Court entered an Order Modifying Class Certification Schedule, which provided, among other things, that the deadline for filing Motions for Class Certification shall be May 29, 2013, the deadline for filing Oppositions to Motions for Class Certification shall be September 20, 2013, and the deadline for filing Reply Memoranda in support of Motions for Class Certification shall be November 20, 2013;[1]

WHEREAS, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs filed their Motions for Class Certification on May 29, 2013, including a separate Choice of Law Analysis filed by the Indirect Purchaser Plaintiffs, and each set of Plaintiffs also served an expert declaration and/or report in connection with those motions;[2]

WHEREAS, on June 24, 2013, the Indirect Purchaser Plaintiffs filed an Errata to the declaration of their expert witness, Dr. Kenneth Flamm, and an accompanying [Corrected] Declaration of Dr. Kenneth Flamm in Support of Plaintiffs' Motion for Class Certification;[3]

WHEREAS, the backup data associated with the declaration and analysis of Dr. Flamm is voluminous – 77 gigabytes – and the parties worked cooperatively to identify and understand certain data disconnects in and difficulties translating the backup data underlying Dr. Flamm's report produced on June 3, 2013. Indirect Purchaser Plaintiffs responded to Defendants' requests to provide additional iterations of the backup data and did so on July 1, 2013 and July 15, 2013;

WHEREAS, the process of providing workable backup data to Defendants took longer than both parties expected;

WHEREAS, the parties have worked cooperatively in the scheduling of depositions associated with the filing of the class certification motion, including an extension of time to depose certain class representatives and both economists who provided declarations in support of plaintiffs' motions for class certification;[4]

WHEREAS, Defendants have requested that the Direct and Indirect Purchaser Plaintiffs

---

[1] Dkt No. 833.
[2] Dkt. Nos. 878, 882, 883.
[3] Dkt. Nos. 921, 922.
[4] Dkt. No. 955.

1

1  agree to a thirty day extension for the filing of Defendants' Oppositions, including any expert
2  reports to be filed therewith, to October 21, 2013;

3      WHEREAS, Direct and Indirect Purchaser Plaintiffs are agreeable to Defendants'
4  requested extension and Defendants agree to extend the date for Plaintiffs' separate replies in
5  support of their class certification motions to February 18, 2014;

6      WHEREAS, it is the parties' joint view that the additional time will allow all parties the
7  best opportunity to fully develop and clearly present their respective positions regarding class
8  certification, which will ultimately assist the Court in this matter;

9      NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned
10  counsel for the parties, subject to Court approval, that:

11      (1)  The deadline for Defendants to file their Oppositions, and any expert reports, in
12  response to (a) the Direct Purchaser Plaintiffs' Motion for Class Certification, (b) the Indirect
13  Purchaser Plaintiffs' Motion for Class Certification, and (c) the Indirect Purchaser Plaintiffs'
14  Choice of Law Analysis, shall be extended to October 21, 2013;

15      (2)  The deadline for the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to
16  file their separate Reply Memoranda in support of their Motions for Class Certification shall be
17  extended to February 18, 2014.

18      IT IS SO STIPULATED.

19  DATED: August 20, 2013        LATHAM & WATKINS LLP

21                                By   /s/ Belinda S Lee
                                  BELINDA S LEE

22                              505 Montgomery Street, Suite 2000
                            San Francisco, CA 94111
23                              Telephone: (415) 395-8240
                            Facsimile: (415) 395-8095
24                              belinda.lee@lw.com

25                              *Acting as Liaison Counsel for Defendants*

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Modifying Class Cert. Schedule
CASE NO. 3:10-md-2143 RS

| | |
|---|---|
| DATED: August 20, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By     /s/ Shana E. Scarlett<br>      SHANA E. SCARLETT |

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Lee Gordon SBN (174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

| | |
|---|---|
| DATED: August 20, 2013 | SAVERI & SAVERI. INC. |
| | By     /s/ Guido Saveri<br>      GUIDO SAVERI |

R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

3

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Modifying Class Cert. Schedule
CASE NO. 3:10-md-2143 RS

**IT IS SO ORDERED**.

DATED: 8/21/13

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

4

Stipulation and [Proposed] Order Modifying Class Cert. Schedule
CASE NO. 3:10-md-2143 RS