Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Interim Lead Counsel for Indirect
Purchaser Plaintiffs*

[*Additional Counsel Listed on
Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 3:10-md-2143 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT AND DEFENDANTS' RESPONSES TO AMENDED COMPLAINT <br><br><br> DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | ) ) ) ) |  |

1    WHEREAS, on October 18, 2011, the Indirect Purchaser Plaintiffs filed a Corrected

2    Second Amended Class Action Complaint ("IP-SAC");

3    WHEREAS, following the Court's Order Denying Motions to Dismiss (Apr. 19, 2012, ECF

4    No. 531), Defendants filed their individual Answers to the IP-SAC between June 4 and August 17,

5    2012;

6    WHEREAS, on April 25, 2013, the Indirect Purchaser Plaintiffs filed the under seal version

7    of their Third Amended Complaint;

8    WHEREAS, on July 19, 2013 Indirect Purchaser Plaintiffs filed the under seal version of

9    their Corrected Fourth Amended Class Action Complaint;

10    WHEREAS, on May 8, 2013, Indirect Purchaser Plaintiffs filed a related action, *Wagner, et*

11    *al. v. Pioneer North America, Inc., et al.* Case No. 13-2124 RS, against Pioneer North America, Inc.,

12    Pioneer Electronics (USA) Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., Ltd.

13    (collectively, "Pioneer");

14    WHEREAS, by order dated July 3, 2013, this Court instructed the Pioneer defendants and

15    Indirect Purchaser Plaintiffs to confer regarding if and when the *Wagner* action should be

16    consolidated with this action;

17    WHEREAS, the Pioneer defendants and Indirect Purchaser Plaintiffs have agreed to

18    consolidate the *Wagner* action with this action and will file a separate stipulation addressing the

19    schedule for the Pioneer defendants to respond to the complaint, among other things;

20    WHEREAS, the Indirect Purchaser Plaintiffs now request to file an amended complaint in

21    this litigation to add the Pioneer defendants and consolidate the related *Wagner* action;

22    WHEREAS, pursuant to Federal Rules of Civil Procedure 15(a)(2), the Defendants agree to

23    the filing of a Fifth Amended Class Action Complaint by the Indirect Purchaser Plaintiffs ("IP-

24    FAC"), for the purpose of including Pioneer as one of the Defendant families in this action;

25    WHEREAS, the Indirect Purchaser Plaintiffs and Defendants have agreed that, given the

26    substantial overlap and nature of the amendments between the IP-SAC and IP-FAC, the non-

27    Pioneer Defendants' previously filed Answers to the IP-SAC shall be deemed sufficient for

28    responding to the IP-FAC;

1    NOW THEREFORE IT IS HEREBY STIPULATED, by and between the undersigned

2    counsel for the parties, that pursuant to Federal Rule of Civil Procedure 15(a)(2), Indirect

3    Purchaser Plaintiffs may file their Fifth Amended Class Action Complaint. Defendants' previously

4    filed Answers to the IP-SAC, with the exception of the Pioneer defendants, shall be deemed

5    sufficient for purposes of responding to the IP-FAC. This means that to the extent a Defendant

6    admitted, denied or objected to, in full or in part, any allegation in the IP-SAC, that Defendant shall

7    be deemed to have admitted, denied or objected to, in full or in part, the same substantive

8    allegation set forth in the IP-FAC.

9        IT IS SO STIPULATED.

10   DATED:  August 22, 2013                    HAGENS BERMAN SOBOL SHAPIRO LLP

11

12                                              By  _____/s/ Shana E. Scarlett_____
                                                    SHANA E. SCARLETT

13                                              Jeff D. Friedman (173886)
                                                715 Hearst Avenue, Suite 202
14                                              Berkeley, CA 94710
                                                Telephone: (510) 725-3000
15                                              Facsimile:  (510) 725-3001
                                                jefff@hbsslaw.com
16                                              shanas@hbsslaw.com

17                                              Steve W. Berman (*Pro Hac Vice*)
                                                George W. Sampson (*Pro Hac Vice*)
18                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                                1918 Eighth Avenue, Suite 3300
19                                              Seattle, WA 98101
                                                Telephone: (206) 623-7292
20                                              Facsimile:  (206) 623-0594
                                                steve@hbsslaw.com
21                                              george@hbsslaw.com

22                                              Lee Gordon SBN (174168)
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
23                                              301 North Lake Ave., Suite 203
                                                Pasadena, CA 91101
24                                              Telephone: (213) 330-7150
                                                Facsimile:  (213) 330-7152
25                                              lee@hbsslaw.com

26                                              *Interim Lead Counsel for Indirect*
                                                *Purchaser Plaintiffs*

27

28

1    DATED:  August 22, 2013              BAKER BOTTS L.L.P.

2

3                                         By _____/s/ John Taladay_____
                                              JOHN TALADAY

4
                                          1299 Pennsylvania Ave NW
5                                         Washington, DC 20004
                                          Telephone:  (202) 383-7199
6                                         Facsimile:   (202) 383-6610
                                          john.taladay@bakerbotts.com
7
                                          Counsel for Defendants
8                                         *KONINKLIJKE PHILIPS ELECTRONICS N.V.*
                                          *LITE-ON IT CORPORATION*
9                                         *PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.*
                                          *PHILIPS & LITE-ON DIGITAL SOLUTIONS USA,*
10                                        *INC.*

     DATED:  August 22, 2013              LATHAM & WATKINS LLP
11

12                                        By _____/s/ Belinda S Lee_____
                                              BELINDA S LEE
13

14                                        Counsel for Defendants
                                          *TOSHIBA SAMSUNG STORAGE TECHNOLOGY*
15                                        *KOREA CORPORATION, TOSHIBA SAMSUNG*
                                          *STORAGE TECHNOLOGY CORPORATION, AND*
                                          *TOSHIBA CORPORATION*
16
     DATED:  August 22, 2013              DLA PIPER LLP
17

18                                        By _____/s/ David H. Bamberger_____
                                              DAVID H. BAMBERGER
19
                                          500 8th Street, N.W.
20                                        Washington, DC 20004
                                          Telephone: (202) 799-4500
21                                        Facsimile: (202) 799-5000
                                          david.bamberger@dlapiper.com
22
                                          Counsel for Defendants
23                                        *TEAC CORPORATION*
                                          *TEAC AMERICA INC.*
24

25

26

27

28
     STIP. AND [PROP.] ORDER TO AMEND COMPL. AND DEFS'    - 3 -
     RESPONSES TO AM. COMPL.– No. 3:10-md-2143 RS

     010177-12  632466 V1

1   DATED:  August 22, 2013                BOIES SCHILLER & FLEXNER LLP

2
                                           By _____/s/ John F. Cove, Jr._____
3                                                  JOHN F. COVE, JR.

4                                          1999 Harrison Street, Suite 900
                                           Oakland, CA 94612
5                                          Telephone: (510) 874-1000
                                           Facsimile: (510) 874-1460
6                                          jcove@bsfllp.com

7                                          Counsel for Defendants
                                           *SONY CORPORATION*
8                                          *SONY OPTIARC AMERICA, INC.*
                                           *SONY OPTIARC, INC.*
9
    DATED:  August 22, 2013                O'MELVENY & MYERS LLP
10

11                                         By _____/s/ Ian Simmons_____
                                                   IAN SIMMONS
12
                                           1625 Eye Street, NW
13                                         Washington, DC 20006
                                           Telephone: (202) 383-5106
14                                         Facsimile: (202) 383-5414
                                           isimmons@omm.com
15
                                           Counsel for Defendant
16                                         *SAMSUNG ELECTRONICS CO., LTD.*

17
    DATED:  August 22, 2013                DICKSTEIN SHAPIRO LLP
18

19                                         By _____/s/ Joel B. Kleinman_____
                                                   JOEL B. KLEINMAN
20
                                           1825 Eye Street NW
21                                         Washington, DC 20006-540
                                           Tel: 202-420-2200
22                                         Fax: 202- 420-2201
                                           kleinmanj@dicksteinshapiro.com
23
                                           Counsel for Defendants
24                                         *BENQ CORPORATION*
                                           *BENQ AMERICA CORP.*
25

26

27

28

1  DATED:  August 22, 2013          WINSTON & STRAWN LLP

2
                                    By _____/s/ Robert B. Pringle_____
3                                          ROBERT B. PRINGLE

4                                   Paul R. Griffin
                                    Sean Meenan
5                                   101 California Street, Suite 3900
                                    San Francisco, CA 94111
6                                   Tel: 415-591-1000
                                    Fax: 415-591-1400
7                                   rpringle@winston.com

8                                   Counsel for Defendant
                                    *NEC CORPORATION*
9

10  DATED:  August 22, 2013         WINSTON & STRAWN LLP

11
                                    By _____/s/ Jeffrey L. Kessler_____
12                                         JEFFREY L. KESSLER

13                                  200 Park Avenue
                                    New York, NY 10166
14                                  Telephone: (212) 294-6700
                                    Facsimile: (212) 294-4700
15                                  jkessler@dl.com

16                                  Counsel for Defendants
                                    *PANASONIC CORPORATION*
17                                  *PANASONIC CORPORATION OF NORTH*
                                    *AMERICA*
18
    DATED:  August 22, 2013         NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
19

20                                  By _____/s/ Minda R Schecter_____
                                           MINDA R. SCHECHTER
21

22                                  333 S. Grand Avenue, Suite 2300
                                    Los Angeles, CA 90071
23                                  Telephone: (213) 787-2500
                                    Facsimile: (213) 687-0498
                                    minda.schechter@novakdruce.com
24

25                                  Counsel for Defendants
                                    *QUANTA STORAGE INC.*
26                                  *QUANTA STORAGE AMERICA INC.*

27

28

STIP. AND [PROP.] ORDER TO AMEND COMPL. AND DEFS'     - 5 -
RESPONSES TO AM. COMPL.– No. 3:10-md-2143 RS

010177-12  632466 V1

1    DATED:  August 22, 2013              ROPES & GRAY LLP

2
                                          By _____/s/ Michelle Visser_____
3                                                 MICHELLE VISSER

4                                         Three Embarcadero Center
                                          San Francisco, CA 94111-4006
5                                         Telephone: (415) 315-6300
                                          Facsimile: (415) 315-6350
6                                         michelle.visser@ropesgray.com

7                                         Counsel for Defendants
                                          *HITACHI-LG DATA STORAGE, INC.*
8                                         *HITACHI-LG DATA STORAGE KOREA, INC.*

9    DATED:  August 22, 2013              VINSON & ELKINS LLP

10
                                          By _____/s/ Matthew J. Jacobs_____
11                                                MATTHEW J. JACOBS

12                                        525 Market Street, Suite 2750
                                          San Francisco, CA 94105
13                                        Telephone: (415) 979-6900
                                          Facsimile: (415) 651-8786
14                                        mjacobs@velaw.com

15                                        Counsel for Defendant
                                          *HITACHI LTD.*
16
     DATED:  August 22, 2013              EIMER STAHL LLP
17

18                                        By _____/s/ Nathan P. Eimer_____
                                                  NATHAN P. EIMER
19
                                          224 South Michigan Avenue, Suite 1100
20                                        Chicago, IL 60604
                                          Telephone: (312) 660-7600
21                                        Facsimile: (312) 692-1718
                                          neimer@eimerstahl.com
22
                                          Counsel for Defendants
23                                        *LG ELECTRONICS, INC.*

24
     DATED:  August 22, 2013              JONES DAY
25

26                                        By _____/s/ Eric P. Enson_____
                                                  ERIC P. ENSON
27

28

555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: 213-489-3939
Fax: 213-243-2539
epenson@JonesDay.com

Counsel for Defendants
*PIONEER NORTH AMERICA, INC.*
*PIONEER ELECTRONICS (USA) INC.*

*        *        *

IT IS SO ORDERED.

DATED:  9/12/13 _____          _____
                                     HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE