Michael P. Kenny, Esq. (Georgia Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (Georgia Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (Georgia Bar No. 283819)
rod.ganske@alston.com
Andrew J. Tuck, Esq. (Georgia Bar No. 402306)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
Adrian J. Sawyer, Esq. (State Bar No. 203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.<br><br>                    Plaintiffs,<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC.; HITACHI-LG DATA STORAGE KOREA, INC.; HITACHI, LTD.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; LITE-ON IT CORP. OF TAIWAN; KONINKLIJKE PHILIPS N.V.; BENQ CORPORATION; BENQ AMERICA CORP.; SONY CORPORATION; SONY OPTIARC INC.; NEC CORPORATION; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY ELECTRONICS, INC.; TOSHIBA CORPORATION; SAMSUNG | Case No.: 3:13-cv-03350-RS<br><br>MDL No. 2143<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS |

1  ELECTRONICS CO. LTD.; SAMSUNG
   ELECTRONICS AMERICA, INC.; TOSHIBA
2  AMERICA INFORMATION SYSTEMS, INC.;
   TOSHIBA SAMSUNG STORAGE
3  TECHNOLOGY CORP.; TOSHIBA SAMSUNG
   STORAGE TECHNOLOGY CORP. KOREA;
4                    Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Undersigned counsel of ROPES & GRAY agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. (collectively, the "HLDS Defendants"). The HLDS Defendants shall have until Friday, November 22, 2013 to file a response thereto.

2. Undersigned counsel of BAKER BOTTS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Koninklijike Philips N.V. ("Philips"), Lite-On IT Corp. of Taiwan ("Lite-On"), Philips & Lite-On Digital Solutions Corp. ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, the "Philips Defendants"). The Philips Defendants shall have until Friday, November 22, 2013 to file a response thereto.

3. Undersigned counsel of DICKSTEIN SHAPIRO LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS on behalf of Defendants BenQ Corporation and BenQ America Corp. (collectively, the "BenQ Defendants"). The BenQ Defendants shall have until Friday, November 22, 2013 to file a response thereto.

4. Undersigned counsel of LATHAM & WATKINS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba Samsung Storage Technology Corp. ("TSST"), and Toshiba Samsung Storage Technology Korea Corp. ("TSSTK"). Each of Toshiba Corp., TAIS, TSST and TSSTK shall have until Friday, November 22, 2013 to file a response thereto.

5. Undersigned counsel of O'MELVENY AND MYERS LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS, on behalf of Defendants Samsung Electronics Co. Ltd. ("Samsung") and

1  Samsung Electronics America, Inc. ("SEA") (collectively, the "Samsung Defendants").  The
2  Samsung Defendants shall have until Friday, November 22, 2013 to file a response thereto.

3        6.      Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the
4  Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No.
5  3:13-cv-03350-RS, on behalf of Defendant NEC Corporation ("NEC").  NEC shall have until
6  Friday, November 22, 2013 to file a response thereto.

7
8        IT IS SO STIPULATED.

9  Dated: September 9, 2013        **ALSTON & BIRD LLP**

10        */s/  Rodney J. Ganske*

11        RODNEY J. GANSKE
12        1201 W. Peachtree Street NW
      Atlanta, Georgia 30309
13        TEL: (404) 881-7000
      FAX: (404) 881-7777
14        rod.ganske@alston.com

15        Attorney for Plaintiffs Dell Inc. and Dell
      Products L.P.
16

17  Dated: September 9, 2013        **ROPES & GRAY LLP**

18        */s/ Mark S. Popofsky*

19        MARK S. POPOFSKY
20        One Metro Center
      700 12th Street NW, Suite 900
21        Washington, DC 2005-3948
      TEL: (202) 508-4600
22        FAX: (202) 508-4650
      mark.popofsky@ropesgray.com
23
      Attorney for Defendants Hitachi-LG Data
24        Storage, Inc. and Hitachi-LG Data Storage
      Korea, Inc.
25
26
27
28

| | |
|---|---|
| Dated: September 9, 2013 | **BAKER BOTTS LLP** |
| | */s/ Evan Werbel* |
| | EVAN WERBEL<br>John Taladay<br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004<br>TEL: (202) 383-7199<br>FAX: (202) 383-6610<br>evan.werbel@bakerbotts.com<br>john.taladay@bakerbotts.com |
| | Attorneys for Defendants Koninklijike Philips N.V., Lite-On IT Corp. of Taiwan, and Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc. |
| Dated: September 9, 2013 | **DICKSTEIN SHAPIRO LLP** |
| | */s/ Lisa M. Kaas* |
| | LISA M. KAAS<br>Joel B. Kleinman<br>1825 Eye Street NW<br>Washington, DC 20006-540<br>TEL: (202) 420-2200<br>FAX: (202) 420-2201<br>kaasl@dicksteinshapiro.com<br>kleinmanj@dicksteinshapiro.com |
| | Attorneys for Defendants BenQ Corporation and BenQ America Corp. |
| Dated: September 9, 2013 | **O'MELVENY & MYERS LLP** |
| | */s/ Ian Simmons* |
| | IAN SIMMONS<br>1625 Eye Street NW<br>Washington, DC 20006<br>TEL: (202) 383-5106<br>FAX: (202) 383-5414<br>isimmons@omm.com |
| | Attorney for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics of America, Inc. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 9, 2013 | **LATHAM & WATKINS LLP** |
| 3 | | */s/ Belinda Lee* |
| 4 | | BELINDA LEE |
| 5 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA, 94111<br>TEL: (415) 395-8240<br>FAX: (415) 395-8095 |
| 6 | | belinda.lee@lw.com |
| 7 | | Attorney for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., and Toshiba Samsung Storage Technology Corp. Korea |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: September 9, 2013 | **WINSTON & STRAWN LLP** |
| 12 | | */s/ Robert S. Pringle* |
| 13 | | ROBERT B. PRINGLE |
| 14 | | 101 California Street<br>San Francisco, CA, 94111-5894<br>TEL: (415) 591-1000<br>FAX: (415) 591-1400 |
| 15 | | rpringle@winston.com |
| 16 | | Attorney for Defendant NEC Corporation |

\* \* \*

IT IS SO ORDERED.

Dated: __9/12/13__

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE