Michael P. Kenny, Esq. (Georgia Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (Georgia Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (Georgia Bar No. 283819)
rod.ganske@alston.com
Andrew J. Tuck, Esq. (Georgia Bar No. 402306)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
Adrian J. Sawyer, Esq. (State Bar No. 203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.<br><br>                    Plaintiffs,<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC.; HITACHI-LG DATA STORAGE KOREA, INC.; HITACHI, LTD.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; LITE-ON IT CORP. OF TAIWAN; KONINKLIJKE PHILIPS N.V.; BENQ CORPORATION; BENQ AMERICA CORP.; SONY CORPORATION; SONY OPTIARC INC.; NEC CORPORATION; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY ELECTRONICS, INC.; TOSHIBA CORPORATION; SAMSUNG | Case No.: 3:13-cv-03350-RS<br><br>MDL No. 2143<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS |

ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP. KOREA;

Defendants.

## JOINT STIPULATION

It is stipulated by and between the undersigned parties, by their respective attorneys, that undersigned counsel of BOIES SCHILLER & FLEXNER LLP agree to accept service of the Complaint in *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage, Inc., et al.*, Case No. 3:13-cv-03350-RS ("*Dell* Complaint"), on behalf of Sony Optiarc America Inc. ("SOA") and Sony Electronics, Inc. ("SEI"). Defendants Sony Corporation and Sony Optiarc Inc. ("Sony Optiarc") agree to waive service of the *Dell* Complaint and Dell will mail a copy of the *Dell* Complaint to Sony Corporation and Sony Optiarc via certified mail or United Parcel Service, addressed and delivered to a designated individual in the Sony Corporation Legal Department in Japan. The deadline for SOA, SEI, Sony Corporation, and Sony Optiarc (collectively, the "Sony/Optiarc Defendants") to answer, move to dismiss, or otherwise respond to the *Dell* Complaint shall be extended to December 6, 2013 or 90 days from receipt by all Sony/Optiarc Defendants of the *Dell* Complaint delivered in the manner described above, whichever is later. This stipulation does not constitute a waiver by the Sony/Optiarc Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: September 9, 2013

| **ALSTON & BIRD LLP** | **BOIES SCHILLER & FLEXNER LLP** |
|---|---|
| /s/     Rodney J. Ganske | /s/     John F. Cove, Jr. |
| RODNEY J. GANSKE, Ga. Bar No. 283819<br>ALSTON & BIRD LLP<br>1201 W. Peachtree Street NW<br>Atlanta, Georgia 30309<br>TEL: (404) 881-7000<br>FAX: (404) 881-7777<br>rod.ganske@alston.com | JOHN F. COVE JR.<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>TEL: (510) 874-1000<br>FAX: (510) 874-1460<br>jcove@bsfllp.com |
| Attorney for Plaintiffs Dell Inc. and Dell Products L.P. | Attorney for Defendants Sony Corporation, Sony Optiarc America, Inc., Sony Optiarc Inc., and Sony Electronics, Inc. |

*     *     *

IT IS SO ORDERED.

Dated:   9/12/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE