IAN T. SIMMONS (*pro hac vice*)
JAMES M. PEARL  (Bar No. 198481)
QAIS GHAFARY (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

*Counsel for Defendants Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE ANTITRUST LITIGATION | MASTER FILE NO. 3:10-md-02143 RS (JCS) |
| | MDL NO. 2143 |
| This Document Relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER RE: SUPPLEMENTAL RESPONSES TO SAMSUNG ELECTRONICS CO., LTD.'S FIRST SET OF INTERROGATORIES |

On August 23, 2013, this Court held a discovery conference to address the issues raised in the parties' Joint Discovery Statement filed August 2, 2013 (Dkt. No. 959). Direct Purchaser Plaintiffs shall supplement their responses to Interrogatory Nos. 2-8 of Samsung Electronics Co. Ltd.'s First Set of Interrogatories by October 1, 2013 and at the close of fact discovery consistent with this Court's guidance at the August 23, 2013 hearing.

**IT IS SO ORDERED.**

DATED: \_\_\_\_09/23_____, 2013

_____
JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

Approved as to form:

_____/ s / James M. Pearl_____

James M. Pearl
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

*Counsel for Defendants Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.*


_____/ s / Cadio Zirpoli_____

Cadio Zirpoli
Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Tel: (415) 217-6810
Fax: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

## ATTESTATION OF CONCURRENCE IN THE FILING

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

*/ s / James M. Pearl*

James M. Pearl

3

[PROPOSED] ORDER RE: SUPPLEMENTAL NARRATIVE RESPONSES TO
SAMSUNG ELECTRONICS CO., LTD.'S FIRST SET OF INTERROGATORIES
Master File No. 3:10-md-02143 RS (JCS)

## CERTIFICATE OF SERVICE

I, Daniel Ambar, declare that I am over the age of eighteen (18) and not a party to the above captioned action. I am an associate with the law firm of O'Melveny & Myers LLP, and my office is located at 1999 Avenue of the Stars, Century City, CA 90067.  On September 19, 2013, I caused to be filed the following:

**[PROPOSED] ORDER RE: SUPPLEMENTAL NARRATIVE RESPONSES TO SAMSUNG ELECTRONICS CO., LTD.'S FIRST SET OF INTERROGATORIES**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing. I declare under penalty of perjury that the foregoing is true and correct.

_____*/ s / Daniel Ambar*_____

Daniel Ambar

4

[PROPOSED] ORDER RE: SUPPLEMENTAL NARRATIVE RESPONSES TO
SAMSUNG ELECTRONICS CO., LTD.'S FIRST SET OF INTERROGATORIES
Master File No. 3:10-md-02143 RS (JCS)