1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR DEFENDANTS' OPPOSITIONS TO CLASS CERTIFICATION AND PLAINTIFFS' REPLIES IN SUPPORT OF CLASS CERTIFICATION AS MODIFIED BY THE COURT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Extending Page Limits
for Class Certification Briefing
CASE NO. 3:10-md-2143 RS

WHEREAS, by agreement of the parties, on May 29, 2013, the Direct Purchaser Plaintiffs filed a Motion for Class Certification of 40 pages (Dkt No. 878) and Indirect Purchaser Plaintiffs filed a Motion for Class Certification of 37 pages (Dkt. No. 882), supported by separate expert declarations and/or reports, and supporting declarations with accompanying evidentiary exhibits;[1]

WHEREAS, the separately named Defendants plan to join consolidated opposition briefs to the Plaintiffs' Motions for Class Certification;

WHEREAS, Defendants have requested that the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs agree that Defendants may file consolidated briefs of up to 50 pages in opposition to each Motion for Class Certification, and Plaintiffs are agreeable to that request;

WHEREAS, Direct and Indirect Purchaser Plaintiffs have requested that Defendants agree that DPPs and IPPs may each file a reply brief of up to 35 pages in support of their respective Motion for Class Certification, and Defendants are agreeable to that request;

WHEREAS, it is the parties' joint view that the extension of page limitations requested here will allow all parties the best opportunity to fully develop and clearly present their respective positions regarding class certification, which they hope will ultimately assist the Court in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval, that:

1. In connection with Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' separate Motions for Class Certification, the page limits set forth in Civil Local Rule 7-3 shall be extended as follows: (a) Defendants may file one opposition brief of up to 50 pages in response to each Motion for Class Certification, for a total of two opposition briefs; and (b) Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may each file one reply brief of up to 35 pages.

////

////

////

---

[1] *See* Dkt. Nos. 878, 882 - 884.

1     IT IS SO STIPULATED.

2   DATED: October 2, 2013     LATHAM & WATKINS LLP

By    /s/ Belinda S Lee
        BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Counsel for Defendants TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, AND TOSHIBA CORPORATION*

*Liaison Counsel for Defendants TEAC CORPORATION, TEAC AMERICA INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., LITE-ON IT CORPORATION, PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP., PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC., SONY CORPORATION, SONY OPTIARC AMERICA, INC., SONY OPTIARC, INC., SAMSUNG ELECTRONICS CO., LTD., BENQ CORPORATION, BENQ AMERICA CORP., NEC CORPORATION, PANASONIC CORPORATION PANASONIC CORPORATION OF NORTH AMERICA, QUANTA STORAGE INC., QUANTA STORAGE AMERICA INC., HITACHI-LG DATA STORAGE, INC., HITACHI-LG DATA STORAGE KOREA, INC., HITACHI LTD., LG ELECTRONICS, INC.*

DATED: October 2, 2013     HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Shana E. Scarlett
        SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Extending Page Limits
for Class Certification Briefing
CASE NO. 3:10-md-2143 RS

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Lee Gordon SBN (174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
lee@hbsslaw.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

DATED:  October 2, 2013     SAVERI & SAVERI. INC.

By  /s/ Guido Saveri
        GUIDO SAVERI

R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

**IT IS SO ORDERED**.

DATED:  10/2/13

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Extending Page Limits
for Class Certification Briefing
CASE NO. 3:10-md-2143 RS