1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:10-md-02143-RS<br>3:13-cv-03350-RS<br>3:13-cv-01877-RS<br>3:13-cv-02124-RS<br><br>MDL No. 2143<br><br>JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT<br><br>Date: October 11, 2013<br>Time: 10:00 a.m.<br>Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg<br><br>DATE ACTION FILED: Oct. 27, 2009 |
|---|---|

1   The parties jointly submit this Case Management Conference Statement, but as described
2   herein, have no issues that require the Court's attention at this time.  Accordingly, the parties jointly
3   request that the Court remove the October 11, 2013 Case Management Conference from its calendar
4   and schedule the next Case Management Conference in January, 2014.

5   **A.     Telephonic Appearance**

6   Pursuant to the Clerk's Notice (Dkt. No. 1014) of today, to the extent the Court wishes to
7   proceed with the October 11, 2013 Case Management Conference, all parties will appear
8   telephonically and will contact Court Conference at 866-582-6878.

9   **B.     The Direct Purchaser and Indirect Purchaser Plaintiffs Consolidated Actions**

10   <u>Direct Purchaser Plaintiffs</u>

11   Direct Purchaser Plaintiffs ("DPPs") do not request the Court to take any action in their
12   matter at this time. DPPs take this opportunity to provide the Court with a status update as to the
13   proceedings with respect to their action.

14   <u>DPP Settlements</u>

15   On September 23, 2013 this Court granted Final Approval of Class Action Settlement with
16   Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. ("HLDS") (Dkt. No. 1006)
17   and entered Final Judgments and Dismissals as to HLDS (Dkt. No. 1009), Hitachi (Dkt. No. 1007)
18   and the LG entities (Dkt. No. 1008).

19   On September 23, 2013, the DPPs filed their Motion for Preliminary Approval of Class
20   Action Settlement with Defendants Panasonic Corporation and Panasonic Corporation of North
21   America ("Panasonic") (Dkt. No. 1010). A hearing date for the Motion for Preliminary Approval of
22   the Panasonic Settlement is set for October 31, 2013.

23   <u>DPP Class Certification</u>

24   On May 29, 2013, the DPPs filed their Motion for Class Certification (Dkt. No. 878) with an
25   accompanying Expert Report of Gary L. French Ph.D. Regarding Class Certification. Defendants
26   will file their Opposition to Class Certification on October 21, 2013. DPPs will file their Reply in
27   Support of Class Certification on February 18, 2014. A date for a hearing on Class Certification has
28   not been set.

DPP Depositions

As of the date of this filing, four defendant merits depositions have occurred. (Dae Hwa "Bruce" Jeong (HLDS), Woo Jin "Eugene" Yang (HLDS), and J.C. Lim (PLDS) were deposed in San Francisco, and Schinichi Yamamura (Sony) was deposed in Hong Kong). Two additional depositions of TSSTK employees, Kenny Lee and Matthew Lee, are scheduled to occur on October 14 and 16, 2013, respectively, in Seoul, Korea. Three additional depositions of QSI employees have been noticed by Plaintiffs, and dates are presently being worked out with defense counsel. Plaintiffs' counsel have been informed that both the TSSTK and QSI employees are expected to invoke their Fifth Amendment rights at the upcoming depositions. DPPs anticipate that several other merits depositions will occur in the coming months, as well as the depositions of defendants' experts and declarants that oppose class certification.

All direct purchaser class representative depositions have been taken, as well as that of Dr. Gary L. French Ph. D.

Indirect Purchaser Plaintiffs

Indirect Purchaser Plaintiffs ("IPPs") do not request the Court take any action in their matter at this time.

Defendants

The Defendants do not have any issues to raise with the Court at this time in connection with the Direct and Indirect Purchaser Plaintiffs' actions.

C.   *Aaron Wagner v. Pioneer North America, Inc., et al.*, **Case No. 3:13-cv-02124-RS**

On May 8, 2013, shortly before filing their Motion for Class Certification, IPPs filed a separate class action complaint against Pioneer Corporation, Pioneer High Fidelity Taiwan Co., Ltd., Pioneer North America, Inc., and Pioneer Electronics (USA) Inc. (together "Pioneer"), in *Wagner v. Pioneer North America, Inc., et al.*, Case No. 3:13-cv-2124-RS (the "*Wagner* Action"). On May 20, 2013, this Court entered an Order deeming the separate *Wagner* Action related to this action and transferring the *Wagner* Action to this Court. Pursuant to this Court's September 19, 2013 Order approving a stipulation between Pioneer and IPPs (ECF No. 998), and IPPs' filing of the Fifth Amended Class Action Complaint (ECF No. 996), the *Wagner* Action was fully consolidated with,

1  and Pioneer became a party to, this action, except that Pioneer is not a party to IPPs' currently-
2  pending Motion for Class Certification. Pioneer and IPPs advanced the date of their Rule 26(f)
3  conference to August 23, 2013, exchanged initial disclosures on September 20, 2013 and have begun
4  taking discovery.

### D. *State of Florida v. Hitachi-LG Data Storage Inc.*, et al., Case No. 3:13-cv-01877-RS

Service

The State of Florida ("Florida") filed its Amended Complaint for Damages, Civil Penalties, and Injunctive Relief ("Florida Complaint") on June 28, 2013. Florida is presently negotiating stipulations regarding waiver of service of process of the Complaint with most of the Defendants.

All of the Defendants named in the Florida Complaint were also previously named in at least one of Plaintiffs' separate complaints and have either been served, agreed to accept mailed copies of the compliant(s) in lieu of formal service, or their counsel have agreed to accept service in those actions. Florida will request that, for any foreign Defendant not agreeing to a waiver of service of process, or some other agreed upon mechanism to effectuate service of the Florida Complaint, this Court order counsel for such foreign Defendant to accept such service, which Florida believes is permitted under Fed. R. Civ. P. 4(f)(3). *See In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI, 2010 WL 133743 at *2-*3 (N.D. Cal. April 2, 2010); *In re TFT-LCD (Flat Panel) Securities Litig.*, No. M 07-1827 SI, 2008 WL 4963035 at *3 (N.D. Cal. Nov. 19, 2008); *In re LDK Solar Antitrust Litig.*, No. C 07-05182 WHA, 2008 WL 2415186 at *2-*4 (N.D. Cal. June 12, 2008).

Consolidation of the Florida Action with the Indirect Purchaser Actions

Once service is completed, Florida will request that the Defendants enter into a stipulation that the Florida matter be fully consolidated with the Indirect Purchaser Actions for all pretrial and trial purposes.

*Pro Hac Vice*/Local Counsel Requirement

This Court previously denied without prejudice the *pro hac vice* application of Lizabeth A. Brady (counsel for Florida) and Florida's request for waiver of the local co-counsel requirement. *See* Order Re Request for Waiver From Local Counsel Requirement ("Order"), *State of Florida v.*

*Hitachi-LG Data Storage, Inc., et al.*, No. 13-cv-1877 (N.D. Cal. May 28, 2013) (Dkt. # 7).

Although denied, the Court permitted Florida's counsel to appear and participate in this Case Management Conference without local counsel to take up the issue again with the Court. *See id*. at 2, lines 3-5.

The reasoning of the Order appeared based, at least in part, upon the lack of consolidation of the Florida case with the MDL. *See id*. at 1, lines 18-20. Given that Florida intends to request full consolidation into the ODD action, Florida renews its request for admission *pro hac vice*, and waiver of the local co-counsel requirement.

### E. *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, Case No. 3:13-cv-03350-RS

Service

Dell Inc. and Dell Products L.P. ("Dell") filed its Complaint on May 13, 2013 in United States District Court for the Western District of Texas. *See Dell v. Hitachi-LG Data Storage Inc., et al.*, No. 3:13-cv-03350-RS, Dkt. #1. On July 16, 2013, Dell's case was transferred to this Court for consolidation with MDL. No. 2143, In re Optical Disk Drive Antitrust Litigation by the Judicial Panel for Multidistrict Litigation. *Id*. at Dkt. #18. Dell and the Dell Defendants have negotiated stipulations regarding service of process. Per stipulation and this Court's order, the following defendants shall have until Friday, November 22, 2013 to file a response to Dell's Complaint: Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc., Koninklijike Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., Philips & Lite-On Digital Solutions U.S.A., Inc., BenQ Corporation, BenQ America Corp., Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., Samsung Electronics Co. Ltd. ("Samsung"), Samsung Electronics America, Inc., and NEC Corporation. (Dkt. #993).

Per stipulation and this Court's order, Defendant Hitachi, Ltd. has until Monday, December 9, 2013 to file its response to Dell's Complaint. (Dkt. #994).

Per stipulation and this Court's order, Defendants Sony Corporation, Sony Optiarc Inc., Sony Optiarc America Inc. and Sony Electronics, Inc. shall have until Wednesday, December 11,

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
Case Nos. 3:13-cv-03350-RS; 3:13-cv-01877-RS;
3:13-cv-02124-RS; 3:10-md-2143-RS

1  2013 to file their responses to Dell's Complaint.  (Dkt. #995).

2  Consolidation

3  On July 16, 2013, *Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, Case No. 1:13-cv-0393 (W.D. Tex.) was transferred to MDL No. 2143, *In re: Optical Disk Drive Products Antitrust Litigation* in the Northern District of California by the Judicial Panel on Multidistrict Litigation for "consolidated pretrial processing pursuant to 28 U.S.C. § 1407." *See Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, No. 3:13-cv-03350, Dkt. #18; *In re Optical Disk Drive Antitrust Litigation*, 3:10-md-2143, Dkt. #1.

Depositions

Dell has attended and participated in the depositions of Woo Jin "Eugene" Yang of HLDS and J.C. Lim of PLDS in San Francisco, and Schinichi Yamamura of Sony in Hong Kong.  Dell will attend and participate in the currently scheduled depositions of two TSSTK employees, Kenny Lee and Matthew Lee, respectively scheduled on October 14 and 16, 2013 in Seoul, Korea.

DATED: October 4, 2013                    ALSTON & BIRD LLP

                                          */s/ Rodney J. Ganske*_____
                                             RODNEY J. GANSKE

                                          Rodney J. Ganske, Ga. Bar No. 283819
                                          Michael P. Kenny
                                          Debra D. Bernstein
                                          Andrew J. Tuck
                                          ALSTON & BIRD LLP
                                          1201 W. Peachtree Street NW
                                          Atlanta, Georgia 30309
                                          TEL: (404) 881-7000
                                          FAX: (404) 881-7777
                                          rod.ganske@alston.com
                                          mike.kenny@alston.com
                                          debra.bernstein@alston.com
                                          andy.tuck@alston.com

                                          Attorney for Plaintiffs
                                          *DELL INC. and DELL PRODUCTS L.P.*

DATED:  October 4, 2013                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By __*/s/ Shana E. Scarlett*_____

| | |
|---|---|
| | SHANA E. SCARLETT |
| | Jeff D. Friedman (173886) |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone:  (510) 725-3000 |
| | Facsimile:  (510) 725-3001 |
| | jefff@hbsslaw.com |
| | shanas@hbsslaw.com |
| | |
| | Steve W. Berman (*Pro Hac Vice*) |
| | George W. Sampson (*Pro Hac Vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 North Lake Ave., Suite 203 |
| | Pasadena, CA 91101 |
| | Telephone:  (213) 330-7150 |
| | Facsimile:  (213) 330-7152 |
| | |
| | Lee Gordon SBN (174168) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 North Lake Ave., Suite 203 |
| | Pasadena, CA 91101 |
| | Telephone:  (213) 330-7150 |
| | Facsimile:  (213) 330-7152 |
| | |
| | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| DATED:  October 4, 2013 | SAVERI & SAVERI INC. |
| | By___/s/ *Guido Saveri*_____ |
| | GUIDO SAVERI |
| | |
| | R. Alexander Saveri (173102) |
| | Cadio Zirpoli (179108) |
| | 706 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 217-6810 |
| | Facsimile:  (415) 217-6813 |
| | guido@saveri.com |
| | rick@saveri.com |
| | cadio@saveri.com |
| | |
| | *Interim Lead Counsel for Direct Purchaser Class* |
| DATED:  October 4, 2013 | LATHAM & WATKINS LLP |
| | By___/s/ *Belinda Lee*_____ |
| | BELINDA LEE |
| | |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 395-8240 |
| | Facsimile:  (415) 395-8095 |
| | belinda.lee@lw.com |

|   |   |
|---|---|
|   | Attorneys for Defendants<br>*TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP. KOREA; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA CORPORATION; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.* |
| DATED:  October 4, 2013 | DLA PIPER LLP<br><br>By   /s/ *David Bamberger*<br>         DAVID BAMBERGER<br><br>500 8th Street, N.W.<br>Washington, DC 20004<br>Telephone:  (202) 799-4500<br>Facsimile:  (202) 799-5000<br>david.bamberger@dlapiper.com<br><br>Attorneys for Defendants<br>*TEAC CORPORATION and TEAC AMERICA INC.* |
| DATED:  October 4, 2013 | BAKER BOTTS L.L.P.<br><br>By   /s/ *John Taladay*<br>         JOHN TALADAY<br><br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone:  (202) 383-7199<br>Facsimile:  (202) 383-6610<br>john.taladay@bakerbotts.com<br><br>Attorneys for Defendants<br>*KONINKLIJIKE PHILIPS N.V.; LITE-ON IT CORP. OF TAIWAN; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.* |
| DATED:  October 4, 2013 | VINSON & ELKINS<br><br>By   /s/ *Matthew J. Jacobs*<br>         MATTHEW J. JACOBS<br><br>525 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone:  (415) 979-6990<br>Facsimile:  (415) 651-8786<br>mjacobs@velaw.com<br><br>Attorneys for Defendant<br>*HITACHI, LTD.* |

| | | |
|---|---|---|
| 1 | DATED: October 4, 2013 | ROPES & GRAY LLP |
| 2 | | By  /s/ *Michelle Visser*  |
| 3 | |       MICHELLE VISSER |
| 4 | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4006 |
| 5 | | Telephone: (415) 315-6300 |
| | | Facsimile: (415) 315-6350 |
| 6 | | michelle.visser@ropesgray.com |
| 7 | | Attorneys for Defendants |
| | | *HITACHI-LG DATA STORAGE, INC.;* |
| 8 | | *HITACHI-LG DATA STORAGE KOREA, INC.* |
| 9 | DATED: October 4, 2013 | EIMER STAHL LLP |
| 10 | | By  /s/*Vanessa G. Jacobsen*  |
| | | VANESSA G. JACOBSEN |
| 11 | | 224 S. Michigan Ave., Suite 1100 |
| 12 | | Chicago, IL 60604 |
| | | Telephone: (312) 660-7600 |
| 13 | | Facsimile: (312) 692-1718 |
| | | vjacobsen@eimerstahl.com |
| 14 | | Attorneys for Defendants |
| 15 | | *LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.* |
| 16 | DATED: October 4, 2013 | BOIES SCHILLER & FLEXNER LLP |
| 17 | | By  /s/ *John F. Cove Jr*  |
| 18 | | JOHN F. COVE JR. |
| 19 | | 1999 Harrison Street, Suite 900 |
| | | Oakland, CA 94612 |
| 20 | | Telephone: (510) 874-1000 |
| | | Facsimile: (510) 874-1460 |
| 21 | | jcove@bsfllp.com |
| 22 | | Attorneys for Defendants |
| | | *SONY CORPORATION; SONY OPTIARC* |
| 23 | | *AMERICA, INC.; SONY OPTIARC, INC.* |
| 24 | DATED: October 4, 2013 | O'MELVENY & MYERS LLP |
| 25 | | By  /s/ Ian Simmons  |
| | | IAN SIMMONS |
| 26 | | 1625 Eye Street, NW |
| 27 | | Washington, DC 20006 |
| | | Telephone: (202) 383-5106 |
| 28 | | Facsimile: (202) 383-5414 |

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Defendant<br>*SAMSUNG ELECTRONICS CO., LTD.;*<br>*SAMSUNG ELECTRONICS OF AMERICA,*<br>*INC.* |
| 2 |  |  |
| 3 | DATED:  October 4, 2013 | DICKSTEIN SHAPIRO LLP |
| 4 |  | By    /s/ *Joel B. Kleinman*<br>           JOEL B. KLEINMAN |
| 5 |  |  |
| 6 |  | Lisa M. Kaas<br>1825 Eye Street NW |
| 7 |  | Washington, DC 20006-540<br>Telephone:  (202) 420-2200 |
| 8 |  | Facsimile:  (202) 420-2201<br>kleinmanj@dicksteinshapiro.com<br>kaasl@dicksteinshapiro.com |
| 9 |  |  |
| 10 |  | Attorneys for Defendants<br>*BENQ CORPORATION and BENQ AMERICA CORP.* |
| 11 |  |  |
| 12 | DATED:  October 4, 2013 | WINSTON & STRAWN LLP |
| 13 |  | By    /s/ *Robert B. Pringle*<br>           ROBERT B. PRINGLE |
| 14 |  | Paul R. Griffin |
| 15 |  | Sean Meenan<br>101 California Street, Suite 3900<br>San Francisco, CA 94111 |
| 16 |  | Telephone:  (415) 591-1000<br>Facsimile:  (415) 519-1400 |
| 17 |  | rpringle@winston.com<br>pgriffin@winston.com |
| 18 |  | smeenan@winston.com |
| 19 |  | Attorneys for Defendants<br>*NEC CORPORATION* |
| 20 |  |  |
| 21 | DATED: October 4, 2013 | WINSTON & STRAWN LLP |
| 22 |  | By    /s/ *Jeffrey L. Kessler*<br>           JEFFREY L. KESSLER |
| 23 |  | David L. Greenspan |
| 24 |  | James F. Lerner<br>George Mastoris |
| 25 |  | 200 Park Avenue<br>New York, NY 10166-4193 |
| 26 |  | Telephone:  (212) 294-6700<br>Facsimile:  (212) 294-4700 |
| 27 |  | jkessler@winston.com<br>dgreenspan@winston.com |
| 28 |  | jlerner@winston.com<br>gmastoris@winston.com |

| | |
|---|---|
| | Attorneys for Defendants<br>*PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA* |
| DATED: October 4, 2013 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP<br><br>By   /s/ *Minda R. Schechter*<br>        MINDA R. SCHECHTER<br><br>333 S. Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Telephone:  (213) 787-2500<br>Facsimile:  (213) 687-0498<br>mindaschechter@novakdruce.com<br><br>Rudolf E. Hutz<br>Zhun Lu<br>Keith A. Walter, Jr.<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile:  (302) 658-5614<br>Rudolf.hutz@novakdruce.com<br>Zhun.lu@novakdruce.com<br>Keith.walter@novakdruce.com<br><br>Attorneys for Defendants<br>*QUANTA STORAGE INC. and QUANTA STORAGE AMERICA INC.* |
| DATED: October 4, 2013 | JONES DAY<br><br>By   /s/ *Eric Enson*<br>        ERIC P. ENSON<br><br>Jeffrey A. Levee<br>Kathleen P. Wallace<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Telephone:  (213) 489-3939<br>Facsimile:  (213) 243-2539<br>epenson@jonesday.com<br>jlevee@jonesday.com<br>kwallace@jonesday.com<br><br>Attorneys for Defendants<br>*PIONEER CORPORATION; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC. AND PIONEER ELECTRONICS (USA) INC.* |

**CERTIFICATE OF SERVICE**

I, Rodney J. Ganske, hereby certify that on October 4, 2013, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California through the Court's mandated ECF service.  Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

/s/ *Rodney J. Ganske*