1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-2143-RS |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS** |
| Case No. 3:13-cv-1877-RS | |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | Judge Richard Seeborg |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al., | |
| Defendants. | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE | Case No. 3:10-md-2143-RS Individual Case No. 3:13-cv-1877-RS |

**JOINT STIPULATION**

Whereas the Attorney General of the State of Florida ("Florida") filed an amended complaint in the above-captioned case against defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc., Hitachi, Ltd., LG Electronics, Inc., BenQ Corporation, BenQ America Corp., Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., NEC Corporation, Sony Corporation, Sony NEC Optiarc, Inc., Sony Optiarc, Inc., Sony Optiarc America, Inc., Samsung Electronics Co., Ltd., Toshiba Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Samsung Storage Technology Corporation Korea, Panasonic Corporation, Panasonic Corporation of North America, f/k/a Matsushita Electric Corporation of North America, TEAC Corporation, TEAC America Inc., Pioneer Electronics (USA) Inc., Quanta Storage Inc., Quanta Storage America, Inc., Pioneer North America, Inc., Pioneer Corporation, Pioneer High Fidelity Taiwan Co., LTD. ("Defendants"), on June 28, 2013 ("Complaint");

Whereas Florida wishes to avoid the burden and expense of serving process on the Defendants; and

Whereas Defendants desire a reasonable amount of time to respond to the Complaint;

Therefore, it is stipulated by and between the undersigned parties, by their representative attorneys, that:

1.      Undersigned Counsel of BAKER BOTTS LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-1877-RS, on behalf of Defendants Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions USA, Inc.

STIPULATION AND [PROPOSED] ORDER RE:          Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO               Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

(collectively, the "PLDS Defendants").  The PLDS Defendants shall have until Monday, January 13, 2014 to file a response thereto. This stipulation does not constitute a waiver by PLDS Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

2.      Undersigned Counsel of ROPES & GRAY LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-1877-RS, on behalf of Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. (collectively, the "HLDS Defendants").  The HLDS Defendants shall have until Monday, January 13, 2014 to file a response thereto.  This stipulation does not constitute a waiver by the HLDS Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

3.      Undersigned Counsel of DICKSTEIN SHAPIRO LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-1877-RS, on behalf of Defendants BenQ Corporation and BenQ America Corp. (collectively, the "BenQ Defendants").  The BenQ Defendants shall have until Monday, January 13, 2014 to file a response thereto. This stipulation does not constitute a waiver by the BenQ Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

4.      Undersigned Counsel of LATHAM & WATKINS LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-1877-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba Samsung Storage Technology Corporation ("TSST"), and Toshiba Samsung Storage Technology Korea

STIPULATION AND [PROPOSED] ORDER RE:          Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO                Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

1   Corporation ("TSSTK").  Each of Toshiba Corp., TSST, and TSSTK shall have until Monday,

2   January 13, 2014 to file a response thereto. This stipulation does not constitute a waiver by any

3   of Toshiba Corp., TSST, or TSSTK of any defense, including but not limited to those defenses

4   provided under Federal Rule of Civil Procedure 12.

5          5.       Undersigned Counsel of NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP

6   agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et*

7   *al.*, Case No. 3:13-cv-1877-RS, on behalf of Defendants Quanta Storage Inc. and Quanta Storage

8   America, Inc. (collectively, "Quanta Defendants").  Quanta Defendants shall have until Monday,

9   January 13, 2014 to file a response thereto. This stipulation does not constitute a waiver by

10   Quanta Defendants of any defense, including but not limited to those defenses provided under

11   Federal Rule of Civil Procedure 12.

12

13

14         6.       Undersigned Counsel of O'MELVENY & MYERS LLP agree to accept service of

15   the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-

16   1877-RS, on behalf of Defendant Samsung Electronics Co., Ltd. ("Samsung").  Samsung shall

17   have until Monday, January 13, 2014 to file a response thereto. This stipulation does not

18   constitute a waiver by Samsung of any defense, including but not limited to those defenses

19   provided under Federal Rule of Civil Procedure 12.

20

21         7.       Undersigned Counsel of WINSTON & STRAWN LLP agree to accept service of

22   the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al.*, Case No. 3:13-cv-

23   1877-RS, on behalf of Defendant NEC Corporation ("NEC"). NEC shall have until Monday,

24   January 13, 2014 to file a response thereto.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:              Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO                   Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

8.     Undersigned Counsel of EIMER STAHL LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No. 3:13-cv-1877-RS, on behalf of Defendant LG Electronics, Inc. ("LG Electronics").  LG Electronics shall have until Monday, January 13, 2014 to file a response thereto.

9.     Undersigned Counsel of WINSTON & STRAWN LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No. 3:13-cv-1877-RS, on behalf of Defendant Panasonic Corporation and Panasonic Corporation of North America (collectively, "Panasonic Defendants").  Panasonic Defendants shall have until Monday, January 13, 2014 to file a response thereto.

10.     Undersigned Counsel of JONES DAY agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No. 3:13-cv-1877-RS, on behalf of Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD. (collectively, the "Pioneer Defendants"). The Pioneer Defendants shall have until Monday, January 13, 2014 to file a response thereto.  This stipulation does not constitute a waiver by the Pioneer Defendants of any defense, including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil Procedure.

11.     Undersigned Counsel of DLA PIPER LLP agree to accept service of the complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No. 3:13-cv-1877-RS, on behalf of Defendants TEAC Corporation and TEAC America Inc. (collectively, the "TEAC Defendants").  The TEAC Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  Those TEAC Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention

STIPULATION AND [PROPOSED] ORDER RE:       Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO       Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

by sending the Complaint to counsel. This stipulation does not constitute a waiver by the TEAC

Defendants of any other defense under Federal Rule of Civil Procedure 12.  The TEAC

Defendants shall have until Monday, January 13, 2014 to file a response thereto.

12.     It is stipulated by and between the undersigned parties, by their respective

attorneys, that Hitachi, Ltd. ("Hitachi"), a corporation domiciled in Japan, agrees to waive

service of the Complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No.

3:13-cv-1877-RS and the State of Florida will mail a copy of the Complaint to Hitachi via

Federal Express (or other global delivery service) at an address in Japan to be provided to the

State of Florida by counsel for Hitachi. The deadline for Hitachi to answer, move to dismiss, or

otherwise respond to the Complaint shall be extended to Monday, January 13, 2014 or 90 days

from receipt by Hitachi of the Complaint delivered in the manner described above, whichever is

later. This stipulation does not constitute a waiver by Hitachi of any defense, including but not

limited to those defenses provided under Federal Rule of Civil Procedure 12.

13.     It is stipulated by and between the undersigned parties, by their respective

attorneys, that undersigned counsel of BOIES SCHILLER & FLEXNER LLP agree to accept

service of the Complaint in *State of Florida* v. *Hitachi-LG Data Storage*, *Inc.*, *et al*., Case No.

3:13-cv-1877-RS on behalf of Sony Optiarc America Inc. ("SOA"). Defendants Sony

Corporation and Sony Optiarc Inc. ("Sony Optiarc") agree to waive service of the Complaint and

the State of Florida will mail a copy of the Complaint to Sony Corporation and Sony Optiarc via

certified mail or United Parcel Service, addressed and delivered to a designated individual in the

Sony Corporation Legal Department in Japan. The deadline for SOA, Sony Corporation, and

Sony Optiarc (collectively, the "Sony/Optiarc Defendants") to answer, move to dismiss, or

---

STIPULATION AND [PROPOSED] ORDER RE:          Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO              Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

1  otherwise respond to the Complaint shall be extended to Monday, January 13, 2014 or 90 days

2  from receipt by all Sony/Optiarc Defendants of the Complaint delivered in the manner described

3  above, whichever is later. This stipulation does not constitute a waiver by the Sony/Optiarc

4  Defendants of any defense, including but not limited to those defenses provided under Federal

5  Rule of Civil Procedure 12.

6

7

8  Respectfully submitted,

9  DATED: October 14, 2013          **STATE OF FLORIDA**

10                                   By: */s/ Lizabeth A. Brady*

11                                        LIZABETH A. BRADY
                                          OFFICE OF THE ATTORNEY GENERAL
12                                        State of Florida
                                          PL-01, The Capitol
13                                        Tallahassee, FL 32399-1050
                                          Telephone:     (850) 414-3300
14                                        Facsimile:     (850) 488-9134
                                          Liz.Brady@myfloridalegal.com
15

16                                   *Attorneys for Plaintiff State of Florida*

17  DATED: October 14, 2013          **ROPES & GRAY LLP**

18

19                                   By: */s/ Mark S. Popofsky*
                                          MARK S. POPOFSKY (SBN 175476)
20                                        ROPES & GRAY LLP
                                          One Metro Center
21                                        700 12th Street NW, Suite 900
                                          Washington, DC 20005-3948
22                                        Telephone: (202) 508-4600
                                          Facsimile: (202) 508-4650
23                                        mark.popofsky@ropesgray.com
24

25                                        JANE E. WILLIS (*pro hac vice*)
                                          ROPES & GRAY LLP
26                                        Prudential Tower
                                          800 Boylston Street
27

28  STIPULATION AND [PROPOSED] ORDER RE:            Case No. 3:10-md-2143-RS
    EXTENSION OF TIME TO RESPOND TO                 Individual Case No. 3:13-cv-1877-RS
    COMPLAINT AND WAIVER OF SERVICE

                                        - 7 -

1
2
3

Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
jane.willis@ropesgray.com

4
5
6
7
8

MICHELLE VISSER (SBN 277509)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
michelle.visser@ropesgray.com

9
10

Counsel for Defendants
*HITACHI-LG DATA STORAGE, INC; and HITACHI-LG DATA STORAGE KOREA, INC*

11
12

DATED: October 14, 2013          **LATHAM & WATKINS LLP**

13
14
15
16
17

By: */s/ Belinda S. Lee*
          BELINDA S. LEE
          505 Montgomery Street, Suite 2000
          San Francisco, CA 94111
          Telephone: (415) 391-0600
          Facsimile: (415) 395-8075
          belinda.lee@lw.com

18
19
20

Counsel for Defendants
*TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; and TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.*

21
22

DATED: October 14, 2013          **DLA PIPER LLP**

23
24
25
26
27

By: */s/ Deana L. Cairo*

          DEANA L. CAIRO
          500 8th Street, N.W.
          Washington, DC 20004
          Telephone: (202) 799-4523
          Facsimile: (202) 799-5523
          deana.cairo@dlapiper.com

28

STIPULATION AND [PROPOSED] ORDER RE:                    Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO                          Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

1          DAVID H. BAMBERGER
500 8th Street, N.W.
2          Washington, DC 20004
Telephone: (202) 799-4500
3          Facsimile: (202) 799-5000
david.bamberger@dlapiper.com
4

5          Counsel for Defendants
*TEAC CORPORATION; and TEAC AMERICA INC.*
6

7     DATED: October 14, 2013      **BAKER BOTTS L.L.P.**
8

9          By: */s/ John Taladay*
              JOHN TALADAY
10          1299 Pennsylvania Ave NW
Washington, DC 20004
11          Telephone: (202) 383-7199
Facsimile: (202) 383-6610
12          john.taladay@bakerbotts.com
13

14          EVAN J. WERBEL
1299 Pennsylvania Ave NW
15          Washington, DC 20004
Telephone: (202) 639-1323
16          Facsimile: (202) 585-4077
evan.werbel@bakerbotts.com
17

18          Counsel for Defendants
*KONINKLIJKE PHILIPS N.V.; LITE-ON IT*
19          *CORPORATION; PHILIPS & LITE-ON DIGITAL*
*SOLUTIONS CORP.; and PHILIPS & LITE-ON DIGITAL*
20          *SOLUTIONS USA, INC.*
21

22     DATED: October 14, 2013      **EIMER STAHL LLP**

23          By: */s/ Nathan P. Eimer*
              NATHAN P. EIMER
24          224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
25          Telephone: (312) 660-7601
Facsimile: (312) 692-1718
26          neimer@eimerstahl.com
27

28     STIPULATION AND [PROPOSED] ORDER RE:      Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO       Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

1

2      Counsel for Defendant
       *LG ELECTRONICS, INC*

3      DATED: October 14, 2013          **O'MELVENY & MYERS LLP**

4

5      By: */s/ Ian Simmons*

6          IAN SIMMONS
           1625 Eye Street, NW
7          Washington, DC 20006
           Telephone: (202) 383-5106
8          Facsimile: (202) 383-5414
           isimmons@omm.com
9

10     Counsel for Defendant
       *SAMSUNG ELECTRONICS CO, LTD.*

11

12     DATED: October 14, 2013          **DICKSTEIN SHAPIRO LLP**

13     By: */s/ Joel B. Kleinman*
           JOEL B. KLEINMAN
14         1825 Eye Street NW
           Washington, DC 20006-540
15         Tel: 202-420-2200
           Fax: 202- 420-2201
16         kleinmanj@dicksteinshapiro.com

17
           LISA KAAS
18         1825 Eye Street NW
           Washington, DC 20006-540
19         Tel: 202-420-2733
           Fax: 202-379-9140
20         kaasl@dicksteinshapiro.com

21

22     Counsel for Defendants
       *BENQ CORPORATION; and BENQ AMERICA CORP.*

23

24     DATED: October 14, 2013          **WINSTON & STRAWN LLP**

25

26     By: */s/ Robert B. Pringle*
           ROBERT B. PRINGLE
           Paul R. Griffin
27

28     STIPULATION AND [PROPOSED] ORDER RE:          Case No. 3:10-md-2143-RS
       EXTENSION OF TIME TO RESPOND TO               Individual Case No. 3:13-cv-1877-RS
       COMPLAINT AND WAIVER OF SERVICE

1

2

3

4

5

                                        Jonathan E. Swartz
101 California Street, Suite 3900
San Francisco, CA 94111
Tel: 415-591-1000
Fax: 415-591-1400
rpringle@winston.com
pgriffin@winston.com
jswartz@winston.com

6

7

Counsel for Defendant
*NEC CORPORATION*

8

9

DATED: October 14, 2013        **JONES DAY**

10

By: */s/ Eric P. Enson*
       ERIC P. ENSON

11

       555 South Flower Street, Fiftieth Floor
       Los Angeles, CA 90071

12

       Telephone: (213) 489-3939
       Facsimile: (213) 243-2539

13

       epenson@JonesDay.com

14

15

Counsel for Defendants
*PIONEER ELECTRONICS (USA) INC.; PIONEER*

16

*NORTH AMERICA, INC.; PIONEER CORPORATION;*
*and PIONEER HIGH FIDELITY TAIWAN CO., LTD.*

17

18

DATED: October 14, 2013        **BOIES SCHILLER & FLEXNER LLP**

19

By: */s/ John F. Cove, Jr.*

20

       JOHN F. COVE, JR.
       1999 Harrison Street, Suite 900

21

       Oakland, CA 94612

22

       Telephone: (510) 874-1000
       Facsimile: (510) 874-1460

23

       jcove@bsfllp.com

24

25

Counsel for Defendants
*SONY CORPORATION; SONY OPTIARC AMERICA, INC;*
*and SONY OPTIARC, INC*

26

27

DATED: October 14, 2013        **WINSTON & STRAWN LLP**

28

STIPULATION AND [PROPOSED] ORDER RE:        Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO        Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

By: */s/ Jeffrey L. Kessler*
     JEFFREY L. KESSLER
     200 Park Avenue
     New York, NY 10166
     Telephone: (212) 294-6700
     Facsimile: (212) 294-4700
     jkessler@dl.com

Counsel for Defendants
*PANASONIC CORPORATION; and PANASONIC CORPORATION OF NORTH AMERICA*

DATED: October 14, 2013     **NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**

By: */s/ Keith A. Walter Jr.*
     KEITH A. WALTER JR.
     1007 North Orange Street Ninth Floor
     Wilmington, DE 19801
     Telephone: (302) 252-4258
     Fax: (302) 658-5614
     Keith.walter@novakdruce.com

     MINDA R. SCHECHTER
     333 S. Grand Avenue, Suite 2300
     Los Angeles, CA 90071
     Telephone: (213) 787-2500
     Facsimile: (213) 687-0498
     Minda.schechter@novakdruce.com

Counsel for Defendants
*QUANTA STORAGE INC.; and QUANTA STORAGE AMERICA INC.*

DATED: October 14, 2013     **VINSON & ELKINS LLP**

By: */s/ Craig P. Seebald*

     CRAIG P. SEEBALD
     JASON A. LEVINE
     2200 Pennsylvania Ave. NW
     Suite 500 West
     Washington, DC 20037-1701
     Telephone: (202) 639-6755

STIPULATION AND [PROPOSED] ORDER RE:     Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO     Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

Facsimile: (202) 639-6604
cseebald@velaw.com

MATTHEW J. JACOBS
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

Counsel for Defendant
*HITACHI, LTD.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

*          *          *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/15/13

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE:          Case No. 3:10-md-2143-RS
EXTENSION OF TIME TO RESPOND TO            Individual Case No. 3:13-cv-1877-RS
COMPLAINT AND WAIVER OF SERVICE

- 13 -