1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS |
|---|---|
|  | **STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED WITH CLASS CERTIFICATION BRIEFS** |
| This document relates to: ALL ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Admin. Motions to Seal Materials in Connection with Class Certification Motions
CASE NO. 3:10-md-2143 RS

WHEREAS, on June 5, 2013, this Court entered an order granting the parties' Stipulation and [Proposed] Order Regarding Plaintiffs' Administrative Motions to Seal (Docket No. 899), extending the deadline under Civil Local Rule 79-5(e) for filing declarations and proposed sealing orders in response to the administrative motions to seal filed in connection with Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' respective Motions for Class Certification, and supporting documents, filed as Docket Nos. 877, 880, 881, and 895;

WHEREAS, as part of its June 5, 2013 Order, this Court instructed the parties as follows with respect to further sealing motions related to the briefing on class certification:

> The parties are reminded that sealing orders are to be narrowly tailored and that only minimum redactions necessary to protect sealable information are permissible. See Civil Local Rule 79-5 and Commentary. The parties should strive towards providing a single, stipulated, proposed order that disposes of all sealing requests that have been or will be filed in connection with the class certification motion[s]. If additional time will be necessary in light of the fact that further sealing requests may be filed, the parties may stipulate to additional extensions without seeking court approval, provided a global sealing order is submitted at least one week prior to the hearing on the certification motion[s].

WHEREAS, consistent with the Court's direction, the parties wish to avoid burdening the Court with seriatim sealing motions, declarations and proposed orders to be filed by the parties and various non-parties in connection with (1) the currently pending administrative motions to seal, filed in connection with the Direct and Indirect Purchaser Plaintiffs' Motions for Class Certification (Docket Nos. 877, 880, 881 and 895), (2) Defendants' Opposition briefs, including supporting expert and other evidentiary material, to the class certification motions due on October 21, 2013, and (3) the Direct and Indirect Purchaser Plaintiffs' Reply briefs, including any supporting materials, in support of their class certification motions, due on February 18, 2014;

WHEREAS, in order to provide sufficient time for the parties and non-parties to identify sealable materials in connection with Defendants' anticipated Opposition and Reply briefs and supporting materials, the parties have agreed to the procedure and schedule set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval, that:

1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Admin. Motions to Seal
Materials in Connection with Class Certification Motions
CASE NO. 3:10-md-2143 RS

1. Oppositions.
    a. Defendants shall file under seal their briefs (and all supporting materials) in Opposition to the Direct and Indirect Purchaser Plaintiffs' respective Motions for Class Certification on October 21, 2013.
    b. Defendants shall provide written notice to any non-party regarding portions of the sealed documents which contain or reference material designated as "Confidential" or "Outside Counsel Only" by that non-party pursuant to the Stipulation and Order Supplementing Protective Order Regarding Confidentiality of Non-Party Documents and Materials (Docket No. 629) no later than October 23, 2013.
    c. Any Plaintiff or non-party which intends to request that portions of the filed materials remain sealed shall provide written notice to Defendants identifying which portions it seeks to seal no later than November 4, 2013.
    d. Defendants shall file redacted versions of the Opposition briefs and any supporting materials no later than November 8, 2013.
2. Replies.
    a. Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs shall file under seal their briefs (and all supporting materials) in Reply to their respective Motions for Class Certification on February 18, 2014.
    b. Direct and Indirect Purchaser Plaintiffs shall, respectively, provide written notice to any non-party regarding portions of the sealed documents which contain or reference material designated as "Confidential" or "Outside Counsel Only" by that non-party pursuant to the Stipulation and Order Supplementing Protective Order Regarding Confidentiality of Non-Party Documents and Materials (Docket No. 629) no later than February 20, 2014.
    c. Any Defendant or non-party which intends to request that portions of these filed materials remain sealed shall provide written notice to the Direct and Indirect Purchaser Plaintiffs, respectively, identifying those portions it seeks to

2

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Admin. Motions to Seal
Materials in Connection with Class Certification Motions
CASE NO. 3:10-md-2143 RS

1         seal no later than March 4, 2014.

2         d.   The Direct and Indirect Purchaser Plaintiffs shall thereafter file redacted

3         versions of their respective Reply briefs and any supporting materials with the

4         Court no later than March 7, 2014.

5     3.   The parties shall work together, and with any affected non-parties, and strive

6 toward submission of a single, omnibus and stipulated (if possible) proposed sealing order. This

7 omnibus sealing order shall be filed, along with administrative motions to seal and supporting

8 declarations in accordance with Local Civil Rule 79-5, no later than three weeks prior to the

9 scheduled hearing on the Direct and Indirect Purchaser Plaintiffs' respective Motions for Class

10 Certification, once such a date has been set.

11     IT IS SO STIPULATED.

12 DATED: October 16, 2013     LATHAM & WATKINS LLP

By     /s/ Belinda S Lee
        BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Acting as Liaison Counsel for Defendants*

20 DATED: October 16, 2013     HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Shana E. Scarlett
        SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300

3

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Admin. Motions to Seal
Materials in Connection with Class Certification Motions
CASE NO. 3:10-md-2143 RS

```
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Lee Gordon SBN (174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
lee@hbsslaw.com
```

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

DATED: October 16, 2013          SAVERI & SAVERI. INC.

                                 By    /s/ Guido Saveri
                                       GUIDO SAVERI

```
R. Alexander Saveri (173102
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com
```

*Interim Lead Counsel for Direct Purchaser Class*

**IT IS SO ORDERED**.

DATED:  10/17/13

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

Stipulation and [Proposed] Order re Admin. Motions to Seal
Materials in Connection with Class Certification Motions
CASE NO. 3:10-md-2143 RS