UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OPTICAL DISK DRIVE PRODUCTS
ANTITRUST LITIGATION     MDL No. 2143

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –4)**

On April 2, 2010, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 701 F.Supp.2d 1382 (J.P.M.L. 2010). Since that time, 3 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Richard G. Seeborg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Seeborg.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of April 2, 2010, and, with the consent of that court, assigned to the Honorable Richard G. Seeborg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 15, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: OPTICAL DISK DRIVE PRODUCTS
ANTITRUST LITIGATION**                                        MDL No. 2143

### SCHEDULE CTO–4 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 8 | 13–01684 | Ingram Micro Inc et al v. LG Electronics Inc et al |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 13–03134 | Hewlett Packard Company v. LG Electronics, Inc. et al |
| TXS | 4 | 13–03136 | Hewlett–Packard Company v. Toshiba Corporation et al |