1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 2143 |
|---|---|
| | CASE NO. 3:13-cv-03350 RS |
| This document relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO DELL INC. AND DELL PRODUCTS L.P.'S COMPLAINT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Dell's Complaint
MDL No. 2143; CASE NO. 3:13-cv-03350 RS

1    WHEREAS, on September 12, 2013, this Court entered three orders regarding the service of process related to Dell Inc. and Dell Products L.P.'s ("Dell") Complaint, and also set deadlines for Defendants to file their responses to Dell's Complaint (*see* Dkt. Nos. 993, 994, and 995).

2    WHEREAS, the deadlines set forth in the above-referenced Orders provide for two different response dates for the various Defendants—November 22, 2013 for certain Defendants, and December 6, 2013 or 90 days from receipt by a certain Defendant (or certain Defendants) of the Dell Complaint delivered in the manner stipulated, whichever is later, for other Defendants;

3    WHEREAS, the parties agree that a single date for all Defendants to respond to Dell's Complaint is preferable, and have agreed that Defendants should have until December 9, 2013 to file an answer or otherwise respond to Dell's Complaint; and

4    WHEREAS, to the extent any Defendant or Defendants move to dismiss Dell's Complaint, under Federal Rule of Civil Procedure 12(b)(6) or otherwise, the parties will work in good faith to agree upon and present to the Court a proposed briefing schedule to resolve those motions, but in no event shall Dell's response to any such motions be due before January 17, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, and subject to Court approval, that all Defendants shall have until Monday, December 9, 2013 to file their responses to Dell's Complaint. To the extent any Defendant or Defendants move to dismiss that Complaint, the parties shall work in good faith to reach an agreed upon briefing schedule which they will present to the Court no later than December 13, 2013, but in no event shall Dell's response to any such motions be due before January 17, 2014.

IT IS SO STIPULATED.

DATED: November 15, 2013                ALSTON & BIRD LLP

                                        By _____/s/ Rodney J. Ganske_____
                                              RODNEY J. GANSKE

                                        1201 W. Peachtree Street NW
                                        Atlanta, GA 30309

1

Stipulation and [Proposed] Order re
Defendants' Responses to Dell's Complaint
MDL No. 2143; CASE NO. 3:13-cv-03350 RS

| | | |
|---|---|---|
| 1 | | Telephone: (404) 881-7000 |
| 2 | | Facsimile: (404) 881-7777 |
| | | rod.ganske@alston.com |
| 3 | | *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.* |
| 4 | | |
| 5 | DATED: November 15, 2013 | LATHAM & WATKINS LLP |
| 6 | | |
| 7 | | By _____/s/ Belinda S Lee_____ |
| | | BELINDA S LEE |
| 8 | | 505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111 |
| | | Telephone: (415) 395-8240 |
| 10 | | Facsimile: (415) 395-8095 |
| | | belinda.lee@lw.com |
| 11 | | *Attorneys for Defendants Toshiba Samsung Storage Technology Korea Corp., Toshiba Samsung Storage Technology Corp., Toshiba Corp., and Toshiba America Information Systems, Inc.* |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | DATED: November 15, 2013 | WINSTON & STRAWN LLP |
| 16 | | By _____/s/ Robert B. Pringle_____ |
| | | ROBERT B. PRINGLE |
| 17 | | 101 California Street |
| 18 | | San Francisco, CA 94111-5894 |
| | | Telephone: (415) 591-1000 |
| 19 | | Facsimile: (415) 591-1400 |
| | | rpringle@winston.com |
| 20 | | *Attorneys for Defendant NEC Corporation* |
| 21 | DATED: November 15, 2013 | ROPES & GRAY LLP |
| 22 | | |
| 23 | | By _____/s/ Mark S. Popofksy_____ |
| | | MARK S. POPOFSKY |
| 24 | | One Metro Center |
| 25 | | 700 12th Street NW, Suite 900 |
| | | Washington, DC 20005-3948 |
| 26 | | Telephone: (202) 508-4600 |
| 27 | | Facsimile: (202) 508-4650 |
| | | mark.popofsky@ropesgray.com |
| 28 | | |

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Dell's Complaint
MDL No. 2143; CASE NO. 3:13-cv-03350 RS

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.* |
| 2 |   |   |
| 3 | DATED: November 15, 2013 | BAKER BOTTS LLP |
| 4 |   | By _____/s/ Evan Werbel_____ |
| 5 |   | EVAN WERBEL |
| 6 |   | 1299 Pennsylvania Ave. NW Washington, DC 20004 |
| 7 |   | Telephone: (202) 383-7199 Facsimile: (202) 383-6610 |
| 8 |   | evan.werbel@bakerbotts.com |
| 9 |   | *Attorneys for Defendants Koninklijike Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.* |
| 10 |   |   |
| 11 |   |   |
| 12 | DATED: November 15, 2013 | DICKSTEIN SHAPIRO LLP |
| 13 |   | By ____/s/ Lisa M. Kaas_____ |
|   |   | LISA M. KAAS |
| 14 |   |   |
| 15 |   | 1825 Eye Street NW Washington, DC 20006 |
| 16 |   | Telephone: (202) 420-2200 Facsimile: (202) 420-2201 |
| 17 |   | kaasl@dicksteinshapiro.com |
| 18 |   | *Attorneys for Defendants BenQ Corporation and BenQ America Corp.* |
| 19 |   |   |
| 20 | DATED: November 15, 2013 | O'MELVENY & MYERS LLP |
| 21 |   |   |
| 22 |   | By ____/s/ Ian Simmons_____ |
|   |   | IAN SIMMONS |
| 23 |   |   |
| 24 |   | 1625 Eye Street NW Washington, DC 20006 |
| 25 |   | Telephone: (202) 383-5106 Facsimile: (202) 383-5414 |
|   |   | isimmons@omm.com |
| 26 |   |   |
| 27 |   | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics of America, Inc.* |
| 28 |   |   |

3

| | | |
|---|---|---|
| 1 | DATED: November 15, 2013 | BOIES SCHILLER & FLEXNER LLP |
| 2 | | By   /s/ John F. Cove, Jr. |
| 3 | | JOHN F. COVE, JR. |
| 4 | | 1999 Harrison Street, Suite 900 |
| 5 | | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 6 | | Facsimile: (510) 874-1460<br>jcove@bsfllp.com |
| 7 | | |
| 8 | | *Attorneys for Defendants Sony Corporation, Sony Optiarc America, Inc., Sony Optiarc Inc., and Sony Electronics, Inc.* |
| 10 | DATED: November 15, 2013 | VINSON & ELKINS LLP |
| 11 | | |
| 12 | | By   /s/ Craig P. Seebald<br>CRAIG P. SEEBALD |
| 13 | | 2200 Pennyslvania Ave. NW |
| 14 | | Suite 500 West<br>Washington, DC 20037-1701 |
| 15 | | Telephone: (202) 639-6500<br>Facsimile: (202) 879-8950 |
| 16 | | cseebald@velaw.com |
| 17 | | *Attorneys for Defendant Hitachi, Ltd.* |

19    **IT IS SO ORDERED**.

21    DATED: November 15, 2013

*[signature]*

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6044716.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Stipulation and [Proposed] Order re
Defendants' Responses to Dell's Complaint
MDL No. 2143; CASE NO. 3:13-cv-03350 RS