IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER CONTINUING HEARING FOR FINAL APPROVAL OF PANASONIC SETTLEMENT** |

The final approval hearing set for March 27, 2014 is hereby continued to **April 3, 2014 at 1:30 p.m.** The parties shall provide notice of this change on the settlement website.

IT IS SO ORDERED.

Dated: 12/19/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE