United States District Court
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION
10
11
12   IN RE OPTICAL DISK DRIVE ANTITRUST        CASE NO. 3:10-md-2143 RS
13   LITIGATION                                **ORDER RE ADMINISTRATIVE
                                               MOTION  (DKT.  NO. 1050)**
14
15
16

17          Civil Local Rule 7-3(a) requires that "[a]ny evidentiary and procedural objections to the

18   motion must be contained within the brief or memorandum."  As plaintiffs point out, "[p]arties

19   ignore this Local Rule at their peril."  In response to defendants' motions to strike, plaintiffs may

20   briefly restate their objections that those motions violate this rule and the page limits imposed by

21   stipulated order, and may offer concise responses to the substance of defendants' motions. Given

22   that the motions to strike are effectively evidentiary objections and that ordinary briefing limits have

23   already been extended to a generous degree, defendants are strongly discouraged, but not prohibited,

24   from filing reply briefs in support of those motions.  While the admissibility and weight of the

25   evidence offered by plaintiffs will be evaluated carefully when deciding the class certification

26   motions, the Court reserves the right to deny the motions to strike on procedural grounds.

27
28

1   IT IS SO ORDERED.

2

3   Dated: 12/20/13

    _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California