UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 2143 |
| | CASE NO. 3:13-cv-1877-RS |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO THE STATE OF FLORIDA'S AMENDED COMPLAINT FOR DAMAGES, CIVIL PENALTIES, INJUNCTIVE RELIEF** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al. | |
| Defendants. | |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

1    WHEREAS, on October 15, 2013, this Court entered the Joint Stipulation and Order Regarding Service of Process (*see* Dkt. No. 1019), which set deadlines for Defendants to file their responses to the Amended Complaint for Damages, Civil Penalties, Injunctive Relief filed by the State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida Complaint");

    WHEREAS, the deadlines set forth in the above-referenced Order provide for two different response dates for the various Defendants—January 13, 2014 for certain Defendants, and the later of January 13, 2014 or 90 days from receipt of the Florida Complaint delivered in the manner stipulated, for other Defendants;

    WHEREAS, the parties agree that a single date for all Defendants to respond to the Florida Complaint promotes efficiency and, thus, is preferable, and have agreed that Defendants should have until January 24, 2014 to file an answer or otherwise respond to the Florida Complaint;

    WHEREAS, to the extent any Defendant or Defendants move to dismiss the Florida Complaint on that date, under Federal Rule of Civil Procedure 12 or otherwise, the parties propose that Florida shall have until February 21, 2014 to file a response to any such motions and the moving Defendants shall have until March 3, 2014 to file any replies in support of such motions.

    WHEREAS, to the extent any Defendant or Defendants move to dismiss, in whole or in part, the Florida Complaint pursuant to Federal Rule of Civil Procedure 12 or otherwise on January 24, 2014, the undersigned parties agree that those moving Defendants shall not be required to file an answer to the Florida Complaint, if at all, until after the Court rules on any such motion.  The parties agree to negotiate in good faith and submit to the court a schedule for any such moving Defendants to file an answer, if necessary.

    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, and subject to Court approval, that all Defendants shall have until Friday, January 24, 2014 to file their responses to the Florida Complaint.  To the extent any Defendant or Defendants move to dismiss that Complaint, in whole or in part, on that date, (i) Florida shall have until February 21, 2014 to file a response to any such motions, and Defendants shall have

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

until March 3, 2014 to file any replies in support of such motions; (ii) those moving Defendants shall not be required to file an answer to the Florida Complaint, if at all, until after the Court rules on any such motion; and (iii) the parties shall work in good faith to agree upon and submit to the court a schedule for any such moving Defendants to file an answer, if necessary.

    IT IS SO STIPULATED.

DATED: January 9, 2014    STATE OF FLORIDA

By    /s/ Lizabeth A. Brady
      LIZABETH A. BRADY

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134
Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiffs State of Florida*

DATED: January 9, 2014    LATHAM & WATKINS LLP

By    /s/ Belinda S Lee
      BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Attorneys for Defendants Toshiba Samsung Storage Technology Korea Corp., Toshiba Samsung Storage Technology Corp., and Toshiba Corp.*

DATED: January 9, 2014    WINSTON & STRAWN LLP

By    /s/ Robert B. Pringle
      ROBERT B. PRINGLE

101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000

2

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

```
                                Facsimile:  (415) 591-1400
                                rpringle@winston.com

                                Attorneys for Defendant NEC Corporation
```

DATED:  January 9, 2014          ROPES & GRAY LLP

                                 By   /s/ Mark S. Popofksy
                                         MARK S. POPOFSKY

                                 One Metro Center
                                 700 12th Street NW, Suite 900
                                 Washington, DC 20005-3948
                                 Telephone: (202) 508-4600
                                 Facsimile: (202) 508-4650
                                 mark.popofsky@ropesgray.com

                                 *Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

DATED:  January 9, 2014          BAKER BOTTS LLP

                                 By          /s/ Evan Werbel
                                                EVAN WERBEL

                                 1299 Pennsylvania Ave. NW
                                 Washington, DC 20004
                                 Telephone: (202) 383-7199
                                 Facsimile:  (202) 383-6610
                                 evan.werbel@bakerbotts.com

                                 *Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

DATED:  January 9, 2014          DICKSTEIN SHAPIRO LLP

                                 By    /s/ Lisa M. Kaas
                                          LISA M. KAAS

                                 1825 Eye Street NW
                                 Washington, DC 20006
                                 Telephone: (202) 420-2200
                                 Facsimile: (202) 420-2201
                                 kaasl @dicksteinshapiro.com

                                 *Attorneys for Defendants BenQ Corporation and*

3

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

|   |   |   |
|---|---|---|
| 1 |   | *BenQ America Corp.* |
| 2 |   |   |
| 3 | DATED:  January 9, 2014 | O'MELVENY & MYERS LLP |
| 4 |   | By   /s/ Ian Simmons |
| 5 |   |         IAN SIMMONS |
| 6 |   | 1625 Eye Street NW |
|   |   | Washington, DC 20006 |
| 7 |   | Telephone: (202) 383-5106 |
|   |   | Facsimile: (202) 383-5414 |
| 8 |   | isimmons@omm.com |
| 9 |   | *Attorneys for Defendants Samsung Electronics Co.,* |
| 10 |   | *Ltd.* |
| 11 |   |   |
| 12 | DATED:  January 9, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 13 |   | By   /s/ John F. Cove, Jr. |
|   |   |         JOHN F. COVE, JR. |
| 14 |   |   |
| 15 |   | 1999 Harrison Street, Suite 900 |
|   |   | Oakland, CA 94612 |
| 16 |   | Telephone: (510) 874-1000 |
|   |   | Facsimile: (510) 874-1460 |
| 17 |   | jcove@bsfllp.com |
| 18 |   | *Attorneys for Defendants Sony Corporation, Sony* |
|   |   | *Optiarc America, Inc., and Sony Optiarc Inc.* |
| 19 |   |   |
| 20 |   |   |
|   | DATED:  January 9, 2014 | VINSON & ELKINS LLP |
| 21 |   |   |
| 22 |   | By   /s/ Craig P. Seebald |
|   |   |         CRAIG P. SEEBALD |
| 23 |   |   |
|   |   | 2200 Pennyslvania Ave. NW |
| 24 |   | Suite 500 West |
|   |   | Washington, DC 20037-1701 |
| 25 |   | Telephone: (202) 639-6500 |
|   |   | Facsimile: (202) 879-8950 |
| 26 |   | cseebald@velaw.com |
| 27 |   | *Attorneys for Defendant Hitachi, Ltd.* |
| 28 |   |   |

4

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

| | | |
|---|---|---|
| 1 | DATED: January 9, 2014 | DLA PIPER LLP |
| 2 | | By   /s/ Deanna L. Cairo |
| 3 | |      DEANA L. CAIRO |

500 8th Street, N.W.
Washington, DC 20004
Telephone: (202) 799-4523
Facsimile: (202) 799-5523
Deana.cairo@dlapiper.com

*Attorneys for Defendant TEAC Corporation and TEAC America Inc.*

DATED: January 9, 2014        EIMER STAHL LLP

By   /s/ Nathan P. Eimer
     NATHAN P. EIMER

224 South Michigan Avenue, Suite 100
Chicago, IL 60604
Telephone: (312) 660-7601
Facsimile: (312) 692-1718
neimer@eimerstahl.com

*Attorneys for Defendant LG Electronics, Inc.*

DATED: January 9, 2014        JONES DAY

By   /s/ Eric P. Enson
     ERIC P. ENSON

555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
epenson@JonesDay.com

*Attorneys for Defendant Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.*

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

| | | |
|---|---|---|
| 1 | DATED: January 9, 2014 | WINTSON & STRAWN LLP |
| 2 | | |
| 3 | | By  /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER |
| 4 | | 200 Park Avenue<br>New York, NY 10166 |
| 5 | | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 6 | | jkessler@dl.com |
| 7 | | *Attorneys for Defendant Panasonic Corporation* |
| 8 | | *and Panasonic Corporation of North America* |
| 9 | DATED: January 9, 2014 | NOVAK DRUCE CONNOLLY BOVE & QUIGG LLP |
| 10 | | |
| 11 | | By  /s/ Keith A. Walter Jr.<br>KEITH A. WALTER JR. |
| 12 | | 1007 North Orange Street Ninth Floor |
| 13 | | Wilmington, DE 19801<br>Telephone: (302) 252-4258 |
| 14 | | Facsimile: (302) 658-5614<br>Keith.Walter@novakdruce.com |
| 15 | | |
| 16 | | *Attorneys for Defendant Quanta Storage Inc. and*<br>*Quanta Storage America Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 1/10/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6126835

6

Stipulation and [Proposed] Order re
Defendants' Responses to Florida's Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS