UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>DIRECT PURCHASER ACTIONS | CASE NO. 3:10-MD-02143 RS<br>MDL NO. 2143<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING REGARDING CLASS ACTION SETTLEMENT WITH PANASONIC**<br> AS MODIFIED BY THE COURT |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1    WHEREAS, on September 23, 2013, Direct Purchaser Plaintiffs filed the Notice of
2 Motion and Motion for (1) Certification of a Settlement Class; (2) Preliminary Approval of Class
3 Action Settlement with Panasonic; (3) Directing Notice to Class; and (4) Memorandum of
4 Support Thereof (the "Settlement") (Dkt. No. 1010);

5    WHEREAS, on November 1, 2013, the Court issued an Order Granting Settlement Class
6 Certification and Preliminary Approval of Class Action Settlement with Panasonic and setting
7 the date of the final approval hearing for March 27, 2014 (Dkt. No. 1052);

8    WHEREAS, on December 19, 2013, the Court continued the final approval hearing
9 regarding the Settlement to April 3, 2014 (Dkt. No. 1083);

10    WHEREAS, as the result of an inadvertent oversight, Panasonic did not serve upon the
11 requisite federal and state Attorney Generals its notice of the proposed Settlement pursuant to the
12 Class Action Fairness Act of 2005, 28 U.S.C. § 1715, until January 28, 2014 ("CAFA Notice");

13    WHEREAS, in order to allow for the Attorney Generals the full 90 day time period for
14 review of the CAFA Notice as specified in 28 U.S.C. § 1715(d), Panasonic and Direct Purchaser
15 Plaintiffs request that the final approval hearing be continued from April 3, 2014 to a date on or
16 after May 8, 2014, as is convenient for the Court;

17    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned
18 counsel for the parties, and subject to Court approval, that the final approval hearing regarding
19 the Settlement will be held at least 90 days after the CAFA Notice was served pursuant to 28
20 U.S.C. § 1715, *i.e.*, on or after May 8, 2014.  The parties will provide notice of this change on
21 the settlement website.

22    **IT IS SO STIPULATED.**

23 Dated: February 3, 2014                WINSTON & STRAWN LLP

By:   /s/ Jeffrey L. Kessler

JEFFREY L. KESSLER (admitted *pro hac vice*)
jkessler@winston.com
A. PAUL VICTOR (admitted *pro hac vice*)
pvictor@winston.com
DAVID L. GREENSPAN (admitted *pro hac vice*)

| | |
|---|---|
| | dgreenspan@winston.com |
| | GEORGE E. MASTORIS (admitted *pro hac vice*) |
| | gmastoris@winston.com |
| | WINSTON & STRAWN LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |
| | |
| | *Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| Dated: February 3, 2014 | SAVERI & SAVERI, INC. |
| | By:  /s/ Guido Saveri |
| | GUIDO SAVERI (22349) |
| | guido@saveri.com |
| | R. ALEXANDER SAVERI (173102) |
| | rick@saveri.com |
| | GEOFFREY C. RUSHING (126910) |
| | grushing@saveri.com |
| | CADIO ZIRPOLI (179108) |
| | cadio@saveri.com |
| | SAVERI & SAVERI, INC. |
| | 706 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| | Facsimile: (415) 217-6813 |
| | |
| | *Chairman of the Executive Committee for the Direct Purchaser Plaintiffs* |

**THE FINAL APPROVAL HEARING SET FOR APRIL 3, 2014 IS HEREBY CONTINUED TO** ~~MAY 8, 2014.~~  May 15, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 2/4/14                             _____
                                           HONORABLE RICHARD SEEBORG
                                           UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING RE SETTLEMENT WITH PANASONIC
Case Number: 3:10-MD-02143 RS