UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: February 7, 2014

**Case No:** 10-md-02143 RS
    Related Cases:
    C 13-01877 RS, C 13-04991 RS

**Case Title**: In Re: Optical Disk Drive Products Antitrust Litigation

**Appearances:**

    For Plaintiff(s):  Kaiwen Tseng, Hsiang Lin, Cadio Zirpoli, Nicolas Weihammer, James Wagstaffe, Bruce Simon, Aaron Sheanin, Guido Saveri, Daniel Sasse, Beatrice Nguyen, Matthey McBurney, Lester Houtz, Jeffrey Friedman, Robert Finnerty, Mark Ferguson, David Esau - Telephonic

    For Defendant(s): Deana Cairo, Hannah Carrigg Wilson, Nathan Eimer, Lisa Kaas, Belinda Lee, Jeffrey LeVee, Brandan McShane, James Pearl, John Taladay, Vincent Van Panhuys, Michelle Visser, Curt Lambert, Evan Werbel, Kieran Ringgenberg, Paul Griffin - Telephonic

**Deputy Clerk**: Corinne Lew    **Court Reporter**: Not Reported

**Time in Court:** 15 min.

### PROCEEDINGS

In Chambers Case Management Conference Hearing Held.

### SUMMARY

Parties shall submit Proposed Scheduling Order by February 14, 2014.