UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:10-md-2143 RS<br><br>[PROPOSED] ORDER RE: DIRECT ACTION PLAINTIFF CASE MANAGEMENT ORDER, CLASS CERTIFICATION HEARING, AND STATE OF FLORIDA ACTION |

(Note: "[PROPOSED]" is struck through)

This Court held a further case management conference on February 7, 2014. After considering the joint statement submitted by the parties and consulting with the attorneys of record, and good cause appearing, IT IS HEREBY ORDERED THAT:

**A.**   The [Proposed] Case Management Order Re Direct Action Plaintiff Cases

The Court is inclined to enter the undisputed sections of the [Proposed] Case Management Order Re Direct Action Plaintiff Cases attached to the parties' Case Management Conference Statement. The parties shall meet and confer regarding the disputed portions of Paragraphs I and M. To the extent the parties cannot reach a resolution, the parties shall submit their disputes to Magistrate Judge Spero in accordance with his Law and Motion Hearing Procedures. (Dkt. 684.)

**B.**   Hearing on Class Certification

The parties shall meet and confer regarding the hearing on the Direct and Indirect Purchaser Plaintiffs' Motions for Class Certification and submit proposed hearing dates to the

1  Court by March 4, 2014.  Any Reply Memoranda in support of Defendants' Motion to Strike the
2  Proposed Expert Testimony of Dr. Kenneth Flamm (Dkt. 1034) and Defendants' Motion to Strike
3  Report of Direct Purchaser Plaintiffs' Expert Dr. Gary French (Dkt. 1038), shall be filed by
4  February 25, 2014, or such other date as the parties may agree following a meet and confer.

5      **C.**    State of Florida Action

6      The action styled, *State of Florida, Office of the Attorney General, Department of Legal*
7  *Affairs v. Hitachi-LG Data Storage, Inc., et al.*, No. 13-cv-1877 ("Florida Action"), is hereby
8  consolidated with the Indirect Purchaser Actions in *In re Optical Disk Drive Products Antitrust*
9  *Litig.*, No. 10-md-2143, for all pretrial and trial purposes.

10      The State of Florida's renewed Motion for Administrative Relief Re: Waiver of the Local
11  Co-Counsel Requirement for *Pro Hac Vice* Admission, filed as Docket No. 6 in the Florida
12  Action, is hereby granted.

13      **IT IS SO ORDERED.**

15  DATED: February 19, 2014  *(14 struck through, replaced with 19)*

17  _____
18  HON. RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

21  Respectfully submitted by:

23  DATED:  February 14, 2014    LATHAM & WATKINS LLP

24         /s/ Belinda S Lee
    BELINDA S LEE

26  505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
27  Telephone: (415) 395-8240
    Facsimile: (415) 395-8095

28

belinda.lee@lw.com

*Liaison Counsel on behalf of all Defendants*

Attorneys for Defendants
*TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP. KOREA; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA CORPORATION; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.*

Approved as to form and content:

DATED: February 14, 2014        ALSTON & BIRD LLP

By ___*/s/ Rodney J. Ganske*_____
     RODNEY J. GANSKE

RODNEY J. GANSKE
Rodney J. Ganske, Ga. Bar No. 283819
Michael P. Kenny
Debra D. Bernstein
Andrew J. Tuck
ALSTON & BIRD LLP
1201 W. Peachtree Street NW
Atlanta, Georgia 30309
TEL: (404) 881-7000
FAX: (404) 881-7777
rod.ganske@alston.com
mike.kenny@alston.com
debra.bernstein@alston.com
andy.tuck@alston.com

Attorney for Plaintiffs
*DELL INC. and DELL PRODUCTS L.P.*

DATED: February 14, 2014        CROWELL & MORING LLP

By ___*/s/ Beatrice B. Nguyen*_____
     BEATRICE B. NGUYEN

Beatrice B. Nguyen
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 986-2800

bbnguyen@crowell.com

Daniel A. Sasse
Nathanial J. Wood
Angela J. Yu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
dsasse@crowell.com
nwood@crowell.com
ayu@crowell.com

Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004-2595
mmcburney@crowell.com

Attorneys for *Hewlett-Packard Company*

DATED: February 14, 2014           BARTLIT BECK HERMAN PALENCHAR &
                                    SCOTT LLP

                                    By   */s/ Lester Houtz*
                                         LESTER HOUTZ

                                    Karma Giulianelli
                                    karma.giulianelli@bartlit-beck.com
                                    Lester Houtz
                                    lester.houtz@bartlit-beck.com
                                    Andre M. Pauka
                                    andre.pauka@bartlit-beck.com
                                    Daniel R. Brody
                                    daniel.brody@bartlit-beck.com
                                    BARTLIT BECK HERMAN PALENCHAR &
                                    SCOTT LLP
                                    1899 Wynkoop Street, Suite 800
                                    Denver, CO 80202
                                    Telephone: (303) 592-3100

                                    Mark E. Ferguson
                                    mark.ferguson@bartlit-beck.com
                                    BARTLIT BECK HERMAN PALENCHAR &
                                    SCOTT LLP

<60>

```
                                        54 West Hubbard Street
                                        Chicago, IL 60610
                                        Telephone: (312) 494-4400

                                        Attorneys for *Hewlett-Packard Company*
```

DATED:  February 14, 2014              CROWELL & MORING LLP

                                       By ___/s/ Daniel A. Sasse_____
                                              DANIEL A. SASSE

                                       Daniel A. Sasse
                                       CROWELL & MORING LLP
                                       3 Park Plaza, 20th Floor
                                       Irvine, California 92614
                                       Telephone: (949) 263-8400
                                       dsasse@crowell.com

                                       Attorneys for *Ingram Micro Inc. and Synnex Corporation*

DATED:  February 14, 2014              CARLTON FIELDS JORDEN BURT, P.A.

                                       By ___/s/ David B. Esau_____
                                              DAVID B. ESAU

                                       James B. Baldinger
                                       David B. Esau
                                       CityPlace Tower
                                       525 Okeechobee Blvd., Suite 1200
                                       West Palm Beach, Florida 33401-6350
                                       jbaldinger@carltonfields.com
                                       desau@carltonfields.com

                                       Attorneys for *Acer Inc.; Acer America Corporation; Gateway, Inc.; and Gateway U.S. Retail Inc., F/K/A eMachines, Inc.*

DATED:  February 14, 2014              OFFICE OF THE ATTORNEY GENERAL
                                       STATE OF FLORIDA

|   |   |   |
|---|---|---|
| 1 |  | By   /s/ Lizabeth A. Brady |
| 2 |  | LIZABETH A. BRADY |
| 3 |  | Lizabeth A. Brady |
|   |  | Nicholas J. Weilhammer |
| 4 |  | R. Scott Palmer |
|   |  | Colin Fraser |
| 5 |  | PL-01, The Capitol |
|   |  | Tallahassee, Florida 32399 |
| 6 |  | Tel: 850-414-3300 |
| 7 |  | Fax: 850-488-9134 |
|   |  | Liz.Brady@myfloridalegal.com |
| 8 |  | Nicholas.Weilhammer@myfloridalegal.com |
|   |  | Scott.Palmer@myfloridalegal.com |
| 9 |  | Colin.Fraser@myfloridalegal.com |
| 10 |  | Attorneys for *THE STATE OF FLORIDA* |
| 11 |  |  |
| 12 | DATED:  February 14, 2014 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 13 |  | By   */s/ Shana E. Scarlett* |
| 14 |  | SHANA E. SCARLETT |
| 15 |  | Shana E. Scarlett |
|   |  | Jeff D. Friedman (173886) |
| 16 |  | 715 Hearst Avenue, Suite 202 |
|   |  | Berkeley, CA 94710 |
| 17 |  | Telephone: (510) 725-3000 |
| 18 |  | Facsimile: (510) 725-3001 |
|   |  | jefff@hbsslaw.com |
| 19 |  | shanas@hbsslaw.com |
|   |  | Steve W. Berman (*Pro Hac Vice*) |
| 20 |  | George W. Sampson (*Pro Hac Vice*) |
|   |  | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 21 |  | 301 North Lake Ave., Suite 203 |
| 22 |  | Pasadena, CA 91101 |
|   |  | Telephone: (213) 330-7150 |
| 23 |  | Facsimile: (213) 330-7152 |
|   |  | Lee Gordon SBN (174168) |
| 24 |  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   |  | 301 North Lake Ave., Suite 203 |
| 25 |  | Pasadena, CA 91101 |
| 26 |  | Telephone: (213) 330-7150 |
|   |  | Facsimile: (213) 330-7152 |
| 27 |  |  |
| 28 |  | *Interim Lead Counsel for Indirect Purchaser* |

*Plaintiffs*

DATED: February 14, 2014          SAVERI & SAVERI INC.

By   */s/ Guido Saveri* _____
     GUIDO SAVERI

R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Interim Lead Counsel for Direct Purchaser Class*

DATED: February 14, 2014          DLA PIPER LLP

By   */s/ David Bamberger* _____
     DAVID BAMBERGER

500 8th Street, N.W.
Washington, DC 20004
Telephone: (202) 799-4500
Facsimile: (202) 799-5000
david.bamberger@dlapiper.com

Attorneys for Defendants
*TEAC CORPORATION and TEAC AMERICA INC.*

DATED: February 14, 2014          BAKER BOTTS L.L.P.

By   */s/ John Taladay* _____
     JOHN TALADAY

1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
john.taladay@bakerbotts.com

Attorneys for Defendants
*KONINKLIJKE PHILIPS N.V.; LITE-ON IT CORP. OF TAIWAN; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

DATED:  February 14, 2014            VINSON & ELKINS

By ___/s/ Matthew Jacobs_____
   MATTHEW JACOBS

525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6990
Facsimile: (415) 651-8786
mjacobs@velaw.com

Attorneys for Defendant
*HITACHI, LTD.*

DATED:  February 14, 2014            ROPES & GRAY LLP

By ___/s/ Michelle Visser_____
   MICHELLE VISSER

Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
michelle.visser@ropesgray.com

Attorneys for Defendants
*HITACHI-LG DATA STORAGE, INC.; HITACHI-LG DATA STORAGE KOREA, INC.*

DATED:  February 14, 2014            EIMER STAHL LLP

By ___/s/ Vanessa Jacobsen_____
   VANESSA JACOBSEN

224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718

8

[PROPOSED] ORDER RE: DIRECT ACTION PLAINTIFF CASE MANAGEMENT ORDER, CLASS CERTIFICATION HEARING, AND STATE OF FLORIDA ACTION
Case No. 3:10-md-2143 RS (JCS)

|   |   |   |
|---|---|---|
| 1 |  | vjacobsen@eimerstahl.com |
| 2 |  | Attorneys for Defendants |
| 3 |  | *LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.* |
| 4 |  |  |
| 5 | DATED:  February 14, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 6 |  | By   */s/ John F. Cove Jr.* _____ |
| 7 |  | JOHN F. COVE JR. |
| 8 |  | 1999 Harrison Street, Suite 900 |
| 9 |  | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 10 |  | Facsimile: (510) 874-1460<br>jcove@bsfllp.com |
| 11 |  | Attorneys for Defendants |
| 12 |  | *SONY CORPORATION; SONY OPTIARC AMERICA, INC.; SONY OPTIARC, INC.* |
| 13 |  |  |
| 14 | DATED:  February 14, 2014 | O'MELVENY & MYERS LLP |
| 15 |  | By   */s/ Ian Simmons* _____ |
| 16 |  | IAN SIMMONS |
| 17 |  | 1625 Eye Street, NW |
| 18 |  | Washington, DC 20006<br>Telephone: (202) 383-5106 |
| 19 |  | Facsimile: (202) 383-5414 |
| 20 |  | Attorneys for Defendant |
| 21 |  | *SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS OF AMERICA, INC.* |
| 22 |  |  |
| 23 | DATED:  February 14, 2014 | DICKSTEIN SHAPIRO LLP |
| 24 |  | By   */s/ Joel B. Kleinman* _____ |
| 25 |  | JOEL B. KLEINMAN |
| 26 |  | Lisa M. Kaas |
| 27 |  | 1825 Eye Street NW<br>Washington, DC 20006-540 |
| 28 |  | Telephone: (202) 420-2200 |

```
                                    Facsimile: (202) 420-2201
                                    kleinmanj@dicksteinshapiro.com
                                    kaasl@dicksteinshapiro.com

                                    Attorneys for Defendants
                                    BENQ CORPORATION and BENQ AMERICA
                                    CORP.
```

DATED:  February 14, 2014          WINSTON & STRAWN LLP

                                   By    /s/ Robert B. Pringle
                                           ROBERT B. PRINGLE

                                   Paul R. Griffin
                                   Sean Meenan
                                   101 California Street, Suite 3900
                                   San Francisco, CA 94111
                                   Telephone: (415) 591-1000
                                   Facsimile: (415) 519-1400
                                   rpringle@winston.com
                                   pgriffin@winston.com
                                   smeenan@winston.com

                                   Attorneys for Defendants
                                   NEC CORPORATION

DATED:  February 14, 2014          WINSTON & STRAWN LLP

                                   By    /s/ Jeffrey L. Kessler
                                           JEFFREY L. KESSLER

                                   David L. Greenspan
                                   James F. Lerner
                                   George Mastoris
                                   200 Park Avenue
                                   New York, NY 10166-4193
                                   Telephone: (212) 294-6700
                                   Facsimile: (212) 294-4700
                                   jkessler@winston.com
                                   dgreenspan@winston.com
                                   jlerner@winston.com
                                   gmastoris@winston.com

                                   Attorneys for Defendants
                                   PANASONIC CORPORATION and PANASONIC

|   |   |   |
|---|---|---|
| 1 |  | *CORPORATION OF NORTH AMERICA* |
| 2 |  |  |
| 3 | DATED:  February 14, 2014 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| 4 |  |  |
| 5 |  | By   */s/ Minda R. Schecter*<br>        MINDA R. SCHECTER |
| 6 |  | 333 S. Grand Avenue, Suite 2300 |
| 7 |  | Los Angeles, CA 90071<br>Telephone: (213) 787-2500 |
| 8 |  | Facsimile: (213) 687-0498 |
|   |  | mindaschechter@novakdruce.com |
| 9 |  | Rudolf E. Hutz |
|   |  | Zhun Lu |
| 10 |  | Keith A. Walter, Jr. |
| 11 |  | 1007 N. Orange Street |
|   |  | Wilmington, DE 19899 |
| 12 |  | Telephone: (302) 658-9141 |
|   |  | Facsimile: (302) 658-5614 |
| 13 |  | Rudolf.hutz@novakdruce.com |
|   |  | Zhun.lu@novakdruce.com |
| 14 |  | Keith.walter@novakdruce.com |
| 15 |  |  |
|   |  | Attorneys for Defendants |
| 16 |  | *QUANTA STORAGE INC. and QUANTA* |
|   |  | *STORAGE AMERICA INC.* |
| 17 |  |  |
| 18 | DATED:  February 14, 2014 | JONES DAY |
| 19 |  |  |
| 20 |  | By   */s/ Eric P. Enson*<br>        ERIC P. ENSON |
| 21 |  | Jeffrey A. Levee |
| 22 |  | Kathleen P. Wallace |
|   |  | 555 South Flower Street |
| 23 |  | Fiftieth Floor |
|   |  | Los Angeles, CA 90071-2300 |
| 24 |  | Telephone: (213) 489-3939 |
|   |  | Facsimile: (213) 243-2539 |
| 25 |  | epenson@jonesday.com |
| 26 |  | jlevee@jonesday.com |
|   |  | kwallace@jonesday.com |
| 27 |  |  |
| 28 |  | Attorneys for Defendants |

*PIONEER CORPORATION; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC. AND PIONEER ELECTRONICS (USA) INC.*

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

          */s/ Belinda S Lee*
          BELINDA S LEE