NICHOLAS J. WEILHAMMER (Fla State Bar No. 479322)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134
Nicholas.Weilhammer@myfloridalegal.com
*Attorney for Plaintiff State of Florida*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-2143 RS<br><br>ORDER<br>**CORRECTED APPLICATION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS J. WEILHAMMER**<br><br>Judge:  The Hon. Richard Seeborg |

Pursuant to Civil Local Rule 11-3, Nicholas J. Weilhammer, an active member in good standing of the bar of the State of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiff State of Florida in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; and

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with Civil Local Rule 5-1, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

3. The Local Co-Counsel Requirement for *Pro Hac Vice* Admission has been waived.

Application for Admission *Pro Hac Vice* of Nicholas J. Weilhammer – Case No. 3:10-md-2143 RS
- 1 -

*See* Order Re: Direct Action Plaintiff Case Management Order, Class Certification Hearing, and State of Florida Action. (Dkt. 1133).

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2014, at Tallahassee, Florida.

/s/ Nicholas J. Weilhammer
Nicholas J. Weilhammer
Assistant Attorney General
Fla State Bar No. 479322
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134
Liz.Brady@myfloridalegal.com
*Attorney for Plaintiff State of Florida*

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the application of Nicholas J. Weilhammer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***.

Dated: 2/20/14

UNITED STATES DISTRICT JUDGE

Application for Admission *Pro Hac Vice* of Nicholas J. Weilhammer – Case No. 3:10-md-2143 RS
- 2 -