IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER GRANTING IN PART REQUEST FOR EXTENSION OF BRIEFING DEADLINES** |

The day before their reply briefs in support of their motions to strike and their objections to reply evidence were due, defendants requested an open-ended extension, pending further meet and confer discussions and a report to the Court on March 4, 2014. The motion is granted insofar as reply briefs and objections to reply evidence will be deemed timely if filed by March 4, 2014. Defendants are advised that in the event they elect to file reply briefs at all, the arguments must be confined to those necessary to respond to the oppositions. While some overlap of issues may be inevitable, defendants should not use any replies in support of the motions to strike as an opportunity to submit what effectively would be sur-replies in opposition to the underlying class certification motions.

IT IS SO ORDERED.

Dated: 2/27/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE