UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 2143 |
| This document relates to:<br><br>ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.<br><br>                                        Plaintiffs,<br>v.<br><br>LITE-ON IT CORPORATION., et al.<br>                                        Defendants. | CASE NO. 3:13-cv-4991-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' RESPONSES TO COMPLAINT** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Acer Complaint
MDL No. 2143; CASE NO. 3:13-cv-4991-RS

1  WHEREAS, Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a EMachines, Inc. ("Acer") filed a complaint on October 25, 2013 ("Complaint");

2  WHEREAS, on January 3, 2014, this Court entered the Joint Stipulation and Order Regarding Extension of Time to Respond to Complaint and Waiver of Service as to certain Defendants (Dkt. 16), and a Stipulation and Order Regarding Extension of Time to Respond to Complaint and Waiver of Service as to certain other Defendants (Dkt. 17), both of which set a deadline of March 26, 2014 for Defendants to respond to the Complaint or, in the alternative, that if Acer amended its Complaint ("Amended Complaint"), Defendants shall have until the later of 60 days from the date of any amendment or March 26, 2014 to respond;

3  WHEREAS, Acer intends to file an Amended Complaint in the next 30 days;

4  WHEREAS, the Parties agree that Defendants need not respond to the Complaint given Acer's intention to file an Amended Complaint, and further agree that Defendants should have 60 days from the date of amendment to respond to the Amended Complaint;

5  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that: (i) Defendants need not respond to the Complaint; and (ii) Defendants shall have 60 days from the date of amendment to respond to the Amended Complaint.

IT IS SO STIPULATED.

DATED: March 14, 2014

**LATHAM & WATKINS LLP**

By: */s/ Belinda S Lee*
BELINDA S LEE
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8075
belinda.lee@lw.com

Counsel for Defendants
*TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Acer Complaint
MDL No. 2143; CASE NO. 3:13-cv-4991-RS

| | | |
|---|---|---|
| 1 | DATED: March 14, 2014 | **BAKER BOTTS L.L.P.** |
| 2 | | By: */s/ John Taladay* |
| 3 | |     JOHN TALADAY <br>     EVAN J. WERBEL |
| 4 | |     1299 Pennsylvania Ave NW <br>     Washington, DC 20004 |
| 5 | |     Telephone: (202) 383-7199 |
| 6 | |     Facsimile: (202) 383-6610 <br>     john.taladay@bakerbotts.com |
| 7 | |     evan.werbel@bakerbotts.com |
| 8 | | Counsel for Defendants <br> *LITE-ON IT CORPORATION; KONINKLIJKE* |
| 9 | | *PHILIPS N.V.; PHILIPS & LITE-ON DIGITAL* <br> *SOLUTIONS CORP.; and PHILIPS & LITE-ON* |
| 10 | | *DIGITAL SOLUTIONS USA, INC.* |
| 11 | DATED: March 14, 2014 | **O'MELVENY & MYERS LLP** |
| 12 | | By: */s/ Ian Simmons* |
| 13 | |     IAN SIMMONS <br>     1625 Eye Street, NW |
| 14 | |     Washington, DC 20006 |
| 15 | |     Telephone: (202) 383-5106 <br>     Facsimile: (202) 383-5414 |
| 16 | |     isimmons@omm.com |
| 17 | | Counsel for Defendant <br> *SAMSUNG ELECTRONICS CO, LTD. and* |
| 18 | | *SAMSUNG ELECTRONICS AMERICA, INC.* |
| 19 | DATED: March 14, 2014 | **JONES DAY** |
| 20 | | By: */s/ Eric P. Enson* |
| 21 | |     ERIC P. ENSON <br>     555 South Flower Street, Fiftieth Floor |
| 22 | |     Los Angeles, CA 90071 |
| 23 | |     Telephone: (213) 489-3939 <br>     Facsimile: (213) 243-2539 |
| 24 | |     epenson@JonesDay.com |
| 25 | | Counsel for Defendants <br> *PIONEER CORPORATION; PIONEER DIGITAL* |
| 26 | | *DESIGN & MANUFACTURING COMPANY;* <br> *PINOEER ELECTRONICS (USA) INC.; PIONEER* |
| 27 | | *HIGH FIDELITY TAIWAN CO., LTD.; and* <br> *PIONEER* |
| 28 | | *NORTH AMERICA, INC.* |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 14, 2014 | **BOIES SCHILLER & FLEXNER LLP** |
| 3 | | By: */s/ John F. Cove, Jr.* |
| | | JOHN F. COVE, JR. |
| 4 | | 1999 Harrison Street, Suite 900 |
| | | Oakland, CA 94612 |
| 5 | | Telephone: (510) 874-1000 |
| | | Facsimile: (510) 874-1460 |
| 6 | | jcove@bsfllp.com |
| 7 | | |
| | | Counsel for Defendants |
| 8 | | *SONY CORPORATION; SONY ELECTRONICS INC., SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; AND SONY OPTIARC INC.* |
| 9 | | |
| 10 | DATED: March 14, 2014 | **WINSTON & STRAWN LLP** |
| 11 | | By: */s/ Robert B. Pringle* |
| | | ROBERT B. PRINGLE |
| 12 | | 101 California Street, Suite 3900 |
| | | San Francisco, CA 94111 |
| 13 | | Tel: 415-591-1000 |
| | | Fax: 415-591-1400 |
| 14 | | rpringle@winston.com |
| 15 | | |
| 16 | | Counsel for Defendant |
| | | *NEC CORPORATION* |
| 17 | Dated: March 14, 2014 | **CARLTON FIELDS JORDEN BURT, P.A.** |
| 18 | | By: */s/ David B. Esau* |
| 19 | | DAVID B. ESAU (*pro hac vice*) |
| | | CityPlace Tower |
| 20 | | 525 Okeechobee Boulevard, Suite 1200 |
| | | West Palm Beach, Florida 33401-6350 |
| 21 | | desau@cfjblaw.com |
| | | Telephone: (561) 659-7070 |
| 22 | | |
| | | Hsiang ("James") H. Lin (SBN 241472) |
| 23 | | jlin@techknowledgelaw.com |
| | | TECHKNOWLEDGE LAW GROUP LLP |
| 24 | | 1521 Diamond Street |
| | | San Francisco, CA 94131 |
| 25 | | Telephone: (415) 816-9525 |
| 26 | | Attorneys for Plaintiffs |
| 27 | | *ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.* |
| 28 | | |

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Responses to Acer Complaint
MDL No. 2143; CASE NO. 3:13-cv-4991-RS

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 3/18/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6193841

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Stipulation and [Proposed] Order re
Defendants' Responses to Acer Complaint
MDL No. 2143; CASE NO. 3:13-cv-4991-RS