UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: March 20, 2014

**Case No:** 10-md-02143 RS
C 13-01877 RS State of Florida v. Hitachi-LG Data Storage, Inc., et al

**Case Title**: In Re: Optical Disk Drive Products Antitrust Litigation

**Appearances:**

For Plaintiff(s): Nicholas J. Weilhammer

For Defendant(s): Eric Enson, Belinda Lee, Brendan McShane, Michelle Visser, Kimberly Murphy, Jason Levine, Sean Meenan, George Mastoris

**Deputy Clerk**: Corinne Lew                **Court Reporter**: Kelly Polvi
**Time in Court:** 45 min.

## PROCEEDINGS

Motion to Dismiss Hearing Held.

## SUMMARY

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
**(X) Taken under submission**
( ) Withdrawn/Off Calendar
() Continued to:

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**