Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
Angela J. Yu (CSB No. 263212)
ayu@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiffs
Ingram Micro Inc. and Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS |
| Ingram Micro Inc., et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVICE OF PROCESS** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | [Fed. R. Civ. P. 4 and Civil L.R. 6-1] |
| Defendants. | |

## STIPULATION

WHEREAS on October 25, 2013, Plaintiffs Ingram Micro Inc. ("Ingram Micro") and Synnex Corporation ("Synnex") filed a Complaint for Damages and Injunctive Relief [Doc. No. 1] (the "Complaint") naming Quanta Storage, Inc. and Quanta Storage America, Inc., among others, as defendants; and

WHEREAS on October 25, 2013, a Summons in a Civil Action issued as to Defendant Quanta Storage, Inc., and a Summons in a Civil Action issued as to Defendant Quanta Storage America, Inc.; and

WHEREAS on March 5, 2014, Plaintiffs Ingram Micro and Synnex filed a Motion to Serve Defendant Quanta Storage, Inc. Through Its U.S. Counsel Under Federal Rule of Civil Procedure 4(f)(3) [Doc. No. 19] (the "Motion"); and

WHEREAS on March 18, 2014, Plaintiffs Ingram Micro and Synnex filed a Request to Clerk for Entry of Default [Doc. No. 21] (the "Request") against Defendant Quanta Storage America, Inc.; and

WHEREAS Defendant Quanta Storage, Inc. has agreed to waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure and to waive any objections to the absence of service of a summons and the Complaint; and

WHEREAS Defendant Quanta Storage, Inc. has agreed to waive any objections to the enforcement of any judgment entered against Defendant Quanta Storage, Inc. in this action, based on the absence of service of a summons and the Complaint; and

WHEREAS Defendant Quanta Storage America, Inc. has agreed to waive any objections to service of a summons and the Complaint; and

WHEREAS Plaintiffs Ingram Micro and Synnex have agreed to withdraw the Motion and the Request,

NOW, THEREFORE, Plaintiff Ingram Micro, Plaintiff Synnex, Defendant Quanta Storage, Inc., and Defendant Quanta Storage America, Inc., through their respective counsel, hereby stipulate and agree that:

1. Defendant Quanta Storage, Inc. shall waive service of a summons under Rule 4 of

the Federal Rules of Civil Procedure.

2. Defendant Quanta Storage, Inc. shall waive any objections to the absence of service of a summons and the Complaint.

3. Defendant Quanta Storage, Inc. shall waive any objections to the enforcement of any judgment entered against Defendant Quanta Storage, Inc. in this action, based on the absence of service of a summons and the Complaint.

4. Defendant Quanta Storage America, Inc. shall waive any objections to service of a summons and the Complaint.

5. Plaintiffs Ingram Micro and Synnex shall withdraw their Motion to Serve Defendant Quanta Storage, Inc. Through Its U.S. Counsel Under Federal Rule of Civil Procedure 4(f)(3) [Doc. No. 19].

6. Plaintiffs Ingram Micro and Synnex shall withdraw their Request to Clerk for Entry of Default [Doc. No. 21].

7. The deadline for Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. to answer or otherwise respond to the Complaint shall be extended to Tuesday, June 24, 2014.

8. To the extent that Defendant Quanta Storage, Inc. and/or Defendant Quanta Storage America, Inc. move to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure or otherwise, the parties shall work in good faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than Tuesday, July 8, 2014, but in no event shall the response of Plaintiffs Ingram Micro Inc. and Synnex Corporation to any such motion(s) be due before Monday, August 25, 2014.

IT IS SO STIPULATED.

///
///
///
///
///

| | | |
|---|---|---|
| Dated: March 26, 2014 | | CROWELL & MORING LLP |

By: /S/ Daniel A. Sasse

Daniel A. Sasse
Angela J. Yu

Attorneys for Plaintiffs
Ingram Micro Inc. and Synnex Corporation

Dated: March 26, 2014   ASIA LAW

By: *[signature]*

Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B. No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886(2)2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: March 26, 2014 | CROWELL & MORING LLP |
| | By: /S/ Daniel A. Sasse |
| | Daniel A. Sasse |
| | Attorneys for Plaintiffs<br>Ingram Micro Inc. and Synnex Corporation |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/27/14

_/s/ Richard Seeborg_
Honorable Richard Seeborg
United States District Judge