1  Beatrice B. Nguyen (CSB No. 172961)
      bbnguyen@crowell.com
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, California 94111
   Telephone: 415.986.2800
4  Facsimile:  415.986.2827

5  Daniel A. Sasse (CSB No. 236234)
      dsasse@crowell.com
6  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
7  Irvine, California 92614
   Telephone: 949.263.8400
8  Facsimile:  949.263.8414

9  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to: | Case No. 3:13-cv-05370-RS |
| Hewlett-Packard Company,<br><br>            Plaintiff,<br><br>     v.<br><br>Toshiba Corporation, et al.,<br><br>            Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVICE OF PROCESS**<br><br>Hon. Richard Seeborg<br><br>[Fed. R. Civ. P. 4 and Civil L.R. 6-1] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION & [PROPOSED] ORDER RE
EXTENSION OF TIME & SERVICE OF PROCESS;
CASE NO. 3:13-CV-05370-RS

## STIPULATION

WHEREAS on October 24, 2013, Plaintiff Hewlett-Packard Company ("HP") filed a Complaint [Doc. No. 1] (the "Complaint") naming Quanta Storage, Inc. and Quanta Storage America, Inc., among others, as defendants; and

WHEREAS on October 25, 2013, a Summons in a Civil Action issued as to Defendant Quanta Storage, Inc., and a Summons in a Civil Action issued as to Defendant Quanta Storage America, Inc.; and

WHEREAS on March 5, 2014, Plaintiff HP filed a Motion to Serve Defendant Quanta Storage, Inc. Through Its U.S. Counsel Under Federal Rule of Civil Procedure 4(f)(3) [Doc. No. 14] (the "Motion"); and

WHEREAS on March 18, 2014, Plaintiff HP filed a Request to Clerk for Entry of Default [Doc. No. 16] (the "Request") against Defendant Quanta Storage America, Inc.; and

WHEREAS Defendant Quanta Storage, Inc. has agreed to waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure and to waive any objections to the absence of service of a summons and the Complaint; and

WHEREAS Defendant Quanta Storage, Inc. has agreed to waive any objections to the enforcement of any judgment entered against Defendant Quanta Storage, Inc. in this action, based on the absence of service of a summons and the Complaint; and

WHEREAS Defendant Quanta Storage America, Inc. has agreed to waive any objections to service of a summons and the Complaint; and

WHEREAS Plaintiff HP has agreed to withdraw the Motion and the Request,

NOW, THEREFORE, Plaintiff HP, Defendant Quanta Storage, Inc., and Defendant Quanta Storage America, Inc., through their respective counsel, hereby stipulate and agree that:

1. Defendant Quanta Storage, Inc. shall waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure.

2. Defendant Quanta Storage, Inc. shall waive any objections to the absence of service of a summons and the Complaint.

3. Defendant Quanta Storage, Inc. shall waive any objections to the enforcement of

any judgment entered against Defendant Quanta Storage, Inc. in this action, based on the absence of service of a summons and the Complaint.

4. Defendant Quanta Storage America, Inc. shall waive any objections to service of a summons and the Complaint.

5. Plaintiff HP shall withdraw its Motion to Serve Defendant Quanta Storage, Inc. Through Its U.S. Counsel Under Federal Rule of Civil Procedure 4(f)(3) [Doc. No. 14].

6. Plaintiff HP shall withdraw its Request to Clerk for Entry of Default [Doc. No. 16].

7. The deadline for Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. to answer or otherwise respond to the Complaint shall be extended to Tuesday, June 24, 2014.

8. To the extent that Defendant Quanta Storage, Inc. and/or Defendant Quanta Storage America, Inc. move to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure or otherwise, the parties shall work in good faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than Tuesday, July 8, 2014, but in no event shall the response of Plaintiff Hewlett-Packard Company to any such motion(s) be due before Monday, August 25, 2014.

IT IS SO STIPULATED.

Dated: March 26, 2014                     CROWELL & MORING LLP

                                          By:  /S/ Beatrice B. Nguyen

                                          Beatrice B. Nguyen
                                          Daniel A. Sasse
                                          Matthew J. McBurney
                                          Nathanial J. Wood
                                          Angela J. Yu

                                          Attorneys for Plaintiff
                                          Hewlett-Packard Company

Dated: March 26, 2014

ASIA LAW

By: _____

Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B. No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886(2)2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

### FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:   March 26, 2014          CROWELL & MORING LLP

By:   /S/ Beatrice B. Nguyen

Beatrice B. Nguyen

Attorneys for Plaintiff
Hewlett-Packard Company

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/27/14

_____
Honorable Richard Seeborg
United States District Judge