UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 2143 |
| This document relates to: | CASE NO. 3:13-cv-1877-RS |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR ANY AMENDMENT OF THE STATE OF FLORIDA'S COMPLAINT AND DEFENDANTS' RESPONSES** |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al. | |
| Defendants. | |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

1    WHEREAS, on January 10, 2014, this Court entered the Stipulation and Order Regarding Defendants' Responses to the State of Florida's Amended Complaint for Damages, Civil Penalties, Injunctive Relief which, among other things, ordered the parties to work in good faith to agree upon and submit a schedule for Defendants to file an answer in this action, if necessary, following the resolution of Defendants' motion to dismiss (Dkt. 23);

WHEREAS, on April 8, 2014, this Court dismissed Count III of Florida's Complaint with leave to amend. (Order Granting in Part and Denying in Part Motion to Dismiss State of Florida's Complaint, Dkt. 28);

WHEREAS, Florida is presently evaluating whether to file a second amended complaint; and

WHEREAS, the undersigned parties have conferred and agree on the below schedule.

It is therefore STIPULATED and AGREED that:

(i)    Florida may have until May 19, 2014 to file a second amended complaint;

(ii)    Defendants may then have 30 days from that date, until June 18, 2014, to file their responses to the second amended complaint (or the Florida Amended Complaint (Dkt. 11) if Florida elects not to file a second amended complaint); and

(iii)    To the extent any Defendant or Defendants move to dismiss, in whole or in part, any second amended complaint filed by Florida, pursuant to Federal Rule of Civil Procedure 12 or otherwise, those moving Defendants shall not be required to file an answer to that second amended complaint, if at all, until after the Court rules on any such motion. The parties further agree to negotiate in good faith and submit to the court a schedule for any such moving Defendants to file an answer, if necessary.

IT IS SO STIPULATED.

DATED: April 18, 2014    STATE OF FLORIDA

By    /s/ Lizabeth A. Brady
LIZABETH A. BRADY

Office of the Attorney General
State of Florida
PL-01, The Capitol

1

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134
Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiffs State of Florida*

DATED: April 18, 2014    LATHAM & WATKINS LLP

By ___/s/ Belinda S Lee___
     BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Attorneys for Defendants Toshiba Samsung Storage Technology Korea Corp., Toshiba Samsung Storage Technology Corp., and Toshiba Corp.*

DATED: April 18, 2014    WINSTON & STRAWN LLP

By ___/s/ Robert B. Pringle___
     ROBERT B. PRINGLE

101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
rpringle@winston.com

*Attorneys for Defendant NEC Corporation*

DATED: April 18, 2014    ROPES & GRAY LLP

By ___/s/ Mark S. Popofksy___
     MARK S. POPOFSKY

One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

2

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

DATED: April 18, 2014  BAKER BOTTS LLP

By  /s/ Evan Werbel
    EVAN WERBEL

1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
evan.werbel@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

DATED: April 18, 2014  DICKSTEIN SHAPIRO LLP

By  /s/ Lisa M. Kaas
    LISA M. KAAS

1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
kaasl @dicksteinshapiro.com

*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

DATED: April 18, 2014  O'MELVENY & MYERS LLP

By  /s/ Ian Simmons
    IAN SIMMONS

1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5106
Facsimile: (202) 383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd.*

3

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

| | | |
|---|---|---|
| 1 | DATED: April 18, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 2 | | By   /s/ John F. Cove, Jr. |
| 3 | | JOHN F. COVE, JR. |
| 4 | | 1999 Harrison Street, Suite 900 |
| 5 | | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 6 | | Facsimile: (510) 874-1460<br>jcove@bsfllp.com |
| 7 | | *Attorneys for Defendants Sony Corporation, Sony* |
| 8 | | *Optiarc America, Inc., and Sony Optiarc Inc.* |
| 9 | | |
| 10 | DATED: April 18, 2014 | VINSON & ELKINS LLP |
| 11 | | By   /s/ Craig P. Seebald |
| 12 | | CRAIG P. SEEBALD |
| 13 | | 2200 Pennyslvania Ave. NW<br>Suite 500 West |
| 14 | | Washington, DC 20037-1701<br>Telephone: (202) 639-6500 |
| 15 | | Facsimile: (202) 879-8950<br>cseebald@velaw.com |
| 16 | | |
| 17 | | *Attorneys for Defendant Hitachi, Ltd.* |
| 18 | DATED: April 18, 2014 | DLA PIPER LLP |
| 19 | | By   /s/ Deanna L. Cairo |
| 20 | | DEANA L. CAIRO |
| 21 | | 500 8th Street, N.W. |
| 22 | | Washington, DC 20004<br>Telephone: (202) 799-4523 |
| 23 | | Facsimile: (202) 799-5523<br>Deana.cairo@dlapiper.com |
| 24 | | |
| 25 | | *Attorneys for Defendant TEAC Corporation and TEAC America Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

1  DATED: April 18, 2014                EIMER STAHL LLP

2                                       By   /s/ Nathan P. Eimer
3                                              NATHAN P. EIMER

4                                       224 South Michigan Avenue, Suite 100
                                        Chicago, IL 60604
5                                       Telephone: (312) 660-7601
                                        Facsimile: (312) 692-1718
6                                       neimer@eimerstahl.com

7                                       *Attorneys for Defendant LG Electronics, Inc.*

8

9  DATED: April 18, 2014                JONES DAY

10                                      By   /s/ Eric P. Enson
                                               ERIC P. ENSON
11

12                                      555 South Flower Street, Fiftieth Floor
                                        Los Angeles, CA 90071
13                                      Telephone: (213) 489-3939
                                        Facsimile: (213) 243-2539
14                                      epenson@JonesDay.com

15                                      *Attorneys for Defendant Pioneer Electronics (USA)*
                                        *Inc., Pioneer North America, Inc., Pioneer*
16                                      *Corporation, and Pioneer High Fidelity Taiwan*
                                        *Co., LTD.*
17

18 DATED: April 18, 2014                WINTSON & STRAWN LLP

19                                      By   /s/ Jeffrey L. Kessler
20                                             JEFFREY L. KESSLER

21                                      200 Park Avenue
                                        New York, NY 10166
22                                      Telephone: (212) 294-6700
                                        Facsimile: (212) 294-4700
23                                      jkessler@dl.com

24                                      *Attorneys for Defendant Panasonic Corporation*
                                        *and Panasonic Corporation of North America*
25

26

27

28

5

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS

...

| | |
|---|---|
| 1   DATED: April 18, 2014 | NOVAK DRUCE CONNOLLY BOVE & QUIGG LLP |

2

By      /s/ Keith A. Walter Jr.
       KEITH A. WALTER JR.

1007 North Orange Street Ninth Floor
Wilmington, DE 19801
Telephone: (302) 252-4258
Facsimile: (302) 658-5614
Keith.Walter@novakdruce.com

*Attorneys for Defendant Quanta Storage Inc. and Quanta Storage America Inc.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  4/21/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6126835

6

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Schedule for Any Amendment of Florida Complaint
MDL No. 2143; CASE NO. 3:13-cv-1877-RS