UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 10-md-02143-RS (JCS) |
| | MDL No. 2143 |
| This document relates to: | **DISCOVERY ORDER** |
| INDIRECT PURCHASER ACTIONS | Re: Dkt. No. 1190 |

On April 10, 2014, Defendants and Indirect Purchaser Plaintiffs ("IPPs") submitted a joint letter to this Court regarding Defendants' request to take a second deposition of IPP expert Dr. Kenneth Flamm. *See* Dkt. No. 1190. The Court has reviewed the parties' submissions and it GRANTS Defendants' request. IPPs shall provide Dr. Flamm for a deposition of not more than four hours on or before May 2, 2014.

**IT IS SO ORDERED.**

Dated: April 22, 2014

JOSEPH C. SPERO
United States Magistrate Judge