| | |
|---|---|
| 1 | Mark S. Popofsky (SBN 175476) |
| | Mark.Popofsky@ropesgray.com |
| 2 | ROPES & GRAY LLP |
| | One Metro Center |
| 3 | 700 12th Street NW, Suite 900 |
| | Washington, DC 20005-3948 |
| 4 | Telephone: (202) 508-4600 |
| | Facsimile: (202) 508-4650 |
| 5 | |
| | Jane E. Willis (*pro hac vice*) |
| 6 | Jane.Willis@ropesgray.com |
| | ROPES & GRAY LLP |
| 7 | Prudential Tower |
| | 800 Boylston Street |
| 8 | Boston, MA 02199-3600 |
| | Telephone: (617) 951-7000 |
| 9 | Facsimile: (617) 951-7050 |
| 10 | Michelle L. Visser (SBN 277509) |
| | Michelle.Visser@ropesgray.com |
| 11 | ROPES & GRAY LLP |
| | Three Embarcadero Center |
| 12 | San Francisco, CA 94111-4006 |
| | Telephone: (415) 315-6300 |
| 13 | Facsimile: (415) 315-6350 |

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. & Hitachi-LG Data Storage Korea, Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-MD-02143-RS-JCS<br>Case No. 3:13-cv-05372-RS |
| This document relates to:<br><br>INGRAM MICRO INC. AND SYNNEX CORPORATION,<br><br>                    Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>                    Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge Richard Seeborg |

1  Plaintiffs and Defendants, through the undersigned counsel, request that the Court enter the following order to continue the hearing date and briefing dates on Defendants' Joint Motion to Dismiss, extend Plaintiff's time to file a first amended complaint, and extend Defendants' time to answer or otherwise respond to that first amended complaint.

WHEREAS, on October 25, 2013, Ingram Micro Inc. and Synnex Corporation (together, "Plaintiffs") filed a Complaint for Damages and Injunctive Relief, No. 3:13-cv-05372-RS (Dkt. No. 1) (the "Complaint");

WHEREAS, on April 17, 2014, Defendants filed a Joint Motion to Dismiss the Complaint, No. 3:13-cv-05372-RS (Dkt. No. 24) ("Defendants' Motion");

WHEREAS, the hearing on Defendants' Motion is currently set for July 10, 2014;

WHEREAS, pursuant to the Stipulation and Order Regarding Service of Process entered by the Court on January 24, 2014 (No. 3:13-cv-05372-RS (Dkt. No. 18)), Plaintiffs and Defendants were to present an agreed-upon briefing schedule to the Court no later than May 1, 2014, under which Plaintiffs would not be required to respond to Defendants' Motion before June 16, 2014;

WHEREAS, in lieu of responding to Defendant's Motion, Plaintiffs wish to amend their Complaint;

WHEREAS, Plaintiffs' current deadline to amend their Complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1) is May 8, 2014;

NOW, THEREFORE, it is stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Plaintiffs' deadline to amend the Complaint is extended to June 16, 2014. Any such amendment of the Complaint will constitute the Plaintiffs' one amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1).

2. If Plaintiffs file a first amended complaint on or before June 16, 2014:

A. Defendants' Motion shall be withdrawn as moot and the hearing on Defendants' Motion vacated.

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

|   |   |
|---|---|
| 1 |     B. Defendants shall have forty-five (45) days from the filing of such first amended complaint to respond thereto.  To the extent any Defendant or Defendants move to dismiss such first amended complaint, the parties shall work in good faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than fourteen (14) days after the filing of the motion. |

    B. Defendants shall have forty-five (45) days from the filing of such first amended complaint to respond thereto.  To the extent any Defendant or Defendants move to dismiss such first amended complaint, the parties shall work in good faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than fourteen (14) days after the filing of the motion.

    3. If Plaintiffs fail to file a first amended complaint on or before June 16, 2014, Plaintiffs' opposition to Defendants' Motion shall be due on June 20, 2014, and the parties shall work in good faith to reach an agreed-upon schedule for Defendants' reply in support of Defendants' Motion and for the hearing on Defendants' Motion.  The hearing on Defendants' Motion shall be continued until such time as may be set pursuant to such agreement.

    IT IS SO STIPULATED.

Dated:  April 30, 2014        Respectfully submitted,

               By: /s/ Michelle L. Visser
                 Michelle L. Visser

               ROPES & GRAY LLP
               Mark S. Popofsky (SBN 175476)
               700 12th Street, NW, Suite 900
               Washington, DC  20005-3948
               Telephone: (202) 508-4600
               Facsimile: (202) 508-4650
               Mark.Popofsky@ropesgray.com

               ROPES & GRAY LLP
               Jane E. Willis (*pro hac vice*)
               Prudential Tower
               800 Boylston Street
               Boston, MA  02199-3600
               Telephone: (617) 951-7000
               Facsimile: (617) 951-7050
               Jane.Willis@ropesgray.com

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

ROPES & GRAY LLP
Michelle L. Visser (SBN 277509)
Three Embarcadero Center
San Francisco, California 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350
Michelle.Visser@ropesgray.com

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*


By:   /s/ Daniel A. Sasse
        Daniel A. Sasse

CROWELL & MORING LLP
Daniel A. Sasse
3 Park Plaza
20th Floor
Irvine, California 92614-8505
Telephone: (949) 798-1347
dsasse@crowell.com

*Attorneys for Plaintiffs Ingram Micro Inc. and Synnex Corporation*


By:   /s/ Evan Werbel
        Evan Werbel

BAKER BOTTS LLP
Evan Werbel
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
evan.werbel@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc.*

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

```
 1                                          By:     /s/ Belinda S. Lee
                                                    Belinda S. Lee
 2
                                            LATHAM & WATKINS LLP
 3                                          Daniel M. Wall
                                            Brendan A. McShane
 4                                          Belinda S. Lee
                                            John Pellegrini
 5                                          505 Montgomery Street, Suite 2000
                                            San Francisco, CA 94111-6538
 6                                          Telephone:  (415) 391-0600
                                            Facsimile:  (415) 395-8095
 7
 8
                                            Attorneys for Defendant Toshiba Corporation and
 9                                          Toshiba America Information Systems, Inc.
10

11
                                            By:     /s/ Robert B. Pringle
12                                                  Robert B. Pringle
13                                          WINSTON & STRAWN LLP
                                            Robert B. Pringle
14                                          Paul R. Griffin
                                            Sean D. Meenan
15                                          101 California Street
                                            San Francisco, CA 94111-5894
16                                          Telephone:  (415) 591-1000
                                            Facsimile:  (415) 591-1400
17                                          rpringle@winston.com
                                            pgriffin@winston.com
18                                          smeenan@winston.com
19
                                            Attorneys for Defendant NEC Corporation
20
21
22
23
24
25
26
27
28
```

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

```
 1                                           By:    /s/ Lisa M. Kaas
                                                    Lisa M. Kaas
 2
                                             DICKSTEIN SHAPIRO LLP
 3                                           Lisa M. Kaas
                                             1825 Eye Street NW
 4                                           Washington, DC 20006
                                             Telephone: (202) 420-2200
 5                                           Facsimile: (202) 420-2201
                                             kaasl@docksteinshapiro.com
 6
 7                                           Attorneys for Defendants BenQ Corporation and
                                             BenQ America Corp.
 8
 9

10
                                             By:    /s/ John F. Cove, Jr.
11                                                  John F. Cove, Jr.

12                                           BOIES SCHILLER & FLEXNER LLP
                                             John F. Cove, Jr.
13                                           1999 Harrison Street, Suite 900
                                             Oakland, CA 94612
14                                           Telephone: (510) 874-1000
                                             Facsimile: (510) 874-1460
15                                           jcove@bsfllp.com

16
                                             Attorneys for Defendants Sony Corporation, Sony
17                                           Electronics, Inc., Sony Optiarc Inc., and Sony
                                             Optiarc America, Inc.
18
19

20
                                             By:    /s/ Mary Ellen Hennessy
21                                                  Mary Ellen Hennessy

22                                           KATTEN MUCHIN ROSENMAN LLP
                                             Mary Ellen Hennessy
23                                           Aharon S. Kaye
                                             525 W. Monroe Street
24                                           Chicago, IL 60661-3693
                                             Telephone: (312) 902-5200
25
                                             Facsimile: (312) 902-1061
26                                           maryellen.hennessy@kattenlaw.com
                                             aharon.kaye@kattenlaw.com
27

28
```

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

```
KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4582
Facsimile: (310) 712-8434
Stuart.richter@kattenlaw.com
```

*Attorneys for TEAC Corporation and TEAC America, Inc.*


By: /s/ Nathan P. Eimer
    Nathan P. Eimer

```
EIMER STAHL LLP
Nathan P. Eimer
224 South Michigan Avenue, Suite 100
Chicago, IL 60604
Telephone: (312) 660-7601
Facsimile: (312) 692-1718
neimer@eimerstahl.com
```

*Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.*


By: /s/ Jeffrey L. Kessler
    Jeffrey L. Kessler

```
WINSTON & STRAWN LLP
Jeffrey L. Kessler
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@dl.com
```

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

| | |
|---|---|
| 1 | |
| 2 | Pursuant to General Order No. 45, § X-B and Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories. |

Dated: April 30, 2014                    /s/ Michelle L. Visser
                                         Michelle L. Visser

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT**
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/6, 2014

_____
Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AND EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT
MDL No. 3:10-MD-02143-RS-JCS; Case No. 3:13-cv-05372-RS