IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 RS<br>**ORDER DENYING INTERVENTION** |
| This Document Relates to:<br>ALL ACTIONS | |

To the extent non-party Fanshawe College of Applied Arts and Technology seeks formal intervention in this matter, its motion is denied as procedurally improper and on the grounds that it has failed to make the requisite showing on the merits that formal intervention, permissive or as of right, is warranted. To the extent that Fanshawe merely sought to offer its views on the pending sealing motions, its submission may be considered as similar to that of an *amicus*, and it has been reviewed in that vein.

The sealing motions will be decided under the appropriate legal standards and based on the factual record. No further submissions from non-parties will be entertained, in the absence of a legal basis therefor and compliance with all applicable procedural rules.

1   Dated: 5/15/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE