UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: RICHARD SEEBORG**

**Date**: May 16, 2014

**Case No:** 10-md-02143 RS

**Case Title**: In Re: Optical Disk Drive Products Antitrust Litigation

**Appearances:**

    For Plaintiff(s):   Guido Saveri, Cadio Zirpoli, Gary Specks, Gregory Arenson
        **(Appearances continued on attached sheet)**

    For Defendant(s):  Nathan Eimer, David Bamberger, Belinda Lee, Brendan McShane
        **(Appearances continued on attached sheet)**

**Deputy Clerk**: Corinne Lew　　　　　　　　　**Court Reporter**: James Pence
**Time in Court:** 5 ½ hours

## PROCEEDINGS

Motion for Class Certification Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted
        ( ) Denied
        ( ) Granted in part/Denied in part
        **(X) Taken under submission**
        ( ) Withdrawn/Off Calendar
        () Continued to:

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**

**Continued Appearances:**

For Plaintiff: Shana Scarlett, Jeff Friedman, Steve Berman, Travis Manfredi, Aaron Sheanin, Michael Lehmann, Adam Zapala, Nancy Fineman, Brendan Glackin

For Defendant: Ian Simmons, James Pearl, Keith Walter, Minda Schechter, Robert Pringle, Charles Loughlin, Jeffrey Kessler, Kieran Ringgenberg, John Cove, Mark Popofsky, James Levine, George Mastoris