Kaiwen Tseng (193756)
ktseng@techknowledgelaw.com
Hsiang "James" H. Lin (SBN 241472)
jlin@techknowledgelaw.com
**TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300

James B. Baldinger (*pro hac vice*)
jbaldinger@cfjblaw.com
David B. Esau (*pro hac vice*)
desau@cfjblaw.com
**CARLTON FIELDS JORDEN BURT, P.A.**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Telephone: (561) 659-7070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Master File No. 3:10-md-2143 RS<br><br>MDL Docket No. M 10-2143 |
| This Document Relates to<br><br>Case No. 3:13-cv-04991-RS<br><br>ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.<br><br>        Plaintiffs,<br><br>    vs.<br><br>LITE-ON IT CORPORATION; NEC CORPORATION; KONINKLIJKE PHILIPS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY; PIONEER | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge Richard Seeborg |

| | |
|---|---|
| 1 | ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SONY CORPORATION; SONY ELECTRONICS INC.; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY OPTIARC INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, |

Defendants.

WHEREAS, on May 6, 2014, the Pioneer Defendants filed a motion to dismiss Plaintiffs' Second Amended Complaint [MDL Dkt. 1248], and Plaintiffs' response is currently due May 20, 2014;

WHEREAS, on May 7, 2014, the Defendants filed a joint motion to dismiss Plaintiffs' Second Amended Complaint [MDL Dkt. 1252], and Plaintiffs' response is currently due May 21, 2014;

WHEREAS, a hearing on the motions is currently set for July 10, 2014;

WHEREAS, the parties have conferred and agree to extend the briefing schedule on the motions;

NOW, THEREFORE, it is stipulated by and between the undersigned parties that:

1. Plaintiffs' responses in opposition to the motions shall be June 6, 2014;

2. Defendants' replies in support of the motions shall be June 20, 2014;

IT IS SO STIPULATED.

Dated: May 19, 2014                     **CARLTON FIELDS JORDEN BURT, P.A.**

By: */s/ David B. Esau*
    DAVID B. ESAU (*pro hac vice*)
    CityPlace Tower
    525 Okeechobee Boulevard, Suite 1200
    West Palm Beach, Florida 33401-6350
    desau@cfjblaw.com
    Telephone: (561) 659-7070

Counsel for Plaintiffs
*ACER INC.; ACER AMERICA CORPORATION;*

|   |   |   |
|---|---|---|
| 1 |   | GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC. |
| 2 |   |   |
| 3 |   |   |
| 4 | DATED: May 19, 2014 | **LATHAM & WATKINS LLP** |

DATED: May 19, 2014                                **LATHAM & WATKINS LLP**

By: /s/ Belinda S. Lee
    BELINDA S LEE
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8075
    belinda.lee@lw.com

Counsel for Defendants
*TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.*

DATED: May 19, 2014                                **BAKER BOTTS L.L.P.**

By: /s/ John Taladay
    JOHN TALADAY
    EVAN J. WERBEL
    1299 Pennsylvania Ave NW
    Washington, DC 20004
    Telephone: (202) 383-7199
    Facsimile: (202) 383-6610
    john.taladay@bakerbotts.com
    evan.werbel@bakerbotts.com

Counsel for Defendants
*LITE-ON IT CORPORATION; KONINKLIJKE PHILIPS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; and PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

DATED: May 19, 2014                                **O'MELVENY & MYERS LLP**

By: /s/ Ian Simmons
    IAN SIMMONS
    1625 Eye Street, NW

|   |   |   |
|---|---|---|
| 1 | | Washington, DC 20006 |
| 2 | | Telephone: (202) 383-5106 |
|   | | Facsimile: (202) 383-5414 |
| 3 | | isimmons@omm.com |
| 4 | | Counsel for Defendants |
|   | | *SAMSUNG ELECTRONICS CO, LTD. and SAMSUNG* |
| 5 | | *ELECTRONICS AMERICA, INC.* |

6

7   DATED: May 19, 2014                           **WINSTON & STRAWN LLP**

8                                                 By: */s/ Robert B. Pringle*
                                                      ROBERT B. PRINGLE
9                                                     101 California Street, Suite 3900
                                                      San Francisco, CA 94111
10                                                    Tel: 415-591-1000
                                                      Fax: 415-591-1400
11                                                    rpringle@winston.com

12                                                Counsel for Defendant
13                                                *NEC CORPORATION*

14

15  DATED: May 19, 2014                           **JONES DAY**

16                                                By: */s/ Eric P. Enson*
                                                      ERIC P. ENSON
17                                                    555 South Flower Street, Fiftieth Floor
                                                      Los Angeles, CA 90071
18                                                    Telephone: (213) 489-3939
                                                      Facsimile: (213) 243-2539
19                                                    epenson@JonesDay.com

20
                                                  Counsel for Defendants
21                                                *PIONEER CORPORATION; PIONEER DIGITAL*
                                                  *DESIGN & MANUFACTURING COMPANY;*
22                                                *PINOEER ELECTRONICS (USA) INC.; PIONEER*
                                                  *HIGH FIDELITY TAIWAN CO., LTD.; and PIONEER*
23                                                *NORTH AMERICA, INC.*

24

25

26  DATED: May 19, 2014                           **BOIES SCHILLER & FLEXNER LLP**

27                                                By: */s/ John F. Cove, Jr.*
                                                      JOHN F. COVE, JR.
28                                                    1999 Harrison Street, Suite 900

29993963.1                                         -4-
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTIONS TO DISMISS

Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
jcove@bsfllp.com

Counsel for Defendants
*SONY CORPORATION; SONY ELECTRONICS INC., SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; AND SONY OPTIARC INC.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/20/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE