1   Christopher M. Neumeyer (CSB No. 151994)
    Asia Law Foreign Legal Affairs Law Firm
2   17F, Suite B, No. 167
    Dunhua North Road
3   Taipei 10549, Taiwan
    Telephone: +886-2-2717-1999
4   chrisneumeyer@asialaw.biz

5   Attorneys for Defendants
    Quanta Storage, Inc. and Quanta Storage America, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  | IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
13

14  | This document relates to: | Case No. 3:13-cv-05370-RS |

15  Hewlett-Packard Company,                    **STIPULATION AND [~~PROPOSED~~]**
                                                 **ORDER REGARDING EXTENSION OF**
16                          Plaintiff,           **TIME TO RESPOND TO FIRST**
                                                 **AMENDED COMPLAINT**
17          v.
                                                 Hon. Richard Seeborg
18  Toshiba Corporation, et al.,
                                                 [Fed. R. Civ. P. 4 and Civil L.R. 6-1]
19                          Defendants.

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS on October 24, 2013, Plaintiff Hewlett-Packard Company ("HP") filed a Complaint [Doc. No. 1] (the "Complaint") naming Quanta Storage, Inc. ("QSI") and Quanta Storage America, Inc. ("QSA"), among others, as defendants; and

WHEREAS on March 26, 2014, Plaintiff HP and Defendants QSI and QSA signed a Stipulation and [Proposed] Order Regarding Extension of Time to Respond to Complaint and Service of Process, in which QSI and QSA agreed to waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure and waive any objections to the absence of service of a summons and the Complaint, and the parties to the stipulation agreed to extend the deadline for QSI and QSA to answer or otherwise respond to the Complaint to Tuesday, June 24, 2014, and this Court granted an Order based on that stipulation; and

WHEREAS on May 8, 2014, Plaintiff HP filed a First Amended Complaint in this matter, adding three new causes of action;

NOW, THEREFORE, Plaintiff HP and Defendants QSI and QSA, through their respective counsel, hereby stipulate and agree that:

1.      Defendants QSI and QSA shall waive any objections to service of the First Amended Complaint filed by Plaintiff HP on May 8, 2014; and

2.      Defendants QSI and QSA shall not be required to answer or otherwise respond to the Complaint by June 24, 2014, as stated in the prior stipulation signed by QSI and QSA; and

3.      Defendants QSI and QSA shall have until August 8, 2014 to answer or otherwise respond to the First Amended Complaint.  To the extent that Defendant Quanta Storage, Inc. and/or Defendant Quanta Storage America, Inc. move to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) or otherwise, the parties shall work in good faith to reach an agreed upon briefing schedule that they shall present to the Court no later than August 22, 2014, but in no event shall HP's response to any such motion(s) be due before October 7, 2014.

///

///

STIPULATION & [PROPOSED] ORDER RE
EXTENSION OF TIME;
CASE NO. 3:13-CV-05370-RS

1    ///

2    ///

3    IT IS SO STIPULATED.

4

5    Dated:  June 13, 2014                    CROWELL & MORING LLP

6

7                                    By:   **/S/ Daniel A. Sasse**

8                                          Beatrice B. Nguyen
                                           Daniel A. Sasse
9                                          Matthew J. McBurney
                                           Nathanial J. Wood
10                                         Angela J. Yu

11                                         Attorneys for Plaintiff
                                           Hewlett-Packard Company
12
                                           ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM
13   Dated:  June 13, 2014

14                                   By:   **/S/ Christopher M. Neumeyer**

15                                         Christopher M. Neumeyer (CSB No. 151994)
                                           Asia Law Foreign Legal Affairs Law Firm
16                                         17F, Suite B, No. 167
                                           Dunhua North Road
17                                         Taipei 10549, Taiwan
                                           Telephone: +886 (2) 2717-1999
18                                         chrisneumeyer@asialaw.biz

19                                         Attorneys for Defendants
                                           Quanta Storage, Inc. and Quanta Storage America, Inc.
20

21

22

23                            **FILER ATTESTATION**

24            Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the

25   United States District Court for the Northern District of California, I, Christopher M. Neumeyer,

26   hereby attest that concurrence in the filing of this document has been obtained from each of the

27   other signatories.

28

STIPULATION & [PROPOSED] ORDER RE
EXTENSION OF TIME;
CASE NO. 3:13-CV-05370-RS

1

2  Dated:      June 13, 2014                          ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

3

4                                 By:  **/S/ Christopher M. Neumeyer**

5                                      Christopher M. Neumeyer

6                                      Attorneys for Defendants
                                       Quanta Storage, Inc. and Quanta Storage America, Inc.
7

8

9

10

11

12                              **[PROPOSED] ORDER**

13          PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  DATED: 6/13/14

15                                      Honorable Richard Seeborg
                                        United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER RE
EXTENSION OF TIME;
CASE NO. 3:13-CV-05370-RS