Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B, No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886-2-2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage
America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS |
| Ingram Micro Inc., et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND SERVICE OF PROCESS** |
| Plaintiffs, | |
| v. | |
| LG Electronics, Inc., et al., | Hon. Richard Seeborg |
| Defendants. | [Fed. R. Civ. P. 4 and Civil L.R. 6-1] |

**STIPULATION**

WHEREAS on October 25, 2013, Plaintiffs Ingram Micro Inc. ("Ingram Micro") and Synnex Corporation ("Synnex") filed a Complaint for Damages and Injunctive Relief [Doc. No. 1] (the "Complaint") naming Quanta Storage, Inc. ("QSI") and Quanta Storage America, Inc. ("QSA"), among others, as defendants; and

WHEREAS on March 26, 2014, Plaintiffs Ingram Micro and Synnex and Defendants QSI and QSA signed a Stipulation and [Proposed] Order Regarding Extension of Time to Respond to Complaint and Service of Process, in which QSI and QSA agreed to waive service of a summons under Rule 4 of the Federal Rules of Civil Procedure and to waive any objections to the absence of service of a summons and the Complaint, and the parties to the stipulation agreed to extend the deadline for QSI and QSA to answer or otherwise respond to the Complaint to Tuesday, June 24, 2014, and this Court granted an Order based on that stipulation; and

WHEREAS on April 17, 2014 other defendants in this action, not including QSI and QSA (the "Other Defendants"), filed a Joint Motion to Dismiss the Complaint in this matter; and

WHEREAS on April 30, 2014, Plaintiffs Ingram Micro and Synnex and the Other Defendants signed a Stipulation and Proposed Order Continuing Hearing on Defendants' Joint Motion to Dismiss and Extending Time to File First Amended Complaint, which states that (i) "Plaintiffs wish to amend their Complaint," (ii) plaintiffs' deadline to amend the Complaint shall be extended to June 16, 2014, (iii) the Other Defendants' Joint Motion to Dismiss the Complaint shall be withdrawn, and (iv) the Other Defendants shall have forty-five (45) days from the filing of the amended complaint to file a response, and this Court granted an Order based on that stipulation;

NOW, THEREFORE, Plaintiffs Ingram Micro and Synnex and Defendants Quanta Storage, Inc., and Defendant Quanta Storage America, Inc., through their respective counsel, hereby stipulate and agree that:

1. Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. shall not be required to answer or otherwise respond to the Complaint by June 24, 2014, as stated in the prior stipulation signed by QSI and QSA; and

2. In the event that Plaintiffs Ingram Micro Inc. and Synnex Corporation file an amended Complaint by June 16, 2014, Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. shall have forty-five (45) days from the filing of such amended Complaint to respond thereto; and

3. In the event that Plaintiffs Ingram Micro and Synnex Corporation fail to file an amended Complaint by June 16, 2014, Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. shall have forty-five (45) days from June 16, 2014 to answer or otherwise respond to the (un-amended) Complaint.

IT IS SO STIPULATED.

/ / /

/ / /

Dated: June 13 , 2014              CROWELL & MORING LLP

                                   By:  **/S/ Daniel A. Sasse**

                                        Daniel A. Sasse
                                        Angela J. Yu

                                        Attorneys for Plaintiffs
                                        Ingram Micro Inc. and Synnex Corporation

Dated: June 13 , 2014              ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

                                   By:  **/S/ Christopher M. Neumeyer**

                                        Christopher M. Neumeyer (CSB No. 151994)
                                        Asia Law Foreign Legal Affairs Law Firm
                                        17F, Suite B, No. 167
                                        Dunhua North Road
                                        Taipei 10549, Taiwan
                                        Telephone: +886 (2) 2717-1999
                                        chrisneumeyer@asialaw.biz

                                        Attorneys for Defendants
                                        Quanta Storage, Inc. and Quanta Storage America, Inc.

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Christopher M. Neumeyer, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 13, 2014         ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

By:   **/S/ Christopher M. Neumeyer**

Christopher M. Neumeyer

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/13/14

Honorable Richard Seeborg
United States District Judge

-3-   STIPULATION & [PROPOSED] ORDER RE EXTENSION OF TIME & SERVICE OF PROCESS; CASE NO. 3:13-CV-05372-RS