1  Keith A. Walter, Jr. *(admitted Pro Hac Vice)*
   DRINKER BIDDLE & REATH LLP
2  222 Delaware Avenue, Suite 1410
   Wilmington, Delaware 19801
3  Tel.  (302) 467-4200
   Fax  (302) 467-4201
4  keith.walter@dbr.com

5  Minda R. Schechter (SBN 065889)
   NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
6  333 South Grand Ave., 23rd Floor
   Los Angeles, California  90071
7  Tel.  (213) 787-2500
   Fax  (213) 687-0498
8  minda.schechter@novakdruce.com

9  Attorneys for Defendants
   QUANTA STORAGE INC. and
10 QUANTA STORAGE AMERICA, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  IN RE OPTICAL DISK DRIVE<br>PRODUCTS ANTITRUST LITIGATION | |
| 17  _____ | Base Case No. 3:10-md-02143 RS |
| 18  This Document Relates To: | Case No. 3:13-cv-1877-RS |
| 19  STATE OF FLORIDA, OFFICE OF THE<br>ATTORNEY GENERAL, DEPARTMENT<br>20  OF LEGAL AFFAIRS, | |
| 21                              Plaintiff, | ORDER<br>**STIPULATION FOR EXTENSION OF** |
| 22       v. | **TIME FOR QUANTA STORAGE, INC.**<br>**AND QUANTA STORAGE AMERICA,**<br>**INC. TO RESPOND TO THE STATE OF** |
| 23  HITACHI-LG DATA STORAGE, INC.,<br>     et al. | **FLORIDA'S SECOND AMENDED**<br>**COMPLAINT** |
| 24 | |
| 25                              Defendants. | |

26

27

28

Base Case No. 3:10-md-02143 RS
MDL No. 2143
ACTIVE/ 75951828.1

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO STATE OF FLORIDA SECOND
AMENDED COMPLAINT

1    WHEREAS, on April 21, 2014, this Court entered an Order directing that the State of
2    Florida shall have until May 19, 2014, to file a second amended complaint and that defendants
3    shall file responses to the State of Florida's second amended complaint on or before June 18,
4    2014 (Dkt. No. 1216);

5    WHEREAS, on May 19, 2014, the State of Florida filed its Second Amended Complaint
6    ("Florida's Second Amended Complaint");

7    WHEREAS, defendants Quanta Storage, Inc. and Quanta Storage America, Inc. ("the
8    Quanta Defendants")  response to Florida's Second Amended Complaint is currently due on June,
9    18, 2014;

10   WHEREAS the Quanta Defendants seek a one week extension of time in which to
11   respond to the State of Florida's second amended complaint because counsel of record Keith A.
12   Walter, Zhun Lu, and Curt Lambert have recently changed law firms from Novak Druce
13   Connolly Bove + Quigg LLP to Drinker Biddle & Reath LLP, which has encumbered the
14   preparation and review of the Quanta Defendants' responsive pleading;

15   WHEREAS, counsel for the State of Florida have agreed that the Quanta Defendants may
16   have until June 25, 2014 to respond to the second amended complaint;

17   WHEREAS, counsel for the State of Florida informed Minda Schechter, who also called
18   on behalf of the Quanta Defendants, that the State of Florida will not seek a default judgment in
19   view of the agreed-upon extension; and

20   WHEREAS, permitting the Quanta Defendants' responses to be filed on or before June
21   25, 2014, will have no effect on the schedule for this case.

22   NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the
23   Court, that the Quanta Defendants' response to the State of Florida's Second Amended Complaint
24   may be filed on or before June 25, 2014.

25   IN WITNESS WHEREOF, the Quanta Defendants and the State of Florida have caused
26   this Stipulation to be executed by their duly authorized representatives.

27

28

Base Case No. 3:10-md-02143 RS
MDL No. 2143
ACTIVE/ 75951828.1

-2-

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO STATE OF FLORIDA SECOND
AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: June 17, 2014 | For the Quanta Defendants: |
| 2 | | */s/ Minda R. Schechter* |
| | | Minda R. Schechter (SBN 065889) |
| 3 | | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| | | 333 South Grand Ave., 23rd Floor |
| 4 | | Los Angeles, California  90071 |
| | | Tel.  (213) 787-2500 |
| 5 | | Fax  (213) 687-0498 |
| | | minda.schechter@novakdruce.com |
| 6 | | |
| | | *Attorneys for Defendants* |
| 7 | | *Quanta Storage, Inc. and* |
| | | *Quanta Storage America, Inc.* |
| 8 | | |
| | | For the State of Florida, Office of the Attorney |
| 9 | | General, Department of Legal Affairs: |
| 10 | | */s/ Lizabeth A. Brady* |
| | | Lizabeth A. Brady |
| 11 | | OFFICE OF THE ATTORNEY GENERAL |
| | | ANTITRUST DIVISION |
| 12 | | The Capitol, PL-01 |
| | | Tallahassee, FL  32399-1050 |
| 13 | | Tel.  (850) 414-3851 |
| | | Fax  (850) 488-9134 |
| 14 | | liz.brady@myfloridalegal.com |
| 15 | | Nicholas J. Weilhammer |
| | | OFFICE OF THE ATTORNEY GENERAL |
| 16 | | STATE OF FLORIDA |
| | | The Capitol, PL-01 |
| 17 | | Tallahassee, FL  32399-1050 |
| | | Tel.  (850) 414-3300 |
| 18 | | Fax  (850) 488-9134 |
| | | nicholas.weilhammer@myfloridalegal.com |
| 19 | | |
| | | *Attorneys for Plaintiff* |
| 20 | | *State of Florida* |

21

22    Pursuant to General Order 45, Part X.B., I attest that concurrence in the filing of this

23  document has been obtained from the other signatories hereto.

| | | |
|---|---|---|
| 24 | | */s/ Minda R. Schechter* |
| | | Minda R. Schechter (SBN 065889) |
| 25 | | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| | | 333 South Grand Ave., 23rd Floor |
| 26 | | Los Angeles, California  90071 |
| | | Tel.  (213) 787-2500 |
| 27 | | Fax  (213) 687-0498 |
| | | minda.schechter@novakdruce.com |
| 28 | | |

Base Case No. 3:10-md-02143 RS
MDL No. 2143                                             -3-        STIPULATION FOR EXTENSION OF TIME TO
ACTIVE/ 75951828.1                                                   RESPOND TO STATE OF FLORIDA SECOND
                                                                                 AMENDED COMPLAINT

|   |   |
|---|---|
| 1 | Keith A. Walter, Jr. *(admitted pro hac vice)* |
|   | DRINKER BIDDLE & REATH LLP |
| 2 | 222 Delaware Avenue, Suite 1410 |
|   | Wilmington, Delaware 19801 |
| 3 | Tel. (302) 467-4200 |
|   | Fax (302) 467-4201 |
| 4 | keith.walter@dbr.com |

*Attorneys for Defendants*
*Quanta Storage, Inc. and*
*Quanta Storage America, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  6/18/14                          _____
                                         Hon. Richard Seeborg
                                         United States District Judge