UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143 RS |
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>    Plaintiff,<br><br> v.<br><br>Toshiba Corporation, et al.,<br><br>    Defendants. | Case No. 3:13-cv-05370 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A PROPOSED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS HP'S FIRST AMENDED COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Extending Time to File a Proposed Briefing Schedule
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

1    WHEREAS, Hewlett-Packard Company ("HP") has filed two separate actions—(i) the above-captioned action, and (ii) *Hewlett-Packard Co. v. LG Electronics, Inc. et. al.,* Case No. 3:13-cv-05371 (the "Second Action")—both of which have been transferred to this Court as part of MDL No. 2143 (Dkt. 1073);

    WHEREAS, on May 23, 2014, the Court entered a Stipulation and Order Regarding Defendants' Responses to First Amended Complaint in this action, stating that to the extent any Defendant or Defendants move to dismiss HP's First Amended Complaint, the parties shall work in good faith to reach an agreed upon briefing schedule to present to the Court no later than July 7, 2014 (Dkt. 28);

    WHEREAS, on June 23, 2014, the undersigned Defendants filed a motion to dismiss the First Amended Complaint in this action (Dkt. 32) pursuant to Federal Rule of Civil Procedure 12(b)(6);

    WHEREAS, on June 23, 2014, HP filed a separate Second Amended Complaint in the Second Action, Case No. 3:13-cv-05371, naming certain other Defendants, and those Defendants' responses to that complaint are due on or before August 7, 2014 (*see* Case No. 3:13-cv-05371, Dkt. 33);

    WHEREAS, the parties in this action continue to meet and confer regarding a proposed briefing schedule, including a proposal for consolidated briefing between the motion to dismiss filed in this action and any motion(s) to dismiss which may be filed in the Second Action (Case No. 3:13-cv-05371), and request additional time in order to reach such an agreed-upon briefing schedule; and

    WHEREAS, the parties believe they can present a proposed briefing schedule to the Court no later than July 18, 2014;

    It is therefore STIPULATED and AGREED, subject to Court approval, that:

    The parties shall work in good faith to reach an agreed upon briefing schedule for the Defendants' pending motion to dismiss (Dkt. 32) and shall present a stipulated briefing schedule to the Court no later than July 18, 2014.

    IT IS SO STIPULATED.

1

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Extending Time to File a Proposed Briefing Schedule
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 7, 2014 | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By    /s/ Belinda S Lee<br>BELINDA S LEE |
| 5 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 6 | | Tel: 415-395-8240<br>Fax: 415-395-8095 |
| 7 | | belinda.lee@lw.com |
| 8 | | *Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.* |
| 9 | | |
| 10 | | |
| 11 | DATED: July 7, 2014 | O'MELVENY & MYERS LLP |
| 12 | | |
| 13 | | By:    /s/ Ian Simmons<br>IAN SIMMONS |
| 14 | | 1625 Eye Street, NW<br>Washington, DC 20006 |
| 15 | | Telephone: (202) 383-5106 |
| 16 | | Facsimile: (202) 383-5414<br>isimmons@omm.com |
| 17 | | |
| 18 | | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 19 | DATED: July 7, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 20 | | |
| 21 | | By:    /s/ John F. Cove, Jr.<br>JOHN F. COVE, JR. |
| 22 | | 1999 Harrison Street, Suite 900 |
| 23 | | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 24 | | Facsimile: (510) 874-1460<br>jcove@bsfllp.com |
| 25 | | |
| 26 | | *Counsel for Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.* |
| 27 | | |
| 28 | DATED: July 7, 2014 | KATTEN MUCHIN ROSENMAN LLP |

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Extending Time to File a Proposed Briefing Schedule
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

By: _____/s/ Mary Ellen Hennessy_____
       MARY ELLEN HENNESSY

525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5331
Facsimile: (312) 577-8977
Maryellen.hennessy@kattenlaw.com

*Counsel for Defendants TEAC Corporation and TEAC America Inc.*

DATED:  July 7, 2014       WINSTON & STRAWN LLP

By ___/s/ Jeffrey L. Kessler_____
     JEFFREY L. KESSLER

200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com

*Attorney for Defendant Panasonic Corporation and Panasonic Corporation of North America*

DATED:  July 7, 2014       WINSTON & STRAWN LLP

By _____/s/ Robert B. Pringle_____
     ROBERT B. PRINGLE

101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
rpringle@winston.com

*Attorneys for Defendant NEC Corporation*

DATED:  July 7, 2014       CROWELL & MORING LLP

By ___/s/ Daniel A. Sasse_____
     DANIEL A. SASSE

Angela J. Yu
3 Park Plaza
20th Floor
Irvine, CA 92614
Tel: 949-263-8400

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Extending Time to File a Proposed Briefing Schedule
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS

Fax: 949-263-8414
dsasse@crowell.com
ayu@crowell.com

Beatrice B. Nguyen
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel: 415-986-2800
Fax: 415-986-2827
bnguyen@crowell.com

*Counsel for Plaintiff Hewlett-Packard Co.*

    Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  7/8/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

NY\6464427

4

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Extending Time to File a Proposed Briefing Schedule
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-05370 RS