Kaiwen Tseng (193756)
ktseng@techknowledgelaw.com
Hsiang "James" H. Lin (SBN 241472)
jlin@techknowledgelaw.com
**TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300

James B. Baldinger (*pro hac vice*)
jbaldinger@cfjblaw.com
David B. Esau (*pro hac vice*)
desau@cfjblaw.com
**CARLTON FIELDS JORDEN BURT, P.A.**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Telephone: (561) 659-7070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Master File No. 3:10-md-2143 RS |
| | MDL Docket No. M 10-2143 |
| This Document Relates to | |
| Case No. 5:13-cv-04991-RS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO SECOND AMENDED COMPLAINT** |
| ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC. | |
| Plaintiffs, | Judge Richard Seeborg |
| vs. | |
| LITE-ON IT CORPORATION; NEC CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY; | |

| | |
|---|---|
| PIONEER ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SONY CORPORATION; SONY ELECTRONICS INC.; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY OPTIARC INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, | |
| Defendants. | |

WHEREAS, on July 10, 2014, the Court entered an Order Denying Defendants' Joint Motion to Dismiss and Granting the Pioneer Defendants' Motion to Dismiss with Leave to Amend. [MDL Dkt. 1344].

WHEREAS, Plaintiffs intend to file a Second Amended Complaint on or before July 30, 2014.

WHEREAS, the parties have conferred and agree that Defendants shall have 30 days from the date of Plaintiffs' amendment to respond to the Second Amended Complaint.

NOW, THEREFORE, it is stipulated by and between the undersigned parties, with the Court's approval, that Defendants shall have 30 days from the filing of Plaintiffs' Second Amended Complaint to respond to the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: July 16, 2014            **CARLTON FIELDS JORDEN BURT, P.A.**

By: */s/ David B. Esau*
    DAVID B. ESAU (*pro hac vice*)
    CityPlace Tower
    525 Okeechobee Boulevard, Suite 1200
    West Palm Beach, Florida 33401-6350
    desau@cfjblaw.com
    Telephone: (561) 659-7070

Counsel for Plaintiffs
*ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.*

| | | |
|---|---|---|
| DATED: July 16, 2014 | | **LATHAM & WATKINS LLP** |
| | | By: */s/ Belinda S. Lee* |
| | |     BELINDA S. LEE |
| | |     505 Montgomery Street, Suite 2000 |
| | |     San Francisco, CA 94111 |
| | |     Telephone: (415) 391-0600 |
| | |     Facsimile: (415) 395-8075 |
| | |     belinda.lee@lw.com |

Counsel for Defendants
*TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.*

DATED: July 16, 2014                **BAKER BOTTS L.L.P.**

By: */s/ John Taladay*
    JOHN TALADAY
    EVAN J. WERBEL
    1299 Pennsylvania Ave NW
    Washington, DC 20004
    Telephone: (202) 383-7199
    Facsimile: (202) 383-6610
    john.taladay@bakerbotts.com
    evan.werbel@bakerbotts.com

Counsel for Defendants
*LITE-ON IT CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; and PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

DATED: July 16, 2014                **O'MELVENY & MYERS LLP**

By: */s/ Ian Simmons*
    IAN SIMMONS
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5106
    Facsimile: (202) 383-5414
    isimmons@omm.com

|   |   |   |
|---|---|---|
| 1 |   | Counsel for Defendants |
| 2 |   | *SAMSUNG ELECTRONICS CO, LTD. and SAMSUNG ELECTRONICS AMERICA, INC.* |
| 3 |   |   |
| 4 | DATED: July 16, 2014 | **WINSTON & STRAWN LLP** |
| 5 |   |   |
| 6 |   | By: */s/ Robert B. Pringle* |
|   |   |     ROBERT B. PRINGLE |
| 7 |   |     101 California Street, Suite 3900 |
|   |   |     San Francisco, CA 94111 |
| 8 |   |     Tel: 415-591-1000 |
|   |   |     Fax: 415-591-1400 |
| 9 |   |     rpringle@winston.com |
| 10 |   | Counsel for Defendant |
| 11 |   | *NEC CORPORATION* |
| 12 |   |   |
| 13 | DATED: July 16, 2014 | **JONES DAY** |
| 14 |   | By: */s/ Eric P. Enson* |
|   |   |     ERIC P. ENSON |
| 15 |   |     555 South Flower Street, Fiftieth Floor |
|   |   |     Los Angeles, CA 90071 |
| 16 |   |     Telephone: (213) 489-3939 |
|   |   |     Facsimile: (213) 243-2539 |
| 17 |   |     epenson@JonesDay.com |
| 18 |   | Counsel for Defendants |
| 19 |   | *PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY;* |
| 20 |   | *PINOEER ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; and PIONEER* |
| 21 |   | *NORTH AMERICA, INC.* |
| 22 |   |   |
| 23 | DATED: July 16, 2014 | **BOIES SCHILLER & FLEXNER LLP** |
| 24 |   |   |
| 25 |   | By: */s/ John F. Cove, Jr.* |
|   |   |     JOHN F. COVE, JR. |
| 26 |   |     1999 Harrison Street, Suite 900 |
|   |   |     Oakland, CA 94612 |
| 27 |   |     Telephone: (510) 874-1000 |
|   |   |     Facsimile: (510) 874-1460 |
| 28 |   |     jcove@bsfllp.com |

Counsel for Defendants
*SONY CORPORATION; SONY ELECTRONICS INC., SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; AND SONY OPTIARC INC.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

* * *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/18/14                                    _____
                                                                HONORABLE RICHARD SEEBORG
                                                                UNITED STATES DISTRICT JUDGE