UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>                     Plaintiff,<br>v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.<br><br>                     Defendants. | MDL Docket No. 3:10-md-02143 RS<br><br>Case No. 3:13-cv-1877-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS

WHEREAS, on May 19, 2014, plaintiff State of Florida, Office of Attorney General, Department of Legal Affairs ("Florida"), filed a Second Amended Complaint in this action (Dkt. 31);

WHEREAS, the undersigned Defendants' filed separate Answers to Florida's Second Amended Complaint on or about June 18, 2014 and June 25, 2014;

WHEREAS, Florida filed a Motion to Strike Defendants' Affirmative Defenses to the State of Florida's Second Amended Complaint ("Motion to Strike") on July 9, 2014 (Dkt. 60); and

WHEREAS, Defendants are continuing to evaluate Florida's Motion to Strike, and the parties have agreed that Defendants shall have until August 6, 2014 to respond to the Motion to Strike;

NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED, subject to Court approval, that the following briefing schedule shall apply to Florida's Motion to Strike (Dkt. 60): any opposition shall be due no later than August 6, 2014, and any reply shall be due no later than August 13, 2014.

IT IS SO STIPULATED.

DATED: July 21, 2014     LATHAM & WATKINS LLP

By ____/s/ Belinda S Lee____
      BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-395-8240
Facsimile: 415-395-8095
belinda.lee@lw.com

*Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, and Toshiba Corporation*

DATED: July 21, 2014     O'MELVENY & MYERS LLP

By: ____/s/ Ian Simmons____
       IAN SIMMONS

1

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS

|     |                         |                                                                 |
| --- | ----------------------- | --------------------------------------------------------------- |
| 1   |                         |                                                                 |
| 2   |                         | 1625 Eye Street, NW                                             |
|     |                         | Washington, DC 20006                                            |
| 3   |                         | Telephone: (202) 383-5106                                       |
|     |                         | Facsimile: (202) 383-5414                                       |
| 4   |                         | isimmons@omm.com                                                |
| 5   |                         | *Counsel for Defendants Samsung Electronics Co.,*               |
| 6   |                         | *Ltd. and Samsung Electronics America, Inc.*                    |
| 7   | DATED: July 21, 2014    | BOIES SCHILLER & FLEXNER LLP                                    |
| 8   |                         | By: _____ */s/ John F. Cove, Jr.*_____                        |
|     |                         | JOHN F. COVE, JR.                                               |
| 9   |                         |                                                                 |
| 10  |                         | 1999 Harrison Street, Suite 900                                 |
|     |                         | Oakland, CA 94612                                               |
| 11  |                         | Telephone: (510) 874-1000                                       |
|     |                         | Facsimile: (510) 874-1460                                       |
| 12  |                         | jcove@bsfllp.com                                                |
| 13  |                         | *Counsel for Defendants Sony Corporation, Sony*                 |
| 14  |                         | *Electronics, Inc., Sony Optiarc Inc., and Sony*                |
|     |                         | *Optiarc America Inc.*                                          |
| 15  | DATED: July 21, 2014    | DLA PIPER LLP                                                   |
| 16  |                         |                                                                 |
| 17  |                         | By:  */s/ Deana L. Cairo*_____                                 |
|     |                         | DEANA L. CAIRO                                                  |
| 18  |                         | 500 8th Street, N.W.                                            |
| 19  |                         | Washington, DC 20004                                            |
|     |                         | Telephone: (202) 799-4523                                       |
| 20  |                         | Facsimile: (202) 799-5523                                       |
|     |                         | Deana.cairo@dlapiper.com                                        |
| 21  |                         |                                                                 |
| 22  |                         | *Counsel for Defendants TEAC Corporation and*                   |
|     |                         | *TEAC America Inc.*                                             |
| 23  | DATED:  July 21, 2014   | WINSTON & STRAWN LLP                                            |
| 24  |                         |                                                                 |
| 25  |                         | By  */s/ Jeffrey L. Kessler*_____                              |
|     |                         | JEFFREY L. KESSLER                                              |
| 26  |                         | 200 Park Avenue                                                 |
| 27  |                         | New York, NY 10166                                              |
|     |                         | Telephone: (212) 294-6700                                       |
| 28  |                         | Facsimile: (212) 294-4700                                       |
|     |                         | jkessler@winston.com                                            |

2

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

DATED: July 21, 2014    WINSTON & STRAWN LLP

By  */s/ Robert B. Pringle*
        ROBERT B. PRINGLE

101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
rpringle@winston.com

*Counsel for Defendant NEC Corporation*

DATED: July 21, 2014    ROPES & GRAY LLP

By:  */s/ Mark S. Popofksy*
        Mark S. POPOFSKY

One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

*Counsel for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

DATED: July 21, 2014    BAKER BOTTS LLP

By:  */s/ Evan Werbel*
        EVAN WERBEL

1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile:  (202) 383-6610
evan.werbel@bakerbotts.com

*Counsel for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

DATED: July 21, 2014    DICKSTEIN SHAPIRO LLP

By:  */s/ Lisa M. Kaas*
        LISA M. KAAS

3

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS

```
                            1825 Eye Street NW
                            Washington, DC 20006
                            Telephone: (202) 420-2200
                            Facsimile: (202) 420-2201
                            kaasl@dicksteinshapiro.com
```

*Counsel for Defendants BenQ Corporation and BenQ America Corp.*

DATED:  July 21, 2014         VINSON & ELKINS LLP

                              By:  */s/ Craig P. Seebald*
                                   CRAIG P. SEEBALD

```
                            2200 Pennsylvania Ave. NW
                            Suite 500 West
                            Washington, DC 20037-1701
                            Telephone: (202) 639-6500
                            Facsimile: (202) 879-8950
                            cseebald@velaw.com
```

*Counsel for Defendant Hitachi, Ltd.*

DATED:  July 21, 2014         JONES DAY

                              By:  */s/ Eric P. Enson*
                                   ERIC P. ENSON

```
                            555 South Flower Street, Fiftieth Floor
                            Los Angeles, CA 90071
                            Telephone: (213) 489-3939
                            Facsimile: (213) 243-2539
                            epenson@JonesDay.com
```

*Counsel for Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.*

DATED:  July 21, 2014         EIMER STAHL LLP

                              By:  */s/ Nathan P. Eimer*
                                   NATHAN P. EIMER

```
                            224 South Michigan Avenue, Suite 100
                            Chicago, IL 60604
                            Telephone: (312) 660-7601
                            Facsimile: (312) 692-1718
                            neimer@eimerstahl.com
```

*Counsel for Defendant LG Electronics, Inc.*

4

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re
Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 21, 2014 | DRINKER BIDDLE & REATH LLP |
| 3 | | By: _/s/ Keith A. Walter, Jr._<br>KEITH A. WALTER, JR. |
| 4 | | 222 Delaware Avenue, Suite 1410 |
| 5 | | Wilmington, Delaware 19801<br>Telephone: (302) 467-4200 |
| 6 | | Facsimile: (302) 467-4201<br>keith.walter@dbr.com |
| 7 | | *Counsel for Defendants Quanta Storage, Inc. and* |
| 8 | | *Quanta Storage America, Inc.* |
| 9 | DATED: July 21, 2014 | STATE OF FLORIDA |
| 10 | | By _/s/ Nicholas J. Weilhammer_<br>NICHOLAS J. WEILHAMMER |
| 11 | | |
| 12 | | Office of the Attorney General<br>State of Florida |
| 13 | | PL-01, The Capitol<br>Tallahassee, Florida 32399-1050 |
| 14 | | Tel: (850) 414-3300<br>Fax: (850) 488-9134 |
| 15 | | Liz.Brady@myfloridalegal.com<br>Nicholas.Weilhammer@myfloridalegal.com |
| 16 | | *Counsel for Plaintiff State of Florida* |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/22/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

5

Stipulation and [Proposed] Order re
Defendants' Response to Motion to Strike
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-1877-RS