BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Lester C. Houtz (lester.houtz@bartlit-beck.com)
Karma M. Giulianelli (karma.giulianelli@bartlit-beck.com)
André M. Pauka (andre.pauka@bartlit-beck.com)
Daniel R. Brody (daniel.brody@bartlit-beck.com)
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440

Attorneys for Plaintiff Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS <br><br> Case No. 3:13-cv-5371-RS |
| This document relates to: <br><br> Hewlett-Packard Company, <br><br>             Plaintiff, <br><br>      v. <br><br> LG Electronics, Inc., et al., <br><br>             Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS HP'S SECOND AMENDED COMPLAINT** <br><br> Hon. Richard Seeborg |

BARTLIT BECK
HERMAN PALENCHAR
& SCOTT LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143   CASE NO. 3:13-CV-05371-RS
;

1. Plaintiff HP and Defendants, through the undersigned counsel, request that the Court enter the following order setting a briefing schedule for anticipated motions to dismiss the Second Amended Complaint.

    WHEREAS, on May 23, 2014, the Court signed a Stipulation and Order permitting HP to file a Second Amended Complaint and granting Defendants 45 days to respond to that complaint (Dkt. 33);

    WHEREAS, HP filed its Second Amended Complaint on June 23, 2014 (Dkt. 36);

    WHEREAS, Defendants' responses to the Second Amended Complaint are due on August 7, 2014;

    WHEREAS, the parties anticipate that there will be at least one motion to dismiss filed and have conferred and reached agreement on a briefing schedule for any such motion;

    WHEREAS, the parties have agreed on a briefing schedule that places these motions on the same calendar as the motion to dismiss in the companion HP case in this MDL;

    NOW, THEREFORE, it is stipulated by and between the undersigned parties, subject to Court approval, that the following briefing schedule shall apply to any motions to dismiss the Second Amended Complaint: any motion to dismiss shall be due no later than August 7, 2014; any opposition shall be due no later than September 11, 2014; and any reply shall be due no later than October 2, 2014.

    IT IS SO STIPULATED

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

*/s/ Lester C. Houtz*
Lester C. Houtz
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**EIMER STAHL LLP**

*/s/ Nathan P. Eimer*
Nathan P. Eimer
Attorneys for Defendants
LG Electronics, Inc. and LG Electronics USA, Inc.

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143    CASE NO. 3:13-CV-05371-RS

**ROPES & GRAY LLP**

*/s/ Mark S. Popofsky*
Mark S. Popofsky
Attorneys for Defendants
Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.

**JONES DAY**

*/s/ Eric P. Enson*
Eric P. Enson
Attorneys for Defendants
Pioneer North America, Inc.; Pioneer Electronics (USA) Inc.; Pioneer Corporation; Pioneer High Fidelity Taiwan Co., Ltd.; and Pioneer Digital Design & Manufacturing Company

## ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 22, 2014                    */s/ Lester C. Houtz*
                                         Lester C. Houtz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/22__, 2014                   _____
                                         Honorable Richard Seeborg
                                         United States District Judge

BARTLIT BECK
HERMAN PALENCHAR
& SCOTT LLP

-2-

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS SAC
MDL NO. 2143   CASE NO. 3:13-CV-05371-RS