JOHN F. COVE, JR. (SBN 212213)
jcove@bsfllp.com
STEVEN C. HOLTZMAN (SBN 144177)
Sholtzman@bsfllp.com
KIERAN P. RINGGENBERG  (SBN 208600)
kringgenberg@bsfllp.com
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendants Sony Optiarc America Inc.,
Sony Optiarc Inc., Sony Corp., and Sony Electronics Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| | CASE No. 3:13-cv-05372-RS |
| | |
| This document relates to: | **DEFENDANTS SONY OPTIARC AMERICA INC., SONY OPTIARC INC., SONY CORP., AND SONY ELECTRONICS INC.'S ANSWER TO INGRAM MICRO INC.'S AND SYNNEX CORPORATION'S AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| INGRAM MICRO INC., et al., | |
| Plaintiff, | |
| v. | |
| LG ELECTRONICS, INC., et al. | |
| Defendants. | |

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

Defendants Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp., and Sony Electronics Inc. (collectively, "Sony Defendants,") by and through undersigned counsel, for their Answer to the Complaint (the "Complaint"), state as follows:

This Answer is based upon the information currently available to one or more of the Sony Defendants, which reserve the right to amend this answer to the extent permitted by the Federal Rules of Civil Procedure.  The Complaint contains numerous headings, which are not allegations and do not require a response from Sony Defendants. To the extent that any headings are construed as allegations, they are denied.

1.      Sony Defendants deny the conspiracy alleged herein, deny that any Sony Defendant participated in any antitrust conspiracy, and deny that Plaintiffs were injured by Sony Defendants. Sony Defendants admit that Plaintiffs purchased optical disc drives ("ODDs"). Sony Defendants deny the remaining allegations of Paragraph 1 of the Complaint.

2.      Sony Defendants admit the allegations of the first, third and fourth sentences of Paragraph 2 of the Complaint. Sony Defendants deny the allegations of the second sentence of Paragraph 2 in the form and manner alleged, but admit that some notebook and desktop computers incorporate ODDs.  The fifth sentence of Paragraph 2 consists of Plaintiffs' characterization of the remainder of their allegations, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

3.      Sony Defendants admit that Paragraph 3 of the Complaint is generally accurate with regard to the description of ODD technology.

4.      To the extent Paragraph 4 of the Complaint purports to define ODDs for the purposes of this action, Sony Defendants aver these definitions are vague and unclear.  Sony Defendants admit that some optical disk drives are sold alone for use not inside a computer and some are sold with a connecting interface.  Sony Defendants admit that some optical disk drives are sold for use internally in computers and can be used to read and, in some cases, write data for a variety of uses including software programs and data compilations.  Sony Defendants deny the remaining allegations of Paragraph 4.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

O A K L A N D ,   C A L I F O R N I A

1     5.     Sony Defendants deny the allegations of Paragraph 5 of the Complaint.

2     6.     Sony Defendants admit that the Department of Justice instituted an antitrust

3     investigation into certain procurements of optical disk drives, but deny that the Department of Justice

4     is investigating price-fixing in the ODD industry, and that there is an "ODD market."  Sony

5     Defendants deny that they have a history of engaging in anticompetitive conduct or that they engaged

6     in any anticompetitive or illegal conduct regarding DRAM, TFT-LCD, or CRT products.  Sony

7     Defendants otherwise lack sufficient knowledge or information to form a belief about the truth of the

8     allegations of Paragraph 6 of the Complaint with regard to other Defendants and therefore deny the

9     allegations.

10     7.     To the extent the allegations of Paragraph 7 of the Complaint purport to describe or

11     quote a plea agreement, Sony Defendants aver that the plea agreement is the best source of its full

12     content and context.  Sony defendants deny the allegations to the extent they do not accurately

13     represent the plea agreement's full content and context.  To the extent that Paragraph 7 alleges that

14     anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or

15     anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the

16     allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth

17     of the remaining allegations and therefore deny the allegations.

18     8.     Sony Defendants aver that the allegations of Paragraph 8 of the Complaint set forth

19     legal contentions, to which no response is required.  To the extent a response is required, Sony

20     Defendants deny the allegations.

21     9.     Sony Defendants aver that the allegations of Paragraph 9 of the Complaint set forth

22     legal contentions, to which no response is required.  To the extent a response is required, Sony

23     Defendants deny the allegations.

24     10.     Sony defendants aver that the allegations of Paragraph 10 of the Complaint set forth

25     legal contentions, to which no response is required. To the extent a response is required, Sony

26     Defendants deny the allegations.

27     11.     Sony Defendants deny the allegations of Paragraph 11 of the Complaint.

28     12.     Sony Defendants aver that the allegations of Paragraph 12 of the Complaint set forth

1    legal contentions, to which no response is required. To the extent a response is required, Sony

2    Defendants deny the allegations of Paragraph 12.

3         13.     Sony Defendants aver that the allegations of Paragraph 13 of the Complaint set forth

4    legal contentions, to which no response is required. To the extent a response is required, Sony

5    Defendants admit that certain Sony entities knew that ODDs and ODD Products containing ODDs

6    would be sold and shipped into the Central District of California. Sony Defendants lack sufficient

7    knowledge or information to form a belief about the truth of the allegations regarding other defendants

8    and therefore deny the allegations.  Sony Defendants deny the remaining allegations.

9         14.     Sony Defendants lack sufficient knowledge or information to form a belief about the

10    truth of the allegations of Paragraph 14 and therefore deny the allegations.

11         15.     Sony Defendants deny the allegations of Paragraph 15 of the Complaint.

12         16.     Sony Defendants lack sufficient knowledge or information to form a belief about the

13    truth of the allegations of Paragraph 16 of the Complaint and therefore deny the allegations.

14         17.     Sony Defendants lack sufficient knowledge or information to form a belief about the

15    truth of the allegations of Paragraph 17 and therefore deny the allegations.

16         18.     Sony Defendants deny the allegations of Paragraph 18 of the Complaint.

17         19.     Sony Defendants lack sufficient knowledge or information to form a belief about the

18    truth of the allegations of Paragraph 19 and therefore deny the allegations.

19         20.     Sony Defendants lack sufficient knowledge or information to form a belief about the

20    truth of the allegations of Paragraph 20 of the Complaint and therefore deny the allegations.

21         21.     Sony Defendants lack sufficient knowledge or information to form a belief about the

22    truth of the allegations of Paragraph 21 of the Complaint and therefore deny the allegations.

23         22.     Sony Defendants lack sufficient knowledge or information to form a belief about the

24    truth of the allegations of Paragraph 22 of the Complaint and therefore deny the allegations.

25         23.     Sony Defendants lack sufficient knowledge or information to form a belief about the

26    truth of the allegations of Paragraph 23 of the Complaint and therefore deny the allegations.

27         24.     Sony Defendants lack sufficient knowledge or information to form a belief about the

28    truth of the allegations of Paragraph 24 of the Complaint and therefore deny the allegations.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

MDL No. 2143, Case No. 3:13-cv-05372 (RS) – SONY DEFENDANTS' ANSWER TO INGRAM MICRO INC.'S
AND SYNNEX CORPORATION'S AMENDED COMPLAINT

1   25.     Sony Defendants lack sufficient knowledge or information to form a belief about the

2   truth of the allegations of Paragraph 25 of the Complaint and therefore deny the allegations.

3   26.     Sony Defendants lack sufficient knowledge or information to form a belief about the

4   truth of the allegations of Paragraph 26 of the Complaint and therefore deny the allegations.

5   27.     Sony Defendants lack sufficient knowledge or information to form a belief about the

6   truth of the allegations of Paragraph 27 of the Complaint and therefore deny the allegations.

7   28.     Sony Defendants lack sufficient knowledge or information to form a belief about the

8   truth of the allegations of Paragraph 28 of the Complaint and therefore deny the allegations.

9   29.     Sony Defendants lack sufficient knowledge or information to form a belief about the

10  truth of the allegations of Paragraph 29 of the Complaint and therefore deny the allegations.

11  30.     Sony Defendants lack sufficient knowledge or information to form a belief about the

12  truth of the allegations of Paragraph 31 of the Complaint and therefore deny the allegations.

13  31.     Sony Defendants lack sufficient knowledge or information to form a belief about the

14  truth of the allegations of Paragraph 31 of the Complaint and therefore deny the allegations.

15  32.     Sony Defendants lack sufficient knowledge or information to form a belief about the

16  truth of the allegations of Paragraph 32 of the Complaint and therefore deny the allegations.

17  33.     Sony Defendants lack sufficient knowledge or information to form a belief about the

18  truth of the allegations of Paragraph 33 of the Complaint and therefore deny the allegations.

19  34.     Sony Defendants lack sufficient knowledge or information to form a belief about the

20  truth of the allegations of Paragraph 34 of the Complaint and therefore deny the allegations.

21  35.     Sony Defendants lack sufficient knowledge or information to form a belief about the

22  truth of the allegations of Paragraph 35 of the Complaint and therefore deny the allegations.

23  36.     Sony Defendants lack sufficient knowledge or information to form a belief about the

24  truth of the allegations of Paragraph 36 of the Complaint and therefore deny the allegations.

25  37.     Sony Defendants admit that Sony Corporation is a business entity organized under the

26  laws or Japan, with its principal place of business located at 1-7-1, Konan, Minato-Ku, TKY 108-

27  0075, Japan.  Sony Defendants deny the remaining allegations of Paragraph 37 of the Complaint,

28  except that Sony Defendants admit that certain "Sony" Defendants manufactured ODDs, or sold or

B O I E S ,  S C H I L L E R  &  F L E X N E R   L L P

O A K L A N D ,  C A L I F O R N I A

4

distributed ODDs in (although not "throughout") the United States, and/or imported ODDs into the United States at certain points during the period of time at issue in the Complaint.

38.     Sony Defendants admit that Sony Electronics, Inc. is a currently a wholly-owned subsidiary of Sony Corporation of America, and that Sony Electronics, Inc. is a Delaware corporation that sold and/or distributed ODDs in (although not throughout) the United States and imported ODDs into the United States at certain points during the time at issue in the Complaint.  Sony Defendants deny the remaining allegations of Paragraph 38 of the Complaint.

39.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 39 of the Complaint and therefore deny the allegations.

40.     Sony Defendants admit that Sony Optiarc Inc. is a business entity organized under the laws of Japan with its headquarters located at 4-16-1 Okata, Atsugi-shi, Kanagawa 243-0021, Japan. Sony Defendants deny the remaining allegations of Paragraph 40 of the Complaint.

41.     Sony Defendants admit the allegations in the first sentence of Paragraph 41 of the Complaint, and that Shinichi Yamamura served as President of the Sony NEC Optiarc Inc.  Sony Defendants admit that Sony NEC Optiarc Inc. was formed as a separate Japanese company on or about April 3, 2006, and that Sony Corporation owned 55% of the voting shares and that NEC Corporation owned 45% of the voting shares in Sony NEC Optiarc Inc.  Sony Defendants deny the remaining allegations.

42.     Sony Defendants admit the allegations of the first sentence of Paragraph 42 of the Complaint, that Shinichi Yamamura served as President of Sony NEC Optiarc Inc., and that during a portion of the time at issue in the Complaint Sony Optiarc Inc. imported and sold ODDs in (although not throughout) the United States.  To the extent that the allegations of Paragraph 42 purport to describe or quote a press release, Sony Defendants aver that the press release is the best source of its full content and context.  To the extent that the allegations of Paragraph 42 do not reflect the release's full content and context, Sony Defendants deny the allegations.

43.     Sony Defendants admit the allegations of the second sentence of Paragraph 43 of the Complaint and that during a portion of the time at issue in the Complaint Sony Optiarc America Inc. imported and sold ODDs in (although not throughout) the United States.  Sony Defendants deny the

5

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

remaining allegations.

44.     To the extent that Paragraph 44 of the Complaint purports to describe or quote an SEC filing, Sony Defendants aver that the filing is the best source of its full content and context. To the extent that the allegations of Paragraph 44 do not reflect the filing's full content and context, Sony Defendants deny the allegations.

45.     Sony Defendants lack sufficient knowledge or information to form a belief about whether some unidentified former employee of Sony Optiarc Inc. made the alleged assertion and therefore deny the allegations of Paragraph 45 of the Complaint.  Sony Defendants deny that Sony Optiarc Inc. and Sony Electronics Inc. are "controlled" by Sony Corporation.

46.     Sony Defendants state that the purported definition is confusing and misleading because it conflates separate and distinct entities, and object to and deny this allegation on that basis. Sony Defendants deny the remaining allegations of Paragraph 46 of the Complaint.  Further, Sony Defendants object to and deny other allegations of the Complaint that use this misleading definition on that basis.

47.     Sony Defendants state that the purported definition is confusing and misleading because it conflates separate and distinct entities, and object to and deny this allegation on that basis. Sony Defendants deny the remaining allegations of Paragraph 47 of the Complaint.  Further, Sony Defendants object to and deny other allegations of the Complaint that use this misleading definition on that basis.

48.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 48 of the Complaint and therefore deny the allegations.

49.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 49 of the Complaint and therefore deny the allegations.

50.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 50 of the Complaint and therefore deny the allegations.

51.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 51 of the Complaint and therefore deny the allegations.

52.     Sony Defendants lack sufficient knowledge or information to form a belief about the

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

truth of the allegations of Paragraph 52 of the Complaint and therefore deny the allegations.

53.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 53 of the Complaint and therefore deny the allegations.

54.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 54 of the Complaint and therefore deny the allegations.

55.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 55 of the Complaint and therefore deny the allegations.

56.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 56 of the Complaint and therefore deny the allegations.

57.     Sony Defendants aver that the allegations of Paragraph 57 of the Complaint state legal contentions, to which no response is required.  To the extent that a response is required and the allegations of Paragraph 57 relate to Sony Defendants, Sony Defendants deny the allegations.  To the extent that the allegation of Paragraph 57 relate to other Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations and therefore deny the allegations.

58.     Sony Defendants aver that the allegations of Paragraph 58 of the Complaint contain legal contentions, to which no response is required.  To the extent a response is required and the allegations of Paragraph 58 relate to Sony Defendants, Sony Defendants deny the allegations.  To the extent that the allegations of Paragraph 58 relate to other Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations and therefore deny the allegations.

59.     Sony Defendants aver that the allegations of Paragraph 59 of the Complaint contain legal contentions and mere characterizations to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

60.     Sony Defendants aver that the allegations of Paragraph 60 of the Complaint contain legal contentions, to which to response is required.  To the extent a response is required, Sony Defendants deny the allegations.

61.     Sony Defendants deny the allegations of Paragraph 61 of the Complaint to the extent

7

1   that they relate to Sony Defendants.  To the extent that the allegations of Paragraph 61 relate to other

2   Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth

3   of the allegations and therefore deny the allegations.

4       62.     Sony Defendants deny the allegations of Paragraph 62 of the Complaint to the extent

5   that they relate to Sony Defendants.  To the extent that the allegations of Paragraph 62 relate to other

6   Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth

7   of the allegations and therefore deny the allegations.

8       63.     To the extent that Paragraph 63 of the Complaint alleges that any Sony Defendant

9   conspired with Hitachi Ltd., LG entities, HLDS entities, Koninklijke Philips N.V., Lite-On IT

10  Corporation of Taiwan, BenQ entities, PLDS entities, Pioneer entities, Sharp Corporation, or Pioneer

11  Digital Design & Manufacturing Company or any other "co-conspirator," Sony Defendants deny the

12  allegation.  To the extent that the allegations of Paragraph 63 relate to other Defendants, Sony

13  Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations

14  and therefore deny the allegations.

15      64.     To the extent that Paragraph 64 of the Complaint alleges that Hitachi, Ltd. was a co-

16  conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack

17  sufficient knowledge or information to form a belief about the truth of the remaining allegations and

18  therefore deny the allegations.

19      65.     To the extent that Paragraph 65 of the Complaint alleges that Samsung Electronics Co.,

20  Ltd. was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony

21  Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining

22  allegations and therefore deny the allegations.

23      66.     To the extent that Paragraph 66 of the Complaint alleges that Samsung Electronics

24  America, Inc. was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.

25  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the

26  remaining allegations and therefore deny the allegations.

27      67.     Sony Defendants lack sufficient knowledge or information to form a belief about the

28  truth of the allegations of Paragraph 67 of the Complaint and therefore deny the allegations.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

68.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 68 of the Complaint and therefore deny the allegations.

69.     To the extent that Paragraph 69 of the Complaint alleges that Toshiba Samsung Storage Technology Corporation was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

70.     To the extent that Paragraph 70 of the Complaint alleges that Toshiba Samsung Storage Technology Corporation Korea was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

71.     To the extent that Paragraph 71 of the Complaint alleges that Toshiba Samsung Storage Corporation or TSST Korea was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

72.     To the extent that Paragraph 72 of the Complaint alleges that Pioneer Corporation was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

73.     To the extent that Paragraph 73 of the Complaint alleges that Pioneer North America, Inc. was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

74.     To the extent that Paragraph 74 of the Complaint alleges that Pioneer Electronics USA Inc. was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

75.     To the extent that Paragraph 75 of the Complaint alleges that Pioneer High Fidelity Taiwan Co., Ltd. was a co-conspirator of any Sony Defendant, Sony Defendants deny the allegation.

9

1    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the

2    remaining allegations and therefore deny the allegations.

3            76.     To the extent that Paragraph 76 of the Complaint alleges that Pioneer Corporation,

4    Pioneer North America, Inc., Pioneer USA, or Pioneer High Fidelity Taiwan Co., Ltd. was a co-

5    conspirator of any Sony Defendant, Sony Defendants deny the allegation. Sony Defendants lack

6    sufficient knowledge or information to form a belief about the truth of the remaining allegations and

7    therefore deny the allegations.

8            77.     To the extent that Paragraph 77 of the Complaint alleges that Sharp Corporation was a

9    co-conspirator of any Sony Defendant, Sony Defendants deny the allegation. Sony Defendants lack

10   sufficient knowledge or information to form a belief about the truth of the remaining allegations and

11   therefore deny the allegations.

12           78.     To the extent that Paragraph 78 of the Complaint alleges that Pioneer Digital Design &

13   Manufacturing Company was a co-conspirator of any Sony Defendant, Sony Defendants deny the

14   allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth

15   of the remaining allegations and therefore deny the allegations.

16           79.     Sony Defendants deny that any Sony Defendant participated in any alleged conspiracy.

17   To the extent that Paragraph 79 of the Complaint relates to Ingram's investigation, Sony Defendants

18   lack sufficient knowledge or information to form a belief about the truth of the allegations and

19   therefore deny the allegations.

20           80.     Sony Defendants aver that Paragraph 80 of the Complaint purports to describe the

21   Complaint's terminology and no response is required. To the extent a response is required, Sony

22   defendants deny the allegations of Paragraph 80.

23           81.     Sony Defendants aver that the allegations of Paragraph 81 of the Complaint state legal

24   contention to which no response is required. To the extent that a response is required, Sony

25   Defendants deny that there is a "market" as alleged of Paragraph 81 and therefore deny the allegations

26   of Paragraph 81.

27           82.     Sony Defendants deny the allegations of Paragraph 82 of the Complaint.

28           83.     Sony Defendants deny that any Sony Defendant participated in an alleged conspiracy.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

O A K L A N D ,   C A L I F O R N I A

1    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the

2    remaining allegations of Paragraph 83 of the Complaint and therefore deny the allegations.

3         84.    Sony Defendants deny the allegations of Paragraph 84 of the Complaint to the extent

4    they relate to the conduct of any Sony Defendant.  Sony Defendants lack sufficient knowledge or

5    information to form a belief about the truth of the allegations to the extent they relate to other

6    Defendants and therefore deny the allegations.

7         85.    Sony Defendants deny the allegations of Paragraph 85 of the Complaint.

8         86.    Sony Defendants deny that any Sony Defendant participated in any alleged conspiracy.

9    Sony defendants admit that one or more Sony Defendants sold ODDs through various channels,

10   including to Ingram and certain other manufacturers of electronic products and devices, during at least

11   some portion of the period of time at issue in the Complaint.  Sony Defendants lack sufficient

12   knowledge or information to form a belief about the truth of the remaining allegations of Paragraph 86

13   of the Complaint and therefore deny the allegations.

14        87.    Sony Defendants admit that Paragraph 87 of the Complaint is generally accurate with

15   regard to the description of ODD technology, except Sony Defendants deny that all ODDs can write or

16   rewrite.

17        88.    Sony Defendants admit that Paragraph 88 of the Complaint is generally accurate with

18   regard to the description of ODD technology.

19        89.    Sony Defendants admit the first three sentences of Paragraph 89 of the Complaint,

20   except to the extent they allege that "ODDs are thicker" or "ODDs are thinner," which Sony

21   Defendants deny.  Sony Defendants lack sufficient knowledge or information to form a belief about

22   the remaining allegations and therefore deny the allegations.

23        90.    Sony Defendants admit that the allegations of Paragraph 90 of the Complaint are

24   generally accurate as to at least some ODDs, but lack sufficient knowledge or information to form a

25   belief about whether all the allegations are accurate where they imply or state that the allegations

26   apply to all or "typical" ODDs.

27        91.    Sony Defendants admit that Dell, HP, Acer, Apple, ASUSTek Computer Inc. and

28   Lenovo Group Ltd. have sold desktop and/or notebook computers containing different sorts of optical

11

disk drives.  Sony Defendants otherwise lack sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 91 and therefore deny the allegations.

92.     Sony Defendants admit that various Sony entities contributed to the development of and improvement of CD technology, but Sony Defendants state that they lack sufficient knowledge or information to form a belief about the truth of the specific allegations of Paragraph 92 of the Complaint, and therefore deny the allegations.

93.     Sony Defendants admit that the first generation of ODDs utilized CDs that could store 650 megabytes of data but, including because of the vagueness of the allegations of this paragraph, lack sufficient knowledge or information to form a belief about the truth of the remaining allegations of Paragraph 93 of the Complaint, and therefore deny the allegations.

94.     Sony Defendants admit that various Sony entities contributed to the development of and improvement of DVD technology, that certain drives used DVDs that could store 4.7 gigabytes of data, and that DVDs became available in a read-only format and a format that allowed both reading and recording, but Sony Defendants state that they lack sufficient knowledge or information to form a belief about the truth of the specific allegations of Paragraph 94 of the Complaint, and therefore deny the allegations.

95.     Sony Defendants admit certain Sony entities contributed to the development of and improvement of BD technology and that BD technology was designed to supersede DVD technology in terms of quality and capacity.  Sony Defendants further admit that certain Blu-Ray discs can store in excess of 20 gigabytes and also have both read-only and read/record formats.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations of Paragraph 95 of the Complaint and therefore deny the allegations.

96.     Sony Defendants admit that certain ODDs are backwards compatible and that ODDs known as "super multi drives" exist, but Sony Defendants otherwise lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 96 of the Complaint, which are generalized regarding capabilities of many drives and vaguely characterize the "latest" drives, and therefore deny the allegations.

97.     Sony Defendants deny the allegations of Paragraph 97 of the Complaint.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

98.     Sony Defendants admit that there have been downward pricing pressures at various times on various ODDs and that certain firms in the ODD industry have honed their ability to manufacture certain ODDs more efficiently and at lower cost.  Sony Defendants deny the remaining allegations of Paragraph 98 of the Complaint.

99.     To the extent that the allegations of Paragraph 99 of the Complaint purport to quote reports from various sources, Sony Defendants aver that those reports are the best source of their full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 99 and therefore deny the allegations.

100.    Sony Defendants deny the allegations of Paragraph 100 of the Complaint.

101.    Sony Defendants deny the allegations of Paragraph 101 of the Complaint.

102.    Sony Defendants deny the allegations of Paragraph 102 of the Complaint.

103.    Sony Defendants deny all allegations relating to Sony Defendants or their affiliates of Paragraph 103 of the Complaint, except that Sony Defendants admit that Sony NEC Optiarc Inc. was formed as a separate Japanese company on or about April 3, 2006, and that in 2008, Sony Corporation purchased NEC Corporation's shares of Sony NEC Optiarc Inc.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

104.    Sony Defendants deny the allegations in the first sentence of Paragraph 104 of the Complaint.  To the extent that the allegations of Paragraph 104 purport to describe a statement by a Gerald Cavanagh, Sony Defendants aver that this statement is the best source of its full content and context.  Sony Defendants deny the allegations of Paragraph 104 to the extent they do not accurately represent the statement's full content and context.  Sony Defendants deny any allegation or implication that the purpose of forming Sony NEC Optiarc Inc. was to reduce competition.

105.    Sony Defendants lack sufficient knowledge or information to firm a belief about the truth of the allegations of Paragraph 105 of the Complaint and therefore deny the allegations.

106.    Sony Defendants admit that at various times Lite-On and QSI produced ODDs for certain Sony Defendants.  Sony Defendants deny that Sony Defendants engaged in any conspiracy, and therefore that its relationship with Lite-On and QSI involved or related to any conspiracy.  Sony

13

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations of Paragraph 106 of the Complaint and therefore deny the allegations.

107.    Sony Defendants deny the allegations of Paragraph 107 of the Complaint.

108.    Sony Defendants aver that the allegations in the first sentence of Paragraph 108 of the Complaint state a legal contention to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.  Sony Defendants deny participation in any alleged conspiracy, but admit that the remaining allegations of the second and third sentences.

109.    Sony Defendants admit that certain patent pools or other types of intellectual property arrangements exist relating to technology used in certain ODDs including 3CDVD, DVD 6C, and DB4C Licensing Group, but otherwise deny the allegations of Paragraph 109 of the Complaint.

110.    Sony Defendants aver that Paragraph 110 of the Complaint contains mere characterizations, legal contentions, and conclusions, to which no response is required.  To the extent a response is required, Sony Defendants deny that any patent licensing arrangement in which any Sony Defendant has an interest has been used for anticompetitive collusion, and deny that any Sony Defendant engaged in unlawful concerted action to exclude competitors or overcharge licensees.

111.    Sony Defendants deny the allegations of the first, second, and fourth sentences of Paragraph 111 of the Complaint.  To the extent that the allegations of the third sentence of Paragraph 111 purport to describe or quote an analyst report, Sony Defendants lack sufficient knowledge or information to firm a belief about the truth of allegations and therefore deny the allegations.

112.    Sony Defendants deny the allegations of Paragraph 112 of the Complaint.

113.    Sony Defendant admit the allegations of Paragraph 113 of the Complaint, except that Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegation that CES is the world's largest consumer electronics show, and therefore deny the allegation.

114.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 114 of the Complaint and therefore deny the allegations, except to admit that representatives of one or more Sony Defendants or affiliates have attended conferences of the Optical Storage Symposium in 2005 and 2006 on or about the dates alleged of Paragraph 114 of

14

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

the Complaint.

115.    Sony Defendants admit that the Internationale Funkausstellung ("IFA") is a worldwide exhibition of consumer electronics products held in Berlin, and that representatives of one or more Sony Defendants or affiliates have attended.  Sony Defendants lack sufficient knowledge of information to form a belief about the truth of the remaining allegations of Paragraph 115 of the Complaint and therefore deny the allegations.

116.    Sony Defendants deny the allegations of Paragraph 116 of the Complaint.

117.    Sony Defendants deny the allegations of Paragraph 117 of the Complaint.

118.    Sony Defendants deny the allegations of Paragraph 118 of the Complaint in the form an manner alleged, but admit that various standards have been developed for ODDs in order to facilitate, for example, their compatibility and interoperability with other hardware, software, and content products, and that the organizations mentioned of Paragraph 118 played a role in some of those standards.

119.    Sony Defendants deny the allegations of Paragraph 119 of the Complaint in the form and manner alleged, but aver that patents, other intellectual property rights and standardized product specifications exist in the ODD industry.

120.    To the extent that the allegations in the third and fourth sentences of Paragraph 120 of the Complaint purport to describe or quote or a treatise on optical magnetic storage by an industry analyst, Sony Defendants aver that the treatise is the best source of its full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of such allegations and therefore deny the allegations.  Sony Defendants deny the remaining allegations of Paragraph 120 of the Complaint.

121.    Sony Defendants deny the allegations of Paragraph 121 of the Complaint to the extent they relate to the Sony Defendants. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

122.    Sony Defendants deny the allegations of Paragraph 122 of the Complaint to the extent they relate to the Sony Defendants. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

BOIES, SCHILLER & FLEXNER LLP

OAKLAND, CALIFORNIA

123.    To the extent that the allegations of Paragraph 123 of the Complaint purport to describe or quote a plea agreement, Sony Defendants aver that the plea agreement is the best source of its full content and context.  To the extent such allegations do not accurately represent the plea agreement's full content and context, Sony Defendants deny the allegation.  Sony Defendants deny that any Sony Defendant reached any agreements to fix prices of ODDs and to rig ODD Internet negotiations.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

124.    To the extent that the allegations of Paragraph 124 of the Complaint purport to describe or quote a plea agreement, Sony Defendants aver that the plea agreement is the best source of its full content and context.  To the extent such allegations do not accurately represent the plea agreement's full content and context, Sony Defendants deny the allegation.  Sony Defendants deny that any Sony Defendant reached any agreements to fix prices of ODDs and to rig ODD Internet negotiations.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

125.    Sony Defendants deny the allegations of Paragraph 125 of the Complaint.

126.    Sony Defendants admit that the discovery process in *In re Optical Disk Drive Products Antitrust Litigation*, 3:10-md-02143 is currently underway, and that Sony Defendants have produced numerous documents.  To the extent that Paragraph 126 of the Complaint alleges that anyone working for or on behalf of any Sony Defendant engaged in any unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, or that documents produced by any Sony Defendant contain information showing any conspiratorial agreements, Sony Defendants deny the allegation.  To the extent the allegations of Paragraph 126 relate to other Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations and therefore deny the allegations.

127.    Sony Defendants deny the allegations of Paragraph 127 of the Complaint.

128.    Sony Defendants deny the allegations of Paragraph 128 of the Complaint.

129.    To the extent the allegations of Paragraph 129 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  To the extent the allegations of Paragraph 129

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

relate exclusively to other Defendants, Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 129 and therefore deny the allegations.

130.     Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 130 and therefore deny the allegations.

131.     To the extent the allegations of Paragraph 131 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 131 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

132.     To the extent the allegations of Paragraph 132 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

133.     To the extent the allegations of Paragraph 133 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

134.     To the extent the allegations of Paragraph 134 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 134 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an

17

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

135.    To the extent the allegations of Paragraph 135 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

136.    To the extent the allegations of Paragraph 136 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

137.    To the extent the allegations of Paragraph 137 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

138.    To the extent the allegations of Paragraph 138 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

139.    To the extent the allegations of Paragraph 139 of the Complaint purport to describe or

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

140.     To the extent the allegations of Paragraph 140 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

141.     To the extent the allegations of Paragraph 141 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

142.     To the extent the allegations of Paragraph 142 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

143.     To the extent the allegations of Paragraph 143 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

144.     To the extent the allegations of Paragraph 144 of the Complaint purport to describe or

19

BOIES,  SCHILLER  &  FLEXNER  LLP
OAKLAND,  CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

145. To the extent the allegations of Paragraph 145 of the Complaint purport to describe or quote a report from Kris Williams, Sony Defendants aver that the report is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the report's full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

146. To the extent the allegations of Paragraph 146 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

147. To the extent the allegations of Paragraph 147 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

148. To the extent the allegations of Paragraph 148 of the Complaint purport to describe or quote one or more emails, Sony Defendants aver that the emails are the best source of their full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

149.    To the extent the allegations of Paragraph 149 of the Complaint purport to describe or quote a memorandum, Sony Defendants aver that the memorandum is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the memorandum's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

150.    To the extent the allegations of Paragraph 150 of the Complaint purport to describe or quote one or more emails, Sony Defendants aver that the emails are the best source of their full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

151.    To the extent the allegations of Paragraph 151 of the Complaint purport to describe or quote one or more communication, Sony Defendants aver that the communications are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the communications full content and context.  To the extent Paragraph 151 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

152.    To the extent the allegations of Paragraph 152 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

153.    To the extent the allegations of Paragraph 153 of the Complaint purport to describe or quote one or more e-mails, Sony Defendants aver that the emails are the best source of their full

content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the emails' full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

154. To the extent the allegations of Paragraph 154 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 154 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

155. To the extent the allegations of Paragraph 155 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 155 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

156. To the extent the allegations of Paragraph 156 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

157. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 157 and therefore deny the allegations.

158. To the extent the allegations of Paragraph 158 of the Complaint purport to describe or

22

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 158 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

159.    To the extent the allegations of Paragraph 159 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

160.    To the extent the allegations of Paragraph 160 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 160 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

161.    To the extent the allegations of Paragraph 161 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context. To the extent Paragraph 161 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

23

162.    To the extent the allegations of Paragraph 162 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 162 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

163.    To the extent the allegations of Paragraph 163 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 163 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

164.    To the extent the allegations of Paragraph 164 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 164 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations

165.    To the extent the allegations of Paragraph 165 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 165 alleges that anyone working for or on behalf of any

24

1   Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an

2   anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient

3   knowledge or information to form a belief about the truth of the remaining allegations and therefore

4   deny the allegations.

5          166.    To the extent the allegations of Paragraph 166 of the Complaint purport to describe or

6   quote a report by Eugene Yang, Sony Defendants aver that the report is the best source of its full

7   content and context.  Sony Defendants deny the allegations to the extent they do not accurately

8   represent the report's full content and context.  Sony Defendants lack sufficient knowledge or

9   information to form a belief about the truth of the remaining allegations and therefore deny the

10  allegations.

11         167.    To the extent the allegations of Paragraph 167 of the Complaint purport to describe or

12  quote an email, Sony Defendants aver that the email is the best source of its full content and context.

13  Sony Defendants deny the allegations to the extent they do not accurately represent the email's full

14  content and context.  To the extent Paragraph 167 alleges that anyone working for or on behalf of any

15  Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an

16  anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient

17  knowledge or information to form a belief about the truth of the remaining allegations and therefore

18  deny the allegations.

19         168.    To the extent the allegations of Paragraph 168 of the Complaint purport to describe or

20  quote an email, Sony Defendants aver that the report is the best source of its full content and context.

21  Sony Defendants deny the allegations to the extent they do not accurately represent the email's full

22  content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about

23  the truth of the remaining allegations and therefore deny the allegations.

24         169.    To the extent the allegations of Paragraph 169 of the Complaint purport to describe or

25  quote an email, Sony Defendants aver that the email is the best source of its full content and context.

26  Sony Defendants deny the allegations to the extent they do not accurately represent the email's full

27  content and context.  Sony Defendants lack sufficient knowledge or information to form a belief

28  about the truth of the remaining allegations and therefore deny the allegations.

BOIES,  SCHILLER  &  FLEXNER  LLP
OAKLAND,  CALIFORNIA

170.    To the extent the allegations of Paragraph 170 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 170 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

171.    To the extent the allegations of Paragraph 171 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

172.    To the extent the allegations of Paragraph 172 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

173.    To the extent the allegations of Paragraph 173 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 173 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

174.    To the extent the allegations of Paragraph 174 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context.

26

Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

175.   To the extent the allegations of Paragraph 175 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

176.   To the extent the allegations of Paragraph 176 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

177.   To the extent the allegations of Paragraph 177 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 177 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

178.   To the extent the allegations of Paragraph 178 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

179.   To the extent the allegations of Paragraph 179 of the Complaint purport to describe or quote a document, Sony Defendants aver that the document is the best source of its full content and

27

context.  Sony Defendants deny the allegations to the extent they do not accurately represent the document's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

180.     To the extent the allegations of Paragraph 180 of the Complaint purport to describe or quote a document, Sony Defendants aver that the document is the best source of its full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the document's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

181.     To the extent the allegations of Paragraph 181 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

182.     To the extent the allegations of Paragraph 182 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

183.     To the extent the allegations of Paragraph 183 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

184.     To the extent the allegations of Paragraph 184 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

185.     To the extent the allegations of Paragraph 185 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

186.     To the extent the allegations of Paragraph 186 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

187.     To the extent the allegations of Paragraph 187 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

188.     To the extent the allegations of Paragraph 188 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

189.     To the extent the allegations of Paragraph 189 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

190.     To the extent the allegations of Paragraph 190 of the Complaint purport to describe or quote one or more emails, Sony Defendants aver that the emails are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately

29

1  represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or

2  information to form a belief about the truth of the remaining allegations and therefore deny the

3  allegations.

4     191.   To the extent the allegations of Paragraph 191 of the Complaint purport to describe or

5  quote one or more emails, Sony Defendants aver that the emails are the best source of their full

6  content and context. Sony Defendants deny the allegations to the extent they do not accurately

7  represent the emails' full content and context. Sony Defendants lack sufficient knowledge or

8  information to form a belief about the truth of the remaining allegations and therefore deny the

9  allegations.

10    192.   To the extent the allegations of Paragraph 192 of the Complaint purport to describe or

11  quote one or more emails, Sony Defendants aver that the emails are the best source of their full

12  content and context.  Sony Defendants deny the allegations to the extent they do not accurately

13  represent the emails' full content and context.  Sony Defendants lack sufficient knowledge or

14  information to form a belief about the truth of the remaining allegations and therefore deny the

15  allegations.

16    193.   Sony Defendants aver that the allegations of Paragraph 193 of the Complaint set forth

17  legal contentions, to which no response is required.  To the extent a response is required, Sony

18  Defendants deny the allegations.

19    194.   Sony Defendants deny the allegations in the first sentence of Paragraph 194 of the

20  Complaint.  Sony Defendants deny the allegations in the second sentence of Paragraph 194 of the

21  Complaint to the extent they relate to the Sony Defendants.  To the extent the allegations of Paragraph

22  194 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the

23  best source of its full content and context. Sony Defendants deny the allegations to the extent they do

24  not accurately represent the email's full content and context. Sony Defendants lack sufficient

25  knowledge or information to form a belief about the truth of the remaining allegations and therefore

26  deny the allegations.

27    195.   Sony Defendants deny the allegations in the first, fourth, fifth, and sixth sentences of

28  Paragraph 195 of the Complaint.  Sony Defendants deny the allegations in the second sentence of

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

30

Paragraph 195 of the Complaint to the extent they relate to the Sony Defendants.  To the extent the allegations of Paragraph 195 of the Complaint purport to describe or quote an email, Sony Defendants aver that the email is the best source of its full content and context. Sony Defendants deny the allegations to the extent they do not accurately represent the email's full content and context.  To the extent Paragraph 195 alleges that anyone working for or on behalf of any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered an anticompetitive agreement, Sony Defendants deny the allegation. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations and therefore deny the allegations.

196.    Sony Defendants deny the allegations of Paragraph 196 of the Complaint.

197.    Sony Defendants deny the allegations of Paragraph 197 of the Complaint.

198.    To the extent that the allegations of Paragraph 198 of the Complaint purport to describe or quote the content of one or more documents, Sony Defendants aver that the documents are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not reflect the documents' full context and content.  To the extent that Paragraph 198 is intended to allege any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered any anticompetitive agreement, Sony Defendants deny the allegation.

199.    To the extent the allegations of Paragraph 199 of the Complaint purport to describe or quote a DOJ publication, Sony Defendants aver that the publication is the best source of its full content and context.  To the extent that the allegations of Paragraph 199 do not reflect the publication's full content and context, Sony Defendants deny the allegations.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph199 and therefore deny the allegations.

200.    To the extent the allegations of Paragraph 200 of the Complaint purport to describe or quote the DOJ's filings with this Court, Sony Defendants aver that those filings are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not represent the filings' full content and context.  Sony Defendants state that they lack sufficient knowledge or information to form a belief about the truth of such allegations and, therefore, deny the allegations.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

201.    To the extent the allegations of Paragraph 201 of the Complaint purport to describe or quote one or more guilty pleas, Sony Defendants aver that those filings are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not represent the filings' full content and context.  Sony Defendants admit that there has been a guilty plea involving HLDS, but to the extent the allegation of Paragraph 201 is intended to imply or allege that any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered any anticompetitive agreement, Sony Defendants deny that allegation.

202.    Sony Defendants deny the allegations of Paragraph 202 of the Complaint.

203.    Sony Defendants deny that all "consumer electronic products and their component parts" can be characterized by any "typical" price trends, and state that they lack sufficient knowledge or information to form a belief about the truth of the first sentence of Paragraph 203 of the Complaint. Sony Defendants deny the second sentence of Paragraph 203.

204.    Sony Defendants state that the first two sentences of Paragraph 204 set forth speculative legal contentions to which no response is required, but if response is required, Sony Defendants deny the allegations.  Sony Defendants deny the third sentence of Paragraph 204.

205.    To the extent the allegations of Paragraph 205 of the Complaint purport to describe or quote certain material, including written articles and statements, Sony Defendants aver that this material is the best source of its full content and context.  To the extent that the allegations of Paragraph 205 do not reflect the unnamed sources' and statements' full content and context, Sony Defendants deny the allegations.  To the extent that Paragraph 205 is intended to allege that any Sony Defendant engaged in unlawful, conspiratorial, or anticompetitive conduct or entered any anticompetitive agreement, Sony Defendants deny the allegation.

206.  Sony Defendants state that the allegations of Paragraph 206 of the Complaint set forth legal contentions hypothetical situations, to which no response is required.  To the extent that a response is required, the Sony Defendants deny the allegations.

207.    To the extent the allegations of Paragraph 207 of the Complaint purport to describe or quote an unspecified "news report," Sony Defendants aver that the purported news report is the best source of its full content and context.  To the extent that Paragraph 207 alleges or implies that any

32

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1   Sony Defendants engaged in any conspiracy or anticompetitive agreement in order to keep prices up,

2   Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or information to

3   form a belief about the truth of the remaining allegations and therefore deny the allegations.

4          208.    To the extent that the allegations of Paragraph 208 of the Complaint are intended to

5   apply to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants state that they

6   lack sufficient knowledge or information to form a belief about the truth of the allegations of

7   Paragraph 208 with regard to other Defendants in this litigation and therefore deny the allegations, but

8   aver they are aware that certain Defendants have admitted to participating in cartels involving products

9   unrelated to ODDs.

10         209.    To the extent the allegations of Paragraph 209 of the Complaint purport to describe a

11  1994 DOJ announcement and unspecified reports, Sony Defendants state that the announcement and

12  the reports are the best source of their full content and context, and to the extent that the allegations of

13  Paragraph 209 do not accurately reflect their full content and context, Sony Defendants deny the

14  allegations.  Further, to the extent that Paragraph 209 is intended to allege that there was anything

15  illegal, improper, or anticompetitive about any licensing arrangement for CD technology involving

16  any Sony Defendant, that DOJ concluded as much, or that DOJ's investigation in any way supports

17  that conclusion, Sony Defendants deny the allegation.  Sony Defendants lack sufficient knowledge or

18  information to form a belief about the truth of what unspecified others "believed" the alleged DOJ

19  investigation encompassed and therefore deny this allegation.

20         210.    Sony Defendants admit that in 2006, the European Commission sent requests for

21  information relating to BD and HD-DVD standards to certain industry participants.  Sony Defendants

22  lack sufficient knowledge or information to form a belief about the truth of the remaining allegations

23  of Paragraph 210 of the Complaint and therefore deny the allegations.

24         211.    To the extent that the allegations of Paragraph 211 of the Complaint purport to describe

25  an announcement by the Taiwan Fair Trade Commission, Sony Defendants state that this

26  announcement is the best source of its full content and context.  Sony Defendants deny that any Sony

27  Defendant possesses monopoly power, or engaged in any anticompetitive practice or abuse of

28  monopoly power with regard to licensing CD-R technology.

212.    To the extent the allegations of Paragraph 212 of the Complaint purport to describe a written decision by the European Commission ("EC"), Sony Defendants state that the decision is the best source of its full content and context, and to the extent that the allegations of Paragraph 212 do not accurately reflect its full content and context, Sony Defendants deny the allegations.

213.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 213 of the Complaint.

214.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 214 of the Complaint.

215.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 215 of the Complaint.

216.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 216 of the Complaint.

217.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 217 of the Complaint.

218.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 218 of the Complaint.

219.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 219 of the Complaint.

220.    Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 220 of the Complaint.

221.    To the extent the allegations of Paragraph 221 of the Complaint purport to describe or quote one or indictments or plea agreements, Sony Defendants aver that those documents are the best source of their full content and context.  Sony Defendants deny the allegations to the extent they do not accurately represent the documents' full content and context.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 221 and therefore deny the allegations.

222.    Sony Defendants admit that government authorities investigated anticompetitive activities in the TFT-LCD industry, but deny that any Sony entity was a subject or target of such

34

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1   investigations, and otherwise lack sufficient knowledge or information to form a belief about the truth

2   of the allegations of Paragraph 222 and therefore deny the allegations.

3         223.    To the extent the allegations of Paragraph 223 of the Complaint purport to describe one

4   or more informations or plea agreements, Sony Defendants aver that those documents are the best

5   source of their full content and context.  Sony Defendants deny the allegations to the extent they do

6   not accurately represent the documents' full content and context.  Sony Defendants lack sufficient

7   knowledge or information to form a belief about the truth of the allegations of Paragraph 223 and

8   therefore deny the allegations.

9         224.    To the extent the allegations of Paragraph 224 of the Complaint purport to describe or

10   quote one or more announcements or plea agreements, Sony Defendants aver that those documents are

11   the best source of their full content and context.  Sony Defendants deny the allegations to the extent

12   they do not accurately represent the documents' full content and context.  Sony Defendants lack

13   sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph

14   224 and therefore deny the allegations.

15         225.    Sony Defendants lack sufficient knowledge or information to form a belief about the

16   truth of the allegations of Paragraph 225 of the Complaint and therefore deny the allegations.

17         226.    Sony Defendants lack sufficient knowledge or information to form a belief about the

18   truth of the allegations of Paragraph 226 of the Complaint and therefore deny the allegations.

19         227.    Sony Defendants aver that the allegations of Paragraph 227 of the Complaint set forth

20   legal contentions, to which no response is required.  Sony Defendants further state that they lack

21   sufficient knowledge or information to form a belief about the truth of the allegations of the third

22   sentence of Paragraph 227 and, therefore, deny the allegations, except that Sony Defendants admit that

23   certain Sony Defendants manufacture and/or sell certain products that contain ODDs and that certain

24   Sony Defendants manufacture and/or sell ODDs.

25         228.    Sony Defendants aver that the allegations of Paragraph 228 of the Complaint set forth

26   legal contentions, to which no response is required.  To the extent any response is required, Sony

27   Defendants deny the allegations of Paragraph 228 of the Complaint.

28         229.    Sony Defendants aver that the allegations of Paragraph 229 of the Complaint set forth

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

35

legal contentions, to which no response is required.  To the extent any response is required, Sony Defendants deny the allegations of Paragraph 229 to the extent that the allegations apply to Sony Defendants.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 229 with regard to the other firms named and therefore deny the allegations as to those firms.

230.    Sony Defendants deny the allegations of Paragraph 230 of the Complaint to the extent they relate to the Conduct of any Sony Defendant.  Sony Defendants lack sufficient knowledge or information to form a belief about the truth of these allegations to the extent they relate to other Defendants, and therefore deny the allegations.

231.    Sony Defendants state that the allegations of Paragraph 231 of the Complaint state legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

232.    Sony Defendants deny the allegations of Paragraph 232 of the Complaint.

233.    Sony Defendants deny the allegations of Paragraph 233 of the Complaint.

234.    Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 234 of the Complaint relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

235.    Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 235 of the Complaint relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

236.    Sony Defendants deny the allegations of Paragraph 236 of the Complaint as to Sony Defendants.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy. Sony Defendants lack sufficient knowledge or information to form a belief about the truth of these allegations to the extent they relate to other Defendants, and therefore deny the allegations.

237.    Defendants deny the allegations of Paragraph 237 of the Complaint.

238.    To the extent the allegations of Paragraph 238 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 238 relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

239.    To the extent the allegations of Paragraph 239 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 239 relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

240.    To the extent the allegations of Paragraph 240 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 240 relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

241.    To the extent the allegations of Paragraph 241 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 241 relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

242.    To the extent the allegations of Paragraph 242 of the Complaint relate to any Sony Defendant, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.  To the extent that the allegations of Paragraph 242 relate to the other Defendants or to the Plaintiffs, Sony Defendants state they lack sufficient knowledge or information to form a belief about the truth of the allegations, and therefore deny the allegations.

243.    Sony Defendants state that the allegations of Paragraph 243 of the Complaint set forth legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

BOIES,  SCHILLER  &  FLEXNER  LLP
OAKLAND,  CALIFORNIA

244.     Sony Defendants state that the allegations of Paragraph 244 of the Complaint set forth legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

245.     Sony Defendants incorporate by reference their responses to the preceding Paragraphs.

246.     Sony Defendants state that Paragraph 246 of the Complaint states legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

247.     Sony Defendants deny the allegations of Paragraph 247 of the Complaint.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

248.     Sony Defendants deny the allegations of Paragraph 248 of the Complaint.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

249.     Sony Defendants deny the allegations of Paragraph 249 of the Complaint.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

250.     Sony Defendants state that Paragraph 250 of the Complaint states legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

251.     Sony Defendants deny the allegations of Paragraph 251 of the Complaint.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

252.     Sony Defendants deny the allegations of Paragraph 252 of the Complaint.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

253.     Sony Defendants state that Paragraph 253 of the Complaint states legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

254.     Sony Defendants state that Paragraph 254 of the Complaint states legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.  Sony Defendants deny that any Sony Defendant engaged in any alleged conspiracy.

255.     Sony Defendants incorporate by reference their responses to the preceding Paragraphs.

256.     Sony Defendants state that Paragraph 256 of the Complaint states legal contentions, to

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

which no response is required. To the extent a response is required, Sony Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 256 and therefore deny the allegations.

257. Sony Defendants state that Paragraph 257 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

258. Sony Defendants deny the allegations of Paragraph 258 of the Complaint.

259. Sony Defendants state that Paragraph 259 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

260. Sony Defendants state that Paragraph 260 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

261. Sony Defendants state that Paragraph 261 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

262. Sony Defendants incorporate by reference their responses to the preceding Paragraphs.

263. Sony Defendants state that Paragraph 263 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants lack sufficient knowledge or information and therefore deny the allegations.

264. Sony Defendants deny the allegations of Paragraph 264 of the Complaint.

265. Sony Defendants state that Paragraph 265 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

266. Sony Defendants state that Paragraph 266 of the Complaint states legal contentions, to which no response is required. To the extent a response is required, Sony Defendants deny the allegations.

267. Sony Defendants deny the allegations of Paragraph 267 of the Complaint.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

268.     Sony Defendants state that Paragraph 268 of the Complaint states legal contentions, to which no response is required.  To the extent a response is required, Sony Defendants deny the allegations.

## PRAYER FOR RELIEF

Sony Defendants deny that Plaintiffs are entitled to the requested relief.

## AFFIRMATIVE DEFENSES

Sony Defendants set forth their affirmative defenses without assuming the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to the Plaintiff. Moreover, nothing stated here is intended or shall be construed as an admission that any particular issue or subject matter is relevant to the allegations of the Complaint.  Sony Defendants reserve the right to amend or supplement their affirmative defenses as additional facts concerning their defenses become known.

As a separate and distinct affirmative defenses, Sony Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of latches.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims have been released, or barred by the doctrines of waiver and/or estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Plaintiffs have failed to alleged, and have not suffered, antitrust injury.

### SIXTH AFFIRMATIVE DEFENSE

The exercise of patent and other intellectual property rights is privileged and protected under the United States Constitution and other federal statutes, which bar the Plaintiffs' claims alleged here.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1

### SEVENTH AFFIRMATIVE DEFENSE

2       The claims of Plaintiffs are barred in whole or in part because the alleged damages, if any, are

3 speculative, and because of the impossibility of the proof of allocation of these alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE

5       The acts and practices of persons or entities not associated with Sony Defendants, and

6 ongoing economic events, constituting intervening and superseding causes of the alleged harm, if any,

7 suffered by Plaintiffs.

8

### NINTH AFFIRMATIVE DEFENSE

9       If Plaintiffs suffered any damages or losses, such damage or losses are not cognizable for the

10 claims asserted by Plaintiffs.

11

### TENTH AFFIRMATIVE DEFENSE

12       Plaintiffs' alleged damages, if any, were not proximately caused by Sony Defendants.

13

### ELEVENTH AFFIRMATIVE DEFENSE

14       Plaintiffs' claims are barred, in whole or in part, because the failed to mitigate damages, if

15 any, allegedly suffered as a result of the conduct alleged in the Complaint.

16

### TWELFTH AFFIRMATIVE DEFENSE

17       Plaintiffs' claims are barred because Plaintiffs lack standing to assert them.

18

### THIRTEENTH AFFIRMATIVE DEFENSE

19       Plaintiffs' claims are barred because any and all damages to Plaintiffs were caused by

20 Plaintiffs' own actions.

21

### FOURTEENTH AFFIRMATIVE DEFENSE

22       Plaintiffs' claims are barred because Sony Defendants had legitimate business justifications

23 for the conduct at issue, their conduct was pro-competitive, and their practices were and are

24 reasonably justified.

25

### FIFTEENTH AFFIRMATIVE DEFENSE

26       Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

27

### SIXTEENTH AFFIRMATIVE DEFENSE

28       Plaintiffs' claims are barred because of ratification, agreement, acquiescence, or consent to

41

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1    Sony Defendants' alleged conduct.

2                           SEVENTEENTH AFFIRMATIVE DEFENSE

3           Plaintiffs' claims should be dismissed for uncertainty and vagueness and because their claims

4    are ambiguous and/or unintelligible. Sony Defendants aver that Plaintiffs' claims do not describe the

5    events or legal theories with sufficient particularity to permit Sony Defendants to ascertain what other

6    defenses may exist.

7                            EIGHTEENTH AFFIRMATIVE DEFENSE

8           Plaintiffs' claims against Sony Defendants are barred to the extent that they have agreed to

9    arbitration or chosen a different forum for the resolution of their claims.

10                           NINETEENTH AFFIRMATIVE DEFENSE

11          Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to plead fraudulent

12   concealment with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

13                           TWENTIETH AFFIRMATIVE DEFENSE

14          Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust Improvements

15   Act, 15 U.S.C. § 6a.

16                          TWENTY-FIRST AFFIRMATIVE DEFENSE

17          Plaintiff's claims are barred to the extent Plaintiffs seek to recover damages, if any, based on

18   sales outside the United States.

19                          TWENTY-SECOND AFFIRMATIVE DEFENSE

20          Plaintiffs' claims against Sony Defendants are barred to the extent they alleged conduct was

21   committed by individuals acting *ultra vires*.

22                          TWENTY-THIRD AFFIRMATIVE DEFENSE

23          Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under

24   which one cannot recovery payments with full knowledge of the facts.

25                          TWENTY-FOURTH AFFIRMATIVE DEFENSE

26          Plaintiffs' claims are barred to the extent Plaintiffs would be unjustly enriched if it was

27   allowed to recover any part of the alleged damages.

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

TWENTY-FIFTH AFFIRMATIVE DEFENSE

Sony Defendants adopt by reference any applicable defense pleaded by any other Defendant in this action and not expressly set forth herein.

TWENTY-SIXTH AFFIRMATIVE DEFENSE

Sony Defendants hereby give notice that they intend to rely upon such other and further defenses as may become available or apparent during pre-trial proceedings in this case, and hereby reserve their right to amend this Answer and assert such defenses.

TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' cause of action for alleged violation of California Business and Professions Code Section 16720, *et seq.*, are barred in whole or in part, because the application of Section 16720 *et seq.*, to wholly interstate or foreign commerce violates the Commerce Clause of the United States Constitution.

TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' cause of action for alleged violation of California Business and Professions Code Section 17200 *et seq.*, is barred because the alleged conduct of Sony Defendants that is the subject of the Complaint does not constitute "unfair" or "unlawful" or "fraudulent" business practices.

TWENTY-NINTH AFFIRMATIVE DEFENSE

Any award of restitution under California Business and Professions Code Section 17200 *et seq.*, based upon asserted interests or injuries of the purported class members in this case would violate the Excessive Fines Clause of the Eighth Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

**JURY DEMAND**

Sony Defendants demand a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Sony Defendants respectfully request that this Court:

1.      Enter judgment against the Plaintiffs and in favor of Sony Defendants;

2.      Dismiss the Complaint in its entirety, with prejudice;

43

B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P
O A K L A N D ,   C A L I F O R N I A

3.      Decline to award the requested relief;

4.      Award Sony Defendants their costs and reasonable attorneys' fees incurred in this action; and

5.      Grant such other and further relief as the Court may deem just and proper.

Dated:  July 31, 2014                    By:      /s/ John F. Cove, Jr.
                                                  JOHN F. COVE, JR. (SBN 212213)
                                                  jcove@bsfllp.com
                                                  STEVEN C. HOLTZMAN (SBN 144177)
                                                  Sholtzman@bsfllp.com
                                                  KIERAN P. RINGGENBERG  (SBN 208600)
                                                  kringgenberg@bsfllp.com
                                                  BEKO O. REBLITZ-RICHARDSON (SBN 238027)
                                                  brichardson@bsfllp.com
                                                  BOIES, SCHILLER & FLEXNER LLP
                                                  1999 Harrison Street, Suite 900
                                                  Oakland, CA 94612
                                                  Telephone: (510) 874-1000
                                                  Facsimile: (510) 874-1460

                                                  *Attorneys for Defendants Sony Optiarc America Inc.,
                                                  Sony Optiarc Inc., Sony Corp., and Sony Electronics
                                                  Inc.*

MDL No. 2143, Case No. 3:13-cv-05372 (RS) – SONY DEFENDANTS' ANSWER TO INGRAM MICRO INC.'S AND SYNNEX CORPORATION'S AMENDED COMPLAINT