Nathan P. Eimer (*Pro Hac Vice*)
Vanessa G. Jacobsen (*Pro Hac Vice*)
Arin C. Aragona (*Pro Hac Vice*)
Gina K. Lin (*Pro Hac Vice*)
Ameri R. Klafeta (Bar No. 225859)
Eimer Stahl LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 660-7600
Fax:  (312) 692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
aaragona@eimerstahl.com
glin@eimerstahl.com
aklafeta@eimerstahl.com

*Counsel for Defendants*
*LG Electronics, Inc. &*
*LG Electronics USA, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS |
| | Case No. 3:13-cv-05372-RS |
| This Document Relates to: | |
| Ingram Micro Inc., et al., | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |
| Plaintiff | |
| v. | |
| LG Electronics, Inc., et al. | |
| Defendants. | |

WHEREAS, pursuant to this Court's Order (Dkt. No. 1249), Plaintiffs Ingram Micro Inc. and Synnex Corporation (together, "Plaintiffs") filed their Amended Complaint for Damages and Injunctive Relief (the "Amended Complaint") on June 16, 2014; and

WHEREAS, according to that Order, the deadline for Defendants, including Defendants LG Electronics, Inc. ("LGE") and LG Electronics USA, Inc. ("LGEUS")

1  (collectively, the "LG Defendants"), to answer or otherwise respond to Plaintiffs' Amended
2  Complaint is July 31, 2014; and

3       **WHEREAS,** Plaintiffs and the LG Defendants are discussing Plaintiffs' claims and the
4  defenses of the LG Defendants and desire additional time to continue those discussions; and

5       **WHEREAS**, Plaintiffs and the LG Defendants have agreed to a modest extension of
6  time in which the LG Defendants shall answer or otherwise respond to Plaintiffs' Amended
7  Complaint;

8       **NOW THEREFORE**, it is hereby stipulated and agreed that:

9       1.     The LG Defendants' answer or other response to Plaintiffs' Amended Complaint
10 may be filed on or before September 1, 2014, and

11      2.     This extension does not affect the deadline for any other Defendant to answer or
12 otherwise respond to Plaintiffs' Amended Complaint.

13      **IN WITNESS WHEREOF**, the LG Defendants and Plaintiffs have caused this
14 Stipulation to be executed by their duly authorized representatives.

15 DATED: July 31, 2014                Respectfully submitted,

16                                   For the LG Defendants:

17

18                                   By: /s/ Nathan P. Eimer
                                  Nathan P. Eimer (*Pro Hac Vice*)
19                                   Vanessa G. Jacobsen (*Pro Hac Vice*)
                                  Arin C. Aragona (*Pro Hac Vice*)
20                                   Gina K. Lin (*Pro Hac Vice*)
                                  Ameri R. Klafeta (Bar No. 225859)
21                                   EIMER STAHL LLP
22                                   224 S. Michigan Avenue, Suite 1100
                                  Chicago, IL  60604
23                                   Telephone:  (312) 660-7600
                                  Fax:  (312) 692-1718
24                                   neimer@eimerstahl.com
                                  vjacobsen@eimerstahl.com
25                                   aaragona@eimerstahl.com
                                  glin@eimerstahl.com
26                                   aklafeta@eimerstahl.com

27                                   *Counsel for Defendants LG Electronics, Inc.*
28                                   *and LG Electronics USA, Inc.*

DEFENDANTS LG ELECTRONICS, INC.'S AND LG ELECTRONICS USA, INC.'S STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 3:10-MD-02143-RS

- 2 -

For Plaintiffs:

DATED: July 31, 2014

By: /s/ Daniel A. Sasse
Daniel A. Sasse (CSB No. 236234)
Angela J. YU (CSB No. 263212)
Crowell & Moring
3 Park Plaza, 20th Floor
Irvine, CA  92614
Tel: (949) 263-8400
Fax:  (949) 263-8414
dsasse@crowell.com
ayu@crowell.com

*Attorneys for Plaintiffs Ingram Micro Inc.*
*and Synnex Corporation*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: July 31, 2014

/s/ Nathan P. Eimer
Nathan P. Eimer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  8/4/14

Hon. Richard Seeborg
United States District Judge

---

DEFENDANTS LG ELECTRONICS, INC.'S AND LG ELECTRONICS USA, INC.'S STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 3:10-MD-02143-RS