JOEL B. KLEINMAN (*Pro Hac Vice*)
LISA M. KAAS (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

JAMES TURKEN (Bar No. 89618)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Base Case No. 3:10-md-02143-RS<br>MDL No. 2143 |
| This document relates to:<br><br>*Ingram Micro Inc., et al. v. LG Electronics, Inc., et al.* | Case No. 3:13-cv-05372-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

**WHEREAS,** pursuant to this Court's Order (Dkt. No. 1249), Plaintiffs Ingram Micro Inc. and Synnex Corporation (together, "Plaintiffs") filed their Amended Complaint for Damages and Injunctive Relief (the "Amended Complaint") on June 16, 2014; and

**WHEREAS,** according to that Order, the deadline for Defendants, including defendants BenQ Corporation and BenQ America Corp. (together, the "BenQ Defendants"), to answer or otherwise respond to Plaintiffs' Amended Complaint is July 31, 2014; and

**WHEREAS,** Plaintiffs and the BenQ Defendants are discussing Plaintiffs' claims and the defenses of the BenQ Defendants and desire additional time to continue those discussions; and

**WHEREAS,** Plaintiffs and the BenQ Defendants have agreed to a modest extension of time in which the BenQ Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint;

**NOW THEREFORE**, it is hereby stipulated and agreed that:

1. The BenQ Defendants' answer or other response to Plaintiffs' Amended Complaint may be filed on or before September 1, 2014, and

2. This extension does not affect the deadline for any other Defendant to answer or otherwise respond to Plaintiffs' Amended Complaint.

**IN WITNESS WHEREOF**, the BenQ Defendants and Plaintiffs have caused this Stipulation to be executed by their duly authorized representatives.

        Respectfully submitted,

        For the BenQ Defendants:

Dated: July 30, 2014

By:    */s/ Joel B. Kleinman*
JOEL B. KLEINMAN (*Pro Hac Vice*)
LISA M. KAAS (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
E-mail:   KleinmanJ@dicksteinshapiro.com
E-mail:   KaasL@dicksteinshapiro.com

JAMES TURKEN (Bar No. 89618)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301
E-mail:   TurkenJ@dicksteinshapiro.com

*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

For Plaintiffs:

Dated: July 30, 2014

By: _____*/s/ Daniel A. Sasse*_____
DANIEL A. SASSE (CSB No. 236234)
ANGELA J. YU (CSB No. 263212)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: 949-263-8400
Fax: 949-263-8414
dsasse@crowell.com
ayu@crowell.com

*Attorneys for Plaintiffs Ingram Micro Inc. and Synnex Corporation*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 30, 2014       _____*/s/ Joel B. Kleinman*_____
Joel B. Kleinman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/4/14__       _____[signature]_____
Hon. Richard Seeborg
United States District Judge