UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143 RS |
| | Case No. 3:13-cv-1877-RS |
| This document relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES, AND THE STATE OF FLORIDA'S MOTION TO STRIKE** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al. | |
| Defendants. | |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE
DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

1    WHEREAS, on January 24, 2014, Defendants filed a Motion to Dismiss the State of Florida, Office of the Attorney General, Department of Legal Affairs' ("Florida") Amended Complaint for Damages, Civil Penalties, [and] Injunctive Relief ("Motion to Dismiss") (Dkt. 24);

    WHEREAS, on April 8, 2014, the Court entered an Order Granting in Part and Denying in Part Motion to Dismiss State of Florida's Complaint (Dkt. 28);

    WHEREAS, on May 19, 2014, Florida filed a Second Amended Complaint for Damages, Civil Penalties, and Injunctive Relief ("Second Amended Complaint") (Dkt. 31);

    WHEREAS, the undersigned Defendants filed separate Answers to Florida's Second Amended Complaint on or about June 18, 2014 and June 25, 2014, which individually asserted various Affirmative Defenses by each Defendant;

    WHEREAS, on July 9, 2014, Florida filed a Motion to Strike Defendants' Affirmative Defenses to the State of Florida's Second Amended Complaint ("Motion to Strike") (Dkt. 60), which seeks dismissal of the following four Affirmative Defenses, to the extent asserted by a particular Defendant: (i) Lack of Standing Based on *Mack v. Bristol-Myers Squibb Co.*, 673 So. 2d 100 (Fla. 1st DCA 1996) ("*Mack*"); (ii) lack of personal jurisdiction; (iii) improper venue; and (iv) incorporation of other Defendants' defenses (*see* Dkt. 60, Appendix A-D);

    WHEREAS, the parties have conferred and reached an agreement whereby Defendants agree to withdraw the Affirmative Defenses identified in Appendix A-D of Florida's Motion to Strike from their individual Answers, and Florida agrees to withdraw its Motion to Strike; and

    WHEREAS, the parties agree that the withdrawal of improper venue as an Affirmative Defense from any Defendant's Answer shall not preclude any party, including either Florida or any Defendant, from later moving the Court to change or transfer the venue of this action.

    NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED, subject to Court approval, that Florida's Motion to Strike (Dkt. 60) shall be deemed withdrawn. In addition, the following four Affirmative Defenses shall be deemed withdrawn, to the extent asserted by any Defendant in its Answer to Florida's Second Amended Complaint: (i) lack of standing based on *Mack*; (ii) lack of personal jurisdiction; (iii) improper venue; and (iv) incorporation of other Defendants' defenses. The withdrawal of improper venue as an Affirmative Defense from any

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE
DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

Defendant's Answer shall not preclude any party from subsequently moving this Court to change or transfer the venue of this action.

IT IS SO STIPULATED.

DATED: August 4, 2014  LATHAM & WATKINS LLP

By ___/s/ Belinda S Lee___
BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-395-8240
Facsimile: 415-395-8095
belinda.lee@lw.com

*Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, and Toshiba Corporation*

DATED: August 4, 2014  O'MELVENY & MYERS LLP

By: ___/s/ Ian Simmons___
IAN SIMMONS

1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106
Facsimile: (202) 383-5414
isimmons@omm.com

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

DATED: August 4, 2014  BOIES SCHILLER & FLEXNER LLP

By: ___/s/ John F. Cove, Jr.___
JOHN F. COVE, JR.

1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
jcove@bsfllp.com

*Counsel for Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.*

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 4, 2014 | DLA PIPER LLP |
| 3 | | By: */s/ Deana L. Cairo* <br> DEANA L. CAIRO |
| 4 | | |
| 5 | | 500 8th Street, N.W. <br> Washington, DC 20004 |
| 6 | | Telephone: (202) 799-4523 <br> Facsimile: (202) 799-5523 |
| 7 | | Deana.cairo@dlapiper.com |
| 8 | | *Counsel for Defendants TEAC Corporation and TEAC America Inc.* |
| 9 | | |
| 10 | DATED: August 4, 2014 | WINSTON & STRAWN LLP |
| 11 | | By */s/ Jeffrey L. Kessler* <br> JEFFREY L. KESSLER |
| 12 | | |
| 13 | | 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 294-6700 |
| 14 | | Facsimile: (212) 294-4700 <br> jkessler@winston.com |
| 15 | | |
| 16 | | *Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| 17 | DATED: August 4, 2014 | WINSTON & STRAWN LLP |
| 18 | | By */s/ Robert B. Pringle* <br> ROBERT B. PRINGLE |
| 19 | | |
| 20 | | 101 California Street <br> San Francisco, CA 94111-5894 <br> Telephone: (415) 591-1000 |
| 21 | | Facsimile: (415) 591-1400 <br> rpringle@winston.com |
| 22 | | *Counsel for Defendant NEC Corporation* |
| 23 | DATED: August 4, 2014 | ROPES & GRAY LLP |
| 24 | | By: */s/ Mark S. Popofksy* <br> Mark S. POPOFSKY |
| 25 | | |
| 26 | | One Metro Center |
| 27 | | 700 12th Street NW, Suite 900 <br> Washington, DC 20005-3948 |
| 28 | | Telephone: (202) 508-4600 <br> Facsimile: (202) 508-4650 |

LATHAM&WATKINS<sup>LLP</sup> <br>
ATTORNEYS AT LAW <br>
SAN FRANCISCO

3

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES AND FLORIDA'S MOTION TO STRIKE <br>
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

mark.popofsky@ropesgray.com

*Counsel for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

DATED: August 4, 2014  BAKER BOTTS LLP

By: ___/s/ Evan Werbel___
      EVAN WERBEL

1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-7199
Facsimile: (202) 383-6610
evan.werbel@bakerbotts.com

*Counsel for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

DATED: August 4, 2014  DICKSTEIN SHAPIRO LLP

By: ___/s/ Lisa M. Kaas___
      LISA M. KAAS

1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
kaasl@dicksteinshapiro.com

*Counsel for Defendants BenQ Corporation and BenQ America Corp.*

DATED: August 4, 2014  VINSON & ELKINS LLP

By: ___/s/ Craig P. Seebald___
      CRAIG P. SEEBALD

2200 Pennsylvania Ave. NW
Suite 500 West
Washington, DC 20037-1701
Telephone: (202) 639-6500
Facsimile: (202) 879-8950
cseebald@velaw.com

*Counsel for Defendant Hitachi, Ltd.*

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

| | | |
|---|---|---|
| 1 | DATED: August 4, 2014 | JONES DAY |
| 2 | | By: */s/ Eric P. Enson* |
| 3 | |       ERIC P. ENSON |

555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
epenson@JonesDay.com

*Counsel for Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.*

DATED: August 4, 2014     EIMER STAHL LLP

By: */s/ Nathan P. Eimer*
     NATHAN P. EIMER

224 South Michigan Avenue, Suite 100
Chicago, IL 60604
Telephone: (312) 660-7601
Facsimile: (312) 692-1718
neimer@eimerstahl.com

*Counsel for Defendant LG Electronics, Inc.*

DATED: August 4, 2014     DRINKER BIDDLE & REATH LLP

By: */s/ Keith A. Walter, Jr.*
     KEITH A. WALTER, JR.

222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
keith.walter@dbr.com

*Counsel for Defendants Quanta Storage, Inc. and Quanta Storage America, Inc.*

DATED: August 4, 2014     STATE OF FLORIDA

By */s/ Nicholas J. Weilhammer*
     NICHOLAS J. WEILHAMMER

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE
DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS

Tel: (850) 414-3300
Fax: (850) 488-9134
Liz.Brady@myfloridalegal.com
Nicholas.Weilhammer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 8/4/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION RE WITHDRAWAL OF CERTAIN AFFIRMATIVE
DEFENSES AND FLORIDA'S MOTION TO STRIKE
Case No. 3:13-cv-1877 RS; MDL No. 3:10-md-02143 RS