1  Daniel A. Sasse (CSB No. 236234)
   dsasse@crowell.com
2  Angela J. Yu (CSB No. 263212)
   ayu@crowell.com
3  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
4  Irvine, California 92614
   Telephone: (949) 263-8400
5  Facsimile: (949) 263-8414

6  Attorneys for Plaintiffs
   Ingram Micro Inc. and Synnex Corporation
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS |
| Ingram Micro Inc., et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT AS MODIFIED BY THE COURT** |
| Plaintiffs, | |
| v. | |
| LG Electronics, Inc., et al., | Hon. Richard Seeborg |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE FOR MOTION TO DISMISS;
CASE NO. 3:13-CV-05372-RS

**STIPULATION**

WHEREAS on June 16, 2014, Plaintiffs Ingram Micro Inc. ("Ingram Micro") and Synnex Corporation ("Synnex") filed an Amended Complaint for Damages and Injunctive Relief [Doc. No. 30] (the "Amended Complaint") naming Quanta Storage, Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), among others, as defendants; and

WHEREAS on July 31, 2014, Defendant Quanta filed a Motion to Dismiss Plaintiffs' Amended Complaint [Doc. No. 35] (the "Motion to Dismiss"); and

WHEREAS Plaintiffs Ingram Micro and Synnex and Defendant Quanta have conferred and reached agreement on the following proposed briefing schedule for the Motion to Dismiss: that the deadline for any opposition shall be September 29, 2014; and that the deadline for any reply shall be October 27, 2014,

NOW, THEREFORE, Plaintiff Ingram Micro, Plaintiff Synnex, and Defendant Quanta, through their respective counsel, hereby stipulate and agree, subject to Court approval, that the following briefing schedule shall apply to the Motion to Dismiss:

1. The deadline for any opposition shall be September 29, 2014.
2. The deadline for any reply shall be October 27, 2014.

IT IS SO STIPULATED.  3.  Motion to Dismiss Hearing shall be November 20, 2014 at 1:30 pm.

Dated: August 14, 2014       CROWELL & MORING LLP

By: **/S/ Daniel A. Sasse**

Daniel A. Sasse
Angela J. Yu

Attorneys for Plaintiffs
Ingram Micro Inc. and Synnex Corporation

| | | |
|---|---|---|
| Dated: August 14, 2014 | | ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM |

By: **/S/ Christopher M. Neumeyer**

Christopher M. Neumeyer

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

### **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:   August 14, 2014          CROWELL & MORING LLP

By: **/S/ Daniel A. Sasse**

Daniel A. Sasse

Attorneys for Plaintiffs
Ingram Micro Inc. and Synnex Corporation

### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/15/14

_____
Honorable Richard Seeborg
United States District Judge