Beatrice B. Nguyen (CSB No. 172961)
bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>Plaintiff,<br><br>v.<br><br>Toshiba Corporation, et al.,<br><br>Defendants. | Case No. 3:13-cv-05370-RS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>AS MODIFIED BY THE COURT<br><br>Hon. Richard Seeborg |

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS; CASE NO. 3:13-CV-05370-RS

**STIPULATION**

WHEREAS on May 8, 2014, Plaintiff Hewlett-Packard Company ("HP") filed a First Amended Complaint [Doc. No. 26] naming Quanta Storage, Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), among others, as defendants; and

WHEREAS on June 13, 2014, the Court entered a Stipulation and Order Regarding Extension of Time to Respond to First Amended Complaint [Doc. No. 31], directing the parties to work in good faith to reach an agreed-upon briefing schedule for any motion of Defendant Quanta to dismiss the First Amended Complaint and to present that agreed-upon briefing schedule to the Court no later than August 22, 2014; and

WHEREAS on August 7, 2014, Defendant Quanta filed a Motion to Dismiss Plaintiff's First Amended Complaint [Doc. No. 38] (the "Motion to Dismiss"); and

WHEREAS Plaintiff HP and Defendant Quanta have conferred and reached agreement on the following proposed briefing schedule for the Motion to Dismiss: that the deadline for any opposition shall be October 7, 2014; and that the deadline for any reply shall be November 4, 2014,

NOW, THEREFORE, Plaintiff HP and Defendant Quanta, through their respective counsel, hereby stipulate and agree, subject to Court approval, that the following briefing schedule shall apply to the Motion to Dismiss:

1. The deadline for any opposition shall be October 7, 2014.

2. The deadline for any reply shall be November 4, 2014.

3. Motion to Dismiss Hearing shall be heard on November 20, 2014 at 1:30 p.m.

IT IS SO STIPULATED.

///

///

///

///

///

///

///

Dated: August 19, 2014

CROWELL & MORING LLP

By: **/S/ Daniel A. Sasse**

Beatrice B. Nguyen
Daniel A. Sasse
Matthew J. McBurney
Nathanial J. Wood
Angela J. Yu

Attorneys for Plaintiff
Hewlett-Packard Company

Dated: August 19, 2014

ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

By: **/S/ Christopher M. Neumeyer**

Christopher M. Neumeyer

Attorneys for Defendants
Quanta Storage, Inc. and Quanta Storage America, Inc.

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 19, 2014

CROWELL & MORING LLP

By: **/S/ Daniel A. Sasse**

Daniel A. Sasse

Attorneys for Plaintiff
Hewlett-Packard Company

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/20/14

Honorable Richard Seeborg
United States District Judge

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS; CASE NO. 3:13-CV-05370-RS