Beatrice B. Nguyen (CSB No. 172961)
  bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Daniel A. Sasse (CSB No. 236234)
  dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05370-RS |
| Hewlett-Packard Company,<br><br>            Plaintiff,<br><br>     v.<br><br>Toshiba Corporation, et al.,<br><br>            Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hon. Richard Seeborg<br><br>[Civil L.R. 6-2] |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER RE
HEARING DATE FOR MOTION TO DISMISS;
CASE NO. 3:13-CV-05370-RS

1 **STIPULATION**

2 WHEREAS on May 8, 2014, Plaintiff Hewlett-Packard Company ("HP") filed a First

3 Amended Complaint [Doc. No. 26] against, among others, the undersigned Defendants

4 (collectively, "Defendants"); and

5 WHEREAS on June 23, 2014, Defendants filed a joint Motion to Dismiss the Fifth and

6 Sixth Causes of Action of HP's First Amended Complaint (the "Motion to Dismiss")

7 [Doc. No. 32], and set a hearing on the Motion to Dismiss for September 18, 2014 (the

8 "Hearing"); and

9 WHEREAS on June 24, 2014, the Court continued the Hearing to September 25, 2014

10 [Doc. No. 33]; and

11 WHEREAS on August 18, 2014, the Court continued the Hearing to November 6, 2014;

12 and

13 WHEREAS counsel for Plaintiff HP is unavailable on November 6, 2014; and

14 WHEREAS Plaintiff HP and Defendants have conferred and agreed to continue the

15 Hearing to November 20, 2014;

16 NOW, THEREFORE, Plaintiff HP and Defendants, through their respective counsel,

17 hereby stipulate, agree, and respectfully request that the Court issue an order that:

18 The Hearing on Defendants' Motion to Dismiss shall be reset for November 20, 2014 at

19 1:30 p.m.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION AND [PROPOSED] ORDER RE
HEARING DATE FOR MOTION TO DISMISS;
CASE NO. 3:13-CV-05370-RS

1 | IT IS SO STIPULATED.

3 | Dated:  August 28, 2014          CROWELL & MORING LLP

4 |                          By:  **/S/ Daniel A. Sasse**

Beatrice B. Nguyen
Daniel A. Sasse
Matthew J. McBurney
Nathanial J. Wood
Angela J. Yu

Attorneys for Plaintiff
Hewlett-Packard Company

10 | Dated: August 28, 2014          LATHAM & WATKINS LLP

11 |                          By:  **/S/ Belinda S. Lee**

Belinda S. Lee

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 395-8240
Facsimile:   (415) 395-8095
belinda.lee@lw.com

Attorneys for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba America Information Systems, Inc., and Toshiba Corporation

WINSTON & STRAWN LLP

By:  **/S/ Robert B. Pringle**

Robert B. Pringle

101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
rpringle@winston.com

Attorneys for Defendant NEC Corporation

O'MELVENY & MYERS LLP

By: **/S/ Ian Simmons**

Ian Simmons

1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5106
Facsimile: (202) 383-5414
isimmons@omm.com

Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

BOIES SCHILLER & FLEXNER LLP

By: **/S/ John F. Cove, Jr.**

John F. Cove, Jr.

1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
jcove@bsfllp.com

Attorneys for Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.

KATTEN MUCHIN ROSENMAN LLP

By: **/S/ Mary Ellen Hennessy**

Mary Ellen Hennessy

525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5331
Facsimile: (312) 577-8977
maryellen.hennessy@kattenlaw.com

Attorneys for Defendants TEAC Corporation and TEAC America Inc.

|   |   |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: **/S/ Jeffrey L. Kessler** |
| 3 | Jeffrey L. Kessler |
| 4 | 200 Park Avenue |
| 5 | New York, NY 10166 |
|   | Telephone:  (212) 294-6700 |
| 6 | Facsimile:   (212) 294-4700 |
|   | jkessler@winston.com |
| 7 |   |
| 8 | Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America |

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 28, 2014        CROWELL & MORING LLP

By:  **/S/ Daniel A. Sasse**

Daniel A. Sasse

Attorneys for Plaintiff
Hewlett-Packard Company

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/28/14

_[signature]_

Honorable Richard Seeborg
United States District Judge