Jeffrey A. LeVee (State Bar No. 125863)
jlevee@JonesDay.com
Eric P. Enson (State Bar No. 204447)
epenson@JonesDay.com
Kathleen P. Wallace (State Bar No. 234949)
kwallace@JonesDay.com
Rachel H. Zernik (State Bar No. 281222)
rzernik@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone:	(213) 489-3939
Facsimile:	(213) 243-2539

Attorneys for Defendants
PIONEER CORPORATION, PIONEER NORTH AMERICA, INC., PIONEER ELECTRONICS (USA) INC., PIONEER HIGH FIDELITY TAIWAN CO., LTD., AND PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | MDL Docket No. 3:10-md-02143-RS |
| | Individual Case No. 3:13-cv-05371-RS |
| **This Document relates to:** | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS HP'S SECOND AMENDED COMPLAINT** |
| **HEWLETT-PACKARD CO.,** | |
| Plaintiff, | Judge:  The Hon. Richard Seeborg |
| v. | Location: Courtroom 3, 17th Floor |
| **LG ELECTRONICS, INC., et al.,** | |
| Defendants. | |

**STIPULATION**

WHEREAS on June 23, 2014, Plaintiff Hewlett-Packard Company ("HP") filed a Second Amended Complaint, (ECF No. 36), against the undersigned Defendants (collectively, "Defendants"); and

WHEREAS on August 7, 2014, Defendants filed a joint Motion to Dismiss the Fifth and Sixth Causes of Action of HP's Second Amended Complaint ("Motion to Dismiss"), (ECF No. 40), and set a hearing on the Motion to Dismiss for September 25, 2014 ("Hearing"); and

WHEREAS on August 28, 2014, the hearing on the motion to dismiss in the companion HP case in this MDL was continued to November 20, 2014; and

WHEREAS Plaintiff and Defendants have conferred and agreed to continue the Hearing to November 20, 2014, to place it on the same calendar as the motion to dismiss in the companion HP case.

NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby stipulate, agree, and respectfully request that the Court issue an order that:

The Hearing on Defendants' Motion to Dismiss shall be continued to November 20, 2014, 1:30 pm.

IT IS SO STIPULATED.

Dated: August 28, 2014                          **JONES DAY**

                                                By: */s/ Eric P. Enson*
                                                     Eric P. Enson

                                                Attorney for Defendants
                                                PIONEER CORPORATION, PIONEER
                                                NORTH AMERICA, INC., PIONEER
                                                ELECTRONICS (USA) INC., PIONEER
                                                HIGH FIDELITY TAIWAN CO., LTD.,
                                                AND PIONEER DIGITAL DESIGN &
                                                MANUFACTURING COMPANY

**EIMER STAHL LLP**

By: */s/ Nathan P. Eimer*
    Nathan P. Eimer

Attorney for Defendants
LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC.

**ROPES & GRAY LLP**

By: */s/ Mark S. Popofsky*
    Mark S. Popofsky

Attorney for Defendants
HITACHI-LG DATA STORAGE, INC. AND HITACHI-LG DATA STORAGE KOREA, INC.

**BARTLIT BECK HERMAN PALENCHAR AND SCOTT LLP**

By: */s/ Lester C. Houtz*
    Lester C. Houtz

Attorneys for Plaintiff
HEWLETT-PACKARD CO.

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Eric. P. Enson, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 28, 2014      **JONES DAY**

By:  */s/ Eric P. Enson*

Eric P. Enson

Attorney for Defendants
PIONEER CORPORATION, PIONEER NORTH AMERICA, INC., PIONEER ELECTRONICS (USA) INC., PIONEER HIGH FIDELITY TAIWAN CO., LTD., AND PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 8/28/14

Honorable Richard Seeborg
United States District Judge