UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143 RS |
| This document relates to:<br><br>Acer Inc., et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>Lite-On IT Corp., et al.,<br><br>            Defendants. | Case No. 3:13-cv-4991-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CERTAIN DEFENDANTS' RESPONSES TO SECOND AMENDED COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Certain Defendants'
Responses to Second Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-4991 RS

1  WHEREAS, on July 10, 2014, the Court entered an Order Denying Defendants' Joint Motion to Dismiss and Granting the Pioneer Defendants' Motion to Dismiss with Leave to Amend (MDL Dkt. 1344);

WHEREAS, on July 30, 2014, plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc., f/k/a eMachines, Inc. (collectively, "Acer") filed a Second Amended Complaint for Damages and Injunctive Relief (MDL Dkt. 1361);

WHEREAS, pursuant to the Joint Stipulation and Order Regarding Defendants' Responses to Second Amended Complaint entered by this Court on July 18, 2014 (MDL Dkt. 1351), Defendants' responses to Acer's Second Amended Complaint are currently due August 29, 2014; and

WHEREAS, defendants Toshiba Samsung Storage Technology Korea Corporation ("TSSTK"), Toshiba Samsung Storage Technology Corporation ("TSST"), Toshiba Corporation ("Toshiba Corp."), and Toshiba America Information Systems, Inc. ("TAIS") are continuing to review their Answers to Acer's Second Amended Complaint, and Acer has agreed that TSSTK, TSST, Toshiba Corp. and TAIS shall have an additional week, until September 5, 2014, to file their respective Answers.

It is therefore STIPULATED and AGREED, subject to Court approval, that:

Defendants TSSTK, TSST, Toshiba Corp. and TAIS shall have until September 5, 2014 to file their respective Answers to Acer's Second Amended Complaint.

IT IS SO STIPULATED.

DATED:  August 28, 2014           LATHAM & WATKINS LLP

By _____/s/ Belinda S Lee_____
      BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  415-395-8240
Fax:  415-395-8095
belinda.lee@lw.com

*Counsel for Defendants Toshiba Samsung Storage*

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Certain Defendants'
Responses to Second Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-4991 RS

*Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.*

Dated: August 28, 2014                CARLTON FIELDS JORDEN BURT, P.A.

By     /s/ David B. Esau
      DAVID B. ESAU (*pro hac vice*)

City Place Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
desau@cfjblaw.com
Telephone: (561) 659-7070

Hsiang ("James") H. Lin (SBN 241472)
jlin@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (415) 816-9525

Attorneys for Plaintiffs
*ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 8/29/14

    HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation and [Proposed] Order re Certain Defendants'
Responses to Second Amended Complaint
MDL Docket No. 3:10- md-2143 RS; Case No. 3:13-cv-4991 RS