Jon Swenson (S.B. #233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Tel: (650) 739-7500
Fax: (650) 739-7699
jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Evan J. Werbel (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com

*Counsel for Defendants Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 2143 |
| | Case No. 3:13-cv-04991-RS |
| This Document Relates to: | |
| ACER INC., et al. | **DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION AND PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S ANSWER TO ACER AMERICA CORPORATION'S SECOND AMENDED COMPLAINT** |
|                         Plaintiffs, | |
|         v. | |
| LITE-ON IT CORPORATION, et al. | |
|                    Defendants. | |

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S ANSWER TO ACER'S SECOND AMENDED COMPLAINT

MDL No. 2143
Case No. 3:13-cv-04991-RS

Defendants Philips & Lite-On Digital Solutions Corporation ("PLDS") and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, "Defendants") hereby Answer the Complaint of Acer America Corporation, et al. ("Plaintiffs").

This Answer is based upon the information currently available to Defendants, which reserve the right to amend this Answer to the extent permitted by the Federal Rules of Civil Procedure. The Complaint contains numerous headings, which are not allegations and do not require a response from Defendants. To the extent that any headings are construed as allegations, they are denied.

Defendants admit certain allegations made by Plaintiffs, but deny all allegations of a single, continuous conspiracy. Nothing herein should be construed as an admission of the existence of a single, continuous conspiracy.

1. Paragraph 1 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a few OEM customers which did not include Plaintiffs. Defendants further admit that certain of their employees engaged in a number of communications with certain competitors' employees and that some of these communications related to ODDs. Defendants deny the remaining allegations.

2. Defendants admit the allegations in the first and third sentences of Paragraph 2 are generally accurate. Defendants deny the allegations in the second sentence in the form and manner alleged, but admit that notebook and desktop computers, camcorders and game consoles are examples of products that can incorporate or connect to ODDs. The fourth sentence consists of Plaintiffs' characterization of the remainder of their allegations, to which no response is required. To the extent an answer is deemed required, Defendants incorporate by reference their responses to the specific Paragraphs, and the allegations therein, referenced in Paragraph 2.

3. Paragraph 3 describes the terminology used in the Complaint, to which no response is required.

4. Defendants admit that the allegations in Paragraph 4 are generally accurate with

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

2

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  regard to the description of ODD technology.

2      5.      Paragraph 5 contains characterizations and conclusions, to which no response is

3  required.  To the extent an answer is deemed required, Defendants lack sufficient knowledge or

4  information to form a belief as to the truth of the allegations and therefore deny the allegations.

5      6.      Paragraph 6 contains characterizations, legal argument, and conclusions, to which

6  no response is required.  To the extent an answer is deemed required, Defendants admit that they

7  reached a limited number of agreements with certain individual competitors regarding specific

8  procurement events for a few OEM customers which did not include Plaintiffs.  Defendants

9  further admit that certain of their employees engaged in a number of communications with

10 certain competitors' employees and that some of these communications related to ODDs.

11 Defendants deny the remaining allegations.

12     7.      Paragraph 7 contains characterizations, legal argument, and conclusions, to which

13 no response is required.  To the extent an answer is deemed required, Defendants admit that the

14 DOJ has initiated an investigation of the ODD which reportedly includes an application for

15 amnesty.  Defendants deny the allegations in the third sentence to the extent they relate to

16 Defendants.  To the extent the allegations in the third sentence relate to other ODD Defendants,

17 Defendants lack sufficient knowledge or information to form a belief as to the truth of the

18 allegations and therefore deny the allegations.  Defendants deny the remaining allegations.

19     8.      Paragraph 8 contains characterizations, legal argument, and conclusions, to which

20 no response is required.  To the extent an answer is deemed required, Paragraph 8 purports to

21 quote or describe plea agreements of HLDSI and certain HLDSI employees.  Defendants state

22 that the plea agreements are the best source for their full content and context.  Defendants lack

23 sufficient knowledge or information to form a belief as to the truth of the allegations and

24 therefore deny the allegations.

25     9.      Paragraph 9 contains characterizations, legal argument, and conclusions, to which

26 no response is required.

27     10.     Paragraph 10 contains characterizations, legal argument, and conclusions, to

28 which no response is required.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

3

MDL No. 2143
Case No. 3:13-cv-04991-RS

11.     Paragraph 11 contains characterizations, legal argument, and conclusions, to which no response is required.

12.     Paragraph 12 contains characterizations, legal argument, and conclusions, to which no response is required.

13.     Paragraph 13 contains characterizations, legal argument, and conclusions, to which no response is required.

14.     Paragraph 14 contains characterizations, legal argument, and conclusions, to which no response is required.

15.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 and therefore deny the allegations.

16.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 and therefore deny the allegations.

17.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17 and therefore deny the allegations.

18.     Paragraph 18 describes the terminology used in the Complaint, to which no response is required.

19.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 and therefore deny the allegations.

20.     Paragraph 20 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations.

21.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21 and therefore deny the allegations.

22.     Defendants admit the allegations in the first sentence of Paragraph 22, except to state that Philips has changed its name to Koninklijke Philips N.V.  (*See* MDL No. 2143, Dkt. No. 974.)  Defendants deny the allegations in the second sentence in the form and manner alleged, but admit that Philips owned a 51 percent interest in PLDS.  Defendants admit that Philips sold and/or distributed ODDs during a portion of the purported Relevant Period, but deny

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

4

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    the remaining allegations in the third sentence.

2          23.     Defendants admit the allegations in the first, second and third sentences of

3    Paragraph 23.  Defendants admit that PLDS sold and/or distributed ODDs during a portion of the

4    purported Relevant Period, but deny the remaining allegations in the fourth sentence.

5          24.     Defendants admit the allegations in the first, second and third sentences of

6    Paragraph 24.  Defendants admit that PLDS USA sold and/or distributed ODDs in the United

7    States during a portion of the purported Relevant Period, but deny the remaining allegations in

8    the fourth sentence.

9          25.     The first sentence in Paragraph 25 describes the terminology used in the

10   Complaint, to which no response is required.  The second sentence purports to summarize the

11   subsequent Paragraphs in Plaintiffs' Complaint, to which no response is required.  To the extent

12   an answer is deemed required, Defendants incorporate by reference their responses to the

13   specific Paragraphs, and the allegations therein, referenced in Paragraph 25.

14         26.     Paragraph 26 purports to quote or describe the statement of an unidentified TSST

15   employee.  Defendants state that the original statement is the best source for its full content and

16   context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

17   the allegations therefore deny the allegations.

18         27.     Defendants admit the allegations in the first sentence of Paragraph 27.

19   Defendants deny the allegations in the second sentence in the form and manner alleged, but

20   admit that Lite-On owned a 49 percent interest in PLDS.  Defendants further admit that Lite-On,

21   or an affiliated entity, manufactured, sold and/or distributed ODDs during a portion of the

22   purported Relevant Period, but deny the remaining allegations in the third sentence.

23         28.     Defendants lack sufficient knowledge or information to form a belief as to the

24   truth of the allegations in Paragraph 28 and therefore deny the allegations.

25         29.     Defendants lack sufficient knowledge or information to form a belief as to the

26   truth of the allegations in Paragraph 29 and therefore deny the allegations.

27         30.     Defendants lack sufficient knowledge or information to form a belief as to the

28   truth of the allegations in Paragraph 30 and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

5

MDL No. 2143
Case No. 3:13-cv-04991-RS

31.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 and therefore deny the allegations.

32.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32 and therefore deny the allegations.

33.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 33 and therefore deny the allegations.

34.     Paragraph 34 purports to quote or describe Sony Corporation's March 2011 Form 20-F filing with the SEC.  Defendants state that the filing is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

35.     Paragraph 35 purports to quote or describe the statement of an unidentified former employee of Sony Optiarc Inc.  Defendants state that the original statement is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

36.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36 and therefore deny the allegations.

37.     Paragraph 37 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

38.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38 and therefore deny the allegations.

39.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first five sentences of Paragraph 39 and therefore deny the allegations.  The remainder of Paragraph 39 purports to quote or describe Toshiba's 2009 Annual Report.  Defendants state that the report is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

6

MDL No. 2143
Case No. 3:13-cv-04991-RS

40.      Paragraph 40 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

41.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 41 and therefore deny the allegations.

42.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 42 and therefore deny the allegations.

43.      Paragraph 43 purports to quote or describe Samsung Electronics Co. Ltd.'s 2008 Annual Report.   Defendants state that the report is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

44.      Paragraph 44 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

45.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45 and therefore deny the allegations.

46.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first and third sentences of Paragraph 46 and therefore deny the allegations.  The second sentence purports to quote or describe Toshiba's 2009 Annual Report and sentences four through six purport to quote or describe TSST Korea's website.  Defendants state that the Annual Report and website are the best source for their full content and context. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

47.      Paragraph 47 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and

1   therefore deny the allegations.

2          48.     Defendants lack sufficient knowledge or information to form a belief as to the

3   truth of the allegations in Paragraph 48 and therefore deny the allegations.

4          49.     Defendants lack sufficient knowledge or information to form a belief as to the

5   truth of the allegations in Paragraph 49 and therefore deny the allegations.

6          50.     Defendants lack sufficient knowledge or information to form a belief as to the

7   truth of the allegations in Paragraph 50 and therefore deny the allegations

8          51.     Defendants lack sufficient knowledge or information to form a belief as to the

9   truth of the allegations in Paragraph 51 and therefore deny the allegations.

10         52.     Defendants lack sufficient knowledge or information to form a belief as to the

11  truth of the allegations in Paragraph 52 and therefore deny the allegations.

12         53.     Paragraph 53 describes the terminology used in the Complaint, to which no

13  response is required.

14         54.     Paragraph 54 contains characterizations, legal argument, and conclusions, to

15  which no response is required.  To the extent an answer is deemed required, Defendants deny the

16  allegations in the form and manner alleged.

17         55.     Paragraph 55 contains characterizations, legal argument, and conclusions, to

18  which no response is required.  To the extent an answer is deemed required, Defendants deny the

19  allegations.

20         56.     Paragraph 57 contains characterizations, legal argument, and conclusions, to

21  which no response is required.  To the extent an answer is deemed required, Defendants deny

22  that it is appropriate for Plaintiffs to refer to a corporate family or companies by a single name in

23  their allegations of participation in the alleged conspiracy.  Defendants further deny that one or

24  more employees or agents of entities within a corporate family can engage in conspiratorial acts

25  on behalf of every company in that corporate family.  Defendants deny the remaining allegations.

26         57.     Paragraph 57 contains characterizations, legal argument, and conclusions, to

27  which no response is required.  To the extent an answer is deemed required, Defendants deny the

28  allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

8

MDL No. 2143
Case No. 3:13-cv-04991-RS

1      58.     Paragraph 58 contains characterizations, legal argument, and conclusions, to

2  which no response is required.  To the extent an answer is deemed required, Defendants deny the

3  allegations in the form and manner alleged.

4      59.     Paragraph 59 contains characterizations, legal argument, and conclusions, to

5  which no response is required.  To the extent an answer is deemed required, Defendants deny the

6  allegations.

7      60.     Paragraph 60 contains characterizations, legal argument, and conclusions, to

8  which no response is required.  To the extent an answer is deemed required, and to the extent the

9  allegations relate to Defendants, Defendants deny the allegations in the form and manner alleged.

10  To the extent the allegations relate to other ODD Defendants, Defendants lack sufficient

11  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

12  allegations.

13      61.     Defendants lack sufficient knowledge or information to form a belief as to the

14  truth of the allegations in Paragraph 61 and therefore deny the allegations.

15      62.     Defendants lack sufficient knowledge or information to form a belief as to the

16  truth of the allegations in Paragraph 62 and therefore deny the allegations.

17      63.     Defendants lack sufficient knowledge or information to form a belief as to the

18  truth of the allegations in Paragraph 63 and therefore deny the allegations.

19      64.     Paragraph 64 purports to quote or describe Hitachi Ltd.'s March 2011 Form 20-F

20  filing with the SEC.   Defendants state that the filing is the best source for its full content and

21  context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

22  the allegations and therefore deny the allegations.

23      65.     Paragraph 65 describes the terminology used in the Complaint, to which no

24  response is required.

25      66.     Paragraph 66 purports to quote or describe Hitachi Ltd.'s November 2009 Form

26  6-K filing with the SEC.   Defendants state that the filing is the best source for its full content

27  and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth

28  of the allegations and therefore deny the allegations.

67.     Paragraph 67 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

68.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 68 and therefore deny the allegations.

69.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 69 and therefore deny the allegations.

70.     Paragraph 70 describes the terminology used in the Complaint, to which no response is required.

71.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 71 and therefore deny the allegations.

72.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 72 and therefore deny the allegations.

73.     Paragraph 73 describes the terminology used in the Complaint, to which no response is required.

74.     On information and belief, Defendants admit that TEAC Corporation is a business entity organized under the laws of Japan and with its principal place of business in Japan. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

75.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 75 and therefore deny the allegations.

76.     Paragraph 76 describes the terminology used in the Complaint, to which no response is required.

77.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 77 and therefore deny the allegations.

78.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 78 and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

10

MDL No. 2143
Case No. 3:13-cv-04991-RS

1      79.     Paragraph 79 describes the terminology used in the Complaint, to which no

2   response is required.

3      80.     Defendants lack sufficient knowledge or information to form a belief as to the

4   truth of the allegations in Paragraph 80 and therefore deny the allegations.

5      81.     Defendants lack sufficient knowledge or information to form a belief as to the

6   truth of the allegations in Paragraph 81 and therefore deny the allegations.

7      82.     Paragraph 82 contains characterizations, legal argument, and conclusions, to

8   which no response is required.  To the extent an answer is deemed required, Defendants deny the

9   allegations in the form and manner alleged.

10     83.     Paragraph 83 contains characterizations, legal argument, and conclusions, to

11  which no response is required.  To the extent an answer is deemed required, Defendants deny the

12  allegations.

13     84.     Paragraph 84 contains characterizations, legal argument, and conclusions, to

14  which no response is required.  To the extent an answer is deemed required, Defendants lack

15  sufficient knowledge or information to form a belief as to the truth of the allegations.

16     85.     Paragraph 85 contains characterizations, legal argument, and conclusions, to

17  which no response is required.  To the extent an answer is deemed required, Defendants deny the

18  allegations.

19     86.     Paragraph 86 contains characterizations, legal argument, and conclusions, to

20  which no response is required.  To the extent an answer is deemed required, Defendants deny the

21  allegations.

22     87.     Defendants lack sufficient knowledge or information to form a belief as to the

23  truth of the allegations in Paragraph 87 and therefore deny the allegations.

24     88.     Defendants lack sufficient knowledge or information to form a belief as to the

25  truth of the allegations in Paragraph 88 and therefore deny the allegations.

26     89.     Defendants lack sufficient knowledge or information to form a belief as to the

27  truth of the allegations in Paragraph 89 and therefore deny the allegations.

28     90.     Paragraph 90 contains characterizations, legal argument, and conclusions, to

1  which no response is required.  To the extent an answer is deemed required, Defendants deny the

2  allegations in the form and manner alleged, but admit that Defendants sold ODDs through

3  various direct channels for a portion of the purported Relevant Period.

4        91.    Paragraph 91 contains characterizations, legal argument, and conclusions, to

5  which no response is required.  To the extent an answer is deemed required, Defendants lack

6  sufficient knowledge or information to form a belief as to the truth of the allegations and

7  therefore deny the allegations.

8        92.    Defendants admit that the allegations in Paragraph 92 are generally accurate with

9  regard to the description of ODD technology.

10       93.    Defendants admit that the allegations in Paragraph 93 are generally accurate with

11 regard to the description of ODD technology.

12       94.    Defendants admit that the allegations in Paragraph 94 are generally accurate with

13 regard to the description of ODD technology.  Defendants lack sufficient knowledge or

14 information to form a belief as to the truth of the remaining allegations and therefore deny the

15 allegations.

16       95.    Defendants admit that the allegations in Paragraph 95 are generally accurate with

17 regard to the description of ODD technology, except deny that most ODDs presently installed in

18 computers have jumper settings on the back end.

19       96.    Defendants admit that the allegations in Paragraph 96 are generally accurate with

20 regard to the description of ODD technology.

21       97.    Paragraph 97 purports to quote or describe an article from Geeks.com website.

22 Defendants state that the article is the best source for its full content and context.  Defendants

23 lack sufficient knowledge or information to form a belief as to the truth of the allegations and

24 therefore deny the allegations.

25       98.    Defendants lack sufficient knowledge or information to form a belief as to the

26 truth of the allegations in Paragraph 98 and therefore deny the allegations.

27       99.    Defendants lack sufficient knowledge or information to form a belief as to the

28 truth of the allegations in Paragraph 99 and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

12

MDL No. 2143
Case No. 3:13-cv-04991-RS

1     100.    Defendants lack sufficient knowledge or information to form a belief as to the

2   truth of the allegations in Paragraph 100 and therefore deny the allegations.

3     101.    Defendants admit that the allegations in the first, fifth, sixth and seventh sentences

4   of Paragraph 101 are generally accurate with regard to the description of ODD technology.

5   Defendants lack sufficient knowledge or information to form a belief as to the truth of the

6   remaining allegations and therefore deny the allegations.

7     102.    Defendants lack sufficient knowledge or information to form a belief as to the

8   truth of the allegations in Paragraph 102 and therefore deny the allegations.

9     103.    Paragraph 103 purports to quote or describe statements of the Digital

10   Entertainment Group.  Defendants state that the original statements are the best source for their

11   full content and context.  Defendants lack sufficient knowledge or information to form a belief as

12   to the truth of the allegations and therefore deny the allegations.

13     104.    Defendants admit that the allegations in Paragraph 104 are generally accurate

14   with regard to the description of ODD technology.

15     105.    Paragraph 105 contains characterizations, legal argument, and conclusions to

16   which no response is necessary.  To the extent an answer is deemed necessary, Defendants lack

17   sufficient knowledge or information to form a belief as to the truth of the allegations and

18   therefore deny the allegations.

19     106.    Paragraph 106 contains characterizations, legal argument, and conclusions, to

20   which no response is required.  To the extent an answer is deemed required, Defendants admit

21   that the ODD industry has faced downward pricing pressures and that the industry has honed its

22   ability to manufacture certain ODDs more efficiently and at lower costs.  Defendants deny the

23   remaining allegations in the form and manner alleged.

24     107.    Defendants lack sufficient knowledge or information to form a belief as to the

25   truth of the allegations in the first and second sentences of Paragraph 107 and therefore deny the

26   allegations.  The remaining sentences purport to quote or describe publications by industry

27   sources.  Defendants state that the publications are the best source for their full content and

28   context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

1    these allegations and therefore deny the allegations.

2         108.    Paragraph 108 purports to quote or describe statements of Sony and NEC

3    executives.  Defendants state that the original statements are the best source for their full content

4    and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth

5    of the allegations and therefore deny the allegations.

6         109.    Paragraph 109 contains characterizations, legal argument, and conclusions, to

7    which no response is required.  To the extent an answer is deemed required, Defendants deny the

8    allegations in the first sentence.  Defendants admit that the allegations in the second sentence are

9    generally accurate.  The third sentence purports to quote an unidentified consumer survey.

10   Defendants state that the survey is the best source for its full content and context.  Defendants

11   lack sufficient knowledge or information to form a belief as to these truth of the allegations and

12   therefore deny the allegations.

13        110.    Paragraph 110 contains characterizations, legal argument, and conclusions, to

14   which no response is required.  To the extent an answer is deemed required, Defendants deny the

15   allegations.

16        111.    Paragraph 111 contains characterizations and conclusions, to which no response is

17   required.  Paragraph 111 also purports to rely upon unidentified and unknown materials.  To the

18   extent an answer is deemed required, Defendants state that the original materials are the best

19   source for their full content and context.  Defendants lack sufficient knowledge or information to

20   form a belief as to the truth of the allegations and therefore deny the allegations.

21        112.    Paragraph 112 contains characterizations, legal argument, and conclusions, to

22   which no response is required.  To the extent an answer is deemed required, Defendants deny the

23   allegations in the first and second sentences.  The third and fourth sentences purport to rely upon

24   unidentified industry reports and data.  Defendants state that the reports and data are the best

25   source for their full content and context.  Defendants lack sufficient knowledge or information to

26   form a belief as to the truth of these allegations and therefore deny the allegations.

27        113.    Paragraph 113 purports to describe a Sony Optiarc graph.  Defendants state that

28   the graph is the best source for its full content and context.  Defendants lack sufficient

1   knowledge or information to form a belief as to the truth of the allegations and therefore deny the

2   allegations.

3        114.    Defendants admit that PLDS was formed in 2007.  Defendants lack sufficient

4   knowledge or information to form a belief as to the truth of the remaining allegations and

5   therefore deny the allegations.

6        115.    The first sentence in Paragraph 115 contains characterizations, legal argument,

7   and conclusions, to which no response is required.  To the extent an answer is deemed required,

8   Defendants deny the allegations.  The second sentence purports to quote or describe a statement

9   of a Sony spokesperson.  Defendants state that the original statement is the best source for its full

10   content and context.  Defendants lack sufficient knowledge or information to form a belief as to

11   the truth of the allegations and therefore deny the allegations.

12        116.    The first sentence of Paragraph 116 purports to quote or describe an unidentified

13   statement by Tseng Huan-Xiong.  Defendants lack sufficient knowledge or information to form a

14   belief as to the truth of the allegations regarding this unidentified and unknown document and

15   therefore deny the allegations.  The second sentence purports to quote or describe another

16   statement of Tseng.  Defendants admit that there is an online report attributing the quoted

17   statement to Charlie Tseng.

18        117.    Defendants deny that QSI has manufactured ODDs for PLDS.  Defendants lack

19   sufficient knowledge or information to form a belief as to the truth of the remaining allegations

20   in Paragraph 117 and therefore deny the allegations.

21        118.    Paragraph 118 contains characterizations, legal argument, and conclusions, to

22   which no response is required.  To the extent an answer is deemed required, Defendants deny the

23   allegations.

24        119.    The first three sentences of Paragraph 119 contain characterizations, legal

25   argument, and conclusions, to which no response is required.  To the extent an answer is deemed

26   required, Defendants deny the allegations.  The fourth sentence purports to rely upon

27   unidentified and unknown sources.  Defendants lack sufficient knowledge or information to form

28   a belief as to the truth of these allegations and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

15

MDL No. 2143
Case No. 3:13-cv-04991-RS

120. The first and second sentences of Paragraph 120 contains characterizations and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants admit that OEMs usually require a qualification process before entering into supply, but deny the remaining allegations in the form and manner alleged. The third and fourth sentences purport to quote or describe statements of an unidentified analyst. Defendants state that the original statements are the best source for their full content and context. Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations.

121. Paragraph 121 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants deny the allegations.

122. Paragraph 122 purports to attribute a statement to PLDS. Defendants admit that there is a corporate statement with the language quoted in Paragraph 122 and state that the document is the best source of its content and context.

123. Paragraph 123 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants deny the allegations in the form and manner alleged.

124. Paragraph 124 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

125. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125 and therefore deny the allegations.

126. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126 and therefore deny the allegations.

127. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127 and therefore deny the allegations.

128. Defendants lack sufficient knowledge or information to form a belief as to the

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S ANSWER TO ACER'S SECOND AMENDED COMPLAINT

16

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    truth of the allegations in Paragraph 128 and therefore deny the allegations.

2        129.    Defendants lack sufficient knowledge or information to form a belief as to the

3    truth of the allegations in Paragraph 129 and therefore deny the allegations.

4        130.    Paragraph 130 contains characterization, legal argument, and conclusions, to

5    which no response is required.  To the extent an answer is deemed required, Defendants lack

6    sufficient knowledge or information to form a belief as to the truth of the allegations and

7    therefore deny the allegations.

8        131.    Paragraph 131 contains characterization, legal argument, and conclusions, and

9    purports to rely upon a Mitsubishi Electric presentation, to which no response is required.  To the

10   extent an answer is deemed required, Defendants state that the presentation is the best source of

11   its full content and context.  Defendants lack sufficient knowledge or information to form a

12   belief as to the truth of the allegations and therefore deny the allegations.

13       132.    Paragraph 132 contains characterizations, legal argument, and conclusions, to

14   which no response is required.  To the extent an answer is deemed required, Defendants lack

15   sufficient knowledge or information to form a belief as to the truth of the allegations and

16   therefore deny the allegations.

17       133.    Paragraph 133 contains characterizations, legal argument, and conclusions, and

18   purports to quote from unidentified sources, to which no response is required.  To the extent an

19   answer is deemed required, Defendants lack sufficient knowledge or information to form a belief

20   as to the truth of the allegations in the first sentence and therefore deny the allegations.  To the

21   extent Paragraph 133 purports to quote or describe industry reports or corporate statements,

22   Defendants state that the reports and statements are the best source for their full content and

23   context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

24   the remaining allegations and therefore deny the allegations.

25       134.    Paragraph 134 contains characterizations, legal argument, and conclusions, and

26   purports to quote from unidentified sources, to which no response is required.  To the extent an

27   answer is deemed required, Defendants deny the allegations in the first sentence in the form and

28   manner alleged.  The second sentence purports to quote or describe an unidentified analyst

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

17

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  report. Defendants state that report is the best source for its full content and context. Defendants

2  lack sufficient knowledge or information to form a belief as to the truth of the allegations and

3  therefore deny the allegations.

4    135.   Paragraph 135 contains characterizations, legal argument, and conclusions, to

5  which no response is required. To the extent an answer is deemed required, Defendants deny the

6  allegations in the first, second, and fourth sentences. The third sentence purports to quote or

7  describe an unidentified analyst report. Defendants state that report is the best source for its full

8  content and context. Defendants lack sufficient knowledge or information to form a belief as to

9  the truth of these allegations and therefore deny these allegations

10    136.   Paragraph 136 contains characterizations, legal argument, and conclusions, to

11  which no response is required. To the extent an answer is deemed required, Defendants deny the

12  allegations.

13    137.   Defendants lack sufficient knowledge or information to form a belief as to the

14  truth of the allegations in Paragraph 137 and therefore deny the allegations.

15    138.   Defendants lack sufficient knowledge or information to form a belief as to the

16  truth of the allegations in Paragraph 138 and therefore deny the allegations.

17    139.   Defendants lack sufficient knowledge or information to form a belief as to the

18  truth of the allegations in Paragraph 139 and therefore deny the allegations.

19    140.   Defendants lack sufficient knowledge or information to form a belief as to the

20  truth of the allegations in Paragraph 140 and therefore deny the allegations.

21    141.   Defendants lack sufficient knowledge or information to form a belief as to the

22  truth of the allegations in Paragraph 141 and therefore deny the allegations.

23    142.   Defendants lack sufficient knowledge or information to form a belief as to the

24  truth of the allegations in Paragraph 142 and therefore deny the allegations.

25    143.   Defendants lack sufficient knowledge or information to form a belief as to the

26  truth of the allegations in Paragraph 143 and therefore deny the allegations.

27    144.   Defendants lack sufficient knowledge or information to form a belief as to the

28  truth of the allegations in Paragraph 144 and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

18

MDL No. 2143
Case No. 3:13-cv-04991-RS

145.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 145 and therefore deny the allegations.  To the extent Paragraph 145 purports to quote or describe statements of the RDVDC, Defendants state that the original statements are the best source for their full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of these allegations and therefore deny the allegations.

146.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 146 and therefore deny the allegations.

147.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 147 and therefore deny the allegations.

148.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 148 and therefore deny the allegations.

149.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 149 and therefore deny the allegations.

150.     Paragraph 150 purports to quote or describe a statement of Warner Home Video.  Defendants state that the original statement is the best source of its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

151.     Paragraph 151 purports to quote or describe a statement of Sony Electronics.  Defendants state that the original statement is the best source of its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

152.     Paragraph 152 purports to quote or describe a statement from the Optical Storage Association's website.  Defendants state that the website is the best source of its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

153.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of Paragraph 153 and therefore deny the allegations.

1    The remainder of Paragraph 153 purports to quote or describe statements from the Optical

2    Storage Technology Association's website.  Defendants state that the website is the best source

3    of its full content and context.  Defendants lack sufficient knowledge or information to form a

4    belief as to the truth of the allegations and therefore deny the allegations.

5         154.    Defendants lack sufficient knowledge or information to form a belief as to the

6    truth of the allegations in Paragraph 154 and therefore deny the allegations.

7         155.    Defendants lack sufficient knowledge or information to form a belief as to the

8    truth of the allegations in Paragraph 155 and therefore deny the allegations.

9         156.    Paragraph 156 contains characterizations, legal argument, and conclusions, to

10   which no response is required.  To the extent an answer is deemed required, Defendants lack

11   sufficient knowledge or information to form a belief as to the truth of the allegations and

12   therefore deny the allegations.

13        157.    Defendants lack sufficient knowledge or information to form a belief as to the

14   truth of the allegations in Paragraph 157 and therefore deny the allegations.

15        158.    Defendants lack sufficient knowledge or information to form a belief as to the

16   truth of the allegations in Paragraph 158 and therefore deny the allegations.

17        159.    Paragraph 159 contains characterizations, legal argument, and conclusions, to

18   which no response is required.  To the extent an answer is deemed required, Defendants lack

19   sufficient knowledge or information to form a belief as to the truth of the allegations and

20   therefore deny the allegations.

21        160.    Defendants lack sufficient knowledge or information to form a belief as to the

22   truth of the allegations in Paragraph 160 and therefore deny the allegations.

23        161.    Defendants lack sufficient knowledge or information to form a belief as to the

24   truth of the allegations in Paragraph 161 and therefore deny the allegations.

25        162.    Defendants lack sufficient knowledge or information to form a belief as to the

26   truth of the allegations in Paragraph 162 and therefore deny the allegations.

27        163.    Paragraph 163 contains characterizations, legal argument, and conclusions, to

28   which no response is required.  To the extent an answer is deemed required, Defendants lack

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

20

MDL No. 2143
Case No. 3:13-cv-04991-RS

1   sufficient knowledge or information to form a belief as to the truth of the allegations and

2   therefore deny the allegations.

3        164.    Defendants lack sufficient knowledge or information to form a belief as to the

4   truth of the allegations in Paragraph 164 and therefore deny the allegations.

5        165.    Defendants lack sufficient knowledge or information to form a belief as to the

6   truth of the allegations in Paragraph 165 and therefore deny the allegations.

7        166.    Paragraph 166 contains characterizations, legal argument, and conclusions, to

8   which no response is required.  To the extent an answer is deemed required, Defendants lack

9   sufficient knowledge or information to form a belief as to the truth of the allegations and

10  therefore deny the allegations.

11       167.    Paragraph 167 contains characterizations, legal argument, and conclusions, to

12  which no response is required.  To the extent an answer is deemed required, Defendants deny the

13  allegations.

14       168.    Paragraph 168 contains characterizations, legal argument, and conclusions, to

15  which no response is required.  To the extent an answer is deemed required, Defendants deny the

16  allegations in the first sentence in the form and manner alleged, but admit that certain standards

17  have been developed for ODDs and that the organizations named in Paragraph 168 held a role in

18  the adoption of some of these standards.  To the extent that Paragraph 168 purports to quote or

19  describe an unidentified statement regarding the role of these organizations, Defendants state that

20  the original statement is the best source for its full content and context.  Defendants lack

21  sufficient knowledge or information to form a belief as to the truth of these allegations and

22  therefore deny the allegations.

23       169.    Paragraph 169 contains characterizations and conclusions, to which no response is

24  required.  Paragraph 169 also purports to quote or describe a statement by Philips Consumer

25  Electronics B.V.  To the extent an answer is deemed required, Defendants state that the original

26  statement is the best source for its full content and context.  Defendants lack sufficient

27  knowledge or information to form a belief as to the truth of the remaining allegations and

28  therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

21

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    170.    Defendants deny the allegations in Paragraph 170 in the form and manner alleged,

2  but state that patents, other intellectual property rights and standardized product specifications do

3  exist in the ODD industry.

4    171.    Defendants lack sufficient knowledge or information to form a belief as to the

5  truth of the allegations in Paragraph 171 and therefore deny the allegations.

6    172.    Defendants lack sufficient knowledge or information to form a belief as to the

7  truth of the allegations in Paragraph 172 and therefore deny the allegations.

8    173.    Paragraph 173 contains characterizations, legal argument, and conclusions, to

9  which no response is required.  To the extent an answer is deemed required, Defendants deny the

10  allegations in the first sentence in the form and manner alleged.  Defendants lack sufficient

11  knowledge or information to form a belief as to the truth of the allegations in the second sentence

12  and therefore deny the allegations.  The third and fourth sentences purport to quote or describe

13  statements from an unidentified industry analyst and NEC, respectively.  Defendants state that

14  the original statements are the best source of their full content and context.  Defendants lack

15  sufficient knowledge or information to form a belief as to the truth of the allegations and

16  therefore deny the allegations.

17    174.    Defendants deny the allegations in Paragraph 174 in the form and manner alleged,

18  but admit that patents, other intellectual property rights, and standardized product specifications

19  do exist in the ODD industry.

20    175.    Paragraph 175 contains characterizations, legal argument, and conclusions, to

21  which no response is required.  To the extent an answer is deemed required, Defendants admit

22  that they reached a limited number of agreements with certain individual competitors regarding

23  specific procurement events for a few OEM customers which did not include Plaintiffs.

24  Defendants further admit that certain of their employees engaged in a number of

25  communications with certain competitors' employees and that some of these communications

26  related to ODDs.  Defendants deny the remaining allegations.

27    176.    Paragraph 176 contains characterizations, legal argument, and conclusions, to

28  which no response is required.  To the extent an answer is deemed required, Defendants admit

1   that they reached a limited number of agreements with certain individual competitors regarding

2   specific procurement events for a few OEM customers which did not include Plaintiffs.

3   Defendants further admit that certain of their employees engaged in a number of

4   communications with certain competitors' employees and that some of these communications

5   related to ODDs.  Defendants deny the remaining allegations.

6          177.    Paragraph 177 contains characterizations, legal argument, and conclusions, to

7   which no response is required.  To the extent an answer is deemed required, Defendants admit

8   that certain of their employees engaged in a number of communications with certain

9   competitors' employees and that some of these communications related to ODDs.  Defendants

10  deny the remaining allegations.

11         178.    Paragraph 178 contains characterizations, legal argument, and conclusions, to

12  which no response is required.  To the extent an answer is deemed required, Defendants admit

13  that Dell and HP conducted auctions among ODD suppliers during the purported Relevant

14  Period.  Defendants admit that Dell conducted some of these auctions from Austin, Texas and

15  that HP conducted some of these auctions from Palo Alto, California or Houston, Texas.

16  Defendants further admit that they reached a limited number of agreements with certain

17  individual competitors regarding specific procurement events for a few OEM customers which

18  did not include Plaintiffs.  Defendants deny the remaining allegations.

19         179.    Defendants admit that there were two types of online procurement events used by

20  certain OEMs, but aver that not all OEMs used the same terminology for the type of electronic

21  event that Plaintiffs describe as an "e-auction."  Defendants admit that the allegations in the

22  second and third sentences are generally accurate with respect to Dell and HP procurement

23  events.  Defendants admit that Dell and HP sometimes provided feedback to competing

24  suppliers, but otherwise deny the allegations in the fourth sentence.  Defendants further admit

25  that the frequency of procurement events described in the fifth sentence is generally accurate

26  with respect to certain OEMs.  Defendants deny the remaining allegations in Paragraph 179.

27         180.    Defendants admit that the allegations in Paragraph 180 are generally accurate

28  with respect to procurement events held by some, but not all, OEMs.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

23

MDL No. 2143
Case No. 3:13-cv-04991-RS

181.   Paragraph 181 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a few OEM customers which did not include Plaintiffs. Defendants further admit that certain of their employees engaged in a number of communications with certain competitors' employees and that some of these communications related to ODDs.  Footnote 3 purports to quote or describe various public sources.  Defendants state that the public sources are the best source for their full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.  Defendants deny the remaining allegations.

182.   Paragraph 182 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants admit that certain OEMs required suppliers to meet together with that OEM.  Defendants further admit that a limited number of their employees met and had communications with competing suppliers at customer-hosted supplier days and that, in some cases, their communications continued after the supplier days.  Defendants deny the remaining allegations.

183.   Paragraph 183 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required Defendants admit that a limited number of their employees engaged in emails, telephone calls and face-to-face communications, the exact number being unknown, with certain competitors' employees and that these communications occurred at various times, including before, during or after certain individual procurement events, in order to exchange various types of information.  To the extent the allegations in the last sentence relate to Defendants, Defendants admit the allegations are accurate with respect to some, but not all, OEM procurement events.  To the extent the allegations in the last sentence relate to other ODD Defendants, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.  Defendants deny the remaining allegations.

184.   Paragraph 184 contains characterizations, legal argument, and conclusions, to

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

24

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  which no response is required. To the extent an answer is deemed required, Defendants deny the

2  allegations in the form and manner alleged, but admit that a limited number of their employees

3  met with certain competitors face-to-face and that, at some of these meetings, competitive

4  information was exchanged.

5      185. Paragraph 185 contains characterizations, legal argument, and conclusions, to

6  which no response is required. To the extent an answer is deemed required, Defendants admit

7  that they reached a limited number of agreements with certain individual competitors regarding

8  specific procurement events for a limited number of OEM customers which did not include

9  Plaintiffs. Defendants deny the remaining allegations.

10     186. Defendants lack sufficient knowledge or information to form a belief as to the

11 truth of the allegations in Paragraph 186 and therefore deny the allegations.

12     187. Defendants admit the allegations in the first five sentences of Paragraph 187. On

13 information and belief, Defendants admit the allegations in the sixth sentence of Paragraph 187.

14     188. On information and belief, Defendants admit the allegations in Paragraph 188.

15     189. Defendants lack sufficient knowledge or information to form a belief as to the

16 truth of the allegations in Paragraph 189 and therefore deny the allegations.

17     190. Paragraph 190 purports to quote or describe the statement of a Lite-On executive.

18 Defendants state that the original statement is the best source for its full content and context.

19 Defendants lack sufficient knowledge or information to form a belief as to the truth of the

20 allegations and therefore deny the allegations.

21     191. Defendants lack sufficient knowledge or information to form a belief as to the

22 truth of the allegations in the first sentence in Paragraph 191 and therefore deny the allegations.

23 The second sentence purports to quote or describe an industry publication. Defendants state that

24 the publication is the best source for its full content and context. Defendants lack sufficient

25 knowledge or information to form a belief as to the truth of the allegations and therefore deny the

26 allegations.

27     192. Paragraph 192 contains characterizations and conclusions, and purports to rely on

28 unidentified and unknown pricing data, to which no response is required. To the extent an

1    answer is deemed required, Defendants lack sufficient knowledge or information to form a belief

2    as to the truth of the allegations and therefore deny the allegations.

3            193.    Paragraph 193 contains characterizations, legal argument, and conclusions, to

4    which no response is required.  To the extent an answer is deemed required, Defendants deny the

5    allegations in the form and manner alleged.

6            194.    Paragraph 194 contains characterizations, legal argument, and conclusions, to

7    which no response is required.  To the extent an answer is deemed required, Defendants deny the

8    allegations.

9            195.    Paragraph 195 contains characterizations, legal argument, and conclusions, to

10   which no response is required.  To the extent an answer is deemed required, Paragraph 195

11   purports to quote or describe an HLDSI plea agreement. Defendants state that the plea agreement

12   is the best source for its full content and context.  Defendants lack sufficient knowledge or

13   information to form a belief as to the truth of the allegations and therefore deny the allegations.

14           196.    Paragraph 196 contains characterizations, legal argument, and conclusions, to

15   which no response is required.  To the extent an answer is deemed required, Paragraph 196

16   purports to quote or describe plea agreement of certain HLDSI employees.  Defendants state that

17   the plea agreements are the best source for their full content and context.  Defendants lack

18   sufficient knowledge or information to form a belief as to the truth of the allegations and

19   therefore deny the allegations.

20           197.    Paragraph 197 contains characterizations, legal argument, and conclusions, to

21   which no response is required.  To the extent an answer is deemed required, Defendants lack

22   sufficient knowledge or information to form a belief as to the truth of the allegations and

23   therefore deny the allegations.

24           198.    Paragraph 198 contains characterizations, legal argument, and conclusions, to

25   which no response is required.  To the extent an answer is deemed required, Defendants deny the

26   allegations in the form and manner alleged.

27           199.    The first sentence of Paragraph 199 contains characterizations, legal argument,

28   and conclusions, and purports to summarize the subsequent Paragraphs in Plaintiffs' Complaint,

1    to which no response is required. To the extent an answer is deemed required, Defendants

2    incorporate by reference their responses to the specific Paragraphs, and the allegations therein,

3    referenced in Paragraph 199. Defendants deny the allegations in the second sentence.

4         200.    Defendants admit that certain of their employees engaged in a number of

5    communications with certain competitors' employees and that some of these communications

6    related to ODDs. Defendants further admit that these communications took place via email,

7    telephone calls, or face-to-face meetings, but state that not every employee involved in such

8    communications utilized each of these communication methods. Defendants further admit that

9    certain, but not all, customer account managers were involved in these communications.

10   Defendants deny the remaining allegations in Paragraph 200 in the form and manner alleged.

11        201.    Paragraph 201 purports to quote or describe an HLDS email. Defendants state

12   that the email is the best source for its full content and context. Defendants lack sufficient

13   knowledge or information to form a belief as to the truth of the allegations and therefore deny the

14   allegations.

15        202.    Defendants lack sufficient knowledge or information to form a belief as to the

16   truth of the allegations in Paragraph 202 and therefore deny the allegations. To the extent

17   Paragraph 202 purports to quote or describe an HLDS document, Defendants state that the

18   document is the best source for its full content and context.

19        203.    Paragraph 203 purports to quote or describe HLDS emails. Defendants state that

20   the emails are the best source for their full content and context. Defendants lack sufficient

21   knowledge or information to form a belief as to the truth of the allegations and therefore deny the

22   allegations.

23        204.    Paragraph 204 purports to quote or describe an HLDS email. Defendants state

24   that the email is the best source for its full content and context. Defendants lack sufficient

25   knowledge or information to form a belief as to the truth of the allegations and therefore deny the

26   allegations.

27        205.    Paragraph 205 purports to quote or describe a Quanta email. Defendants state that

28   the email is the best source for its full content and context. Defendants lack sufficient

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

27

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

2  allegations.

3        206.    Defendants lack sufficient knowledge or information to form a belief as to the

4  truth of the allegations in Paragraph 206 and therefore deny the allegations.  To the extent

5  Paragraph 206 purports to quote or describe a Quanta document, Defendants state that the

6  document is the best source for its full content and context.

7        207.    Paragraph 207 purports to quote or describe an NEC email.  Defendants state that

8  the email is the best source for its full content and context.  Defendants lack sufficient

9  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

10  allegations.

11        208.    Paragraph 208 purports to quote or describe a Sony NEC Optiarc email.

12  Defendants state that the email is the best source for its full content and context.  Defendants lack

13  sufficient knowledge or information to form a belief as to the truth of the allegations and

14  therefore deny the allegations.

15        209.    Defendants lack sufficient knowledge or information to form a belief as to the

16  truth of the allegations in Paragraph 209 and therefore deny the allegations.

17        210.    Defendants deny the allegations in the first sentence of Paragraph 210.

18  Defendants lack sufficient knowledge or information to form a belief as to the truth of the

19  remaining allegations and therefore deny the allegations.  To the extent Paragraph 210 purports

20  to quote or describe an HLDS document, Defendants state that the document is the best source

21  for its full content and context.

22        211.    Paragraph 211 purports to quote or describe a Panasonic document.  Defendants

23  state that the document is the best source for its full content and context.  Defendants lack

24  sufficient knowledge or information to form a belief as to the truth of the allegations and

25  therefore deny the allegations.

26        212.    Paragraph 212 purports to quote or describe a Panasonic document.  Defendants

27  state that the document is the best source for its full content and context.  Defendants lack

28  sufficient knowledge or information to form a belief as to the truth of the allegations and

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

28

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    therefore deny the allegations.

2         213.    Paragraph 213 purports to quote or describe an email exchange between Pioneer

3    and Philips.  Defendants state that the email is the best source for its full content and context.

4    Defendants lack sufficient knowledge or information to form a belief as to the truth of the

5    allegations and therefore deny the allegations.

6         214.    Defendants lack sufficient knowledge or information to form a belief as to the

7    truth of the allegations in Paragraph 214 and therefore deny the allegations.  To the extent

8    Paragraph 214 purports to quote or describe an HLDS document, Defendants state that the

9    document is the best source for its full content and context.

10        215.    Defendants lack sufficient knowledge or information to form a belief as to the

11   truth of the allegations in Paragraph 215 and therefore deny the allegations.  To the extent

12   Paragraph 215 purports to quote or describe an HLDS document, Defendants state that the

13   document is the best source for its full content and context.

14        216.    Defendants lack sufficient knowledge or information to form a belief as to the

15   truth of the allegations in Paragraph 216 and therefore deny the allegations.  To the extent

16   Paragraph 216 purports to quote or describe a Panasonic document, Defendants state that the

17   document is the best source for its full content and context.

18        217.    Paragraph 217 purports to quote or describe a Panasonic document.  Defendants

19   state that the document is the best source for its full content and context.  Defendants lack

20   sufficient knowledge or information to form a belief as to the truth of the allegations and

21   therefore deny the allegations.

22        218.    Defendants lack sufficient knowledge or information to form a belief as to the

23   truth of the allegations in Paragraph 218 and therefore deny the allegations.  To the extent

24   Paragraph 218 purports to quote or describe an HLDS document, Defendants state that the

25   document is the best source for its full content and context.

26        219.    To the extent the allegations in the first sentence of Paragraph 219 relate to

27   Defendants, Defendants deny the allegations in the form and manner alleged.  To the extent the

28   allegations in the first sentence relate to other ODD Defendants, Defendants lack sufficient

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

29

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

2  allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth

3  of the remaining allegations and therefore deny the allegations.

4       220. Paragraph 220 purports to quote or describe an HLDS document. Defendants

5  state that the document is the best source for its full content and context. Defendants lack

6  sufficient knowledge or information to form a belief as to the truth of the allegations and

7  therefore deny the allegations.

8       221. Paragraph 221 purports to quote or describe the deposition testimony of an HLDS

9  employee. Defendants state that the deposition transcript is the best source for the testimony's

10  full content and context. Defendants lack sufficient knowledge or information to form a belief as

11  to the truth of the allegations and therefore deny the allegations.

12       222. Defendants lack sufficient knowledge or information to form a belief as to the

13  truth of the allegations in Paragraph 222 and therefore deny the allegations. To the extent

14  Paragraph 222 purports to quote or describe an HLDS document, Defendants state that the

15  document is the best source for its full content and context.

16       223. Paragraph 223 purports to quote or describe a TSST-Korea document.

17  Defendants state that the document is the best source for its full content and context. Defendants

18  lack sufficient knowledge or information to form a belief as to the truth of the allegations and

19  therefore deny the allegations.

20       224. Defendants lack sufficient knowledge or information to form a belief as to the

21  truth of the allegations in Paragraph 224 and therefore deny the allegations. To the extent

22  Paragraph 224 purports to quote or describe an HLDS document, Defendants state that the

23  document is the best source for its full content and context.

24       225. Paragraph 225 purports to quote or describe an HLDS document. Defendants

25  state that the document is the best source for its full content and context. Defendants lack

26  sufficient knowledge or information to form a belief as to the truth of the allegations and

27  therefore deny the allegations.

28       226. Defendants lack sufficient knowledge or information to form a belief as to the

1   truth of the allegations in Paragraph 226 and therefore deny the allegations.  To the extent

2   Paragraph 226 purports to quote or describe Quanta documents, Defendants state that the

3   documents are the best source for their full content and context.

4        227.    Defendants lack sufficient knowledge or information to form a belief as to the

5   truth of the allegations in Paragraph 227 and therefore deny the allegations.

6        228.    The first sentence of Paragraph 228 contains characterizations, legal argument,

7   and conclusions, to which no response is required.  To the extent an answer is deemed required,

8   Defendants deny the allegations in the first sentence.  Defendants lack sufficient knowledge or

9   information to form a belief as to the truth of the remaining allegations and therefore deny the

10  allegations.  To the extent Paragraph 228 purports to quote or describe HLDS documents,

11  Defendants state that the documents are the best source for their full content and context.

12       229.    To the extent the allegations in the first sentence of Paragraph 229 relate to

13  Defendants, Defendants deny the allegations in the form and manner alleged.  To the extent the

14  allegations in the first sentence relate to other ODD Defendants, Defendants lack sufficient

15  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

16  allegations.  The remainder of Paragraph 229 purports to quote or describe PLDS documents.

17  Defendants admit there are PLDS emails with the language quoted in Paragraph 229 and state

18  that the emails are the best source for their full content and context.

19       230.    Paragraph 230 purports to quote or describe a PLDS document.  Defendants admit

20  there is a PLDS email with the language quoted in Paragraph 230 and state that the email is the

21  best source for its full content and context.

22       231.    Defendants lack sufficient knowledge or information to form a belief as to the

23  truth of the allegations in Paragraph 231 and therefore deny the allegations.

24       232.    The first and third sentences of Paragraph 232 purport to quote or describe public

25  disclosures of certain ODD Defendants.  Defendants state that the public disclosures are the best

26  source for their full content and context.  Defendants lack sufficient knowledge or information to

27  form a belief as to the truth of these allegations regarding other ODD Defendants and therefore

28  deny the allegations.  Defendants admit that the DOJ has acknowledged that it is conducting an

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

31

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    investigation of the ODD industry, but lack sufficient knowledge or information to form a belief

2    as to the truth of the remaining allegations in the second sentence and therefore deny the

3    allegations.

4          233.    Defendants lack sufficient knowledge or information to form a belief as to the

5    truth of the allegations in Paragraph 233 and therefore deny the allegations.

6          234.    Paragraph 234 purports to quote or describe Sony's October 2009 Form 6-K filing

7    with the SEC.  Defendants state that the filing is the best source for its full content and context.

8    Defendants lack sufficient knowledge or information to form a belief as to the truth of the

9    allegations and therefore deny the allegations.

10         235.    Paragraph 235 purports to quote or describe unidentified news reports.

11   Defendants state that the news reports are the best source for their full content and context.

12   Defendants lack sufficient knowledge or information to form a belief as to the truth of the

13   allegations as to the other ODD Defendants and therefore deny the allegations.

14         236.    Defendants lack sufficient knowledge or information to form a belief as to the

15   truth of the allegations in Paragraph 236 and therefore deny the allegations.

16         237.    Defendants lack sufficient knowledge or information to form a belief as to the

17   truth of the allegations in Paragraph 237 and therefore deny the allegations.

18         238.    Paragraph 238 purports to quote or describe statements made by a DOJ

19   spokesperson.  Defendants state that the original statements are the best source for their full

20   content and context.  Defendants lack sufficient knowledge or information to form a belief as to

21   the truth of the allegations and therefore deny the allegations.

22         239.    Paragraph 239 purports to quote Philips' 2009 Annual Report.  Defendants state

23   that the report is the best source for its full content and context.  Defendants lack sufficient

24   knowledge or information to form a belief as to the truth of the allegations and therefore deny the

25   allegations.

26         240.    Paragraph 240 purports to quote or describe Hitachi's November 2009 Form 6-K

27   filing with the SEC.  Defendants state that the filing is the best source for its full content and

28   context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT                    32

MDL No. 2143
Case No. 3:13-cv-04991-RS

1   the allegations and therefore deny the allegations.

2       241.    Paragraph 241 contains characterizations, legal argument, and conclusions, to

3   which no response is required.  To the extent an answer is deemed required, and to the extent the

4   allegations in the first two sentences relate to Defendants, Defendants admit that they have not

5   publicly discussed any details about this matter.  To the extent the allegations in the first two

6   sentences relate to other ODD Defendants, Defendants lack sufficient knowledge or information

7   to form a belief as to the truth of the allegations and therefore deny the allegations.  Defendants

8   deny the allegations in the third and fourth sentences in the form and manner alleged.

9       242.    Paragraph 242 contains characterizations, legal argument, and conclusions, to

10  which no response is required.  To the extent an answer is deemed required, Defendants state that

11  Paragraph 242 purports to quote or describe Antitrust Division manuals, and that the manuals are

12  the best source for their full content and context.  Defendants lack sufficient knowledge or

13  information to form a belief as to the truth of the allegations and therefore deny the allegations.

14      243.    Paragraph 243 contains characterizations and conclusions, to which no response is

15  required.  To the extent an answer is deemed required, Defendants state that Paragraph 243

16  purports to quote or describe an Antitrust Division motion for stay of discovery and an HLDSI

17  guilty plea, and that the motion for stay and plea are the best source for their full content and

18  context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

19  the allegations and therefore deny the allegations.

20      244.    Paragraph 244 contains characterizations and conclusions, to which no response is

21  required.  To the extent an answer is deemed required, Defendants deny the allegations.

22      245.    Paragraph 245 contains characterizations and conclusions, to which no response is

23  required.  To the extent an answer is deemed required, Defendants deny the allegations.

24      246.    Paragraph 246 contains characterizations, legal argument and conclusions, and

25  purports to quote or describe certain U.S. Bureau of Labor Statistics, to which no response is

26  required.  To the extent an answer is deemed required, Defendants state that the statistics are the

27  best source for their full content and context.  Defendants lack sufficient knowledge or

28  information to form a belief as to the truth of the allegations and therefore deny the allegations.

247.     Paragraph 247 contains characterizations, legal argument, and conclusions, and purports to rely on unidentified industry sources and statements by ODD suppliers, to which no response is required.  To the extent an answer is deemed necessary, Defendants state that the original sources and statements are the best source for their full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

248.     Paragraph 248 contains characterizations and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations.

249.     Paragraph 249 contains characterizations, legal argument and conclusions, to which no response is required.  Paragraph 249 also purports to rely on data published by the Digital Entertainment Group.  To the extent an answer is deemed required, Defendants state that the publication is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

250.     Paragraph 250 contains characterizations, legal argument, and conclusions, to which no response is required.  Paragraph 250 also purports to rely on data published by the Bank of Japan.  To the extent an answer is deemed required, Defendants state that the publication is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

251.     Paragraph 251 purports to quote or describe an unidentified news source.  Defendants state that the news source is the best source for its full content and context.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

252.     Paragraph 252 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations in the first and second sentences.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny the allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

34

MDL No. 2143
Case No. 3:13-cv-04991-RS

253.     Defendants deny that the allegations in Paragraph 253 are relevant to the ODD industry.  To the extent the allegations relate to Defendants, Defendants deny the allegations.  To the extent the allegations relate to other ODD Defendants, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

254.     Defendants deny that the allegations in Paragraph 254 are relevant to the ODD industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

255.     Defendants deny that the allegations in Paragraph 255 are relevant to the current ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

256.     Defendants deny that the allegations in Paragraph 256 are relevant to the current ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

257.     Defendants deny that the allegations in Paragraph 257 are relevant to the current ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

258.     Defendants deny that the allegations in Paragraph 258 are relevant to the current ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

259.     Defendants deny that the allegations in Paragraph 259 are relevant to the ODD industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

260.     Defendants deny that the allegations in Paragraph 260 are relevant to the ODD industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

261.     Defendants deny that the allegations in Paragraph 261 are relevant to the ODD industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

35

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  the allegations and therefore deny the allegations.

2      262.    Defendants deny that the allegations in Paragraph 262 are relevant to the ODD

3  industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

4  the allegations and therefore deny the allegations.

5      263.    Defendants deny that the allegations in Paragraph 263 are relevant to the current

6  ODD matter.  Paragraph 263  purports to quote or describe a JFTC order.  Defendants state that

7  the order is the best source for its full content and context.  Defendants lack sufficient knowledge

8  or information to form a belief as to the truth of the allegations and therefore deny the

9  allegations.

10     264.    Defendants deny that the allegations in Paragraph 264 are relevant to the ODD

11  industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

12  the allegations and therefore deny the allegations.

13     265.    Defendants deny that the allegations in Paragraph 265 are relevant to the current

14  ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the

15  truth of the allegations and therefore deny the allegations.

16     266.    Defendants deny that the allegations in Paragraph 266 are relevant to the current

17  ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the

18  truth of the allegations and therefore deny the allegations.

19     267.    Defendants deny that the allegations in Paragraph 267 are relevant to the current

20  ODD matter.  Paragraph 178  purports to quote or describe DOJ indictments.  Defendants state

21  that the indictments are the best source for their full content and context.  Defendants lack

22  sufficient knowledge or information to form a belief as to the truth of the allegations and

23  therefore deny the allegations.

24     268.    Defendants deny that the allegations in Paragraph 268 are relevant to the current

25  ODD matter.  Paragraph 268  purports to quote or describe unidentified public statements by

26  government authorities and unidentified news reports.  Defendants state that the statements and

27  news reports are the best source for their full content and context.  Defendants lack sufficient

28  knowledge or information to form a belief as to the truth of the allegations and therefore deny the

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

36

MDL No. 2143
Case No. 3:13-cv-04991-RS

1   allegations.

2       269.    Defendants deny that the allegations in Paragraph 269 are relevant to the current

3   ODD matter.  Paragraph 269  purports to quote or describe an unidentified DOJ announcement.

4   Defendants state that the announcement is the best source for its full content and context.

5   Defendants lack sufficient knowledge or information to form a belief as to the truth of the

6   allegations and therefore deny the allegations.

7       270.    Defendants deny that the allegations in Paragraph 270 are relevant to the current

8   ODD matter.  Paragraph 270  purports to quote or describe Hitachi plea agreements.  Defendants

9   state that the plea agreements are the best source for its full content and context.  Defendants lack

10  sufficient knowledge or information to form a belief as to the truth of the allegations and

11  therefore deny the allegations.

12      271.    Defendants deny that the allegations in Paragraph 271 are relevant to the current

13  ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the

14  truth of the allegations and therefore deny the allegations.

15      272.    Defendants deny that the allegations in Paragraph 272 are relevant to the current

16  ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the

17  truth of the allegations and therefore deny the allegations.

18      273.    Defendants deny that the allegations in Paragraph 273 are relevant to the ODD

19  industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

20  the allegations and therefore deny the allegations.

21      274.    Defendants deny that the allegations in Paragraph 274 are relevant to the ODD

22  industry.  Defendants lack sufficient knowledge or information to form a belief as to the truth of

23  the allegations and therefore deny the allegations.

24      275.    Defendants deny that the allegations in Paragraph 275 are relevant to the current

25  ODD matter.  Defendants lack sufficient knowledge or information to form a belief as to the

26  truth of the allegations and therefore deny the allegations.

27      276.    Paragraph 276 contains characterizations, legal argument, and conclusions, to

28  which no response is required.  Defendants deny that the allegations in Paragraph 276 are

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

37

MDL No. 2143
Case No. 3:13-cv-04991-RS

1    relevant to the ODD industry.  To the extent an answer is deemed required, deny the allegations.

2         277.    Paragraph 277 contains characterizations, legal argument, and conclusions, to

3    which no response is required.  Defendants deny that the allegations in Paragraph 277 are

4    relevant to the ODD industry.  To the extent an answer is deemed required, Defendants lack

5    sufficient knowledge or information to form a belief as to the truth of the allegations and

6    therefore deny the allegations.

7         278.    Defendants deny that the allegations in Paragraph 278 are relevant to the ODD

8    industry.  Paragraph 278 purports to quote or describe statements by a former Samsung lawyer.

9    Defendants state that the original statements are the best source for their full content and context.

10   Defendants lack sufficient knowledge or information to form a belief as to the truth of the

11   allegations and therefore deny the allegations.

12        279.    Paragraph 279 contains characterizations, legal argument, and conclusions, to

13   which no response is required.  To the extent an answer is deemed required, Defendants deny the

14   allegations in the form and manner alleged.

15        280.    Paragraph 280 contains characterizations, legal argument, and conclusions, to

16   which no response is required.  To the extent an answer is deemed required, Defendants deny the

17   allegations in the form and manner alleged.

18        281.    Paragraph 281 contains characterizations, legal argument, and conclusions, to

19   which no response is required.  To the extent an answer is deemed required, Defendants deny the

20   allegations in the form and manner alleged.

21        282.    Paragraph 282 contains characterizations, legal argument, and conclusions, to

22   which no response is required.  To the extent an answer is deemed required, Defendants deny the

23   allegations in the form and manner alleged.

24        283.    Paragraph 283 contains characterizations, legal argument, and conclusions, to

25   which no response is required.  To the extent an answer is deemed required, Defendants deny the

26   allegations.

27        284.    Paragraph 284 contains characterizations, legal argument, and conclusions, to

28   which no response is required.  To the extent an answer is deemed required, Defendants deny the

1   allegations.

2       285.    Paragraph 285 contains characterizations, legal argument, and conclusions, to

3   which no response is required.  To the extent an answer is deemed required, Defendants deny the

4   allegations.

5       286.    Paragraph 286 contains characterizations, legal argument, and conclusions, to

6   which no response is required.  To the extent an answer is deemed required, Defendants deny the

7   allegations in the first sentence.  The remaining allegations purport to quote or describe a

8   statement attributed to Lite-On.  Defendants state that the original statement is the best source for

9   its full content and context.  Defendants lack sufficient knowledge or information to form a

10  belief as to the truth of these allegations and therefore deny the allegations.

11      287.    Paragraph 287 contains characterizations, legal argument, and conclusions, to

12  which no response is required.  To the extent an answer is deemed required, Defendants deny the

13  allegations.

14      288.    Paragraph 288 contains characterizations, legal argument, and conclusions, to

15  which no response is required.  To the extent an answer is deemed required, and to the extent the

16  allegations relate to Defendants, Defendants deny the allegations in the first sentence in the form

17  and manner alleged.  To the extent the allegations relate to other ODD Defendants, Defendants

18  lack sufficient knowledge or information to form a belief as to the truth of the allegations and

19  therefore deny the allegations.  The remaining allegations purport to quote or describe public

20  filings made by Hitachi and NEC.  Defendants state that the filings are the best source for their

21  full content and context.  Defendants lack sufficient knowledge or information to form a belief as

22  to the truth of the remaining allegations and therefore deny the allegations.

23      289.    Paragraph 289 contains characterizations, legal argument, and conclusions, to

24  which no response is required.  To the extent an answer is deemed required, Defendants deny the

25  allegations.

26      290.    Paragraph 290 contains characterizations, legal argument, and conclusions, to

27  which no response is required.  To the extent an answer is deemed required, Defendants deny the

28  allegations.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

39

MDL No. 2143
Case No. 3:13-cv-04991-RS

291.    In response to Paragraph 291, Defendants repeat and incorporate by reference their responses to Paragraphs 1 through 290.

292.    Paragraph 292 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations in the form and manner alleged.

293.    Paragraph 293 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a few OEM customers which did not include Plaintiffs, but otherwise deny the allegations.

294.    Paragraph 294 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations in the form and manner alleged.

295.    Paragraph 295 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations.

296.    Paragraph 296 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a limited number of OEM customers which did not include Plaintiffs.  Defendants further admit that certain of their employees engaged in a number of communications with certain competitors' employees and that some of these communications involved the exchange of information relating to ODDs.  Defendants deny the remaining allegations.

297.    Paragraph 297 contains characterizations, legal argument, and conclusions, to which no response is required.  To the extent an answer is deemed required, Defendants deny the allegations.

298.    In response to Paragraph 298, Defendants repeat and incorporate by reference

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

40

MDL No. 2143
Case No. 3:13-cv-04991-RS

their responses to Paragraphs 1 through 297.

299. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 299 and therefore deny the allegations.

300. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 300 and therefore deny the allegations.

301. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 301 and therefore deny the allegations.

302. Paragraph 302 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, and to the extent the allegations relate to Defendants, Defendants admit they maintained an office in California but otherwise deny the allegations. To the extent the allegations relate to other ODD Defendants, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore deny the allegations.

303. Paragraph 303 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants deny the allegations in the form and manner alleged.

304. Paragraph 304 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants deny the allegations.

305. Paragraph 305 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a few OEM customers which did not include Plaintiffs, but otherwise deny the allegations.

306. Paragraph 306 contains characterizations, legal argument, and conclusions, to which no response is required. To the extent an answer is deemed required, Defendants admit that they reached a limited number of agreements with certain individual competitors regarding specific procurement events for a few OEM customers which did not include Plaintiffs, but

1 | otherwise deny the allegations.

2 |     307.     Paragraph 307 contains characterizations, legal argument, and conclusions, to

3 | which no response is required.  To the extent an answer is deemed required, Defendants deny the

4 | allegations.

5 |     308.     Paragraph 308 contains characterizations, legal argument, and conclusions, to

6 | which no response is required.  To the extent an answer is deemed required, Defendants deny the

7 | allegations.

8 |     309.     In response to Paragraph 309, Defendants repeat and incorporate by reference

9 | their responses to Paragraphs 1 through 308.

10 |     310.     Paragraph 310 contains characterizations, legal argument, and conclusions, and

11 | consists of Plaintiffs' characterization of their allegations, to which no response is required.  To

12 | the extent an answer is deemed required, Defendants incorporate by reference their responses to

13 | the specific Paragraphs, and the allegations therein, referenced in Paragraph 310.

14 |     311.     Paragraph 311 contains characterizations, legal argument, and conclusions, and

15 | purports to summarize the subsequent Paragraphs in Plaintiffs' Complaint, to which no response

16 | is required.  To the extent an answer is deemed required, Defendants incorporate by reference

17 | their responses to the specific Paragraphs, and the allegations therein, referenced in Paragraph

18 | 311.

19 |     312.     Paragraph 312 contains characterizations, legal argument, and conclusions, to

20 | which no response is required.  To the extent an answer is deemed required, Defendants admit

21 | that they reached a limited number of agreements with certain individual competitors regarding

22 | specific procurement events for a few OEM customers which did not include Plaintiffs, but

23 | otherwise deny the allegations.

24 |     313.     Paragraph 313 contains characterizations, legal argument, and conclusions, to

25 | which no response is required.  To the extent an answer is deemed required, Defendants deny the

26 | allegations.

27 |     314.     Paragraph 314 contains characterizations, legal argument, and conclusions, to

28 | which no response is required.  To the extent an answer is deemed required, Defendants deny the

1    allegations.

2        315.    Paragraph 315 contains characterizations, legal argument, and conclusions, to

3    which no response is required.  To the extent an answer is deemed required, Defendants deny the

4    allegations.

5        316.    Paragraph 316 contains characterizations, legal argument, and conclusions, to

6    which no response is required.  To the extent an answer is deemed required, Defendants deny the

7    allegations.

8        317.    Defendants lack sufficient knowledge or information to form a belief as to the

9    truth of the allegations in Paragraph 317 and therefore deny the allegations.

10       318.    Defendants lack sufficient knowledge or information to form a belief as to the

11   truth of the allegations in Paragraph 318 and therefore deny the allegations.

12       319.    Defendants lack sufficient knowledge or information to form a belief as to the

13   truth of the allegations in Paragraph 319 and therefore deny the allegations.

14       320.    Paragraph 320 contains characterizations, legal argument, and conclusions, to

15   which no response is required.  To the extent an answer is deemed required, and to the extent the

16   allegations relate to Defendants, Defendants admit they maintained an office in California but

17   otherwise deny the allegations.  To the extent the allegations relate to other ODD Defendants,

18   Defendants lack sufficient knowledge or information to form a belief as to the truth of the

19   allegations and therefore deny the allegations.

20       321.    Paragraph 321 contains characterizations, legal argument, and conclusions, to

21   which no response is required.  To the extent an answer is deemed required, Defendants deny the

22   allegations.

23                            **PRAYER FOR RELIEF**

24       Defendants deny that Plaintiffs have suffered any injury and further deny that Plaintiffs

25   are entitled to any relief, under any theory.

26                            **JURY TRIAL DEMANDED**

27       The Complaint purports to demand a jury trial, to which no response is necessary.  To the

28   extent an answer is deemed required, Defendants deny that a jury trial is appropriate.

1

**AFFIRMATIVE DEFENSES**

2      Defendants assert the following affirmative defenses to Plaintiffs' entire Complaint and

3    every cause of action alleged therein, including all claims made under any applicable law.

4    Defendants assert these affirmative defenses without conceding that they bear the burden of

5    proof as to these defenses.  Defendants reserve the right to amend or supplement their affirmative

6    defenses.

7      As separate and distinct affirmative defenses, Defendants allege as follows:

8

**FIRST DEFENSE**

9

**(Failure to State a Claim for Relief)**

10      Plaintiffs' Complaint, and each separately pleaded count or claim alleged, fails to state a

11    claim upon which relief can be granted against Defendants under any theory.

12

**SECOND DEFENSE**

13

**(Statute of Limitations)**

14      The relief sought by Plaintiffs is barred, in whole or in part, by the applicable statutes of

15    limitations.

16

**THIRD DEFENSE**

17

**(Actual and Proximate Injury)**

18      Plaintiffs' claims are barred, in whole or in part, because any injuries or damages

19    Plaintiffs may have suffered were caused solely or proximately by the acts and omissions of

20    others.

21

**FOURTH DEFENSE**

22

**(No Damages)**

23      The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have

24    suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent

25    that Plaintiffs purportedly suffered injury or damage, Defendants further contend that any such

26    purported injury or damage was not by reason of any act or omission of Defendants.

27

**FIFTH DEFENSE**

28

**(No Antitrust Injury)**

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

44

MDL No. 2143
Case No. 3:13-cv-04991-RS

1  Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no

2  antitrust injury.

3  ### SIXTH DEFENSE

4  ### (Speculative Damages)

5  The relief sought by Plaintiffs is barred, in whole or in part, because the alleged damages

6  sought are too speculative and uncertain, and because of the impossibility of the ascertainment

7  and allocation of such alleged damages.

8  ### SEVENTH DEFENSE

9  ### (Mitigation)

10  Plaintiffs' claims are barred to the extent Plaintiffs failed to take all necessary,

11  reasonable, and appropriate actions to mitigate their alleged damages, if any.

12  ### EIGHTH DEFENSE

13  ### (Failure to Allege Fraudulent Conspiracy with Particularity)

14  The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have failed

15  to allege fraudulent concealment with sufficient particularity required by Rule 9(b) of the Federal

16  Rules of Civil Procedure or under other applicable law.

17  ### NINTH DEFENSE

18  ### (No Multiple Recoveries)

19  Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damage claims create

20  an impermissible risk of duplicative recoveries, barred by the Fifth and Eighth Amendments to

21  the United States Constitution.

22  ### TENTH DEFENSE

23  ### (Lack of Direct Purchaser Standing)

24  Plaintiffs' claims are barred to the extent that in some instances they are indirect

25  purchasers, who did not purchase ODDs directly from Defendants, and cannot maintain an action

26  under 15 U.S.C. § 1 for alleged injuries in that capacity.

27

28

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

45

MDL No. 2143
Case No. 3:13-cv-04991-RS

**ELEVENTH DEFENSE**

**(Lack of Standing)**

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs lack standing (whether constitutional or required by statute) to bring this action.

**TWELFTH DEFENSE**

**(Waiver and Estoppel)**

The relief sought by Plaintiffs is barred, in whole or in part, by the doctrines of waiver and/or estoppel.

**THIRTEENTH DEFENSE**

**(Laches)**

The relief sought by Plaintiffs is barred, in whole or in part, by the equitable doctrine of laches.

**FOURTEENTH DEFENSE**

**(Unclean Hands)**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**FIFTEENTH DEFENSE**

**(Lack of Subject Matter Jurisdiction)**

Plaintiffs' claims are barred, in whole or in part, because this Court lacks subject matter jurisdiction.

**SIXTEENTH DEFENSE**

**(Unjust Enrichment)**

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to recover the damages alleged in the Complaint.

**SEVENTEENTH DEFENSE**

**(Privileged Intellectual Property Rights)**

Plaintiffs' claims are barred, in whole or in part, because the exercise of patent and other intellectual property rights is privileged and protected under the United States Constitution and

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

46

MDL No. 2143
Case No. 3:13-cv-04991-RS

1   other federal statutes.

2   **EIGHTEENTH DEFENSE**

3   **(Acquiescence)**

4       The relief sought by Plaintiffs is barred, in whole or in part, by Plaintiffs' acquiescence

5   and/or confirmation of the conduct and/or omissions alleged as to Defendants.

6   **NINETEENTH DEFENSE**

7   **(Set Off)**

8       Without admitting the existence of the single purported conspiracy alleged in the

9   Complaint or that Plaintiffs are entitled to recover damages in this matter, Defendants contend

10  that they are entitled to set off from any recovery Plaintiffs may obtain against Defendants, or

11  any amount paid to Plaintiff by any other Defendants who have settled, or do settle, Plaintiffs'

12  claims in this matter.

13  **TWENTIETH DEFENSE**

14  **(Natural Market Conditions)**

15      Plaintiffs' claims are barred to the extent its alleged damages were caused by market

16  conditions and were not the result of any act or omission attributable to Defendants.

17  **TWENTY-FIRST DEFENSE**

18  **(Foreign Trade Antitrust Improvements Act)**

19      The relief sought by Plaintiffs is barred, in whole or in part, by provisions of the Foreign

20  Trade Antitrust Improvements Act of 1982, 15 U.S.C. § 6a ("FTAIA"), and related case law.

21  **TWENTY-SECOND DEFENSE**

22  **(Foreign Conduct)**

23      Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs seek to recover

24  damages, if any, based on sales outside of the United States.

25  **TWENTY-THIRD DEFENSE**

26  **(Activity Permitted by Law)**

27      Plaintiffs' claims are barred to the extent they are based on alleged acts, conduct, or

28  statements that are specifically permitted by law.

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

47

MDL No. 2143
Case No. 3:13-cv-04991-RS

1

### TWENTY-FOURTH DEFENSE

2

#### (Improper Punitive Awards for Single Wrong)

3    Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs seek an improper

4  multiple punitive award for a single wrong because such an award would violate Defendants'

5  rights guaranteed by the Equal Protection provision of the Fourteenth Amendment of the United

6  States Constitution and the Excessive Fines provision of the Eighth Amendment of the United

7  States Constitution.

8

### TWENTY-FIFTH DEFENSE

9

#### (Due Process – California Unfair Competition Law)

10    Any finding of liability under California Business and Professions Code Section 17200 *et*

11  *seq*. would violate the Due Process Clause of the Fourteenth Amendment to the United States

12  Constitution, and of Article I, Section 7 of the California Constitution, because the standards of

13  liability under these statutes are unduly vague, subjective, and permit retroactive, random,

14  arbitrary, and capricious punishment that serves no legitimate governmental interest.

15

### TWENTY-SIXTH DEFENSE

16

#### (Commerce Clause – California Cartwright Act)

17    Plaintiffs' causes of action with respect to California Business and Professions Code

18  Section 16700 *et seq*., are barred in whole or in part, because the application of Section 16700 *et*

19  *seq*., to wholly interstate or foreign commerce violates the Commerce Clause of the United

20  States Constitution.

21

### TWENTY- SEVENTH DEFENSE

22

#### (Adequate Remedy at Law)

23    Plaintiffs' claim for injunctive relief is barred, in whole or in part, because Plaintiffs have

24  available an adequate remedy at law.

25

### TWENTY- EIGHTH DEFENSE

26

#### (Adoption of Defenses By Other Defendants)

27    Defendants hereby adopt and incorporate by reference any and all other affirmative

28  defenses asserted or to be asserted by any other Defendant in this proceeding to the extent that

1    Defendants may share in such affirmative defenses.

2                           **TWENTY-NINTH DEFENSE**

3                    **(Additional Affirmative Defenses As Discovered)**

4           Defendants have not knowingly and intentionally waived any applicable affirmative

5    defenses and reserve the right to raise additional affirmative defenses as they become known to it

6    through discovery in this matter.  Defendants further reserve the right to amend their answer

7    and/or affirmative defenses accordingly and/or to delete affirmative defenses that they determine

8    are not applicable during the course of subsequent discovery.

9

10          WHEREFORE, Defendants pray for judgment as follows:

11             1.   Dismiss Plaintiffs' Complaint with prejudice;

12             2.   Deny Plaintiffs' requested relief against Defendants;

13             3.   Enter judgment in favor of Defendants and against Plaintiffs;

14             4.   Award Defendants' attorney's fees and costs; and

15             5.   Grant Defendants such other and further relief as the Court deems just and proper.

16                            Respectfully Submitted,

17                                     By:_____/s/  Jon V. Swenson_____

18                                     Jon Swenson (S.B. #233054)
19                                     BAKER BOTTS LLP
                                       1001 Page Mill Road
20                                     Building One, Suite 200
                                       Palo Alto, California 94304-1007
21                                     Tel: (650) 739-7500
                                       Fax: (650) 739-7699
22                                     jon.swenson@bakerbotts.com

23                                     *Counsel for Defendants Philips & Lite-On*
24                                     *Digital Solutions Corporation and Philips &*
                                       *Lite-On Digital Solutions U.S.A., Inc.*

25

26

27

28

DEFENDANTS PHILIPS & LITE-ON DIGITAL SOLUTIONS AND
PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC.'S       49
ANSWER TO ACER'S SECOND AMENDED COMPLAINT

MDL No. 2143
Case No. 3:13-cv-04991-RS