Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Interim Lead Counsel for Indirect
Purchaser Plaintiffs

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 3:10-md-2143 RS<br><br>INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION<br><br><br>DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010177-12 718824V1

1     Pursuant to Civil Local Rule 7-3(d)(2), Indirect Purchaser Plaintiffs hereby submit this Statement of Recent Decision within this district in connection with plaintiffs' motion for class certification. The decision is by Judge Jeffrey S. White, United States District Court, Northern District of California, dated September 16, 2014, and addresses the threshold standard at class certification and challenges to an economist's common methods to demonstrate antitrust injury and calculate damages in the context of certifying indirect purchaser claims. A true and correct copy of the Order Regarding Motion for Class Certification in *Edwards v. Nat'l Milk Producers Federation*, No. C 11-04766 JSW, is attached hereto as Exhibit A.

DATED:  September 16, 2014          HAGENS BERMAN SOBOL SHAPIRO LLP


                                    By      /s/ Jeff D. Friedman
                                              JEFF D. FRIEDMAN

                                    Shana E. Scarlett (217895)
                                    715 Hearst Avenue, Suite 202
                                    Berkeley, CA 94710
                                    Telephone: (510) 725-3000
                                    Facsimile:  (510) 725-3001
                                    jefff@hbsslaw.com
                                    shanas@hbsslaw.com

                                    Steve W. Berman (*Pro Hac Vice*)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    1918 Eighth Avenue, Suite 3300
                                    Seattle, WA 98101
                                    Telephone: (206) 623-7292
                                    Facsimile:  (206) 623-0594
                                    steve@hbsslaw.com

                                    Lee Gordon (174168)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    301 North Lake Ave., Suite 203
                                    Pasadena, CA 91101
                                    Telephone: (213) 330-7150
                                    Facsimile:  (213) 330-7152
                                    lee@hbsslaw.com

                                    *Interim Lead Counsel for Indirect Purchaser Plaintiffs*