UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS |
|---|---|
| | JOINT STATEMENT |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: ALL ACTIONS | |

010177-12 726943 V1

1    In accordance with the Court's Order Denying Motions for Class Certification (Oct. 3, 2014)
2 (Dkt. No. 1444) ("Order"), the parties hereby submit jointly a report as to their respective positions
3 on how *In re Optical Disk Drive Prods. Antitrust Litigation* should proceed from the juncture at
4 which the Court issued its Order:

**A.    Class Plaintiffs' Position**

Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs") separately, filed petitions with the United States Court of Appeals for the Ninth Circuit seeking permission to appeal the Order pursuant to Fed. R. Civ. P. 23(f) ("Petitions"), attached hereto as Exs. A and B (without appendices). If the Ninth Circuit's past practice is indicative of the timing of its expected decisions on the pending Petitions, DPPs and IPPs will know in a few months' time whether their appeals will be taken. These decisions will significantly affect class plaintiffs' position on future proceedings. DPPs and IPPs are also negotiating with all interested parties a protective order for the production of certain FBI recordings made as part of the U.S. Department of Justice's investigation of the ODD industry. Magistrate Judge Spero at a discovery hearing on October 17, 2014 made clear that he would like the parties to resolve any disputes with respect to a supplemental protective order concerning the tapes within two weeks, and the recordings produced. The recordings and the verbatim transcripts thereof are likely probative evidence and also may affect the class plaintiffs' position on how the ODD litigation should proceed. Given the short intervals of time until the expected decision from the Ninth Circuit as well as entry of a protective order by Magistrate Judge Spero, class plaintiffs request that the Court set a Case Management Conference for the end of January. At that time the parties will be better informed to set forth a plan for the case to proceed.

**B.    State of Florida's Position**

Florida agrees with the Class Plaintiffs' position.

**C.    Defendants' Position**

In response to the Order, counsel for both the Direct and Indirect Purchaser Plaintiffs filed Petitions under Fed. R. Civ. P. 23(f) asking the Ninth Circuit Court of Appeals to review the Court's denial of their motions for class certification. Both Petitions reflect an effort to reargue Plaintiffs'

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

1  motions, and do not meet the narrow criteria and high standard required by the Ninth Circuit for

2  permitting interlocutory review under Rule 23(f).  Defendants will be opposing the Petitions.

3       In the meantime, Defendants believe that other aspects of this litigation – which include the

4  claims of plaintiffs not subject to the petitions – should proceed while the petitions are pending and

5  regardless of their disposition.  Thus, Defendants believe that the next order of business is to devise a

6  further case management order that provides cut-off dates for merits (i.e., non-expert) discovery,

7  submission of expert reports, and expert discovery, and a briefing schedule for summary judgment

8  motions.  This has been done before in other multi-district antitrust actions in this District of similar

9  scope, and that experience can inform this process.

10      Defendants request that the Court provide the parties fourteen (14) days in which to confer

11 regarding deadlines and to present either a joint scheduling order or a further joint report setting forth

12 their respective proposed schedules for the remainder of this multi-district litigation.  Defendants

13 disagree with Plaintiffs' request for what amounts to an informal stay of any case management

14 deadlines until at least "the end of January."  This type of delay in the proceedings is inconsistent

15 with Rule 23(f), which provides that "[a]n appeal does not stay proceedings in the district court"

16 absent court order.  However, if the Court is inclined to grant Plaintiffs' request for an informal stay

17 until the end of January, then Defendants believe that *all* discovery should be formally stayed until

18 that time.  It is burdensome, expensive and unfair for Defendants to be subject to limitless discovery

19 while Plaintiffs ask this Court to put off any case management deadlines or end-dates.[1]

20 **D.**     **Direct Action Plaintiffs' Position**

21      Direct Action Plaintiffs ("DAPs") agree that the case should continue to move forward with

22 motion practice and discovery.  DAPs support Class Plaintiffs' request for a Case Management

23 Conference at the end of January 2015, for the reasons set forth by the Class Plaintiffs, and request

---

[1] Plaintiffs' reference to the potential production of "FBI recordings" from DOJ's grand jury investigation is immaterial to this joint report. The parties have not reached any agreement on the terms of a protective order governing those materials, which Judge Spero made a prerequisite to any production, and resolution of that discovery issue does not support a three month stay of these actions. In any event, Defendant TSSTK is presently reviewing Judge Spero's October 17, 2014 ruling denying its Motion to Quash Plaintiffs' Subpoena to DOJ for the production of these grand jury materials, and is considering the filing of an Objection to that order under Federal Rule of Civil Procedure 72(a).

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

1  the Court to direct the parties to confer regarding deadlines and to present a joint scheduling order or
2  proposals in advance of any Case Management Conference.

| | |
|---|---|
| DATED: October 23, 2014 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By   */s/ Jeff D. Friedman*<br>        JEFF D. FRIEDMAN |
| | Shana E. Scarlett (217895)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>jefff@hbsslaw.com<br>shanas@hbsslaw.com |
| | Steve W. Berman (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com |
| | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| DATED: October 23, 2014 | SAVERI & SAVERI. INC. |
| | By   */s/ Cadio Zirpoli*<br>        CADIO ZIRPOLI |
| | Guido Saveri (22349)<br>R. Alexander Saveri (173102)<br>Cadio Zirpoli (179108)<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>cadio@saveri.com |
| | *Interim Lead Counsel for Direct Purchaser Plaintiffs* |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

| | | |
|---|---|---|
| 1 | DATED: October 23, 2014 | OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA |
| 2 | | |
| 3 | | By  /s/ Lizabeth A. Brady  <br>        LIZABETH A. BRADY |
| 4 | | |
| 5 | | Nicholas J. Weilhammer <br> R. Scott Palmer <br> PL-01, The Capitol |
| 6 | | Tallahassee, Florida 32399 <br> Tel: 850-414-3300 |
| 7 | | Fax: 850-488-9134 |
| 8 | | Liz.Brady@myfloridalegal.com <br> Nicholas.Weilhammer@myfloridalegal.com |
| 9 | | Scott.Palmer@myfloridalegal.com |
| 10 | | *Attorneys for the State of Florida* |
| 11 | DATED:  October 23, 2014 | ALSTON & BIRD LLP |
| 12 | | |
| 13 | | By   /s/ Rodney J. Ganske  <br>        RODNEY J. GANSKE |
| 14 | | |
| 15 | | 1201 W. Peachtree Street NW <br> Atlanta, Georgia 30309 <br> TEL: (404) 881-7000 |
| 16 | | FAX: (404) 881-7777 <br> rod.ganske@alston.com |
| 17 | | |
| 18 | | *DAP Liaison Counsel* <br> *Attorney for Plaintiffs Dell Inc. and Dell Products L.P.* |
| 19 | DATED:  October 23, 2014 | LATHAM & WATKINS LLP |
| 20 | | |
| 21 | | By         /s/ Belinda Lee  <br>              BELINDA S LEE |
| 22 | | |
| 23 | | 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone:  (415) 395-8240 |
| 24 | | Facsimile:   (415) 395-8095 <br> belinda.lee@lw.com |
| 25 | | |
| 26 | | *Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung* |
| 27 | | *Storage Technology Corporation, Toshiba America Information Systems, and  Toshiba Corporation* |
| 28 | | |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 23, 2014 | WINSTON & STRAWN LLP |
| 3 | | By ___*/s/ Robert B. Pringle*___ |
| 4 | | ROBERT B. PRINGLE |
| 5 | | 101 California Street<br>San Francisco, CA 94111-5894 |
| 6 | | Tel: 415-591-1000<br>Fax: 415-591-1400 |
| 7 | | rpringle@winston.com |
| 8 | | *Attorneys for Defendant NEC Corporation* |
| 9 | | |
| 10 | DATED:  October 23, 2014 | ROPES & GRAY LLP |
| 11 | | By ___*/s/ Mark S. Popofksy*___ |
| 12 | | MARK S. POPOFSKY |
| 13 | | One Metro Center<br>700 12th Street NW, Suite 900 |
| 14 | | Washington, DC 20005-3948<br>Tel: 202-508-4600 |
| 15 | | Fax: 202-508-4650<br>mark.popofsky@ropesgray.com |
| 16 | | *Attorneys for Defendants Hitachi-LG Data Storage, Inc.* |
| 17 | | *and Hitachi-LG Data Storage Korea, Inc.* |
| 18 | DATED:  October 23, 2014 | BAKER BOTTS LLP |
| 19 | | |
| 20 | | By ___*/s/ Evan Werbel*___<br>EVAN WERBEL |
| 21 | | 1299 Pennsylvania Ave. NW |
| 22 | | Washington, DC 20004<br>Tel: 202-383-7199 |
| 23 | | Fax: 202-383-6610<br>evan.werbel@bakerbotts.com |
| 24 | | *Attorneys for Defendants Koninklijke Philips N.V., Lite-* |
| 25 | | *On IT Corp. of Taiwan, Philips & Lite-On Digital*<br>*Solutions Corp., and Philips & Lite-On Digital* |
| 26 | | *Solutions U.S.A., Inc.* |
| 27 | | |
| 28 | | |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 23, 2014 | DICKSTEIN SHAPIRO LLP |
| 3 | | By   */s/ Lisa M. Kaas* |
| 4 | |      LISA M. KAAS |
| 5 | | 1825 Eye Street NW<br>Washington, DC 20006<br>Tel: 202-420-2200 |
| 6 | | Fax: 202-420-2201<br>kaasl@dicksteinshapiro.com |
| 7 | | |
| 8 | | *Attorneys for Defendants BenQ Corporation and BenQ America Corp.* |
| 9 | | |
| 10 | DATED:  October 23, 2014 | O'MELVENY & MYERS LLP |
| 11 | | By   */s/ Ian Simmons* |
| 12 | |      IAN SIMMONS |
| 13 | | Ian Simmons<br>James M. Pearl |
| 14 | | 1625 Eye Street NW<br>Washington, DC 20006<br>Tel: 202-383-5106 |
| 15 | | Fax: 202-383-5414<br>isimmons@omm.com |
| 16 | | jpearl@omm.com |
| 17 | | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 18 | | |
| 19 | DATED:  October 23, 2014 | BOIES SCHILLER & FLEXNER LLP |
| 20 | | |
| 21 | | By   */s/ John F. Cove, Jr.*<br>     JOHN F. COVE, JR. |
| 22 | | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 23 | | Tel: 510-874-1000<br>Fax: 510-874-1460 |
| 24 | | jcove@bsfllp.com |
| 25 | | *Attorneys for Defendants Sony Corporation, Sony Optiarc America, Inc., and Sony Optiarc Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

| | | |
|---|---|---|
| 1 | DATED:  October 23, 2014 | VINSON & ELKINS LLP |
| 2 | | |
| 3 | | By   */s/ Craig P. Seebald*<br>       CRAIG P. SEEBALD |
| 4 | | 2200 Pennyslvania Ave. NW |
| 5 | | Suite 500 West<br>Washington, DC 20037-1701<br>Tel: 202-639-6500 |
| 6 | | Fax: 202-879-8950<br>cseebald@velaw.com |
| 7 | | |
| 8 | | *Attorneys for Defendant Hitachi, Ltd.* |
| 9 | DATED:  October 23, 2014 | DLA PIPER LLP |
| 10 | | By   */s/ Deanna L. Cairo*<br>       DEANA L. CAIRO |
| 11 | | |
| 12 | | 500 8th Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4523 |
| 13 | | Fax: 202-799-5523<br>Deana.cairo@dlapiper.com |
| 14 | | |
| 15 | | *Attorneys for Defendant TEAC Corporation and TEAC America Inc.* |
| 16 | | |
| 17 | DATED:  October 23, 2014 | EIMER STAHL LLP |
| 18 | | By   */s/ Nathan P. Eimer*<br>       NATHAN P. EIMER |
| 19 | | |
| 20 | | 224 South Michigan Avenue, Suite 100<br>Chicago, IL 60604<br>Tel: 312-660-7601 |
| 21 | | Fax: 312-692-1718<br>neimer@eimerstahl.com |
| 22 | | |
| 23 | | *Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 24 | | |
| 25 | DATED:  October 23, 2014 | JONES DAY |
| 26 | | By   */s/ Eric P. Enson*<br>       ERIC P. ENSON |
| 27 | | |
| 28 | | |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

| | |
|---|---|
| 1 | 555 South Flower Street, Fiftieth Floor |
| 2 | Los Angeles, CA 90071<br>Tel: 213-489-3939 |
| 3 | Fax: 213-243-2539<br>epenson@JonesDay.com |
| 4 | *Attorneys for Defendant Pioneer Electronics (USA)* |
| 5 | *Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.* |

| | | |
|---|---|---|
| 7 | DATED:  October 23, 2014 | WINSTON & STRAWN LLP |
| 8 | | By  */s/ Jeffrey L. Kessler* |
| 9 | | JEFFREY L. KESSLER |
| 10 | | 200 Park Avenue |
| 11 | | New York, NY 10166<br>Tel: 212-294-6700 |
| 12 | | Fax: 212-294-4700<br>jkessler@winston.com |
| 13 | | *Attorneys for Defendant Panasonic Corporation and Panasonic Corporation of North America* |
| 15 | DATED:  October 23, 2014 | DRINKER BIDDLE & REATH LLP |
| 16 | | By  */s/ Keith A. Walter Jr.* |
| 17 | | KEITH A. WALTER JR. |
| 18 | | 222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| 19 | | Tel: 302-467-4200<br>Fax: 302-467-4201 |
| 20 | | keith.walter@dbr.com |
| 21 | | *Attorneys for Defendant Quanta Storage Inc. and Quanta Storage America Inc.* |
| 23 | DATED:  October 23, 2014 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 24 | | By  */s/ William M. Goodman* |
| 25 | | WILLIAM M. GOODMAN |
| 26 | | 101 California Street, Suite 2300<br>San Francisco, CA 94111 |
| 27 | | Tel: 415-655-4304<br>Fax: 415-358-5860 |
| 28 | | wgoodman@kasowitz.com |

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendant Quanta Storage Inc. and Quanta Storage America Inc.*

JOINT REPORT - Case No.: 3:10-md-2143 RS

010177-12  726943 V1