**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A further Case Management Conference shall be held on January 29, 2015, at 9:30 a.m., with a joint statement to be filed one week in advance. Appropriate further scheduling orders will be taken up at that time. No formal stay will enter in the interim.

IT IS SO ORDERED.

Dated: October 28, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE