IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br>**ORDER SETTING BRIEFING SCHEDULE** |

Any opposition to the motions for relief from the rulings of the magistrate judge (Dkt. Nos. 1468 and 1471) shall be filed no later than November 14, 201, with any replies to be filed within one week thereafter.

IT IS SO ORDERED.

Dated: November 4, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE