| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JLK SYSTEMS GROUP, INC., *et al.,* | Case No. 3:14-cv-03748-RS |
| Plaintiffs, | MDL No. 2143 |
| v. | |
| PIONEER CORPORATION, *et al.*, | |
| Defendants. | |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND RESPONSE TO COMPLAINT** |
| Case No. 3:10-md-02143 RS | |
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | |

**STIPULATION**

WHEREAS, on August 18, 2014, Direct Purchaser Plaintiffs ("DPPs") filed a class action complaint against Pioneer Corporation, Pioneer High Fidelity Taiwan Co., Ltd., Pioneer North America, Inc., and Pioneer Electronics (USA) Inc., in *JLK Systems Group, Inc., et al. v. Pioneer Corporation., et al.*, Case No. 3:14-cv-03748-LB (the "*JLK* Action").

WHEREAS, on August 25, 2014, this Court entered an order deeming the *JLK* Action related to *In re Optical Disk Drive Products Antitrust Litigation*, Case No. 3:10-MD-2143-RS (the "*ODD Litigation*") and transferring the *JLK* Action to this Court. (*ODD Litigation*, ECF No. 1396).

WHEREAS, on September 2, 2014, Pioneer North America, Inc. and Pioneer Electronics (USA) Inc., were served in the *JLK* Action, making their response to the *JLK* Action complaint due on or before September 23, 2014.

WHEREAS, the parties have previously stipulated and the Court has approved extensions in the time by which Pioneer North America, Inc. and Pioneer Electronics (USA) Inc. must respond to the complaint in the *JLK* Action, making the current response due on or before November 24, 2014, so that the parties could meet and confer regarding several issues, such as consolidation of the *JLK* Action and the *ODD Litigation*, service of process and discovery.

WHEREAS the Court previously set a Case Management Conference in the *JLK* Action for November 13, 2014, and the Court recently set a Case Management Conference in the *ODD Litigation* for January 29, 2015.

WHEREAS the parties continue to meet and confer regarding several issues, they wish to extend the date by which Pioneer North America, Inc. and Pioneer Electronics (USA) Inc. must respond to the *JLK* Action complaint, and they wish to consolidate the Case Management Conference in the *JLK* Action with the Case Management Conference in the *ODD Litigation*.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties as follows:

1. The Case Management Conference set in the *JLK* Action for November 13, 2014 shall be taken off calendar and consolidated with the Case Management Conference in the *ODD*

*Litigation*, which is scheduled to take place on January 29, 2015; and

    2.    The response of Pioneer North America, Inc. and Pioneer Electronics (USA) Inc. to the complaint in the *JLK* Action is due on or before February 28, 2015, 30 days from the Case Management Conference scheduled in the *ODD Litigation*.

    IT IS SO STIPULATED.

Dated: November 6, 2014          SAVERI & SAVERI, INC.

                                   By:  */s/ Cadio Zirpoli*
                                          Cadio Zirpoli

                                   Counsel for
                                   DIRECT PURCHASER PLAINTIFFS

Dated: November 6, 2014          JONES DAY

                                   By:  */s/ Eric P. Enson*
                                          Eric P. Enson

                                   Attorneys for Defendants
                                   PIONEER NORTH AMERICA, INC. AND
                                   PIONEER ELECTRONICS (USA) INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/7/14                                                
                                   HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Cadio Zirpoli, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2014, at San Francisco, California.

*/s/ Cadio Zirpoli*