1 | Sean F. O'Shea (*Pro Hac Vice*)
O'Shea Partners LLP
2 | 521 5th Avenue, 25th Floor
New York, NY 10175
3 | Telephone: (212) 682-4426
Fax: (212) 682-4437
4 | soshea@osheapartners.com

5 | *Counsel for Non-Party John Doe 1*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. 3:10-md-02143-RS |
| | MDL No. 2143 |
| This Document Relates to: | **NOTICE OF APPEAL** |
| ALL ACTIONS | |

NOTICE IS HEREBY GIVEN that Interested Non-Party John Doe 1 in the above-captioned cases hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the United States District Court for the Northern District of California (Seeborg, District Judge and Spero, Magistrate Judge):

(1) The Amended Civil Minute Order dated October 17, 2014, signed by Magistrate Judge Spero (Docket Entry 1455);

(2) The Discovery Order Regarding October 17, 2014 Hearing dated October 27, 2014, signed by Magistrate Judge Spero (Docket Entry 1466); and

(3) The Order Overruling Objections to Nondispositive Pretrial Order of Magistrate Judge re Production of Recorded Conversations dated December 19, 2014, signed by Judge Seeborg (Docket Entry 1498).

| | | |
|---|---|---|
| Dated: December 22, 2014 | By: | /s/ Sean F. O'Shea |

Sean F. O'Shea (*Pro Hac Vice*)
O'SHEA PARTNERS LLP
521 FIFTH AVENUE, 25TH FLOOR
NEW YORK, NY 10175
TELEPHONE: (212) 682-4426
FAX: (212) 682-4437
SOSHEA@OSHEAPARTNERS.COM

*Counsel for Non-Party John Doe 1*