IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS RE CLASS CERTIFICATION MOTIONS AND REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT DISCUSSIONS.** |

The Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs may each file a revised motion for class certification no later than May 6, 2015. Each supporting brief shall not exceed 35 pages. Defendants' joint oppositions to the two motions, not to exceed 35 pages each, may be filed no later than July 17, 2015. Replies, not to exceed 15 pages each, may be filed not later than August 14, 2015. The motions will be heard on September 25, 2015 at 10:00 am. The parties in this and all related cases are referred to Magistrate Judge Corley for settlement discussions to be held within the next ninety days, if possible.

IT IS SO ORDERED.

Dated: February 9, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE