Jeffrey A. LeVee (State Bar No. 125863)
jlevee@JonesDay.com
Eric P. Enson (State Bar No. 204447)
epenson@JonesDay.com
Kathleen P. Wallace (State Bar No. 234949)
kwallace@JonesDay.com
Rachel H. Zernik (State Bar No. 281222)
rzernik@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539

Attorneys for Defendants
PIONEER CORPORATION, PIONEER HIGH
FIDELITY TAIWAN CO., LTD., PIONEER NORTH
AMERICA, INC. AND PIONEER ELECTRONICS
(USA) INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | **Case No. 3:10-md-2143-RS** |
| This Document Relates to:<br>3:14-cv-03748,<br>JLK SYSTEMS GROUP, INC., et al.<br>Plaintiffs,<br>v.<br>PIONEER CORPORATION, et al.,<br>Defendants | **STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SERVICE OF PROCESS, CONSOLIDATION AND DISCOVERY IN RELATED ACTION** |

**STIPULATION**

WHEREAS, on August 26, 2010, Direct Purchaser Plaintiffs ("DPPs") filed a consolidated complaint in this multi-district litigation against a number of defendants, in *In re Optical Disk Drive Products Antitrust Litigation*, Case No. 3:10-MD-2143-RS (the "*ODD Litigation*"). (*ODD Litigation*, ECF No. 159.)

WHEREAS, since that time, the *ODD Litigation* has proceeded.

WHEREAS, on August 18, 2014, DPPs filed a separate class action complaint against defendants Pioneer Corporation, Pioneer High Fidelity Taiwan Co., Ltd., Pioneer North America, Inc., and Pioneer Electronics (USA) Inc. (together, "Pioneer") relating to the same claims set forth in the *ODD Litigation*, in *JLK Systems Group, Inc., et al. v. Pioneer Corporation., et al.*, Case No. 3:14-cv-03748-LB (the "*JLK* Action").

WHEREAS, on August 25, 2014, this Court entered an order deeming the *JLK* Action related to the *ODD Litigation* and transferring the *JLK* Action to this Court. (*ODD Litigation*, ECF No. 1396.)

WHEREAS, on September 2, 2014, Pioneer North America, Inc. and Pioneer Electronics (USA) Inc., were served with process in the *JLK* Action and their response to the *JLK* Action complaint is currently due on or before March 2, 2015.

WHEREAS, Pioneer and DPPs have been meeting and conferring on several topics, such as the completion of service of process, consolidation and discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties as follows:

1. With respect to service of process, as authorized by Pioneer, undersigned counsel for Pioneer agree to accept service of the *JLK* Action complaint and the parties agree that Pioneer's response to the *JLK* Action complaint shall be due on or before March 2, 2015.

2. With respect to consolidation, the *JLK* Action shall be fully consolidated with, and Pioneer shall be a defendant in, the *ODD* Litigation, with the following agreements between Pioneer and DPPs: (i) all filings including and/or relevant to Pioneer shall be filed in the *ODD* Litigation, rather than the *JLK* Action; (ii) consolidation of the *JLK* Action with the *ODD*

1  *Litigation* will not prevent Pioneer from seeking extensions of time to complete discovery, file
2  summary judgment, prepare for trial or complete other work in the *ODD Litigation* due to their
3  late entry into this matter, and DPPs will meet and confer in good faith with Pioneer regarding
4  such extensions; and (iii) by agreeing to consolidation, Pioneer is not waiving any defenses,
5  claims or arguments that Pioneer could otherwise assert in the separate *JLK* action.

3. With respect to discovery, Pioneer and DPPs agree that any discovery served on Pioneer by DPPs shall be initially limited to the set of five Pioneer custodians previously agreed to by Pioneer and the Indirect Purchaser Plaintiffs.

IT IS SO STIPULATED.

Dated: February 11, 2015               JONES DAY

                                        By: */S/ Eric P. Enson*
                                            Eric P. Enson

                                        Attorneys for Defendants
                                        PIONEER CORPORATION, PIONEER
                                        HIGH FIDELITY TAIWAN CO., LTD.,
                                        PIONEER NORTH AMERICA, INC. AND
                                        PIONEER ELECTRONICS (USA) INC.

Dated: February 11, 2015               SAVERI & SAVERI, INC.

                                        By: */S/ Cadio Zirpoli*
                                            Cadio Zirpoli

                                        Executive Committee For
                                        DIRECT PURCHASER PLAINTIFFS

                         *   *   *

**IT IS SO ORDERED.**

Dated: 2/12/2015                       [signature]
                                        RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE