1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-2143-RS (JCS) |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS |

1  Having considered the Defendants' Motion for Leave to Exceed Page Limits, and all other
2  papers presented to this Court in connection with Defendants' Motion, IT IS HEREBY
3  ORDERED AS FOLLOWS:
4  Defendants' Motion for Leave to Exceed Page Limits is GRANTED.
5  **IT IS SO ORDERED.**

7  DATED:  2/19/15

9  _____
   HONORABLE JOSEPH C. SPERO
10  UNITED STATES MAGISTRATE JUDGE

11  SUBMITTED BY:

12  DATED:  February 18, 2015          LATHAM & WATKINS LLP

13           /s/ Belinda S Lee_____
14           BELINDA S LEE

15  Belinda S Lee
16  505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
17  Telephone: (415) 395-8240
    Facsimile: (415) 395-8095
18  belinda.lee@lw.com

19  *Acting as Liaison Counsel for Defendants*

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
Case No. 3:10-md-2143-RS (JCS)

2