UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 10-md-2143-RS   (JSC) |
|---|---|
| This Order Relates to: | **ORDER REGARDING SETTLEMENT CONFERENCES IN DIRECT PURCHASER PUTATIVE CLASS ACTION** |

In anticipation of the upcoming settlement conferences involving plaintiffs and defendants in the direct purchaser putative class action, plaintiffs are ordered to provide all defendants with their tentative modified proposed class on or before **March 6, 2015**. The proposal shall be for the purposes of settlement only, shall not be admissible in the proceedings before Judge Seeborg, and shall be without prejudice to the final proposal made by plaintiffs in their renewed motion for class certification. The proposal shall nonetheless be made in good faith and in the spirit of facilitating the upcoming negotiations.

**IT IS SO ORDERED.**

Dated: February 27, 2015

						Jacqueline Scott Corley
						United States Magistrate Judge