UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>Indirect Purchaser Putative Class Action | Case No.  10- md-2143-RS   (JSC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCES IN INDIRECT PURCHASER PUTATIVE CLASS ACTION** |

To facilitate the settlement conferences involving plaintiffs and defendants in the indirect purchaser putative class action, plaintiffs are ordered to provide all defendants with their tentative modified proposed class on or before **March 24, 2015**.  The proposal shall be for the purposes of settlement only, shall not be admissible in the proceedings before Judge Seeborg, and shall be without prejudice to the final proposal made by plaintiffs in their renewed motion for class certification. The proposal shall nonetheless be made in good faith and in the spirit of facilitating the upcoming negotiations.

**IT IS SO ORDERED.**

Dated: March 20, 2015

Jacqueline Scott Corley
United States Magistrate Judge