UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>Direct Purchaser Class Claims v. Teac | Case No.  10- md-2143-RS   (JSC)<br><br>**SETTLEMENT CONFERENCE ORDER** |

The above matter was referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

You are hereby notified that a Settlement Conference with the direct purchaser class and defendant Teac is scheduled for **April 15, 2015 at 9:30 a.m.**, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1. Counsel shall ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference. Counsel shall cooperate in providing discovery informally and expeditiously.

2. Plaintiffs shall provide Defendant with a written settlement demand on or before April 7, 2015.

3. Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person not present before agreeing to any settlement does not have full authority.

4. Personal attendance of a party representative will rarely be excused by the Court. To seek to excuse a party from personally attending a settlement conference, counsel for that party shall meet and confer with counsel for all other parties to determine if there are any objections to the moving party's absence. Counsel must then lodge a letter with the Court, with copies to all parties, seeking to excuse the party's participation. The letter shall recite the reasons for seeking the party's absence, as well as whether the other parties agree or object to the request and the reasons for any objection. The application to excuse a party must be lodged no later than the lodging of the Settlement Conference Statement.

5. Each party shall prepare a Settlement Conference Statement, which must be emailed (not electronically filed) in .pdf format to JSCPO@cand.uscourts.gov by April 13, 2015. Counsel shall also mail a hard copy to the Court.

6. The Settlement Conference Statement shall be served on opposing counsel. Any party may submit an additional confidential statement to the Court. The contents of this confidential statement will not be disclosed to the other parties.

7. The parties have discretion as to what to include in the Settlement Conference Statement; in other words, they should include whatever information they deem would be most helpful to the Court in facilitating a resolution of the case, but should at a minimum include a history of the settlement discussions.

The parties shall notify Chambers immediately at (415) 522-2172 if the claims at issue settle prior to the date set for the Settlement Conference.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge

2