Craig P. Seebald (admitted pro hac vice)
Jason A. Levine (admitted pro hac vice)
Vincent van Panhuys (admitted pro hac vice)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com

Matthew J. Jacobs (No. 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

*Attorneys for Defendant Hitachi, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No.  3:10-md-02143 RS |
| | **NOTICE OF TELEPHONIC APPEARANCE AT DISCOVERY STATUS CONFERENCE** |
| This Document Relates to: | Date:          April 10, 2015 |
| ALL ACTIONS | Time:          2:00pm |
| | Courtroom:   G, 15th Floor |
| | Judge:         Honorable Joseph C. Spero |
| | DATE ACTION FILED:  April 9, 2015 |

1    TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE HONORABLE COURT:

2    PLEASE TAKE NOTICE THAT undersigned defense counsel are unable to attend in person

3    the April 10, 2015 Discovery Status Conference scheduled by the Court's Order of April 7, 2015

4    (1550) and hereby provide advance notice of telephonic appearance.

5    Counsel for these defendants will be standing by on the following conference line at the

6    scheduled time and will await the Court joining the call:

7    **Dial-in: 1-888-270-9936 (International: 1-404-443-6392)**

8    **Access Code: 4673703**

9    **Security Code: 7256**

10

11   DATED:_____April 9, 2015_____        By:___/s/ Craig P. Seebald_____
                                                    Craig P. Seebald

12
                                              Craig P. Seebald (admitted pro hac vice)
13                                            Jason A. Levine (admitted pro hac vice)
                                              Vincent van Panhuys (admitted pro hac vice)
14                                            VINSON & ELKINS LLP
                                              2200 Pennsylvania Avenue, N.W.
15                                            Suite 500 West
                                              Washington, D.C. 20037
16                                            Telephone: (202) 639-6500
                                              Facsimile: (202) 639-6604
17                                            cseebald@velaw.com

18                                            Matthew J. Jacobs (No. 171149)
                                              VINSON & ELKINS LLP
19                                            525 Market Street, Suite 2750
                                              San Francisco, CA 94105
20                                            Telephone: (415) 979-6900
                                              Facsimile: (415) 651-8786
21                                            mjacobs@velaw.com

22                                            *Attorneys for Defendant Hitachi, Ltd.*

23

24   DATED:_____April 9, 2015_____        By: /s/ Nathan P. Eimer_____
                                              Nathan P. Eimer (*Pro Hac Vice*)
25                                            Vanessa G. Jacobsen (*Pro Hac Vice*)
                                              Arin C. Aragona (*Pro Hac Vice*)
26                                            Ameri R. Klafeta (Bar No. 225859)
                                              EIMER STAHL LLP
27                                            224 S. Michigan Avenue, Suite 1100
                                              Chicago, IL 60604
28                                            Telephone: (312) 660-7600

Fax: (312) 692-1718

*Attorneys for Defendant LG Electronics, Inc.*

DATED:_____April 9, 2015_____

By: __/s/ George E. Mastoris__
GEORGE E. MASTORIS (*Pro Hac Vice*)
Email: : gmastoris@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimilie: (212) 294-4700

*Attorneys for Defendant Panasonic Corporation and Panasonic Corporation of North America*

Dated: 4/10/15

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA