1  Counsel Listed on Signature Block

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**ALL DIRECT PURCHASER ACTIONS** | Case No. 3:10-md-02143 RS<br><br>MDL No. 2143<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFIED BRIEFING SCHEDULE FOR DIRECT PURCHASER PLAINTIFFS' REVISED MOTION FOR CLASS CERTIFICATION** |

1  **WHEREAS**, on February 9, 2015, this Court entered an Order Setting Briefing Schedule
2  and Page Limits re Class Certification Motions and Referring Parties to Magistrate Judge for
3  Settlement Discussions ("Briefing Schedule Order") (Dkt. No. 1518);

4  **WHEREAS**, in the Briefing Schedule Order, the Court referred the parties to Magistrate
5  Judge Jacqueline Scott Corley for settlement discussions to be held within 90 ninety days, if
6  possible;

7  **WHEREAS**, Direct Purchaser Plaintiffs ("DPPs") and Defendants have initiated settlement
8  conferences before Magistrate Judge Corley which are currently scheduled through April 29, 2015,
9  one week prior to the current deadline for DPPs to file their Revised Motion for Class Certification;

10 **WHEREAS**, the parties seek the efficient resolution of this litigation;

11 **WHEREAS**, in order to complete settlement discussions, where possible, prior to the start
12 of briefing on class certification, DPPs request and Defendants do not oppose that the Court modify
13 the Briefing Schedule Order with respect to the DPPs' filing deadline, in order to provide DPPs
14 two additional weeks to file their revised motion; and

15 **WHEREAS,** this two week extension for DPPs' motion will maintain the original hearing
16 date for the Revised Motions for Class Certification;

17 **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned
18 counsel for the parties as follows:

19 1.   The filing deadlines set forth in the Briefing Schedule Order are modified with
20 respect to the DPPs only, as follows:

| **Action** | **Date in February 9, 2015 Briefing Schedule Order** | **Proposed New Date** |
|---|---|---|
| **Deadline for DPPs to file Revised Motion for Class Certification** | Wednesday, May 6, 2015 | Wednesday, May 20, 2015 |
| **Deadline for Defendants to file Joint Opposition to DPPs' Revised Motion for Class Certification** | Friday, July 17, 2015 | Friday, July 31, 2015 |
| **Deadline for DPPs to file Reply in Support of Revised Motion for Class Certification** | Friday, August 14, 2015 | Friday, August 28, 2015 |
| **Hearing on Revised Motion for Class Certification** | Friday, September 25, 2015 | no change |

- 1 -

**STIPULATION AND [PROPOSED] ORDER RE MODIFIED BRIEFING SCHEDULE FOR DPPS' REVISED MOTION FOR CLASS CERTIFICATION; Case No. 3:10-md-02143 RS**

1      **IT IS SO STIPULATED.**

Dated: April 22, 2015                           Respectfully Submitted,

**SAVERI & SAVERI, INC.**

/s/ *Cadio Zirpoli*
Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
Travis L. Manfredi
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Chairman of the Executive Committee*
*for the Direct Purchaser Plaintiffs*

**LATHAM & WATKINS LLP**

*/s/ Belinda S. Lee*
Belinda S. Lee
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-395-8240
Fax: 415-395-8095
belinda.lee@lw.com

*Attorneys for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba America Information Systems, Inc., and Toshiba Corporation*

**BOIES SCHILLER & FLEXNER LLP**

*/s/ John F. Cove, Jr.*
John F. Cove, Jr.
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: 510-874-1000
Fax: 510-874-1460
jcove@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Optiarc America, Inc., and Sony Optiarc Inc.*

- 2 -

**STIPULATION AND [PROPOSED] ORDER RE MODIFIED BRIEFING SCHEDULE FOR DPPS' REVISED MOTION FOR CLASS CERTIFICATION; Case No. 3:10-md-02143 RS**

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Mary Ellen Hennessy*
Mary Ellen Hennessy
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
maryellen.hennessy@kattenlaw.com

*Attorneys for Defendants TEAC Corporation and TEAC America, Inc.*

**JONES DAY**

*/s/ Eric P. Enson*
Eric P. Enson
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Tel: 213-489-3939
Fax: 213-243-2539
epenson@JonesDay.com

*Attorneys for Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.*

**O'MELVENY & MYERS LLP**

*/s/ Ian Simmons*
Ian Simmons
 1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5106
Facsimile: 202-383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**DRINKER BIDDLE & REATH LLP**

*/s/ Keith A. Walter, Jr.*
Keith A. Walter, Jr.
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: 302-467-4200
Fax: 302-467-4201
keith.walter@dbr.com

*Attorneys for Defendants Quanta Storage Inc. and Quanta Storage America Inc.*

- 3 -

**STIPULATION AND [PROPOSED] ORDER RE MODIFIED BRIEFING SCHEDULE FOR DPPS' REVISED MOTION FOR CLASS CERTIFICATION; Case No. 3:10-md-02143 RS**

**DICKSTEIN SHAPIRO LLP**

*/s/ Lisa M. Kaas*
Lisa M. Kaas
1825 Eye Street NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201
kaasl@docksteinshapiro.com

*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

**BAKER BOTTS LLP**

*/s/ Evan Werbel*
Evan Werbel
1299 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202-383-7199
Fax: 202-383-6610
evan.werbel@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

- 4 -

**STIPULATION AND [PROPOSED] ORDER RE MODIFIED BRIEFING SCHEDULE FOR DPPS' REVISED MOTION FOR CLASS CERTIFICATION; Case No. 3:10-md-02143 RS**

- 5 -

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Cadio Zirpoli, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2015, at San Francisco, California.

*/s/ Cadio Zirpoli*

- 5 -

**STIPULATION AND [PROPOSED] ORDER RE MODIFIED BRIEFING SCHEDULE FOR DPPS' REVISED MOTION FOR CLASS CERTIFICATION; Case No. 3:10-md-02143 RS**