1  MELINDA HAAG
   United States Attorney
2  ALEX G. TSE (CA Bar No. 152348)
3  Chief, Civil Division
   ILA C. DEISS (NY Bar No. 3052909)
4  Assistant United States Attorneys

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7124
7      Fax: (415) 436-7169
       Ila.deiss@usdoj.gov
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12 | **IN RE OPTICAL DISK DRIVE** | Case No. 3:10-md-02143 RS (JCS)
   | **PRODUCTS ANTITRUST**
13 | **LITIGATION** | **NOTICE OF TELEPHONIC APPEARANCE**
   |                | **AT DISCOVERY STATUS CONFERENCE**
14
15
16 | This Document Relates to: | Date:      April 24, 2015
   |                           | Time:      9:30 am
17 | ALL ACTIONS               | Courtroom: G, 15th Floor
   |                           | Judge:     Honorable Joseph C. Spero
18

NOTICE OF TELEPHONIC APPEARANCE AT                          CASE NO. 3:10-MD-02143 RS
DISCOVERY STATUS CONFERENCE           1

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT Belinda Barnett, counsel for the U.S. Department of Justice Antitrust Division in Washington, D.C. is unable to attend the April 24, 2015 Discovery Status Conference in person and the undersigned hereby provides advance notice of telephonic appearance pursuant to the Court's Order of March 31, 2015 (1542).

The undersigned will attend in person and Ms. Barnett will be standing by on the following conference line at the scheduled time and will await the Court joining the call:

**Dial-in: 1-888-270-9936 (International: 1-404-443-6392)**

**Access Code: 4673703**

**Security Code: 7256**

Dated: April 23, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney

Dated: 4/24/15



NOTICE OF TELEPHONIC APPEARANCE AT　　　　　　　　　　　　　　　CASE NO. 3:10-MD-02143 RS
DISCOVERY STATUS CONFERENCE　　　　2