Craig P. Seebald (admitted pro hac vice)
Jason A. Levine (admitted pro hac vice)
Vincent van Panhuys (admitted pro hac vice)
Dennis S. Schmelzer (admitted pro hac vice)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com

Matthew J. Jacobs (No. 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

*Attorneys for Defendant Hitachi, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION** | Case No. 3:10-md-02143 RS<br><br>**NOTICE OF TELEPHONIC APPEARANCE AT DISCOVERY STATUS CONFERENCE** |
| This Document Relates to:<br><br>ALL ACTIONS | Date: April 24, 2015<br>Time: 9:30 am<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

NOTICE OF TELEPHONIC APPEARANCE AT　　　　　　　　　　　　　　　　　　CASE NO. 3:10-MD-02143 RS
DISCOVERY STATUS CONFERENCE　　　　　1

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT undersigned counsel are unable to attend in person the April 24, 2015 Discovery Status Conference and scheduled by the Court's Order of March 31, 2015 (1542) and hereby provide advance notice of telephonic appearance.

Counsel for these parties will be standing by on the following conference line at the scheduled time and will await the Court joining the call:

**Dial-in: 1-888-270-9936 (International: 1-404-443-6392)**

**Access Code: 4673703**

**Security Code: 7256**

| | |
|---|---|
| DATED: April 23, 2015 | By: /s/ Craig P. Seebald |
| | Craig P. Seebald |

Craig P. Seebald (admitted pro hac vice)
Jason A. Levine (admitted pro hac vice)
Vincent van Panhuys (admitted pro hac vice)
Dennis S. Schmelzer (admitted pro hac vice)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com

Matthew J. Jacobs (No. 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786
mjacobs@velaw.com

*Attorneys for Defendant Hitachi, Ltd.*

| | |
|---|---|
| DATED: April 23, 2015 | By: /s/ Lizabeth A. Brady |
| | Lizabeth A. Brady |

Pamela Jo Bondi
Attorney General, State of Florida
Patricia A. Conners
Associate Deputy Attorney General, State of Florida
Lizabeth A. Brady

| | | |
|---|---|---|
| NOTICE OF TELEPHONIC APPEARANCE AT DISCOVERY STATUS CONFERENCE | 2 | CASE NO. 3:10-MD-02143 RS |

| | |
|---|---|
| 1 | Chief, Multistate Antitrust Enforcement, State of Florida |
| 2 | Nicholas Weilhammer<br>Assistant Attorney General, State of Florida |
| 3 | PL-01, The Capitol<br>Tallahassee, Florida 32399-1050 |
| 4 | (Phone) 850-414-3300<br>(Fax) 850-488-9134 |

*Attorneys for the State of Florida*

DAted: 4/24/15



NOTICE OF TELEPHONIC APPEARANCE AT
DISCOVERY STATUS CONFERENCE          3                    CASE NO. 3:10-MD-02143 RS