UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 10-md-02143-RS (JCS) | Case Name: In Re: Optical Disk Drive Products Antitrust Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: April 24, 2015 | **Time:** 24 M |

**Attorney for Plaintiff:** Jeff Friedman, Shana Scarlett - Indirect Purchaser Plaintiffs; Cadio Zirpoli - Direct Purchaser Plaintiffs; James Wagstaff & Rodney Ganske - Direct Action Plaintiffs (DAP) - Dell; Robert McNary - HP (DAP); Lizbeth Brady - State of FL (T)*
**Attorney for Defendant:** Brendan McShane & Belinda Lee - Dft Toshiba; Vincent van Panhuys - Dft Hitachi (T)*
**Attorneys for Non-Parties**: Ila Deiss, Belinda Barnett (T)* & Christopher Ries - DOJ. Sean O'Shea & Daniel Hibshoosh - John Doe I

**Deputy Clerk:** Karen Hom          **Court Reporter:** FTR 9:33-9:59

## PROCEEDINGS

1. Discovery Hearing re: Joint Discovery Letter re: Entry of Supplemental Protective Order for Government Protected Materials [dkt no 1524] - Granted

**ORDERED AFTER HEARING:**
Court issued rulings on the record.
Stipulated protective order shall be submitted to the Court by Wed., 4/29/15 with production of materials to take place on Fri., 5/1/15.
Mr. Zirpoli will provide copies of the materials to Ms. Lee and Mr. Wagstaff, who will in turn produce the material to their groups.

**NOTES:** Shana Scarlett will draft the Protective Order.

**CASE CONTINUED TO:**

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**

**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing:** at **9:30 AM**
**Pretrial Conference:** at **2:00 PM**
**Trial:** a**t 8:30 AM for** days  [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[X] Plaintiff   and   [X] Defendant        [ ] Court
**cc:**
*(T) = Telephonic Appearance