1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA
9    SAN FRANCISCO DIVISION

10   IN RE OPTICAL DISK DRIVE PRODUCTS     Case No. 3:10-md-2143 RS (JCS)
11   ANTITRUST LITIGATION

12                                         [~~PROPOSED~~] ORDER REGARDING
                                           JOINT DISCOVERY LETTER RE:
13   This document relates to:             PRODUCTION OF TOSHIBA PC
                                           COMPONENT COST DATA
14   INDIRECT PURCHASER ACTIONS

1   This Court held a hearing on April 10, 2015 to discuss the Discovery Letter Brief re:
2   Production of Toshiba PC Component Cost Data filed by the Indirect Purchaser Plaintiffs and
3   Toshiba Corporation ("Toshiba Corp."). (Dkt. 1548.)
4   After considering the briefs submitted by the parties and consulting with the attorneys of
5   record, IT IS HEREBY ORDERED THAT Toshiba Corp. shall produce the data requested for
6   any PCs identified in the spreadsheet attached to Docket 1548, to the extent such data is available.
7   Toshiba Corp. shall produce data for 200 models by the filing date for the Indirect Purchaser
8   Plaintiffs' renewed motion for class certification, and shall produce available data for the balance
9   of any PCs on that spreadsheet on a rolling basis thereafter, or as otherwise agreed by the parties.
10  **IT IS SO ORDERED.**

12  DATED: __4/29/15_____, 2015

15  _____
    HONORABLE JOSEPH C. SPERO
    UNITED STATES CHIEF MAGISTRATE JUDGE

1  Approved as to form:

2  DATED: April 28, 2015                     LATHAM & WATKINS LLP

3
                                              /s/ Belinda S Lee
4                                             BELINDA S LEE

5                                             505 Montgomery Street, Suite 2000
                                              San Francisco, CA 94111
6                                             Telephone: (415) 395-8851
                                              Facsimile: (415) 395-8095
7                                             belinda.lee@lw.com

8
                                              *Counsel for Defendant Toshiba Corporation*
9
10 DATED: April 28, 2015                     HAGENS BERMAN SOBOL SHAPIRO LLP

11                                            By */s/ Shana E. Scarlett*
                                                   SHANA E. SCARLETT
12
                                              Shana E. Scarlett
13                                            Jeff D. Friedman (SBN 173886)
                                              715 Hearst Avenue, Suite 202
14                                            Berkeley, CA 94710
                                              Telephone: (510) 725-3000
15                                            Facsimile: (510) 725-3001
                                              jefff@hbsslaw.com
16                                            shanas@hbsslaw.com

17
                                              Steve W. Berman (*Pro Hac Vice*)
18                                            George W. Sampson (*Pro Hac Vice*)
                                              301 North Lake Ave., Suite 203
19                                            Pasadena, CA 91101
                                              Telephone: (213) 330-7150
20                                            Facsimile: (213) 330-7152
                                              steve@hbsslaw.com
21                                            george@hbsslaw.com

22
                                              Lee Gordon (SBN 174168)
23                                            301 North Lake Ave., Suite 203
                                              Pasadena, CA 91101
24                                            Telephone: (213) 330-7150
                                              Facsimile: (213) 330-7152
25                                            lee@hbsslaw.com

26
                                              *Interim Lead Counsel for Indirect Purchaser*
27                                            *Plaintiffs*

28
                                                        [PROPOSED] DISCOVERY ORDER
                                      3                 Case No. 3:10-md-2143 RS (JCS)

## **ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

*/s/ Belinda S Lee*
BELINDA S LEE