UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:10-md-2143 RS (JCS)<br><br>[~~PROPOSED~~] **DISCOVERY ORDER REGARDING APRIL 24, 2015 HEARING ON SUPPLEMENTAL PROTECTIVE ORDER** |

1   This Court held a hearing on April 24, 2015 to discuss the Discovery Letter Brief re:
2   Entry of Supplemental Protective Order for Government Protected Materials filed by the
3   Direct and Indirect Purchaser Plaintiffs, Direct Action Plaintiffs, State of Florida, John Doe
4   1, and Defendants.  (Dkt. 1524.)

5   After considering the briefs submitted by the parties and consulting with the
6   attorneys of record, IT IS HEREBY ORDERED THAT:

7   (1) Pending a ruling from the panel of the Ninth Circuit Court of Appeals on John
8   Doe 1's appeal, *Dell Inc. v. John Doe 1*, Case No. 14-17502, currently scheduled to hear
9   John Doe 1's appeal on July 6, 2015, the Department of Justice, Antitrust Division ("DOJ")
10  (a) shall not produce any recordings or transcripts on which John Doe 1 is a participant, and
11  (b) to the extent it applies, for those recordings or transcripts on which John Doe 1 is not a
12  participant but in which John Doe 1 is referenced, shall redact all personal identifying
13  information relating to John Doe 1 prior to any production but shall stamp in lieu of his
14  personal identifying information "JOHN DOE 1."

15  (2) The parties shall submit a proposed protective order by April 29, 2015, and
16  DOJ's production of the subpoenaed materials, subject to the restrictions referenced above,
17  shall take place by May 1, 2015.

18  **IT IS SO ORDERED.**

20  DATED: ___April 30_____, 2015

    HONORABLE JOSEPH C. SPERO
    UNITED STATES CHIEF MAGISTRATE JUDGE

[PROPOSED] DISCOVERY ORDER
Case No. 3:10-md-2143 RS (JCS)

2

Approved as to form:

DATED: April 29, 2015                LATHAM & WATKINS LLP

    /s/ Belinda S Lee
   BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Counsel for Defendant Toshiba Samsung Storage Technology Korea Corporation, and Liaison Counsel for Defendants*

DATED: April 29, 2015                HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Shana E. Scarlett
   SHANA E. SCARLETT

Shana E. Scarlett
Jeff D. Friedman (SBN 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (*Pro Hac Vice*)
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
steve@hbsslaw.com
george@hbsslaw.com

Lee Gordon (SBN 174168)
301 North Lake Ave., Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com

| | | |
|---|---|---|
| 1 | | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 2 | | |
| 3 | DATED: April 29, 2015 | ALSTON & BIRD LLP |
| 4 | | By     */s/ Rodney J. Ganske*_____ |
| | | RODNEY J. GANSKE |
| 5 | | |
| 6 | | Rodney J. Ganske (*Pro Hac Vice*) |
| | | Michael P. Kenny |
| 7 | | Debra D. Bernstein |
| | | Andrew J. Tuck |
| 8 | | 1201 W. Peachtree Street NW |
| | | Atlanta, Georgia 30309 |
| 9 | | Telephone: (404) 881-7000 |
| | | Facsimile: (404) 881-7777 |
| 10 | | rod.ganske@alston.com |
| | | mike.kenny@alston.com |
| 11 | | debra.bernstein@alston.com |
| | | andy.tuck@alston.com |
| 12 | | |
| | | KERR & WAGSTAFFE LLP |
| 13 | | James M. Wagstaffe |
| | | 100 Spear Street, 18th Floor |
| 14 | | San Francisco, CA 94105-1576 |
| | | Telephone: 415-371-8500 |
| 15 | | Facsimile: 415-371-0500 |
| | | wagstaffe@kerrwagstaffe.com |
| 16 | | |
| 17 | | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P., and Liaison Counsel for Direct Action Plaintiffs* |
| 18 | | |
| 19 | DATED: April 29, 2015 | SAVERI & SAVERI INC. |
| 20 | | By     */s/ Cadio Zirpoli*_____ |
| 21 | | CADIO ZIRPOLI |
| 22 | | Guido Saveri |
| | | R. Alexander Saveri (SBN 173102) |
| 23 | | Cadio Zirpoli (SBN 179108) |
| | | 706 Sansome Street |
| 24 | | San Francisco, CA 94111 |
| | | Telephone: (415) 217-6810 |
| 25 | | Facsimile: (415) 217-6813 |
| | | guido@saveri.com |
| 26 | | rick@saveri.com |
| | | cadio@saveri.com |
| 27 | | |
| 28 | | *Interim Lead Counsel for Direct Purchaser* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Plaintiffs*

DATED: April 29, 2015                DEPARTMENT OF JUSTICE, ANTITRUST
                                     DIVISION

                                     By    */s/ Christopher Ries*
                                            CHRISTOPHER RIES

                                     450 Golden Gate Avenue
                                     Room 10-0101, Box 36046
                                     San Francisco, CA 94102
                                     Christopher.Ries@usdoj.gov

                                     *Attorney for the U.S. Department of Justice*

DATED: April 29, 2015                UNITED STATES ATTORNEY'S OFFICE

                                     By    */s/ Ila C. Deiss*
                                            ILA C. DEISS

                                     450 Golden Gate Ave., Box 36055
                                     San Francisco, CA 94102
                                     ila.deiss@usdoj.gov

                                     *Attorney for the U.S. Department of Justice*

DATED: April 29, 2015                O'SHEA PARTNERS LLP

                                     By    */s/ Sean F. O'Shea*
                                            SEAN F. O'SHEA

                                     521 5th Avenue, 25th Floor
                                     New York, NY 10175
                                     Telephone: (212) 682-4426
                                     Facsimile: (212) 682-4437
                                     soshea@osheapartners.com

                                     *Counsel for Non-Party John Doe 1*

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

                                     */s/ Belinda S Lee*
                                     BELINDA S LEE