United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 RS<br><br>**ORDER CONTINUING MOTION FOR ATTORNEY FEES AND INCENTIVE PAYMENTS** |

    At the unopposed request of the Direct Purchaser Plaintiffs, a schedule was set for the claim submission process and the determination of an attorney fee award and incentive payments in connection with the settlements reached between those plaintiffs and certain defendants. See Dkt. No. 1532. That schedule included setting a hearing on the fee and incentive payment motion for May 14, 2015, a date prior to expiration of the claims submission period.

    Upon further consideration, it would be premature to rule on the fee and incentive payment issues in the absence of information regarding the number of claims made and the estimated payout per class member. Accordingly, the hearing set for May 14, 2015 is continued to July 23, 2015, at 1:30 p.m. Not less than one week prior to the hearing, the Direct Purchaser Plaintiffs shall submit a supplemental declaration or declarations in support of the motion to provide such information.

IT IS SO ORDERED.

Dated:  May 11, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE