UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MODIFIED BRIEFING SCHEDULE AND HEARING DATE FOR INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

1   WHEREAS, on April 29, 2015, this Court entered a Stipulation and Order Regarding Modified Briefing Schedule for Class Certification on Behalf of Indirect Purchaser Class ("April 29, 2015 Scheduling Order") (Dkt. 1591);

   WHEREAS, the April 29, 2015 Scheduling Order contemplated an additional request for a reasonable extension to the class certification briefing schedule;

   WHEREAS, Indirect Purchaser Plaintiffs ("IPPs") and Defendants have discussed and agreed to a two-week extension for Defendants' filing of their opposition to IPPs' motion for class certification, and an additional one-week extension for IPPs' filing of their reply brief;

   WHEREAS, the parties jointly request this modified briefing schedule in order to present their arguments on class certification as clearly and concisely as possible; and

   WHEREAS, in light of this requested modification to the briefing schedule, the parties believe that the hearing date on IPPs' motion should also be moved, and have agreed to October 16, 2015 at 10:00 am, or such other date as the Court prefers;

   NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval, that the briefing and hearing schedule for IPPs' renewed motion for class certification shall be modified as follows:

| Event | Date in April 29, 2015 Scheduling Order | ~~Proposed~~ New Date |
| --- | --- | --- |
| Deadline for Defendants to file Joint Opposition to IPPs' Revised Motion for Class Certification | Friday, July 31, 2015 | Friday, August 14, 2015 |
| Deadline for IPPs to file Reply in Support of Revised Motion for Class Certification | Friday, August 28, 2015 | Friday, September 18, 2015 |
| Hearing on Revised Motion for Class Certification | Friday, September 25, 2015 at 10:00 a.m. | Friday, October 16, 2015 at 10:00 a.m., or at the Court's convenience |

   IT IS SO STIPULATED.

1

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED:  June 19, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By _____/s/ Shana E. Scarlett_____ |
| 3 | | SHANA E. SCARLETT |
| 4 | | Jeff D. Friedman (173886)<br>715 Hearst Avenue, Suite 202 |
| 5 | | Berkeley, CA 94710<br>Tel: 510-725-3000 |
| 6 | | Fax: 510-725-3001<br>jefff@hbsslaw.com |
| 7 | | shanas@hbsslaw.com |
| 8 | | Steve W. Berman (*Pro Hac Vice*)<br>George W. Sampson (*Pro Hac Vice*) |
| 9 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300 |
| 10 | | Seattle, WA 98101<br>Tel: 206-623-7292 |
| 11 | | Fax: 206-623-0594<br>steve@hbsslaw.com |
| 12 | | george@hbsslaw.com |
| 13 | | *Interim Lead Counsel for Indirect Purchaser Plaintiffs* |
| 14 | | |
| 15 | DATED:  June 19, 2015 | LATHAM & WATKINS LLP |
| 16 | | By _____/s/ Belinda S Lee_____ |
| 17 | | BELINDA S LEE |
| 18 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 19 | | Tel: 415-395-8240<br>Fax: 415-395-8095 |
| 20 | | belinda.lee@lw.com |
| 21 | | *Attorneys for Defendants Toshiba Samsung Storage* |
| 22 | | *Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, and Toshiba* |
| 23 | | *Corporation* |
| 24 | DATED:  June 19, 2015 | WINSTON & STRAWN LLP |
| 25 | | By _____/s/ Robert B. Pringle_____ |
| 26 | | ROBERT B. PRINGLE |
| 27 | | 101 California Street<br>San Francisco, CA 94111-5894 |
| 28 | | Tel: 415-591-1000<br>Fax: 415-591-1400 |

2

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

1 | rpringle@winston.com

2 | *Attorneys for Defendant NEC Corporation*

3 | DATED: June 19, 2015 | ROPES & GRAY LLP

4 | By    /s/ Mark S. Popofsky
        MARK S. POPOFSKY

5 |

6 | One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948

7 | Tel: 202-508-4600
Fax: 202-508-4650

8 | mark.popofsky@ropesgray.com

9 | *Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

10 |

11 |

12 | DATED: June 19, 2015 | BAKER BOTTS LLP

13 | By    /s/ Evan Werbel
        EVAN WERBEL

14 | 1299 Pennsylvania Ave. NW
Washington, DC 20004

15 | Tel: 202-383-7199
Fax: 202-383-6610

16 | evan.werbel@bakerbotts.com

17 | *Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions U.S.A., Inc.*

18 |

19 |

20 | DATED: June 19, 2015 | DICKSTEIN SHAPIRO LLP

21 | By    /s/ Lisa M. Kaas
        LISA M. KAAS

22 |

23 | 1825 Eye Street NW
Washington, DC 20006
Tel: 202-420-2200

24 | Fax: 202-420-2201
kaasl@dicksteinshapiro.com

25 |

26 | *Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

27 |

28 |

3

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | DATED:  June 19, 2015 | O'MELVENY & MYERS LLP |
| 2 | | By   /s/ Ian Simmons |
| 3 | |        IAN SIMMONS |

Ian Simmons
James M. Pearl
1625 Eye Street NW
Washington, DC 20006
Tel: 202-383-5106
Fax: 202-383-5414
isimmons@omm.com
jpearl@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

DATED:  June 19, 2015         BOIES SCHILLER & FLEXNER LLP

By   /s/ John F. Cove, Jr.
       JOHN F. COVE, JR.

1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: 510-874-1000
Fax: 510-874-1460
jcove@bsfllp.com

*Attorneys for Defendants Sony Corporation, Sony Optiarc America, Inc., and Sony Optiarc Inc.*

DATED:  June 19, 2015         VINSON & ELKINS LLP

By   /s/ Craig P. Seebald
       CRAIG P. SEEBALD

2200 Pennyslvania Ave. NW
Suite 500 West
Washington, DC 20037-1701
Tel: 202-639-6500
Fax: 202-879-8950
cseebald@velaw.com

*Attorneys for Defendant Hitachi, Ltd.*

DATED:  June 19, 2015         KATTEN MUCHIN ROSENMAN LLP

By   /s/ Mary Ellen Hennessey
       MARY ELLEN HENNESSEY

Mary Ellen Hennessey

4

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

```
                          Aharon S. Kaye
                          525 West Monroe Street
                          Chicago, IL 60661-3693
                          Tel: 312-902-5200
                          Fax: 312-902-1061
                          maryellen.hennessy@kattenlaw.com
                          aharon.kaye@kattenlaw.com
```

*Attorneys for Defendant TEAC Corporation and TEAC America Inc.*

DATED:  June 19, 2015          EIMER STAHL LLP

                               By   /s/ Nathan P. Eimer
                                       NATHAN P. EIMER

                               224 South Michigan Avenue, Suite 100
                               Chicago, IL 60604
                               Tel: 312-660-7601
                               Fax: 312-692-1718
                               neimer@eimerstahl.com

*Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.*

DATED:  June 19, 2015          JONES DAY

                               By   /s/ Eric P. Enson
                                       ERIC P. ENSON

                               555 South Flower Street, Fiftieth Floor
                               Los Angeles, CA 90071
                               Tel: 213-489-3939
                               Fax: 213-243-2539
                               epenson@JonesDay.com

*Attorneys for Defendant Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., LTD.*

DATED:  June 19, 2015          WINSTON & STRAWN LLP

                               By   /s/ Jeffrey L. Kessler
                                       JEFFREY L. KESSLER

5

LATHAM & WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS

|   |   |
|---|---|
| | 200 Park Avenue<br>New York, NY 10166<br>Tel: 212-294-6700<br>Fax: 212-294-4700<br>jkessler@winston.com |
| | *Attorneys for Defendant Panasonic Corporation and Panasonic Corporation of North America* |
| DATED: June 19, 2015 | DRINKER BIDDLE & REATH LLP |
| | By   /s/ Keith A. Walter Jr.<br>        KEITH A. WALTER JR. |
| | 222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: 302-467-4200<br>Fax: 302-467-4201<br>keith.walter@dbr.com |
| | *Attorneys for Defendant Quanta Storage Inc.* |

**IT IS SO ORDERED**.

DATED: 6/19/15

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

### ATTESTATION OF CONCURRENCE IN THE FILING

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

                    /s/ Belinda S Lee
                    BELINDA S LEE

6

Stipulation and [Proposed] Order re Modified Briefing Schedule
and Hearing Date for IPPs' Class Certification Motion
CASE NO. 3:10-md-2143 RS