IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION** | CASE NO. 3:10-md-2143 RS<br><br>**ORDER RE MOTION FOR ATTORNEY FEES AND INCENTIVE PAYMENTS** |

The Direct Purchaser Plaintiffs move, without opposition or objection, for an attorney fee award and incentive payments in connection with the settlements reached between those plaintiffs and certain defendants. By prior order, the matter was continued in light of a concern that it would be premature to rule on the fee and incentive payment issues in the absence of information regarding the number of claims made and the estimated payout per class member. Plaintiffs have now provided that information, and the matter has been submitted without oral argument pursuant to Civil Local Rule 7-1(b). Upon review of the motion, including the supplementary filing, and in light of the entire record, it is appropriate to grant the motion for all of the reasons set out in the proposed order submitted by the moving parties. That order will therefore be entered herewith.

IT IS SO ORDERED.

Dated: July 23, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE