1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Base Case No. 3:10-md-02143-RS |
|---|---|
| | MDL No. 2143 |
| This document relates to: | Case No. 3:15-cv-03248-RS |
| Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust,<br><br>  Plaintiff,<br><br>  v.<br><br>Sony Corporation, et al.,<br><br>  Defendants. | **STIPULATION AND [PROPOSED] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Vacating Initial
Case Management Conference and Related Deadlines
Case Nos. 3:10-md-2143-RS; 3:15-cv-03248-RS

1    WHEREAS, on July 13, 2015, plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust (the "Trustee"), filed the above-captioned action;

WHEREAS, on that same day, the Trustee also filed a Notice of Related Case (Dkt. No. 3), seeking coordination of this action with MDL No. 2143 (Case No. 3:10-md-2143 RS);

WHEREAS, on July 16, 2015, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines in this action, which established certain ADR, meet and confer, and Rule 26 deadlines for the parties, and also set this action for a Case Management Conference on October 15, 2015 (Dkt. No. 7);

WHEREAS, the Court subsequently continued the date for the Case Management Conference, and it is currently set for November 12, 2015 at 10:00 am (Dkt. No. 12); and

WHEREAS, the Trustee and the Defendants have conferred and agree that, for purposes of judicial and party efficiency, it makes sense to coordinate any case management deadlines and/or case management conferences in this action with MDL No. 2143 (3:10-md-2143-RS).

It is therefore STIPULATED and AGREED, subject to Court approval, that:

1. The Case Management Conference set for November 12, 2015 at 10:00 am, and the related ADR, meet and confer, Rule 26 and case management deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, are hereby vacated, and this action shall instead be coordinated with MDL No. 2143 (3:10-md-2143-RS).

2. The Case Management Order Re Direct Action Plaintiff Cases (Dkt. No. 1352 in Case No. 3:10-md-2143-RS) shall govern this action.

IT IS SO STIPULATED.

DATED: September 24, 2015          LATHAM & WATKINS LLP

By _____/s/ Belinda S Lee_____

Daniel M. Wall
Belinda S Lee
Brendan A. McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  415-391-0600
Fax:  415-395-8095

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Vacating Initial
Case Management Conference and Related Deadlines
Case Nos. 3:10-md-2143-RS; 3:15-cv-03248-RS

*Counsel for Defendants Toshiba Samsung Storage Technology Korea Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Corporation, and Toshiba America Information Systems, Inc.*

Dated: September 24, 2015

BAKER BOTTS L.L.P.

By    /s/ John M. Taladay

John M. Taladay
Evan Werbel
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Counsel for Defendants Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.*

Dated: September 24, 2015

BOIES, SCHILLER & FLEXNER LLP

By    /s/ John F. Cove, Jr.

John F. Cove, Jr.
Steven C. Holtzman
Kieran P. Ringgenberg
Beko O. Reblitz-Richardson
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendants Sony Optiarc America Inc., Sony Optiarc Inc., Sony Corp. and Sony Electronics Inc.*

Dated: September 24, 2015

O'MELVENY & MYERS LLP

By    /s/ Ian Simmons

Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Vacating Initial
Case Management Conference and Related Deadlines
Case Nos. 3:10-md-2143-RS; 3:15-cv-03248-RS

|  |  |
|---|---|
| 1 | James M. Pearl |
| 2 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: (310) 246-8434 |
| 4 | Facsimile: (310) 246-6779 |

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Dated: September 24, 2015                KLEE, TUCHIN, BOGDANOFF & STERN LLP

By _____/s/ Colleen M. Keating_____

Michael L. Tuchin
Robert J. Pfister
Colleen M. Keating
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, CA 90067
Tel: 310-407-4000
Fax: 310-407-9090

*Counsel for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  9/25/15

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

3

Stipulation and [Proposed] Order Vacating Initial
Case Management Conference and Related Deadlines
Case Nos. 3:10-md-2143-RS; 3:15-cv-03248-RS

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule No. 5-1(i)(3), I declare that concurrence has been obtained from each of the above signatories to file this document with the Court.

                                          */s/ Belinda S Lee*
                                            BELINDA S LEE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Stipulation and [Proposed] Order Vacating Initial
Case Management Conference and Related Deadlines
Case Nos. 3:10-md-2143-RS; 3:15-cv-03248-RS