JEFFREY L. KESSLER (admitted *pro hac vice*)
jkessler@winston.com
A. PAUL VICTOR (admitted *pro hac vice*)
pvictor@winston.com
DAVID L. GREENSPAN (admitted *pro hac vice*)
dgreenspan@winston.com
GEORGE E. MASTORIS (admitted *pro hac vice*)
gmastoris@winston.com
ELIZABETH A. CATE (admitted *pro hac vice*)
ecate@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | Case No. 3:10-MD-02143 RS<br><br>MDL. No. 2143<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS PERMISSION TO USE EQUIPMENT AT THE CLASS CERTIFICATION HEARING |

Upon application of Defendants and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendants may bring the following equipment into the Federal Courthouse at 450 Golden Gate Ave., San Francisco, CA 94102 for use during the class certification hearing in this matter:

    a. easels;

    b. boxes of demonstratives;

    c. foam boards; and

2. Defendants may bring the following equipment into the courtroom for use during the class certification hearing in this matter:

    a. easels;

    b. boxes of demonstratives;

    c. foam boards.

DATED: October __20__, 2015

_____
Richard Seeborg
United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS PERMISSION TO USE EQUIPMENT AT HEARING
MDL No. 2143