IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414

JAMES M. PEARL (S.B. #198481)
jpearl@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:     (310) 553-6700
Facsimile:     (310) 246-6779

*Attorneys for Defendants Samsung Electronics*
*Co. Ltd. and Samsung Electronics America Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:10-cv-2143 RS |
| | MDL No. 2143 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON "CHOICE OF LAW ISSUES"**<br><br>ACTION FILED:  Oct. 27, 2009 |

WHEREAS, this Court requested further briefing on "choice of law issues" on November 10, 2015 (Dkt. 1731); and

WHEREAS, Defendants and the IPPs have discussed and agreed to a three-day shift to all parts of the briefing schedule in light of the Thanksgiving holiday.

It is therefore STIPULATED, by and between the undersigned counsel for the parties, subject to this Court's approval, that the briefing and hearing schedule for the supplemental briefing on "choice of law issues" shall be modified as follows:

| Event | Date in Nov. 10, 2015 Order | Proposed New Date |
|---|---|---|
| Deadline for IPPs to file Supplemental Brief on "Choice of Law Issues" | Wednesday, Nov. 25, 2015 | Monday, Nov. 30, 2015 |
| Deadline for Defendants to file Response to IPPs' Supplemental Brief on "Choice of Law Issues" | Monday, Dec. 7, 2015 | Thursday, Dec. 10, 2015 |
| Deadline for IPPs to file Reply in Support of Supplemental Brief on "Choice of Law Issues" | Monday, Dec. 14, 2015 | Thursday, Dec. 17, 2015 |

IT IS SO STIPULATED.

DATED:  November 18, 2015                HAGENS BERMAN SOBOL SHAPIRO LLP

By ___/s/ Shana E. Scarlett_____
Shana E. Scarlett

Shana E. Scarlett (217895)
Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (admitted pro hac vice)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 1 -

1    steve@hbsslaw.com

2    *Interim Lead Counsel for Indirect Purchaser*
     *Plaintiffs*

3

4    DATED:  November 18, 2015    O'MELVENY & MYERS LLP

5    By ___/s/ Ian Simmons_____
                Ian Simmons

6

7    Ian Simmons (admitted *pro hac vice*)
     1625 Eye Street, NW

8    Washington, DC 20006-4001
     Telephone: (202) 383-5300
     Facsimile: (202) 383-5414

9    isimmons@omm.com

10   James M. Pearl (198481)
     1999 Avenue of the Stars, 7th Floor

11   Los Angeles, CA 90067
     Telephone: (310) 553-6700

12   Facsimile: (310) 246-6779
     jpearl@omm.com

13

14   *Counsel for Defendants Samsung Electronics*
     *Co. Ltd. and Samsung Electronics America,*
     *Inc.*

15

16   DATED:  November 18, 2015    DICKSTEIN SHAPIRO LLP

17   By ___/s/ Joel B. Kleinman_____
                Joel B. Kleinman

18

19   Joel B. Kleinman (admitted *pro hac vice*)
     Lisa M. Kaas (admitted *pro hac vice*)
     Nicholas S. Cheolas (admitted *pro hac vice*)

20   1825 Eye Street, NW
     Washington, DC 20006-5403

21   Telephone: (202) 420-2200
     Facsimile: (202) 420-2201

22   KleinmanJ@dicksteinshapiro.com
     KaasL@dicksteinshapiro.com

23   CheolasN@dicksteinshapiro.com

24   James Turken (89618)
     2049 Century Park East, Suite 700

25   Los Angeles, CA 90067-3109
     Telephone: (310) 772-8300

26   Facsimile: (310) 772-8301
     TurkenJ@dicksteinshapiro.com

27

28   *Counsel for Defendants BenQ Corporation*
     *and BenQ America Corp.*

1

2     DATED:  November 18, 2015         VINSON & ELKINS LLP

3                                             By     /s/ Craig P. Seebald          
                                                  Craig P. Seebald

4

5                                             Craig P. Seebald (admitted p*ro hac vice*)
Jason A. Levine (admitted p*ro hac vice*)
2200 Pennsylvania Avenue NW

6                                              Washington, DC 20037
Telephone: (202) 629-6585

7                                              Facsimile: (202) 879-8995
cseebald@velaw.com

8                                              jlevine@velaw.com

9                                              *Counsel for Defendants Hitachi, Ltd.*

10

    DATED:  November 18, 2015         ROPES & GRAY LLP

11                                              By     /s/ Mark S. Popofsky         

12                                                   Mark S. Popofsky

13                                             Mark S. Popofsky (admitted p*ro hac vice*)
Anthony Biagioli (admitted p*ro hac vice*)

14                                             One Metro Center
700 12th Street NW, Suite 900

15                                             Washington, DC 20005-3948
Telephone: (202) 508-4600

16                                             Facsimile: (202) 508-4650
Mark.Popofsky@ropesgray.com

17                                             Anthony.Biagioli@ropesgray.com

18                                             Jane E. Willis (admitted p*ro hac vice*)
Prudential Tower

19                                             800 Boylston Street
Boston, MA 02199-3600

20                                             Telephone: (617) 951-7000
Facsimile: (617) 951-7050

21                                             Jane.Willis@ropesgray.com

22                                             Michelle L. Visser (277509)
Three Embarcadero Center

23                                             San Francisco, CA 94111-4006
Telephone: (415) 315-6347

24                                             Facsimile: (415) 315-4875
Michelle.Visser@ropesgray.com

25

26                                             *Counsel for Defendants Hitachi-LG Data
Storage, Inc. and Hitachi-LG Data Storage
Korea, Inc.*

27

28     DATED:  November 18, 2015         EIMER STAHL LLP

By      /s/ Nathan P. Eimer
        ~~Nathan P. Eimer~~

Nathan P. Eimer (admitted p*ro hac vice*)
Vanessa G. Jacobsen (admitted p*ro hac vice*)
Arin C. Aragona (admitted p*ro hac vice*)
Ameri R. Klafeta (225859)
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl. com
vjacobsen@eimerstahl.com
aaragona@eimerstahl.com
aklafeta@eimerstahl.com

*Counsel for Defendant LG Electronics, Inc.*

DATED:  November 18, 2015          WINSTON & STRAWN LLP

By  ____/s/ Robert B. Pringle____
        Robert B. Pringle

Robert B. Pringle (051365)
Paul R. Griffin (083541)
Sean D. Meenan (260466)
Alvina N. Wong (266381)
Matthew R. DalSanto (282458)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
rpringle@winston.com
pgriffin@winston.com
smeenan@winston.com
awong@winston.com
mdalsanto@winston.com

*Counsel for Defendant NEC Corporation*

DATED:  November 18, 2015          WINSTON & STRAWN LLP

By  ____/s/ Jeffrey L. Kessler____
        Jeffrey L. Kessler

Jeffrey L. Kessler (admitted p*ro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
David L. Greenspan (admitted *pro hac vice*)
George E. Mastoris (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

- 4 -

jkessler @winston.com
pvictor@winston.com
greenspan@winston.com
gmastoris@winston.com

*Counsel for Defendants Panasonic
Corporation and Panasonic Corporation of
North America*

DATED:  November 18, 2015                BAKER BOTTS LLP

By _____/s/ John M. Taladay_____
    John M. Taladay

John M. Taladay
Evan Werbel
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
evan.werbel@bakerbotts.com

*Counsel for Defendants Koninklijke Philips
N.V., Lite-On IT Corporation, Philips & Lite-
On Digital Solutions Corporation and
Philips & Lite-On Digital Solutions U.S.A.,
Inc.*

DATED:  November 18, 2015                NOVAK DRUCE CONNOLLY BOVE & QUIG LLP

By _____/s/ Minda R. Schechter_____
    Minda R. Schechter

Minda R. Schechter (65889)
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
Minda.Schechter@novakdruce.com

Rudolf E. Hutz (admitted *pro hac vice*)
Zhun Lu (admitted *pro hac vice*)
Keith A. Walter, Jr. (admitted *pro hac vice*)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
Rudy.Hutz@novakdruce.com
Zhun.Lu@novakdruce.com
Keith.Walter@novakdruce.com

1                               *Counsel for Defendant's Quanta Storage Inc.*

2                               *and Quanta Storage America, Inc.*

3  DATED:  November 18, 2015        DLA PIPER LLP

4                               By   /s/ David H. Bamberger

5                                  David H. Bamberger

6                               David H. Bamberger

Deana L. Cairo
500 8th Street, N.W.

7  Washington, DC 20004
Telephone:  (202) 799-4000

8  Facsimile:  (202) 799-5000
david.bamberger@dlapiper.com

9  deana.cairo@dlapiper.com

10                            *Counsel for Defendants TEAC Corporation*

11                            *and TEAC America Inc.*

12 DATED:  November 18, 2015        BOIES, SCHILLER & FLEXNER LLP

13                              By   /s/ John F. Cove, Jr.

14                                 John F. Cove, Jr.

15                              John F. Cove, Jr. (212213)
Steven C. Holtzman (144177)
Kieran Ringgenberg (208600)

16 Beko O. Reblitz-Richardson (238027)
1999 Harrison Street, Suite 900

17 Oakland, CA 94612
Telephone: (510) 874-1000

18 Facsimile: (510) 874-1460
jcove@bsfllp.com

19 sholtzman@bsfllp.com
kringgenberg@bsfllp.com

20 brichardson@bsfllp.com

21                            *Counsel for Defendants Sony Optiarc*

22                            *America Inc., Sony Optiarc Inc., Sony Corp.*
*and Sony Electronics Inc.*

23 DATED:  November 18, 2015        LATHAM & WATKINS LLP

24                            By   /s/ Belinda S Lee

25                                 Belinda S Lee

26                              Belinda S Lee (199635)
Daniel M. Wall (102580)

27 Brendan A. McShane (227501)
505 Montgomery Street, Suite 2000

28 San Francisco, CA  94111-6538

Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
belinda.lee@lw.com
dan.wall@lw.com
brendan.mcshane@lw.com

*Counsel for Defendants Toshiba Samsung
Storage Technology Korea Corp., Toshiba
Samsung Storage Technology Corporation,
Toshiba Corp. and Toshiba America
Information Systems, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:        11/18        , 2015        By _____

Hon. Richard Seeborg
United States District Judge