Beatrice B. Nguyen (CSB No. 172961)
  bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Daniel A. Sasse (CSB No. 236234)
  dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br><br>Hewlett-Packard Company,<br><br>                    Plaintiff,<br><br>         v.<br><br>LG Electronics, Inc., et al.,<br><br>                    Defendants. | Case No. 3:13-cv-05371-RS<br> ORDER<br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Hewlett-Packard Company ("HP") hereby substitutes Crowell & Moring LLP as counsel for HP in the above-captioned matter in place of withdrawing counsel Bartlit Beck Herman Palenchar & Scott LLP as follows:

CROWELL & MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

| | | |
|---|---|---|
| 1 | Former Counsel: | Fred Bartlit, Jr. |
| 2 | | Karma Giulianelli |
| | | Lester Houtz |
| 3 | | Andre M. Pauka |
| | | Daniel R. Brody |
| 4 | | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| | | 1899 Wynkoop Street, Suite 800 |
| 5 | | Denver, CO 80202 |
| | | Telephone: 303.592.3100 |
| 6 | | Email: fred.bartlit@bartlit-beck.com |
| | | karma.giulianelli@bartlit-beck.com |
| 7 | | lester.houtz@bartlit-beck.com |
| | | andre.pauka@bartlit-beck.com |
| 8 | | daniel.brody@bartlit-beck.com |
| 9 | | Mark E. Ferguson |
| | | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 10 | | 54 West Hubbard Street |
| | | Chicago, IL 60610 |
| 11 | | Telephone: 312.494.4400 |
| | | Email: mark.ferguson@bartlit-beck.com |
| 12 | | |
| 13 | New Counsel: | Beatrice B. Nguyen |
| | | CROWELL & MORING LLP |
| 14 | | 275 Battery Street, 23rd Floor |
| | | San Francisco, CA 94111 |
| 15 | | Telephone: 415.986.2800 |
| | | Email: bbnguyen@crowell.com |
| 16 | | Daniel A. Sasse |
| | | Ryan C. Wong |
| 17 | | Angela J. Yu |
| | | CROWELL & MORING LLP |
| 18 | | 3 Park Plaza, 20th Floor |
| | | Irvine, CA 92614 |
| 19 | | Telephone: 949.263.8400 |
| | | Email: dsasse@crowell.com |
| 20 | | rwong@crowell.com |
| | | ayu@crowell.com |
| 21 | | |
| 22 | | Matthew J. McBurney |
| | | CROWELL & MORING LLP |
| 23 | | 1001 Pennsylvania Avenue, NW |
| | | Washington, DC 20004 |
| 24 | | Telephone: 202.624.2767 |
| | | Email: mmcburney@crowell.com |

25  Please update all service lists and direct all future filings, discovery, and correspondence

26  as set forth above.

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

The undersigned parties consent to the above substitution of counsel.

Dated: November 2, 2015

**HEWLETT-PACKARD COMPANY**

By: _____
Brad Hartz
Commercial Litigation Counsel

Dated: November 17, 2015

**CROWELL & MORING LLP**

By: ____/s/Beatrice B. Nguyen____
Beatrice B. Nguyen
Attorneys for Plaintiff
Hewlett-Packard Company

Dated: November 2, 2015

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: _____
Lester C. Houtz
Attorneys for Plaintiff
Hewlett-Packard Company

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 17, 2015                       **CROWELL & MORING LLP**

                                                By:   *Beatrice B. Nguyen*
                                                       Beatrice B. Nguyen
                                                       Attorneys for Plaintiff
                                                       Hewlett-Packard Company

**[PROPOSED] ORDER**

The above substitution of counsel is approved.  IT IS SO ORDERED.

Dated: 12/15/15                                 _____
                                                Honorable Richard G. Seeborg
                                                United States District Judge

-4-

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO. 3:13-CV-05371-RS

SFACTIVE-144030.0006037\903857766.1

CROWELL & MORING LLP
ATTORNEYS AT LAW