Beatrice B. Nguyen (CSB No. 172961)
  bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Daniel A. Sasse (CSB No. 236234)
  dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br><br>*Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS<br><br>*Hewlett-Packard Company v. LG Electronics, Inc.*, et al., No. 3:13-cv-05371-RS | Case No. 3:13-cv-05370-RS<br>Case No. 3:13-cv-05371-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE CONSOLIDATION**<br><br>Hon. Richard Seeborg |

CROWELL & MORING LLP
ATTORNEYS AT LAW

SFACTIVE-903913118.1

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

1  **WHEREAS**, Crowell & Moring LLP ("Crowell") filed a lawsuit on behalf of Hewlett-
2  Packard Company ("HP"), entitled *Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-
3  cv-05370-RS (N.D. Cal.) (the "First HP Lawsuit"), which alleges that certain defendants engaged
4  in a price-fixing conspiracy involving optical disk drives ("ODDs");

5  **WHEREAS**, Bartlit Beck Herman Palenchar & Scott LLP ("Bartlit") filed a lawsuit on
6  behalf of HP, entitled *Hewlett-Packard Company v. LG Electronics, Inc., et al.*, No. 3:13-cv-
7  05371-RS (N.D. Cal.) (the "Second HP Lawsuit"), which alleges that certain other defendants
8  engaged in a price-fixing conspiracy involving ODDs;

9  **WHEREAS**, defendants in the First HP Lawsuit and Second HP Lawsuit deny the
10  allegations that they engaged in a price-fixing conspiracy involving ODDs;

11  **WHEREAS**, the First HP Lawsuit and Second HP Lawsuit each allege that the
12  defendants in each lawsuit participated in the same alleged conspiracy with each other;

13  **WHEREAS**, certain defendants in the Second HP Lawsuit filed a Motion to Consolidate
14  the First HP Lawsuit and Second HP Lawsuit (Case No. 3:13-cv-05371-RS, Docket No. 36);

15  **WHEREAS**, HP opposed the Motion to Consolidate (Case No. 3:13-cv-05371-RS,
16  Docket No. 47) and the Court denied the motion (Case No. 3:13-cv-05371-RS, Docket No. 52);

17  **WHEREAS**, Crowell has since been substituted for Bartlit as HP's counsel in the Second
18  HP Lawsuit (Case No. 3:13-cv-05371-RS, Docket No. 61);

19  **WHEREAS**, HP now seeks to consolidate the First HP Lawsuit and Second HP Lawsuit
20  and defendants do not oppose;

21  **WHEREAS**, consolidation of the First HP Lawsuit and Second HP Lawsuit pursuant to
22  Federal Rule of Civil Procedure 42(a) will promote judicial efficiency going forward;

23  **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned
24  counsel for the parties as follows:

25  The First HP Lawsuit and Second HP Lawsuit are consolidated for all purposes moving
26  forward.

27  **IT IS SO STIPULATED.**

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2015 | **CROWELL & MORING LLP** |
| 2 | | |
| 3 | | By:  **/S/ Beatrice B. Nguyen** |
| 4 | | Beatrice B. Nguyen |
| 5 | | Daniel A. Sasse<br>Matthew J. McBurney |
| 6 | | Nathanial J. Wood<br>Angela J. Yu |
| 7 | | *Attorneys for Plaintiff Hewlett-Packard Company* |

Dated:  December 21, 2015                               **ROPES & GRAY LLP**

By:  **/S/ Jane E. Willis**

Jane E. Willis (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone:  617-951-7000
jane.willis@ropesgray.com

Mark S. Popofsky (SBN 175476)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  202-508-4600
mark.popofsky@ropesgray.com

Michelle L. Visser (SBN 277509)
Three Embarcadero Center
San Francisco, CA 94111
Telephone:  415-315-6300
michelle.visser@ropesgray.com

*Attorneys for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

| | | |
|---|---|---|
| 1 | Dated: December 21, 2015 | **EIMER STAHL LLP** |
| 2 | | |
| 3 | | By:  **/S/ Nathan P. Eimer** |
| 4 | | Nathan P. Eimer |
| 5 | | Vanessa G. Jacobsen<br>Arin C. Aragona |
| 6 | | Ameri R. Klafeta<br>224 S. Michigan Avenue, Suite 1100 |
| 7 | | Chicago, IL 60604<br>Telephone:  312-660-7600 |
| 8 | | neimer@eimerstahl.com<br>vjacobsen@eimerstahl.com |
| 9 | | aaragona@eimerstahl.com<br>aklafeta@eimerstahl.com |
| 10 | | *Attorneys for Defendants* |
| 11 | | *LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 12 | | |
| 13 | | |
| 14 | Dated:  December 21, 2015 | **ASIA LAW** |
| 15 | | |
| 16 | | By:  **/S/ Christopher Neumeyer** |
| 17 | | Christopher Neumeyer |
| 18 | | 17F, Suite B, No. 167, Dunhua North Road<br>Taipei 10549 |
| 19 | | Telephone:  886-2-2717-1999<br>chrisneumeyer@asialaw.biz |
| 20 | | *Attorneys for Defendant* |
| 21 | | *Quanta Storage, Inc.* |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2015 | **LATHAM & WATKINS LLP** |
| 2 | | |
| 3 | | By:  **/S/ Belinda S. Lee** |

Belinda S. Lee
Daniel M. Wall
Brendan A. McShane
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-391-0600
belinda.lee@lw.com
dan.wall@lw.com
brendan.mcshane@lw.com

*Attorneys for Defendants
Toshiba Corporation; Toshiba Samsung Storage Technology Corp.; Toshiba Samsung Storage Technology Korea Corp.; and Toshiba America Information Systems Inc.*

Dated:  December 21, 2015                    **O'MELVENY & MYERS LLP**

By:  **/S/ Ian Simmons**

Ian Simmons
1625 Eye Street, NW
Washington, DC 20006
Telephone:  202-383-5300
isimmons@omm.com

James M. Pearl
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:  310-553-6700
jpearl@omm.com

*Attorneys for Defendants
Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2015 | **WINSTON & STRAWN LLP** |
| 2 | | |
| 3 | | By:  **/S/ Robert B. Pringle** |
| 4 | | Robert B. Pringle |
| 5 | | Paul R. Griffin |
|   | | Matthew R. DalSanto |
| 6 | | Sean D. Meenan |
|   | | 101 California Street |
| 7 | | San Francisco, CA 94111 |
|   | | Telephone:  415-591-1000 |
| 8 | | |
|   | | rpringle@winston.com |
| 9 | | pgriffin@winston.com |
|   | | mdalsanto@winston.com |
| 10 | | smeenan@winston.com |
| 11 | | *Attorneys for Defendant* |
|   | | *NEC Corporation* |

| | | |
|---|---|---|
| 13 | | |
| 14 | Dated:  December 21, 2015 | **WINSTON & STRAWN LLP** |
| 15 | | |
| 16 | | By:  **/S/ A. Paul Victor** |
| 17 | | A. Paul Victor |
|    | | David L. Greenspan |
| 18 | | Jeffrey L. Kessler |
|    | | George Mastoris |
| 19 | | James F. Lerner |
|    | | Elizabeth A. Cate |
| 20 | | Susannah P. Torpey |
|    | | 200 Park Avenue |
| 21 | | New York, NY 10166 |
|    | | Telephone:  212-294-6700 |
| 22 | | pvictor@winston.com |
|    | | dgreenspan@winston.com |
| 23 | | jkessler@winston.com |
|    | | gmastoris@winston.com |
| 24 | | jlerner@winston.com |
|    | | ecate@winston.com |
| 25 | | storpey@winston.com |
| 26 | | *Attorneys for Defendants* |
|    | | *Panasonic Corporation and Panasonic* |
| 27 | | *Corporation of North America* |
| 28 | | |

CROWELL & MORING LLP
ATTORNEYS AT LAW

-6-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2015 | **BOIES, SCHILLER & FLEXNER LLP** |
| 2 | | |
| 3 | By: | **/S/ John F. Cove, Jr.** |
| 4 | | John F. Cove, Jr. |
| | | Beko Reblitz-Richardson |
| 5 | | Steven C. Holtzman |
| | | Kieran P. Ringgenberg |
| 6 | | 1999 Harrison Street, Suite 900 |
| | | Oakland, CA 94612 |
| 7 | | Telephone:  510-874-1000 |
| | | jcove@bsfllp.com |
| 8 | | brichardson@bsfllp.com |
| | | sholtzman@bsfllp.com |
| 9 | | kringgenberg@bsfllp.com |
| 10 | | *Attorneys for Defendants* |
| | | *Sony Corporation; Sony Optiarc America, Inc.;* |
| 11 | | *Sony Optiarc, Inc.; and Sony Electronics Inc.* |

Dated:  December 21, 2015   **KATTEN MUCHIN ROSEMAN LLP**

By:  **/S/ Mary Ellen Hennessy**

Mary Ellen Hennessy
Aharon S. Kaye
525 W. Monroe Street
Chicago, IL 60661
Telephone:  312-902-5200
maryellen.hennessy@kattenlaw.com
aharon.kaye@kattenlaw.com

*Attorneys for Defendants*
*Teac Corporation and Teac America Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-7-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 21, 2015

**CROWELL & MORING LLP**

By: **/S/ Beatrice B. Nguyen**

Beatrice B. Nguyen

*Attorneys for Plaintiff Hewlett-Packard Company*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/4/16

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-9-

STIPULATION AND [PROPOSED] ORDER RE
CASE CONSOLIDATION
CASE NOS. 13-CV-05370/13-CV-05371

SFACTIVE-903913118.1

**CERTIFICATE OF SERVICE**

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby certify under penalty of perjury under the laws of the United States of America that on December 21, 2015, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case. Any other counsel of record will be served by electronic mail and/or first-class mail on the same date.

Dated:  December 21, 2015                    **CROWELL & MORING LLP**

                                             By:  **/S/ Beatrice B. Nguyen**

                                                  Beatrice B. Nguyen

                                                  *Attorneys for Plaintiff Hewlett-Packard Company*