David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Colleen M. Keating (State Bar No. 261213)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:   310-407-9090
Email:       dstern@ktbslaw.com
             mtuchin@ktbslaw.com
             rpfister@ktbslaw.com
             ckeating@ktbslaw.com
             jweiss@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Jason B. Komorsky (State Bar No. 155677)
Michael W. Davis (State Bar No. 274126)
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone:  818-827-9000
Facsimile:  818-827-9099
Email:      sgubner@brutkusgubner.com
            jkomorsky@brutkusgubner.com
            mdavis@brutkusgubner.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:15-cv-03248 RS |
| | Master File No. 3:10-md-2143 RS |
| This document relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE FOR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT** |
| Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust, | |
| Plaintiff, | |
| v. | |
| Sony Corporation, et al., | |
| Defendants. | |

1   WHEREAS, on July 13, 2015, plaintiff Alfred H. Siegel, in his capacity as Trustee for the
2 Circuit City Stores, Inc. Liquidating Trust ("Plaintiff"), filed his *Complaint for Damages* [Docket
3 No. 1] in the above-captioned action;

4   WHEREAS, on August 6, 2015, the Court entered the *Stipulation and Order Regarding*
5 *Service of Process and Deadlines to Respond to Complaint* [Docket No. 11], under which
6 defendants had ninety (90) days from the date of service of process to answer or otherwise respond
7 to the Complaint;

8   WHEREAS, on November 2, 2015, the Court entered the *Stipulation and Order Regarding*
9 *Deadline to Respond to Complaint* [Docket No. 16], which set a single date (November 13, 2015)
10 as the deadline for all defendants to answer or otherwise respond to the Complaint, and further
11 provided that Plaintiff's opposition to any motions to dismiss that were filed would be due sixty
12 (60) days after the filing of such motions, with replies due thirty (30) days thereafter;

13   WHEREAS, on November 13, 2015, defendants filed motions to dismiss the Complaint
14 [Docket Nos. 17, 18, 19] (the "Motions to Dismiss"), with a specified hearing date of February 18,
15 2016, at 1:30 p.m.;

16   WHEREAS, Plaintiff's opposition to the Motions to Dismiss is currently due on January
17 12, 2016, and defendants' replies in further support of the Motions to Dismiss are currently due
18 February 11, 2016;

19   WHEREAS, Plaintiff has proposed to amend his Complaint, and the parties are discussing
20 whether defendants will consent to such amendment; and

21   WHEREAS, the parties have conferred and agree that, for purposes of judicial and party
22 efficiency, the deadline to oppose the Motions to Dismiss should be extended for two weeks so
23 that the parties may continue to confer regarding Plaintiff's proposed First Amended Complaint.

24   NOW, THEREFORE, it is hereby STIPULATED and AGREED, subject to Court
25 approval, that:

26   1.   Plaintiff's opposition to the Motions to Dismiss [Docket Nos. 17, 18, 19] shall be
27 due on January 26, 2016.

28

1   STIPULATION RE OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS
Case No. 3:15-cv-03248 RS

2. Replies in further support of the Motions to Dismiss shall be due February 25, 2016.

3. A hearing on the Motions to Dismiss shall be held on the earliest date that is convenient to the Court.

IT IS SO STIPULATED.

DATED: January 8, 2016        KLEE, TUCHIN, BOGDANOFF & STERN LLP

/s/ Colleen M. Keating
Colleen M. Keating

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust*

DATED: January 8, 2016        LATHAM & WATKINS LLP

/s/ Belinda S Lee
Belinda S Lee
Brendan A. McShane
505 Montgomery Street Suite 2000
San Francisco, CA  94111-6538
Tel.:  415-395-8164
Fax:  415-395-8095
Belinda.Lee@lw.com
Brendan.McShane@lw.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., and Toshiba Samsung Storage Technology Korea Corp.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

DATED: January 8, 2016                    O'MELVENY & MYERS LLP


/s/ Ian Simmons
Ian Simmons
1625 Eye Street, NW
Washington, DC 20006-4001
Tel.:  202-383-5106
Fax:  202-383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

DATED: January 8, 2016                    BAKER BOTTS LLP


/s/ Evan Werbel
Evan Werbel
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
Tel.:  202-639-1323
Fax:  202-585-4077
evan.werbel@bakerbotts.com

*Attorneys for Defendants Lite-On IT Corp., Lite-On Sales & Distribution Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

DATED: January 8, 2016                    BOIES, SCHILLER & FLEXNER LLP

/s/ John F. Cove, Jr.
John F. Cove, Jr.
Steven C. Holtzman
1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel.:  510-874-1002
Fax:  510-874-1460
jcove@bsfllp.com
sholtzman@bsfllp.com

*Attorneys for Defendants Sony Optiarc America Inc., Sony Electronics Inc., Sony Corporation, and Sony Optiarc Inc.*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 8, 2016                    /s/ Colleen M. Keating
                                          Colleen M. Keating

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  __1/8_____, 2016

_____
Hon. Richard Seeborg
United States District Judge