Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B, No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886-2-2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendant
Quanta Storage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This Document Relates to :<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT QUANTA STORAGE, INC.; [PROPOSED ORDER]** |

PLEASE TAKE NOTICE that Defendant QUANTA STORAGE, INC. has retained Manning & Kass, Ellrod, Ramirez, Treater, LLP to substitute as counsel for Asia Law Foreign Legal Affairs Law Firm in all of the cases in the above-captioned consolidated matters.

Withdrawing counsel for Defendant QUANTA STORAGE, INC. is:

Christopher M. Neumeyer (CSB No. 151994)
Asia Law Foreign Legal Affairs Law Firm
17F, Suite B, No. 167
Dunhua North Road
Taipei 10549, Taiwan
Telephone: +886-2-2717-1999
chrisneumeyer@asialaw.biz

Attorneys for Defendant
Quanta Storage, Inc.

All pleadings, orders, notices and other documents shall henceforth be served upon the following substituted counsel for Defendant QUANTA STORAGE, INC.:

    Anthony J. Ellrod, Esq.
    Manning & Kass, Ellrod, Ramirez, Treater, LLP
    801 South Figueroa Street, 15th Floor
    Los Angeles, CA 90017-5504
    Tel: (213) 624-6900
    Fax: (213) 624-6999
    Email: aje@manningllp.com

    Paul Hanna, Esq.
    Manning & Kass, Ellrod, Ramirez, Treater, LLP
    801 South Figueroa Street, 15th Floor
    Los Angeles, CA 90017-5504
    Tel: (213) 624-6900
    Fax: (213) 624-6999
    Email: pxh@manningllp.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: January 22, 2016    QUANTA STORAGE, INC.

    By:_____/s/_____
        JAKE WANG, Head of Legal Dept.

DATED: January 22, 2016    ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

    By:_____/s/_____
        CHRISTOPHER M. NEUMEYER

DATED: January 22, 2016    MANNING & KASS, ELLROD, RAMIREZ, TREATER, LLP

    By:_____/s/_____
        PAUL HANNA

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: January 22, 2016                ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM


By:_____/s/_____
                CHRISTOPHER M. NEUMEYER


**[PROPOSED] ORDER**

After considering this Notice of Withdrawal and Substitution of Counsel for Defendant Quanta Storage, Inc. in all of the cases in this multi-district action and good cause appearing, said withdrawal and substitution is hereby approved and SO ORDERED.

DATED: January 22 , 2016           _____
                                                              HON. RICHARD SEEBORG
                                                              UNITED STATES DISTRICT COURT JUDGE

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL; [PROPOSED ORDER]
MDL DOCKET NO. 3:10-MD-02143-RS