David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Colleen M. Keating (State Bar No. 261213)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:     310-407-9090
Email:           dstern@ktbslaw.com
                    mtuchin@ktbslaw.com
                    rpfister@ktbslaw.com
                    ckeating@ktbslaw.com
                    jweiss@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Jason B. Komorsky (State Bar No. 155677)
Michael W. Davis (State Bar No. 274126)
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile:   818-827-9099
Email:         sgubner@brutkusgubner.com
                  jkomorsky@brutkusgubner.com
                  mdavis@brutkusgubner.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:15-cv-03248 RS |
| | Master File No. 3:10-md-2143 RS |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT** |
| Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust, | |
| Plaintiff, | |
| v. | |
| Sony Corporation, et al., | |
| Defendants. | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

WHEREAS, on July 13, 2015, plaintiff Alfred H. Siegel, in his capacity as Trustee for the Circuit City Stores, Inc. Liquidating Trust ("Plaintiff"), filed his *Complaint for Damages* [Docket No. 1] (the "Original Complaint") in the above-captioned action;

WHEREAS, on August 6, 2015, the Court entered the *Stipulation and Order Regarding Service of Process and Deadlines to Respond to Complaint* [Docket No. 11], under which defendants had ninety (90) days from the date of service of process to answer or otherwise respond to the Original Complaint;

WHEREAS, on November 2, 2015, the Court entered the *Stipulation and Order Regarding Deadline to Respond to Complaint* [Docket No. 16], which set a single date (November 13, 2015) as the deadline for all defendants to answer or otherwise respond to the Original Complaint, and further provided that Plaintiff's opposition to any motions to dismiss that were filed would be due sixty (60) days after the filing of such motions, with replies due thirty (30) days thereafter;

WHEREAS, on November 13, 2015, defendants filed motions to dismiss the Original Complaint [Docket Nos. 17, 18, 19] (the "Motions to Dismiss"), with a specified hearing date of February 18, 2016, at 1:30 p.m.;

WHEREAS, on January 8, 2016, the *Court entered the Stipulation and Order Regarding Defendants' Motions to Dismiss the Complaint* [Docket No. 21], which provided that Plaintiff's opposition to the Motions to Dismiss is due on January 26, 2016 and replies in further support of the Motions to Dismiss are due February 25, 2016, and further provided that a hearing on the Motions to Dismiss would be held on the earliest date convenient to the Court;

WHEREAS, Plaintiff has proposed to amend his Original Complaint, and Defendants consent to such amendment, subject to their right to move to dismiss the amended pleading (the "First Amended Complaint");

NOW, THEREFORE, it is hereby STIPULATED and AGREED that:

1. Plaintiff is granted leave to amend pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff's First Amended Complaint shall be filed within five (5) days after entry of this stipulation and order by the Court.

1     2.      Defendants' Motions to Dismiss [Docket Nos. 17, 18, 19] directed to the Original
2 Complaint are denied as moot, without prejudice to any renewed motion(s) directed to the First
3 Amended Complaint.  This stipulation does not constitute a waiver by defendants of any defense,
4 including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil
5 Procedure.
6     3.      Defendants' answer or other response shall be due ninety (90) days after the filing
7 of the First Amended Complaint.  If defendants respond by moving to dismiss the First Amended
8 Complaint, Plaintiff's opposition to any such motion(s) shall be due sixty (60) days thereafter, and
9 any reply brief(s) shall be due thirty (30) days thereafter.
10     IT IS SO STIPULATED.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

2
STIPULATION RE FIRST AMENDED COMPLAINT
Case No. 3:15-cv-03248 RS

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

| | |
|---|---|
| DATED: January 26, 2016 | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | /s/ Colleen M. Keating |
| | Colleen M. Keating |
| | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust* |
| DATED: January 26, 2016 | LATHAM & WATKINS LLP |
| | /s/ Belinda S Lee |
| | Belinda S Lee<br>Brendan A. McShane<br>505 Montgomery Street Suite 2000<br>San Francisco, CA  94111-6538<br>Tel.:  415-395-8164<br>Fax:  415-395-8095<br>Belinda.Lee@lw.com<br>Brendan.McShane@lw.com |
| | *Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., and Toshiba Samsung Storage Technology Korea Corp.* |

DATED: January 26, 2016                                O'MELVENY & MYERS LLP

/s/ Ian Simmons
Ian Simmons
1625 Eye Street, NW
Washington, DC 20006-4001
Tel.:  202-383-5106
Fax:  202-383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

DATED: January 26, 2016                                BAKER BOTTS LLP

/s/ Evan Werbel
Evan Werbel
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
Tel.:  202-639-1323
Fax:  202-585-4077
evan.werbel@bakerbotts.com

*Attorneys for Defendants Lite-On IT Corp., Lite-On Sales & Distribution Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

DATED: January 26, 2016                BOIES, SCHILLER & FLEXNER LLP


                                       John F. Cove, Jr.
                                       John F. Cove, Jr.
                                       Steven C. Holtzman
                                       1999 Harrison Street, Suite 900
                                       Oakland, CA  94612
                                       Tel.:  510-874-1002
                                       Fax:  510-874-1460
                                       jcove@bsfllp.com
                                       sholtzman@bsfllp.com

                                       *Attorneys for Defendants Sony Optiarc America Inc., Sony Electronics Inc., Sony Corporation, and Sony Optiarc Inc.*


### **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 26, 2016                /s/ Colleen M. Keating
                                       Colleen M. Keating


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  __2/3_____, 2016


                                       _____
                                       Hon. Richard Seeborg
                                       United States District Judge