UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 10-md-02143-RS   (JCS)<br><br>**ORDER FINDING JOINT DISCOVERY LETTER AND MOTIONS TO FILE UNDER SEAL TO BE MOOT**<br><br>Re: Dkt. Nos. 1785, 1786, 1787 |

Based on the parties' representation that they have resolved their discovery dispute (dkt. 1801), the Court finds the pending Joint Discovery Letter (dkt. 1786) to be moot. The requirement that counsel appear in person on February 19, 2016 is therefore VACATED, and the hearing shall be taken off calendar. *See* dkt. 1792.[1]

Because the Court need not consider the material submitted in connection with the Joint Discovery Letter, the requests to file such material under seal (dkts. 1785, 1786) are also moot. The Court therefore VACATES all previously ordered requirements that parties submit renewed motions to seal, supplemental declarations, or public versions of exhibits filed in connection with the discovery dispute. *See* dkts. 1799, 1800.

**IT IS SO ORDERED.**

Dated: February 19, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The portion of the Court's Order prohibiting speaking objections remains in effect.