David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Colleen M. Keating (State Bar No. 261213)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:   310-407-9090
Email:       dstern@ktbslaw.com
             mtuchin@ktbslaw.com
             rpfister@ktbslaw.com
             ckeating@ktbslaw.com
             jweiss@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Jason B. Komorsky (State Bar No. 155677)
Michael W. Davis (State Bar No. 274126)
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone:   818-827-9000
Facsimile:   818-827-9099
Email:       sgubner@brutkusgubner.com
             jkomorsky@brutkusgubner.com
             mdavis@brutkusgubner.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:15-cv-06325 RS |
| | Master File No. 3:10-md-2143 RS |
| This document relates to: | **STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SERVICE OF PROCESS AND DEADLINES TO RESPOND TO COMPLAINT** |
| Peter Kravitz, as Trustee for the RSH Liquidating Trust, | |
| Plaintiff, | |
| v. | |
| Sony Corporation, et al., | |
| Defendants. | |

WHEREAS, on December 30, 2015, Peter Kravitz, as Trustee for the RSH Liquidating Trust ("Plaintiff") filed the above-captioned action.

It is stipulated by and between the undersigned parties, by and through their respective attorneys, that for purposes of this action only:

1. Undersigned counsel of Boies, Schiller & Flexner LLP agree to accept service of process of the Complaint filed by Plaintiff on December 30, 2015 on behalf of Defendants Sony Optiarc America Inc. and Sony Electronics Inc.

2. Undersigned counsel of Boies, Schiller & Flexner LLP agree on behalf of their clients Defendants Sony Corporation ("Sony Corp.") and Sony Optiarc Inc. ("Sony Optiarc") that Plaintiff may serve the Complaint filed by Plaintiff on December 30, 2015 on Sony Corp. and Sony Optiarc in Japan via certified mail or United Parcel Service.

3. Undersigned counsel of O'Melveny & Myers LLP agree to accept service of process of the Complaint filed by Plaintiff on December 30, 2015 on behalf of Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

4. Undersigned counsel of Latham & Watkins LLP agree to accept service of process of the Complaint filed by Plaintiff on December 30, 2015 on behalf of Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., and Toshiba Samsung Storage Technology Korea Corp.

5. Undersigned counsel of Baker Botts LLP agree to accept service of process of the Complaint filed by Plaintiff on December 30, 2015 on behalf of Defendants Lite-On IT Corp., Lite-On Sales & Distribution Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc.

6. All Defendants shall answer or otherwise respond to the Complaint no later than May 4, 2016.

7. If any Defendants respond by moving to dismiss the Complaint, Plaintiff's opposition to any such motion(s) shall be due sixty (60) days thereafter, and any reply brief(s) shall be due thirty (30) days thereafter.

8. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: April 12, 2016              KLEE, TUCHIN, BOGDANOFF & STERN LLP

/s/ Colleen M. Keating
Colleen M. Keating

*Attorneys for Plaintiff Peter Kravitz, as Trustee for the RSH Liquidating Trust*

DATED: April 12, 2016              LATHAM & WATKINS LLP

/s/ Belinda S Lee
Belinda S Lee
Brendan A. McShane
505 Montgomery Street Suite 2000
San Francisco, CA  94111-6538
Tel.:  415-395-8164
Fax:  415-395-8095
Belinda.Lee@lw.com
Brendan.McShane@lw.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corp., and Toshiba Samsung Storage Technology Korea Corp.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

DATED: April 12, 2016                O'MELVENY & MYERS LLP


/s/ Ian Simmons
Ian Simmons
1625 Eye Street, NW
Washington, DC 20006-4001
Tel.:  202-383-5106
Fax:  202-383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

DATED: April 12, 2016                BAKER BOTTS LLP


/s/ Evan Werbel
Evan Werbel
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
Tel.:  202-639-1323
Fax:  202-585-4077
evan.werbel@bakerbotts.com

*Attorneys for Defendants Lite-On IT Corp., Lite-On Sales & Distribution Inc., Koninklijke Philips N.V., Philips Electronics North America Corporation, Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

3                    STIPULATION RE SERVICE OF PROCESS
                     Case No. 3:15-cv-06325 RS

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

DATED: April 12, 2016                                BOIES, SCHILLER & FLEXNER LLP


/s/ John F. Cove, Jr.
John F. Cove, Jr.
Steven C. Holtzman
1999 Harrison Street, Suite 900
Oakland, CA  94612
Tel.:  510-874-1002
Fax:  510-874-1460
jcove@bsfllp.com
sholtzman@bsfllp.com

*Attorneys for Defendants Sony Optiarc America Inc., Sony Electronics Inc., Sony Corporation, and Sony Optiarc Inc.*


### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.


DATED: April 12, 2016                    /s/ Colleen M. Keating
                                         Colleen M. Keating


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  4/13        , 2016

Hon. Richard Seeborg
United States District Judge