1  IAN SIMMONS (admitted *pro hac vice*)
   isimmons@omm.com
2  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
3  Washington, DC 20006
   Telephone:   (202) 383-5300
4  Facsimile:   (202) 383-5414

5  JAMES M. PEARL (S.B. # 198481)
   jpearl@omm.com
6  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
7  Los Angeles, California  90067
   Telephone:   (310) 246-8434
8  Facsimile:   (310) 246-6779

9  Stephen J. McIntyre (S.B. # 274481)
   smcintyre@omm.com
10 O'MELVENY & MYERS LLP
   400 S. Hope Street, 18th Floor
11 Los Angeles, CA 90071
   Telephone:   (213) 430-8382
12 Facsimile:   (213) 430-6407

13 *Attorneys for Defendants Samsung Electronics Co.
   Ltd. and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3:10-md-02143-RS<br><br>**NOTICE OF TELEPHONIC APPEARANCE AT HEARING RE: MOTION TO COMPEL SUPPLEMENTAL DEPOSITION OF KENNY LEE**<br><br>Date:        April 21, 2016<br>Time:        9:30 AM<br>Courtroom:   G, 15th Floor<br>Judge:       Honorable Joseph C. Spero |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT undersigned defense counsel are unable to attend in person the April 21, 2016 Hearing regarding Plaintiffs' motion to compel supplemental deposition of Kenny Lee, scheduled by the Court's Order of March 29, 2016 (Dkt. 1829), and hereby provide advance notice of telephonic appearance.

Counsel for these defendants will be standing by on the following conference line at the scheduled time and will await the Court joining the call:

**Dial-In: 1-866-285-2458**

**Access Code: 2134308382**

Dated:  April 18, 2016        By:    **O'MELVENY & MYERS LLP**

   _/s/ Ian Simmons_

Dated: 4/20/16

IAN SIMMONS (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email: isimmons@omm.com

JAMES M. PEARL (S.B. #198481)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8434
Facsimile: (310) 246-6779
Email: jpearl@omm.com

Stephen J. McIntyre
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-8382
Facsimile: (213) 430-6407
Email: smcintyre@omm.com

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero)

- 2 -

MDL NO. 2143— NOTICE OF TELEPHONIC APPEARANCE AT MOTION HEARING RE: MOTION TO COMPEL SUPPLEMENTAL DEPOSITION OF KENNY LEE