IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**SCHEDULING ORDER** |

A further Case Management Conference was held on April 22, 2016. The following dates are hereby set.

- End of fact discovery: December 9, 2016
- Deadline for parties to meet and confer regarding limitations for dispositive motions, including numbers, page length, and briefing schedules: October 7, 2016
- Parties to file further case management conference statement, including report and proposals regarding the above: October 21, 2016.
- Further Case Management Conference: November 4, 2016
- Deadline for all dispositive motions, including *Daubert* motions, to be *heard*: September 8, 2017.

- Trial date for all actions that are to be tried in this district: February 12, 2018.[1]

IT IS SO ORDERED.

Dated: April 22, 2016

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] This date is set without prejudice to any determination that one or more of the Direct Action Purchaser cases should be tried separately from the Indirect Purchaser Consolidated action.

2