UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL SUPPLEMENTAL DEPOSITION OF KENNY LEE<br><br>DATE ACTION FILED: Oct. 27, 2009 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

010177-12 870475 V1

1       This matter comes before the Court on Plaintiffs' Motion to Compel Supplemental
2   Deposition of Kenny Lee ("Motion") (ECF No. 1816). Upon consideration of the Motion, the
3   Parties' Joint Letter Brief, and the papers submitted in connection with the Motion, and good cause
4   appearing, the Motion is GRANTED IN PART AND DENIED IN PART, as follows:

1. Mr. Lee shall answer an interrogatory or interrogatories as to how many times he listened to the recordings.
2. Mr. Lee shall answer an interrogatory as to whether or not during the break period he discussed the substance of his testimony with his counsel.

IT IS SO ORDERED.

DATED: April 29, 2016

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

1 | Approved as to form:

2 | Dated: April 28, 2016

3 | HAGENS BERMAN SOBOL SHAPIRO LLP

4 |
5 | By    s/ Matthew A. Smith
      MATTHEW A. SMITH

6 | Jeff D. Friedman (173886)
   Shana E. Scarlett (217895)
7 | 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
8 | Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
9 | jefff@hbsslaw.com
   shanas@hbsslaw.com
10 | matts@hbsslaw.com

11 | Steve W. Berman (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
12 | 1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
13 | Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
14 | steve@hbsslaw.com

15 | *Lead Counsel for Indirect Purchaser Class*

16 |
17 | LATHAM & WATKINS LLP

18 | By    s/ Belinda S Lee
      BELINDA S LEE
19 |
20 | Daniel M. Wall
   Brendan A. McShane
21 | 505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
22 | Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
23 | dan.wall@lw.com
   belinda.lee@lw.com
24 | brendan.mcshane@lw.com

25 | *Counsel for Defendants Toshiba Samsung Storage Technology Korea Corp., Toshiba Samsung Storage Technology Corp., and Toshiba Corporation and Toshiba America Information Systems, Inc.*

26 |
27 |
28 |

[PROP.] ORDER GRANTING IN PART MOT. TO COMPEL
SUPP. DEPO. OF KENNY LEE- Case No.: 3:10-md-2143 RS

010177-12  870475 V1

-2-

**E-FILING ATTESTATION**

I, Matthew A. Smith, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

s/ Matthew A. Smith
MATTHEW A. SMITH
