Beatrice B. Nguyen (CSB No. 172961)
  bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile:  415.986.2827

Daniel A. Sasse (CSB No. 236234)
  dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile:  949.263.8414

*Attorneys for Plaintiff HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to: *Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS | Case No. 3:13-cv-05370-RS<br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br>Hon. Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

Plaintiff HP Inc. ("HP"), formerly known as Hewlett-Packard Company, and Defendants TEAC Corporation and TEAC America, Inc. (collectively, "TEAC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to TEAC with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of HP against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated:  July 8, 2016                **CROWELL & MORING LLP**

By: **/s/ Beatrice B. Nguyen**

Beatrice B. Nguyen
Daniel A. Sasse
Matthew J. McBurney
Ryan C. Wong

*Attorneys for Plaintiff HP Inc.*

Dated:  July 8, 2016                **KATTEN MUCHIN ROSENMAN LLP**

By: **/s/ *Aharon s. Kaye***

Mary Ellen Hennessy
Aharon S. Kaye
525 W. Monroe Street
Chicago, IL 60661
Telephone:  312-902-5200
maryellen.hennessy@kattenlaw.com
aharon.kaye@kattenlaw.com

*Attorneys for Defendants*
*TEAC Corporation and TEAC America Inc.*

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 8, 2016

**CROWELL & MORING LLP**

By: */s/ Beatrice B. Nguyen*

Beatrice B. Nguyen

*Attorneys for Plaintiff HP Inc.*

-3-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/20/16

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370