```
1    Jeff D. Friedman (173886)
     Shana E. Scarlett (217895)
2    HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
3    Berkeley, CA 94710
     Telephone: (510) 725-3000
4    Facsimile: (510) 725-3001
     jefff@hbsslaw.com
5    shanas@hbsslaw.com

6    Steve W. Berman (Pro Hac Vice)
     HAGENS BERMAN SOBOL SHAPIRO LLP
7    1918 Eighth Avenue, Suite 3300
     Seattle, WA 98101
8    Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
9    steve@hbsslaw.com
```

10  *Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS |
|---|---|
|  | STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF EMAIL ADDRESSES BY NON-PARTY FRY'S ELECTRONICS, INC. |
|  | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS |  |

010177-12 881299 V1

1  WHEREAS, on December 17, 2015, Indirect Purchaser Plaintiffs ("IPPs") filed their Notice of Motion and Motion for Preliminary Approval of Settlements with Panasonic and NEC Defendant Families ("Motion for Preliminary Approval"), seeking to delay notice and distribution until after this Court's ruling on the forthcoming motion for class certification (ECF No. 1761);

WHEREAS, on January 19, 2016, this Court entered an order deferring formal ruling on preliminary approval until after plaintiffs' submit (1) revised notice forms; (2) a notice dissemination plan, and; (3) a proposed schedule, within 30 days of a ruling on the pending class certification motion or a circuit court ruling on any Rule 23(f) petition, whichever is later (ECF No. 1773);

WHEREAS, on February 8, 2016, this Court entered an order granting IPPs' Renewed Motion for Class Certification (ECF No. 1783);

WHEREAS, the certified class is defined as follows:

> All persons and entities who, as residents of Arizona, California, District of Columbia, Florida, Hawaii, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Tennessee, Utah, Vermont, West Virginia and Wisconsin and during the period April 2003 to December 2008, purchased new for their own use and not for resale: (1) a computer with an internal ODD; (ii) a stand-alone ODD designed for internal use in computers; or (iii) an ODD designed to be attached externally to a computer. ODD refers to a DVD-RW, DVD-ROM, or COMBO drive manufactured by one or more Defendants or their coconspirators. Excluded from the class are any purchases of Panasonic-branded computers.

WHEREAS, on June 10, 2016, the Ninth Circuit denied defendants' petition for permission to appeal this Court's February 8, 2016 order granting class action certification;[1]

WHEREAS, Fry's Electronics, Inc. ("Fry's"), a third-party vendor of some products at issue in this litigation, possesses email addresses for some class members who have purchased such products from Fry's; and,

WHEREAS, Gilardi & Co., LLC ("Gilardi") is the appointed Claims Administrator charged with providing notice to the class and has submitted to and/or does hereby submit to the jurisdiction

---

[1] On February 22, 2016, defendants filed their Petition for Permission to Appeal the District Court's Order granting IPPs' Renewed Motion for Class Certification and, on March 3, 2016, IPPs filed their Opposition to Petition for Permission to Appeal the District Court's Order Granting Certification.

STIP. & ORDER RE PRODUCTION OF EMAIL ADDRESSES - 1
BY NON-PARTY FRY'S - No. 3:10-md-2143 RS
010177-12 881299 V1

of this Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for IPPs, Fry's, and Gilardi, as follows:

1. Fry's shall produce class member email contact information to Hagens Berman Sobol and Shapiro solely for the purpose of providing notice to class members, as ordered by this Court, and only such email addresses of class member-customers that are in Fry's possession;

2. Hagens Berman Sobol and Shapiro will provide class member contact information only to Gilardi;

3. Gilardi shall use such email addresses for the limited purpose of providing notice to class members as ordered by this Court and shall otherwise hold such email addresses strictly confidential and shall not provide them to any other person or entity; and,

4. Hagens, Berman Sobol and Shapiro and Gilardi shall not copy the email addresses except as is necessary to provide notice to class members as ordered by this Court, and shall not retain the email addresses or any copies thereof for longer than or in any other manner than is reasonably necessary to fulfill its duty of providing notice to class members, and shall destroy all copies of the email addresses as soon as they are no longer necessary to such purpose.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 29, 2016

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ _____
SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
jefff@hbsslaw.com

```
                                Steve W. Berman (Pro Hac Vice)
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                1918 Eighth Avenue, Suite 3300
                                Seattle, WA 98101
                                Telephone: (206) 623-7292
                                Facsimile: (206) 623-0594
                                steve@hbsslaw.com

                                Lead Counsel for Indirect
                                Purchaser Plaintiffs
```

DATED: June 29, 2016           GILARDI & CO., LLC

                                By ___s/_____
                                    DANIEL BURKE

                                3301 Kerner Blvd.
                                San Rafael, CA 94901
                                Telephone: (855) 445-2734

DATED: June 29, 2016           FRY'S ELECTRONICS, INC.

                                By _____
                                    Randy Fry, President

                                600 E. Brokaw Rd.
                                San Jose, CA 95112
                                Telephone: (408) 487-4799
                                Facsimile: (408) 852-3316
                                ajc@j.frys.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 08/01/16                _____
                                HONORABLE JOSEPH C. SPERO
                                United States Magistrate Judge

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

I, Shana E. Scarlett, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2016, at Berkeley, California

/s/
SHANA E. SCARLETT