Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF EMAIL ADDRESSES BY NON-PARTY OFFICE DEPOT, INC.<br><br>DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010177-12 881299 V1

1  WHEREAS, on December 17, 2015, Indirect Purchaser Plaintiffs ("IPPs") filed their Notice
2  of Motion and Motion for Preliminary Approval of Settlements with Panasonic and NEC Defendant
3  Families ("Motion for Preliminary Approval"), seeking to delay notice and distribution until after
4  this Court's ruling on the forthcoming motion for class certification (ECF No. 1761);

5  WHEREAS, on January 19, 2016, this Court entered an order deferring formal ruling on
6  preliminary approval until after plaintiffs' submit (1) revised notice forms; (2) a notice dissemination
7  plan, and; (3) a proposed schedule, within 30 days of a ruling on the pending class certification
8  motion or a circuit court ruling on any Rule 23(f) petition, whichever is later (ECF No. 1773);

9  WHEREAS, on February 8, 2016, this Court entered an order granting IPPs' Renewed
10 Motion for Class Certification (ECF No. 1783);

11 WHEREAS, the certified class is defined as follows:

> All persons and entities who, as residents of Arizona, California, District of Columbia, Florida, Hawaii, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Tennessee, Utah, Vermont, West Virginia and Wisconsin and during the period April 2003 to December 2008, purchased new for their own use and not for resale: (1) a computer with an internal ODD; (ii) a stand-alone ODD designed for internal use in computers; or (iii) an ODD designed to be attached externally to a computer. ODD refers to a DVD-RW, DVD-ROM, or COMBO drive manufactured by one or more Defendants or their coconspirators. Excluded from the class are any purchases of Panasonic-branded computers.

WHEREAS, on June 10, 2016, the Ninth Circuit denied defendants' petition for permission to appeal this Court's February 8, 2016 order granting class action certification;[1]

WHEREAS, Office Depot, Inc. ("Office Depot"), a third-party vendor of some products at issue in this litigation, possesses email addresses for class members who have purchased such products from Office Depot and Office Max; and,

WHEREAS, Gilardi & Co., LLC ("Gilardi") is the appointed Claims Administrator charged with providing notice to the class and has submitted to and/or does hereby submit to the jurisdiction

---

[1] On February 22, 2016, defendants filed their Petition for Permission to Appeal the District Court's Order granting IPPs' Renewed Motion for Class Certification and, on March 3, 2016, IPPs filed their Opposition to Petition for Permission to Appeal the District Court's Order Granting Certification.

STIP. & ORDER RE PRODUCTION OF EMAIL ADDRESSES - 1
BY NON-PARTY OFFICE DEPOT – No. 3:10-md-2143 RS
010177-12 881299 V1

of this Court;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for IPPs, Office Depot, and Gilardi, as follows:

1. Office Depot shall produce class member contact information, specifically email addresses, to Gilardi to be used for the sole purpose of providing notice to class members, as ordered by this Court, and only such email addresses of class members that are in Office Depot's possession;

2. Gilardi shall use such email addresses for the limited purpose of providing notice to class members, and shall otherwise hold such email addresses strictly confidential;

3. Gilardi shall not copy the email addresses and/or provide them to any other person or entity, except as is necessary to provide notice to class members; and,

4. Gilardi shall not retain the email addresses or any copies thereof for longer than is reasonably necessary to fulfill its duty of providing notice to class members, and shall destroy all email addresses and copies thereof as soon as they are no longer reasonably necessary for the limited purpose of providing notice to class members.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 1, 2016

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
jefff@hbsslaw.com
Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: July 1, 2016 | GILARDI & CO., LLC |
| 2 | | |
| 3 | | By  s/ _____<br>DANIEL BURKE |
| 4 | | 3301 Kerner Blvd. |
| 5 | | San Rafael, CA 94901<br>Telephone: (855) 445-2734 |
| 6 | | |
| 7 | DATED: July 1, 2016 | OFFICE DEPOT, INC. |
| 8 | | |
| 9 | | By  s/ _____<br>JESSICA C. MASON  *by permission* |
| 10 | | 6600 North Military Trail |
| 11 | | Boca Raton, FL 33496<br>Telephone: (561) 438-7983 |
| 12 | | Facsimile: (561) 438-8201<br>jessica.mason@officedepot.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/1/16

_____
HONORABLE *Judge Joseph C. Spero*
United States Magistrate Judge

STIP. & ORDER RE PRODUCTION OF EMAIL ADDRESSES - 3
BY NON-PARTY OFFICE DEPOT – No. 3:10-md-2143 RS
010177-12 881299 V1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

I, Shana E. Scarlett, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2016, at Berkeley, California

/s/ *Shana E. Scarlett*
SHANA E. SCARLETT