UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS |
|---|---|
| | [~~PROPOSED~~] ORDER APPROVING ADDITIONAL CLAIMS ADMINISTRATOR FOR INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH PANASONIC, NEC, SONY AND HLDS DEFENDANT FAMILIES AND DISSEMINATION OF CLASS NOTICE |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | |

010177-12  891786 V1

1   WHEREAS on July 21, 2016, this Court granted preliminary approval of Indirect Purchaser Plaintiffs' (IPPs), settlements with the Panasonic Corporation and Panasonic Corporation of North America, NEC Corporation, Sony Corporation, Sony Optiarc Inc. (formerly known as Sony NEC Optiarc Inc.), and Sony Optiarc America Inc. (formerly known as Sony NEC Optiarc America Inc.), Hitachi-LG Data Storage, Inc., and Hitachi-LG Data Storage Korea, Inc. (collectively, "Settling Defendants");

WHEREAS IPPs propose to have an additional vendor added as a Settlement Administrator, which will aid in providing the most efficient and cost effective notice and administration of the settlements as possible; and

WHEREAS the Settling Defendants do not object.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court appoints the firm Sipree, Inc. in addition to Gilardi & Co. LLC, to supervise and administer the notice procedure as well as the processing of claims as more fully set forth in the Order Granting Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with Panasonic, NEC, Sony and HLDS Defendant Families and Dissemination of Class Notice, ECF No. 1916.

IT IS SO ORDERED.

DATED: 8/5/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated: August 5, 2016

HAGENS BERMAN SOBOL SHAPIRO LLP

By ___s/ Jeff D. Friedman___
     JEFF D. FRIEDMAN

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710