1  KAIWEN TSENG (SBN 193756)
   ktseng@tklg-llp.com
2  HSIANG "JAMES" H. LIN (SBN 241472)
   jlin@tklg-llp.com
3  ERIC SOFGE (SBN 291453)
   esofge@tklg-llp.com
4  **TECHKNOWLEDGE LAW GROUP LLP**
   100 Marine Parkway, Suite 200
5  Redwood Shores, CA 94065
   Telephone: (650) 517-5200
6
   JAMES B. BALDINGER (*pro hac vice*)
7  jbaldinger@cfjblaw.com
   DAVID B. ESAU (*pro hac vice*)
8  desau@cfjblaw.com
   **CARLTON FIELDS JORDEN BURT, P.A.**
9  CityPlace Tower
   525 Okeechobee Boulevard, Suite 1200
10 West Palm Beach, FL 33401
   Telephone: (561) 659-7070
11 Facsimile: (561) 659-7368

12 *Attorneys for Plaintiffs* ACER AMERICA
   CORPORATION, GATEWAY, INC., and
13 GATEWAY U.S. RETAIL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL No. 3:10-md-02143-RS<br>MDL No. M 10-2143<br><br>Individual Case No. 3:13-cv-04991-RS |
| This Document Relates to<br>Individual Case No. 3:13-cv-04991-RS<br><br>ACER INC., *et al.*,<br><br>         *Plaintiffs*,<br>    vs.<br><br>LITE-ON IT CORPORATION, *et al*.<br><br>         *Defendants*. | [~~PROPOSED~~] ORDER OF DISMISSAL |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. All claims filed by Plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc., formerly known as eMachines, Inc., against Defendants Sony Corporation, Sony Electronics Inc., Sony NEC Optiarc Inc., Sony Optiarc America Inc., and Sony Optiarc Inc. in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __8/29_____, 2016    _____
                                  Honorable Richard Seeborg
                                  United States District Judge