1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                            SAN FRANCISCO DIVISION
10
11

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to: | Case No. 3:13-cv-1877-RS |
| Case No. 3:13-cv-1877-RS | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | Judge: Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al., | |
| Defendants. | |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and Panasonic Corporation and Panasonic Corporation of North America (collectively, "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Panasonic.

**IT IS SO STIPULATED.**

DATED: September 28, 2016        **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: September 28, 2016        **WINSTON & STRAWN LLP**

By:   */s/ George E. Mastoris*
      George E. Mastoris
      Jeffrey L. Kessler
      Winston & Strawn LLP
      200 Park Avenue
      New York, NY 10166
      Telephone: (212) 294-6700
      Facsimile: (212) 294-4700
      jkessler@winston.com

*Counsel for Defendants PANASONIC CORPORATION; and PANASONIC CORPORATION OF NORTH AMERICA*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: September 28, 2016   **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/4/16

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE