UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to: | Case No. 3:13-cv-1877-RS |
| Case No. 3:13-cv-1877-RS | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | Judge: Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al., | |
| Defendants. | |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and NEC Corporation ("NEC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to NEC with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against NEC.

**IT IS SO STIPULATED.**

DATED: October 10, 2016      **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
        LIZABETH A. BRADY
        OFFICE OF THE ATTORNEY GENERAL
        State of Florida
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        Telephone:    (850) 414-3300
        Facsimile:     (850) 488-9134
        Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: October 10, 2016      **WINSTON & STRAWN LLP**

By:   /s/ *Robert B. Pringle*
        Robert B. Pringle
        Paul R. Griffin
        Sean Meenan
        Winston & Strawn LLP
        101 California Street, Suite 3500
        San Francisco, CA 94111
        Telephone: (415) 591-1000
        Facsimile:  (415) 591-1400

*Counsel for NEC Corporation*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: October 10, 2016      **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:    (850) 414-3300
      Facsimile:    (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/11/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE