UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to:<br><br>Case No. 3:13-cv-1877-RS<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>      Plaintiff,<br>  v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.,<br><br>      Defendants. | Case No. 3:13-cv-1877-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and Defendants Sony Corporation, Sony Optiarc Inc. (formerly known as Sony NEC Optiarc Inc.), and Sony Optiarc America, Inc. (collectively, "Sony") by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Sony with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Sony.

**IT IS SO STIPULATED.**

DATED: October 12, 2016          **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:    (850) 414-3300
      Facsimile:    (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: October 12, 2016          **Boies, Schiller & Flexner LLP**

By:   /s/ *Steven C. Holtzman*
      Steven C. Holtzman
      Beko O. Reblitz-Richardson
      Boies, Schiller & Flexner LLP
      1999 Harrison Street, Suite 900
      Oakland, CA 94612
      Telephone: (510) 874 1001
      Facsimile: (510) 874 1460

scholtzman@bsfllp.com
brichardson@bsfllp.com

*Counsel for Defendants Sony Corporation, Sony Optiarc Inc., and Sony Optiarc America Inc.*

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:10-MD-2143-RS
Individual Case No. 3:13-CV-1877-RS

## FILER ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: October 12, 2016  **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
    LIZABETH A. BRADY
    OFFICE OF THE ATTORNEY GENERAL
    State of Florida
    PL-01, The Capitol
    Tallahassee, FL 32399-1050
    Telephone:   (850) 414-3300
    Facsimile:   (850) 488-9134
    Liz.Brady@myfloridalegal.com

*Attorney for Plaintiff State of Florida*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/18/16

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE