Beatrice B. Nguyen (CSB No. 172961)
 bbnguyen@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Matthew J. McBurney (pro hoc vice)
 mmcburney@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Plaintiff HP Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to: *Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS | Case No. 3:13-cv-05370-RS **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** Hon. Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

Plaintiff HP Inc. ("HP"), formerly known as Hewlett-Packard Company, and Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively, "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Except as otherwise agreed to or ordered by the Court, each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of HP against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: October 24, 2016                                    **CROWELL & MORING LLP**

                                                           By:  */s/ Beatrice B. Nguyen*

                                                                Beatrice B. Nguyen
                                                                Matthew J. McBurney

                                                                *Attorneys for Plaintiff HP Inc.*

Dated: October 24, 2016                                    **WINSTON & STRAWN LLP**

                                                           By:  */s/ Jeffrey L. Kessler*

                                                                Jeffrey L. Kessler
                                                                George E. Mastoris
                                                                Winston & Strawn LLP
                                                                200 Park Avenue
                                                                New York, NY 10166
                                                                E-mail: jkessler@winston.com
                                                                        gmastoris@winston.com

                                                                *Attorneys for Defendants*
                                                                *Panasonic Corporation and Panasonic*
                                                                *Corporation of North America*

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 24, 2016

**CROWELL & MORING LLP**

By:  */s/ Beatrice B. Nguyen*

Beatrice B. Nguyen

*Attorneys for Plaintiff HP Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/28/16

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER
CASE NO. 13-CV-05370