UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION

Case No. 10-md-02143-RS   (JCS)

**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 1984

The Indirect Purchaser Plaintiffs brought an administrative motion to file under seal (dkt. 1984) Exhibit A to the joint letter brief dated October 26, 2016.  The only stated basis for sealing is that Defendants designated material contained therein as confidential pursuant to the protective order in this case.  Defendants did not file a responsive declaration as required by Civil Local Rule 79-5(e)(1).  The administrative motion is therefore DENIED, and the Indirect Purchaser Plaintiffs are instructed to file Exhibit A to the October 26 letter brief in the public record no sooner than November 8, 2016 and no later than November 14, 2016.  *See* Civ. L.R. 79-5(e)(2).[1]

**IT IS SO ORDERED.**

Dated: November 4, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Although the discovery dispute has since been resolved, *see* dkt. 1993, a public version of Exhibit A remains necessary to complete the public record of this action.