1  Daniel A. Sasse (CSB No. 236234)
      dsasse@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California  92614
   Telephone: (949) 263-8400
4  Facsimile:  (949) 263-8414

5  Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
|---|---|
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:13-CV-05372-RS-JCS

Plaintiff Ingram Micro Inc. ("Ingram") and Defendants TEAC Corporation and TEAC America, Inc. (collectively, "TEAC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to TEAC with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated:  November 21, 2016        **CROWELL & MORING LLP**

By:  **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

Dated:  November 21, 2016        **KATTEN MUCHIN ROSENMAN LLP**

By:  **/s/ Aharon S. Kaye**

Mary Ellen Hennessy
Aharon S. Kaye
525 W. Monroe Street
Chicago, IL 60661
Telephone:  312-902-5200
maryellen.hennessy@kattenlaw.com
aharon.kaye@kattenlaw.com

*Attorneys for Defendants*
*TEAC Corporation and TEAC America Inc.*

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 21, 2016

**CROWELL & MORING LLP**

By:  **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

1                                **[~~PROPOSED~~] ORDER**

2        PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: 11/23/16

5                                Honorable Richard G. Seeborg
                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby certify under penalty of perjury under the laws of the United States of America that on November 21, 2016, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case. Any other counsel of record will be served by electronic mail and/or first-class mail on the same date.

Dated:  November 21, 2016            **CROWELL & MORING LLP**

                                     By:   **/s/ Daniel A. Sasse**

                                           Daniel A. Sasse

                                           *Attorneys for Plaintiff Ingram Micro Inc.*