UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-MD-02143 RS<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Andrew L. Lucarelli, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendants Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc., in the above-entitled action. My local counsel in this case in Stuart C. Plunkett (SBN 187971), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Baker Botts L.L.P.<br>101 California Street, Suite 3070<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 639-1108 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 291-6203 |
| MY EMAIL ADDRESS OF RECORD:<br>drew.lucarelli@bakerbotts.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>stuart.plunkett@bakerbotts.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 496043.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 29, 2016                         /s/ Andrew L. Lucarelli
                                                                          APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew L. Lucarelli is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____        _____
                                                                UNITED STATES DISTRICT JUDGE



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANDREW L LUCARELLI

was on **FEBRUARY 3, 2006** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 29, 2016.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk