UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to: | Case No. 3:13-cv-1877-RS |
| Case No. 3:13-cv-1877-RS | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | Judge: Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al., | |
| Defendants. | |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida") and Defendant TEAC, by and through their respective attorneys, hereby stipulate to a dismissal of this action as to TEAC with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against TEAC.

**IT IS SO STIPULATED.**

DATED: November 30, 2016          **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: November 30, 2016          **Katten Muchin Rosenman LLP**

By:   /s/ *Aharon Kaye*
      Aharon Kaye
      KattenMuchinRosenman LLP
      525 W. Monroe St.
      Chicago, IL 60661-3693
      Aharon.kaye@kattenlaw.com

*Counsel for TEAC*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: November 30, 2016        **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Attorney for Plaintiff State of Florida*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/30/16

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE