1  Beatrice B. Nguyen (CSB No. 172961)
     bbnguyen@crowell.com
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, California 94111
   Telephone:  415.986.2800
4  Facsimile:  415.986.2827

5  Matthew J. McBurney (pro hac vice)
     mmcburney@crowell.com
6  CROWELL & MORING LLP
   1001 Pennsylvania Avenue, NW
7  Washington, D.C.  20004
   Telephone:  202.624.2500
8  Facsimile:  202.628.5116

9  *Attorneys for Plaintiff HP Inc.*

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05370-RS |
| *Hewlett-Packard Company v. Toshiba Corp., et al.*, No. 3:13-cv-05370-RS | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HP AND SONY DISCOVERY** |
| | Hon. Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SFACTIVE-904282979.1

1    **WHEREAS**, Plaintiff HP Inc., formerly known as Hewlett-Packard Company ("HP"),

2    and Defendants Sony Corporation, Sony Electronics Inc., Sony Optiarc Inc. (formerly known as

3    Sony NEC Optiarc Inc.), and Sony Optiarc America Inc. (formerly known as Sony NEC Optiarc

4    America Inc.) (collectively, "Sony") wish to explore mediation and the potential settlement of

5    HP's claims against Sony in this case;

6    **WHEREAS**, HP and Sony wish to pursue mediation, and HP prefers to do so in Houston,

7    Texas, using a private mediator;

8    **WHEREAS**, HP and Sony wish to avoid potentially unnecessary costs by deferring the

9    remaining discovery between them pending mediation; and

10    **WHEREAS**, pursuant to the Scheduling Order entered on April 22, 2016 (Dkt.

11    No. 1866), fact discovery is scheduled to close on December 9, 2016, prior to the first available

12    date the mediator has available;

13    **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned

14    counsel for HP and Sony as follows:

15    1.      HP and Sony shall pursue mediation with Daryl Bristow in Houston, Texas on

16    January 4, 2017.

17    2.      Pending such mediation, HP and Sony shall defer all remaining written and

18    deposition discovery between them, subject to the agreement that if (and only if) HP and Sony do

19    not agree to settle, such discovery – which consists solely of (1) the deposition of Masafumi

20    Amino, (2) responses to pending written discovery issued to HP by Sony, and (3) responses to

21    pending written discovery issued to Sony by HP – shall recommence as follows:

22          a.      The deposition of Masafumi Amino shall take place on January 30-31,

23    2017, in San Francisco, California; and

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

JOINT STIPULATION AND [PROPOSED] ORDER RE
HP AND SONY DISCOVERY
CASE NO. 13-CV-05370

SFACTIVE-904282979.1

1          b.     HP and Sony shall serve their responses to the remaining discovery served

2 on the other on January 31, 2017.

3      **IT IS SO STIPULATED.**

4

5 Dated:  December 9, 2016                **CROWELL & MORING LLP**

6

7                     By:   */s/ Beatrice B. Nguyen*

8                         Beatrice B. Nguyen

9                         Matthew J. McBurney

10                         *Attorneys for Plaintiff HP Inc.*

11

12 Dated:  December 9, 2016                **BOIES, SCHILLER & FLEXNER LLP**

13

14                     By:   */s/ Steven C. Holtzman*

15                         Steven C. Holtzman

16                         Beko Reblitz-Richardson

17                         1999 Harrison Street, Suite 900

                        Oakland, CA 94612

18                         Telephone:  510-874-1000

                        sholtzman@bsfllp.com

19                         brichardson@bsfllp.com

20                         *Attorneys for Defendants*
                        *Sony Corporation; Sony Optiarc America, Inc.;*
                        *Sony Optiarc, Inc.; and Sony Electronics Inc.*

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE
HP AND SONY DISCOVERY
CASE NO. 13-CV-05370

SFACTIVE-904282979.1

1

## FILER ATTESTATION

2          Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the

3    United States District Court for the Northern District of California, I, Beatrice B. Nguyen, hereby

4    attest that concurrence in the filing of this document has been obtained from each of the other

5    signatories.

6

7    Dated:  December 9, 2016                              **CROWELL & MORING LLP**

8

9                                           By:   */s/ Beatrice B. Nguyen*

10                                                Beatrice B. Nguyen

11                                                *Attorneys for Plaintiff HP Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

JOINT STIPULATION AND [PROPOSED] ORDER RE
HP AND SONY DISCOVERY
CASE NO. 13-CV-05370

SFACTIVE-904282979.1

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated:  12/14/1 6

6

Honorable Richard G. Seeborg
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND [PROPOSED] ORDER RE
HP AND SONY DISCOVERY
CASE NO. 13-CV-05370

SFACTIVE-904282979.1