UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
|---|---|
| This document relates to: Case No. 3:13-cv-1877-RS  STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, Plaintiff, v. HITACHI-LG DATA STORAGE, INC., et al., Defendants. | Case No. 3:13-cv-1877-RS  **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**  Judge: Hon. Richard Seeborg |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and Defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc. (collectively, "HLDS"), LG Electronics, Inc. ("LG"), and Hitachi, Ltd. ("Hitachi"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Defendants HLDS, LG, and Hitachi with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida, acting in its sovereign and *parens patriae* capacity, against Defendants HLDS, LG, or Hitachi.

**IT IS SO STIPULATED.**

DATED: December 13, 2016　　**STATE OF FLORIDA**

By:　/s/ *Lizabeth A. Brady*
　　　LIZABETH A. BRADY
　　　OFFICE OF THE ATTORNEY GENERAL
　　　State of Florida
　　　PL-01, The Capitol
　　　Tallahassee, FL 32399-1050
　　　Telephone:　(850) 414-3300
　　　Facsimile:　(850) 488-9134
　　　Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: December 13, 2016　　**Ropes & Gray LLP**

By:　*[s] Mark S. Popofsky*
　　　Mark Popofsky
　　　2099 Pennsylvania Avenue, NW
　　　Washington, DC 20006-6807
　　　Tel.: 202-508-4600
　　　Fax 202-508-4650
　　　Mark.popofsky@ropesgray.com

*Counsel for Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc.*

DATED: December 13, 2016                **EIMER STAHL LLP**

By:   *[s] Nathan P. Eimer*
     Nathan P. Eimer
     Ameri R. Klafeta
     Arin Aragona
     Vanessa G. Jacobsen
     224 South Michigan Avenue, Suite 1100
     Chicago, IL 60604
     Telephone: (312) 660-7600
     Facsimile: (312) 692-1718
     aklafeta@eimerstahl.com
     neimer@eimerstahl.com,
     aaragona@eimerstahl.com,
     vjacobsen@eimerstahl.com

*Counsel for Defendant LG ELECTRONICS, INC*

DATED: December 13, 2016                **VINSON & ELKINS LLP**

By:   *[s] Craig P. Seebald*
     Craig P. Seebald
     Jason A. Levine
     Vincent V. Panhuys
     2200 Pennsylvania Ave. NW
     Suite 500 West
     Washington, DC 20037-1701
     Telephone: (202) 639-6585
     Facsimile: (202) 639-6604
     cseebald@velaw.com
     jlevine@velaw.com
     vvanpanhuys@velaw.com

     MATTHEW J. JACOBS
     525 Market Street, Suite 2750
     San Francisco, CA 94105
     Telephone: (415) 979-6900
     Facsimile: (415) 651-8786
     mjacobs@velaw.com

*Counsel for Defendant HITACHI, LTD.*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: December 13, 2016        **STATE OF FLORIDA**

By:  /s/ Lizabeth A. Brady
     LIZABETH A. BRADY
     OFFICE OF THE ATTORNEY GENERAL
     State of Florida
     PL-01, The Capitol
     Tallahassee, FL 32399-1050
     Telephone:    (850) 414-3300
     Facsimile:    (850) 488-9134
     Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  12/14/16

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE