1 | Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
2 | Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
3 | Rodney J. Ganske, Esq. (admitted *pro hac vice*)
rod.ganske@alston.com
4 | Andrew J. Tuck, Esq. (admitted *pro hac vice*)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, No. 3:13-cv-03350-RS | Case No.: 3:13-cv-03350-RS<br><br>MDL No. 2143<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT OF DELL INC. AND DELL PRODUCTS L.P.**<br><br>Hon. Richard Seeborg |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell"), and Defendants Hitachi, Ltd., Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc., Koninklijke Philips N.V., Philips & Lite-On Digital Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., Lite-On IT Corporation of Taiwan, BenQ Corporation, BenQ America Corporation, NEC Corporation, Samsung Electronics Co., Ltd., Samsung Electronics America Inc., Toshiba Corporation, Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., and Toshiba America Information Systems, Inc. (collectively, "Defendants") by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, Dell filed a Complaint against Defendants on May 13, 2013 in the Western District of Texas, Austin Division, ("Complaint") which action was transferred to the Northern District of California, San Francisco Division on July 16, 2013. *See* Case No. 3:13-CV-03350-RS (N.D. Cal), Dkt. Nos. 1, 19;

WHEREAS, Dell has proposed to amend its Complaint and provided Defendants with its proposed First Amended Complaint, and Defendants consent to such amendment;

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the undersigned counsel for Dell and Defendants, as follows:

1. Dell is granted leave to amend pursuant to Fed. R. Civ. P. 15(a)(2). Dell's First Amended Complaint shall be filed within five (5) days after entry of this stipulation and order by the Court;

2. Dell's First Amended Complaint shall relate back for all purposes to Dell's Complaint filed on May 13, 2013;

3. Defendants' answers shall be due 45 days from Dell's filing of its First Amended Complaint;

4. Defendants need answer only paragraphs 1, 74-76, 80, 140-143, and 164-185 of Dell's First Amended Complaint; and

5. This Stipulation and [Proposed] Order does not constitute a waiver by Defendants of any defenses to Dell's action.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: December 23, 2016 | **ALSTON & BIRD LLP** |
| | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* |
| | */s/ Rodney J. Ganske* |
| Dated: December 23, 2016 | **O'MELVENY & MYERS LLP** |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| | */s/ James M. Pearl* |
| Dated: December 23, 2016 | **LATHAM & WATKINS LLP** |
| | *Attorneys for Defendants Toshiba Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Samsung Storage Technology Korea Corporation, and Toshiba America Information Systems, Inc.* |
| | */s/ Belinda S Lee* |
| Dated: December 23, 2016 | **BLANK ROME LLP** |
| | *Attorneys for Defendants BenQ Corp. and BenQ America Corp.* |
| | */s/ Lisa M. Kaas* |
| Dated: December 23, 2016 | **BAKER BOTTS LLP** |
| | *Attorneys for Defendants Koninklijke Philips N.V., Philips & Lite-On Digital Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., and Lite-On IT Corporation of Taiwan* |
| | */s/ Evan J. Werbel* |
| Dated: December 23, 2016 | **ROPES & GRAY LLP** |
| | *Attorneys for Defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc.* |
| | */s/ Anthony C. Biagioli* |
| Dated: December 23, 2016 | **VINSON & ELKINS LLP** |
| | *Attorneys for Defendant Hitachi, Ltd.* |
| | */s/ Craig P. Seebald* |

1
2                              **ATTESTATION**

3         Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

4  document has been obtained from each of the other signatories.

5  Dated: December 23, 2016          /s/ *Rodney J. Ganske*
                                     Rodney J. Ganske
6
7
8         **PURSUANT TO STIPULATION, IT IS SO ORDERED**

9
   DATED: 2/15/17                    _____
10                                   HONORABLE RICHARD SEEBORG
                                     United States District Judge
11                                   Northern District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28