UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to:<br><br>Case No. 3:13-cv-1877-RS<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>       Plaintiff,<br>  v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.,<br><br>       Defendants. | Case No. 3:13-cv-1877-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida") and Defendants BenQ Corporation and BenQ America Corp. (collectively, "BenQ"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to BenQ with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have an effect on any claims, under federal or Florida law, brought by litigants other than Florida against BenQ.

**IT IS SO STIPULATED.**

DATED: February 17, 2017          **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:    (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: February 17, 2017          **BLANK ROME, LLP**

By:   /s/ *Lisa M. Kaas*
      Lisa M. Kaas
      BLANK ROME, LLP
      1825 Eye Street NW
      Washington, D.C. 20006
      Telephone: 202-420-2200
      Facsimile: 202-420-2201
      LKaas@BlankRome.com

*Counsel for BenQ Corporation and BenQ America Corp.*

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NO. 3:10-MD-2143-RS
Individual Case No. 3:13-CV-1877-RS

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: February 21, 2017          **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:    (850) 414-3300
      Facsimile:    (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Attorney for Plaintiff State of Florida*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/22/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE