1  Michael P. Kenny
   mike.kenny@alston.com
2  Debra D. Bernstein
   debra.bernstein@alston.com
3  Rodney J. Ganske
   rod.ganske@alston.com
4  Andrew J. Tuck
   andy.tuck@alston.com
5  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
6  Atlanta, Georgia 30309-3424
   Telephone:  404-881-7000
7  Facsimile:  404-881-7777

8  James M. Wagstaffe (State Bar No. 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
10 San Francisco, California 94105-1576
   Telephone: 415-371-8500
11 Facsimile: 415-371-0500

12 *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17

18 | IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-MD-02143 RS<br>MDL No. 2143 |

19 This Document Relates to Individual Case No. 3:13-cv-03350-RS          Individual Case No. 3:13-CV-03350-RS

20 DELL INC. and DELL PRODUCTS L.P.,          **[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF NEC CORPORATION BY**
21          Plaintiffs,                                **DELL INC. AND DELL PRODUCTS L.P.**

22 v.

23 HITACHI-LG DATA STORAGE, INC., *et al.*
            Defendants.
24

25

26

27

28

1

**[PROPOSED] ORDER**

2      The Court having considered the stipulation of the parties, and good cause appearing therefore,

3   orders as follows:

4      1.   All claims asserted by Dell Inc. and Dell Products L.P. ("Dell") against Defendant NEC

5           Corporation in the underlying action are hereby dismissed with prejudice pursuant to

6           Federal Rule of Civil Procedure 41(a)(2).

7      2.   Each party shall bear their own costs and attorneys' fees.

8      IT IS SO ORDERED.

9

Dated:   2/22/17

10      _____
         Honorable Richard Seeborg
11      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE DISMISSAL OF NEC
3:10-MD-02143 RS
3:13-CV-03350 RS