1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION
10
11

| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
|---|---|
| This document relates to: | Case No. 3:13-cv-1877-RS |
| Case No. 3:13-cv-1877-RS | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | Judge: Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| HITACHI-LG DATA STORAGE, INC., et al., | |
| Defendants. | |

1  Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida") and Defendants Koninklijke Philips N.V., formerly known as Koninklijke Philips Electronics N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions USA, Inc. (collectively, "PLDS") by and through their respective attorneys, hereby stipulate to a dismissal of this action as to PLDS with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against PLDS.

**IT IS SO STIPULATED.**

DATED: March 1, 2017        **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: March 1, 2017        **BAKER BOTTS L.L.P.**

By:   /s/ *Evan Werbel*
      Evan Werbel
      1299 Pennsylvania Ave. NW
      Washington, DC 20004
      Evan.werbel@bakerbotts.com

*Counsel for KONINKLIJKE PHILIPS NV; LITE-ON IT CORPORATION; PHILIPS & LITE-ON DIGITAL*

SOLUTIONS CORP.; and PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: March 1, 2017    **STATE OF FLORIDA**

By: ___/s/ *Lizabeth A. Brady*___
    LIZABETH A. BRADY
    OFFICE OF THE ATTORNEY GENERAL
    State of Florida
    PL-01, The Capitol
    Tallahassee, FL 32399-1050
    Telephone:    (850) 414-3300
    Facsimile:     (850) 488-9134
    Liz.Brady@myfloridalegal.com

*Attorney for Plaintiff State of Florida*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/1/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE