UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-2143-RS |
| This document relates to:<br><br>Case No. 3:13-cv-1877-RS<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>　　　　Plaintiff,<br>　v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:13-cv-1877-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida") and Defendants Samsung Electronics Co., Ltd. ("SEC"), Toshiba Corporation ("Toshiba Corp."), Toshiba Samsung Storage Technology Corporation ("TSST"), and Toshiba Samsung Storage Technology Korea Corporation ("TSSTK"), by and through their respective attorneys, hereby stipulate to a dismissal of this action with prejudice as to SEC, Toshiba Corp., TSST and TSSTK pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against SEC, Toshiba Corp., TSST and/or TSSTK.

**IT IS SO STIPULATED.**

DATED: March 2, 2017  **STATE OF FLORIDA**

By:  /s/ *Lizabeth A. Brady*
LIZABETH A. BRADY
OFFICE OF THE ATTORNEY GENERAL
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone:   (850) 414-3300
Facsimile:   (850) 488-9134
Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: March 2, 2017  **LATHAM & WATKINS LLP**

By:  /s/ *Brendan A. McShane*
Brendan A. McShane
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8164
Facsimile: (415) 395-8095

Brendan.mcshane@lw.com

*Counsel for TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; and TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION*

DATED: March 2, 2017        **O'MELVENY & MYERS LLP**

By:   /s/  Ian Simmons
     Ian Simmons
     1625 Eye Street, NW
     Washington, DC 20006
     Telephone: (202) 383-5106
     Facsimile: (202) 383-5414
     Isimmons@omm.com

*Counsel for SAMSUNG ELECTRONICS CO., LTD.*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: March 2, 2017        **STATE OF FLORIDA**

By:     /s/ *Lizabeth A. Brady*
         LIZABETH A. BRADY
         OFFICE OF THE ATTORNEY GENERAL
         State of Florida
         PL-01, The Capitol
         Tallahassee, FL 32399-1050
         Telephone:     (850) 414-3300
         Facsimile:     (850) 488-9134
         Liz.Brady@myfloridalegal.com

*Attorney for Plaintiff State of Florida*

**[~~PROPOSED~~] ORDER**

PURSUAT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/3/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE