IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION

CASE NO. 3:10-md-2143 RS

**ORDER VACATING HEARINGS ON MOTIONS FOR PRELIMINARY APPROVAL**

The indirect purchaser plaintiffs have filed (1) a motion on 35 days' notice for preliminary approval of settlements reached with Koninklijke Philips N.V., Lite-On IT Corporation, Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions U.S.A., Inc. defendants, and with the Pioneer Corporation, Pioneer North America, Inc., Pioneer Electronics (USA) Inc., and Pioneer High Fidelity Taiwan Co., Ltd. defendants and (2) a motion proposed to be heard on shortened time for approval of a settlement with defendants TEAC America, Inc. and TEAC Corporation. In light of the fact that no opposition is expected at the preliminary approval stage, pursuant to Civil Local Rule 7-1(b), both motions are suitable for disposition without oral argument, and the hearing set for April 20, 2017 is vacated. Good cause appearing, the motions will be granted. The proposed orders submitted by plaintiffs will be executed and filed herewith.

IT IS SO ORDERED.

Dated: April 17, 2017

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE