UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Case No. 3:13-cv-1877-RS<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>      Plaintiff,<br>v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.,<br><br>      Defendants. | MDL Docket No. 3:10-md-2143-RS<br><br>Case No. 3:13-cv-1877-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and Quanta Storage Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Quanta with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Quanta.

**IT IS SO STIPULATED.**

DATED: April 21, 2017      **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:   (850) 414-3300
      Facsimile:   (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: April 21, 2017      **MANNING & KASS, ELLROD, RAMIREZ, TESTER LLP**

By:   /s/ *Michael H. Cooper*
      Michael H. Cooper, Esq.
      801 S. Figueroa St., 15th Floor
      Los Angeles, California 90017
      Telephone: (213) 624-6900
      Facsimile:  (213) 624-6999
      mhc@manningllp.com

*Counsel for Quanta Storage Inc. and Quanta Storage America, Inc.*

# FILER ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

DATED: April 21, 2017       **STATE OF FLORIDA**

By:   /s/ *Lizabeth A. Brady*
      LIZABETH A. BRADY
      OFFICE OF THE ATTORNEY GENERAL
      State of Florida
      PL-01, The Capitol
      Tallahassee, FL 32399-1050
      Telephone:    (850) 414-3300
      Facsimile:    (850) 488-9134
      Liz.Brady@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/24/17

*/s/ Richard Seeborg*
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE