UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Case No. 3:13-cv-1877-RS<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>        Plaintiff,<br>  v.<br><br>HITACHI-LG DATA STORAGE, INC., et al.,<br><br>        Defendants. | MDL Docket No. 3:10-md-2143-RS<br><br>Case No. 3:13-cv-1877-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |
|---|---|

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("Florida"), and Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High Fidelity Taiwan Co., Ltd. (collectively, "Pioneer") by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Pioneer with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Florida against any other defendant or alleged co-conspirator in the above-captioned litigation, nor shall it have any effect on any other claims, including under federal or Florida law, brought by litigants other than the State of Florida against Pioneer.

**IT IS SO STIPULATED.**

DATED: May 5, 2017      **STATE OF FLORIDA**

By:    /s/ *Lizabeth A. Brady*
       LIZABETH A. BRADY
       OFFICE OF THE ATTORNEY GENERAL
       State of Florida
       PL-01, The Capitol
       Tallahassee, FL 32399-1050
       Telephone:    (850) 414-3300
       Facsimile:     (850) 488-9134
       Liz.Brady@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

DATED: May 5, 2017      **JONES DAY**

By:    /s/ *Eric P. Enson*
       Eric P. Enson
       555 South Flower St., 50th Floor
       Los Angeles, CA 90071
       Telephone: (213) 489-3939
       Facsimile: (213) 243-2539
       epenson@jonesday.com

*Counsel for Pioneer Electronics (USA) Inc., Pioneer North America, Inc., Pioneer Corporation, and Pioneer High*

| | |
|---|---|
| 1 | *Fidelity Taiwan Co., LTD.* |
| 2 | |
| 3 | **FILER ATTESTATION** |
| 4 | Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of |
| 5 | this document has been obtained from the stipulating parties. |
| 6 | |
| 7 | |
| 8 | DATED: May 5, 2017   **STATE OF FLORIDA** |
| 9 | By: /s/ *Lizabeth A. Brady* |
| | LIZABETH A. BRADY |
| 10 | OFFICE OF THE ATTORNEY GENERAL |
| | State of Florida |
| 11 | PL-01, The Capitol |
| | Tallahassee, FL 32399-1050 |
| 12 | Telephone:   (850) 414-3300 |
| | Facsimile:   (850) 488-9134 |
| 13 | Liz.Brady@myfloridalegal.com |
| 14 | |
| | *Attorneys for Plaintiff State of Florida* |
| 15 | |

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/8/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE