1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | MDL CASE NO. 3:10-MD-02143 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH SUMMARY JUDGMENT AND DAUBERT MOTIONS**<br><br>DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1    WHEREAS, the Court has set a briefing schedule for the parties' dispositive motions

2  ("Summary Judgment Motions"), and the parties' Daubert Motions (Dkt. 2211);

3    WHEREAS, consistent with this Court's previous direction to the parties in connection

4  with administrative motions to seal (*see* Dkts. 1021, 1625), the parties wish to avoid burdening the

5  Court with seriatim sealing motions, declarations, and proposed orders that are likely to be filed by

6  the parties and various non-parties in connection with (1) Summary Judgment Motions, including

7  any supporting declarations, exhibits, expert reports, and/or other evidentiary materials

8  (collectively, "Supporting Materials"); (2) Opposition briefs to Summary Judgment Motions,

9  including any Supporting Materials; (3) Reply briefs in support of Summary Judgment Motions,

10  including any Supporting Materials; (4) Daubert Motions, including any Supporting Materials

11  ("Daubert Motions"); (5) opposition briefs to Daubert Motions, including any Supporting

12  Materials; and (6) reply briefs in support of Daubert Motions, including any Supporting Materials

13  (collectively "The Motions");

14    WHEREAS, in order to provide sufficient time for the parties and non-parties to identify

15  sealable materials in connection with The Motions, all parties other than the Indirect Purchaser

16  Plaintiffs ("IPPs") have agreed to the procedure and schedule set forth below in Paragraphs 1-4,

17  and the IPPs have agreed to the procedure and schedule set forth below in Paragraph 5(a)-(f) with

18  respect to The Motions filed in the IPP action;

19    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

20  counsel for the parties, subject to Court approval, that:

21    Procedure With Respect to All Actions (Other than the IPP Action):

22    1.    The party submitting materials in connection with The Motions (the "Filing Party")

23  shall file under seal any document that contains or refers to information designated by a party (the

24  "Designating Party") or non-party (the "Designating Non-Party") under any of the applicable

25  protective orders entered in this action (Dkts. 923, 629, 1605).

26    2.    Within three (3) business days after filing, the Filing Party must provide notice to

27  any Designating Non-Party whose materials have been filed under seal pursuant to this Order.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

3.      Any Designating Party or Designating Non-Party that seeks to permanently seal information filed in connection with The Motions shall file an administrative motion to seal, a single declaration and proposed order in accordance with Local Civil Rule 79-5 no later than September 19, 2017, which is one week prior to the hearing on dispositive motions, addressing all of its sealing requests related to The Motions.

4.      Upon resolution of all such proposed orders, any Filing Party that believes revised redactions may be necessary for the public version of any document previously filed may re-file such document with the sealed portions revised consistent with this Court's rulings.

Procedure With Respect to the IPP Action:

5.      With respect to the briefing of The Motions to be filed in connection with the IPP action only (including initial motions, all oppositions, all replies, and all Supporting Materials), the following procedure and schedule will apply:

a.      When a Filing Party seeks to file a document that contains or refers to information designated under any of the applicable protective orders entered in this action (Dkts. 923, 629, 1605), it shall file such document under seal and must include a Notice of Intention to Seal Documents (a "Notice").

b.      In the event the Filing Party intends to file material designated by a Designating Non-Party, the Filing Party must, within three (3) business days of filing a Notice, also provide the Designating Non-Party with the same materials it is required to provide to the parties to this action, with the exception that no material filed under seal by a Designating Party shall be disclosed to a Designating Non-Party.

c.      Within ten (10) business days of the filing of a Notice, any Designating Party and/or Designating Non-Party shall inform the Filing Party whether sealing of any material is required and provide proposed line-item redactions of materials and exhibits to the Filing Party.

d.      Within fourteen (14) business days of the filing of a Notice, the Filing Party shall file (i) a sealed courtesy copy of the filing that highlights or otherwise specifies any material requested to be sealed by a Designating Party or Designating Non-Party in accordance with Civil Local Rule 79-5(d)(2), and (ii) a public version encompassing the requested redactions.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1        e.      Any Designating Party or Designating Non-Party that seeks to permanently

2  seal information shall file an administrative motion to seal, a single declaration and proposed order

3  in accordance with Local Civil Rule 79-5 no later than September 19, 2017, which is one week

4  prior to the hearing on dispositive motions, addressing all of its sealing requests.  The

5  administrative motion to seal, declaration, and proposed order may be consolidated with the

6  administrative motion to seal, declaration, and proposed order referenced in Paragraph 3 above.

7        f.      Upon resolution of all such proposed orders, any Filing Party that believes

8  revised redactions may be necessary for the public version of any document previously filed may

9  re-file such document with the sealed portions revised consistent with this Court's rulings.

10      IT IS SO STIPULATED.

11

12  Dated:  June 22, 2017          LATHAM & WATKINS LLP

13

                         By: */s/ Belinda S Lee*

14

15                        Daniel M. Wall (Bar No. 102580)
                        Belinda S Lee (Bar No. 199635)
                        Brendan A. McShane (Bar No. 227501)

16                        505 Montgomery Street, Suite 2000
                        San Francisco, California 94111-6538

17                        Telephone:  (415) 391-0600
                        Facsimile:  (415) 395-8095

18                        Dan.Wall@lw.com
                        Belinda.Lee@lw.com

19                        Brendan.McShane@lw.com

20                        *Acting as Liaison Counsel for Defendants*

21

22  Dated: June 22, 2017          HAGENS BERMAN SOBOL SHAPIRO LLP

23                        By:   */s/ Shana E. Scarlett*
                            SHANA E. SCARLETT

24

25                        Jeff D. Friedman (173886)
                        715 Hearst Avenue, Suite 202
                        Berkeley, CA 94710

26                        Telephone: (510) 725-3000
                        Facsimile:  (510) 725-3001

27                        jeff@hbsslaw.com
                        shanas@hbsslaw.com

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

Dated: June 22, 2017            CROWELL & MORING LLP

By:___/s/ Beatrice B. Nguyen_____

Beatrice B. Nguyen
CROWELL & MORING LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone:  415.986.2800
Facsimile:   415.986.2827
bbnguyen@crowell.com

Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C.  20004
Telephone:  202.624.2500
Facsimile:  202.628.5116
mmcburney@crowell.com

*Attorneys for Plaintiff HP Inc. f/k/a Hewlett-Packard Company*

Dated: June 22, 2017            CROWELL & MORING LLP

By:___/s/ Chahira Solh_____

Daniel A. Sasse
Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone:  949.263.8400
Facsimile:  949.263.8414
dsasse@crowell.com
csolh@crowell.com

*Attorneys for Ingram Micro Inc. and Synnex Corporation*

Dated: June 22, 2017            ALSTON & BIRD LLP

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1    By: ___/s/ Rodney J. Ganske_____

2    Michael P. Kenny
     Debra D. Bernstein
3    Rodney J. Ganske
     Andrew J. Tuck
4    ALSTON & BIRD LLP
5    1201 W. Peachtree Street NW
     Atlanta, Georgia 30309
6    Telephone: (404) 881-7000
     Facsimile: (404) 881-7777
7    mike.kenny@alston.com
8    debra.bernstein@alston.com
     rod.ganske@alston.com
9    andy.tuck@alston.com

10   James M. Wagstaffe
11   KERR & WAGSTAFFE LLP
     101 Mission Street, 18th Floor
12   San Francisco, CA 94105-1576
     Telephone: (415) 371-8500
13   Facsimile: (415) 371-0500
     wagstaffe@kerrwagstaffe.com
14

15   *Attorneys for Plaintiffs Dell Inc. and Dell Products
     L.P., and as liaison counsel for the Direct Action
16   Plaintiffs*

17   Dated: June 22, 2017          CARLTON FIELDS JORDEN BURT, P.A.

18                                 By: ___/s/ David B. Esau_____

19                                 David B. Esau
                                   CityPlace Tower
20                                 525 Okeechobee Blvd., Suite 1200
                                   West Palm Beach, FL 33401
21                                 Telephone: (561) 659-7070
                                   Facsimile: (561) 659-7368
22                                 desau@cfjblaw.com

23
                                   *Attorney for Plaintiffs Acer America Corp.,*
24                                 *Gateway, Inc., and Gateway U.S. Retail, Inc., f/k/a*
                                   *eMachines, Inc.*
25

26   Dated: June 22, 2017          KLEE, TUCHIN, BOGDANOFF & STERN LLP

27                                 By: ___/s/ Robert J. Pfister_____

28                                 David M. Stern (State Bar No. 67697)
                                   Michael L. Tuchin (State Bar No. 150375)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1    Robert J. Pfister (State Bar No. 241370)
     Jonathan M. Weiss (State Bar No. 281217)
2    KLEE, TUCHIN, BOGDANOFF & STERN LLP
     1999 Avenue of the Stars, Thirty-Ninth Floor
3    Los Angeles, California 90067
     Telephone:     310-407-4000
4    Facsimile:      310-407-9090
     Email:          dstern@ktbslaw.com
5                    mtuchin@ktbslaw.com
                     rpfister@ktbslaw.com
6                    jweiss@ktbslaw.com

7    *Counsel for Plaintiffs Alfred H. Siegel, as Trustee
     for the Circuit City Stores, Inc. Liquidating Trust
8    and Peter Kravitz, as Trustee for the RSH
     Liquidating Trust*

9    Dated: June 22, 2017          ROPES & GRAY LLP
10
11                                 By:   */s/ Mark S. Popofsky*

12                                 Mark S. Popofsky
                                   One Metro Center
13                                 700 12th Street NW, Suite 900
                                   Washington, DC 20005-3948
14                                 Telephone: (202) 508-4600
                                   Facsimile: (202) 508-4650
15                                 mark.popofsky@ropesgray.com

16                                 *Attorneys for Defendants Hitachi-LG Data Storage,
                                   Inc., Hitachi-LG Data Storage Korea, Inc.*
17

18   Dated: June 22, 2017          BLANK ROME LLP
19
                                   By:   */s/ Lisa M. Kaas*
20
                                   Lisa M. Kaas
21                                 1825 Eye Street NW Washington, DC  20006
                                   Telephone: (202) 420-2200
22                                 Facsimile: (202) 420-2201
                                   lkaas@blankrome.com
23
                                   *Attorneys for Defendants BenQ Corporation and
24                                 BenQ America Corporation*

25   Dated: June 22, 2017          WINSTON & STRAWN LLP
26
                                   By:   */s/ Jeffrey L. Kessler*
27
                                   Jeffrey L. Kessler
28                                 200 Park Avenue

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1    New York, NY 10166
2    Telephone: (212) 294-6700
     Facsimile: (212) 294-4700
3    jkessler@winston.com

4    *Attorneys for Defendants Panasonic Corporation
     and Panasonic Corporation of North America*

5
     Dated: June 22, 2017          WINSTON & STRAWN LLP
6
7                                  By:   */s/ Robert B. Pringle*

8                                  Robert B. Pringle
                                   101 California Street
9                                  San Francisco, CA 94111
                                   Telephone: (415)591-1000
10                                 Facsimile: (415) 591-1400
                                   rpringle@winston.com
11
                                   *Attorneys for Defendant NEC Corporation*
12
     Dated: June 22, 2017          BAKER BOTTS LLP
13
                                   By:   */s/ Evan J. Werbel*
14
15                                 Evan J. Werbel
                                   1299 Pennsylvania Ave. NW
16                                 Washington, DC 20004
                                   Telephone: (202) 639-7700
17                                 Facsimile: (202) 639-7890
                                   evan.werbel@bakerbotts.com
18
19                                 *Attorneys for Defendants Koninklijke Philips*
                                   *Electronics N.V., Lite-On IT Corp., Philips & Lite-*
20                                 *On Digital Solutions Corp., Philips & Lite-On*
                                   *Digital Solutions USA, Inc.*
21
     Dated: June 22, 2017          EIMER STAHL LLP
22
                                   By:   */s/ Nathan P. Eimer*
23
24                                 Nathan P. Eimer
                                   224 S. Michigan Avenue, Suite 1100
25                                 Chicago, IL 60604
                                   Telephone: (312) 660-7600
26                                 Facsimile: (312) 692-1718
                                   neimer@eimerstahl.com
27
28                                 *Attorneys for Defendant LG Electronics, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1   Dated: June 22, 2017                    VINSON & ELKINS LLP

2                                           By:___/s/ Craig P. Seebald_____

3                                           Craig P. Seebald
4                                           2200 Pennsylvania Ave NW Suite 500 West
                                            Washington, DC  20037-1701
5                                           Telephone: (202) 639-6585
                                            Facsimile: (202) 639-660
6                                           cseebald@velaw.com

7                                           *Attorneys for Defendant Hitachi, Ltd.*

8   Dated: June 22, 2017                    O'MELVENY & MYERS LLP

9                                           By:___/s/ Ian T. Simmons_____

10
                                            Ian T. Simmons
11                                          1625 Eye Street, NW
                                            Washington, DC  20006
12                                          Telephone: (202) 383-5300
                                            Facsimile: (202) 383-5414
13                                          isimmons@omm.com

14
                                            *Attorneys for Defendants Samsung Electronics Co.,*
15                                          *Ltd. and Samsung Electronics America, Inc.*

16  Dated: June 22, 2017                    JONES DAY

17                                          By:___/s/ Eric P. Enson_____

18
                                            Eric P. Enson
19                                          555 South Flower Street
                                            Fiftieth Floor
20                                          Los Angeles, CA 90071
                                            Telephone: (213) 489-3939
21                                          Facsimile: (213) 243-2539
                                            epenson@JonesDay.com
22

23                                          *Attorneys for Defendants Pioneer North America,*
                                            *Inc. and Pioneer Electronics (USA) Inc.*
24

25  **IT IS SO ORDERED.**

26  DATED:_____            _____
27                                          HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT COURT JUDGE
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

1

## **ATTESTATION OF CONCURRENCE IN THE FILING**

2

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from

3

each of the signatories to file this document with the Court.

4

5

*/s/ Belinda S Lee*
Belinda S Lee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS