1  Michael P. Kenny
   mike.kenny@alston.com
2  Debra D. Bernstein
   debra.bernstein@alston.com
3  Rodney J. Ganske
   rod.ganske@alston.com
4  Andrew J. Tuck
   andy.tuck@alston.com
5  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
6  Atlanta, Georgia 30309-3424
   Telephone:  404-881-7000
7  Facsimile:  404-881-7777

8  James M. Wagstaffe (State Bar No. 95535)
   wagstaffe@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
10 San Francisco, California 94105-1576
   Telephone: 415-371-8500
11 Facsimile: 415-371-0500

12 *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-MD-02143 RS<br>MDL No. 2143 |
| This Document Relates to Individual Case No. 3:13-cv-03350-RS | Individual Case No. 3:13-CV-03350-RS<br><br>[~~PROPOSED~~] **ORDER REGARDING DISMISSAL OF HITACHI-LG DATA STORAGE, INC., HITACHI-LG DATA STORAGE KOREA, INC., AND HITACHI, LTD. BY DELL INC. AND DELL PRODUCTS L.P.** |
| DELL INC. and DELL PRODUCTS L.P.,<br>    Plaintiffs,<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC., *et al.*<br>    Defendants. | |

# [~~PROPOSED~~] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Dell Inc. and Dell Products L.P. against Defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc., and Hitachi, Ltd. in the underlying action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 6/23/17

_____
Honorable Richard Seeborg
United States District Judge