UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL CASE NO. 3:10-MD-02143 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH SUMMARY JUDGMENT AND DAUBERT MOTIONS**<br><br>DATE ACTION FILED: Oct. 27, 2009 |

1  WHEREAS, the Court has set a briefing schedule for the parties' dispositive motions ("Summary Judgment Motions"), and the parties' Daubert Motions (Dkt. 2211);

WHEREAS, consistent with this Court's previous direction to the parties in connection with administrative motions to seal (*see* Dkts. 1021, 1625), the parties wish to avoid burdening the Court with seriatim sealing motions, declarations, and proposed orders that are likely to be filed by the parties and various non-parties in connection with (1) Summary Judgment Motions, including any supporting declarations, exhibits, expert reports, and/or other evidentiary materials (collectively, "Supporting Materials"); (2) Opposition briefs to Summary Judgment Motions, including any Supporting Materials; (3) Reply briefs in support of Summary Judgment Motions, including any Supporting Materials; (4) Daubert Motions, including any Supporting Materials ("Daubert Motions"); (5) opposition briefs to Daubert Motions, including any Supporting Materials; and (6) reply briefs in support of Daubert Motions, including any Supporting Materials (collectively "The Motions");

WHEREAS, in order to provide sufficient time for the parties and non-parties to identify sealable materials in connection with The Motions, all parties other than the Indirect Purchaser Plaintiffs ("IPPs") have agreed to the procedure and schedule set forth below in Paragraphs 1-4, and the IPPs have agreed to the procedure and schedule set forth below in Paragraph 5(a)-(f) with respect to The Motions filed in the IPP action;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval, that:

Procedure With Respect to All Actions (Other than the IPP Action):

1. The party submitting materials in connection with The Motions (the "Filing Party") shall file under seal any document that contains or refers to information designated by a party (the "Designating Party") or non-party (the "Designating Non-Party") under any of the applicable protective orders entered in this action (Dkts. 923, 629, 1605).

2. Within three (3) business days after filing, the Filing Party must provide notice to any Designating Non-Party whose materials have been filed under seal pursuant to this Order.

3. Any Designating Party or Designating Non-Party that seeks to permanently seal information filed in connection with The Motions shall file an administrative motion to seal, a single declaration and proposed order in accordance with Local Civil Rule 79-5 no later than September 19, 2017, which is one week prior to the hearing on dispositive motions, addressing all of its sealing requests related to The Motions.

4. Upon resolution of all such proposed orders, any Filing Party that believes revised redactions may be necessary for the public version of any document previously filed may re-file such document with the sealed portions revised consistent with this Court's rulings.

Procedure With Respect to the IPP Action:

5. With respect to the briefing of The Motions to be filed in connection with the IPP action only (including initial motions, all oppositions, all replies, and all Supporting Materials), the following procedure and schedule will apply:

    a. When a Filing Party seeks to file a document that contains or refers to information designated under any of the applicable protective orders entered in this action (Dkts. 923, 629, 1605), it shall file such document under seal and must include a Notice of Intention to Seal Documents (a "Notice").

    b. In the event the Filing Party intends to file material designated by a Designating Non-Party, the Filing Party must, within three (3) business days of filing a Notice, also provide the Designating Non-Party with the same materials it is required to provide to the parties to this action, with the exception that no material filed under seal by a Designating Party shall be disclosed to a Designating Non-Party.

    c. Within ten (10) business days of the filing of a Notice, any Designating Party and/or Designating Non-Party shall inform the Filing Party whether sealing of any material is required and provide proposed line-item redactions of materials and exhibits to the Filing Party.

    d. Within fourteen (14) business days of the filing of a Notice, the Filing Party shall file (i) a sealed courtesy copy of the filing that highlights or otherwise specifies any material requested to be sealed by a Designating Party or Designating Non-Party in accordance with Civil Local Rule 79-5(d)(2), and (ii) a public version encompassing the requested redactions.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

e. Any Designating Party or Designating Non-Party that seeks to permanently seal information shall file an administrative motion to seal, a single declaration and proposed order in accordance with Local Civil Rule 79-5 no later than September 19, 2017, which is one week prior to the hearing on dispositive motions, addressing all of its sealing requests. The administrative motion to seal, declaration, and proposed order may be consolidated with the administrative motion to seal, declaration, and proposed order referenced in Paragraph 3 above.

f. Upon resolution of all such proposed orders, any Filing Party that believes revised redactions may be necessary for the public version of any document previously filed may re-file such document with the sealed portions revised consistent with this Court's rulings.

IT IS SO STIPULATED.

Dated: June 22, 2017  LATHAM & WATKINS LLP

By: */s/ Belinda S Lee*

Daniel M. Wall (Bar No. 102580)
Belinda S Lee (Bar No. 199635)
Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Dan.Wall@lw.com
Belinda.Lee@lw.com
Brendan.McShane@lw.com

*Acting as Liaison Counsel for Defendants*

Dated: June 22, 2017  HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
SHANA E. SCARLETT

Jeff D. Friedman (173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jeff@hbsslaw.com
shanas@hbsslaw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

| | |
|---|---|
| 1 | Steve W. Berman (Pro Hac Vice) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 3 | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 |
| 4 | steve@hbsslaw.com |
| 5 | *Lead Counsel for Indirect Purchaser Class* |

| | | |
|---|---|---|
| 6 | Dated: June 22, 2017 | CROWELL & MORING LLP |
| 7 | | By: */s/ Beatrice B. Nguyen* |
| 8 | | |
| 9 | | Beatrice B. Nguyen<br>CROWELL & MORING LLP |
| 10 | | Three Embarcadero Center<br>San Francisco, California 94111 |
| 11 | | Telephone: 415.986.2800<br>Facsimile: 415.986.2827 |
| 12 | | bbnguyen@crowell.com |
| 13 | | Matthew J. McBurney<br>CROWELL & MORING LLP |
| 14 | | 1001 Pennsylvania Ave., NW<br>Washington, D.C. 20004 |
| 15 | | Telephone: 202.624.2500<br>Facsimile: 202.628.5116 |
| 16 | | mmcburney@crowell.com |
| 17 | | *Attorneys for Plaintiff HP Inc. f/k/a Hewlett-Packard Company* |
| 18 | Dated: June 22, 2017 | CROWELL & MORING LLP |
| 19 | | By: */s/ Chahira Solh* |
| 20 | | |
| 21 | | Daniel A. Sasse<br>Chahira Solh |
| 22 | | CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor |
| 23 | | Irvine, CA 92614<br>Telephone: 949.263.8400 |
| 24 | | Facsimile: 949.263.8414<br>dsasse@crowell.com |
| 25 | | csolh@crowell.com |
| 26 | | *Attorneys for Ingram Micro Inc. and Synnex Corporation* |
| 27 | Dated: June 22, 2017 | ALSTON & BIRD LLP |
| 28 | | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

By: */s/ Rodney J. Ganske*

Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
Andrew J. Tuck
ALSTON & BIRD LLP
1201 W. Peachtree Street NW
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
andy.tuck@alston.com

James M. Wagstaffe
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105-1576
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
wagstaffe@kerrwagstaffe.com

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P., and as liaison counsel for the Direct Action Plaintiffs*

Dated: June 22, 2017      CARLTON FIELDS JORDEN BURT, P.A.

By: */s/ David B. Esau*

David B. Esau
CityPlace Tower
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
desau@cfjblaw.com

*Attorney for Plaintiffs Acer America Corp., Gateway, Inc., and Gateway U.S. Retail, Inc., f/k/a eMachines, Inc.*

Dated: June 22, 2017      KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: */s/ Robert J. Pfister*

David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

|   |   |   |
|---|---|---|
| 1 | | Robert J. Pfister (State Bar No. 241370) |
| 2 | | Jonathan M. Weiss (State Bar No. 281217) |
|   | | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
|   | | 1999 Avenue of the Stars, Thirty-Ninth Floor |
| 3 | | Los Angeles, California 90067 |
|   | | Telephone:     310-407-4000 |
| 4 | | Facsimile:     310-407-9090 |
|   | | Email:     dstern@ktbslaw.com |
| 5 | |                mtuchin@ktbslaw.com |
|   | |                rpfister@ktbslaw.com |
| 6 | |                jweiss@ktbslaw.com |

1-9: *Counsel for Plaintiffs Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust and Peter Kravitz, as Trustee for the RSH Liquidating Trust*

Dated: June 22, 2017        ROPES & GRAY LLP

By:    */s/ Mark S. Popofsky*

Mark S. Popofsky
One Metro Center
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
mark.popofsky@ropesgray.com

*Attorneys for Defendants Hitachi-LG Data Storage, Inc., Hitachi-LG Data Storage Korea, Inc.*

Dated: June 22, 2017        BLANK ROME LLP

By:    */s/ Lisa M. Kaas*

Lisa M. Kaas
1825 Eye Street NW Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
lkaas@blankrome.com

*Attorneys for Defendants BenQ Corporation and BenQ America Corporation*

Dated: June 22, 2017        WINSTON & STRAWN LLP

By:    */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
200 Park Avenue

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

| | |
|---|---|
| | New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>jkessler@winston.com |
| | *Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| Dated: June 22, 2017 | WINSTON & STRAWN LLP<br><br>By: */s/ Robert B. Pringle*<br><br>Robert B. Pringle<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415)591-1000<br>Facsimile: (415) 591-1400<br>rpringle@winston.com |
| | *Attorneys for Defendant NEC Corporation* |
| Dated: June 22, 2017 | BAKER BOTTS LLP<br><br>By: */s/ Evan J. Werbel*<br><br>Evan J. Werbel<br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br>evan.werbel@bakerbotts.com |
| | *Attorneys for Defendants Koninklijke Philips Electronics N.V., Lite-On IT Corp., Philips & Lite-On Digital Solutions Corp., Philips & Lite-On Digital Solutions USA, Inc.* |
| Dated: June 22, 2017 | EIMER STAHL LLP<br><br>By: */s/ Nathan P. Eimer*<br><br>Nathan P. Eimer<br>224 S. Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>Facsimile: (312) 692-1718<br>neimer@eimerstahl.com |
| | *Attorneys for Defendant LG Electronics, Inc.* |

8

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Dated: June 22, 2017 | | VINSON & ELKINS LLP |

By: */s/ Craig P. Seebald*

Craig P. Seebald
2200 Pennsylvania Ave NW Suite 500 West
Washington, DC 20037-1701
Telephone: (202) 639-6585
Facsimile: (202) 639-660
cseebald@velaw.com

*Attorneys for Defendant Hitachi, Ltd.*

Dated: June 22, 2017                                O'MELVENY & MYERS LLP

By: */s/ Ian T. Simmons*

Ian T. Simmons
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
isimmons@omm.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Dated: June 22, 2017                                JONES DAY

By: */s/ Eric P. Enson*

Eric P. Enson
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
epenson@JonesDay.com

*Attorneys for Defendants Pioneer North America, Inc. and Pioneer Electronics (USA) Inc.*

**IT IS SO ORDERED.**

DATED: 6/28/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

STIPULATION AND [PROPOSED] ORDER
RE ADMIN. MOTIONS TO SEAL
Case No. 3:10-md-2143 RS