Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (admitted *pro hac vice*)
rod.ganske@alston.com
Andrew J. Tuck, Esq. (admitted *pro hac vice*)
Andy.tuck@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (State Bar No. 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1576
TEL: (415) 371-8500
FAX: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, No. 3:13-cv-03350-RS | Case No.: 3:13-cv-03350-RS<br><br>MDL No. 2143<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS SPECIFIC TO THE DELL ACTION**<br><br>Hon. Richard Seeborg |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell"), and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America Inc., Toshiba Corporation, Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., and Toshiba America Information Systems, Inc. (collectively, "Samsung and Toshiba Defendants"), by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, on January 25, 2017, this Court entered a Case Management Order ("Case Management Order") setting a schedule for summary judgment motions and other deadlines in the multi-district litigation styled *In re Optical Disk Drive Antitrust Litig.*, MDL No 2143 (the "MDL") (Dkt. No. 2211);

WHEREAS, the Case Management Order set a June 30, 2017 deadline for dispositive motion(s) in the MDL;

WHEREAS, the Case Management Order set a July 21, 2017 deadline for *Daubert* motions in the MDL;

WHEREAS, Dell has reached an agreement in principle with the Samsung and Toshiba Defendants concerning a resolution between Dell and the Samsung and Toshiba Defendants;

WHEREAS, in order to complete settlement negotiations and finalize the terms of any settlement agreement, and in the interests of judicial economy, Dell and the Samsung and Toshiba Defendants request that the Court temporarily take off calendar the June 30 and July 21 deadlines for Dell and the Samsung and Toshiba Defendants to file any dispositive and *Daubert* motions specific to Dell in the Dell Action only (*Dell Inc. and Dell Products L.P. v. Hitachi-LG Data Storage Inc., et al.*, No. 3:13-cv-03350-RS, the "Dell Action");

WHEREAS, in the unlikely event that an agreement between Dell and the Samsung and Toshiba Defendants is not reached, counsel for Dell and the Samsung and Toshiba Defendants agree to meet and confer in good faith to agree on and submit a joint report regarding the need for a revised briefing schedule, and (if necessary) a proposed revised briefing schedule, for dispositive and/or *Daubert* motions specific to the Dell Action, no later than July 14, 2017;

WHEREAS, that joint report (if necessary) will ensure that any dispositive and/or *Daubert* motion briefing specific to the Dell Action is fully submitted at least seven (7) days prior to any hearing

| | |
|---|---|
| 1 | on dispositive motions which is set in the MDL to ensure that dispositive motions specific to the Dell |
| 2 | Action could be heard on the same hearing date as other dispositive motions in the MDL; and |
| 3 |     WHEREAS, nothing in this Stipulation alters or is intended to alter any other dates or Orders |
| 4 | of this Court in the MDL or in any other individual or related action; |
| 5 |     NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED by and between the |
| 6 | undersigned counsel for Dell and the Samsung and Toshiba Defendants, as follows: |
| 7 |     1.    The filing deadlines for Dell and the Samsung and Toshiba Defendants to file |
| 8 | dispositive and *Daubert* motions specific to the Dell Action are taken off calendar. No later than July |
| 9 | 14, 2017, Dell and the Toshiba and Samsung Defendants shall submit to this Court a joint report |
| 10 | regarding the need for a revised briefing schedule, and (if necessary) a proposed revised briefing |
| 11 | schedule, for dispositive and *Daubert* motions specific to the Dell Action. |

**IT IS SO STIPULATED**.

Dated: June 28, 2017    **ALSTON & BIRD LLP**
*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*

*/s/ Rodney J. Ganske*

Dated: June 28, 2017    **O'MELVENY & MYERS LLP**
*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

*/s/ Ian Simmons*

Dated: June 28, 2017    **LATHAM & WATKINS LLP**
*Attorneys for Defendants Toshiba Corporation, Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., and Toshiba America Information Systems, Inc.*

*/s/ Belinda S Lee*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 28, 2017    */s/ Rodney J. Ganske*

**PURSUANT TO STIPULATION, AND WITH GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED**

DATED: 6/28/17

*[signature]*
HONORABLE RICHARD G. SEEBORG
United States District Judge
Northern District of California