1  Robert B. Pringle (SBN: 051365)
   rpringle@winston.com
2  Paul R. Griffin (SBN: 083541)
   pgriffin@winston.com
3  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
4  Jeanifer E. Parsigian (SBN: 289001)
   jparsigian@winston.com
5  WINSTON & STRAWN LLP
   101 California Street, Suite 3500
6  San Francisco, CA  94111-5802
   Telephone:     (415) 591-1000
7  Facsimile:      (415) 591-1400

8  Attorneys for Defendant
   NEC Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Master File No. 3:10-md-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>*Acer America Corporation, et al., v. Lite-On IT Corporation, et al.*, No. 3:13-cv-4991-RS<br><br>*Hewlett-Packard Company v. Toshiba Corporation, et al.*, No. 3:13-cv-05370-RS | Individual Case Nos. 3:13-cv-4991-RS; 3:13-cv-05370-RS<br><br>**NEC CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED UPON INSUFFICIENCY OF THE EVIDENCE AND WITHDRAWAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:      September 26, 2017<br>Time:     9:00 a.m.<br>Dept:     Courtroom 3, 17th Floor<br>Before:   Honorable Richard Seeborg |

# DOCUMENT SUBMITTED UNDER SEAL PURSURANT TO ECF NO. 2322

---