Robert B. Pringle (SBN: 051365)
rpringle@winston.com
Paul R. Griffin (SBN: 083541)
pgriffin@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendant
NEC Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Master File No. 3:10-md-02143-RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>*Acer America Corporation, et al., v. Lite-On IT Corporation, et al.*, No. 3:13-cv-4991-RS<br><br>*Hewlett-Packard Company v. Toshiba Corporation, et al.*, No. 3:13-cv-05370-RS | Individual Case Nos. 3:13-cv-4991-RS; 3:13-cv-05370-RS<br><br>**DECLARATION OF JEANIFER E. PARSIGIAN IN SUPPORT OF NEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT BASED UPON INSUFFICIENCY OF THE EVIDENCE AND WITHDRAWAL** |

PARSIGIAN DECLARATION IN SUPPORT OF NEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. 3:10-MD-02143-RS, MDL NO. 2143

I, Jeanifer E. Parsigian, declare and state as follows:

1. I am a lawyer with Winston & Strawn LLP, counsel for Defendant NEC Corporation in the above-captioned matter. I am a member of the bar of this Court. Except as otherwise noted, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of NEC Corporation's Motion for Summary Judgment Based Upon Insufficiency of the Evidence and Withdrawal.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Rebuttal Report of Michael P. Smith, Ph.D., dated April 3, 2017. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

4. Attached hereto as **Exhibit 2** is a true and correct copy of the NEC Corporation and Sony Corporation Memorandum of Understanding, Bates labeled NECODD00011095 – NECODD00011104. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an NEC press release titled "Sony and NEC Sign Definitive Agreement to Establish a Joint Venture in the Optical Disk Drive Business," available at http://www.nec.co.jp/press/en/0602/2701.html, and dated February 27, 2006.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a Sony press release titled "Sony and NEC Sign Definitive Agreement to Establish a Joint Venture in the Optical Disk Drive Business," available at https://www.sony.net/SonyInfo/News/Press/200602/06-017E/, and dated February 27, 2006.

7. Attached hereto as **Exhibit 5** is a true and correct copy of NEC Corporation's Supplemental Narrative Responses to Plaintiffs' Joint Notice of Deposition of Defendant NEC Corporation, dated March 22, 2013.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

8. Attached hereto as **Exhibit 6** is a true and correct copy of the February 27, 2006 Joint Venture Agreement between Sony Corporation and NEC Corporation, Bates labeled NECODD00002270.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Junsuke (James) Mikami, taken November 15-16, 2016.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document Bates labeled NECODD00006581 – NECODD00006583.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates labeled NECODD00004074 – NECODD00004075.  This exhibit has been filed under seal pursuant to the

2

PARSIGIAN DECLARATION IN SUPPORT OF NEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. 3:10-MD-02143-RS, MDL NO. 2143

Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document Bates labeled NECODD00006051 – NECODD00006053. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

13. Attached hereto as **Exhibit 11** is a true and correct copy of the April 2, 2007 Asset Sale Agreement by and between NEC Corporation of America and Sony NEC Optiarc America Inc., Bates labeled NECODD00011116 – NECODD00011163. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Deposition of Glenn R. Brower, taken on October 7, 2016. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

15. Attached hereto as **Exhibit 13** is a true and correct copy of a Sony press release titled "Agreement to Make Sony NEC Optiarc Inc. a Wholly-Owned Subsidiary of Sony group," available at https://www.sony.net/SonyInfo/News/Press/200809/08-0911E/index.html, and dated September 11, 2008.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an NEC press release titled "Agreement to Make Sony NEC Optiarc Inc. a Wholly-Owned Subsidiary of Sony group," available at http://www.nec.co.jp/press/en/0809/1101.html, and dated September 11, 2008.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an article from the International Herald Tribune titled "Sony Invests in Blu-Ray Disc Shot Stocks," available at http://go.galegroup.com/ps/i.do?p=STND&sw=w&u=sfpl_main&v=2.1&id=GALE%7CA184788700&it=r&asid=e86be214f6df8347a8068b5bf453de62, and dated September 12, 2008.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an article from Electronic Engineering Times titled "Japan's High-Tech Giants Nibble At Edges of Change," available at http://www.eetimes.com/document.asp?doc_id=1169264, and dated September 15, 2008.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an article from Jiji Press titled "Sony to Fully Own Optical Disc Drive JV," dated September 11, 2008.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 1509 from the Deposition of Junsuke (James) Mikami, Bates labeled SOA_CIV_00312999. This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

21. Attached hereto as **Exhibit 19** is a true and correct copy of NEC Corporation's Objections and Responses to Plaintiff HP Inc.'s First Set of Interrogatories, dated December 2, 2016.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a U.S. Department of Justice press release titled "Hitachi-LG Data Storage Inc. Agrees to Plead Guilty to Participating in Bid-Rigging and Price-Fixing Conspiracies Involving Optical Disk Drives," available at https://www.justice.gov/opa/pr/hitachi-lg-data-storage-inc-agrees-plead-guilty-participating-bid-rigging-and-price-fixing, and dated September 30, 2011.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Defendant Philips & Lite-On Digital Solutions Corp. & Philips & Lite-On Digital Solutions U.S.A., Inc.'s Responses to

Panasonic Corporation and Panasonic Corporation of North America's First Set of Requests for Admissions, dated September 12, 2012.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document titled "Summary of Commission Decision," available at the European Commission website http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:52016XC1224(03)&from=EN, and dated October 21, 2015.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document titled "September, 2012 [Decisions]," available at the Taiwan Fair Trade Commission website http://www.ftc.gov.tw/internet/english/doc/docDetail.aspx?uid=179&docid=12553.

26. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the Deposition of Steve Van Vorst, taken on October 14, 2016.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos. 923, 629, 1605).

27. Attached hereto as **Exhibit 25** is a true and correct copy of Defendant NEC Corporation's First Set of Interrogatories to Acer, dated November 4, 2016.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendant NEC Corporation's First Set of Interrogatories to Plaintiff HP Inc., dated November 4, 2016.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Acer's Second Supplemental Responses and Objections to Defendant NEC Corporation's First Set of Interrogatories, dated January 10, 2017.  This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert Motions (MDL ECF Nos. 2322) as it contains information designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in this action (MDL Dkts. 923, 629, 1605).

30. Attached hereto as **Exhibit 28** is a true and correct copy of Plaintiff HP Inc.'s Objections and Responses to Defendant NEC Corporation's First Set of Interrogatories, dated

1  December 7, 2016.  This exhibit has been filed under seal pursuant to the Stipulation and Order

2  Regarding Administrative Motions to Seal Materials Filed in Connection with Summary Judgment

3  and Daubert Motions (MDL ECF No. 2322) as it contains information designated as "Confidential"

4  or "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos.

5  923, 629, 1605).

6      31.    Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit E to Plaintiff HP

7  Inc.'s Seventh Supplemental Objections and Responses to Defendant Panasonic Corporation's First

8  Set of Interrogatories, dated December 7, 2016.  This exhibit has been filed under seal pursuant to

9  the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection

10  with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information

11  designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in

12  this action (MDL ECF Nos. 923, 629, 1605).

13      32.    Attached hereto as **Exhibit 30** is a true and correct copy of a document Bates labeled

14  HLDS_CIV0149067 – HLDS_CIV0149071.

15      33.    Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the

16  Deposition of Michael Chang, taken on March 10, 2016.  This exhibit has been filed under seal

17  pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in

18  Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains

19  information designated as "Confidential" or "Confidential – Restricted" under the applicable

20  protective orders in this action (MDL ECF Nos. 923, 629, 1605).

21      34.    Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the

22  Deposition of Hyun Soo (Jason) Kim, taken on October 12, 2015.  This exhibit has been filed under

23  seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed

24  in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains

25  information designated as "Confidential" or "Confidential – Restricted" under the applicable

26  protective orders in this action (MDL ECF Nos. 923, 629, 1605).

27      35.    Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the

28  Deposition of Jae-Hun (Kenny) Lee, taken on January 21, 2016.  This exhibit has been filed under

1  seal pursuant to the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed
2  in Connection with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains
3  information designated as "Confidential" or "Confidential – Restricted" under the applicable
4  protective orders in this action (MDL ECF Nos. 923, 629, 1605).

5        36.    Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the
6  Deposition of Alpha Tsai, taken on April 5, 2016. This exhibit has been filed under seal pursuant to
7  the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed in Connection
8  with Summary Judgment and Daubert Motions (MDL ECF No. 2322) as it contains information
9  designated as "Confidential" or "Confidential – Restricted" under the applicable protective orders in
10 this action (MDL ECF Nos. 923, 629, 1605).

11       37.    Attached hereto as **Exhibit 35** is a true and correct copy of Exhibit 1329 from the
12 Deposition of Glenn R. Brower, Bates labeled SOA_DOJ_1_1664051 – SOA_DOJ_1_1664052.
13 This exhibit has been filed under seal pursuant to the Stipulation and Order Regarding
14 Administrative Motions to Seal Materials Filed in Connection with Summary Judgment and Daubert
15 Motions (MDL ECF No. 2322) as it contains information designated as "Confidential" or
16 "Confidential – Restricted" under the applicable protective orders in this action (MDL ECF Nos.
17 923, 629, 1605).

18     I declare under penalty of perjury under the laws of the United States of America that the
19 foregoing is true and correct.

20 DATED:  June 30, 2017                WINSTON & STRAWN LLP

22                             By:  */s/ Jeanifer E. Parsigian*
23                                  Jeanifer E. Parsigian

24                            Attorney for Defendant
                              NEC CORPORATION

7
PARSIGIAN DECLARATION IN SUPPORT OF NEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. 3:10-MD-02143-RS, MDL NO. 2143

## ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 30, 2017　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　By:  */s/ Robert B. Pringle*
　　　　　　　　　　　　　　　　　　　　　Robert B. Pringle

　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　NEC CORPORATION