Evan J. Werbel (*pro hac vice*)
John M. Taladay (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-1323
Fax: (202) 585-4077
Evan.werbel@bakerbotts.com
John.taladay@bakerbotts.com

Stuart C. Plunkett (SBN 187971)
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6203
Facsimile: (415) 291-6303
Stuart.plunkett@bakerbotts.com

*Counsel for Defendants Philips North America LLC, and Lite-On Sales & Distribution, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-cv-03248 RS<br><br>Case No. 3:15-cv-06325 RS<br><br>MDL Case No. 3:10-md-2143 RS |
| This Document Relates to:<br><br>*Alfred H. Siegel v. Sony Corporation et al.*<br><br>*Peter Kravitz v. Sony Corporation et al.* | **DECLARATION OF TIFFANY B. GELOTT IN SUPPORT OF DEFENDANTS PHILIPS NORTH AMERICA LLC AND LITE-ON SALES & DISTRIBUTION, INC.'S JOINT MOTION FOR SUMMARY JUDGMENT** |

I, Tiffany Gelott, declare and state as follows:

1. I am an associate with Baker Botts LLP, attorneys for Philips North America LLC and Lite-On Sales & Distribution, Inc. in the above-captioned action. I am a member of the bar of the District of Columbia and have been admitted to practice before this Court in this matter *pro hac vice*.

2. I make this declaration in support of Defendants Philips North America LLC and Lite-on Sales & Distribution, Inc.'s Joint Motion for Summary Judgment. The information contained herein is based on my own personal knowledge, and if called as a witness I could, and would, testify competently that the matters set forth herein are true.

3. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the Deposition of Kenneth Rubenstein (December 8, 2016) ("Rubenstein Dep.").

4. Circuit City and RadioShack never served any interrogatories or document requests regarding PNA or LSDI.

5. Circuit City and RadioShack did not probe the subject of PNA or LSDI's involvement in the conspiracy at any witness deposition.

6. PNA and LSDI were not mentioned substantively at any PLDS witness deposition.

7. Circuit City and RadioShack did not ask a single question about PNA or LSDI at any fact or expert deposition.

8. On December, 8, 2016, Kenneth Rubenstein, an attorney engaged by members of the DVD3c and DVD6c patent pools to evaluate patents in connection with those pools, testified that he had never heard of LSDI. Mr. Rubenstein also testified that he was not certain of PNA's connection to Philips.

9. Plaintiffs' expert reports and rebuttals only mention PNA or LSDI when listing defendants.

10. The expert reports of Dr. Frankel, who determined damages allegedly caused by the conspiracy to Circuit City and RadioShack, do not include any evidence of damages specifically caused by PNA or LSDI.

11. The expert reports of Dr. Hayes, who opines on the existence of an overarching conspiracy in the ODD industry, do not identify any specific evidence against PNA or LSDI tying them to the conspiracy.

12. There was no testimony regarding PNA or LSDI at any expert witness depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2017 in Washington, D.C.

*/s/ Tiffany B. Gelott*

Tiffany B. Gelott

GELOTT DECL. ISO PNA AND LSDI JOINT MOTION
FOR SUMMARY JUDGMENT

Case No. 3:10-MD-02143 RS