LATHAM & WATKINS LLP
Daniel M. Wall (Bar No. 102580)
Belinda S Lee (Bar No. 199635)
Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: *Dan.Wall@lw.com*
*Belinda.Lee@lw.com*
*Brendan.McShane@lw.com*

*Counsel for Defendants Toshiba Corporation and Toshiba America Information Systems*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE ANTITRUST LITIGATION | Base Case No. 3:10-md-2143 RS<br>MDL No. 2143 |
| This Document Relates to:<br>INGRAM MICRO INC., et al.<br>v.<br>LG ELECTRONICS, INC., et al. | Individual Case No. 3:13-cv-05372-RS<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS SPECIFIC TO THE INGRAM AND SYNNEX ACTION**<br>Hon. Richard Seeborg |

Plaintiffs Ingram Micro Inc. and Synnex Corporation (collectively, "Ingram and Synnex"), and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Panasonic Corporation, Panasonic Corporation of North America, NEC Corporation, BenQ Corporation, BenQ America Corp., Koninklijke Philips N.V., Lite-On IT Corp., Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc. (collectively together, the "Defendants"), by and through undersigned counsel, stipulate and agree to the below:

WHEREAS, on January 25, 2017, this Court entered a Case Management Order ("Case Management Order") setting a schedule for summary judgment motions and other deadlines in the multi-district litigation styled *In re Optical Disk Drive Antitrust Litig.*, MDL No 2143 (the "MDL") (Dkt. No. 2211);

WHEREAS, the Case Management Order set a June 30, 2017 deadline for dispositive motion(s) in the MDL;

WHEREAS, the Case Management Order set a July 21, 2017 deadline for *Daubert* motions in the MDL;

WHEREAS, each of Ingram and Synnex have reached agreements in principle, or are in related discussions, with each of the Defendants concerning a resolution of the claims brought by Ingram and Synnex against each Defendant;

WHEREAS, in order to continue those negotiations and/or to finalize the terms of the settlement agreements, Ingram and Synnex and Defendants request that the Court temporarily take off calendar the June 30 and July 21 deadlines for Ingram and Synnex and each Defendant to file any dispositive and *Daubert* motions specific to either of Ingram or Synnex in the Ingram and Synnex Action only (*Ingram Micro Inc., et al v. LG Electronics, Inc., et al.*, No. 3:13-cv-05372-RS, the "Ingram and Synnex Action");

WHEREAS, in the unlikely event that settlement between Ingram and Synnex and any of the Defendants is not finalized, counsel for Ingram and Synnex and any non-settling Defendant(s) agree to meet and confer in good faith in order to submit a joint report regarding the need for a revised briefing schedule, and (if necessary) a proposed revised briefing schedule, for dispositive and/or *Daubert* motions specific to the Ingram and Synnex Action, no later than July 31, 2017; and

WHEREAS, nothing in this Stipulation alters or is intended to alter any other dates or Orders of this Court in the MDL or in any other individual or related action;

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the undersigned counsel for Ingram and Synnex and Defendants, as follows:

1. The filing deadlines for Ingram and Synnex and Defendants to file dispositive and *Daubert* motions specific to the Ingram and Synnex Action are taken off calendar.

2. If necessary, no later than July 31, 2017, Ingram and Synnex and any non-settling Defendant(s) shall submit to this Court a joint report regarding the need for a revised briefing schedule, and a proposed revised briefing schedule, for dispositive and *Daubert* motions specific to the Ingram and Synnex Action.

**IT IS SO STIPULATED**.

Dated: June 30, 2017

**LATHAM & WATKINS LLP**
*Attorneys for Defendants Toshiba Corporation, and Toshiba America Information Systems, Inc.*

*/s/ Belinda S Lee*

Dated: June 30, 2017

**WINSTON & STRAWN LLP**
*Attorneys for Panasonic Corporation and Panasonic Corporation of North America*

*/s/ George E. Mastoris*

Dated: June 30, 2017

**WINSTON & STRAWN LLP**
*Attorneys for NEC Corporation*

*/s/ Robert J. Pringle*

Dated: June 30, 2017

**BAKER BOTTS LLP**
*Attorneys for Defendants Koninklijke Philips N.V., Lite-On IT Corp., Philips & Lite-On Digital Solutions Corp., and Philips & Lite-On Digital Solutions USA, Inc.*

*/s/ Evan J. Werbel*

Dated: June 30, 2017

**BLANK ROME LLP**
*Attorneys for Defendants BenQ Corporation and BenQ America Corp.*

Dated: June 30, 2017

/s/ Lisa M. Kaas

**CROWELL & MORING LLP**
*Attorneys for Plaintiffs Ingram Micro Inc. and SYNNEX Corporation*

/s/ Daniel A. Sasse

**PURSUANT TO STIPULATION, AND WITH GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

DATED: 7/7/17

HONORABLE RICHARD G. SEEBORG
United States District Judge
Northern District of California