IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
BENJAMIN G. BRADSHAW (S.B. #189925)
bbradshaw@omm.com
DAVID J. RIBNER (admitted *pro hac vice*)
dribner@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:	(202) 383-5300
Facsimile:	(202) 383-5414

JAMES BO PEARL (S.B. #1984841)
jpearl@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone:	(310) 553-6700
Facsimile:	(310) 246-6779

*Attorneys for Defendant Samsung Electronics Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 3:10-md-2143 RS<br>MDL No. 2143<br><br>**DECLARATION OF IAN SIMMONS IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF IAN SIMMONS**

I, Ian Simmons, declare as follows:

1.  I am a partner of O'Melveny & Myers LLP, with an office located at 1625 Eye Street NW, 10th Floor, Washington, DC 20006. O'Melveny is counsel for Defendant Samsung Electronics Co., Ltd. ("SEC"). I am a member of the bars of the Commonwealth of Pennsylvania and the District of Columbia. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify completely hereto.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of the Indirect Purchaser Plaintiffs' ("IPPs") economic expert, Kenneth Flamm, Ph.D., taken on March 24, 2017.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Expert Report of Dr. Luís Cabral, the IPPs' economic expert, dated February 1, 2017.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Expert Report of Kenneth Flamm, Ph.D., the IPPs' economic expert, dated February 1, 2017.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the Updated Expert Report of Edward A. Snyder, Ph.D., Defendants' economic expert, dated April 21, 2017, submitted in Dell Inc. and Dell Products L.P's. direct action case, No. 3:13-cv-03350 RS.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Kevin M. Murphy, Defendants' economic expert, dated April 3, 2017.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the Updated Expert Report of Edward A. Snyder, Ph.D., Defendants' economic expert, dated April 21, 2017.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the Declaration of Dr. Michelle M. Burtis in Support of Defendants' Opposition to Class Certification, filed under seal on October 21, 2013 (ECF No. 1035).

9.  Attached hereto as **Exhibit 8** is a true and correct copy of a December 30, 2014 letter sent from Lester C. Houtz on behalf of HP Inc. to Michelle L. Visser and James Pearl. This letter was introduced as Exhibit 982 at the Deposition of Kevin M. Kilian taken on March 28,

1 | 2016.

2 | 10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the
3 | transcript of the deposition of Kevin M. Kilian, 30(b)(6) witness for HP Inc., taken on March 28,
4 | 2017.

5 | 11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the
6 | transcript of the deposition of Russell A. Hudson, 30(b)(6) witness for HP Inc., taken on March
7 | 22, 2016.

8 | 12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the
9 | transcript of the deposition of Laura Tardiff taken on January 25, 2017.

10 | 13. Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiffs Dell Inc.'s
11 | and Dell Products L.P.'s First Supplemental Responses to Defendant Samsung Electronics Co.,
12 | Ltd.'s First Set of Interrogatories. These discovery responses were verified by Alan Richey of
13 | Dell Inc. on December 11, 2015 and were served in this litigation on December 11, 2015.

14 | 14. Attached hereto as **Exhibit 13** is a true and correct copy of ▮▮▮▮▮▮▮▮
15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 | 15. Attached hereto as **Exhibit 14** is a true and correct copy of the document Bates
20 | labeled DELL-ODD-00189184 produced by Dell in this litigation and introduced by Defendants
21 | as Exhibit 1056 during the May 12, 2016 deposition of Alex Wu. *See* A. Wu Dep. Tr. 92:13-
22 | 94:11.

23 | 16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the
24 | transcript of the deposition of Alex Wu taken on May 12, 2016.

25 | 17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the
26 | document Bates labeled DELL-ODD-00085248 produced by Dell in this litigation and introduced
27 | by Defendants as Exhibit 1055 during the May 12, 2016 deposition of Alex Wu. *See* A. Wu Dep.
28 |

1  Tr. 44:25-48:18.

2      18.    Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the
3  transcript of the deposition of Alex Oon taken on June 2, 2016.

4      19.    Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiffs Dell Inc. and
5  Dell Products L.P.'s First Supplemental Responses to Defendants Samsung Electronics Co., Ltd.
6  and Samsung Electronics America, Inc.'s Second Set of Interrogatories.  These discovery
7  responses were verified by Alan Richey of Dell Inc. on June 30, 2016 and were served in this
8  litigation on July 1, 2016.

9      20.    Attached hereto as **Exhibit 19** is a true and correct copy of a May 31, 2015 letter
10  sent from Andrew J. Tuck on behalf of Dell to my colleague, Stephen J. McIntyre.  Mr. McIntyre
11  received this letter via email on May 31, 2015.

12      21.    Attached hereto as **Exhibit 20** is a true and correct copy of the [Corrected] Expert
13  Report of Dr. Andres V. Lerner, Defendants' economic expert, dated April 3, 2017.

14      22.    Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration of
15  Shane Gregorczyk as corporate representative of Dell, filed under seal on October 21, 2013 (ECF
16  No. 1027-2).

17      23.    Attached hereto as **Exhibit 22** is a true and correct copy of the Declaration of
18  Bruce Greenwood as corporate representative of Hewlett-Packard Company, filed under seal on
19  October 21, 2013 (ECF No. 1027-3).

20      24.    Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the
21  transcript of the deposition of Tony Arif, 30(b)(6) witness for Newegg, Inc., taken on October 9,
22  2013.

23      25.    Attached hereto as **Exhibit 24** is a true and correct copy of the Declaration of
24  Tanya Manwiller as corporate representative of Walmart Stores, Inc., filed under seal on October
25  21, 2013 (ECF No. 1026-10).

26      26.    Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the
27  transcript of the deposition of George Hussain Ali, 30(b)(6) witness for TigerDirect, Inc., taken

28

- 4 -

1  on October 9, 2013.

2      27.     Attached hereto as **Exhibit 26** is a true and correct copy of the Declaration of Raj Seth as corporate representative of Fry's Electronics, Inc., filed under seal on October 21, 2013 (ECF No. 1026-4).

    28.     Attached hereto as **Exhibit 27** is a true and correct copy of the Declaration of Brian Clark as corporate representative of ASI Computer Technologies, Inc., filed under seal on October 21, 2013 (ECF No. 1026-1).

    29.     Attached hereto as **Exhibit 28** is a true and correct copy of the Declaration of Christie Rugh as corporate representative of Sears, Roebuck & Co., filed under seal on October 21, 2013 (ECF No. 1026-8).

    30.     Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the revised transcript of the deposition of Jason Bonfig, 30(b)(6) witness for Best Buy, taken on September 13, 2013.

    31.     Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the deposition of Billy Reynolds taken on November 10-11, 2015.

    32.     Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the deposition of Bong-Seok (Bryan) Park taken on December 10, 2016.

    33.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the deposition of Jae-Hun (Kenny) Lee taken on January 18-22, 2016.

    34.     Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the transcript of the deposition of Jin Sung (Luke) Choi taken on November 2-6, 2015.

    35.     Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the transcript of the deposition of Dae-Sung (David) Kim taken on June 6-8, 2016.

    36.     Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the transcript of the deposition of Michael Chang taken on October 9-10, 2016.

    37.     Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the transcript of the deposition of Hyun Soo (Jason) Kim taken on October 12-16, 2015.

1  38.    Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the
2  transcript of the deposition of Charlie Tseng taken on August 25-26, 2016.

3  39.    Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the
4  transcript of the deposition of Woo Jin (Eugene) Yang taken on July 21-24, 2013.

5  40.    Attached hereto as **Exhibit 39** is a true and correct copy of excerpts from the
6  transcript of the deposition of Leland Key taken on July 20, 2016.

7  41.    Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the
8  transcript of the deposition of Sun Kyun (Eskey) Kim taken on October 26-28, 2015.

9  42.    Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from the
10 transcript of the deposition of Jenn Chiang (J.C.) Lim taken on July 31-August 2, 2013.

11 43.    Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from the
12 transcript of the deposition of Steve Van Vorst taken on October 14, 2016.

13 44.    Attached hereto as **Exhibit 43** is a true and correct copy of excerpts from the
14 transcript of the deposition of Yew Kwong (Fred) Wong taken on January 13-14, 2016.

15 45.    Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the
16 transcript of the deposition of Shi Yang (Shannon) Yu taken on October 24, 2016.

17 46.    Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the
18 transcript of the deposition of Junsuke (James) Mikami taken on January 3, 2017.

19 47.    Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the
20 transcript of the deposition of Glenn Brower taken on November 9, 2016.

21 48.    Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the
22 transcript of the deposition of Sik (Daniel) Hur taken on November 16-20, 2015.

23 49.    Attached hereto as **Exhibit 48** is a true and correct copy of excerpts from the
24 transcript of the deposition of Duha Hwang taken on August 4, 2016.

25 50.    Attached hereto as **Exhibit 49** is a true and correct copy of excerpts from the
26 transcript of the deposition of Yow Tsong (Jerry) Hsieh taken on December 2-4, 2015.

27 51.    Attached hereto as **Exhibit 50** is a true and correct copy of the document Bates
28

1  labeled ODDCIV-003426691 produced by Philips & LiteOn Digital Solutions Corp. ("PLDS") in this litigation.

52.  Attached hereto as **Exhibit 51** is a true and correct copy of the document Bates labeled ODDCIV-003418738 produced by PLDS in this litigation and introduced by Defendants as Exhibit 812 during the deposition of Yow Tsong (Jerry) Hsieh.  *See* Y.T. Hsieh Dep. Tr. 531:7-532:12.

53.  Attached hereto as **Exhibit 52** is a true and correct copy of the document Bates labeled ODDCIV-003851271 produced by PLDS in this litigation and introduced by Defendants as Exhibit 806 during the deposition of Yow Tsong (Jerry) Hsieh.  *See* Y.T. Hsieh Dep. Tr. 470:15-471:3.

54.  Attached hereto as **Exhibit 53** is a true and correct copy of the document Bates labeled ODDCIV-000089261 produced by PLDS in this litigation and introduced by Defendants as Exhibit 801 during the deposition of Yow Tsong (Jerry) Hsieh.  *See* Y.T. Hsieh Dep. Tr. 458:19-459:8.

55.  Attached hereto as **Exhibit 54** are true and correct copies of (1) the document Bates labeled HLDS_CIV0000100 produced by Hitachi-LG Data Storage, Inc. ("HLDS") in this litigation and (2) a certified English language translation of that document introduced by Defendants as Exhibits 546 and 546A during the deposition of Hyun Soo (Jason) Kim.  *See* H.S. Kim Dep. Tr. 639:3-640:8.

56.  Attached hereto as **Exhibit 55** are true and correct copies of (1) the document Bates labeled TSSTK-0065325 produced by Toshiba Samsung Storage Technology Corporation Korea ("TSSTK") in this litigation and (2) a certified English language translation of that document introduced by Defendants as Exhibits 884 and 884A during the deposition of Jae-Hun (Kenny) Lee.  *See* J.H. Lee Dep. Tr. 532:17-533:16.

57.  Attached hereto as **Exhibit 56** is a true and correct copy of the document Bates labeled DELL-ODD-00039050 produced by Dell and introduced by Defendants as Exhibit 1448 during the deposition of Jay Pettersson.  *See* J. Pettersson Dep. Tr. 79:5-81:7.

58. Attached hereto as **Exhibit 57** is a true and correct copy of excerpts from the transcript of the deposition of the IPPs' economic expert, Luís Cabral, Ph.D., taken on March 21, 2017.

59. Attached hereto as **Exhibit 58** is a true and correct copy of HLDS's Plea Agreement, *United States v. Hitachi-LG Data Storage, Inc.*, No. CR 11-00724-RS (N.D. Cal. Nov. 8, 2011)

60. Attached hereto as **Exhibit 59** is a true and correct copy of Defendants PLDS and Philips & Lite-On Digital Solutions U.S.A., Inc.'s Second Supplemental Response to Indirect Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4, 5 and 13.  These discovery responses were served in this litigation on December 31, 2012.

61. Attached hereto as **Exhibit 60** is a true and correct copy of Defendants PLDS and Philips & Lite-On Digital Solutions U.S.A., Inc.'s Response to Panasonic Corporation and Panasonic Corporation of North America's First Set of Requests for Admissions.  These discovery responses were served in this litigation on September 12, 2012.

62. Attached hereto as **Exhibit 61** is a true and correct copy of Defendants HLDS and Hitachi-LG Data Storage Korea, Inc.'s Second Amended Objections and Responses to Direct Action Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 26, 2016.

63. Attached hereto as **Exhibit 62** is a true and correct copy of excerpts from the transcript of the deposition of Hwan (John) Suh taken on September 14, 2016.

64. Attached hereto as **Exhibit 63** is a true and correct copy of excerpts from the transcript of the deposition of Mun Piao (M.P.) Cheong taken on November 22, 2016.

65. Attached hereto as **Exhibit 64** is a true and correct copy of excerpts from the transcript of the deposition of Makoto Naito taken on November 8, 2016.

66. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts from the transcript of the deposition of Satoshi Nitta taken on October 4, 2016.

67. Attached hereto as **Exhibit 66** is a true and correct copy of excerpts from the

1  transcript of the deposition of Hiroshi Suzuki taken on January 9-10, 2017.

2  68.  Attached hereto as **Exhibit 67** is a true and correct copy of excerpts from the
3  transcript of the deposition of Alpha Tsai taken on April 4-5, 2016.

4  69.  Attached hereto as **Exhibit 68** is a true and correct copy of Defendant Toshiba
5  Corporation's Amended Responses and Objections to Interrogatory Nos. 4 and 5 of Indirect
6  Purchaser Plaintiffs' First Set of Interrogatories to Defendants.  These discovery responses were
7  served in this litigation on December 9, 2016.

8  70.  Attached hereto as **Exhibit 69** is a true and correct copy of First Amended and
9  Supplemental Objections and Responses of Defendant Panasonic Corporation of North America
10 to Indirect Purchaser Plaintiffs' First Set of Interrogatories (Nos. 4 and 5).  These discovery
11 responses were served in this litigation on January 31, 2013.

12 71.  Attached hereto as **Exhibit 70** is a true and correct copy of Defendants TEAC
13 Corporation and TEAC America, Inc.'s Supplemental and Amended Responses to Interrogatories
14 4 and 5 of Indirect Purchaser Plaintiffs' First Set of Interrogatories.  These discovery responses
15 were verified by Derek Davis on December 9, 2016 and served in this litigation on December 9,
16 2016.

17 72.  Attached hereto as **Exhibit 71** is a true and correct copy of First Amended and
18 Supplemental Objections and Responses of Defendant Panasonic Corporation to Indirect
19 Purchaser Plaintiffs' First Set of Interrogatories (Nos. 4 and 5).  These discovery responses were
20 served in this litigation on January 31, 2013.

21 73.  Attached hereto as **Exhibit 72** is a true and correct copy of Defendant Quanta
22 Storage Inc.'s Second Amended and Supplemental Objections and Responses to Indirect
23 Purchaser Plaintiffs' First Set of Interrogatories. These discovery responses were served in this
24 litigation on January 31, 2013.

25 74.  Attached hereto as **Exhibit 73** is a true and correct copy of Defendant Samsung
26 Electronics Co., Ltd.'s Amended Objections and Responses to Interrogatory Numbers Four and
27 Five of Indirect Purchaser Plaintiffs' First Set of Interrogatories.  These discovery responses were

28

verified by Sang-Hoon Park on December 9, 2016 and served in this litigation on December 9, 2016.

75. Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the Expert Report of Leslie M. Marx, Ph.D., Dell's economic expert, dated February 1, 2017.

76. Attached hereto as **Exhibit 75** is a true and correct copy of excerpts from Plaintiff HP Inc.'s Eighth Supplemental Objections and Responses to Defendant Panasonic Corporation's First Set of Interrogatories. These discovery responses were verified by Russell A. Hudson of HP Inc. on January 11, 2017 and served in this litigation on January 13, 2017.

77. Attached hereto as **Exhibit 76** is a true and correct copy of excerpts from Luis M.B. Cabral, *Introduction to Industrial Organization* (1st ed. 2000).

78. Attached hereto as **Exhibit 77** is a true and correct copy of excerpts from Matthew Bennett & Phillips Collins, *The Law and Economics of Information Sharing: The Good, the Bad and the Ugly*, 6 Eur. Comp. J. 311, 318 (2010).

79. Attached hereto as **Exhibit 78** are true and correct copies of (1) the document Bates labeled HLDS_CIV0019846 produced by HLDS in this litigation and (2) a certified English language translation of that document introduced by Defendants as Exhibits 690 and 690A during the deposition of Sik (Daniel) Hur. *See* S. Hur Dep. Tr. 209:19-210:9.

80. Attached hereto as **Exhibit 79** are true and correct copies of (1) the document Bates labeled HLDS_CIV0001718 produced by HLDS in this litigation and (2) a certified English language translation of that document. Dr. Kenneth Flamm listed this document in his Materials Relied Upon in his expert report dated February 1, 2017.

81. Attached hereto as **Exhibit 80** is a true and correct copy of the Indirect Purchaser Plaintiffs' Objections and Responses to Defendant Samsung Electronics Co. Ltd.'s Second Set of Interrogatories, and Attachments A & B thereto. These discovery responses were served in this litigation on November 21, 2016.

82. Attached hereto as **Exhibit 81** are true and correct copies of (1) the document Bates labeled SEC-ODD000842372 produced by SEC in this litigation and (2) a certified English

1  language translation of that document introduced by the IPPs as Exhibits 1577 and 1577A during
2  the deposition of Min Ho (Adam) Jo taken on December 7, 2016.  *See* M.H. Jo Dep. Tr. 57:5-
3  58:1.

4      83.    Attached hereto as **Exhibit 82** is a true and correct copy of Defendants TEAC
5  Corporation and TEAC America, Inc.'s Supplemental and Amended Responses to Indirect
6  Purchaser Plaintiffs' First Set of Interrogatories to Defendants.  These discovery responses were
7  served in this litigation on August 13, 2012.

8      84.    Attached hereto as **Exhibit 83** is a true and correct copy of excerpts from the
9  transcript of the deposition of Derek Davis taken on December 6, 2016.

10     85.    Attached hereto as **Exhibit 84** is a true and correct copy of excerpts from the
11 transcript of the deposition of Bill Bundlie taken on November 16, 2016.

12     86.    Attached hereto as **Exhibit 85** is a true and correct copy of excerpts from the
13 transcript of the deposition of Jay Pettersson taken on November 3, 2016.

14     87.    Attached hereto as **Exhibit 86** is a true and correct copy of excerpts from the
15 Rebuttal Report of Dr. Luís Cabral, dated May 12, 2017.

16     88.    Attached hereto as **Exhibit 87** are true and correct copies of the document Bates
17 labeled T-ODD-00044552 produced by Toshiba Corporation in this litigation.  Dr. Luís Cabral
18 discusses this document in his rebuttal expert report at ¶ 86.

19     89.    Attached hereto as **Exhibit 88** is a true and correct copy of the document Bates
20 labeled HLDS_CIV1893553 produced by HLDS in this litigation and introduced by the IPPs as
21 Exhibit 1552 during the deposition of Yasuki Hiraoka taken on December 3, 2016.  *See* Y.
22 Hiraoka Dep. Tr. 37:21-38:3.

23     90.    Attached hereto as **Exhibit 89** are true and correct copies of (1) the document
24 Bates labeled Q000419089 produced by Quanta Storage Inc. in this litigation and (2) a certified
25 English language translation of that document introduced by the IPPs as Exhibits 440 and 440A
26 during the deposition of Ya-Ping Huang taken on November 21, 2013.  *See* Y.P. Huang Dep. Tr.
27 110:3-25.
28

91.     Attached hereto as **Exhibit 90** are true and correct copies of (1) the document Bates labeled HLDS_CIV0030627 produced by HLDS in this litigation and (2) a certified English language translation of that document introduced by the IPPs as Exhibits 576 and 576A during the deposition of Jin Sung (Luke) Choi.  *See* J.S. Choi Dep. Tr. 90:20-91:15.

92.     Attached hereto as **Exhibit 91** is a true and correct copy of an excerpt of Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law* ¶ 309c2 (rev. ed. 2017).

93.     Attached hereto as **Exhibit 92** is a true and correct copy of excerpts of the Expert Reply Report of Kenneth Flamm, Ph.D., dated May 12, 2017.

94.     Attached hereto as **Exhibit 93** is a true and correct copy of columns A, H, I, U, and AB for Rows 2-8, 214-221, 4649-4651, 4743-4750, and 12344-12351 of the spreadsheet Bates labeled DELL-ODD-00289955 produced by Dell in this litigation.

95.     Attached hereto as **Exhibit 94** is a true and correct copy of excerpts of Plaintiffs Dell Inc. and Dell Products L.P.'s Second Supplemental Responses to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Second Set of Interrogatories. These discovery responses were verified by Alan Richey of Dell Inc. on December 13, 2016 and were served in this litigation on December 9, 2016.

96.     Attached hereto as **Exhibit 95** is a true and correct copy of Response to the Commission's Request for Information 30 September 2009.  This document was produced by Dell in this litigation and Bates labeled DELL_3rd_000000012.

97.     Attached hereto as **Exhibit 96** is a true and correct copy of the Declaration of Eric Bremer as corporate representative of Dell, filed under seal on February 18, 2014 (ECF No. 1127-1).

98.     Attached hereto as **Exhibit 97** is a true and correct copy of the document Bates labeled DELL-ODD-00142851 produced by Dell in this litigation.

99.     Attached hereto as **Exhibit 98** is a true and correct copy of the document Bates labeled DELL-ODD-00190956 produced by Dell in this litigation.

100.    Attached hereto as **Exhibit 99** is a true and correct copy of the document Bates

labeled DELL-ODD-00116644 produced by Dell in this litigation.

101.　Attached hereto as **Exhibit 100** is a true and correct copy of the document Bates labeled DELL-ODD-00247222 produced by Dell in this litigation.

102.　Attached hereto as **Appendix A** is a table comparing the location of ODD purchases by Dell and the location of ODD purchases by HP Inc., f/k/a Hewlett-Packard Co. ("HP"), which my firm created based on expert reports submitted with Defendants' Motions for Summary Judgment.

103.　Attached hereto as **Appendix B** is a table comparing ODD purchases by Dell's foreign subsidiaries with ODD purchases by HP's foreign subsidiaries, which my firm created based on discovery responses by Dell and HP submitted with Defendants' Motions for Summary Judgment.

104.　Attached hereto as **Appendix C** is a table comparing the locations of Dell's supply logistics centers and manufacturing entities and the locations of HP's hubs and manufacturing entities, which my firm created based on discovery responses, documents produced in this case, and deposition testimony submitted with Defendants' Motions for Summary Judgment.

105.　Attached hereto as **Appendix D** is a table comparing the purchasing process by Dell's regional subsidiaries and the purchasing process by HP's regional subsidiaries, which my firm created based on discovery responses, documents produced in this case, and deposition testimony submitted with Defendants' Motions for Summary Judgment.

106.　Attached hereto as **Appendix E** is a table comparing Dell's control over computer shipments and HP's control over computer shipments, which my firm created based on deposition testimony submitted with Defendants' Motions for Summary Judgment.

107.　Attached hereto as **Appendix F** is a table comparing Dell's ODD procurement team and HP's ODD procurement team, which my firm created based on discovery responses, documents produced in this case, and deposition testimony submitted with Defendants' Motions for Summary Judgment.

108.　Attached hereto as **Appendix G** is a table related to Dell's ODD procurement

team's move to Singapore, which my firm created based on documents produced in this case and deposition testimony submitted with Defendants' Motions for Summary Judgment.

Dated:  June 30, 2017                                   */s/ Ian Simmons*
                                                          Ian Simmons