Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS (JCS) |
| | DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST QUANTA STORAGE INC. |
| | Date:  September 21, 2017<br>Time:  1:30 p.m.<br>Dept:  Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010177-12 968800v1

1  I, SHANA E. SCARLETT, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California in the above-entitled litigation. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for the indirect purchaser plaintiffs in the above-entitled action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto is a true and correct copy of the following exhibits:

Exhibit 1: Certified Deposition Transcript of Shang Hao (Haw) Chen, taken in the above-captioned action on November 18, 2013, by court reporter Patricia Bidonde, Notary Public within and for the State of New York;

Exhibit 2: Certified Deposition Transcript of Shu-Ming Tzeng, taken in the above-captioned action on November 20, 2013, by court reporter Patricia Bidonde, Notary Public within and for the State of New York;

Exhibit 3: Certified Deposition Transcript of Ya-Ping (Sally) Huang, taken in the above-captioned action on November 21, 2013, by court reporter Patricia Bidonde, Notary Public within and for the State of New York;

Exhibit 4: E-mail from Shana Scarlett to Paul Hanna, counsel for Quanta defendants, dated June 2, 2016;

Exhibit 5: E-mail from Colleen Cleary to Paul Hanna, counsel for Quanta defendants, dated November 3, 2016;

Exhibit 6: Document Bates-numbered ODDCIV-003329742-43, produced in the above-captioned action action and designated "CONFIDENTIAL" by the Philips defendants pursuant to the protective order in this action;

Exhibit 7: Document Bates-numbered Q00725951, produced in the above-captioned action and designated "CONFIDENTIAL – RESTRICTED" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 363;

Exhibit 8: Certified translation of documents Bates-numbered QUANTA_HAW_00061411-12, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 364A;

Exhibit 9: Certified translation of document Bates-numbered Q000009940, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 365A;

| | | |
|---|---|---|
| | Exhibit 10: | Certified translation of document Bates-numbered Q000009969-972, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 366A; |
| | Exhibit 11: | Certified translation of document Bates-numbered Q000009997-99, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 367A; |
| | Exhibit 12: | Certified translation of document Bates-numbered Q000009994-96, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 368A; |
| | Exhibit 13: | Certified translation of document Bates-numbered Q00001011-13, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 369A; |
| | Exhibit 14: | Certified translation of document Bates-numbered Q000010063-66, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 370A; |
| | Exhibit 15: | Certified translation of document Bates-numbered QUANTA_HAW_00032277, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 413A; |
| | Exhibit 16: | Document Bates-numbered QUANTA_HAW_00032401, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 414; |
| | Exhibit 17: | Certified translation of document Bates-numbered QUANTA_HAW_00047154, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 371A; |
| | Exhibit 18: | Excerpts from the Certified Deposition Transcript of Quanta Storage Inc., Designee Shu-Ming Tzeng, taken in the above-captioned action on March 9, 2017, by court reporter Lana L. Loper, CSR No. 9667; |
| | Exhibit 19: | Document Bates-numbered Q000254640-653, produced in the above-captioned action and designated "CONFIDENTIAL – RESTRICTED" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 373; |

SCARLETT DECL. ISO IPPS' MOTION FOR SUMMARY
JUDGMENT AGAINST QUANTA STORAGE INC. - Case No.:
3:10-md-2143 RS
010177-12 968800v1

-2-

| | | |
|---|---|---|
| | Exhibit 20: | Certified translation of document Bates-numbered QUANTA_HAW_00047029, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 398A; |
| | Exhibit 21: | Certified translation of document Bates-numbered QUANTA_HAW_00035636, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 399A; |
| | Exhibit 22: | Certified translation of document Bates-numbered TSSTK-0080411-15, produced in the above-captioned action and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants pursuant to the protective order in this action and marked as Deposition Exhibit 318A; |
| | Exhibit 23: | Document Bates-numbered QUANTA_HAW_00021498, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 393; |
| | Exhibit 24: | Defendants Philips & Lite-On Digital Solutions Corporation and Philips & Lite-On Digital Solutions U.S.A., Inc.'s Second Supplemental Response to Indirect Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4, 5 and 13, marked as Deposition Exhibit 357; |
| | Exhibit 25: | Document Bates-numbered QUANTA_HAW_00035744, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 391; |
| | Exhibit 26: | Certified translation of document Bates-numbered QUANTA_HAW_00051033, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 418A; |
| | Exhibit 27: | Pursuant to Federal Rule of Evidence 1006, the attached chart reflects inter-defendant communications during the course of the conspiracy. The phone records summarized in the chart are voluminous (several hundred pages), and these records cannot be conveniently analyzed in court. The chart is based on phone records that are admissible in evidence based on deposition testimony from phone company representatives and production of the phone records from the defendants' own files. All of the phone records have been produced to the defendants during the course of this litigation. The chart was created at my direction by staff at Hagens Berman; |
| | Exhibit 28: | Certified translation of document Bates-numbered QUANTA_HAW_00016940, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 403A; |
| | Exhibit 29: | Certified translation of document Bates-numbered QUANTA_HAW_00043019, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 405A; |

SCARLETT DECL. ISO IPPS' MOTION FOR SUMMARY
JUDGMENT AGAINST QUANTA STORAGE INC. - Case No.:
3:10-md-2143 RS
010177-12 968800v1

-3-

| | | |
|---|---|---|
| Exhibit 30: | Certified translation of document Bates-numbered QUANTA_HAW_00037747, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 406A; |
| Exhibit 31: | Document Bates-numbered QUANTA_HAW_00008529, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 407; |
| Exhibit 32: | Certified translation of document Bates-numbered QUANTA_HAW_00046718, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 27A; |
| Exhibit 33: | Certified translation of document Bates-numbered QUANTA_HAW_00045156, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 408A; |
| Exhibit 34: | Document Bates-numbered HLDS_CIV0884535-551, produced in the above-captioned action by the HLDS defendants and marked as Deposition Exhibit 2133; |
| Exhibit 35: | Document Bates-numbered ODDCIV-000268482-86, produced in the above-captioned action action and designated "CONFIDENTIAL" by the Philips defendants pursuant to the protective order in this action and marked as Deposition Exhibit 2125; |
| Exhibit 36: | Documents Bates-numbered ODDCIV-000089342-48, produced in the above-captioned action action and designated "CONFIDENTIAL" by the Philips defendants pursuant to the protective order in this action and marked as Deposition Exhibit 2130; |
| Exhibit 37: | Document Bates-numbered ODDCIV-000105746-49, produced in the above-captioned action action and designated "CONFIDENTIAL" by the Philips defendants pursuant to the protective order in this action and marked as Deposition Exhibit 204; |
| Exhibit 38: | Document Bates-numbered ODDCIV-003389257-59, produced in the above-captioned action action and designated "CONFIDENTIAL" by the Philips defendants pursuant to the protective order in this action and marked as Deposition Exhibit 219; |
| Exhibit 39: | Excerpts from the Certified Deposition Transcript of Dae Hwa (Bruce) Jeong, taken in the above-captioned action on April 18, 2013, taken by court reporter Kimberlee Schroeder, CSR No. 11414; |
| Exhibit 40: | Document Bates-numbered QUANTA_HAW_00002390, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 374; |

SCARLETT DECL. ISO IPPS' MOTION FOR SUMMARY
JUDGMENT AGAINST QUANTA STORAGE INC. - Case No.:
3:10-md-2143 RS
010177-12 968800v1

-4-

| | | |
|---|---|---|
| Exhibit 41: | Document Bates-numbered QUANTA_HAW_00001459, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 375; |
| Exhibit 42: | Certified translation of document Bates-numbered QUANTA_HAW_00000787, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 376A; |
| Exhibit 43: | Document Bates-numbered Q000321785-88, produced in the above-captioned action and designated "CONFIDENTIAL – RESTRICTED" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 377; |
| Exhibit 44: | Certified translation of document Bates-numbered QUANTA_HAW_00002989, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 378A; |
| Exhibit 45: | Certified translation of document Bates-numbered QUANTA_HAW_00002328, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 379A; |
| Exhibit 46: | Document Bates-numbered QUANTA_HAW_00003064, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 380; |
| Exhibit 47: | Document Bates-numbered QUANTA_HAW_00025559, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 381; |
| Exhibit 48: | Document Bates-numbered Q000261745-46, produced in the above-captioned action and designated "CONFIDENTIAL – RESTRICTED" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 382; |
| Exhibit 49: | Certified translation of document Bates-numbered QUANTA_HAW_00014855, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 384A; |
| Exhibit 50: | Certified translation of document Bates-numbered QUANTA_HAW_00037186, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 386A; |
| Exhibit 51: | Document Bates-numbered QUANTA_HAW_00036740, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 392; |
| Exhibit 52: | Excerpts from the Deposition Transcript of Woo Jin (Eugene) Yang, taken in the above-captioned action on July 24, 2013 by court reporter Linda Vaccarezza, CSR No. 10201; |

Exhibit 53:  Certified translation of document Bates-numbered QSI-SUB 1386856-58, produced in the above-captioned action and designated "CONFIDENTIAL" by the Quanta defendants pursuant to the protective order in this action and marked as Deposition Exhibit 432A;

Exhibit 54:  Document Bates-numbered QUANTA_HAW_00002376, produced in the above-captioned action by the Quanta defendants and marked as Deposition Exhibit 412;

Exhibit 55:  Excerpts from the Expert Report of Dr. Luis Cabral, dated February 1, 2017, served by the indirect purchaser class in this litigation;

Exhibit 56:  Expert Report of Dr. Kenneth Flamm, dated February 1, 2017, served by the indirect purchaser class in this litigation;

Exhibit 57:  Excerpts from the Expert Report of Edward A. Snyder, Ph.D., dated April 3, 2017, served by BenQ Corporation, BenQ American Corp., Samsung Electronic Co., Ltd., Toshiba Corporation, Toshiba Samsung Storage Technology Corporation and Toshiba Samsung Storage Technology Corporation Korea in this litigation;

Exhibit 58:  Excerpts from the Certified Deposition Transcript of Kevin M. Murphy, Ph.D., taken in the above-captioned action on April 30, 2017, by court reporter Janet L. Robbins, CSR No. 84-2207;

Exhibit 59:  Excerpts from the Certified Deposition Transcript of Andres V. Lerner, Ph.D., taken in the above-captioned action on May 8, 2017, by court reporter Kristi Caruthers, CSR No. 10560;

Exhibit 60:  Quanta Storage Inc.'s First Amended Objections and Responses to Indirect Purchaser Plaintiffs' First Set of Interrogatories to Defendants, dated August 10, 2012;

Exhibit 61:  Letter from Keith A. Walter, counsel for the Quanta defendants, to Shana Scarlett, dated November 9, 2012;

Exhibit 62:  Defendant Quanta Storage Inc.'s Supplemental Response to Special Interrogatories Nos. 4 and 5 Propounded by Indirect Purchaser Plaintiffs, dated January 6, 2017;

Exhibit 63:  Indirect Purchaser Plaintiffs' Third Amended Notice of Deposition of Quanta Storage Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 21, 2017; and

Exhibit 64:  Excerpts from the Certified Deposition Transcript of Quanta Storage Inc., Designee Shu-Ming Tzeng, taken in the above-captioned action on March 10, 2017, by court reporter Lana L. Loper, CSR No. 9667.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of June 2017, at Berkeley, California.

                                                                                   /s/ Shana E. Scarlett
                                                                                     SHANA E. SCARLETT

SCARLETT DECL. ISO IPPS' MOTION FOR SUMMARY JUDGMENT AGAINST QUANTA STORAGE INC. - Case No.: 3:10-md-2143 RS
010177-12 968800v1

-7-