LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Belinda S Lee (Bar No. 199635)
  Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: *Dan.Wall@lw.com*
       *Belinda.Lee@lw.com*
       *Brendan.McShane@lw.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Information Systems Inc., Toshiba Samsung Storage Technology Corporation, and Toshiba Samsung Storage Technology Korea Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Base Case No. 3:10-md-2143 RS<br>MDL No. 2143<br><br>Case No. 3:13-cv-05370-RS |
| This document relates to:<br><br>*Hewlett-Packard Co. v. Toshiba Corporation, et al.*, No. 3:13-cv-05370-RS | **DECLARATION OF BELINDA S LEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO HP INC.'S MOTION TO PARTIALLY EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DESIGNATED EXPERTS EDWARD SNYDER AND KEVIN MURPHY** |

I, Belinda S Lee, hereby declare as follows:

1. I am an attorney at law admitted to practice in the State of California, and I am a partner at the law firm of Latham & Watkins LLP. I am counsel for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba Samsung Storage Technology Corporation, and Toshiba Samsung Storage Technology Korea Corporation. I submit this Declaration in support of Defendants' Opposition to HP Inc.'s Motion to Partially Exclude Certain Opinions and Testimony of Designated Experts Edward Snyder and Kevin Murphy. Unless otherwise stated, this Declaration is based on my personal knowledge and, if called upon to do so, I could and would testify truthfully as to the contents of this Declaration.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Updated Expert Report of Edward A. Snyder, Ph.D., dated April 21, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Expert Report of Kevin M. Murphy, dated April 3, 2017.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Expert Report of Dr. Debra J. Aron, dated February 1, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the Expert Report of Gary L. French, Ph.D., dated February 1, 2017.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the Expert Report of Gareth Macartney, Ph.D., dated February 1, 2017.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition transcript of Mohan Rao, Ph.D., dated March 20, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the deposition transcript of Kenneth Flamm, Ph.D., dated March 24, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the deposition transcripts of Kevin M. Murphy, Ph.D., dated April 30, 2017 and May 1, 2017.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of Nieberding, James F., LECG, *Estimating Overcharges in Antitrust Cases Using a Reduced-Form Approach: Methods and Issues,* Journal of Applied Economics, Vol. IX(2), November 2006.

11. Attached as **Exhibit 10** is a true and correct copy of Posner, Richard A., *Antitrust Law, Second Edition*, The University of Chicago Press, Chicago and London, 2001.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of Belleflamme, Paul and Martin Peitz, *Industrial Organization: Markets and Strategies*, Cambridge University Press, 2010.

13. Attached as **Exhibit 12** is a true and correct copy of excerpts of Rao, Mohan, et al., *Econometric Analysis*, Litigation Services Handbook: The Role of the Financial Expert, John Wiley & Sons, 2012.

14. Attached as **Exhibit 13** is a true and correct copy of Scheffman, David, and Mary Coleman, *FTC Perspectives on Econometric Analyses in Antitrust Cases*, ABA Section of Antitrust Law, Econometrics, 2005.

15. Attached as **Exhibit 14** is a true and correct copy of Tarozzi, Alessandro, *Can Census Data Alone Signal Heterogeneity in the Estimation of Poverty Maps?*, Journal of Development Economics, *95:2*, July 2011.

16. Attached as **Exhibit 15** is a true and correct copy of Woof, David, *Review: Logistic Regression: A Self-Learning Text by D. G. Kleinbaum and M. Klein*, Journal of the Royal Statistical Society, Series A (Statistics in Society), Vol. 167(1), Wiley for the Royal Statistical Society, 2004.

17. Attached as **Exhibit 16** is a true and correct copy of Stock, James, and Mark Watson, *Introduction to Econometrics*, Addison Wesley, 2003.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st of August 2017, in the City and County of San Francisco, California.

By   */s/ Belinda S Lee*
      Belinda S Lee