1 | Daniel A. Sasse (CSB No. 236234)
   dsasse@crowell.com
2 | CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3 | Irvine, California 92614
   Telephone: (949) 263-8400
4 | Facsimile: (949) 263-8414

5 | Attorneys for Plaintiff Ingram Micro Inc.

6 |

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

10 |

11 | IN RE OPTICAL DISK DRIVE PRODUCTS          MDL Docket No. 3:10-md-02143-RS-JCS
    ANTITRUST LITIGATION

12 |

13 | This document relates to:                  Case No. 3:13-cv-05372-RS-JCS

14 | Ingram Micro Inc., et al.,                 **STIPULATION OF DISMISSAL WITH
                                                PREJUDICE AND [~~PROPOSED~~] ORDER**

15 |                     Plaintiffs,

16 |         v.                                 Hon. Richard Seeborg
                                                Hon. Joseph C. Spero, Magistrate Judge
17 | LG Electronics, Inc., et al.,

18 |                     Defendants.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

Plaintiff Ingram Micro Inc. ("Ingram") and Defendant NEC Corporation ( "NEC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to NEC with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.  This stipulation does not affect the rights or claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**


Dated:  August 24, 2017                    CROWELL & MORING LLP


                                           By:  **/s/ Daniel A. Sasse**

                                           Daniel A. Sasse

                                           *Attorneys for Plaintiff Ingram Micro Inc.*


Dated:    August 24, 2017                  WINSTON & STRAWN LLP


                                           By:  **/s/ Robert B. Pringle**

                                           Winston & Strawn LLP
                                           101 California Street, 35th Floor
                                           San Francisco, California 94111
                                           rpringle@winston.com

                                           *Attorneys for Defendant*
                                           *NEC Corporation*

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 24, 2017                                    CROWELL & MORING LLP


By:  **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/24/17

_Honorable Richard G. Seeborg_
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS