Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

Plaintiff Synnex Corporation ("Synnex") and Defendant NEC Corporation ("NEC"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to NEC with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Synnex against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: August 24, 2017       CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

Dated: August 24, 2017       WINSTON & STRAWN LLP

By: **/s/ Robert B. Pringle**

Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, California 94111
rpringle@winston.com

*Attorneys for Defendant
NEC Corporation*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 24, 2017                              CROWELL & MORING LLP

                                                    By:  **/s/ Daniel A. Sasse**

                                                         Daniel A. Sasse
                                                         *Attorneys for Plaintiff Synnex Corporation*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/24/17

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS