Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>LG Electronics, Inc., et al., <br><br>　　　　　Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER <br><br> Hon. Richard Seeborg <br> Hon. Joseph C. Spero, Magistrate Judge |

Plaintiff Ingram Micro Inc. ("Ingram") and Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc. (formerly known as Sony NEC Optiarc Inc.), and Sony Optiarc America Inc. (collectively, "Sony"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Sony with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned litigation.

IT IS SO STIPULATED.

Dated: August 24, 2017                     CROWELL & MORING LLP

                                           By: /s/ Daniel A. Sasse

                                           Daniel A. Sasse

                                           Attorneys for Plaintiff Ingram Micro Inc.

Dated: August 24, 2017                     BOIES, SCHILLER & FLEXNER LLP

                                           By: /s/ Steven C. Holtzman

                                           Boies, Schiller & Flexner LLP
                                           1999 Harrison Street, Suite 900
                                           Oakland, California 94612
                                           sholtzman@bsfllp.com

                                           Attorneys for Defendants
                                           Sony Corporation, Sony Electronics, Inc., Sony
                                           Optiarc Inc., and Sony Optiarc America Inc.

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 24, 2017

CROWELL & MORING LLP

By: /s/ Daniel A. Sasse

Daniel A. Sasse

Attorneys for Plaintiff Ingram Micro Inc.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/25/17

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before |
| 3 | the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby |
| 4 | certify under penalty of perjury under the laws of the United States of America that on August 24, |
| 5 | 2017, a true copy of the above document was filed through the Court's Case |
| 6 | Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all |
| 7 | counsel of record registered for the System and deemed to have consented to electronic service in |
| 8 | the above-captioned case. Any other counsel of record will be served by electronic mail and/or |
| 9 | first-class mail on the same date. |

Dated: August 24, 2017        CROWELL & MORING LLP


By:   /s/ Daniel A. Sasse
      _____
      Daniel A. Sasse
      Attorneys for Plaintiff Ingram Micro Inc.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS