1  Daniel A. Sasse (CSB No. 236234)
     dsasse@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone: (949) 263-8400
4  Facsimile: (949) 263-8414

5  Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

Plaintiff Synnex Corporation ("Synnex") and Defendants Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc. (formerly known as Sony NEC Optiarc Inc.), and Sony Optiarc America Inc. (collectively, "Sony"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Sony with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Synnex against any other defendant or alleged co-conspirator in the above-captioned litigation.

IT IS SO STIPULATED.

Dated: August 24, 2017        CROWELL & MORING LLP

By: /s/ Daniel A. Sasse

Daniel A. Sasse

Attorneys for Plaintiff Synnex Corporation

Dated: August 24, 2017        BOIES, SCHILLER & FLEXNER LLP

By: /s/ Steven C. Holtzman

Boies, Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
sholtzman@bsfllp.com

Attorneys for Defendants
Sony Corporation, Sony Electronics, Inc., Sony Optiarc Inc., and Sony Optiarc America Inc.

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 24, 2017      CROWELL & MORING LLP

By: /s/ Daniel A. Sasse

Daniel A. Sasse

Attorneys for Plaintiff Synnex Corporation

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

1 [~~PROPOSED~~] ORDER

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: 8/25/17 _____

5 Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

# CERTIFICATE OF SERVICE

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby certify under penalty of perjury under the laws of the United States of America that on August 24, 2017, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case. Any other counsel of record will be served by electronic mail and/or first-class mail on the same date.

Dated: August 24, 2017　　　　　　CROWELL & MORING LLP

　　　　　　　　　　　　　　　By:　/s/ Daniel A. Sasse
　　　　　　　　　　　　　　　　　　Daniel A. Sasse
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Synnex Corporation