Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Interim Lead Counsel for
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS (JCS) |
| | OMNIBUS DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR DECERTIFICATION |
| | Date:    September 26, 2017 |
| | Time:   9:00 a.m. |
| | Dept:   Courtroom 3, 17th Floor |
| | Judge:  Hon. Richard Seeborg |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | |

**REDACTED VERSION**

010177-12 973989 V1

1       I, Jeff D. Friedman, declare as follows:

2       1.      I am an attorney duly licensed to practice before all of the courts of the State of

3 California in the above-titled litigation.  I am a partner with the law firm of Hagens Berman Sobol

4 Shapiro LLP, counsel of record for the indirect purchaser plaintiffs in the above-titled action.  Based

5 on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called

6 upon, I could and would competently testify thereto.

7       2.      .

8       3.      Attached hereto are true and correct copies of the following exhibits:

| Ex. | Description |
|---|---|
| 1 | Excerpts from the Certified Deposition Transcript of Edward A. Snyder, taken in the above-captioned litigation on May 3, 2017, by court reporter Patricia A. Bidonde, Notary Public within and for the State of New York. |
| 2 | Excerpts from the Transcript of Proceedings, *In Re: TFT-LCD (Flat-Panel) Antitrust Litigation*, Case No. 07-md-1827 (SI) (N.D. Cal.). |
| 3 | Expert Report of Dr. Kenneth Flamm, dated February 1, 2017, served by the indirect purchaser plaintiffs in this litigation. |
| 4 | Excerpts from the [Corrected] Expert Report of Dr. Andres V. Lerner, dated April 3, 2017, served by defendants in this litigation. |
| 5 | Excerpts from the Certified Deposition Transcript of Andres V. Lerner, Ph.D., taken in the above-captioned litigation on May 8, 2017, by court reporter Kristi Caruthers, CSR No. 10560. |
| 6 | Document Bates-numbered TSSTK-0222457-59, dated April 15, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1078 and 1078A at depositions in this litigation. |
| 7 | Excerpts from the Certified Deposition Transcript of Tony Arif (Newegg), taken in the above-captioned litigation on October 9, 2013, by court reporter Susan A. Sullivan, CSR No. 3522. |
| 8 | Excerpts from the Certified Deposition Transcript of Brian Clark (ASI), taken in the above-captioned litigation on February 7, 2014, by court reporter Hanna Kim, CSR No. 13083. |
| 9 | Excerpts from the Certified Deposition Transcript of Amazon.Com, Inc. (Stafford), taken in the above-captioned litigation on October 17, 2013, by court reporter Julie R. Head, CSR No. 3119. |
| 10 | Excerpts from the Certified Deposition Transcript of Rajesh Seth (Fry's), taken in the above-captioned litigation on December 10, 2013, by court reporter Lorrie M. Merchant, CSR No. 10523. |
| 11 | Excerpts from the Certified Deposition Transcript of Tanya Manwiller (Walmart), taken in the above-captioned litigation on February 7, 2014, by court reporter Michael A. Washkowiak, CCR No. 654. |

| Ex. | Description |
|-----|-------------|
| 12 | Excerpts from the Certified Deposition Transcript of Jason Bonfig (Best Buy), taken in the above-captioned litigation on September 13, 2013, by certified court reporter and Notary Public Anne Marie Sager. |
| 13 | Document Bates-numbered ODD-HP148173-77, dated August 30, 2007, produced in the above-entitled litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 14 | Document Bates-numbered ODD-HP140820-24, dated March 24, 2004, produced in the above-entitled litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 15 | Excerpts from document Bates-numbered DELL-ODD-00085416, dated June 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 16 | Excerpts from document Bates-numbered DELL-ODD-00265622, last modified on June 13, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 17 | Document Bates-numbered DELL-ODD-00206342-44, dated June 27, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 18 | Document Bates-numbered DELL-ODD-00208034-8041, dated February 19, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 19 | Excerpts from document Bates-numbered DELL-ODD-00134032-4079, dated June 3, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 20 | Document Bates-numbered DELL-ODD-00160500-502, dated May 7, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 21 | Excerpts from document Bates-numbered DELL-ODD-00180197, dated May 21, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 22 | Excerpts from document Bates-numbered DELL-ODD-00202621, last modified on August 26, 2008,  produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 23 | Excerpts from document Bates-numbered DELL-ODD-00223740, last modified on February 18, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by Dell Inc. |
| 24 | Document Bates-numbered ODD-HP177074-76, dated June 27, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 25 | Excerpts from document Bates-numbered ODD-HP133202, dated June 3, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 26 | Document Bates-numbered ODD-HP170701-702, June 9, 2017, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |

| Ex. | Description |
|---|---|
| 27 | Document Bates-numbered ODD-HP170846-49, dated June 13, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 28 | Document Bates-numbered ODD-HP170854-58, dated June 15, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED; OUTSIDE COUNSEL ONLY" by HP. |
| 29 | Excerpts from the Certified Deposition Transcript of Stephen N. Deason, taken in the above-captioned litigation on December 7, 2016, by court reporter Andrea M. Ignacio, CSR No. 9830. |
| 30 | Excerpts from the Certified Deposition Transcript of Lanay Cerilli, taken in the above-captioned litigation on January 18, 2017, by court reporter Nikki Roy, CSR No. 3052. |
| 31 | Excerpts from the Certified Deposition Transcript of Ellen Chen, taken in the above-captioned litigation on January 11, 2017, by court reporter Cynthia Manning, CSR No. 7645. |
| 32 | Excerpts from the Certified Deposition Transcript of George Hussain Ali (TigerDirect), taken in the above-captioned litigation on October 9, 2013, by court reporter Ninette Long, commission number EE033998. |
| 33 | Article: "How Government Statistics Adjust for Potential Biases from Quality Change and New Goods in an Age of Digital Technologies: A View From the Trenches" |
| 34 | Article: "Hedonic Models in the Producer Price Index," dated June 2011 |
| 35 | Expert Reply Report of Dr. Kenneth Flamm, dated May 12, 2017, served by the indirect purchaser plaintiffs in this litigation. |
| 36 | Letter from Kristen J. McAhren to Brady Johnson, dated November 26, 2012 |
| 37 | Excerpts from the Certified Deposition Transcript of Kenneth Flamm, Ph.D., taken in the above-captioned litigation on March 24, 2017, by court reporter Tamara Chapman, CSR No. 7248. |
| 38 | Excerpts from the Certified Deposition Transcript of Wanda Duryea, taken in the above-captioned litigation on July 20, 2015, by court reporter Janet Sambataro, Notary Public within and for the Commonwealth of Massachusetts. |
| 39 | Excerpts from the Certified Deposition Transcript of Brian Tindall, taken in the above-captioned litigation on August 6, 2015, by court reporter Cynthia Manning, CSR No. 7645. |
| 40 | Excerpts from the Certified Deposition Transcript of Barney Wesley Gooman, Jr., taken in the above-captioned litigation on July 25, 2013, by court reporter Hedy Coleman, CSR No. 116. |
| 41 | Excerpts from the Certified Deposition Transcript of Thomas E. Stenger Jr., taken in the above-captioned litigation on August 19, 2013, by court reporter Dana Welch, CSR, RPR, CRR. |
| 42 | Document Bates-numbered TSSTK-0222485, dated June 4, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1077 and 1077A at depositions in this litigation. |

| Ex. | Description |
|-----|-------------|
| 43 | Document Bates-numbered HLDS_CIV0180966-67, dated January 24, 2005, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 909 and 909A at depositions in this litigation. |
| 44 | Document Bates-numbered HLDS_CIV0174007, dated January 26, 2005, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 116 and 116A at depositions in this litigation. |
| 45 | Documents Bates-numbered TSSTK-0126435-440, dated February 2, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 560 and 560A at depositions in this litigation. |
| 46 | Excerpts from the Certified Deposition Transcript of Dong Je Yang, taken in the above-captioned litigation on February 25, 2017, by court reporter Patricia A. Bidonde, Notary Public within and for the State of New York. |
| 47 | Excerpts from the Certified Deposition Transcript of Young Keun Park, taken in the above-captioned litigation on August 29, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 48 | Excerpts from the Certified Deposition Transcript of Sang Hun Kim, taken in the above-captioned litigation on March 1-2, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 49 | Certified Deposition Transcript of Dae-Sung (David) Kim, taken in the above-captioned litigation on June 6-8, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 50 | Document Bates-numbered TSSTK-0189744-45, dated March 23, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1081 and 1081A at depositions in this litigation. |
| 51 | Certified Deposition Transcript of Hiroshi Suzuki, taken in the above-captioned litigation on January 9, 2017, by court reporter Andrea M. Ignacio, CSR No. 9830. |
| 52 | Document Bates-numbered T-ODD-00042664, dated July 26, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1913 and 1913B at depositions in this litigation. |
| 53 | Document Bates-numbered SEC-ODD-000264143-45, dated May 25, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 562 and 562A at depositions in this litigation. |
| 54 | Document Bates-numbered TSSTK-0117860-61, dated June 1, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1012 and 1012A at depositions in this litigation. |
| 55 | Excerpts from the Updated Expert Report of Edward A. Snyder, Ph.D., dated April 21, 2017, served by defendants in this litigation. |
| 56 | Document Bates-numbered TSSTK-0110071-73, dated October 5, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 320 and 320A at depositions in this litigation. |
| 57 | Document Bates-numbered TSSTK-0110076, dated November 23, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 323 and 323A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 58 | Document Bates-numbered TSSTK-0092791-2803, dated March 30, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 907 and 907A at depositions in this litigation. |
| 59 | Document Bates-numbered HLDS_CIV0019892, dated September 22, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 117 and 117A at depositions in this litigation. |
| 60 | Document Bates-numbered TSSTK-0121283-85, dated October 28, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 292 and 292A at depositions in this litigation. |
| 61 | Document Bates-numbered HLDS_CIV001569-572, dated May 7, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 139 and 139A at depositions in this litigation. |
| 62 | Document Bates-numbered HLDS_CIV0011228, dated June 23, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 578 and 578A at depositions in this litigation. |
| 63 | Document Bates-numbered TSSTK-0080411-15, dated September 2, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 318 and 318A at depositions in this litigation. |
| 64 | Document Bates-numbered HLDS_CIV0001698-99, dated September 16, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 580 and 580A at depositions in this litigation. |
| 65 | Document Bates-numbered ODDCIV-001051011-14, dated September 13, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 633 at depositions in this litigation. |
| 66 | Documents Bates-numbered TSSTK-0181177-180, dated June 29, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 281 and 281A at depositions in this litigation. |
| 67 | Document Bates-numbered TSSTK-0126468, dated September 2, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 864 and 864A at depositions in this litigation. |
| 68 | Document Bates-numbered HLDS_CIV0011543-44, dated November 30, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 132 and 132A at depositions in this litigation. |
| 69 | Document Bates-numbered TSSTK-0081027-033, dated January 24, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 331 and 331A at depositions in this litigation. |
| 70 | Document Bates-numbered HLDS_CIV0036337, dated December 21, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 692 and 692A at depositions in this litigation. |

| Ex. | Description |
|-----|-------------|
| 71 | Document Bates-numbered ODDCIV-000137041-43, dated November 13, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 215 at depositions in this litigation. |
| 72 | Document Bates-numbered ODDCIV-000109756-58, dated May 6, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 252 at depositions in this litigation. |
| 73 | Document Bates-numbered ODDCIV-000136912, dated November 12, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 171 at depositions in this litigation. |
| 74 | Document Bates-numbered HLDS_CIV0042551-52, dated June 24, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 579 and 579A at depositions in this litigation. |
| 75 | Excerpts from the Certified Deposition Transcript of Kevin M. Murphy, Ph.D., taken in the above-captioned litigation on April 30, 2017, by court reporter Janet L. Robbins, CSR No. 84-2207. |
| 76 | Expert Report of Dr. Luis Cabral, dated February 1, 2017, served by the indirect purchaser plaintiffs in this litigation. |
| 77 | Rebuttal Report of Dr. Luis Cabral, dated May 12, 2017, served by indirect purchaser plaintiffs in this litigation. |
| 78 | Excerpts from the Certified Deposition Transcript of Kenjy Yokoyama, taken in the above-captioned litigation on October 12, 2016, by court reporter Leslie Johnson, CSR No. 11451. |
| 79 | Excerpts from the Certified Deposition Transcript of Yew Kwong (Frederick) Wong, taken in the above-captioned litigation on January 13, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 80 | Documents Bates-numbered ODDCIV-003724630-36, dated August 29, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 955 at depositions in this litigation. |
| 81 | Document Bates-numbered HLDS_CIV0021652-54, dated September 15, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 674 and 674A at depositions in this litigation. |
| 82 | Document Bates-numbered HLDS_CIV0000111-12, dated March 4, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 493 and 493A at depositions in this litigation. |
| 83 | Document Bates-numbered HLDS_CIV0000160, dated June 5, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 496 and 496A at depositions in this litigation. |
| 84 | Document Bates-numbered HLDS_CIV0261380, dated October 13, 2004, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 105 and 105A at depositions in this litigation. |
| 85 | Documents Bates-numbered TSSTK-0181169-173, dated October 14, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 559 and 559A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 86 | Document Bates-numbered TSSTK-0178979-981, dated January 24, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 302 and 302A at depositions in this litigation. |
| 87 | Documents Bates-numbered SEC-ODD-000290565-571, dated October 15, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1046 and 1046A at depositions in this litigation. |
| 88 | Document Bates-numbered TSSTK-0069678-79, dated September 25, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1810 and 1810A at depositions in this litigation. |
| 89 | Documents Bates-numbered T-ODD-00058935-37, dated April 22, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1911 and 1911A at depositions in this litigation. |
| 90 | Document Bates-numbered ODDCIV-003829248-49, dated June 27, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2003 at depositions in this litigation. |
| 91 | Document Bates-numbered HLDS_CIV2369134-35, dated May 31, 2007, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 2015 and 2015A at depositions in this litigation. |
| 92 | Document Bates-numbered ODDCIV-003376062-64, dated November 1, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2004 at depositions in this litigation. |
| 93 | Document Bates-numbered ODDCIV-003378618-625, dated January 27, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2005 at depositions in this litigation. |
| 94 | Document Bates-numbered ODDCIV-003380193-96, dated February 14, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2006 at depositions in this litigation. |
| 95 | Document Bates-numbered HLDS_CIV2406780, dated April 29, 2008, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 138 and 138A at depositions in this litigation. |
| 96 | Documents Bates-numbered TSSTK-0189750-54, dated March 26, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 2105 and 2105A at depositions in this litigation. |
| 97 | Documents Bates-numbered TSSTK-0179312-14, dated April 27, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 2106 and 2106A at depositions in this litigation. |
| 98 | Documents Bates-numbered SOA_DOJ_1_1387447-452, dated September 5, 2006, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. Marked as Exhibit 191 at depositions in this litigation. |
| 99 | Documents Bates-numbered ODDCIV-000091746-48, dated January 7, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 223 at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 100 | Excerpts from documents Bates-numbered ODDCIV-000110723-24, dated May 9, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 224 at depositions in this litigation. |
| 101 | Documents Bates-numbered ODDCIV-00118618-19, dated June 17, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 226 at depositions in this litigation. |
| 102 | Documents Bates-numbered ODDCIV-000119385-86, dated June 20, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 227 at depositions in this litigation. |
| 103 | Documents Bates-numbered ODDCIV-000129698-99, dated August 23, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 228 at depositions in this litigation. |
| 104 | Documents Bates-numbered ODDCIV-03529877-78, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 105 | Document Bates-numbered HLDS_CIV002152, dated June 22, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 133 and 133A at depositions in this litigation. |
| 106 | Document Bates-numbered HLDS_CIV0002155, dated June 22, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 134 and 134A at depositions in this litigation. |
| 107 | Document Bates-numbered ODDCIV-000286893-97, dated July 16, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 194 at depositions in this litigation. |
| 108 | Document Bates-numbered ODDCIV-000314653-54, dated April 23, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 211 at depositions in this litigation. |
| 109 | Document Bates-numbered ODDCIV-000105251, dated April 5, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 113 at depositions in this litigation. |
| 110 | Document Bates-numbered HLDS_CIV0284567-571, dated November 2, 2005, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 917 and 917A at depositions in this litigation. |
| 111 | Document Bates-numbered QUANTA_HAW2385, dated December 14, 2007, produced in the above-captioned litigation by the Quanta defendants. Marked as Exhibit 374 at depositions in this litigation. |
| 112 | Document Bates-numbered ODDCIV-003746627, dated August 10, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 771 at depositions in this litigation. |
| 113 | Document Bates-numbered HLDS_CIV0000120-22, dated December 14, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 492 and 492A at depositions in this litigation. |
| 114 | Documents Bates-numbered ODDCIV-003411111-13, dated December 14, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 781 at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 115 | Documents Bates-numbered SOA_DOJ_1_1056781-84, dated April 19, 2006, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. Marked as Exhibit 190 at depositions in this litigation. |
| 116 | Document Bates-numbered TSSTK-0174190-91, dated May 4, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants. Marked as Exhibit 277 at depositions in this litigation. |
| 117 | Document Bates-numbered TSSTK-0040310-12, dated November 12, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1028 and 1028A at depositions in this litigation. |
| 118 | Document Bates-numbered TSSTK-0177633-36, dated August 26, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 317 and 317A at depositions in this litigation. |
| 119 | Documents Bates-numbered TSSTK-0024797-98, dated February 26, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 860 and 860A at depositions in this litigation. |
| 120 | Documents Bates-numbered TSSTK-01177637-39, dated February 23, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 561 and 561A at depositions in this litigation. |
| 121 | Audio recording of telephone conversation dated April 21, 9:55 a.m., produced by the U.S. Department of Justice in response to a subpoena by the plaintiffs in this litigation pursuant to Federal Rule of Civil Procedure 45. |
| 122 | Certified Transcript of telephone conversation, dated April 21, 9:55 a.m., by court reporter David L. Miller, License Nos. 347, 6322-0018-0740-9152 and 683. |
| 123 | Document Bates-numbered TSSTK-0177500-502, dated June 7, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1588 and 1588A at depositions in this litigation. |
| 124 | Documents Bates-numbered TSSTK-0175923-26, dated April 21, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 2102 and 2102A at depositions in this litigation. |
| 125 | Documents Bates-numbered TSSTK-0179345-49, dated April 30, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1087 and 1087A at depositions in this litigation. |
| 126 | Documents Bates-numbered TSSTK-0072438-441, dated February 17, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 861 and 861A at depositions in this litigation. |
| 127 | Documents Bates-numbered TSSTK-0133588-89, dated April 3, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1849 and 1849A at depositions in this litigation. |
| 128 | Document Bates-numbered HLDS_CIV0038595-98, dated March 31, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 1207 and 1207A at depositions in this litigation. |

| Ex. | Description |
|-----|-------------|
| 129 | Documents Bates-numbered TSSTK-0089380-82, dated August 11, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 2104 and 2104A at depositions in this litigation. |
| 130 | Documents Bates-numbered TSSTK-0065356-364, dated October 24, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1281 and 1281A at depositions in this litigation. |
| 131 | Document Bates-numbered SEC-ODD-000685623-25, dated September 24, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1286 and 1286A at depositions in this litigation. |
| 132 | Documents Bates-numbered LGEUS00042795-99, dated October 27, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1574 and 1574A at depositions in this litigation. |
| 133 | Excerpts from the Certified Deposition Transcript of Min Ho Jo, taken in the above-captioned litigation on December 7, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 134 | Document Bates-numbered SEC-ODD-000825611-12, dated November 13, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1287 and 1287A at depositions in this litigation. |
| 135 | Document Bates-numbered SEC-ODD-000860225-28, dated November 10, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1575 and 1575A at depositions in this litigation. |
| 136 | Document Bates-numbered SEC-ODD-000825905-07, dated December 3, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1288 and 1288A at depositions in this litigation. |
| 137 | Document Bates-numbered TSSTK-0184471-73, dated January 14, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 563 and 563A at depositions in this litigation. |
| 138 | Document Bates-numbered SEC-ODD-000315450-52, dated February 27, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1289 and 1289A at depositions in this litigation. |
| 139 | Document Bates-numbered SEC-ODD-000139390-91, dated May 20, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1290 at depositions in this litigation. |
| 140 | Documents Bates-numbered LGEUS00033027-035, dated January 16, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1576 and 1576A at depositions in this litigation. |
| 141 | Document Bates-numbered SEC-ODD-000842372-75, dated January 13, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1577 and 1577A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 142 | Excerpts from the Declaration of Dr. Janusz Ordover in Support of Defendants' Opposition to Class Certification, dated October 21, 2013. |
| 143 | Document Bates-numbered HLDS_CIV0000411-12, dated January 31, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 137 and 137A at depositions in this litigation. |
| 144 | Documents Bates-numbered HLDS_CIV0011185-88, dated March 7, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 583 and 583A at depositions in this litigation. |
| 145 | Document Bates-numbered HLDS_CIV2367873, dated May 17, 2005, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. |
| 146 | Document Bates-numbered QUANTA_HAW00043019, dated November 21, 2008, produced in the above-captioned litigation by the Quanta defendants, as well as a certified translation of the document. Marked as Exhibits 405 and 405A at depositions in this litigation. |
| 147 | Document Bates-numbered TSSTK-0025866-872, dated June 20, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1809 and 1809A at depositions in this litigation. |
| 148 | Document Bates-numbered HLDS_CIV1914278-79, dated June 19, 2007, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 7 and 7A at depositions in this litigation. |
| 149 | Document Bates-numbered TSSTK-0222457-59, dated April 15, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1078 and 1078A at depositions in this litigation. |
| 150 | Excerpts from the Certified Deposition Transcript of Janusz A. Ordover, Ph.D., taken in the above-captioned litigation on September 9, 2015, by court reporter Jennifer L. Wielage, License No. 30X100191600. |
| 151 | Document Bates-numbered TSSTK-0184135-38, dated November 11, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 865 and 865A at depositions in this litigation. |
| 152 | Documents Bates-numbered ODDCIV-000011769-772, dated October 31, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 789 at depositions in this litigation. |
| 153 | Documents Bates-numbered SSI-ODD-000001031-1105, dated May 28, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Samsung defendants. Marked as Exhibit 1386 at depositions in this litigation. |
| 154 | Certified Deposition Transcript of Alpha Tsai, taken in the above-captioned litigation on April 4-5, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 155 | Documents Bates-numbered TSSTK-0082033-046, dated January 13, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1088 and 1088A at depositions in this litigation. |
| 156 | Plea Agreement between the United States of America and Young Keun Park, *United States of America v. Young Keun Park,* Case No. 11-cr-00911-RS (N.D. Cal.), filed March 28, 2012. Marked as Exhibit 1210 at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 157 | Plea Agreement between the United States of America and Hitachi-LG Data Storage, Inc., *United States of America v. Hitachi-LG Data Storage, Inc.*, Case No. 11-cr-00724-RS (N.D. Cal.), filed October 28, 2011. Marked as Exhibit 523 at depositions in this litigation. |
| 158 | Plea Agreement between the United States of America and Sik Hur aka Daniel Hur, *United States of America v. Sik Hur aka Daniel Hur*, Case No. 11-cr-00913-RS (N.D. Cal.), filed June 4, 2012. Marked as Exhibit 732 at depositions in this litigation. |
| 159 | Plea Agreement between the United States of America and Woo Jin Yang aka Eugene Yang, *United States of America v. Woo Jin Yang aka Eugene Yang*, Case No. 12-cr-00309-RS (N.D. Cal.), filed May 8, 2012. |
| 160 | Plea Agreement between the United States of America and Sang Hun Kim, *United States of America v. Sang Hun Kim*, Case No. 11-cr-00912-RS (N.D. Cal.), filed April 17, 2012. Marked as Exhibit 931 at depositions in this litigation. |
| 161 | Document Bates-numbered SEC-ODD-000005378-5486, dated April 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1387 at depositions in this litigation. |
| 162 | Excerpts from the Certified Deposition Transcript of Alex Oon, taken in the above-captioned litigation on June 2, 2016, by court reporter Cynthia Manning, CSR No. 7645. |
| 163 | Document Bates-numbered SEC-ODD-000133618, dated August 2008, produced in the above-captioned litigation by the Samsung defendants. Marked as Exhibit 1376 at depositions in this litigation. |
| 164 | Excerpts from the Certified Deposition Transcript of Hyun Keun Park, taken in the above-captioned litigation on October 14, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 165 | Document Bates-numbered HLDS_CIV0009970-10001, dated August 30, 2001, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1294 at depositions in this litigation. |
| 166 | Document Bates-numbered HLDS_CIV0007916-950, dated February 28, 2002, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1296 at depositions in this litigation. |
| 167 | Document Bates-numbered HLDS_CIV0009761-774, dated September 18, 2002, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1297 at depositions in this litigation. |
| 168 | Document Bates-numbered HLDS_CIV0007895-7915, dated October 30, 2002, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1298 at depositions in this litigation. |
| 169 | Document Bates-numbered HLDS_CIV0010046-61, dated July 1, 2003, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1300 at depositions in this litigation. |
| 170 | Document Bates-numbered ODDCIV-001019617-621, dated July 23, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 631 at depositions in this litigation. |
| 171 | Document Bates-numbered ODDCIV-00102365-370, dated August 20, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 632 at depositions in this litigation. |
| 172 | Documents Bates-numbered HLDS_CIV0030627-28, dated February 5, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 576 and 576A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 173 | Document Bates-numbered SEC-ODD-000807661, dated January 4, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibit 2107 at depositions in this litigation. |
| 174 | Excerpts from the Certified Deposition Transcript of Sun Kyun (Eskey) Kim, taken in the above-captioned litigation on October 26, 2015, by court reporter Lana L. Loper, CSR No. 9667. |
| 175 | Excerpts from the Certified Deposition Transcript of Dante Kim, taken in the above-captioned litigation on February 16, 2017, by court reporter Lana L. Loper, CSR No. 9667. |
| 176 | Documents Bates-numbered SEC-ODD-000024124-132, dated August 7, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1377 at depositions in this litigation. |
| 177 | Documents Bates-numbered SEC-ODD-000005058111, dated February 22, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1378 at depositions in this litigation. |
| 178 | Documents Bates-numbered SEC-ODD-000005208-209, dated August 25, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1379 at depositions in this litigation. |
| 179 | Document Bates-numbered SEC-ODD-000208921-23, dated April 9, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1842 at depositions in this litigation. |
| 180 | Documents Bates-numbered TSSTK-0000701-705, dated March 20, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants. Marked as Exhibit 1843 at depositions in this litigation. |
| 181 | Excerpts from document Bates-numbered SEC-ODD-00002568-2787, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1380 at depositions in this litigation. |
| 182 | Defendant Samsung Electronics Co., Ltd.'s Supplemental Objections and Responses to Indirect Purchaser Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 24, 2017. |
| 183 | Article entitled, "Samsung Optical Drive Allows Consumers to Create DVDs Quickly and Easily," dated November 18, 2007. Marked as Exhibit 1381 at depositions in this litigation. |
| 184 | United States Patent No. US 7,385,886 B2, entitled, "Optical Disk Drive and Method of Controlling Spindle Motor Thereof," issued June 10, 2008. Marked as Exhibit 1382 at depositions in this litigation. |
| 185 | United States Patent No. US 7,441,256 B2, entitled, "Optical Disk Drive Comprising Dust Removing Apparatus," issued October 21, 2008. Marked as Exhibit 1383 at depositions in this litigation. |
| 186 | Defendant Toshiba Samsung Storage Technology Korea Corporation's Complaint for Patent Infringement, *Toshiba Samsung Storage Technology Korea Corp. v. LG Electronics, Inc., et al.*, Case No. 15-cv-00691-LPS, filed August 6, 2015. Marked as Exhibit 1384 at depositions in this litigation. |
| 187 | Documents Bates-numbered HLDS_CIV1873612-14, dated August 27, 2005, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the documents. Marked as Exhibits 912 and 912A at depositions in this litigation. |

| Ex. | Description |
|-----|-------------|
| 188 | Document Bates-numbered TSSTK-0028049-57, dated February 5, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1038 and 1038A at depositions in this litigation. |
| 189 | Excerpts from the Certified Deposition Transcript of Richard Yun, taken in the above-captioned litigation on April 27, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 190 | Document Bates-numbered TSSTK-0126406-417, dated March 6, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1040 and 1040A at depositions in this litigation. |
| 191 | Document Bates-numbered TSSTK-0127001-7002, dated November 15, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1042 and 1042A at depositions in this litigation. |
| 192 | Documents Bates-numbered HLDS_CIV1394527-29, dated March 8, 2007, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 1041 and 1041A at depositions in this litigation. |
| 193 | Excerpts from the Certified Deposition Transcript of John Suh, taken in the above-captioned litigation on September 14, 2016, by court reporter Tifani L. Goetsch, CSR No. 10406. |
| 194 | Document Bates-numbered TSSTK-0192343-44, dated February 16, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1066 and 1066A at depositions in this litigation. |
| 195 | Document Bates-numbered TSSTK-0184471-73, dated January 14, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 563 and 563A at depositions in this litigation. |
| 196 | Document Bates-numbered SEC-ODD-000834607-611, dated June 2, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL - RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. Marked as Exhibits 1292 and 1292A at depositions in this litigation. |
| 197 | Documents Bates-numbered SSI-ODD-000000853-983, dated November 29, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Samsung defendants. Marked as Exhibit 1385 at depositions in this litigation. |
| 198 | Documents Bates-numbered TSSTK-0173166-67, dated August 3, 2009, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 339 and 339A at depositions in this litigation. |
| 199 | Document Bates-numbered LGEUS00042113-123, dated September 24, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the LG defendants. Marked as Exhibits 1579 and 1579A in this litigation. |
| 200 | Document Bates-numbered HLDS_CIV0019628-631, dated July 1, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants. Marked as Exhibits 1303 and 1303A at depositions in this litigation. |
| 201 | Excerpts from the Certified Deposition Transcript of Ho Hyun Chung, taken in the above-entitled litigation on September 15, 2016, by court reporter Judith L. Leitz Moran, CSR No. B-2312. |

| Ex. | Description |
|---|---|
| 202 | Document Bates-numbered HLDS_CIV0019665-669, dated June 7, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants. Marked as Exhibits 1302 and 1302A at depositions in this litigation. |
| 203 | Document Bates-numbered HLDS_CIV0189667-668, dated October 14, 2004, produced in the above-captioned litigation by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 106 and 106A at depositions in this litigation. |
| 204 | Documents Bates-numbered HLDS_CIV0034518-520, dated August 19, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a certified translation of the document. Marked as Exhibits 1205 and 1205A at depositions in this litigation. |
| 205 | Document Bates-numbered ODDCIV-001051070, dated September 14, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 1143 at depositions in this litigation. |
| 206 | Document Bates-numbered LGEUS00030146-157, dated May 31, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the LG defendants. Marked as Exhibits 1572 and 1572A in this litigation. |
| 207 | Documents Bates-numbered TSSTK-0177624-27, dated March 23, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 349 and 349A at depositions in this litigation. |
| 208 | Documents Bates-numbered TSSTK-0181174-76, dated March 24, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1845 and 1845A at depositions in this litigation. |
| 209 | Document Bates-numbered TSSTK-0177645-46, dated April 4, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1846 and 1846A at depositions in this litigation. |
| 210 | Document Bates-numbered PNA-CIV0000250247, dated April 24, 2003, produced in the above-captioned litigation by the Panasonic defendants. Marked as Exhibit 1903 at depositions in this action. |
| 211 | Document Bates-numbered T-ODD-00037246-49, dated April 25, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1905 and 1905A at depositions in this litigation. |
| 212 | Excerpts from the Certified Deposition Transcript of Linda Morris, taken in the above-captioned litigation on September 9, 2016, by court reporter Lana L. Loper, CSR No. 9667. |
| 213 | Document Bates-numbered SEC-ODD-000005744, dated January 19, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1901 at depositions in this litigation. |
| 214 | Document Bates-numbered SOA_DOJ_1_1067761-63, dated January 6, 2005, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants, as well as a certified translation of the document. Marked as Exhibit 1919 and 1919A at depositions in this litigation. |
| 215 | Document Bates-numbered T-ODD-00098724-26, dated July 19, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1920 and 1920A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 216 | Excerpts from the Certified Deposition Transcript of Susie Peng, taken in the above-captioned litigation on November 16, 2016, by court reporter Deborah Mayer, CSR No. 9654. |
| 217 | Document Bates-numbered ODDCIV-003632560, dated March 18, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2701 at depositions in this litigation. |
| 218 | Documents Bates-numbered ODDCIV-0033553929-931, dated March 28, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2704 at depositions in this litigation. |
| 219 | Documents Bates-numbered ODDCIV-005561027-28, dated February 22, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2708 at depositions in this litigation. |
| 220 | Documents Bates-numbered ODDCIV-0055560294-302, dated June 22, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2709 at depositions in this litigation. |
| 221 | Documents Bates-numbered ODDCIV-003632778-780, dated August 19, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2705 at depositions in this litigation. |
| 222 | Documents Bates-numbered ODDCIV-005551924-26, dated October 31, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2707 at depositions in this litigation. |
| 223 | Documents Bates-numbered ODDCIV-005550390-91, dated September 6, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants, as well as a certified translation of the document. Marked as Exhibits 2706 and 2706A at depositions in this litigation. |
| 224 | Documents Bates-numbered ODDCIV-003648063, dated July 15, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2711 at depositions in this litigation. |
| 225 | Document Bates-numbered QUANTA_HAW_00045535, dated December 5, 2008, produced in the above-captioned litigation by the Quanta defendants, as well as a certified translation of the document. Marked as Exhibits 409 and 409A in this litigation. |
| 226 | Document Bates-numbered ODDCIV-003651880, dated October 16, 2008, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 2712 at depositions in this litigation. |
| 227 | Document Bates-numbered T-ODD-00051187-88, dated February 23, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1917 and 1917A at depositions in this litigation. |
| 228 | Document Bates-numbered T-ODD-00101473-75, dated January 24, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1909 and 1909A at depositions in this litigation. |
| 229 | Document Bates-numbered T-ODD-00046382-85, dated October 20, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1914 and 1914A at depositions in this litigation. |
| 230 | Document Bates-numbered T-ODD-00090906-907, dated November 26, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1916 and 1916A at depositions in this litigation. |

| Ex. | Description |
|---|---|
| 231 | Document Bates-numbered T-ODD-00104218-220, dated May 20, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1912 and 1912A at depositions in this litigation. |
| 232 | Document Bates-numbered Pioneer0059061-63 dated May 10, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Pioneer defendants, as well as a certified translation of the document. Marked as Exhibits 1507 and 1507A at depositions in this litigation. |
| 233 | Document Bates-numbered T-ODD-00036894-95, dated April 23, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1904 and 1904A at depositions in this litigation. |
| 234 | Document Bates-numbered T-ODD-00040774-75, dated August 27, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1906 and 1906A at depositions in this litigation. |
| 235 | Document Bates-numbered T-ODD-00044166-68, dated November 24, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1918 and 1918A at depositions in this litigation. |
| 236 | Document Bates-numbered T-ODD-00044352-54, dated December 7, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1550 and 1550A at depositions in this litigation. |
| 237 | Document Bates-numbered T-ODD-00052981-86, dated March 10, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1910 and 1910A at depositions in this litigation. |
| 238 | Document Bates-numbered T-ODD-00001576-578, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 857 and 857A at depositions in this litigation. |
| 239 | Excerpts from the Judicial Council of California Civil Jury Instructions. |
| 240 | Document Bates-numbered T-ODD-00000184-242, dated January 13, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL - RESTRICTED" by the Toshiba defendants. Marked as Exhibit 1229 at depositions in this litigation. |
| 241 | Document Bates-numbered SEC-ODD-000865077-5118, dated March 26, 2014, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Samsung defendants. Marked as Exhibit 1391 at depositions in this litigation. |
| 242 | Document Bates-numbered T-ODD-00000421-495, dated January 13, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL - RESTRICTED" by the Toshiba defendants. Marked as Exhibit 1231 at depositions in this litigation. |
| 243 | Declaration of Linda Morris, dated October 10, 2016, submitted by defendant Toshiba Corporation in this litigation. |
| 244 | Declaration of Belinda S. Lee in Support of Joint Letter Brief, filed in the above-captioned litigation on November 22, 2016, ECF No. 2037. |
| 245 | Excerpts from the Certified Deposition Transcript of Bong-Seok Park, taken in the above-captioned litigation on December 10, 2016, by court reporter Patricia A. Bidonde, Notary Public within and for the State of New York. |

| Ex. | Description |
|---|---|
| 246 | Document Bates-numbered T-ODD-00063521-25, dated September 30, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1907 and 1907A at depositions in this litigation. |
| 247 | Document Bates-numbered HLDS_CIV0009845-864, dated approximately February 24, 2003, produced in the above-captioned litigation by the HLDS defendants. Marked as Exhibit 1299 at depositions in this litigation. |
| 248 | Document Bates-numbered TSSTK-0047132-34, dated March 4, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants. Marked as Exhibit 867 at depositions in this litigation |
| 249 | Document Bates-numbered TSSTK-0069211, dated August 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL-RESTRICTED" by the Toshiba defendants. Marked as Exhibit 1839 at depositions in this litigation. |
| 250 | Defendants Toshiba Corp., Toshiba Samsung Storage Technology Corp., Toshiba Samsung Storage Technology Korea Corp., and Toshiba America Information Systems, Inc's Responses and Objections to Plaintiffs' Joint Notice of Deposition of the Toshiba Defendant Family Pursuant to Fed. R. Civ. P. 30(b)(6). |
| 251 | Excerpts from the Certified Deposition Transcript of Kathy Longfellow, taken in the above-captioned litigation on December 16, 2016, by court reporter Brandi Celestino, CSR No. 13640 |
| 252 | Document Bates-numbered T-ODD-00025198-5205, dated May 22, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Toshiba defendants. |
| 253 | Document Bates-numbered PNA-CIV0000305505, dated September 15, 2004, produced in this litigation by the Panasonic defendants. Marked as Exhibit 1103 at depositions in this litigation. |
| 254 | Indirect Purchaser Plaintiffs' Notice of Deposition of Toshiba Corp. and Toshiba Samsung Storage Technology Corp. Pursuant to Federal Rule of Civil Procedure 30(b)(6), served on November 4, 2016. Marked as Exhibit 1900 at depositions in this litigation. |
| 255 | Objections and Responses of Defendants BenQ Corporation and BenQ America Corp. to Plaintiffs' Notice of Rule 30(b)(6) Deposition, dated December 31, 2012. |
| 256 | Document Bates-numbered ODD-BENQ-00061105-1109, dated April 12, 2002, produced in the above-captioned litigation by the BenQ defendants. |
| 257 | Document Bates-numbered ODD-BENQ-00000023-049, dated April 25, 2003, produced in the above-captioned litigation by the BenQ defendants. |
| 258 | Document Bates-numbered ODD-BENQ-00061019-1027, dated August 7, 2006, produced in the above-captioned litigation by the BenQ defendants. |
| 259 | Document Bates-numbered ODD-BENQ-00065669, created November 4, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 991 at depositions in this litigation. |
| 260 | Document Bates-numbered ODD-BENQ-00000050-59, dated April 10, 2006, produced in the above-captioned litigation by the BenQ defendants. |
| 261 | Document Bates-numbered ODDCIV-001094478-49, dated September 28, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 997 at depositions in this litigation. |
| 262 | Document Bates-numbered TSSTK-0178973-74, dated February 25, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the BenQ defendants, as well as a certified translation of the document. |

| Ex. | Description |
|-----|-------------|
| 263 | Document Bates-numbered Pioneer0051862-66, dated August 6, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Pioneer defendants, as well as a certified translation of the document. Marked as Exhibits 1013 and 1013A at depositions in this litigation. |
| 264 | Document Bates-numbered Pioneer0002981-83, dated December 28, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Pioneer defendants, as well as a certified translation of the document. Marked as Exhibits 1014 and 1014A at depositions in this litigation. |
| 265 | Document Bates-numbered Pioneer0003412-13, dated February 15, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Pioneer defendants, as well as a certified translation of the document. Marked as Exhibits 1009 and 1009A at depositions in this litigation. |
| 266 | Document Bates-numbered ODD-BENQ-00093263-64, dated February 14, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1008 at depositions in this litigation. |
| 267 | Document Bates-numbered ODD-BENQ-00098397, dated April 9, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1010 at depositions in this litigation. |
| 268 | Document Bates-numbered ODD-BENQ-00079903, dated October 12, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1005 at depositions in this litigation. |
| 269 | Document Bates-numbered ODD-BENQ-00099412-14, dated April 12, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1011 at depositions in this litigation. |
| 270 | Documents Bates-numbered ODD-BENQ-00513278-284, dated October 12, 2004, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1006 at depositions in this litigation. |
| 271 | Document Bates-numbered TEAC000423076-78, dated November 20, 2007, produced in this litigation and designated "CONFIDENTIAL" by the Teac defendants. Marked as Exhibit 1566 at depositions in this litigation |
| 272 | Documents Bates-numbered ODDCIV-005123810-11, dated March 23, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 1411 at depositions in this litigation. |
| 273 | Documents Bates-numbered ODD-BENQ-00221298-1300, dated May 27, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1270 at depositions in this litigation. |
| 274 | Excerpts from the Certified Deposition Transcript of Duncon Wu, taken in the above-captioned litigation on September 13, 2016, by court reporter Tifani L. Goetsch, CSR No. 10406. |
| 275 | Documents Bates-numbered ODD-BENQ-00221219-21, dated May 26, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1271 at depositions in this litigation. |
| 276 | Document Bates-numbered NEC_ODD_00001915-942, dated September 28, 2005, produced in this litigation and designated "CONFIDENTIAL" by the NEC defendants. |
| 277 | Document Bates-numbered ODDCIV-003324268-273, dated March 13, 2003, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 278 | Document Bates-numbered ODDCIV-005537928-935, dated March 1, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 1022 at depositions in this litigation. |

| Ex. | Description |
|-----|-------------|
| 279 | Document Bates-numbered ODDCIV-001081189-194, dated June 22, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 671 at depositions in this litigation. |
| 280 | Document Bates-numbered ODDCIV-001083808-809, dated July 20, 2005, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 638 at depositions in this litigation. |
| 281 | Document Bates-numbered ODDCIV-001212508-510, dated April 19, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 641 at depositions in this litigation. |
| 282 | Documents Bates-numbered ODDCIV-001145778-79, dated April 24, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 1015 at depositions in this litigation. |
| 283 | Document Bates-numbered ODDCIV-001210113-14, dated May 30, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. Marked as Exhibit 998 at depositions in this litigation. |
| 284 | Document Bates-numbered ODD-BENQ-00834430-31, dated October 26, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1018 at depositions in this litigation. |
| 285 | Documents Bates-numbered ODD-BENQ-00834088-89, dated August 7, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the BenQ defendants. Marked as Exhibit 1016 at depositions in this litigation. |
| 286 | Document Bates-numbered TEAC000290180, dated June 15, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Teac defendants. Marked as Exhibit 1019 at depositions in this litigation. |
| 287 | Documents Bates-numbered ODD-BENQ-00000061-71, dated August 7, 2006, produced in the above-captioned litigation by the BenQ defendants |
| 288 | Document entitled, "BenQ Corporation 2006 Annual Report," marked as Exhibit 995 at depositions in this litigation. |
| 289 | Document Bates-numbered TSSTK-0192343-44, dated February 15, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1279 and 1279A at depositions in this litigation. |
| 290 | Document Bates-numbered TSSTK-0123106-108, dated August 21, 2006, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 1032 and 1032A at depositions in this litigation. |
| 291 | Document Bates-numbered TSSTK-0010459-468, dated May 22, 2007, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a certified translation of the document. Marked as Exhibits 288 and 288A at depositions in this litigation. |
| 292 | Document Bates-numbered QUANTA_HAW22321, dated May 18, 2008, produced in the above-captioned litigation by the Quanta defendants. Marked as Exhibit 424 at depositions in this action. |
| 293 | Document Bates-numbered SEC-ODD-000815348, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants, as well as a certified translation of the document. |

1      I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed this 11th day of August, 2017 at Berkeley, California.

3

4                                                            Jeff D. Friedman
                                                     JEFF D. FRIEDMAN
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRIEDMAN DECL. IN OPP'N TO DEFS.' MOTIONS FOR
SUMMARY JUDGMENT, DECERTIFICATION- Case No.: 3:10-      -21-
md-2143-RS
010711-12 974281 V1