Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Interim Lead Counsel for*
*Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS (JCS) |
| | DECLARATION OF SHANA E. SCARLETT IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT |
| | Date:    September 26, 2017<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3, 17th Floor<br>Judge:  Hon. Richard Seeborg |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

**REDACTED VERSION**

I, Shana E. Scarlett, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California in the above-titled litigation.  I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for the indirect purchaser plaintiffs in the above-titled action.  Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 1 | Pursuant to Federal Rule of Evidence 1006, the attached chart reflects communications between three participants in the conspiracy, JC Lim of PLDS, Eugene Yang of HLDS, and Kenny Lee of Samsung/TSST-Korea. The phone records summarized in the chart are voluminous (several hundred pages), and these records cannot be conveniently analyzed in court. The chart is based on phone records that are admissible in evidence based on deposition testimony from phone company representatives and production of the phone records from the defendants' own files. All of the phone records have been produced to the defendants during the course of this litigation. The chart was created at my direction by staff at Hagens Berman. |
| 2 | Pursuant to Federal Rule of Evidence 1006, the attached chart reflects communications between three participants in the conspiracy, JC Lim of PLDS, Eugene Yang of HLDS, and Kenny Lee of Samsung/TSST-Korea. The phone records summarized in the chart are voluminous (several hundred pages), and these records cannot be conveniently analyzed in court. The chart is based on phone records that are admissible in evidence based on deposition testimony from phone company representatives and production of the phone records from the defendants' own files. All of the phone records have been produced to the defendants during the course of this litigation. This chart is identical to the chart attached as Exhibit 1, but includes information contained in Plaintiff HP Inc.'s Eighth Supplemental Objections and Responses to Defendant Panasonic Corporation's First Set of Interrogatories, regarding the timing of certain procurement events. The twenty-two events defendants acknowledge as agreements are highlighted in red. The chart was created at my direction by staff at Hagens Berman. |
| 3 | Plaintiff HP Inc.'s Eighth Supplemental Objections and Responses to Defendant Panasonic Corporation's First Set of Interrogatories, served January 13, 2017 in the *In re Optical Disk Drive Products Antitrust Litigation*. |
| 4 | Document Bates-numbered HLDS_CIV00007811-840, produced in the above-captioned litigation by the HLDS defendants. |
| 5 | Document Bates-numbered HLDS_CIV00007841-864, produced in the above-captioned litigation by the HLDS defendants. |
| 6 | Document Bates-numbered HLDS_CIV00009865-880, produced in the above- |

| EX. NO. | DESCRIPTION |
|:---:|:---|
| | captioned litigation by the HLDS defendants. |
| 7 | Document Bates-numbered HLDS_CIV00010002-23, produced in the above-captioned litigation by the HLDS defendants. |
| 8 | Document Bates-numbered HLDS_CIV00010189-208, produced in the above-captioned litigation by the HLDS defendants. |
| 9 | Document Bates-numbered HLDS_CIV00020631-662, produced in the above-captioned litigation by the HLDS defendants. |
| 10 | Document Bates-numbered HLDS_CIV00020663-692, produced in the above-captioned litigation by the HLDS defendants. |
| 11 | Document Bates-numbered HLDS_CIV00020693-20716, produced in the above-captioned litigation by the HLDS defendants. |
| 12 | Document Bates-numbered HLDS_CIV00020755-770, produced in the above-captioned litigation by the HLDS defendants. |
| 13 | Document Bates-numbered HLDS_CIV00020806-817, produced in the above-captioned litigation by the HLDS defendants. |
| 14 | Document Bates-numbered HLDS_CIV00030864-872, produced in the above-captioned litigation by the HLDS defendants. |
| 15 | Document Bates-numbered HLDS_CIV00030873-881, produced in the above-captioned litigation by the HLDS defendants. |
| 16 | Document Bates-numbered HLDS_CIV00030882-88, produced in the above-captioned litigation by the HLDS defendants. |
| 17 | Document Bates-numbered HLDS_CIV00030896-904, produced in the above-captioned litigation by the HLDS defendants. |
| 18 | Document Bates-numbered HLDS_CIV00030905-912, produced in the above-captioned litigation by the HLDS defendants. |
| 19 | Document Bates-numbered HLDS_CIV00030913-922, produced in the above-captioned litigation by the HLDS defendants. |
| 20 | Document Bates-numbered HLDS_CIV00030931-938, produced in the above-captioned litigation by the HLDS defendants. |
| 21 | Document Bates-numbered HLDS_CIV00030939-945, produced in the above-captioned litigation by the HLDS defendants. |
| 22 | Document Bates-numbered HLDS_CIV00030954-962, produced in the above-captioned litigation by the HLDS defendants. |
| 23 | Document Bates-numbered HLDS_CIV00030971-981, produced in the above-captioned litigation by the HLDS defendants. |
| 24 | Document Bates-numbered HLDS_CIV00030982-992, produced in the above-captioned litigation by the HLDS defendants. |
| 25 | Document Bates-numbered HLDS_CIV00031005-1012, produced in the above-captioned litigation by the HLDS defendants. |
| 26 | Document Bates-numbered HLDS_CIV00031013-1024, produced in the above-captioned litigation by the HLDS defendants. |
| 27 | Document Bates-numbered HLDS_CIV00031033-1040, produced in the above-captioned litigation by the HLDS defendants. |
| 28 | Document Bates-numbered HLDS_CIV00031041-1050, produced in the above-captioned litigation by the HLDS defendants. |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 29 | Document Bates-numbered HLDS_CIV00031051-1062, produced in the above-captioned litigation by the HLDS defendants. |
| 30 | Document Bates-numbered HLDS_CIV00031063-1071, produced in the above-captioned litigation by the HLDS defendants. |
| 31 | Document Bates-numbered HLDS_CIV00031081-1090, produced in the above-captioned litigation by the HLDS defendants. |
| 32 | Document Bates-numbered HLDS_CIV00031125-136, produced in the above-captioned litigation by the HLDS defendants. |
| 33 | Document Bates-numbered HLDS_CIV00031137-147, produced in the above-captioned litigation by the HLDS defendants. |
| 34 | Document Bates-numbered HLDS_CIV00031148-156, produced in the above-captioned litigation by the HLDS defendants. |
| 35 | Document Bates-numbered HLDS_CIV00031166-175, produced in the above-captioned litigation by the HLDS defendants. |
| 36 | Document Bates-numbered HLDS_CIV00031176-183, produced in the above-captioned litigation by the HLDS defendants. |
| 37 | Document Bates-numbered HLDS_CIV00031201-206, produced in the above-captioned litigation by the HLDS defendants. |
| 38 | Document Bates-numbered HLDS_CIV00031208-1308, produced in the above-captioned litigation by the HLDS defendants. |
| 39 | Document Bates-numbered HLDS_CIV00031316-1587, produced in the above-captioned litigation by the HLDS defendants. |
| 40 | Document Bates-numbered HLDS_CIV00032156-165, produced in the above-captioned litigation by the HLDS defendants. |
| 41 | Document Bates-numbered HLDS_CIV00032166-174, produced in the above-captioned litigation by the HLDS defendants. |
| 42 | Document Bates-numbered HLDS_CIV00032175-184, produced in the above-captioned litigation by the HLDS defendants. |
| 43 | Document Bates-numbered HLDS_CIV00032223-231, produced in the above-captioned litigation by the HLDS defendants. |
| 44 | Document Bates-numbered HLDS_CIV00032232-240, produced in the above-captioned litigation by the HLDS defendants. |
| 45 | Document Bates-numbered HLDS_CIV00032241-250, produced in the above-captioned litigation by the HLDS defendants. |
| 46 | Document Bates-numbered HLDS_CIV00032251-260, produced in the above-captioned litigation by the HLDS defendants. |
| 47 | Document Bates-numbered HLDS_CIV00032261-271, produced in the above-captioned litigation by the HLDS defendants. |
| 48 | Document Bates-numbered HLDS_CIV00032272-281, produced in the above-captioned litigation by the HLDS defendants. |
| 49 | Document Bates-numbered HLDS_CIV00032282-292, produced in the above-captioned litigation by the HLDS defendants. |
| 50 | Document Bates-numbered HLDS_CIV00032293-98, produced in the above-captioned litigation by the HLDS defendants. |
| 51 | Document Bates-numbered HLDS_CIV00032299-2305, produced in the above- |

| EX. NO. | DESCRIPTION |
|---|---|
| | captioned litigation by the HLDS defendants. |
| 52 | Document Bates-numbered HLDS_CIV00032306-318, produced in the above-captioned litigation by the HLDS defendants. |
| 53 | Document Bates-numbered HLDS_CIV00032319-326, produced in the above-captioned litigation by the HLDS defendants. |
| 54 | Document Bates-numbered HLDS_CIV00032327-340, produced in the above-captioned litigation by the HLDS defendants. |
| 55 | Document Bates-numbered HLDS_CIV00032341-49, produced in the above-captioned litigation by the HLDS defendants. |
| 56 | Document Bates-numbered HLDS_CIV00032350-56, produced in the above-captioned litigation by the HLDS defendants. |
| 57 | Document Bates-numbered HLDS_CIV00032357-367, produced in the above-captioned litigation by the HLDS defendants. |
| 58 | Document Bates-numbered HLDS_CIV00032368-377, produced in the above-captioned litigation by the HLDS defendants. |
| 59 | Document Bates-numbered HLDS_CIV00032378-384, produced in the above-captioned litigation by the HLDS defendants. |
| 60 | Document Bates-numbered HLDS_CIV00032385-395, produced in the above-captioned litigation by the HLDS defendants. |
| 61 | Document Bates-numbered HLDS_CIV00032396-2405, produced in the above-captioned litigation by the HLDS defendants. |
| 62 | Document Bates-numbered HLDS_CIV00032406-417, produced in the above-captioned litigation by the HLDS defendants. |
| 63 | Document Bates-numbered HLDS_CIV00036854-877, produced in the above-captioned litigation by the HLDS defendants. |
| 64 | Document Bates-numbered HLDS_CIV00036878-6901, produced in the above-captioned litigation by the HLDS defendants. |
| 65 | Document Bates-numbered HLDS_CIV00036902-923, produced in the above-captioned litigation by the HLDS defendants. |
| 66 | Document Bates-numbered HLDS_CIV00036924-947, produced in the above-captioned litigation by the HLDS defendants. |
| 67 | Document Bates-numbered HLDS_CIV0006948-971, produced in the above-captioned litigation by the HLDS defendants. |
| 68 | Document Bates-numbered HLDS_CIV00036972-998, produced in the above-captioned litigation by the HLDS defendants. |
| 69 | Document Bates-numbered HLDS_CIV00037004, produced in the above-captioned litigation by the HLDS defendants. |
| 70 | Document Bates-numbered HLDS_CIV003647691-7710, produced in the above-captioned litigation by the HLDS defendants. |
| 71 | Document Bates-numbered HLDS_CIV003647711-732, produced in the above-captioned litigation by the HLDS defendants. |
| 72 | Document Bates-numbered HLDS_CIV003647733-758, produced in the above-captioned litigation by the HLDS defendants. |
| 73 | Document Bates-numbered HLDS_CIV003647759-782, produced in the above-captioned litigation by the HLDS defendants. |

| EX. NO. | DESCRIPTION |
|---|---|
| 74 | Document Bates-numbered HLDS_CIV003647783-7807, produced in the above-captioned litigation by the HLDS defendants. |
| 75 | Document Bates-numbered HLDS_CIV0036477808-833, produced in the above-captioned litigation by the HLDS defendants. |
| 76 | Document Bates-numbered HLDS_CIV003647834-857, produced in the above-captioned litigation by the HLDS defendants. |
| 77 | Document Bates-numbered HLDS_CIV003647858-879, produced in the above-captioned litigation by the HLDS defendants. |
| 78 | Document Bates-numbered HLDS_CIV003647880-7905, produced in the above-captioned litigation by the HLDS defendants. |
| 79 | Document Bates-numbered HLDS_CIV003647906-929, produced in the above-captioned litigation by the HLDS defendants. |
| 80 | Document Bates-numbered HLDS_CIV003647930-955, produced in the above-captioned litigation by the HLDS defendants. |
| 81 | Document Bates-numbered HLDS_CIV003647956-983, produced in the above-captioned litigation by the HLDS defendants. |
| 82 | Document Bates-numbered HLDS_CIV003647984-8009, produced in the above-captioned litigation by the HLDS defendants. |
| 83 | Document Bates-numbered HLDS_CIV003648010-8035, produced in the above-captioned litigation by the HLDS defendants. |
| 84 | Document Bates-numbered HLDS_CIV003648036-8055, produced in the above-captioned litigation by the HLDS defendants. |
| 85 | Document Bates-numbered HLDS_CIV003648056-8077, produced in the above-captioned litigation by the HLDS defendants. |
| 86 | Document Bates-numbered HLDS_CIV003648078-8103, produced in the above-captioned litigation by the HLDS defendants. |
| 87 | Document Bates-numbered HLDS_CIV003648104-131, produced in the above-captioned litigation by the HLDS defendants. |
| 88 | Document Bates-numbered HLDS_CIV003648132-155, produced in the above-captioned litigation by the HLDS defendants. |
| 89 | Document Bates-numbered HLDS_CIV003648156-183, produced in the above-captioned litigation by the HLDS defendants. |
| 90 | Document Bates-numbered HLDS_CIV003648184-8209, produced in the above-captioned litigation by the HLDS defendants. |
| 91 | Document Bates-numbered ODDCIV-000359254-291, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 92 | Document Bates-numbered ODDCIV-000359292-9357, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 93 | Document Bates-numbered ODDCIV-000359358-394, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 94 | Document Bates-numbered ODDCIV-000359395-9429, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips |

| EX. NO. | DESCRIPTION |
|---------|-------------|
|  | defendants. |
| 95 | Document Bates-numbered ODDCIV-000359487-496, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 96 | Document Bates-numbered ODDCIV-000359497-9509, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 97 | Document Bates-numbered ODDCIV-000359510-523, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 98 | Document Bates-numbered ODDCIV-000359524-539, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 99 | Document Bates-numbered ODDCIV-000359540-47, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 10 | Document Bates-numbered ODDCIV-004105207-210, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 101 | Document Bates-numbered ODDCIV-004105211-215, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 102 | Document Bates-numbered ODDCIV-004105216-218, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 103 | Document Bates-numbered ODDCIV-004105224-27, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 104 | Document Bates-numbered ODDCIV-004105236-39, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 105 | Document Bates-numbered ODDCIV-004105240-45, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 106 | Document Bates-numbered ODDCIV-004105252-58, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 107 | Document Bates-numbered ODDCIV-004105265-268, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 108 | Document Bates-numbered ODDCIV-004105269-275, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 109 | Document Bates-numbered ODDCIV-004105276-79, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips |

| EX. NO. | DESCRIPTION |
|---------|-------------|
|  | defendants. |
| 110 | Document Bates-numbered ODDCIV-004105304-311, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 111 | Document Bates-numbered ODDCIV-004105312-315, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 112 | Document Bates-numbered ODDCIV-004105316-323, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 113 | Document Bates-numbered ODDCIV-004105327-358, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 114 | Document Bates-numbered ODDCIV-004105359, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 115 | Document Bates-numbered ODDCIV-004105367, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 116 | Document Bates-numbered ODDCIV-004105369-5400, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 117 | Document Bates-numbered ODDCIV-005384136-151, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 118 | Document Bates-numbered ODDCIV-005384218-222, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 119 | Document Bates-numbered ODDCIV-005384261-268, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 120 | Document Bates-numbered ODDCIV-005385838-840, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 121 | Document Bates-numbered ODDCIV-005385903-908, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 122 | Document Bates-numbered ODDCIV-005385909-911, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 123 | Document Bates-numbered ODDCIV-005385942-956, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 124 | Document Bates-numbered ODDCIV-005418010-8016, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips |

| EX. NO. | DESCRIPTION |
|---------|-------------|
|  | defendants. |
| 125 | Document Bates-numbered ODDCIV-005418227-231, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 126 | Document Bates-numbered ODDCIV-005424128-143, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 127 | Document Bates-numbered ODDCIV-005424170-189, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 128 | Document Bates-numbered ODDCIV-005424339-354, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 129 | Document Bates-numbered ODDCIV-005424377-384, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 130 | Document Bates-numbered ODDCIV-005424385-389, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 131 | Document Bates-numbered ODDCIV-005424390-4401, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 132 | Document Bates-numbered ODDCIV-005424402-405, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 133 | Document Bates-numbered ODDCIV-005424406-415, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 134 | Document Bates-numbered ODDCIV-005424421-436, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 135 | Document Bates-numbered ODDCIV-005424472-485, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 136 | Document Bates-numbered ODDCIV-005424548-553, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 137 | Document Bates-numbered ODDCIV-005479492-495, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 138 | Document Bates-numbered ODDCIV-005495459-461, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 139 | Document Bates-numbered ODDCIV-005495472-475, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips |

| EX. NO. | DESCRIPTION |
|---|---|
| | defendants. |
| 140 | Document Bates-numbered ODDCIV-005557730-759, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 141 | Document Bates-numbered ODDCIV-005557760-65, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the Philips defendants. |
| 142 | Document Bates-numbered PNA-CIV 0000080493-503, produced in the above-captioned litigation by the Panasonic defendants. |
| 143 | Document Bates-numbered PNA-CIV 0000094362-372, produced in the above-captioned litigation by the Panasonic defendants. |
| 144 | Document Bates-numbered PNA-CIV 0000180531-36, produced in the above-captioned litigation by the Panasonic defendants. |
| 145 | Document Bates-numbered SEC-ODD-00002099-2134, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants. |
| 146 | Document Bates-numbered SEC-ODD-00002135-164, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants. |
| 147 | Document Bates-numbered SEC-ODD-00002165-2202, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants. |
| 148 | Document Bates-numbered SEC-ODD-00003013-3071, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants. |
| 149 | Document Bates-numbered SOA-DOJ-1-09048-9146, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 150 | Document Bates-numbered SOA-DOJ-1-09410-9555, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 151 | Document Bates-numbered SOA-DOJ-1-09556-9692, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 152 | Document Bates-numbered SOA-DOJ-1-09694-9828, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 153 | Document Bates-numbered SOA-DOJ-1-09856-9988, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 154 | Document Bates-numbered SOA-DOJ-1-10015-144, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 155 | Document Bates-numbered SOA-DOJ-1-10249-374, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| | defendants. |
| 156 | Document Bates-numbered SOA-DOJ-1-10387-508, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 157 | Document Bates-numbered SOA-DOJ-1-10509-637, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 158 | Document Bates-numbered SOA-DOJ-1-10653-787, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 159 | Document Bates-numbered SOA-DOJ-1-10808-950, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 160 | Document Bates-numbered SOA-DOJ-1-11254-1404, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 161 | Document Bates-numbered SOA-DOJ-1-11405-1546, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 162 | Document Bates-numbered SOA-DOJ-1-11547-1693, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 163 | Document Bates-numbered SOA-DOJ-1-11935-12083, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 164 | Document Bates-numbered SOA-DOJ-1-12092-2233, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 165 | Document Bates-numbered SOA-DOJ-1-12252-2234, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 166 | Document Bates-numbered SOA-DOJ-1-14514-4839, produced in the above-captioned litigation and designated "HIGHLY CONFIDENTIAL" by the Sony defendants. |
| 167 | Document Bates-numbered SSI-ODD-000000001-475, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Samsung defendants. |

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.  Executed this 11th day of August, 2017 at Berkeley, California.

3

4                                      /s/ Shana E. Scarlett

5                                      SHANA E. SCARLETT