1  Daniel A. Sasse (CSB No. 236234)
      dsasse@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone: (949) 263-8400
4  Facsimile: (949) 263-8414

5  Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

| | |
|---|---|
| 1 | Plaintiff Ingram Micro Inc. ("Ingram") and Defendants Philips & Lite-On Digital |
| 2 | Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., Koninklijke Philips N.V., |
| 3 | and Lite-On IT Corporation of Taiwan (collectively "PLDS"), by and through their respective |
| 4 | attorneys, hereby stipulate to a dismissal of this action as to PLDS with prejudice, pursuant to |
| 5 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs |
| 6 | and attorneys' fees. This stipulation does not affect the rights or claims of Ingram against any |
| 7 | other defendant or alleged co-conspirator in the above-captioned litigation. |

**IT IS SO STIPULATED.**

Dated: September 5, 2017             CROWELL & MORING LLP

                                     By: **/s/ Daniel A. Sasse**

                                     Daniel A. Sasse
                                     *Attorneys for Plaintiff Ingram Micro Inc.*

Dated: September 5, 2017             BAKER BOTTS LLP

                                     By: **/s/ John Taladay**

                                     Baker Botts LLP
                                     1299 Pennsylvania Ave., NW
                                     Washington, DC 20004
                                     john.taladay@bakerbotts.com

                                     *Attorneys for Defendants
                                     Philips & Lite-On Digital Solutions
                                     Corporation, Philips & Lite-On Digital
                                     Solutions USA, Inc., Koninklijke Philips N.V.,
                                     Lite-On IT Corporation of Taiwan*

| | |
|---|---|
| 1 | **FILER ATTESTATION** |
| 2 | Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the |
| 3 | United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby |
| 4 | attest that concurrence in the filing of this document has been obtained from each of the other |
| 5 | signatories. |
| 6 | |
| 7 | Dated: September 5, 2017  CROWELL & MORING LLP |
| 8 | |
| 9 | By:  **/s/ Daniel A. Sasse** |
| 10 | Daniel A. Sasse |
| 11 | *Attorneys for Plaintiff Ingram Micro Inc.* |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/7/17

*/s/ Richard Seeborg*
Honorable Richard G. Seeborg
United States District Judge