Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

| | |
|---|---|
| 1 | Plaintiff Synnex Corporation ("Synnex") and Defendants Philips & Lite-On Digital |
| 2 | Solutions Corporation, Philips & Lite-On Digital Solutions USA, Inc., Koninklijke Philips N.V., |
| 3 | and Lite-On IT Corporation of Taiwan (collectively "PLDS"), by and through their respective |
| 4 | attorneys, hereby stipulate to a dismissal of this action as to PLDS with prejudice, pursuant to |
| 5 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs |
| 6 | and attorneys' fees. This stipulation does not affect the rights or claims of Synnex against any |
| 7 | other defendant or alleged co-conspirator in the above-captioned litigation. |

**IT IS SO STIPULATED.**

Dated: September 5, 2017    CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

Dated: September 5, 2017    BAKER BOTTS LLP

By: **/s/ John Taladay**

Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
john.taladay@bakerbotts.com

*Attorneys for Defendants
Philips & Lite-On Digital Solutions
Corporation, Philips & Lite-On Digital
Solutions USA, Inc., Koninklijke Philips N.V.,
Lite-On IT Corporation of Taiwan*

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 5, 2017        CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/7/17

*/s/ Richard G. Seeborg*
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS