TechKnowledge
Law Group LLP
Attorneys At Law
Redwood Shores

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-02143-RS<br>MDL No. 2143<br><br>Individual Case No. 3:13-cv-04991-RS<br><br>**[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF PIONEER CORPORATION, PIONEER HIGH FIDELITY TAIWAN CO., LTD., PIONEER NORTH AMERICA, INC., PIONEER ELECTRONICS (USA) INC., AND PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY BY ACER AMERICA CORPORATION, GATEWAY, INC. AND GATEWAY U.S. RETAIL F/K/A EMACHINES, INC.** |
| This document relates to:<br><br>*Acer Inc., et al. v. Lite-On IT Corp., et al.;*<br>Case No. Case No. 3:13-cv-04991-RS | |

**[~~PROPOSED~~] ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. All claims asserted by Plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc. (collectively, "Acer") against Defendants Pioneer Corporation, Pioneer High Fidelity Taiwan Co., Ltd., Pioneer North America, Inc., Pioneer Electronics (USA) Inc., and Pioneer Digital Design & Manufacturing Company (collectively, the "Pioneer Defendants") in the above-captioned actions are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

3. The Pioneer Defendants' summary judgment motion filed against Acer (MDL Docket No. 2342; Individual Docket No. 94) on June 30, 2017 is withdrawn.

**IT IS SO ORDERED.**

DATED: 9/7/17

HONORABLE RICHARD G. SEEBORG
United States District Judge