Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

| | |
|---|---|
| 1 | Plaintiff Ingram Micro Inc. ("Ingram") and Defendants BenQ Corporation and BenQ |
| 2 | America Corp. (collectively "BenQ"), by and through their respective attorneys, hereby stipulate |
| 3 | to a dismissal of this action as to BenQ with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the |
| 4 | Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This |
| 5 | stipulation does not affect the rights or claims of Ingram against any other defendant or alleged |
| 6 | co-conspirator in the above-captioned litigation. |
| 7 | **IT IS SO STIPULATED.** |

Dated: September 5, 2017          CROWELL & MORING LLP

By:  **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

Dated: September 5, 2017          BLANK ROME LLP

By:  **/s/ Lisa M. Kaas**

Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
lkaas@blankrome.com

*Attorneys for Defendants*
*BenQ Corporation and BenQ America Corp.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 5, 2017  CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/7/17

_(signature)_

Honorable Richard G. Seeborg
United States District Judge