Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Synnex Corporation ("Synnex") and Defendants BenQ Corporation and BenQ |
| 2 | America Corp. (collectively "BenQ"), by and through their respective attorneys, hereby stipulate |
| 3 | to a dismissal of this action as to BenQ with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the |
| 4 | Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This |
| 5 | stipulation does not affect the rights or claims of Synnex against any other defendant or alleged |
| 6 | co-conspirator in the above-captioned litigation. |
| 7 | **IT IS SO STIPULATED.** |

Dated: September 5, 2017                    CROWELL & MORING LLP

                                            By: **/s/ Daniel A. Sasse**

                                            Daniel A. Sasse

                                            *Attorneys for Plaintiff Synnex Corporation*

Dated: September 5, 2017                    BLANK ROME LLP

                                            By: **/s/ Lisa M. Kaas**

                                            Blank Rome LLP
                                            1825 Eye Street NW
                                            Washington, DC 20006
                                            lkaas@blankrome.com

                                            *Attorneys for Defendants*
                                            *BenQ Corporation and BenQ America Corp.*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 5, 2017            CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/7/17

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS