TECHKNOWLEDGE
LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-02143-RS<br>MDL No. 2143<br><br>Individual Case No. 3:13-cv-04991-RS<br><br>**[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF NEC CORPORATION BY ACER AMERICA CORPORATION, GATEWAY, INC. AND GATEWAY U.S. RETAIL F/K/A EMACHINES, INC.** |
| This document relates to:<br><br>*Acer Inc., et al. v. Lite-On IT Corp., et al.;*<br>Case No. Case No. 3:13-cv-04991-RS | |

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. All claims asserted by Plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc. (collectively, "Acer") against Defendant NEC Corporation ("NEC") in the above-captioned actions are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

3. NEC's summary judgment motion filed against Acer (MDL Docket No. 2329; Individual Docket No. 87) on June 30, 2017 is withdrawn as to Acer only.

**IT IS SO ORDERED.**

DATED: 9/7/17

HONORABLE RICHARD G. SEEBORG
United States District Judge