1 Daniel A. Sasse (CSB No. 236234)
   dsasse@crowell.com
2 CROWELL & MORING LLP
  3 Park Plaza, 20th Floor
3 Irvine, California  92614
  Telephone: (949) 263-8400
4 Facsimile:  (949) 263-8414

5 Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

| | |
|---|---|
| 1 | Plaintiff Ingram Micro Inc. ("Ingram") and Defendants Toshiba Corporation ("Toshiba |
| 2 | Corp.") and Toshiba America Information Systems, Inc. ("TAIS"), by and through their |
| 3 | respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba Corp. and TAIS |
| 4 | with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each |
| 5 | party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or |
| 6 | claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned |
| 7 | litigation. |

**IT IS SO STIPULATED.**

Dated: September 8, 2017                                    CROWELL & MORING LLP

                                                By:    **/s/ Daniel A. Sasse**

                                                       Daniel A. Sasse
                                                       *Attorneys for Plaintiff Ingram Micro Inc.*

Dated: September 8, 2017                                    LATHAM & WATKINS LLP

                                                By:    **/s/ Belinda S Lee**

                                                       Latham & Watkins LLP
                                                       505 Montgomery Street Suite 2000
                                                       San Francisco, California 94111
                                                       Belinda.lee@lw.com

                                                       *Attorneys for Defendants*
                                                       *Toshiba Corporation and Toshiba America*
                                                       *Information Systems, Inc.*

**<u>FILER ATTESTATION</u>**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 8, 2017  CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/8/17

_____
Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS