Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

1       Plaintiff Synnex Corporation ("Synnex") and Defendants Toshiba Corporation ("Toshiba Corp.") and Toshiba America Information Systems, Inc. ("TAIS"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Toshiba Corp. and TAIS with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Synnex against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: September 8, 2017                  CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

Dated: September 8, 2017                  LATHAM & WATKINS LLP

By: **/s/ Belinda S Lee**

Latham & Watkins LLP
505 Montgomery Street Suite 2000
San Francisco, California 94111
Belinda.lee@lw.com

*Attorneys for Defendants*
*Toshiba Corporation and Toshiba America*
*Information Systems, Inc.*

# FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 8, 2017    CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Synnex Corporation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/8/17

_____
Honorable Richard G. Seeborg
United States District Judge

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS & MDL 3:10-MD-02143-RS

CROWELL
& MORING LLP
ATTORNEYS AT LAW