IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | CASE NO. 3:10-md-2143 RS<br><br>**ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' MOTION TO STRIKE FTAIA ARGUMENT AND GRANTING ALTERNATIVE MOTION TO FILE OPPOSITION BRIEF** |

In the midst of extensive, well-crafted briefing by all parties on important questions in this significant case, this Court has been confronted with a silly back and forth regarding who, if anyone, violated the letter and spirit of court-imposed page limits in this matter. Ironically, this dispute arises regarding briefing on the FTAIA, a federal statute about which this Court has already received a veritable Mount Everest of written legal argument. The quaint notion animating the parties to this dispute is that each additional page afforded them will measurably advance that party's cause. Of course, the contrary is often the true path, that less is more in gauging the effectiveness of legal argument, both written and oral. That said, enough ink has surely been spilled on the issue of the FTAIA in this action. Accordingly, the IPP's motion to strike will be denied, their alternative motion to file the standalone brief attached as Exhibit A to the motion will be granted, and defendants' request to file a further reply will be denied.

IT IS SO ORDERED.

Dated: September 11, 2017

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE