Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS (JCS) |
| | DECLARATION OF JEFF D. FRIEDMAN IN OPPOSITION TO DEFENDANTS' JOINT MOTIONS TO STRIKE THE TESTIMONY OF DR. KENNETH FLAMM AND EXCLUDE CERTAIN TESTIMONY OF DR. LUIS CABRAL |
| | Date:  September 26, 2017<br>Time:  1:30 pm<br>Judge: Hon. Richard G. Seeborg<br>Court: Courtroom 3, 17th Floor |
| | DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

**REDACTED VERSION**

010177-12  978828 V1

I, JEFF D. FRIEDMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California in the above-entitled litigation. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for the indirect purchaser plaintiffs in the above-entitled action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copy of the following exhibits:

Exhibit A: Excerpts from the Transcript of Trial Proceedings, *In Re: Urethane Antitrust Litig.*, No 04-1616 (D. Kan.), dated January 31, 2013;

Exhibit B: Excerpts from the Certified Deposition Transcript of Luis Cabral, Ph.D., taken in the above-captioned litigation on March 21, 2017, by court reporter Kathy S. Klepfer, Registered Merit Reporter and Notary Public within and for the State of New York;

Exhibit C: Excerpts from the Updated Expert Report of Edward A. Snyder, Ph.D., dated April 21, 2017, served by defendants in the above-captioned litigation;

Exhibit D: Document Bates-numbered HLDS_CIV0034534-38, produced in the above-captioned litigation and designated "CONFIDENTIAL" by the HLDS defendants, as well as a Certified Translation of the document. Marked as Exhibits 596 and 596A at depositions in this litigation;

Exhibit E: Excerpts from the Expert Report of Dr. Kenneth Flamm, dated February 1, 2017, served by indirect purchaser plaintiffs the above-captioned litigation;

Exhibit F: Excerpts from the Certified Deposition Transcript of Edward A. Snyder, taken in the above-captioned litigation on May 3, 2017, by court reporter Patricia A. Bidonde, Notary Public within and for the State of New York;

Exhibit G: Excerpts from the Certified Deposition Transcript of Kevin M. Murphy, Ph.D., taken in the above-captioned litigation on May 3, 2017, by court reporter Janet L. Robbins, CSR No. 84-2207;

Exhibit H: Document Bates-numbered HLDS_CIV2399848, produced in the above-captioned litigation by the HLDS defendants, as well as a Certified Translation of the document. Marked as Exhibits 97 and 97A at depositions in this litigation;

Exhibit I: Document Bates-numbered TSSTK-0194621-22, produced in the above-captioned litigation and designated "CONFIDENTIAL – RESTRICTED" by the Toshiba defendants, as well as a Certified Translation of the document. Marked as Exhibits 1807 and 1807A at depositions in this litigation;

Exhibit J: Excerpts from the Expert Report of Kevin M. Murphy, dated April 3, 2017, served by defendants in the above-captioned litigation;

Exhibit K: Excerpts from the [Corrected] Expert Report of Dr. Andres V. Lerner, dated April 3, 2017, served by defendants in the above-captioned litigation;

Exhibit L: Excerpts from the Certified Deposition Transcript of Kenneth Flamm, Ph.D., taken in the above-captioned litigation on March 24, 2017, by court reporter Tamara Chapman, CSR No. 7248;

Exhibit M: Excerpts from <u>ABA Section of Antitrust Law, Proving Antitrust Damages: Legal and Economic Issues</u> (2d Ed. 2010);

Exhibit N: Excerpts from the Certified Deposition Transcript of Janusz A. Ordover, Ph.D., taken in the above-captioned litigation on September 9, 2015, by court reporter Jennifer Wielage, License No. 30X100191600;

Exhibit O: Article: "How Government Statistics Adjust for Potential Biases from Quality Change and New Goods in an Age of Digital Technologies: A View from the Trenches";

Exhibit P: Article: "Hedonic Models in the Producer Price Index (PPI)," dated June 2011;

Exhibit Q: Excerpts from the Transcript of Proceedings, *In Re: TFT-LCD (Flat-Panel) Antitrust Litigation*, Case No. 07-md-1827 (SI) (N.D. Cal.), dated August 20, 2013;

Exhibit R: Excerpts from the Certified Deposition Transcript of Lanay Cerilli, taken in the above-captioned litigation on January 18, 2017, by court reporter Nikki Roy, CSR No. 3052;

Exhibit S: Excerpts from the Certified Deposition Transcript of Ellen Chen, taken in the above-captioned litigation on January 11, 2017, by court reporter Cynthia Manning, CSR No. 7645; and

Exhibit T: Excerpts from the Certified Deposition Transcript of Andres V. Lerner, Ph.D., taken in the above-captioned litigation on May 8, 2017, by court reporter Kristi Caruthers, CSR No. 10560.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of August, 2017 at Berkeley, California.

                                                                                       *Jeff D. Friedman*
                                                                                       JEFF D. FRIEDMAN

FRIEDMAN DECL. ISO OPP'N TO DEFS.' JOINT MOTIONS TO STRIKE/EXCLUDE TESTIMONIES OF DRS. FLAMM & CABRAL - Case No.: 3:10-md-2143 RS

010177-12 978828 V1

-2-