David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:        dstern@ktbslaw.com
              mtuchin@ktbslaw.com
              rpfister@ktbslaw.com
              jweiss@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Jason B. Komorsky (State Bar No. 155677)
Michael W. Davis (State Bar No. 274126)
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile: 818-827-9099
Email:        sgubner@brutzkusgubner.com
              jkomorsky@brutzkusgubner.com
              mdavis@brutzkusgubner.com

*Attorneys for Plaintiff Peter Kravitz, as Trustee for the RSH Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>*Kravitz v. Sony Corporation, et al.*<br>No. 3:15-cv-06325-RS | Case Nos. 3:15-cv-06325-RS<br><br>Master File No. 3:10-md-2143-RS<br><br>**[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF PHILIPS AND LITE-ON DIGITAL SOLUTIONS CORPORATION, PHILIPS & LITE-ON DIGITAL SOLUTIONS U.S.A., INC., KONINKLIJKE PHILIPS N.V. (f/k/a KONINKLIJKE PHILIPS ELECTRONICS N.V.), PHILIPS NORTH AMERICA LLC (f/k/a PHILIPS ELECTRONICS NORTH AMERICA CORPORATION), LITE-ON IT CORPORATION, AND LITE-ON SALES AND DISTRIBUTION INC.** |

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Peter Kravitz, in his capacity as Trustee for the RSH Liquidating Trust (the "RadioShack Trustee") against defendants Philips and Lite-On Digital Solutions Corporation, Philips & Lite-On Digital Solutions U.S.A., Inc., Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.), Philips North America LLC (f/k/a Philips Electronics North America Corporation), Lite-On IT Corporation, and Lite-On Sales and Distribution Inc. (the "PLDS Defendants") in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), without any award of costs or fees by the Court.

2. This stipulation does not affect the claims asserted against any defendant in this litigation other than the PLDS Defendants.

DATED: __9/28_____, 2017

_____
Hon. Richard Seeborg
United States District Judge

[PROPOSED] ORDER RE DISMISSAL OF PLDS DEFENDANTS
3:10-MD-02143-RS
3:15-CV-06325-RS