1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Belinda S Lee (Bar No. 199635)
       Brendan A. McShane (Bar No. 227501)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  Email: *Dan.Wall@lw.com*
          *Belinda.Lee@lw.com*
6         *Brendan.McShane@lw.com*

7  *Attorneys for Defendants Toshiba Corporation,*
   *Toshiba Samsung Storage Technology Corporation,*
8  *Toshiba Samsung Storage Technology Korea*
   *Corporation, and Toshiba America Information*
9  *Systems, Inc.*

10 [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | MDL CASE NO. 3:10-MD-02143 RS |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED CASE MANAGEMENT ORDER**<br><br>DATE ACTION FILED: Oct. 27, 2009 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS

1      WHEREAS, the Court entered a Case Management Order on January 1, 2017 (Dkt. 2211) that sets forth certain dates for a trial and pre-trial schedule for those cases which will be tried in the Northern District of California;

      WHEREAS, the schedule in the Case Management Order was set based on a February 12, 2018 trial date;

      WHEREAS, during the September 26, 2017 hearing on dispositive motions, the Court indicated that it has a conflict with the February 12, 2018 trial date, and that the Court would instead set a Case Management Conference following its rulings on the summary judgment and *Daubert* motions for the purpose of setting a new schedule;

      WHEREAS, the parties have met and conferred to discuss an amended schedule for certain pre-trial disclosures and filings in light of an anticipated later trial date, and have agreed to the amended schedule below;

      NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval, that:

1. The prospective dates and schedule set forth in the Case Management Order (Dkt. 2211) shall be vacated.

2. The Court hereby enters the following amended schedule for those cases which will remain in the Northern District of California for trial:[1]

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Serve and file a preliminary exhibit list of translated documents (per Order re Depo Protocol No. 2 (Dkt. No. 1002)) | October 27, 2017 | February 1, 2018 |
| Meeting and Disclosure Prior to Pretrial Conference | January 15, 2018 | March 8, 2018 |
| Joint Pretrial Statement and Order | January 26, 2018 | 14 days prior to the trial date to be set by the Court |

---

[1] This amended schedule will not apply and the parties agree to meet and confer to discuss a further amended schedule if: (1) the Court has not ruled on the parties' summary judgment and *Daubert* motions before February 1, 2018, which is the first New Deadline in this Amended Case Management Order; or (2) the Court sets a trial date prior to June 1, 2018.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange of exhibits, summaries, charts, and diagrams to be used at trial (other than impeachment or rebuttal) | January 26, 2018 | 14 days prior to the trial date to be set by the Court |
| Deposition and Discovery Designations other than impeachment or rebuttal | January 26, 2018 | April 5, 2018 |
| Motions in Limine | January 26, 2018 | April 12, 2018 |
| Objections to Deposition and Discovery Designations and Counter-Designations | January 31, 2018 | April 26, 2018 |
| Jury Materials | January 31, 2018 | May 10, 2018 |
| Oppositions to Motions in Limine | February 5, 2018 | May 3, 2018 |
| Pretrial Conference | February 8, 2018 at 10:00 a.m. | To be set by the Court |
| Trial | February 12, 2018 | To be set by the Court |

**IT IS SO STIPULATED.**

Dated: October 17, 2017   LATHAM & WATKINS LLP

By: */s/ Belinda S Lee*

Daniel M. Wall (Bar No. 102580)
Belinda S Lee (Bar No. 199635)
Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Dan.Wall@lw.com
Belinda.Lee@lw.com
Brendan.McShane@lw.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Samsung Storage Technology Korea Corporation, and Toshiba America Information Systems, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | O'MELVENY & MYERS LLP |
| 2 | | By: */s/ Ian T. Simmons* |
| 3 | | Ian T. Simmons (admitted *pro hac vice*) |
| 4 | | David J. Ribner (admitted *pro hac vice*) |
| | | 1625 Eye Street, NW |
| 5 | | Washington, DC 20006 |
| | | Telephone: (202) 383-5300 |
| 6 | | Facsimile: (202) 383-5414 |
| 7 | | isimmons@omm.com |
| | | dribner@omm.com |
| 8 | | |
| | | James M. Pearl (Bar No. 1984841) |
| 9 | | O'MELVENY & MYERS LLP |
| | | 1999 Avenues of the Stars, 7th Floor |
| 10 | | Los Angeles, CA 90067 |
| 11 | | Telephone: (310) 246-8434 |
| | | Facsimile: (310) 246-6779 |
| 12 | | jpearl@omm.com |
| 13 | | Stephen J. McIntyre (Bar No. 274481) |
| | | O'MELVENY & MYERS LLP |
| 14 | | 400 South Hope Street |
| 15 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 430-6000 |
| 16 | | Facsimile: (213) 430-6407 |
| | | smcintyre@omm.com |
| 17 | | |
| 18 | | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 19 | | |
| 20 | Dated: October 17, 2017 | BAKER BOTTS LLP |
| 21 | | By: */s/ Evan J. Werbel* |
| 22 | | Evan J. Werbel (admitted *pro hac vice*) |
| | | 1299 Pennsylvania Ave. NW |
| 23 | | Washington, DC 20004 |
| 24 | | Telephone: (202) 639-7700 |
| | | Facsimile: (202) 639-7890 |
| 25 | | evan.werbel@bakerbotts.com |
| 26 | | *Attorneys for Defendants Koninklijke Philips N.V.,* |
| 27 | | *Lite-On IT Corp., Philips & Lite-On Digital Solutions Corp., Philips & Lite-On Digital Solutions USA, Inc.* |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | BLANK ROME LLP |
| 2 | | By: */s/ Lisa M. Kaas* |
| 3 | | |
| 4 | | Lisa M. Kaas (admitted *pro hac vice*)<br>1825 Eye Street NW Washington, DC 20006<br>Telephone: (202) 420-2200 |
| 5 | | Facsimile: (202) 420-2201<br>lkaas@blankrome.com |
| 6 | | |
| 7 | | *Attorneys for Defendants BenQ Corporation and BenQ America Corporation* |
| 8 | | |
| 9 | Dated: October 17, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | By: */s/ Shana E. Scarlett* |
| 11 | | Jeff D. Friedman (Bar No. 173886)<br>Shana E. Scarlett (Bar No. 217895) |
| 12 | | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 13 | | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 14 | | jeff@hbsslaw.com<br>shanas@hbsslaw.com |
| 15 | | |
| 16 | | Steve W. Berman (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 17 | | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 18 | | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 |
| 19 | | steve@hbsslaw.com |
| 20 | | *Lead Counsel for Indirect Purchaser Class* |
| 21 | Dated: October 17, 2017 | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| 22 | | By: */s/ Robert J. Pfister* |
| 23 | | David M. Stern (Bar No. 67697)<br>Michael L. Tuchin (Bar No. 150375) |
| 24 | | Robert J. Pfister (Bar No. 241370)<br>Jonathan M. Weiss (Bar No. 281217) |
| 25 | | 1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067 |
| 26 | | Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090 |
| 27 | | dstern@ktbslaw.com<br>mtuchin@ktbslaw.com |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS

rpfister@ktbslaw.com
jweiss@ktbslaw.com

*Counsel for Plaintiffs Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust and Peter Kravitz, as Trustee for the RSH Liquidating Trust*

Dated: October 17, 2017  CARLTON FIELDS JORDEN BURT, P.A.

By: */s/ David B. Esau*

David B. Esau (admitted *pro hac vice*)
CityPlace Tower
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
desau@cfjblaw.com

*Attorney for Plaintiffs Acer America Corp., Gateway, Inc., and Gateway U.S. Retail, Inc., f/k/a eMachines, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/24/17

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT ORDER
Case No. 3:10-md-2143 RS