Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

| | | |
|---|---|---|
| 1 | Plaintiff Ingram Micro Inc. ("Ingram") and Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively, "Panasonic"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned litigation. | |

**IT IS SO STIPULATED.**

Dated: December 1, 2017     CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

Daniel A. Sasse

*Attorneys for Plaintiff Ingram Micro Inc.*

Dated: December 1, 2017     WINSTON & STRAWN, LLP

By: **/s/ George E. Mastoris**

George E. Mastoris
Winston & Strawn, LLP
200 Park Avenue
New York, New York 10166
jkessler@winston.com
gmastoris@winston.com

*Attorneys for Defendants
Panasonic Corporation and Panasonic
Corporation of North America*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:10-MD-02143-RS-JCS & 3:13-CV-05372-RS-JCS

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 1, 2017　　　　　　　　　CROWELL & MORING LLP

　　　　　　　　　　　　　　　　　　　By: **/s/ Daniel A. Sasse**

　　　　　　　　　　　　　　　　　　　　　Daniel A. Sasse
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Ingram Micro Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/1/17

_Richard Seeborg_ (signature)

Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:10-MD-02143-RS-JCS & 3:13-CV-05372-RS-JCS