Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to:<br>Ingram Micro Inc., et al.,<br>      Plaintiffs,<br>    v.<br>LG Electronics, Inc., et al.,<br>      Defendants. | Case No. 3:13-cv-05372-RS-JCS<br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg<br>Hon. Joseph C. Spero, Magistrate Judge |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS-JCS & 3:13-CV-05372-RS-JCS

1  Plaintiff Synnex Corporation ("Synnex") and Defendants Panasonic Corporation and
2  Panasonic Corporation of North America (collectively, "Panasonic"), by and through their
3  respective attorneys, hereby stipulate to a dismissal of this action as to Panasonic with prejudice,
4  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its
5  own costs and attorneys' fees. This stipulation does not affect the rights or claims of Synnex
6  against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: December 1, 2017         CROWELL & MORING LLP

                                By:  /s/ Daniel A. Sasse

                                     Daniel A. Sasse
                                     *Attorneys for Plaintiff Synnex Corporation*


Dated: December 1, 2017         WINSTON & STRAWN, LLP


                                By:  /s/ George E. Mastoris

                                     Jeffrey L. Kessler
                                     George E. Mastoris
                                     Winston & Strawn, LLP
                                     200 Park Avenue
                                     New York, New York 10166
                                     jkessler@winston.com
                                     gmastoris@winston.com

                                     *Attorneys for Defendants Panasonic
                                     Corporation and Panasonic Corporation of
                                     North America*

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 1, 2017						CROWELL & MORING LLP

							By:	**/s/ Daniel A. Sasse**

								Daniel A. Sasse

								*Attorneys for Plaintiff Synnex Corporation*

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS-JCS & 3:13-CV-05372-RS-JCS

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/1/17

_____
Honorable Richard G. Seeborg
United States District Judge

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS-JCS & 3:13-CV-05372-RS-JCS

CROWELL
& MORING LLP
ATTORNEYS AT LAW