**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 3:10-md-02143-RS<br>MDL No. 2143<br><br>Individual Case No. 3:13-cv-04991-RS<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL OF LITE-ON IT CORPORATION; KONINKLIJKE PHILIPS N.V. (F/K/A KONINKLIJKE PHILIPS ELECTRONICS N.V.); PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION; AND PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC. BY ACER AMERICA CORPORATION, GATEWAY, INC. AND GATEWAY U.S. RETAIL F/K/A EMACHINES, INC.** |
| This document relates to:<br><br>*Acer Inc., et al. v. Lite-On IT Corp., et al.;* Case No. Case No. 3:13-cv-04991-RS | |

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc. (collectively, "Acer") against Defendants Lite-On IT Corporation; Koninklijke Philips N.V. (f/k/a Koninklijke Philips Electronics N.V.); Philips & Lite-On Digital Solutions Corporation; and Philips & Lite-On Digital Solutions USA, Inc. (collectively, the "PLDS Defendants") in the above-captioned actions are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs and attorneys' fees

**IT IS SO ORDERED.**

DATED: 12/22/17

_____
HONORABLE RICHARD G. SEEBORG
United States District Judge

TechKnowledge
Law Group LLP
Attorneys At Law
Redwood Shores

MDL No. 3:10-md-02143-RS
Ind. Case No. 3:13-cv-04991-RS