Daniel A. Sasse (CSB No. 236234)
dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff Synnex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:13-CV-05372-RS-JCS & 3:13-CV-05372-RS-JCS

Plaintiff Synnex Corporation ("Synnex") and Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Quanta with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Synnex against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: January 31, 2018　　　　　　　　　　　　CROWELL & MORING LLP

By: **/s/ Daniel A. Sasse**

~~Daniel A. Sasse~~

Attorneys for Plaintiff Synnex Corporation

Dated: January 31, 2018　　　　　　　　　　　　MANNING & KASS, ELLROD, RAMIREZ, TESTER LLP

By: **/s/ Michael H. Cooper**

~~Michael H. Cooper, Esq.~~
801 S. Figueroa St., 15th, Floor
Los Angeles, California 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants Quanta Storage Inc. and Quanta Storage America, Inc.

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 31, 2018                    CROWELL & MORING LLP

                                                                                 By:  **/s/ Daniel A. Sasse**

                                                                                        Daniel A. Sasse

                                                                                        Attorneys for Plaintiff Synnex Corporation

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/1/18

*/s/ Richard G. Seeborg*

Honorable Richard G. Seeborg
United States District Judge