1   Daniel A. Sasse (CSB No. 236234)
       dsasse@crowell.com
2   CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
3   Irvine, California  92614
    Telephone: (949) 263-8400
4   Facsimile:  (949) 263-8414

5   Attorneys for Plaintiff Ingram Micro Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS-JCS |
| Ingram Micro Inc., et al., | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| Plaintiffs, | |
| v. | Hon. Richard Seeborg |
| LG Electronics, Inc., et al., | Hon. Joseph C. Spero, Magistrate Judge |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:10-MD-02143-RS-JCS & 3:13-CV-05372-RS-JCS

Plaintiff Ingram Micro Inc. ("Ingram") and Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. (collectively, "Quanta"), by and through their respective attorneys, hereby stipulate to a dismissal of this action as to Quanta with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees. This stipulation does not affect the rights or claims of Ingram against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: January 31, 2018               CROWELL & MORING LLP

                                      By: **/s/ Daniel A. Sasse**
                                      Daniel A. Sasse
                                      Attorneys for Plaintiff Ingram Micro Inc.

Dated: January 31, 2018               MANNING & KASS, ELLROD, RAMIREZ, TESTER LLP

                                      By: **/s/ Michael H. Cooper**
                                      Michael H. Cooper, Esq.
                                      801 S. Figueroa St., 15th, Floor
                                      Los Angeles, California 90017
                                      Telephone: (213) 624-6900
                                      Facsimile: (213) 624-6999

                                      Attorneys for Defendants Quanta Storage Inc. and Quanta Storage America, Inc.

**FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 31, 2018                                CROWELL & MORING LLP

                                                       By:   **/s/ Daniel A. Sasse**

                                                             ~~Daniel A. Sasse~~

                                                             Attorneys for Plaintiff Ingram Micro Inc.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:10-MD-02143-RS-JCS & 3:13-CV-05372-RS-JCS

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/1/18

Honorable Richard G. Seeborg
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
CASE NOS. 3:10-MD-02143-RS-JCS & 3:13-CV-05372-RS-JCS