David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Robert J. Pfister (State Bar No. 241370)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:	310-407-4000
Facsimile:	310-407-9090
Email:	dstern@ktbslaw.com
	mtuchin@ktbslaw.com
	rpfister@ktbslaw.com
	jweiss@ktbslaw.com

Steven T. Gubner (State Bar No. 156593)
Jason B. Komorsky (State Bar No. 155677)
Michael W. Davis (State Bar No. 274126)
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-827-9000
Facsimile: 818-827-9099
Email:	sgubner@brutzkusgubner.com
	jkomorsky@brutzkusgubner.com
	mdavis@brutzkusgubner.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee for the Circuit City Stores, Inc. Liquidating Trust, and Peter Kravitz, as Trustee for the RSH Liquidating Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case Nos.  3:15-cv-03248-RS<br>3:15-cv-06325-RS |
| This document relates to:<br><br>*Siegel v. Sony Corporation, et al.*<br>No. 3:15-cv-03248-RS<br><br>*Kravitz v. Sony Corporation, et al.*<br>No. 3:15-cv-06325-RS | Master File No.  3:10-md-2143-RS<br><br>**[PROPOSED] ORDER EXTENDING TIME TO OBJECT TO BILLS OF COSTS** |

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000

The Court having considered the *Stipulation to Extend Time to Object to Bills of Costs* (the "Stipulation"), and good cause appearing to grant the relief requested therein, IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. The deadline for plaintiffs Alfred H. Siegel, in his capacity as Trustee for the Circuit City Stores, Inc. Liquidating Trust, and Peter Kravitz, in his capacity as Trustee for the RSH Liquidating Trust, to file objections to the bills of costs filed by defendants Toshiba Corporation, Toshiba Samsung Storage Technology Corporation, Toshiba Samsung Storage Technology Korea Corporation, Toshiba America Information Systems, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. is extended through and including March 2, 2018.

DATED: __2/20_____, 2018

_____
Hon. Richard Seeborg
United States District Judge