1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Belinda S Lee (Bar No. 199635)
       Brendan A. McShane (Bar No. 227501)
3      Andrew M.W. Bertolli (Bar No. 287065)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095
   Email: *Dan.Wall@lw.com*
6          *Belinda.Lee@lw.com*
           *Brendan.McShane@lw.com*
7          *Andrew.Bertolli@lw.com*

8  *Counsel for Defendants Toshiba Corporation,*
   *Toshiba America Information Systems, Inc., Toshiba*
9  *Samsung Storage Technology Corporation, and*
   *Toshiba Samsung Storage Technology Korea*
10 *Corporation*

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 IN RE OPTICAL DISK DRIVE PRODUCTS
   ANTITRUST LITIGATION                      Base Case No. 3:10-md-2143 RS
17 ─────────────────────────────────         MDL No. 2143

18 This Document Relates to:                 Case No. 3:13-cv-05370 RS

19 *Hewlett-Packard Co. v. Toshiba Corporation,*  **DECLARATION OF BRENDAN A.**
   *et al.*, Case No. 3:13-cv-05370-RS       **MCSHANE IN SUPPORT OF REPLY IN**
20                                            **SUPPORT OF DEFENDANTS' JOINT**
                                              **MOTION FOR SUMMARY JUDGMENT**
21                                            **AGAINST HP**

22

23

24

25

26

27        **PUBLIC VERSION PURSUANT TO COURT ORDERS (DKT. 2721 AND 2773)**

28

I, Brendan A. McShane, hereby declare as follows:

1.      I am an attorney at law admitted to practice in the State of California, and I am a partner at the law firm of Latham & Watkins LLP.  I am counsel for Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba Samsung Storage Technology Corporation ("TSST"), and Toshiba Samsung Storage Technology Korea Corporation ("TSSTK").  I submit this declaration in support of Defendants' Reply in Support of Defendants' Joint Motion for Summary Judgment Against HP.  Unless otherwise stated, this declaration is based on my personal knowledge and information provided to me and, if called upon to do so, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Expert Report of Dr. Debra J. Aron, served on February 1, 2017.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Updated Expert Report of Edward A. Snyder, Ph.D., served on April 21, 2017.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a document marked as Exhibit 2226 at the deposition of Leslie Marx, Ph.D., taken on March 23, 2017.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document marked as Exhibit 2228 at the deposition of Leslie Marx, Ph.D., taken on March 23, 2017.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document produced in this litigation, Bates numbered: HLDS_CIV0045356.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a document marked as Exhibit 71 at the deposition of Eugene (Woo Jin) Yang, taken on July 21, 2013.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a document marked as Exhibit 1201 at the deposition of Charlie Tseng, taken on August 26, 2016.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a document marked as Exhibit 131 at the deposition of Eugene (Woo Jin) Yang, taken on July 24, 2013.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a document produced in this litigation, Bates numbered: HLDS_CIV0034513.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a document produced

1

1   in this litigation, Bates numbered: HLDS_CIV0011739.

2        12.    Attached hereto as **Exhibit 11** is a true and correct copy of a document produced

3   in this litigation, Bates numbered: HLDS_CIV0021302.

4        13.    Attached hereto as **Exhibit 12** is a true and correct copy of a document marked as

5   Exhibit 160 at the deposition of J.C. Lim, taken on July 31, 2013.

6        14.    Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of the

7   transcript from the deposition of Eugene (Woo Jin) Yang, taken on July 23, 2013.

8        15.    Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt of the

9   transcript from the deposition of Jerry (Yow Tsong) Hsieh, taken on December 3, 2015.

10       16.    Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt of the

11  transcript from the deposition of Duha Hwang, taken on August 4, 2016.

12       17.    Attached hereto as **Exhibit 16** is a true and correct copy of a document marked as

13  Exhibit 63 at the deposition of Eugene (Woo Jin) Yang, taken on July 21, 2013.

14       18.    Attached hereto as **Exhibit 17** is a true and correct copy of a document marked as

15  Exhibit 761 at the deposition of Daniel (Sik) Hur, taken on November 20, 2015.

16       19.    Attached hereto as **Exhibit 18** is a true and correct copy of a document marked as

17  Exhibit 881 at the deposition of Kenny (Jae-Hun) Lee, taken on January 21, 2016.

18       20.    Attached hereto as **Exhibit 19** is a true and correct copy of a document marked as

19  Exhibit 2231 at the deposition of Leslie Marx, Ph.D., taken on March 23, 2017.

20       21.    Attached hereto as **Exhibit 20** is a true and correct copy of a document produced

21  in this litigation, Bates numbered: HLDS_CIV0036116.

22       22.    Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the

23  transcript from the deposition of Billy Reynolds, taken on November 10 and November 11, 2015.

24       I declare under penalty of perjury that the foregoing is true and correct, and that this

25  Declaration was executed this 1st day of September, 2017, in San Francisco, California.

26

27       By_____
                     Brendan A. McShane

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO