1  LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
2      Belinda S Lee (Bar No. 199635)
    Brendan A. McShane (Bar No. 227501)
3      Andrew M.W. Bertolli (Bar No. 287065)
505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
Telephone: +1.415.391.0600
5  Facsimile: +1.415.395.8095
Email: *Dan.Wall@lw.com*
6        *Belinda.Lee@lw.com*
      *Brendan.McShane@lw.com*
7        *Andrew.Bertolli@lw.com*

8  *Counsel for Defendants Toshiba Corporation,
Toshiba America Information Systems, Inc.,*
9  *Toshiba Samsung Storage Technology Corporation,
and Toshiba Samsung Storage Technology Korea*
10 *Corporation*

11                         UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Base Case No. 3:10-md-2143 RS<br>MDL No. 2143 |
| 16  _____ | Case No. 3:13-cv-05370 RS |
| 17  This Document Relates to: | **EXHIBITS 1-2, 5-21 TO THE DECLARATION OF BRENDAN A.** |
| 18  *Hewlett-Packard Co. v. Toshiba Corporation, et al.*, No. 3:13-cv-05370-RS | **MCSHANE IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' JOINT** |
| 19 | **MOTION FOR SUMMARY JUDGMENT AGAINST HP** |
| 20 | |

21

22

23

24
         **REDACTED VERSION PURSUANT TO COURT ORDERS (DKT. 2721 AND 2773)**
25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBITS 1-2, 5-21 TO THE DECLARATION OF
BRENDAN A. MCSHANE
Case Nos. 3:10-md-2143-RS, 3:13-cv-05370-RS