1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No.  3:10-md-2143 RS (JCS)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR INDICATIVE RULING SUPPORTING FEDERAL RULE OF CIVIL PROCEDURE 62.1(a)(3) REGARDING THE COURT'S WILLINGNESS TO ENTERTAIN MOTIONS FOR APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010177-12 1034143 V1

1         The Court, having considered the Joint Motion for Indicative Ruling Supporting Federal Rule

2    of Civil Procedure 62.1(a)(3) Regarding the Court's Willingness to Entertain Motions for Approval

3    of Class Action Settlement filed by Indirect Purchaser Plaintiffs, and all papers filed in support

4    thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby

5    GRANTS the motion. The proposed settlement between the indirect purchaser plaintiffs, on the one

6    hand, and Samsung Electronics Co., Ltd., Toshiba Corporation, Toshiba Samsung Storage

7    Technology Corporation, on the other hand, raises a substantial issue warranting limited remand

8    from the Ninth Circuit in order for this Court to consider its terms.

9         IT IS SO ORDERED.

10   DATED: _5/29/18_____

11

12     HONORABLE RICHARD SEEBORG
       UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP.] ORDER GRANTING MOT. FOR INDICATIVE
RULING- Case No.: 3:10-md-2143 RS

010177-12 1034143 V1