FILED

JUN 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITITGATION, _____ ALFRED H. SIEGEL, as Trustee for the Circuit City Stores, Inc. Liquidating Trust, Plaintiff-Appellant, v. SAMSUNG ELECTRONICS CO., LTD; et al., Defendants-Appellees. | No.  18-15090 D.C. Nos.   3:10-md-02143-RS             3:15-cv-03248-RS Northern District of California, San Francisco ORDER |

Appellant's motion to dismiss this appeal as to appellee Toshiba America Information Systems, Inc. only (Docket Entry No. 11) is granted. Fed. R. App. P. 42(b). This appeal shall continue as to the remaining defendants-appellees.

A copy of this order shall serve as and for the mandate of this court as to appellee Toshiba America Information Systems, Inc. only.

FOR THE COURT:

By: Stephen Liacouras
Circuit Mediator

sl/mediation