

| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | JUL 20 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITITGATION, _____<br><br>INDIRECT PURCHASER CLASS,<br><br>         Plaintiff-Appellant,<br><br> v.<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.; et al.,<br><br>         Defendants-Appellees. | No.   18-15058<br><br>D.C. No. 3:10-md-02143-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's opposed motion (Docket Entry No. 13) for a third extension of time to file the opening brief is granted. The opening brief is due August 3, 2018. Any further extension of time to file the opening brief is strongly disfavored. Appellant is reminded that a motion for an extension of time to file a brief should be filed at least seven calendar days before the expiration of the time prescribed for filing the brief. *See* 9th Cir. R. 31-2.2(b).

Pro Mo commish 16July2018

The answering brief for appellees BenQ Corporation, BenQ America Corporation, and Quanta Storage, Inc. is due September 4, 2018.

The optional reply brief is due within 21 days after service of the answering brief for appellees BenQ Corporation, BenQ America Corporation, and Quanta Storage, Inc.