FILED

UNITED STATES COURT OF APPEALS

MAY 15 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER CLASS, <br><br>    Plaintiff-Appellee, <br><br>  v. <br><br> CONNER ERWIN, <br><br>    Objector-Appellant, <br><br>  v. <br><br> PANASONIC CORPORATION; et al., <br><br>    Defendants-Appellees. | No.    17-15065 <br><br> D.C. No. 3:10-md-02143-RS <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| In re:  OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER CLASS, <br><br>    Plaintiff-Appellee, <br><br>  v. | No.    17-15067 <br><br> D.C. No. 3:10-md-02143-RS <br> Northern District of California, <br> San Francisco |

CHRISTOPHER ANDREWS,

       Objector-Appellant,

  v.

PANASONIC CORPORATION; et al.,

       Defendants-Appellees.

---

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

------------------------------

 INDIRECT PURCHASER CLASS,

       Plaintiff-Appellee,

  v.

BARBARA COCHRAN,

       Objector-Appellant,

  v.

PANASONIC CORPORATION; et al.,

       Defendants-Appellees.

No.   17-15143

D.C. No. 3:10-md-02143-RS
Northern District of California,
San Francisco

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

No.   17-17436

D.C. No. 3:10-md-02143-RS

2

------------------------------

INDIRECT PURCHASER CLASS,

        Plaintiff-Appellee,

 v.

CHRISTOPHER ANDREWS,

        Objector-Appellant,

 v.

PANASONIC CORPORATION; et al.,

        Defendants-Appellees.

Northern District of California,
San Francisco

---

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER CLASS,

        Plaintiff-Appellee,

 v.

CONNER ERWIN,

        Objector-Appellant,

No.    17-17439

D.C. No. 3:10-md-02143-RS
Northern District of California,
San Francisco

v.

PANASONIC CORPORATION; et al.,

Defendants-Appellees.

Before:  FARRIS, BEA, and CHRISTEN, Circuit Judges.

Appellant Christopher Andrews's motion to consolidate Case Numbers 17-15067 and 17-17436 for oral argument, filed on February 11, 2019, is DENIED as moot.