FILED

JUL 1 2020

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, | No.    17-15065 |
| ------------------------------ | D.C. No. 3:10-md-02143-RS Northern District of California, San Francisco |
| INDIRECT PURCHASER CLASS, | |
| Plaintiff-Appellee, | ORDER |
| v. | |
| CONNER ERWIN, | |
| Objector-Appellant, | |
| v. | |
| PANASONIC CORPORATION; et al., | |
| Defendants-Appellees. | |

| | |
|---|---|
| In re:  OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, | No.    17-15067 |
| ------------------------------ | D.C. No. 3:10-md-02143-RS Northern District of California, San Francisco |
| INDIRECT PURCHASER CLASS, | |
| Plaintiff-Appellee, | |
| v. | |

CHRISTOPHER ANDREWS,

        Objector-Appellant,

  v.

PANASONIC CORPORATION; et al.,

        Defendants-Appellees.

---

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

------------------------------

 INDIRECT PURCHASER CLASS,

        Plaintiff-Appellee,

  v.

BARBARA COCHRAN,

        Objector-Appellant,

  v.

PANASONIC CORPORATION; et al.,

        Defendants-Appellees.

No.    17-15143

D.C. No. 3:10-md-02143-RS
Northern District of California,
San Francisco

---

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

No.    17-17436

D.C. No. 3:10-md-02143-RS

------------------------------

INDIRECT PURCHASER CLASS,

Plaintiff-Appellee,

v.

CHRISTOPHER ANDREWS,

Objector-Appellant,

v.

PANASONIC CORPORATION; et al.,

Defendants-Appellees.

Northern District of California,
San Francisco

In re:  OPTICAL DISK DRIVE
PRODUCTS ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER CLASS,

Plaintiff-Appellee,

v.

CONNER ERWIN,

Objector-Appellant,

No.    17-17439

D.C. No. 3:10-md-02143-RS
Northern District of California,
San Francisco

v.

PANASONIC CORPORATION; et al.,

Defendants-Appellees.

Before:  FARRIS, BEA, and CHRISTEN, Circuit Judges.

The petition for panel rehearing, filed by Plaintiff-Appellee Indirect Purchaser Class on June 19, 2020, is DENIED.