UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 09 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: OPTICAL DISK DRIVE
PRODUCTS ANTITRUST
LITIGATION,

------------------------------

 INDIRECT PURCHASER CLASS,

        Plaintiff - Appellee,

 v.

CONNER ERWIN,

       Objector - Appellant,

 v.

PANASONIC CORPORATION; et al.,

       Defendants - Appellees.

No. 17-15065

D.C. No. 3:10-md-02143-RS
U.S. District Court for Northern
California, San Francisco

**MANDATE**

In re: OPTICAL DISK DRIVE
PRODUCTS ANTITRUST
LITIGATION,

------------------------------

 INDIRECT PURCHASER CLASS,

        Plaintiff - Appellee,

No. 17-15143

D.C. No. 3:10-md-02143-RS
U.S. District Court for Northern
California, San Francisco

v.

BARBARA COCHRAN,

              Objector - Appellant,

v.

PANASONIC CORPORATION; et al.,

              Defendants - Appellees.

---

In re: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION,

------------------------------

 INDIRECT PURCHASER CLASS,

              Plaintiff - Appellee,

v.

CONNER ERWIN,

              Objector - Appellant,

v.

PANASONIC CORPORATION; et al.,

              Defendants - Appellees.

No. 17-17439

D.C. No. 3:10-md-02143-RS
U.S. District Court for Northern California, San Francisco

The judgment of this Court, entered May 15, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $1200.10 awarded to appellant Erwin Conner.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7