Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect
Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) |
| | NOTICE OF FILING OF DOCUMENTS PURSUANT TO COURT'S JULY 30, 2020 ORDER [ECF NO. 2936] |
| This Document Relates to: | DATE ACTION FILED: Oct. 27, 2009 |
| ALL INDIRECT PURCHASER ACTIONS | |

Pursuant to this Court's July 30, 2020 Order Vacating Case Management Conference, Setting Briefing Schedule, and Unsealing Documents (ECF No. 2936), Indirect Purchaser Plaintiffs (IPPs) hereby submit the following documents that were originally either filed under seal or submitted for *in camera* review by the Court:

Attachment A: Hagens Berman's *In Camera* Submission in Support of Appointment as Interim Lead Counsel for Indirect Purchasers (originally submitted May 13, 2010, ECF No. 114); and

Attachment B: Declaration of Steve W. Berman in Support of Motion to Appoint Interim Lead Class Counsel on Behalf of Indirect Purchaser Class (originally submitted May 13, 2010, ECF No. 115).

DATED: July 31, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP


By ___ s/ Shana E. Scarlett _____
            SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*