Timothy R. Hanigan (SBN 125791)
Lang, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372

Robert W. Clore (*Pro Hac Vice*)
Christopher Bandas (*Pro Hac Vice*)
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5222

*Attorneys for Conner Erwin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | No. 3:10-md-2143 RS (JCS)<br><br>STIPULATION AND ORDER CHANGING DUE DATES FOR BRIEFING<br><br>DATE ACTION FILED: Oct. 27, 2009 |

010177-12/1336283 V1

1    WHEREAS, the parties to further proceedings on remand from the Ninth Circuit filed a Joint
2    Case Management Statement on July 30, 2020 (ECF No. 2935);
3    WHEREAS, the parties therein proposed due dates for briefing in this Court addressing
4    further proceedings necessitated by *In re Optical Disk Drive Prod. Antitrust Litig.*, 959 F.3d 922 (9th
5    Cir. 2020) (round 1 and 2 settlements), and *In re Optical Disk Drive Prod. Antitrust Litig.*, 804 F.
6    App'x 443 (9th Cir. 2020) (round 3 settlement);
7    WHEREAS, by Order filed July 30, 2020, the Court adopted the parties' proposed briefing
8    schedule and advised that a hearing would be set, in the Court's discretion, at conclusion of the
9    briefing (ECF No. 2936);
10   WHEREAS, by Order filed August 27, 2020, the Court entered an order granting the parties'
11   stipulation changing the due dates for the briefing (ECF No. 2940),
12   WHEREAS, Indirect Purchaser Plaintiffs' filed their Renewed Motion for Attorneys' Fees on
13   September 28, 2020 (ECF No. 2942); and Erwin's Opposition is due on October 13, 2020;
14   WHEREAS, Erwin filed a Motion to Enforce Settlement, Return Class Funds, and Disgorge
15   Fees on September 23, 2020 (ECF No. 2941), Indirect Purchaser Plaintiffs filed an Opposition on
16   October 7, 2020 (ECF No. 2944); and Erwin's Reply is due on October 14, 2020;
17   WHEREAS, the matters are set for hearing on November 5, 2020; and
18   WHEREAS, Counsel for Erwin declares, under Civil L.R. 6-2(a), that the medical condition
19   of a family member of Mr. Clore has adversely impacted their ability to comply with the due dates of
20   October 13, 2020 for the Opposition to the Renewed Motion for Attorneys' Fees, and October 14,
21   2020 for the Reply in Support of Motion to Enforce Settlement, Return Class Funds, and Disgorge
22   Fees;
23   NOW, THEREFORE, under Civil L.R. 6-2(a), the undersigned parties to this Stipulation
24   hereby agree that the briefing due dates shall be enlarged, by 2 days, as follows:

STIPULATION AND ORDER EXTENDING
DUE DATES FOR BRIEFING - 1

| Brief | Due Date |
|---|---|
| Objections or Other Responses to Renewed Motion for Attorneys' Fees | October 15, 2020 |
| IPPs' Reply in Support of Renewed Motion | October 26, 2020 |

| Brief | Due Date |
|---|---|
| Erwin's Reply in Support of Motion to Enforce, Motion to Return Funds, and Motion to Disgorge | October 16, 2020 |

DATED: October 8, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP

By      /s/ Shana E. Scarlett
         SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

DATED: October 8, 2020                    BANDAS LAW FIRM, P.C.

By      /s/ Robert W. Clore
         ROBERT W. CLORE (*pro hac vice*)

Robert W. Clore
Christopher Bandas (*pro hac vice*)
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
Telephone: (361) 698–5200
Facsimile:  (361) 698-5222
rclore@bandaslawfirm.com
cbandas@bandaslawfirm.com

STIPULATION AND ORDER EXTENDING DUE DATES
FOR BRIEFING - 2

1
2   Timothy R. Hanigan (125791)
    LANG, HANIGAN & CARVALHO, LLP
3   21550 W. Oxnard Street, Suite 760
    Woodland Hills, CA 91367
4   Telephone: (818) 883-5644
    Facsimile:  (818) 704-9372
5   trhanigan@gmail.com

6   *Counsel for Objector Conner Erwin*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER EXTENDING DUE DATES
FOR BRIEFING - 3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>October 8</u>, 2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND ORDER EXTENDING DUE DATES
FOR BRIEFING - 4