UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) |
| | ORDER PROVIDING FURTHER CLASS NOTICE |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | |

This matter comes before the Court on Indirect Purchaser Plaintiffs' Brief on Further Class Notice relating to attorneys' fees. Upon consideration thereof, this Court directs notice on the following schedule:

| Event | Due Date |
| --- | --- |
| Supplemental Notice to Class on Attorney Fee Proceedings | March 1, 2021 |
| Last Date for Notice Completion | March 31, 2021 |
| Objections or Other Responses | April 30, 2021 |
| IPPs' Reply to Objections or Other Responses | May 14, 2021 |

The form of notice attached to the Indirect Purchaser Plaintiffs' Brief on Further Class Notice is hereby approved. The Court directs the notice administrator to disseminate this notice to the Class by the same mechanisms as previously used (via direct notice to the class members for whom email contact information is available with supplemented indirect notice through an internet advertising campaign).

The Court will set a further hearing on this matter after its receipt and consideration of these materials, should it deem necessary.

**SO ORDERED**.

DATED: 2/1/2021

HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE