UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 10-md-02143-RS<br>MDL No. 2143 |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | **ORDER** |

Shiyang Huang, who has submitted a claim as a member of the indirect purchaser class, has filed a "Motion for Clarification on [ECF 2942] Regarding Incentive Awards for Indirect Purchaser Plaintiffs." Huang requests the court to order IPP class counsel "to clarify whether IPP named plaintiffs are moving for any incentive awards, prior to the deadline for objections."

Huang's motion is premised on a mistaken belief that the previously ordered "service awards" have been vacated or that the issue of the propriety of those awards is otherwise still open to question. Huang's theory is that the Ninth Circuit's opinion vacating the prior awards of attorney fees and expenses also automatically vacated the service awards, because they had been sought in the same underlying motions.

The service awards were not challenged in the appeals to the Ninth Circuit, and the court

did not address them. That the court vacated the attorney fee and expense awards did not somehow invalidate other provisions in the orders making those fee and expense awards, which were not the subject of the appeals. In short, the prior order for service awards remains in effect, the time to challenge those awards has long since expired, and the named plaintiffs are not obligated to "reapply" for them. Except to the extent this order may itself provide the clarification Huang was seeking, the motion is denied.

**IT IS SO ORDERED**.

Dated: March 30, 2021

RICHARD SEEBORG
United States District Judge