Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) <br><br> INDIRECT PURCHASER PLAINTIFFS' NOTICE OF FILING REGARDING ORDER RE REPAYMENT AND INTEREST <br><br> DATE ACTION FILED: Oct. 27, 2009 |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | |

**PLEASE TAKE NOTICE** that pursuant to this Court's July 12, 2021 Order Re Repayment and Interest (ECF No. 3040), Indirect Purchaser Plaintiffs hereby submit the following declarations:

1. Declaration of Shana E. Scarlett Regarding Order Re Repayment and Interest; and
2. Declaration of Huntington National Bank Regarding Estimated Average Interest Rate Applied to Qualified Settlement Funds.

DATED: July 22, 2021  HAGENS BERMAN SOBOL SHAPIRO LLP

By  *s/ Shana E. Scarlett*
      SHANA E. SCARLETT

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

IPPs' NOTICE OF FILING REGARDING ORDER RE
REPAYMENT AND INTEREST - Case No.: 3:10-md-2143 RS      -1-