UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT-PURCHASER ACTIONS | Case No. 3:10 MD-02143 RS<br>MDL No. 2143<br><br>Judge: Hon. Richard Seeborg |

**DECLARATION OF HUNTINGTON NATIONAL BANK REGARDING ESTIMATED AVERAGE INTEREST RATE APPLIED TO QUALIFIED SETTLEMENT FUNDS**

I, Robyn Griffin, declare and state as follows:

1. I am the Senior Vice President, Senior Managing Director, National Settlements Relationship Manager at The Huntington National Bank ("Huntington") and have personal knowledge as to the funds held in the Optical Disk Drive Antitrust Litigation Qualified Settlement Fund (the "Funds") held at Huntington.

2. Huntington has handled more than 2,500 settlements for law firms, claims administrators, and regulatory agencies. These cases represent over $50 billion with more than 135 million checks, including some of the largest settlements in U.S. history.

3. Upon the direction of the Court, and the request of Hagens Berman Sobol Shapiro LLP, I became familiar with and have access to information regarding the interest rate and the average interest rate of the Funds as follows:

   (a) The date of the first deposit into the Fund was November 9, 2015.

   (b) The estimated average interest rate that has been earned on the Fund since November 9, 2015 to July 15, 2021 is 0.29% (29 bps).

(c) The average interest rate of the Fund from December 22, 2016 to July 15, 2021 is 0.32% (32 bps).

(d) The foregoing are typical interest rates for funds of this type held in accordance with the terms outlined in the related Eight (8) Settlement Agreements and related Escrow Agreements and is similar to those received by class action settlement funds of comparable size following comparable investment criteria during this time period.

Executed on this __20__th day of July, 2021.

s/ _____