Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372

Robert W. Clore (*Pro Hac Vice*)
Christopher Bandas (*Pro Hac Vice*)
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5200
*Attorneys for Conner Erwin*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to: ALL INDIRECT PURCHASER ACTIONS | Case No. 10-MD-02143-RS<br>MDL No. 2143<br><br><br>**ERWIN'S NOTICE OF APPEAL** |

Notice is hereby given that class member Conner Erwin appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting in Part Renewed Motion for Attorney Fees and Denying Motion to Enforce Settlement, Return Class Funds, and Disgorge Fees entered on July 2, 2021 (ECF No. 3027), and all opinions and orders that merge therein. Erwin further appeals from the Court's Order Re Repayment and Interest entered on July 12, 2021 (ECF No. 3040), and all opinions and orders that merge therein.

DATED:  July 30, 2021

Respectfully submitted,
*/s/ Robert W. Clore*
Robert W. Clore (*Pro Hac Vice*)
Christopher Bandas (*Pro Hac Vice*)
BANDAS LAW FIRM, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
Tel: (361) 698–5200
Fax: (361) 698-5222

Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Conner Erwin*

**Certificate of Service**

The undersigned certifies that today he filed the foregoing on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: July 30, 2021

/s/ *Robert W. Clore*
Robert W. Clore