1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:10-md-02143 RS<br><br>MDL No. 2143<br><br>**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF REMAINING SETTLEMENT FUNDS AND CY PRES DISTRIBUTION OF FUTURE REMAINING FUNDS**<br><br>Date:      September 2, 2021<br>Time:     1:30 p.m.<br>Judge:    Hon. Richard Seeborg<br>Courtroom: 3 |
|---|---|

The Court, having considered Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of Remaining Settlement Funds and Cy Pres Distribution of Future Remaining Funds ("Motion"), the Declaration of Rachel Christman re Proposed Residual Distribution of the Net Settlement Funds ("Christman Declaration"), the Declaration of Diana L. Moss, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that:

1. The Court previously approved a pro rata distribution of $47,327,650.10 from the Net Settlement Funds to 25,424 approved claimants, ECF No. 2906, of which $45,863.74 remains.

2. The Court previously authorized reserving Net Settlement Funds for the payment of additional claims administration costs in the amount of $117,863.63, and for potential tax liability and other issues in the amount of $250,000.00.

3. $232.82 of the Net Settlement Funds were not previously distributed due to rounding.

4. The payment associated with Claim ID No. ODDA3-700009744 was calculated incorrectly due to a typographical error by the Settlement Administrator during claim processing. Specifically, the Settlement Administrator recorded in its database that the claimant belonged to only the HLDS Class Period when it should have been marked as belonging to both the HLDS and non-HLDS Class Periods. This claimant's approved payment should have been $67,769.74 but was approved for $15,915.96.

5. The Settlement Administrator incurred a total of $106,727.96 in additional unreimbursed claims administration costs between February 1, 2019, and April 30, 2021, and these costs and expenses were reasonably incurred in the ordinary course of administering the settlements and were necessary given the nature and scope of the case.

6. The Settlement Administrator's estimate that its remaining work from May 1, 2021 to the completion of its work on the case will cost $11,135.67 is reasonable.

Accordingly, it is hereby ORDERED and DECREED that:

7. Direct Purchaser Plaintiffs' Motion is GRANTED.

8. The claimant associated with Claim ID No. ODDA3-700009744 shall be paid $51,853.78 from the $250,000.00 reserve in order to correct a claims processing error. The

$198,146.22 remainder of the reserve, along with the $45,863.74 remaining from the initial distribution and the $232.82 in Net Settlement Funds not previously distributed due to rounding ($198,146.22 + $45,863.74 + $232.82 = $244,242.78), shall be distributed as set forth below.

9. Additional pro rata payments totaling $244,242.76 shall be paid from the remaining Net Settlement Funds to the 138 approved claimants who were authorized to be paid more than $10.00 from the initial distribution, participated in the initial settlement distribution by cashing their checks, and would be entitled to an additional pro rata payment of at least $10.00 from the remaining Net Settlement Funds, as set forth in Exhibit B to the Christman Declaration and Attachment 1 hereto.

10. Thereafter, remaining settlement funds, if any, shall be designated to a cy pres beneficiary, the American Antitrust Institute ("AAI"). AAI is an appropriate recipient of the remaining settlement funds. The interests of AAI and its focus on the antitrust laws and Section 1 of the Sherman Act are aligned with the interests of the *ODD* Direct Purchaser Class in this price-fixing class action. *See Six (6) Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301, 1307 (9th Cir. 1990).

11. The Settlement Administrator shall be reimbursed for costs and expenses incurred in the amount of $106,727.96.

12. $11,135.67 of the Net Settlement Funds shall be reserved for the payment of additional claims administration costs in the amount of $11,135.67 and may be approved and paid by the Chairman of the Executive Committee for the Direct Purchaser Plaintiffs upon presentation of an invoice.

**IT IS SO ORDERED.**

Dated:  September 2, 2021

*[signature]*
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

# ATTACHMENT 1



Optical Disk Drive Products

Recommended Residual Distribution Approved Claimants with Payment Amount

| Gilardi Claim ID | Proposed Distribution Amount |
|---|---|
| ODDA3-400196581 | $33,190.88 |
| ODDA3-400064863 | $32,070.30 |
| ODDA3-400070146 | $16,430.63 |
| ODDA3-400065274 | $11,478.60 |
| ODDA3-400064871 | $11,039.64 |
| ODDA3-103902490 | $10,967.55 |
| ODDA3-400069792 | $10,462.51 |
| ODDA3-400070774 | $9,932.67 |
| ODDA3-400067935 | $8,552.47 |
| ODDA3-400065754 | $8,455.35 |
| ODDA3-400049244 | $8,011.47 |
| ODDA3-400066181 | $6,836.14 |
| ODDA3-700001603 | $5,526.63 |
| ODDA3-103421360 | $3,969.42 |
| ODDA3-400066653 | $3,550.86 |
| ODDA3-100707700 | $3,245.52 |
| ODDA3-400066483 | $2,912.39 |
| ODDA3-101787510 | $2,550.23 |
| ODDA3-400056461 | $2,509.28 |
| ODDA3-400065460 | $2,507.87 |
| ODDA3-400066432 | $2,325.85 |
| ODDA3-400065614 | $2,215.65 |
| ODDA3-400065339 | $2,181.70 |
| ODDA3-400059070 | $2,078.34 |
| ODDA3-400061147 | $1,820.10 |
| ODDA3-400066319 | $1,552.21 |
| ODDA3-400066645 | $1,478.22 |
| ODDA3-400069598 | $1,369.79 |
| ODDA3-700002235 | $1,364.37 |
| ODDA3-103063412 | $1,324.68 |
| ODDA3-400065347 | $1,319.17 |
| ODDA3-700002561 | $1,311.82 |
| ODDA3-400071690 | $1,279.13 |
| ODDA3-400066394 | $1,177.91 |
| ODDA3-700007741 | $1,124.35 |
| ODDA3-400179393 | $1,114.91 |
| ODDA3-400069849 | $1,109.99 |
| ODDA3-400069520 | $1,040.29 |
| ODDA3-400069148 | $990.54 |
| ODDA3-400065428 | $980.96 |
| ODDA3-700008110 | $975.19 |
| ODDA3-400069768 | $972.11 |
| ODDA3-700005838 | $917.69 |
| ODDA3-400065894 | $898.73 |
| ODDA3-400065258 | $870.36 |
| ODDA3-400067277 | $840.72 |
| ODDA3-400070278 | $820.62 |



Optical Disk Drive Products

Recommended Residual Distribution Approved Claimants with Payment Amount

| Gilardi Claim ID | Proposed Distribution Amount |
|---|---|
| ODDA3-700009760 | $786.97 |
| ODDA3-400069245 | $736.11 |
| ODDA3-400065436 | $698.49 |
| ODDA3-700009337 | $612.11 |
| ODDA3-400030489 | $601.82 |
| ODDA3-400039192 | $598.10 |
| ODDA3-400204606 | $543.20 |
| ODDA3-400066343 | $513.80 |
| ODDA3-400225638 | $476.72 |
| ODDA3-400066106 | $467.82 |
| ODDA3-700009230 | $453.60 |
| ODDA3-400064952 | $422.48 |
| ODDA3-400176050 | $404.85 |
| ODDA3-700009744 | $351.70 |
| ODDA3-700002588 | $300.71 |
| ODDA3-400053225 | $299.06 |
| ODDA3-400064979 | $289.13 |
| ODDA3-400066335 | $249.53 |
| ODDA3-400063212 | $239.38 |
| ODDA3-700009272 | $238.33 |
| ODDA3-400064294 | $234.75 |
| ODDA3-700002596 | $233.03 |
| ODDA3-400065690 | $229.13 |
| ODDA3-400073463 | $225.19 |
| ODDA3-700009841 | $223.89 |
| ODDA3-400068532 | $223.27 |
| ODDA3-700005854 | $197.17 |
| ODDA3-900000368 | $186.40 |
| ODDA3-400023202 | $164.10 |
| ODDA3-400052121 | $154.80 |
| ODDA3-400069393 | $153.87 |
| ODDA3-400069482 | $151.95 |
| ODDA3-400069512 | $147.34 |
| ODDA3-400069350 | $132.07 |
| ODDA3-700006010 | $126.73 |
| ODDA3-400068362 | $121.60 |
| ODDA3-400066092 | $120.48 |
| ODDA3-400069563 | $107.87 |
| ODDA3-700002502 | $106.21 |
| ODDA3-400064391 | $99.73 |
| ODDA3-400068621 | $94.05 |
| ODDA3-400066475 | $93.79 |
| ODDA3-400070219 | $89.49 |
| ODDA3-400069610 | $80.49 |
| ODDA3-102961131 | $79.90 |
| ODDA3-400216515 | $72.64 |
| ODDA3-400063107 | $67.77 |



Optical Disk Drive Products

Recommended Residual Distribution Approved Claimants with Payment Amount

| Gilardi Claim ID | Proposed Distribution Amount |
|---|---|
| ODDA3-400070669 | $65.49 |
| ODDA3-900000422 | $62.13 |
| ODDA3-700005994 | $60.71 |
| ODDA3-700002529 | $59.96 |
| ODDA3-700002600 | $57.56 |
| ODDA3-400069342 | $57.48 |
| ODDA3-900000406 | $52.19 |
| ODDA3-102112312 | $51.78 |
| ODDA3-400065916 | $50.91 |
| ODDA3-700002570 | $49.48 |
| ODDA3-400066084 | $45.92 |
| ODDA3-700009825 | $45.67 |
| ODDA3-400069199 | $44.72 |
| ODDA3-400048736 | $44.70 |
| ODDA3-400070120 | $44.55 |
| ODDA3-400073633 | $43.67 |
| ODDA3-400064464 | $41.02 |
| ODDA3-700001352 | $40.94 |
| ODDA3-400069369 | $35.19 |
| ODDA3-400065371 | $34.65 |
| ODDA3-900000384 | $31.32 |
| ODDA3-400064154 | $26.81 |
| ODDA3-400065452 | $26.29 |
| ODDA3-400070090 | $22.28 |
| ODDA3-400066890 | $19.29 |
| ODDA3-400069679 | $19.11 |
| ODDA3-400068710 | $17.39 |
| ODDA3-700001590 | $16.52 |
| ODDA3-400065304 | $15.76 |
| ODDA3-106119788 | $15.75 |
| ODDA3-400061163 | $15.71 |
| ODDA3-400067390 | $15.62 |
| ODDA3-400046369 | $15.48 |
| ODDA3-700002537 | $15.03 |
| ODDA3-400132567 | $14.11 |
| ODDA3-400072564 | $13.74 |
| ODDA3-700002618 | $13.70 |
| ODDA3-400066378 | $13.14 |
| ODDA3-700007750 | $12.79 |
| ODDA3-700002014 | $12.53 |
| ODDA3-700002294 | $11.65 |
| ODDA3-400068486 | $11.21 |
| ODDA3-400067269 | $10.93 |
| ODDA3-900000414 | $10.45 |

**Total**     **$244,242.78**