SHIYANG HUANG
2800 SW ENGLER CT.,
TOPEKA, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 10-md-2143-RS (JCS) MDL No. 2143 |
| | Chief Judge Richard Seeborg |
| This Document Relates to: All Indirect Purchaser Actions | *AMENDED* DECLARATION OF SHIYANG HUANG IN SUPPORT OF MOTION FOR OBJECTOR AWARD |

I, Shiyang Huang, declare as follows:

1.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  I am an objector to the fee award in this matter. I am a class member who has submitted a valid claim, and I have provided a copy of my receipt at ECF No. 2981-1.

3.  A district court in Southern Florida recently granted my motion in full for an objector award of $1, after I negotiated Plaintiff's forfeiture of a $25,000 incentive award, in light of intervening precedent in that circuit. *See Kukorinis v. Walmart, Inc.,* No. 19-cv-20592, ECF No. 97, at \*18 (S.D. Fla. Sep. 20, 2021) (granting Huang's motion for a "nominal" $1 in efforts to recover $25,000, citing *Advisory Committee Notes to Rule 23—2018 Amendment* at subdivision 23(e)(5)(B)). That court additionally credited me for recovering over $60,000 after observing double-counting of class counsel there, and I was the sole objector (another objector withdrew) when class counsel for *Kukorinis* only received $900,000 out of $2.375 million initially requested. All of the differences going into *pro rata* distribution for all class members and my $1 came from class counsel's fee.

4.  I contacted Hagens Berman in attempt to meet and confer about my intention to seek an objector award. Counsel for Indirect Purchasers, Hagens Berman, has not responded.

5.  The declaration was amended to remove the erroneous "July 14, 2021" date.

Dated: September 22, 2021

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Shiyang Huang
Shiyang Huang

1