1  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  shanas@hbsslaw.com

9  *Lead Counsel for Indirect*
   *Purchaser Class*

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14  IN RE OPTICAL DISK DRIVE PRODUCTS          No. 3:10-md-2143 RS
    ANTITRUST LITIGATION
15                                             INDIRECT PURCHASER PLAINTIFFS'
                                               OPPOSITION TO OBJECTING CLASS
16                                             MEMBER SHIYANG HUANG'S
                                               MOTION FOR OBJECTOR AWARD
17

18  ────────────────────────────────          DATE ACTION FILED: Oct. 27, 2009

19  This Document Relates to:

20  ALL INDIRECT PURCHASER ACTIONS

21

22

23

24

25

26

27

28

010177-12 1636794V1

1      Objector Shiyang Huang seeks an award for his recent objections. Because he created no

2  benefit for the class on remand from the Ninth Circuit, his motion should be denied.

3      When this Court first considered the three settlement rounds and fee awards beginning in

4  2016, in contrast to other unnamed class members who both objected and appealed, Huang did not

5  appear at that time. He began filing objections only after the Ninth Circuit remanded last year for

6  further proceedings. Although these circumstances do not categorically preclude an objector award,

7  the main (but not only) obstacle to any award is causation. To the extent Huang echoed the

8  arguments already made by objector Conner Erwin, his contentions were duplicative. To the extent

9  Huang made new arguments, such as urging use of marginal rates despite the lack of any proviso

10  governing fees, the Court rejected those contentions.[1]

11      It is not enough that Huang believes his objections were in good faith or that he chose to

12  spend time objecting. Rather than aiding the decisional process, Huang has wasted both judicial and

13  party resources with groundless motions and other requests, including a 23-page motion for

14  reconsideration.[2] Huang cites various authorities—mostly from outside the Ninth Circuit—but none in

15  any event support an objector award. In his most prominent case, for example, the district court

16  "question[ed]" the propriety of an award but granted $1 "in light of the lack of opposition, the nominal

17  amount requested, and the fact that there is no Eleventh Circuit precedent directly on point."[3]

18      Here, Huang did not contribute to the class benefit in any meaningful or productive way.

19  Given that his objections did not "increase the fund or otherwise substantially benefit the class

20  members," Huang's motion should be denied.[4]

21  DATED: October 5, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP

22                                           By    s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT
23

24      [1] *See* Order Granting in Part Renewed Motion for Attorney Fees and Denying Motion to Enforce
   Settlement, Return Class Funds, and Disgorge Fees, ECF No. 3027 at 9-10, 13 (July 2, 2021).

25      [2] *See* Order Denying Rule 59(e) Motion, ECF No. 3055 (Aug. 9, 2021). Although the Court's
26  denial of reconsideration mooted the need to respond, Class Counsel spent approximately 15 hours
   preparing an opposition memorandum that proved to be unnecessary.

27      [3] *Kukorinis v. Walmart, Inc.*, No. 19-cv-20592, ECF No. 97, at 18 (S.D. Fla. Sept. 20, 2021).

28      [4] *Rodriguez v. Disner*, 688 F.3d 645, 658 (9th Cir. 2012) (citation omitted).

1

2    Shana E. Scarlett (217895)
     715 Hearst Avenue, Suite 202
3    Berkeley, CA 94710
     Telephone: (510) 725-3000
     Facsimile: (510) 725-3001
4    shanas@hbsslaw.com

5    Steve W. Berman (*pro hac vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
6    1301 Second Avenue, Suite 2000
     Seattle, WA 98101
7    Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
8    steve@hbsslaw.com

9    *Lead Counsel for Indirect Purchaser Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28