UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 10-md-02143-RS<br>MDL No. 2143 |
|---|---|
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | **ORDER TERMINATING ADMINISTRATIVE MOTION** |

Upon review of the administrative motion filed by Shiyang Huang (Dkt. No. 3068), the response, and the reply, no further order or relief appears warranted, and the motion is hereby terminated.

**IT IS SO ORDERED**.

Dated: November 9, 2021

_____
RICHARD SEEBORG
Chief United States District Judge