Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) <br><br> MDL No. 2143 |
| *This Document Relates to:* <br><br> ALL INDIRECT PURCHASER ACTIONS | SUPPLEMENTAL STATUS UPDATE REGARDING CLAIMS DISTRIBUTION <br><br><br> DATE ACTION FILED: Oct. 27, 2009 |

010177-12/1795593 V1

On January 18, 2022 (ECF No. 3072), Indirect Purchaser Plaintiffs committed to filing an updated proposal for distribution with the Court by February 18, 2022. One of the vendors involved in the proposal for digital claims distribution (DigitalPay) is still in the process of negotiating with non-parties for digital options for class members. To give the vendor sufficient time to negotiate, and to provide a declaration with a proposed distribution plan to the Court, Plaintiffs will file the proposed plan of distribution and timeline on March 7, 2022.

DATED:  February 17, 2022                  HAGENS BERMAN SOBOL SHAPIRO LLP


By    */s/ Shana E. Scarlett*
          SHANA E. SCARLETT

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Indirect Purchaser Class*