SHIYANG HUANG
2800 SW ENGLER CT.,
TOPEKA, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Indirect Purchaser Actions | Case No. 10-md-2143-RS (JCS)<br><br>Chief Judge Richard Seeborg<br><br>OBJECTING CLASS MEMBER SHIYANG HUANG'S RESPONSE TO INDIRECT PURCHASER PLAINTIFFS' FEBRUARY 17, 2022 STATUS REPORT |

**SHIYANG HUANG'S RESPONSE TO IPP'S FEBRUARY 25, 2022 STATUS REPORT**

All that came out of the status report is that Plaintiffs *might* file some final proposed plan of distribution and timeline on March 7, 2022." ECF No. 3073.

But in early September 2021, this Court sympathized that "Class members, however, have waited long enough." ECF No. 3062 at 5. Yet, for **September, October, November, December, January**, and soon **February**, the Class did not get much substantive update from IPP counsel.

In the same time, Counsel for Indirect Purchasers has told the Ninth Circuit that objector Erwin "failed to prove the firm acted improperly." *See* Emma Cueto, *Hagens Berman Defends $31M Fee Award At 9th Circ.* Law360 (Feb. 15, 2022). https://bit.ly/3JAYFtL. IPPs' counsel also settled an objector appeal with Objector Andrews regarding another case, which has become a nationwide embarrassment of buying objector appeal for $25,000. *See* Alison Frankel, *Class counsel want to pay objector $25K to ditch appeal. Ted Frank is in their way.* Reuters.com (Feb. 11, 2022). https://reut.rs/3oQKwAB.

Unless the Court exercises its equitable powers and sets a reasonable deadline, class members will probably simply keep waiting, because "quick pay" already paid IPP's fee award.

Date:   June 5, 2021                                   Respectfully Submitted,

/s/ SHIYANG HUANG
SHIYANG HUANG
TOPEKA, KS
*(314) 669-1858*
*Defectivesettlement@gmail.com*

**CERTIFICATE OF SERVICE**

I, Shiyang Huang, hereby certify that on February 17, 2022, I caused a copy of the foregoing to be served by this Court's CM/ECF system on all *pro se* parties and counsels of record.

/s/ Shiyang Huang