R. Alexander Saveri (173102)
   *rick@saveri.com*
Geoffrey C. Rushing (126910)
   *grushing@saveri.com*
Cadio Zirpoli (179108)
   *cadio@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Chairman of the Executive Committee
for the Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Case No. 3:10-md-02143 RS<br><br>MDL No. 2143 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF DEREK SMITH RE RESIDUAL DISTRIBUTION TO APPROVED CLAIMANTS FROM THE NET SETTLEMENT FUNDS** |

1    I, Derek Smith, declare as follows:

2    1.    I am employed by KCC Class Action Services, LLC, formerly Gilardi & Co (together "KCC"), located at One McInnis Pkwy, Suite 250, San Rafael, California. KCC was hired by Class Counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3    2.    I make this declaration in connection with Direct Purchaser Plaintiffs' Notice of Second Post-Distribution Accounting following the residual distribution of the Net Settlement Funds to approved claimants.

4    3.    On February 4, 2022, KCC caused 138 checks, one of which included a corrective payment of $51,853.78, in the aggregate amount of $296,096.56 to be issued to the 138 approved claimants, as authorized by the Court's Order Granting Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Remaining Settlement Funds and Cy Pres Distribution of Future Remaining Funds, dated September 2, 2021. The checks were issued by USPS first class mail. The average amount was $2,145.63. The median amount was $231.08. The largest amount was $52,205.48. And the smallest amount was $10.46.[1]

5    4.    As of the date of this declaration, 79 checks in the aggregate amount of $207,217.77 have been cashed, leaving 59 checks (42.75% of total checks issued) in the aggregate amount of $88,878.79 uncashed (30.02% of the total amount issued). The void date of all checks is May 5, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 25th day of February 2022.



_____
DEREK SMITH

---

[1] The smallest payment is one cent greater than originally calculated due to rounding.

1

DECLARATION OF DEREK SMITH RE RESIDUAL DISTRIBUTION TO APPROVED CLAIMANTS FROM THE NET SETTLEMENT FUNDS; Case No. 3:10-md-02143 RS