1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) [PROPOSED] ORDER APPROVING PLAN OF DISTRIBUTION AND SCHEDULE |
|---|---|
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | |

010177-12/1817638 V1

This matter comes before the Court on Indirect Purchaser Plaintiffs' Proposed Plan of Distribution and Schedule ("Distribution Plan").

Upon consideration of the Distribution Plan and good cause having been shown, the following plan and distribution schedule is GRANTED:

| Event | Date for Completion |
|---|---|
| **Warm Up** <br> DigitalPay emails claimants an initial notice (a "warm up") that communicates payment is soon coming and provides a date range of when payee will see payment. This email sets expectations and reinforces credibility of the payment to be received. | March 25 to April 23, 2022 |
| **Phase I: Payment Notification and Receipt** <br> DigitalPay issues payments ("payment notification") to claimants via email. From this communication, claimants will be able to select where they would like to receive funds. This action transfers funds from the settlement fund to the possession of the payee. <br> **Paper Checks Issued** <br> Claims administrator Epiq to mail paper checks week of April 25, with 60-day expiration. | April 25 to May 6, 2022 |
| **Payment Expiration** <br> All digital payments issued in Phase I will expire (each digital payment will expire 35 days from the rolling notification; the vast majority of payments taken will occur in a ~72-hour window from notification). While a payment is active—but has not yet been taken—payees will receive four emails to remind them they have funds waiting. | June 10, 2022 |
| **Process Payment Exceptions** <br> Reissue digital payments as necessary and allow a further one week for expiration. | June 20-26, 2022 |
| **Report Results of Phase I** <br> DigitalPay and Epiq to identify and report funds that have not yet been taken by payees. Final accounting report and reconciliation will be created, | July 22, 2022 |

| Event | Date for Completion |
|---|---|
| along with proposed Second Round Distribution amounts. A report on first round distribution will be filed with the Court with a proposed plan for Second Round Distribution. | |
| **Phase II: Second Round Distribution**<br><br>Claims administrator DigitalPay securely delivers a final pro rata payment to all payees who took a payment in the Initial Payment Offering (Phase I). This card is the named property of the payee and delivers live funds. No bank account is required to activate and use any of the cards delivered. This final phase delivers funds to all entitled claimants with the intent of taking the settlement balance as closed to $0 as possible (except for outstanding physical checks issued by Epiq).<br><br>Claims administrator Epiq to reissue checks with 30-day expiration to those who did not cash 60 days from first issuance. | August 8-19, 2022 |
| **Final Reporting**<br><br>Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds.<br><br>Claims administrator Epiq to identify and report checks that have not been cashed 30 days from re-issuance.<br><br>Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | October 7, 2022 |

IT IS SO ORDERED.

DATED: _____

                HONORABLE RICHARD SEEBORG
                UNITED STATES DISTRICT COURT JUDGE

[PROP.] ORDER APPROVING PLAN OF DISTRIBUTION AND SCHEDULE - Case No.: 3:10-md-2143 RS

010177-12/1541385 V1