**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST | Case No. 3:10-md-2143 RS (JCS)<br><br>**DECLARATION OF CHRIS WHIPPS REGARDING ORDER RE PLAN OF DISTRIBUTION**<br>**[ECF NO. 3080]** |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | |

1     I, Chris Whipps, declare as follows:

2     1.     I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed Administrators of the Settlements. As the CEO of DigitalPay, I oversee the administrative and executive services provided in this matter. I make this declaration pursuant to this Court's March 14, 2022, Order re Plan of Distribution (ECF No. 3080). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.     The following is a summary of invoices submitted and paid for services provided between the period of 8/9/16 and 11/29/18:

08/09/2016    Inv. 205    Implementation    $157,500.00
- Initial SaaS platform, customer support (CS) and program setup
- Web management infrastructure
- Digital notice strategy and campaign development
- Email communications development
- Content development
- Billing #1 of 3 over life of program

11/01/2016    Inv. 220    Monthly Service Fee    $25,000.00
- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

12/01/2016    Inv. 226    Monthly Service Fee    $25,000.00
- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

02/01/2017    Inv. 237    Monthly Service Fee    $25,000.00
- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims

- Monthly database infrastructure

| 03/01/2017 | Inv. 240 | Monthly Service Fee | $25,000.00 |

- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

| 04/01/2017 | Inv. 245 | Monthly Service Fee | $25,000.00 |

- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

| 05/01/2017 | Inv. 249 | Monthly Service Fee | $25,000.00 |

- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

| 06/01/2017 | Inv. 252 | Monthly Service Fee | $25,000.00 |

- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

| 06/23/2017 | Inv. 255 | Marketing Services | $300,000.00 |

- Digital media planning and ad buying
- Media costs
- Digital ad creation
- Response analytics and optimization
- Ad placement and management
- Social media management
- Updates and edits to existing ODD website

| 07/01/2017 | Inv. 258 | Monthly Service Fee | $25,000.00 |

- Monthly platform, client services and support
- Claims management console, reporting, management dashboard

- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

| 08/22/2017 | Inv. 262 | Marketing Services | $450,000.00 |

- Case website; SEO/SEM-enabled + brand ID + claims submission
- Case documentation hosting and management
- Digital ads / social media /SEO-SEM / PR to drive claims submission
- Targeted radio and TV to drive claims submission
- Direct email campaigns to drive claims submission
- Media management and media purchasing
- Media costs
- Incremental 3 months of current 9-month monthly service/support

| 08/23/2017 | Inv. 264 | Implementation | $183,750.00 |

- SaaS platform, customer support (CS) and program setup
- Web management infrastructure
- Digital notice strategy and campaign development
- Email communications development
- Content development
- Billing #2 of 3 over life of program

| 11/29/2018 | Inv. 347 | Monthly Service Fee | $8,539.91 |

- Management and responding to claimant inquiries
- Website transition

| 11/29/2018 | Inv. 347 | Monthly Service Fee | $26,295.02 |

- Additional case administration claimant response, CS and management
- Billed in arrears for timeframe of Aug 2017-Nov 2018
- Monthly platform, client services and support
- Claims management console, reporting, management dashboard
- Technical support for users (digital) with 48-hour SLA
- Data management, handling and hygiene of claims
- Monthly database infrastructure

Total Invoiced (and paid):                                              $1,326,084.93

3.      The following is a summary of services still to be provided to final program administration and deliver digital payments to an estimated population of 460,283 claimants who are to receive less than $10,000 (the maximum amount allowable for a digital payment):

- Declarations and court updates through end of program
- All accounting, reporting and financial account management for digital payments
- Participation in overall settlement fund accounting and final pro-rata calculation prior to final redistribution
- Email deliverability analysis on final claimant file from Epiq
- New payment/claim creation: Payments will be created using bulk entry via file upload
- Payment management: Maintain status, state of all payment emails, delivery, action and completion of payments for reporting and final pro-rata redistribution to claimants who took funds in Initial Payment Offering
- Approval flow: all payments automatically approved upon creation
- Claimant communications: Via email to initiate and complete payment and/or the claims process via DigitalPay payment networks; all emails to come from the program case domain
- Qualified Settlement Fund ("QSF") Account Access: DigitalPay will be a named & authorized user of this account. Provisioning and management of QSF account will be coordinated with HBSS.
- Tax Reporting: N/A
- Currencies: USD
- Language: English
- Training: provided for Epiq CS Team users, including user setup and access rights to the DigitalPay Payment Portal®
- Reporting: Self-service reporting functionality to export transactions based on key parameters
- Interface: Web based portal to DigitalPay platform for case reporting, accounting, payment status workflow and executive dashboard
- Duration: Payment cycle of 35 days total, including warm-up email, initial notification, reminder notices (4 total).
- Outstanding/Unaccepted Payments: payments not accepted after 4 reminder notices will be cancelled.

**Service Cost:** Flat fee of $200,000.00. No other transaction or service charges will be incurred (unless a change in scope occurs).

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Executed this 24th day of March 2022, in San Francisco, California.


_____
CHRIS WHIPPS