FILED

APR 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, <br><br>------------------------------<br><br>INDIRECT PURCHASER CLASS,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>CONNER ERWIN,<br><br>    Objector-Appellant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants-Appellees. | No. 21-16291<br><br>D.C. No. 3:10-md-02143-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD, BEA, and CHRISTEN, Circuit Judges.

Objector-Appellant's motion for leave to supplement the record (Dkt. #31) is DENIED.