UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION, <br><br>------------------------------<br><br> INDIRECT PURCHASER CLASS,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>CONNER ERWIN,<br><br>        Objector - Appellant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; et al.,<br><br>        Defendants - Appellees. | No. 21-16291<br><br>D.C. No. 3:10-md-02143-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered June 06, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7