UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 10-md-02143-RS<br>MDL No. 2143 |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | **ORDER** |

Plaintiffs shall file a response no later than 2:00 p.m., on Tuesday, September 13, 2022, to the objection filed by Pat Zheng Zhen. If the sole or primary issue with making a pro-rata distribution in the manner Zhen contends is required by the prior order is that doing so would require additional time, the response should explain how much additional time would be required, and whether there is any reason the distribution date should not be postponed to accommodate that approach.

Dated: September 12, 2022

_____
RICHARD SEEBORG
Chief United States District Judge