1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) |
|---|---|
| | [PROPOSED] ORDER REGARDING SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS |
| This Document Relates to: | DATE ACTION FILED: Oct. 27, 2009 |
| ALL INDIRECT PURCHASER ACTIONS | |

010177-12 2036495v1

Pursuant to the Court's Order Re Second Distribution, ECF No. 3111 (Sept. 13, 2022), Indirect Purchaser Plaintiffs, after consulting with the claims administrators, propose the following schedule for the second round of distribution:

| DATE | EVENT |
| --- | --- |
| October 7, 2022 | Report to Court from claims administrator regarding proposed second round distribution. |
| October 21, 2022 | Second round distribution to commence. |
| January 6, 2023 | Final report to Court from claims administrator of settlement funds distributed to class. |
| January 13, 2023 | Escheatment of remaining funds to State Attorney General of California. |

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE