UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | No. 3:10-md-2143 RS (JCS) <br><br> [~~PROPOSED~~] ORDER REGARDING SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS AS MODIFIED BY THE COURT |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 27, 2009 |

010177-12 2036495v1

Pursuant to the Court's Order Re Second Distribution, ECF No. 3111 (Sept. 13, 2022), Indirect Purchaser Plaintiffs, after consulting with the claims administrators, propose the following schedule for the second round of distribution:

| DATE | EVENT |
| --- | --- |
| October 7, 2022 | Report to Court from claims administrator regarding proposed second round distribution. |
| October 21, 2022 | Second round distribution to commence. |
| January 6, 2023 | Final report to Court from claims administrator of settlement funds distributed to class. |
|  |  |

IT IS SO ORDERED.

DATED: September 30, 2022

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE SECOND ROUND OF SETTLEMENT
DISTRIBUTION - Case No.: 3:10-md-2143 RS         1