UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Case No. 10-md-02143-RS<br>MDL No. 2143 |
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | **AMENDED ORDER EXTENDING TIME TO COMPLETE SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS** |

The settlement administrator reports that an unexpectedly large number of checks distributed in the second round of settlement payments have gone uncashed—approximately 126 checks, in an amount totaling $826,512.59. In the interest of maximizing the dollar amount returned to class members, the settlement administrator requests an additional 60 days, during which efforts will be made to contact those who have not cashed their checks, and in which checks will be reissued if necessary. The additional time is granted.

The proposed order submitted by the settlement administrator will not be signed, however. That proposed order states the final step in the process will be "Escheatment of remaining funds to State Attorney General of California." By order entered September 30, 2022, identical language was rejected, and plaintiffs were directed to submit a proposal consistent with the original order of

April 7, 2022, approving the distribution plan. Indeed, in a subsequent filing, the claims administrator stated the final step would be: "Any remaining funds will be distributed to the Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims." See Dkt. No. 3119.

To the extent the remaining funds represent uncashed checks that were made payable to specific claimants, it will be permissible to submit those funds to the unclaimed property funds of those persons' respective states of residence, as may be provided by the laws of those states. Otherwise, remaining funds should be distributed as provided in the April 7, 2022, order.

**IT IS SO ORDERED**.

Dated: January 8, 2023

_____
RICHARD SEEBORG
Chief United States District Judge