Antonios Stamos<br>
201 Murray Avenue<br>
Yonkers, New York 10704<br>
(914) 439-7951

Monday, January 09, 2023

Corinne Lew
rscrd@cand.uscourts.gov
415-522-2123

Chief District Judge Richard Seeborg
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

RE:

**3:10-MD-02143-RS**
OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION

Dear Chief District Judge Richard Seeborg:


   I would like to bring your attention to the Optical Disk Drive Products Settlement Administrator [hereafter named the Settlement Administrator] [1] but before I do let me give you some background info. I filed a timely claim form in this case shown above. I believe when I filed the claim form for payment there was not an option to request a paper check payment or e-payment [2], thus I assumed it will be in the form of a paper check payment. Seems I was wrong in assuming this.

   After receiving an e-payment from the Settlement Administrator I believe the link had expired. I tried to claim the e-payment after the 45 day limit [3]. I made a "few" good-faith efforts to try to resolve

---

[1] *In re Optical Disk Drive Products Indirect Purchaser Litigation*
c/o Epiq
P.O. Box 10622
Dublin, OH 43017-9222
877-368-9020
https://www.dollarsfordiskdrives.com/contact

[2] e-payment is the form of payment the Settlement Administrator is sending out to people. [Paypal, Google, etc..]

[3] Fact, there seems to be a lot of people who did not receive any e-payment.

this matter with the Settlement Administrator but no such luck. I have the emails to proof this fact. I kindly asked the Settlement Administrator to reinstate payment [4] to me but reply back was "no".

In addition, I further contacted the Settlement Administrator again about any second payments [as per your order your Honor] but the Settlement Administrator stated that since I failed to claim the first payment that I am NOT entitled to the second payment. [I have a copy of the emails that the Settlement Administrator sent me if you need copies I would more than happy to send them to you]

After conducting an in-depth investigation I found out that there are many people that have the same issue [not receiving payments] from the Settlement Administrator [5]. I know you are very busy and I am very sorry to bother you with this matter, but you can see I tried to bring this matter to the Settlement Administrator but the Settlement Administrator refuses to send out payments to me and other people in this class. Thank you in advance for your help in this matter.

**Mr.  Antonios   Stamos**

---

[4] See FAQ's at the Settlement Administrator website [ **https://www.dollarsfordiskdrives.com/faqs** ] and scroll down until you see **After clicking the "Accept Your Payment" link, it says 'Payment Failed'. What do I do?**

[5] Go to [ https://topclassactions.com/lawsuit-settlements/closed-settlements/optical-disk-drive-indirect-purchaser-class-action-settlement/ ] and scroll down to the comments section and there you will see other people who have issues with the Settlement Administrator