

**Shana E. Scarlett**
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKELEY, CA  94710
www.hbsslaw.com
**Direct (510) 725-3032**
shanas@hbsslaw.com

T 510.725.3000    F 510.725.3001

January 13, 2023

<u>*Via ECF*</u>

Chief District Judge Richard Seeborg
United States District Court
San Francisco Division, Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94012

Re:   *In re Optical Disk Drive Products Antitrust Litig.*,
         <u>Case No. 3:10-md-2143 RS (N.D. Cal.)</u>

Dear Judge Seeborg,

Indirect Purchaser Plaintiffs' ("IPPs") write to update the Court regarding a letter sent by class member Antonios Stamos, filed Jan. 9, 2023 (ECF No. 3123).

IPPs wish to inform the Court that the claims administrator has communicated with Mr. Stamos directly and the situation has been resolved.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Shana E. Scarlett
Partner

SEATTLE   SAN FRANCISCO   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   WASHINGTON, D.C.

010177-12  979488 V1