|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST | Case No. 3:10-md-2143 RS (JCS) |
| --- | --- |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF CHRIS WHIPPS RE PROPOSED PLAN OF FINAL FUNDS DISTRIBUTION TO RESPECTIVE STATE ATTORNEYS GENERAL OFFICES** |

1    I, Chris Whipps, declare as follows:

2    1.    I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed administrators of the settlements in this action. As the CEO of DigitalPay, I oversee the administrative services provided in this matter. I make this declaration to further outline those administrative services. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    As stated in the Distribution declaration submitted October 3, 2022, the second phase of the settlement distribution to class members totaled $33,462,993.86 and was initiated and distributed via check, wire, and digital payments in October of 2022. The breakdown of payment sent by check and wire payments vs. digital payments was:

*Checks/wires: $27,925,599.69*

*Digital payments: $5,537,022.99*

3.    Digital payments for the second distribution totaling $5,537,022.99 were completed on November 4, 2022.

4.    On January 5, 2023, which was the planned expiration date for all second phase checks, $824,512.59 of uncashed checks remained. Due to the significant dollar value of uncashed checks, an additional program extension was filed on January 5, 2023, in order to provide non-responsive claimants a final chance to redeem their payments. A custom communication was also sent to these claimants on January 10, 2023, providing notice of the extension. As a result of the extension, an incremental $632,389.07 in checks was cashed and received by claimants. After accounting for uncashed checks, final check payments and two as-yet unpaid administration invoices, $259,549.09 remains in the settlement account.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DIGITALPAY DECLARATION RE DISTRIBUTION - 1
Case No..: 3:10-MD-2143 RS (JCS)
010177-12/2195954 V1

| | | |
|---|---|---|
| **REMAINING FUNDS IN QSF AS OF 3/3/2023** | | |
| | Qualified Settlement Fund Account Balance | $ 480,469.88 |
| **OUTSTANDING PAYMENTS & UNDISTRIBUTED FUNDS** | | |
| | Epiq Administrative Fees **(Not yet paid)** | $ (173,458.36) |
| | Epiq administrative change order fee due to late Objector **(not yet paid)** | $ (38,000.00) |
| | Final 3 check payments | $ (9,462.43) |
| **Total Remainder for Final Distribution to AG Offices** | | **$ 259,549.09** |

5. Per the original distribution plan, the remaining settlement funds are to be distributed to the respective state Attorneys General offices to which any payment check was originally mailed. Any remaining funds not associated with a check payment will be sent to the state of California Attorney General office. The following breakdown therefore represents payments to each state based on their population of the class as a whole. Epiq Class Action Claims and Solutions (Epiq) will manage the final distribution of these funds. These payments will be sent via check on or before April 3, 2023.

| STATE | TOTAL |
|---|---|
| California | $186,776.17 |
| Florida | $1,506.57 |
| Virginia | $3,543.79 |
| Massachusetts | $24,699.26 |
| New York | $16,800.82 |
| Oregon | $9,260.02 |
| North Carolina | $14.33 |
| Minnesota | $826.51 |
| Arizona | $168.44 |
| Georgia | $311.35 |
| New Jersey | $7.59 |
| Puerto Rico | $2,729.97 |
| Wisconsin | $8,353.24 |
| Michigan | $18.80 |
| Maryland | $73.24 |
| Indiana | $23.68 |
| Missouri | $8.45 |

| STATE | TOTAL |
|---|---|
| Texas | $4,769.26 |
| Illinois | $14.33 |
| Rhode Island | $1,130.65 |
| Pennsylvania | $1,100.19 |
| Nevada | $125.63 |
| Mississippi | $472.05 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March 2023, in San Francisco, California.

_____
CHRIS WHIPPS